**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California

Case number (if known): _____   Chapter 7

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   Check one:

   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's full name

   Thomas
   First name

   Vincent
   Middle name

   Girardi
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. Other names you know the debtor has used in the last 8 years

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

   Tom Girardi
   Tom Girardi, dba Girardi Keese
   Thomas Girardi, dba Girardi Keese

4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)

   ☑ Unknown

   xxx – xx – ___ ___ ___ ___   OR   9xx – xx – ___ ___ ___ ___

5. Any Employer Identification Numbers (EINs) used in the last 8 years

   ☑ Unknown

   EIN ___ – ___ ___ ___ ___ ___ ___ ___

   EIN ___ – ___ ___ ___ ___ ___ ___ ___

Debtor  **Thomas Vincent Girardi** _____   Case number (if known) _____

| | | |
|---|---|---|
| 6. Debtor's address | **Principal residence** | **Mailing address, if different from residence** |
| | _____ <br> Number   Street | _____ <br> Number   Street |
| | _____ | _____ |
| | _____ ____ _____ <br> City           State  ZIP Code | _____ ____ _____ <br> City           State  ZIP Code |
| | _____ <br> County | |
| | **Principal place of business** | |
| | **1126 Wilshire Boulevard** <br> Number   Street | |
| | _____ | |
| | **Los Angeles**    **CA**  **90017** <br> City           State  ZIP Code | |
| | **Los Angeles** <br> County | |

| | |
|---|---|
| 7. Type of business | ☐ Debtor does not operate a business <br><br> *Check one if the debtor operates a business:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☒ None of the above |
| 8. Type of debt | Each petitioner believes: <br><br> ☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." <br><br> ☒ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment. |
| 9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor? | ☒ No <br> ☐ Yes. Debtor _____ Relationship _____ <br>          District _____ Date filed _____ Case number, if known _____ <br>                                MM / DD /YYYY <br><br>          Debtor _____ Relationship _____ <br>          District _____ Date filed _____ Case number, if known _____ <br>                                MM / DD /YYYY |

Official Form 105         Involuntary Petition Against an Individual         page 2

Debtor  **Thomas Vincent Girardi**　　　　　　　　　　Case number (if known)

| Part 3: | Report About the Case |

**10. Venue**
Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jill O'Callahan as successor in interest to James O'Callahan | Breach of Contract | $ 757,500.00 |
| Robert Keese | Breach of Contract | $ 1,557,500.00 |
| John Abassian | Breach of Contract | $ 1,637,620.00 |
| | Total | $ 6,510,518.76 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form. --SEE ATTACHMENT - Four (4) Pages

Debtor: **Thomas Vincent Girardi**    Case number (if known): _____

### Part 3: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _/s/ Jill O'Callahan_

Signature of petitioner or representative, including representative title

Printed name: **Jill O'Callahan**

Date signed: **12/17/2020**

Mailing address of petitioner:
**1437 Club View Drive**
**Los Angeles, CA. 90024**

If petitioner is an individual and is not represented by an attorney:
Contact phone: **310-429-5098**
Email: **jillocallahan@gmail.com**

Name and mailing address of petitioner's representative, if any:
_____

**Attorneys**

X _/s/ Andrew Goodman_

Signature of attorney

Printed name: **ANDREW GOODMAN, ESQ.**
Firm name, if any: **GOODMAN LAW OFFICES, APC**
**30700 Russell Ranch Rd., Ste 250**
**Westlake Village, CA 91362**

Date signed: **12/17/2020**

Contact phone: **818-802-5044**    Email: **agoodman@andyglaw.com**

Debtor   Thomas Vincent Girardi                              Case number (if known)

✗ *(signature)*                                               ✗ *(signature)*
Signature of petitioner or representative, including representative's title    Signature of Attorney

