EXHIBIT "A" TO INVOLUNTARY PETITION

PETITIONING CREDITORS
CONTINUED SHEET

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**1.** ⬤ **Petitioners or Petitioners' Representative Attorneys**

_____
Signature of petitioner or representative, including representative's title

ERIKA SALDANA
Printed name of petitioner

Date signed  12/16/2020
         MM / DD / YYYY

**Mailing address of petitioner**
1757 Riverside Dr
Number Street

Glendale, CA 91201
City State ZIP Code

**Petitioners Claim -  Breach of Contract  $973,967.37**

Petitioner's Attorney (if applicable)

_____  12/17/20
Signature of petitioner's attorney

Andrew Goodman, Esq./GOODMAN LAW OFFICES, APC
. Name

30700 Russell Ranch Rd, Suite 250
Number Street

Westlake Village, California 91362
City State ZIP Code

**2.    Petitioners or Petitioners' Representative Attorneys**

*Virginia Antonio*
Signature of petitioner or representative, including representative's title

__VIRGINIA ANTONIO__
Printed name of petitioner

Date signed __12/16/2020__
         MM / DD / YYYY

Mailing address of petitioner
20413 Via Navarra
Number Street
Yorba Linda, CA 92886
City State ZIP Code

Petitioners Claim -    **Breach of Contract - $1,265,885.34**

Petitioners Attorney (if applicable)

*[signature]*
Signature of petitioner's attorney

Andrew Goodman, Esq/Goodman Law Offices, APC
Name

30700 Russell Ranch Rd., Suite 250
Number Street

Westlake Village,    CA.    91362

**3.    Petitioners or Petitioners' Representative Attorneys**

_____
Signature of petitioner or representative, including representative's title

__KIMBERLY ARCHIE__
Printed name of petitioner

Date signed __12/16/2020__
         MM / DD / YYYY

Mailing address of petitioner

_____
Number Street

_____
City State ZIP Code

Petitioners Claim -    **Breach of Contract - $316,940.05**

## 2. Petitioners or Petitioners' Representative Attorneys

_____
Signature of petitioner or representative, including representative's title

____VIRGINIA ANTONIO_____
Printed name of petitioner

Date signed __12/16/2020____
            MM / DD / YYYY

**Mailing address of petitioner**

_____
Number Street

_____
City State ZIP Code

**Petitioners Claim -   Breach of Contract - $1,266,985.34**

Petitioners Attorney (if applicable)

_/s/ Andrew Goodman_____  12/17/20
Signature of petitioner's attorney

ANDREW GOODMAN, ESQ. / GOODMAN LAW OFFICES, APC
Name

____30700 Russell Ranch Rd, Suite 250_____
Number Street

____Westlake Village, CA, 91362_____

## 3. Petitioners or Petitioners' Representative Attorneys

_____
Signature of petitioner or representative, including representative's title

____KIMBERLY ARCHIE_____
Printed name of petitioner

Date signed __12/16/2020____
            MM / DD / YYYY

**Mailing address of petitioner**
      15210 Ventura Blvd 307 Sherman Oaks, CA 91403
_____
Number Street
      Sherman Oaks, CA 91403
_____
City State ZIP Code

**Petitioners Claim -   Breach of Contract - $316,940.05**

Petitioners Attorney (if applicable)

*[signature]*

_____
Signature of petitioner's attorney

ANDREW GOODMAN, ESQ./GOODMAN LAW OFFICES, APC
Name

30700 Russell Ranch Rd, Suite 250
Number Street

Encino, California 91436

Date Signed: 12/17/20

Contact Phone: 818-802-5044
E-Mail: agoodman@andyglaw.com