VEDDER PRICE (CA), LLP
SCOTT H. OLSON (SB# 249956)
  solson@vedderprice.com
275 Battery Street, Suite 2464
San Francisco, California 94111
Telephone:    (415) 749-9500
Facsimile:    (415) 749-9502

*Attorneys for KCC Class Action Services, LLC*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:

THOMAS VINCENT GIRARDI,

Involuntary Debtor.

Case No. 2:20-bk-21020-BR

Chapter 7

**NOTICE OF JOINDER OF KCC CLASS ACTION SERVICES, LLC TO MOTION OF PETITIONING CREDITORS FOR APPOINTMENT OF INTERIM TRUSTEE PURSUANT TO 11 U.S.C. § 303(g)**

Hon. Barry Russell

Hearing Date:    January 5, 2021
Time:    2:00 p.m.

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT KCC Class Action Services, LLC ("KCC"), by and through its undersigned counsel, hereby joins in the Motion of Petitioning Creditors for Appointment of Interim Trustee Pursuant to 11 U.S.C. § 303(g) (the "Interim Trustee Motion") (Dkt. No. 13). In support of this Joinder, KCC respectfully represents as follows:

1.    KCC is a creditor of the Debtor pursuant to a judgment in the amount of $7,500,000.00 entered by the Superior Court of California, Los Angeles County, on December 15,

2020, in the matter captioned as *KCC Class Action Services, LLC v. Girardi Keese & Thomas V. Girardi*, Case No. 19STCV38587. Attached hereto as Exhibit A is a true and correct copy of KCC's judgment against Debtor.

2. On December 18, 2020, Petitioners Jill O'Callahan, Robert Keese, John Abassian, Erika Saldana, Virginia Antonio and Kimberly Archie (collectively, the "Petitioning Creditors") filed an involuntary petition under Chapter 7 of the Bankruptcy Code against the Debtor. Pursuant to the Summons issued, January 15, 2021 was fixed as the date by which the Debtor was required to respond to the involuntary petition.

3. On December 24, 2020, Petitioning Creditors filed the Interim Trustee Motion asserting the immediate appointment of a trustee was appropriate due to the risk that Debtor may lose clients and client files to other law firms, thereby reducing the monies due to Debtor from its pending cases, and settlement proceeds owed to Debtor may not be paid.

4. KCC joins in the arguments and positions set forth in the Interim Trustee Motion to the extent relevant and applicable. KCC similarly believes that there is a significant risk that Debtor's assets may be dissipated if an interim trustee is not appointed. KCC believes that the legal reasoning in the Interim Trustee Motion is sound and, for the reasons set forth therein, respectfully asks the Court to appoint a Chapter 7 Trustee.

5. KCC expressly reserves any and all rights to supplement or amend this Joinder, including the right to make additional arguments at the hearing on the Interim Trustee Motion.

Dated: December 28, 2020        Respectfully submitted,

VEDDER PRICE (CA), LLP

By: */s/ Scott H. Olson*
    SCOTT H. OLSON

*Attorneys for KCC Class Action Services, LLC*

3

# EXHIBIT A

FILED
Superior Court of California
County of Los Angeles
12/15/2020
Sherri R. Carter, Executive Officer / Clerk of Court
By: _____J. Jimenez_____ Deputy

VEDDER PRICE (CA), LLP
MICHAEL J. QUINN (SB# 198349)
 mquinn@vedderprice.com
MARIE E. CHRISTIANSEN (SB# 325352)
 mchristiansen@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:   (424) 204-7700
Facsimile:   (424) 204-7702

*Attorneys for Plaintiff*
*KCC Class Action Services, LLC*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| KCC CLASS ACTION SERVICES, LLC, a Delaware limited liability company, <br><br>Plaintiff, <br><br>v. <br><br>GIRARDI KEESE, a California general partnership, and THOMAS V. GIRARDI, an individual, <br><br>Defendants. | Case No. 19STCV38587 <br><br>**[PROPOSED] JUDGMENT** <br><br>Hon. Steven Kleifield <br><br>Action Filed: October 28, 2019 |

# [PROPOSED] JUDGMENT

Plaintiff KCC Class Action Services, LLC's Motion for Summary Judgment came before the Court for hearing on December 2, 2020. The Motion for Summary Judgment was opposed by Defendants Girardi Keese and Thomas V. Girardi who requested the Court deny the Motion for Summary Judgment. After considering the Motion for Summary Judgment, all papers filed in support and in opposition thereto, and the arguments of counsel, the Court GRANTED Plaintiff's Motion for Summary Judgment;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

