SNELL & WILMER L.L.P.
Clifford S. Davidson, Bar No. 246119
csdavidson@swlaw.com
Keith M. Gregory, Bar No. 117837
kgregory@swlaw.com
Marshall J. Hogan, Bar No. 286147
mhogan@swlaw.com
350 South Grand Avenue
Suite 3100
City National 2CAL
Los Angeles, California  90071
Telephone:     213.929.2500
Facsimile:      213.929.2525

Attorney for Secured Creditor
California Attorney Lending II, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION

| In re:<br><br>THOMAS VINCENT GIRARDI dba GIRARDI KEESE aka TOM GIRARDI<br><br>Debtor | Case No. 2:20-BK-21020-BR<br><br>Chapter 7<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
|---|---|

PLEASE TAKE NOTICE, that the undersigned counsel hereby enters its appearance for secured creditor California Attorney Lending II, Inc., ("CAL II"), pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002, 9007, and 9010, and section 342 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. ("Bankruptcy Code"), and Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Central District of California, and request that copies of all pleadings, motions, notices and other papers filed or served in this bankruptcy case, be served upon CAL II through its undersigned counsel, as follows:

4811-6935-5733

SNELL & WILMER L.L.P.
Marshall J. Hogan, Bar No. 286147
mhogan@swlaw.com
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689

**THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICE** is without prejudice to CAL II's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the court or venue of this case, and shall not be deemed or construed to be a waiver of CAL II's rights (1) to have final orders in noncore matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which CAL II is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments CAL II hereby expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned requests service and copies not only of all notices and papers referred to in the Bankruptcy Rules, Local Rules, and sections of the Bankruptcy Code specified above, but also, without limitation, the schedules, statement of financial affairs, operating reports, any chapter 11 plan or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above referenced chapter 7 case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorney consents to service via the Case Management/Electronic Case Files system for this chapter 7 case except for service of process.

///

///

**PLEASE TAKE FURTHER NOTICE** the undersigned further requests to be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned chapter 7 case.

Dated: December 30, 2020

SNELL & WILMER L.L.P.

By:  /s/ Marshall J. Hogan
     Marshall J. Hogan

Attorney for California Attorney Lending II, Inc.

4811-6935-5733

- 3 -