| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andrew Goodman, Esq. (State Bar # 115685)<br>GOODMAN LAW OFFICES, A Professional Corporation<br>30700 Russell Ranch Road<br>Suite 250<br>Westlake Village, California 91362<br>Telephone: 818-802-5044<br>Facsimile: 818-975-5256<br>E-Mail: agoodman@andyglaw.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* PETITIONING CREDITORS | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>THOMAS VINCENT GIRARDI | CASE NO.: 2:20-bk-21020-BR |
|---|---|
| | CHAPTER: 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*:<br>EMERGENCY MOTION OF PETITIONING CREDITORS FOR APPOINTMENT OF INTERIM TRUSTEE PURSUANT TO 11 U.S.C. 303(g) |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled <u>ORDER GRANTING PETITIONING CREDITORS EMERGENCY MOTION FOR APPOINTMENT OF INTERIM TRUSTEE PURSUANT TO 11 U.S.C. 303(g)</u>

was lodged on (*date* 01/04/2021 and is attached. This order relates to the motion which is docket number <u>13</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1    Andrew Goodman, Esq. (State Bar No. 115685)
     **GOODMAN LAW OFFICES**
2    **A PROFESSIONAL CORPORATION**
     30700 Russell Ranch Road, Suite 250
3    Westlake Village, California 91362
     PHONE: (818) 802-5044; FAX: (818) 975-5256
4    E-Mail: agoodman@andyglaw.com

5

     Attorneys for Petitioning Creditors
6    Robert Keese, Jill Callahan, John Abassian
     Virginia Antonio, Erika Saldana and
7    Kimberly Archie

8

            **UNITED STATES BANKRUPTCY COURT**
9

             **CENTRAL DISTRICT OF CALIFORNIA**
10

                **LOS ANGELES DIVISION**
11

12 In Re                   CASE NO. 2:20-bk-21020-BR

13 THOMAS VINCENT GIRARDI       [Chapter 7]

14           Debtor.           **ORDER GRANTING PETITIONING
CREDITORS EMERGENCY MOTION**
15                          **FOR APPOINTMENT OF INTERIM
TRUSTEE PURSUANT TO 11 U.S.C.**
16                          **303(g)**

17                          **<u>Hearing Date and Time</u>
DATE: January 5, 2021**
18                          **TIME: <u>2:00 P.M.</u>
CTRM: "1668"**
19                                **255 E. Temple Street
Los Angeles, CA. 90012**
20

21        A hearing on Petitioning Creditors Emergency Motion For Appointment of An Interim

22 Trustee Pursuant to 11 U.S.C. § 303(g) (the "Emergency Motion") came on for hearing on

23 January 5, 2021 at 2:00 P.M. before the United States Bankruptcy Court, Central District of

24 California, Los Angeles Division (the "Court"), the Honorable Barry Russell presiding.

25 Appearances are reflected in the Court's record.

26        The Court, having read the Emergency Motion, the joinders to the Emergency Motion

27 filed by KCC Class Actions Services, LLC and Stillwell Madison, LLC, no opposition having

28

1    been filed and finding that service and notice of the hearing on the Emergency Motion was

2    proper and good cause appearing

3         IT IS HEREBY ORDERED AS FOLLOWS:

4         1.    The Emergency Motion is granted.

5         2.    This Court hereby directs the Office of the United States Trustee to appoint an

6    interim Chapter 7 Trustee in this case pursuant to 11 U.S.C § 303(g) pending a ruling by this

7    Court regarding entry of an Order for Relief.

8         3.    The 14-day stay provided by FRBP 4001(a)(3) is waived.

9

10                                    ###

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    2339476v3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
30700 RUSSELL RANCH ROAD, SUITE 250, WESTLAKE VILLAGE, CALIFORNIA 91362

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **01/04/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) **01/04/2021** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **01/04/2021** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Thomas Vincent Girardi - tgirardi@girardikeese.com;

Leonard Pena - lpena@penalaw.com

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/04/2021 | ANDREW GOODMAN | /S/ ANDREW GOODMAN |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 9021-1.2.BK.NOTICE.LODGMENT**

**2:20-bk-21020-BR - Notice will be electronically mailed to:**

Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, Inc.  jcrastz@hrhlaw.com

Richard W Esterkin on behalf of Interested Party Courtesy NEF
richard.esterkin@morganlewis.com

Eric D Goldberg on behalf of Creditor Stillwell Madison, LLC
eric.goldberg@dlapiper.com, eric.goldberg-1103@ecf.pacerpro.com

Andrew Goodman on behalf of Petitioning Creditor Erika Saldana
agoodman@andyglaw.com

Andrew Goodman on behalf of Petitioning Creditor Jill O'Callahan
agoodman@andyglaw.com

Andrew Goodman on behalf of Petitioning Creditor John Abassian
agoodman@andyglaw.com

Andrew Goodman on behalf of Petitioning Creditor Kimberly Archie
agoodman@andyglaw.com

Andrew Goodman on behalf of Petitioning Creditor Robert M. Keese
agoodman@andyglaw.com

Andrew Goodman on behalf of Petitioning Creditor Virginia Antonio
agoodman@andyglaw.com

Steven T Gubner on behalf of Interested Party Courtesy NEF
sgubner@bg.law, ecf@bg.law

Marshall J Hogan on behalf of Creditor California Attorney Lending II, Inc.
mhogan@swlaw.com, knestuk@swlaw.com

Lewis R Landau on behalf of Interested Party Courtesy NEF
Lew@Landaunet.com

Edith R Matthai on behalf of Interested Party Courtesy NEF
ematthai@romalaw.com

Scott H Olson on behalf of Creditor KCC Class Action Services, LLC
solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,
ecfsfdocket@vedderprice.com, nortega@vedderprice.com

**Ronald N Richards on behalf of Interested Party Courtesy NEF**
ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com

**United States Trustee (LA)**
ustpregion16.la.ecf@usdoj.gov

**Eric D Winston on behalf of Creditor Frantz Law Group, APLC**
ericwinston@quinnemanuel.com

**Timothy J Yoo on behalf of Interested Party Courtesy NEF**
tjy@lnbyb.com

## THE FOLLOWING PARTIES WILL BE SERVED VIA UNITED STATES MAIL

**Thomas Girardi**
**1126 Wilshire Boulevard**
**Los Angeles, CA. 90017**

**Girardi Keese**
**1126 Wilshire Boulevard**
**Los Angeles, CA. 90017**

**Leonard Pena, Esq.**
**PENA & SOMA, APC**
**402 S. Marengo Avenue, Suite B**
**Pasadena, CA. 91101**