

**FILED & ENTERED**

**JAN 05 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor(s). | Case No.: 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**ORDER GRANTING "MOTION OF PETITIONING CREDITORS FOR APPOINTMENT OF INTERIM TRUSTEE PURSUANT TO 11 U.S.C. 303(g)"**<br><br>Date:  January 5, 2021<br>Time:  2:00 p.m.<br><br>Conducted via videoconference on Zoom for Government |

The Court held a hearing on the "Motion of Petitioning Creditors For Appointment of An Interim Trustee Pursuant to 11 U.S.C. § 303(g)" ("Motion") on January 5, 2021 at 2:00 p.m. Appearances are reflected in the Court's record.

The Court reviewed the Motion and all pleadings filed in connection with and in response to the Motion. No opposition to the requested appointment of an interim trustee has been filed, timely or at all.

The Court heard argument and representations of counsel and finds that good cause has been shown for the appointment of an interim trustee to protect and preserve the assets of the bankruptcy estate pending the entry of an order for relief.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Motion is granted;

2. This Court hereby directs the Office of the United States Trustee to immediately appoint an interim chapter 7 trustee in this case pursuant to 11 U.S.C § 303(g), pending a ruling by this Court regarding entry of an order for relief;

3. The interim trustee shall be authorized to immediately take possession of the books and records and accounts of the debtor;

4. Neither the assets nor the books and records of the debtor shall be destroyed, adjusted, utilized, or removed from the debtor's or any other premises by the debtor or by any other individual or entity;

5. The interim trustee shall be authorized to take any additional actions that may be necessary to preserve and protect the bankruptcy estate pending the entry of an order for relief and the appointment of a permanent chapter 7 trustee;

6. The petitioning creditors shall post a bond in the amount of $10,000;

7. The petitioning creditors shall provide to the United States Trustee evidence satisfactory to the United States Trustee of the posting of such bond; and

8. The 14-day stay provided by FRBP 4001(a)(3) is waived.

**IT IS SO ORDERED.**

Date: January 5, 2021

_____
Barry Russell
United States Bankruptcy Judge