TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Ste. 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Proposed Attorneys for Jason Rund,
Interim Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>                Alleged Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7 (Involuntary)<br><br>**APPLICATION OF INTERIM CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF TIMOTHY J. YOO IN SUPPORT THEREOF**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)(C)] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

Jason Rund, the interim Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Thomas Vincent Girardi (the "Debtor"), hereby submits this application (the "Application") for authority to employ Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as general bankruptcy counsel, effective as of January 6, 2021, and upon the terms and conditions described below. In support of the Application, the Trustee respectfully represents as follows:

1

# I.

# CASE HISTORY

1. A Chapter 7 Involuntary Petition was filed against the Debtor on December 18, 2020, by petitioning creditors Robert M. Keese, John Abassian, Erika Saldana, Virginia Antonio and Kimberly Archie (the "Petitioning Creditors"). On the same date, the Petitioning Creditors also filed a Chapter 7 Involuntary Petition against Girardi Keese ("GK"), commencing Case No. 2:20-bk-21022-BR.

2. On December 24, 2020, the Petitioning Creditors filed an emergency motion for appointment of an interim trustee [Doc 13], which was granted by the Bankruptcy Court on January 5, 2021 [Doc 39]. On January 6, 2021, the United States Trustee ("UST") appointed the Trustee.

# II.

# PROPOSED EMPLOYMENT OF LNBYB

3. The Trustee desires to employ LNBYB, whose address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067, as general bankruptcy counsel in the Debtor's case.

4. The Trustee requires counsel to perform the following tasks:

    a. advising the Trustee with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the UST as they pertain to the Trustee;

    b. advising the Trustee with regard to certain rights and remedies of the bankruptcy estate and the rights, claims and interests of creditors;

    c. representing the Trustee in any proceeding or hearing in the Bankruptcy Court involving the bankruptcy estate unless the Trustee is represented in such proceeding or hearing by other special counsel;

    d. conducting examinations of witnesses, claimants or adverse parties and representing the Trustee in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities;

   e. preparing and assisting the Trustee in the preparation of reports, applications, pleadings and orders including, but not limited to objections to claims, settlements and other matters relating to the case;

   f. investigating, evaluating, and prosecuting objections to claims as may be appropriate; and

   g. performing any other services which may be appropriate in LNBYB's representation of the Trustee during the Debtor's bankruptcy case.

5. LNBYB is composed of 24 attorneys who specialize in the practice of bankruptcy law, three of whom are chapter 7 trustees. LNBYB, with the addition of attorneys from Robinson, Diamant & Wolkowitz, APC pursuant to a merger effective on January 1, 2010, has represented chapter 7 and 11 trustees in numerous cases over a period of more than 40 years. As such, LNBYB is particularly well-qualified to represent the Trustee in this case. All attorneys associated with LNBYB who will render services in the Debtor's case are duly admitted to practice law in the courts of the State of California and in the United States District Court for the Central District of California. A true and correct copy of LNBYB's fee schedule is attached as **Exhibit "1"** to the Declaration of Timothy J. Yoo annexed hereto (the "Yoo Declaration") and is incorporated herein by this reference. LNBYB's resume, which sets forth the experience and qualifications of LNBYB's attorneys and paralegals, can be found on LNBYB's website, http://www.LNBYB.com. The partners and associates of LNBYB are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules, and will comply with them if employed as the Trustee's counsel.

6. For all the foregoing reasons, the Trustee believes that LNBYB's employment is in the best interest of the Debtor's estate, as required by 11 U.S.C. § 327(d) as a condition of employment.

### III.

### COMPENSATION OF LNBYB

7. LNBYB has agreed to accept as compensation for its services such sums as may be allowed by this Court in accordance with law, based upon the time spent and services

rendered, the results achieved, the difficulties encountered, the complexities involved, and other appropriate factors.

8.   LNBYB will comply with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, promulgated by the U.S. Trustee Program and reprinted at 28 C.F.R. Part 58, Appendix A.

9.   LNBYB has not received a retainer or a lien or interest in property of the Debtor or any third parties in connection with its proposed representation of the Trustee. No agreement exists for a division of fees between LNBYB and any other person or entity except among the members of LNBYB.

10.   No compensation will be paid by the Trustee to LNBYB except upon application to and approval by this Court after notice and a hearing pursuant to 11 U.S.C. Sections 330 and 331 of the Bankruptcy Code.

11.   There is no agreement between the Trustee and LNBYB regarding LNBYB's employment in this case other than as set forth in this Application.

