FILED & ENTERED

JAN 13 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor(s). | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**ORDER DIRECTING:**<br><br>**(1) THE CLERK OF COURT TO IMMEDIATELY ENTER AN ORDER FOR RELIEF UNDER CHAPTER 7;**<br><br>**(2) THE UNITED STATES TRUSTEE TO IMMEDIATELY APPOINT A CHAPTER 7 TRUSTEE;**<br><br>**(3) THE DEBTOR TO FILE ALL SCHEDULES AND RELATED DOCUMENTATION FOR A CHAPTER 7 CASE WITHIN FOURTEEN DAYS OF THE ENTRY OF THIS ORDER; AND**<br><br>**(4) VACATING FEBRUARY 16, 2021 STATUS CONFERENCE**<br><br>[No Hearing Required] |

A number of petitioning creditors filed an involuntary petition against the debtor in this case on December 18, 2020.  On December 22, 2020, the Court issued a "Summons And Notice of Status Conference In An Involuntary Bankruptcy Case" (Doc. No. 7).

The Summons required the debtor to file an answer or a motion in response to the involuntary petition within 21 days of the date of service of the Summons pursuant to Fed. R. Bankr. P. 1011(b), *i.e.,* no later than January 12, 2021. The Notice set a status conference in the involuntary case for February 16, 2021.

Counsel for the petitioning creditors served a copy of the Summons and involuntary petition on the debtor on December 22, 2020 (Docket No. 11).  The debtor failed to file an answer or a motion in response to the Summons and involuntary petition, timely or at all.

Accordingly, **IT IS HEREBY ORDERED** that:

1.The Clerk of Court shall enter an order for relief under chapter 7 of the Bankruptcy Code immediately upon entry of this Order;

2.The United States Trustee shall immediately appoint a chapter 7 trustee in this case;

3.The debtor shall file all schedules and related documentation for a chapter 7 case, in accordance with the Local Bankruptcy Rules, within fourteen (14) days from the date of entry of this Order, *i.e.,* no later than close of business on **[January 27, 2021]**; and

4.The status conference on the involuntary case currently set for February 16, 2021 at 2:00 p.m. is moot due to the entry of this Order and therefore **VACATED**.

**IT IS SO ORDERED.**

Date: January 13, 2021

_____
Barry Russell
United States Bankruptcy Judge