1

2

3

4

5

6

7

**FILED & ENTERED**

**JAN 14 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY fortier     DEPUTY CLERK**

8

9

10

11

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

12

13    In re:

14    GIRARDI KEESE,

15

16

17                                          Debtor(s).

18

19

20

21

Case No.: 2:20-bk-21022-BR

Chapter 7

**ORDER:**

**(1) DENYING MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; AND**

**(2) SETTING HEARING ON MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR DEBTOR**

[No Hearing Required]

22

23

24

25

    This matter is before the Court on the "Motion for Order: 1. Appointing Robert Girardi as Debtor's Guardian Ad Litem; and 2. Extension of Time to File Responsive Pleading" ("Motion") filed by Robert Girardi on January 13, 2021 (Doc. No. 67).

26

27

28

    Movant seeks an order from the Court appointing him as the debtor's guardian ad litem and extending the deadline to file a responsive pleading to the involuntary petition from January 12, 2021 to and including February 12, 2021.

The Court has reviewed the Motion and the attached declaration of Robert Girardi. The Motion was filed one day after the January 12, 2021 deadline for filing a responsive pleading to the involuntary petition. Due to the debtor's failure to file a timely response to the involuntary petition, the Court on January 13, 2021 directed the Clerk of Court to enter an Order for Relief in this case, which Clerk of Court entered on January 13, 2021.

Accordingly, the Court **HEREBY ORDERS AS FOLLOWS:**

1.      Movant's request for an extension of the January 12, 2021 deadline to file a responsive pleading to the involuntary petition is **DENIED**;

2.      A hearing on Movant's request for appointment of Robert Girardi as the debtor's guardian ad litem shall be held on February 16, 2021 at 2:00 p.m. via Zoom for Government; and

3.      Participants in the hearing will be connected with Courtroom 1668 via Zoom for Government but will not be physically present in the Courtroom:

   a.    Video/audio                web                address: https://cacb.zoomgov.com/j/**[1604415586]**    ZoomGov    meeting number **[1604415586]** password no. 123456;

   b.    Telephone    conference    lines    (for    audio    only):    Audio-only participants must call into Zoom for Government by calling:

      (i)      1 (669) 254 5252 US (San Jose) or

///

///

///

-2-

1

2

3

4

5      (ii)  1 (646) 828 7666  US (New York).

6  **IT IS SO ORDERED.**

7            ###

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25 Date: January 14, 2021

26            Barry Russell
             United States Bankruptcy Judge

27

28