QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kenneth Chiate (Cal. Bar No. 39554)
kenchiate@quinnemanuel.com
K. John Shaffer (Cal. Bar No. 153729)
johnshaffer@quinnemanuel.com
Eric Winston (Cal. Bar No. 202407)
ericwinston@quinnemanuel.com
Razmig Izakelian (Cal. Bar No. 292137)
razmigizakelian@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Frantz Law Group, APLC

**FILED & ENTERED**

**JAN 14 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE<br><br>    Debtor. | Chapter 7<br><br>Case No. 2:20-bk-21022-BR<br><br>**ORDER APPROVING STIPULATION BETWEEN FRANTZ LAW GROUP, APLC AND INTERIM TRUSTEE REGARDING PROTECTION OF DOCUMENTS** |

Case No. 2:20-bk-21022-BR

[PROPOSED] ORDER APPROVING STIPULATION BETWEEN FRANTZ LAW GROUP, APLC AND INTERIM
TRUSTEE REGARDING PROTECTION OF DOCUMENTS

On January 13, 2021, the *Stipulation between Frantz Law Group, APLC and Interim Trustee Regarding Protection of Documents* ("Stipulation") entered into by and between Frantz Law Group, APLC ("Frantz") and Elissa D. Miller as chapter 7 trustee ("Trustee") was filed herein. The Court, having considered the Stipulation, the related pleadings on file, and for good cause appearing, HEREBY ORDERS:

1. The Stipulation is approved;

2. Pursuant to Federal Rule of Evidence 502(d), any privilege or protection, including but not limited to attorney-client privilege or work product protection, that covers the Documents (as defined in the Stipulation) shall not be waived by disclosure of such Documents to the Trustee, and such disclosure also shall not be a waiver in any other federal or state proceeding.

3. This Stipulation shall be binding on any trustee appointed in this case, including any trustee appointed after entry of the order for relief or any substitute or replacement trustee appointed thereafter.

Date: January 14, 2021

_____
Barry Russell
United States Bankruptcy Judge