Robert Keese                                                  Andrew Goodman, Esq.
Printed name of petitioner                                    Printed name
                                                              GOODMAN LAW OFFICES, APC
Date signed  12/16/2020                                       Firm name, if any
             MM / DD / YYYY
                                                              30700 Russell Ranch Rd., Suite 250
                                                              Number   Street

Mailing address of petitioner                                 Westlake Village,   CA.          91362
22982 Rosemont Court                                          City                State         ZIP Code
Number   Street
Murrieta,           CA.          92562                        Date signed   12/17/2020
City                State         ZIP Code                                  MM / DD / YYYY

                                                              Contact phone  818-802-5044   Email agoodman@andyglaw.com

Name and mailing address of petitioner's representative, if any

Name

Number   Street

City   State ZIP Code


✗                                                             ✗
Signature of petitioner or representative, including representative's title    Signature of Attorney

John Abassian                                                 Andrew Goodman, Esq.
Printed name of petitioner                                    Printed name
                                                              GOODMAN LAW OFFICES, APC
Date signed  12/16/2020                                       Firm name, if any
             MM / DD / YYYY
                                                              30700 Russell Ranch Rd., Suite 250
                                                              Number   Street

Mailing address of petitioner                                 Westlake Village, CA.           91362
6403 Van Nuys Boulevard                                       City               State         ZIP Code
Number   Street
VAN NUYS            CA.          91401                        Date signed  12/17/2020
City                State         ZIP Code                                 MM / DD / YYYY

                                                              Contact phone  818-802-5044   Email agoodman@andyglaw.com

Name and mailing address of petitioner's representative, if any

Name

Number   Street

City                State         ZIP Code


Official Form 105              Involuntary Petition Against an Individual                page 5

Debtor **Thomas Vincent Girardi** _____  Case number (if known)_____

| | |
|---|---|
| X _____<br>Signature of petitioner or representative, including representative's title<br>**Robert Keese**<br>Printed name of petitioner<br><br>Date signed **12/16/2020**<br>MM / DD /YYYY<br><br>Mailing address of petitioner<br>**22982 Rosemont Court**<br>Number  Street<br>**Murrieta,         CA.        92562**<br>City                         State            ZIP Code<br><br>Name and mailing address of petitioner's representative, if any<br><br>_____<br>Name<br><br>_____<br>Number  Street<br><br>_____<br>City           State ZIP Code | X _____<br>Signature of Attorney<br>**Andrew Goodman, Esq.**<br>Printed name<br>**GOODMAN LAW OFFICES, APC**<br>Firm name, if any<br>**30700 Russell Ranch Rd., Suite 250**<br>Number  Street<br>**Westlake Village,    CA.       91362**<br>City                        State          ZIP Code<br><br>Date signed **12/17/2020**<br>MM / DD /YYYY<br><br>Contact phone **818-804-5022**  Email **agoodman@andyglaw.com** |
| X _/s/_____<br>Signature of petitioner or representative, including representative's title<br>**John Abassian**<br>Printed name of petitioner<br><br>Date signed **12/17/2020**<br>MM / DD /YYYY<br><br>Mailing address of petitioner<br>**6403 Van Nuys Boulevard**<br>Number  Street<br>**VAN NUYS           CA.         91401**<br>City                         State          ZIP Code<br><br>Name and mailing address of petitioner's representative, if any<br><br>_____<br>Name<br><br>_____<br>Number  Street<br><br>_____<br>City              State        ZIP Code | X _/s/_____<br>Signature of Attorney<br>**Andrew Goodman, Esq.**<br>Printed name<br>**GOODMAN LAW OFFICES, APC**<br>Firm name, if any<br>**30700 Russell Ranch Rd., Suite 250**<br>Number  Street<br>**Westlake Village,    CA.       91362**<br>City                        State          ZIP Code<br><br>Date signed **12/17/2020**<br>MM / DD /YYYY<br><br>Contact phone **818-802-5044**  Email **agoodman@andyglaw.com** |