Judgment is hereby entered in favor of Plaintiff KCC Class Action Services, LLC, a Delaware limited liability company, and against Defendants Girardi Keese, a California general partnership, and Thomas V. Girardi, an individual, jointly and severally, on Plaintiff's claims for (1) breach of contract against Girardi Keese, a California general partnership, and (2) breach of guaranty against Thomas V. Girardi, an individual. The total amount of the judgment in favor of Plaintiff KCC Class Action Services, LLC, a Delaware limited liability company, and against Defendants Girardi Keese, a California general partnership, and Thomas V. Girardi, an individual, jointly and severally, is Seven Million, Five Hundred Thousand Dollars ($7,500,000) (the "Judgment Amount"). Interest shall accrue on the Judgment Amount at the legal rate pursuant to California Code of Civil Procedure § 685.010 from the date of the entry of this Judgment until the Judgment Amount plus accrued interest is paid in full.

DATED: 12/15/2020

_Steven J. Kleifield / Judge_
HON. STEVEN J. KLEIFIELD
JUDGE OF THE SUPERIOR COURT

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1925 Century Park East, Suite 1900, Los Angeles, CA 90067.

On December 7, 2020 I served true copies of the following document(s) described as

[PROPOSED] JUDGMENT

on the interested parties in this action as follows:

| | |
|---|---|
| Robert C. Baker<br>Phillip A. Baker<br>Jennifer L. Stone<br>Laurence C. Osborn<br>BAKER, KEENER & NAHRA, LLP<br>633 West 5th St., Suite 5500<br>Los Angeles, CA 90071<br>Tel: 213/241-0900<br>Fax: 213/241-0990<br>rbaker@bknlawyers.com<br>pbaker@bknlawyers.com<br>jstone@bknlawyers.com<br>losborn@bknlawyers.com | Attorney for Defendants<br><br>GIRARDI KEESE, a California general partnership<br><br>and<br><br>THOMAS V. GIRARDI, an individual |

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 7, 2020, in Los Angeles, California.

_____
Jeffrey Gimble

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Vedder Price (CA), LLP, 275 Battery Street, Suite 2464, San Francisco, California 94111

A true and correct copy of the foregoing document entitled (*specify*): Notice of Joinder of KCC Class Action Services, LLC to Motion of Petitioning Creditors for Appointment of Interim Trustee Pursuant to 11 U.S.C. 303(g) _____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/28/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/28/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/28/2020 | Scott H. Olson | /s/ Scott H. Olson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*            **F 9013-3.1.PROOF.SERVICE**

Notice will be electronically mailed to:

Andrew Goodman on behalf of Petitioning Creditor Erika Saldana
agoodman@andyglaw.com

Andrew Goodman on behalf of Petitioning Creditor Jill O'Callahan
agoodman@andyglaw.com

Andrew Goodman on behalf of Petitioning Creditor John Abassian
agoodman@andyglaw.com

Andrew Goodman on behalf of Petitioning Creditor Kimberly Archie
agoodman@andyglaw.com

Andrew Goodman on behalf of Petitioning Creditor Virginia Antonio
agoodman@andyglaw.com

Andrew Goodman on behalf of Petitioning Creditor Robert M. Keese
agoodman@andyglaw.com

Eric D. Goldberg on behalf of Creditor Stillwell Madison, LLC
eric.goldberg@dlapiper.com

Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, Inc.
jcrastz@hrhlaw.com

Lewis R. Landau on behalf of Interested Party Courtesy NEF
Lew@Landau.net

Ronald Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com

Steven T. Gubner on behalf of Interested Party Courtesy NEF
sgubner@bg.law

Timothy J. Yoo on behalf of Interested Party Courtesy NEF
tjy@lnbyb.com

Matthew D. Resnik on behalf of Interested Party Courtesy NEF
matt@RHMFirm.com

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@RHMFirm.com

Aram Ordubegian on behalf of Interested Party Courtesy NEF
aram.ordubegian@arentfox.com

Richard W. Esterkin on behalf of Interested Party Courtesy NEF
richard.esterkin@morganlewis.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

<u>Notice will be mailed via U.S. Mail to:</u>

Thomas Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017

Girardi Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017

Leonard Pena
PENA & SOMA, APC
402 S. Marengo Avenue, Suite B
Pasadena, CA 91101