## IV.

## LNBYB IS DISINTERESTED AND DOES NOT HOLD ANY INTEREST ADVERSE TO THE ESTATE

12.   To the best of the Trustee's knowledge, and based upon the Yoo Declaration annexed hereto, LNBYB does not hold or represent any interest adverse to the Trustee, the Debtor or his estate, and LNBYB is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code. Also, to the best of the Trustee's knowledge, and based upon the Yoo Declaration annexed hereto, LNBYB has no prior connection with the Debtor, any creditors of the Debtor or any other party in interest in this case, or their respective attorneys or accountants, the UST or any person employed by the UST, other than that, Timothy Yoo is the Chapter 7 trustee for the bankruptcy estate of *Anthony Michael Hernandez and Josefina Castillo Hernandez*, Case No. 2:11-bk-54999-WB (the "Hernandez Estate"). LNBYB is counsel for the Hernandez Estate. The Hernandez Estate has a claim against the GK estate in the amount of $35,000 pursuant to a court-approved settlement agreement. The order

4

approving the settlement was entered on March 5, 2020 and is now final.  This is <u>not</u> a claim against the Debtor but is being disclosed here in abundance of caution.

13. LNBYB's involvement in the Hernandez Estate does not affect the representation proposed herein.  While it is highly unlikely, should a conflict arise, the Trustee will notify the Bankruptcy Court of the circumstances and, if necessary, will retain separate counsel for the matter in which LNBYB has a conflict.

14. To the best of the Trustee's knowledge, and based upon the Yoo Declaration annexed hereto, LNBYB and each attorney associated with LNBYB who is expected to render services in this matter:

    h. is not and was not a creditor, an equity security holder, or an insider of the Debtor;

    i. is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtor;

    j. does not have an interest materially adverse to the interests of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason; and

    k. is not a relative or employee of the UST or a United States Bankruptcy Court judge.

## V.
## NOTICE OF THE APPLICATION IS SUFFICIENT

15. A notice advising creditors and other interested parties of the Trustee's Application to employ LNBYB as general bankruptcy counsel and summarizing the terms of the proposed employment has been filed and served in accordance with Local Bankruptcy Rule 2014-1(b)(2).

///

///

///

///

**WHEREFORE**, the Trustee respectfully requests that the Court approve his employment of LNBYB as general bankruptcy counsel in the Debtor's bankruptcy case, upon the terms and conditions set forth above, with such employment to be deemed effective as of January 6, 2021.

Date: January 8, 2021

_____
JASON RUND,
Interim Chapter 7 Trustee

Presented By:
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P

By:    /s/ Timothy J. Yoo
TIMOTHY J. YOO
CARMELA T. PAGAY
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
Proposed Attorneys for Jason Rund,
Interim Chapter 7 Trustee

**DECLARATION OF TIMOTHY J. YOO**

I, Timothy J. Yoo, declare as follows:

1. I have personal knowledge of the facts set forth below, and if called to testify, would and could competently testify thereto.

2. I am a partner of the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"). I am a member in good standing of the Bar of the State of California and I am admitted to practice before the United States District Court and Bankruptcy Court for the Central District of California.

3. Jason Rund, the interim Chapter 7 Trustee (the "Trustee") for the estate of Thomas Vincent Girardi, the debtor herein (the "Debtor"), has requested that LNBYB serve as his general bankruptcy counsel in connection with the Debtor's bankruptcy case. LNBYB has agreed to represent the Trustee upon the terms set forth in the application (the "Application") to which this declaration is attached. All capitalized terms not specifically defined herein shall have the meanings ascribed to them in the Application.

4. LNBYB is composed of 24 attorneys who specialize in the practice of bankruptcy law, three of whom are chapter 7 trustees. LNBYB, with the addition of attorneys from Robinson, Diamant & Wolkowitz, APC pursuant to a merger effective on January 1, 2010, has represented chapter 7 and 11 trustees in numerous cases over a period of more than 40 years. As such, I believe LNBYB is particularly well-qualified to represent the Trustee in the Debtor's case. All attorneys associated with LNBYB who will render services in the Debtor's case are duly admitted to practice law in the courts of the State of California and in the United States District Court for the Central District of California. A true and correct copy of LNBYB's fee schedule is attached as **Exhibit "1"** hereto. LNBYB's resume, which sets forth the experience and qualifications of LNBYB's attorneys and paralegals, can be found on LNBYB's website, http://www.LNBYB.com.

5. The partners and associates of LNBYB are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, as well as the procedures set forth in the Guidelines for Reviewing Applications for Compensation and

7

Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the U.S. Trustee Program (and reprinted at 28 C.F.R. Part 58, Appendix A), and will comply with them if employed as the Trustee's counsel.

6. Following the Trustee's request that LNBYB represent him in the Debtor's case as general bankruptcy counsel, a conflicts check was undertaken, utilizing LNBYB's client list database. I also reviewed the potential representation of the Trustee with other attorneys at LNBYB to ensure that no conflict of interest exists.

7. To the best of my knowledge, LNBYB has no prior connection with the Debtor, any creditors of the Debtor or any other party in interest in the Debtor's case, or their respective attorneys or accountants, the UST or any person employed by the United States Trustee ("UST"), other than that, from time to time LNBYB has provided legal representation to the Trustee in other bankruptcy cases.

8. In abundance of caution, I want to disclose that I am the Chapter 7 trustee for the bankruptcy estate of *Anthony Michael Hernandez and Josefina Castillo Hernandez,* Case No. 2:11-bk-54999-WB (the "Hernandez Estate"), and LNBYB represents me in that capacity. The Hernandez Estate has a claim against the GK estate in the amount of $35,000 pursuant to a court-approved settlement agreement. The order approving the settlement was entered on March 5, 2020 and is now final. This is not a claim against the Debtor but is being disclosed here in abundance of caution.

9. I do not believe that my involvement with the Hernandez Estate affects the representation proposed herein.

10. To the best of my knowledge, LNBYB and each attorney associated with LNBYB who is expected to render services for the Trustee in connection with the Debtor's case:

    a. is not and was not a creditor, an equity security holder, or an insider of the Debtor;

    b. is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtor;

    c. does not have an interest materially adverse to the interests of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason; and

    d. is not a relative or employee of the UST or a United States Bankruptcy Court judge.

11. LNBYB has agreed to accept as compensation for its services such sums as may be allowed by this Court in accordance with law, based upon the time spent and services rendered, the results achieved, the difficulties encountered, the complexities involved, and other appropriate factors.

12. LNBYB has not received a retainer or a lien or interest in property of the Debtor or any third parties in connection with its proposed representation of the Trustee. No agreement exists for a division of fees between LNBYB and any other person or entity except among the members of LNBYB.

13. I understand that no compensation will be paid by the Trustee to LNBYB except upon application to and approval by this Court after notice and a hearing pursuant to 11 U.S.C. Sections 330 and 331 of the Bankruptcy Code.

14. There is no agreement between the Trustee and LNBYB regarding LNBYB's employment in this case other than as set forth in the Application.

I declare and verify under penalty of perjury under the law of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 8th day of January, 2021, at Los Angeles, California.

            */s/ Timothy J. Yoo*
            TIMOTHY J. YOO

# EXHIBIT "1"

[LNBYB Fee Schedule]

## BILLING RATES

| ATTORNEYS | 2021 |
|---|---|
| DAVID W. LEVENE | 635 |
| DAVID L. NEALE | 635 |
| RON BENDER | 635 |
| MARTIN J. BRILL | 635 |
| TIMOTHY J. YOO | 635 |
| GARY E. KLAUSNER | 635 |
| EDWARD M. WOLKOWITZ | 635 |
| DAVID B. GOLUBCHIK | 635 |
| BETH ANN R. YOUNG | 620 |
| MONICA Y. KIM | 620 |
| DANIEL H. REISS | 620 |
| PHILIP A. GASTEIER | 620 |
| EVE H. KARASIK | 620 |
| TODD A. FREALY | 620 |
| KURT RAMLO | 620 |
| RICHARD P. STEELMAN, JR. | 620 |
| JULIET Y. OH | 605 |
| TODD M. ARNOLD | 605 |
| CARMELA T. PAGAY | 605 |
| ANTHONY A. FRIEDMAN | 605 |
| KRIKOR J. MESHEFEJIAN | 605 |
| JOHN-PATRICK M. FRITZ | 605 |
| LINDSEY L. SMITH | 525 |
| JEFFREY KWONG | 525 |
| PARAPROFESSIONALS | 250 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Blvd, Suite 1700, Los Angeles CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF INTERIM CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS GENERAL BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 8, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED NEF SERVICE LIST.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **January 8, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Thomas Vincent Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/8/2021 | Megan Wertz | /s/ Megan Wertz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   Richard D Buckley    richard.buckley@arentfox.com
   Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
   Jennifer Witherell Crastz    jcrastz@hrhlaw.com
   Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
   Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
   Richard W Esterkin    richard.esterkin@morganlewis.com
   Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
   Andrew Goodman    agoodman@andyglaw.com
   M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
   Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
   Razmig Izakelian    razmigizakelian@quinnemanuel.com
   Lewis R Landau    Lew@Landaunet.com
   Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
   Edith R Matthai    ematthai@romalaw.com
   Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
   Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
   Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
   Aram Ordubegian    ordubegian.aram@arentfox.com
   Carmela Pagay    ctp@lnbyb.com
   Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
   Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
   Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
   Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
   Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
   Timothy J Yoo    tjy@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*        **F 9013-3.1.PROOF.SERVICE**