| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Timothy J. Yoo (SBN 155531)<br>Carmela T. Pagay (SBN 195603)<br>Levene, Neale, Bender, Yoo & Brill, L.L.P.<br>10250 Constellation Blvd, Suite 1700<br>Los Angeles, CA 90067<br>Email: tjy@lnbyb.com, ctp@lnbyb.com<br>Phone: (310) 229-1234<br>Fax: (310) 229-1244<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>THOMAS VINCENT GIRARDI,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:20-bk-21020-BR<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)** |
| | [No Hearing Required] |

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 01/08/2021    Movant(s) filed a motion or application (Motion) entitled: Application of Interim Chapter 7 Trustee to Employ Levene, Neale, Bender, Yoo & Brill L.L.P. as General Bankruptcy Counsel

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 01/08/2021    Movant(s), served a copy of ☒ the notice of motion or ☐ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 18   days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.   Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 01/26/2021          /s/ Timothy J. Yoo
                          Signature


                          Timothy J. Yoo
                          Printed name

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

1   TIMOTHY J. YOO (State Bar No. 155531)
    tjy@lnbyb.com
2   CARMELA T. PAGAY (State Bar No. 195603)
    ctp@lnbyb.com
3   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
    10250 Constellation Boulevard, Ste. 1700
4   Los Angeles, California 90067
5   Telephone: (310) 229-1234
    Facsimile: (310) 229-1244
6
7   Proposed Attorneys for Jason Rund,
    Interim Chapter 7 Trustee
8

9                **UNITED STATES BANKRUPTCY COURT**

10               **CENTRAL DISTRICT OF CALIFORNIA**

11               **LOS ANGELES DIVISION**

12

| | |
|---|---|
| In re | Case No. 2:20-bk-21020-BR |
| THOMAS VINCENT GIRARDI, | Chapter 7 (Involuntary) |
| Alleged Debtor. | **APPLICATION OF INTERIM CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF TIMOTHY J. YOO IN SUPPORT THEREOF** |
| | [No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)(C)] |

21

22  **TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY**

23  **JUDGE:**

24          Jason Rund, the interim Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of

25  Thomas Vincent Girardi (the "Debtor"), hereby submits this application (the "Application") for

26  authority to employ Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as general

27  bankruptcy counsel, effective as of January 6, 2021, and upon the terms and conditions

28  described below.  In support of the Application, the Trustee respectfully represents as follows:

**I.**

**CASE HISTORY**

1.     A Chapter 7 Involuntary Petition was filed against the Debtor on December 18, 2020, by petitioning creditors Robert M. Keese, John Abassian, Erika Saldana, Virginia Antonio and Kimberly Archie (the "Petitioning Creditors").  On the same date, the Petitioning Creditors also filed a Chapter 7 Involuntary Petition against Girardi Keese ("GK"), commencing Case No. 2:20-bk-21022-BR.

2.     On December 24, 2020, the Petitioning Creditors filed an emergency motion for appointment of an interim trustee [Doc 13], which was granted by the Bankruptcy Court on January 5, 2021 [Doc 39]. On January 6, 2021, the United States Trustee ("UST") appointed the Trustee.

**II.**

**PROPOSED EMPLOYMENT OF LNBYB**

3.     The Trustee desires to employ LNBYB, whose address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067, as general bankruptcy counsel in the Debtor's case.

4.     The Trustee requires counsel to perform the following tasks:

a.     advising the Trustee with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the UST as they pertain to the Trustee;

b.     advising the Trustee with regard to certain rights and remedies of the bankruptcy estate and the rights, claims and interests of creditors;

c.     representing the Trustee in any proceeding or hearing in the Bankruptcy Court involving the bankruptcy estate unless the Trustee is represented in such proceeding or hearing by other special counsel;

d.     conducting examinations of witnesses, claimants or adverse parties and representing the Trustee in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities;

1        e.     preparing and assisting the Trustee in the preparation of reports,

2   applications, pleadings and orders including, but not limited to objections to claims,

3   settlements and other matters relating to the case;

4        f.     investigating, evaluating, and prosecuting objections to claims as may be

5   appropriate; and

6        g.     performing any other services which may be appropriate in LNBYB's

7   representation of the Trustee during the Debtor's bankruptcy case.

8      5.     LNBYB is composed of 24 attorneys who specialize in the practice of

9   bankruptcy law, three of whom are chapter 7 trustees.  LNBYB, with the addition of attorneys

10   from Robinson, Diamant & Wolkowitz, APC pursuant to a merger effective on January 1,

11   2010, has represented chapter 7 and 11 trustees in numerous cases over a period of more than

12   40 years.  As such, LNBYB is particularly well-qualified to represent the Trustee in this case.

13   All attorneys associated with LNBYB who will render services in the Debtor's case are duly

14   admitted to practice law in the courts of the State of California and in the United States District

15   Court for the Central District of California.  A true and correct copy of LNBYB's fee schedule

16   is attached as **Exhibit "1"** to the Declaration of Timothy J. Yoo annexed hereto (the "Yoo

17   Declaration") and is incorporated herein by this reference.  LNBYB's resume, which sets forth

18   the experience and qualifications of LNBYB's attorneys and paralegals, can be found on

19   LNBYB's website, http://www.LNBYB.com.  The partners and associates of LNBYB are

20   familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local

21   Bankruptcy Rules, and will comply with them if employed as the Trustee's counsel.

22      6.     For all the foregoing reasons, the Trustee believes that LNBYB's employment is

23   in the best interest of the Debtor's estate, as required by 11 U.S.C. § 327(d) as a condition of

24   employment.

25               **III.**

26         **COMPENSATION OF LNBYB**

27      7.     LNBYB has agreed to accept as compensation for its services such sums as may

28   be allowed by this Court in accordance with law, based upon the time spent and services

rendered, the results achieved, the difficulties encountered, the complexities involved, and other appropriate factors.

8.     LNBYB will comply with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, promulgated by the U.S. Trustee Program and reprinted at 28 C.F.R. Part 58, Appendix A.

9.     LNBYB has not received a retainer or a lien or interest in property of the Debtor or any third parties in connection with its proposed representation of the Trustee.  No agreement exists for a division of fees between LNBYB and any other person or entity except among the members of LNBYB.

10.     No compensation will be paid by the Trustee to LNBYB except upon application to and approval by this Court after notice and a hearing pursuant to 11 U.S.C. Sections 330 and 331 of the Bankruptcy Code.

11.     There is no agreement between the Trustee and LNBYB regarding LNBYB's employment in this case other than as set forth in this Application.

**IV.**

**LNBYB IS DISINTERESTED AND DOES NOT HOLD ANY INTEREST ADVERSE TO THE ESTATE**

12.     To the best of the Trustee's knowledge, and based upon the Yoo Declaration annexed hereto, LNBYB does not hold or represent any interest adverse to the Trustee, the Debtor or his estate, and LNBYB is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.  Also, to the best of the Trustee's knowledge, and based upon the Yoo Declaration annexed hereto, LNBYB has no prior connection with the Debtor, any creditors of the Debtor or any other party in interest in this case, or their respective attorneys or accountants, the UST or any person employed by the UST, other than that, Timothy Yoo is the Chapter 7 trustee for the bankruptcy estate of *Anthony Michael Hernandez and Josefina Castillo Hernandez*, Case No. 2:11-bk-54999-WB (the "Hernandez Estate").  LNBYB is counsel for the Hernandez Estate.  The Hernandez Estate has a claim against the GK estate in the amount of $35,000 pursuant to a court-approved settlement agreement.  The order

4

approving the settlement was entered on March 5, 2020 and is now final.  This is <u>not</u> a claim against the Debtor but is being disclosed here in abundance of caution.

13.    LNBYB's involvement in the Hernandez Estate does not affect the representation proposed herein.  While it is highly unlikely, should a conflict arise, the Trustee will notify the Bankruptcy Court of the circumstances and, if necessary, will retain separate counsel for the matter in which LNBYB has a conflict.

14.    To the best of the Trustee's knowledge, and based upon the Yoo Declaration annexed hereto, LNBYB and each attorney associated with LNBYB who is expected to render services in this matter:

h.    is not and was not a creditor, an equity security holder, or an insider of the Debtor;

i.    is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtor;

j.    does not have an interest materially adverse to the interests of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason; and

k.    is not a relative or employee of the UST or a United States Bankruptcy Court judge.

**V.**

**<u>NOTICE OF THE APPLICATION IS SUFFICIENT</u>**

15.    A notice advising creditors and other interested parties of the Trustee's Application to employ LNBYB as general bankruptcy counsel and summarizing the terms of the proposed employment has been filed and served in accordance with Local Bankruptcy Rule 2014-1(b)(2).

///

///

///

///

1       **WHEREFORE**, the Trustee respectfully requests that the Court approve his

2 employment of LNBYB as general bankruptcy counsel in the Debtor's bankruptcy case, upon

3 the terms and conditions set forth above, with such employment to be deemed effective as of

4 January 6, 2021.

5

6 Date: January 8, 2021

                          JASON RUND,

7                        Interim Chapter 7 Trustee

8

9 Presented By:
  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P

10

11 By:    /s/ Timothy J. Yoo
      TIMOTHY J. YOO

12       CARMELA T. PAGAY
      LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

13       Proposed Attorneys for Jason Rund,
      Interim Chapter 7 Trustee

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF TIMOTHY J. YOO**

I, Timothy J. Yoo, declare as follows:

1.      I have personal knowledge of the facts set forth below, and if called to testify, would and could competently testify thereto.

2.      I am a partner of the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB").  I am a member in good standing of the Bar of the State of California and I am admitted to practice before the United States District Court and Bankruptcy Court for the Central District of California.

3.      Jason Rund, the interim Chapter 7 Trustee (the "Trustee") for the estate of Thomas Vincent Girardi, the debtor herein (the "Debtor"), has requested that LNBYB serve as his general bankruptcy counsel in connection with the Debtor's bankruptcy case.  LNBYB has agreed to represent the Trustee upon the terms set forth in the application (the "Application") to which this declaration is attached.  All capitalized terms not specifically defined herein shall have the meanings ascribed to them in the Application.

4.      LNBYB is composed of 24 attorneys who specialize in the practice of bankruptcy law, three of whom are chapter 7 trustees.  LNBYB, with the addition of attorneys from Robinson, Diamant & Wolkowitz, APC pursuant to a merger effective on January 1, 2010, has represented chapter 7 and 11 trustees in numerous cases over a period of more than 40 years.  As such, I believe LNBYB is particularly well-qualified to represent the Trustee in the Debtor's case.  All attorneys associated with LNBYB who will render services in the Debtor's case are duly admitted to practice law in the courts of the State of California and in the United States District Court for the Central District of California.  A true and correct copy of LNBYB's fee schedule is attached as **Exhibit "1"** hereto.  LNBYB's resume, which sets forth the experience and qualifications of LNBYB's attorneys and paralegals, can be found on LNBYB's website, http://www.LNBYB.com.

5.      The partners and associates of LNBYB are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, as well as the procedures set forth in the Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the U.S. Trustee

Program (and reprinted at 28 C.F.R. Part 58, Appendix A), and will comply with them if

employed as the Trustee's counsel.

6.    Following the Trustee's request that LNBYB represent him in the Debtor's case

as general bankruptcy counsel, a conflicts check was undertaken, utilizing LNBYB's client list

database.  I also reviewed the potential representation of the Trustee with other attorneys at

LNBYB to ensure that no conflict of interest exists.

7.    To the best of my knowledge, LNBYB has no prior connection with the Debtor,

any creditors of the Debtor or any other party in interest in the Debtor's case, or their respective

attorneys or accountants, the UST or any person employed by the United States Trustee

("UST"), other than that, from time to time LNBYB has provided legal representation to the

Trustee in other bankruptcy cases.

8.    In abundance of caution, I want to disclose that I am the Chapter 7 trustee for the

bankruptcy estate of *Anthony Michael Hernandez and Josefina Castillo Hernandez*, Case No.

2:11-bk-54999-WB (the "Hernandez Estate"), and LNBYB represents me in that capacity.  The

Hernandez Estate has a claim against the GK estate in the amount of $35,000 pursuant to a

court-approved settlement agreement.  The order approving the settlement was entered on

March 5, 2020 and is now final.  This is not a claim against the Debtor but is being disclosed

here in abundance of caution.

9.    I do not believe that my involvement with the Hernandez Estate affects the

representation proposed herein.

10.    To the best of my knowledge, LNBYB and each attorney associated with

LNBYB who is expected to render services for the Trustee in connection with the Debtor's

case:

    a.    is not and was not a creditor, an equity security holder, or an insider of

    the Debtor;

    b.    is not and was not, within 2 years before the date of the filing of the

    petition, a director, officer, or employee of the Debtor;

   c. does not have an interest materially adverse to the interests of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason; and

   d. is not a relative or employee of the UST or a United States Bankruptcy Court judge.

  11. LNBYB has agreed to accept as compensation for its services such sums as may be allowed by this Court in accordance with law, based upon the time spent and services rendered, the results achieved, the difficulties encountered, the complexities involved, and other appropriate factors.

  12. LNBYB has not received a retainer or a lien or interest in property of the Debtor or any third parties in connection with its proposed representation of the Trustee.  No agreement exists for a division of fees between LNBYB and any other person or entity except among the members of LNBYB.

  13. I understand that no compensation will be paid by the Trustee to LNBYB except upon application to and approval by this Court after notice and a hearing pursuant to 11 U.S.C. Sections 330 and 331 of the Bankruptcy Code.

  14. There is no agreement between the Trustee and LNBYB regarding LNBYB's employment in this case other than as set forth in the Application.

  I declare and verify under penalty of perjury under the law of the United States of America that the foregoing is true and correct to the best of my knowledge.

  Executed on this 8th day of January, 2021, at Los Angeles, California.

         */s/ Timothy J. Yoo*
         TIMOTHY J. YOO

Case 2:20-bk-21020-BR    Doc 53    Filed 01/08/21    Entered 01/08/21 16:13:34    Desc
                    Main Document        Page 10 of 13

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

[LNBYB Fee Schedule]

<u>BILLING RATES</u>

| <u>ATTORNEYS</u> | <u>2021</u> |
|---|---|
| DAVID W. LEVENE | 635 |
| DAVID L. NEALE | 635 |
| RON BENDER | 635 |
| MARTIN J. BRILL | 635 |
| TIMOTHY J. YOO | 635 |
| GARY E. KLAUSNER | 635 |
| EDWARD M. WOLKOWITZ | 635 |
| DAVID B. GOLUBCHIK | 635 |
| BETH ANN R. YOUNG | 620 |
| MONICA Y. KIM | 620 |
| DANIEL H. REISS | 620 |
| PHILIP A. GASTEIER | 620 |
| EVE H. KARASIK | 620 |
| TODD A. FREALY | 620 |
| KURT RAMLO | 620 |
| RICHARD P. STEELMAN, JR. | 620 |
| JULIET Y. OH | 605 |
| TODD M. ARNOLD | 605 |
| CARMELA T. PAGAY | 605 |
| ANTHONY A. FRIEDMAN | 605 |
| KRIKOR J. MESHEFEJIAN | 605 |
| JOHN-PATRICK M. FRITZ | 605 |
| LINDSEY L. SMITH | 525 |
| JEFFREY KWONG | 525 |
| PARAPROFESSIONALS | 250 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10250 Constellation Blvd, Suite 1700, Los Angeles CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF INTERIM CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS GENERAL BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 8, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED NEF SERVICE LIST.

☒ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On (*date*) **January 8, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor
Thomas Vincent Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017

☐ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/8/2021 | Megan Wertz | /s/ Megan Wertz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Richard D Buckley    richard.buckley@arentfox.com
Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
Jennifer Witherell Crastz    jcrastz@hrhlaw.com
Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
Richard W Esterkin    richard.esterkin@morganlewis.com
Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Andrew Goodman    agoodman@andyglaw.com
M. Jonathan Hayes    jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
Razmig Izakelian    razmigizakelian@quinnemanuel.com
Lewis R Landau    Lew@Landaunet.com
Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
Edith R Matthai    ematthai@romalaw.com
Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
Aram Ordubegian    ordubegian.aram@arentfox.com
Carmela Pagay    ctp@lnbyb.com
Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
Matthew D. Resnik    matt@rhmfirm.com,
roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
Timothy J Yoo    tjy@lnbyb.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Ste. 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Proposed Attorneys for Jason Rund,
Interim Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>               Alleged Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7 (Involuntary)<br><br>**NOTICE OF APPLICATION OF INTERIM CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS GENERAL BANKRUPTCY COUNSEL**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)(C)] |

     **PLEASE TAKE NOTICE** that Jason Rund, the interim Chapter 7 Trustee (the "Trustee") for the estate of Thomas Vincent Girardi (the "Debtor"), has filed an application (the "Application") to employ Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as general bankruptcy counsel to represent the Trustee in connection with the Debtor's bankruptcy case, effective as of January 6, 2021, and upon the terms and conditions set forth in the Application.

1     **PLEASE TAKE FURTHER NOTICE** that the Trustee seeks Court authority to

2    employ LNBYB as his bankruptcy counsel to perform the following types of professional

3    services, as appropriate:

4         1.     LNBYB will provide the Trustee with legal advice concerning the estate's right,

5    title, and interest in the Debtor's assets, including locating, identifying and pursuing the

6    liquidation of such assets as may be appropriate.

7         2.     LNBYB will provide the Trustee with legal advice with respect to the powers,

8    duties, rights, and obligations of an Chapter 7 trustee and representing the Trustee concerning

9    any legal issues that arise through the Trustee's administration of the Debtor's estate.

10         3.     LNBYB will advise the Trustee with regard to the requirements of the

11    Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the United States Trustee ("UST")

12    as they pertain to the Trustee.

13         4.     LNBYB will advise the Trustee with regard to certain rights and remedies of the

14    bankruptcy estate and the rights, claims and interests of creditors.

15         5.     LNBYB will represent the Trustee in any proceeding or hearing in the

16    Bankruptcy Court involving the bankruptcy estate unless the Trustee is represented in such

17    proceeding or hearing by other special counsel.

18         6.     LNBYB will conduct examinations of witnesses, claimants or adverse parties

19    and representing the Trustee in any adversary proceeding except to the extent that any such

20    adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's

21    staffing capabilities.

22         7.     LNBYB will prepare and assist the Trustee in the preparation of reports,

23    applications, pleadings and orders including, but not limited to objections to claims, settlements

24    and other matters relating to the case.

25         8.     LNBYB will investigate, evaluate, and prosecute objections to claims as may be

26    appropriate.

27         9.     LNBYB will perform any other services which may be appropriate in LNBYB's

28    representation of the Trustee during the Debtor's bankruptcy case.

1    **PLEASE TAKE FURTHER NOTICE** that, to the best of the Trustee's knowledge

2    and based upon the Declaration of Timothy J. Yoo annexed to the Application (the "Yoo

3    Declaration"), LNBYB and all attorneys associated with LNBYB who expect to render services

4    in this matter are "disinterested" persons as that term is defined in 11 U.S.C. § 101(14), do not

5    hold or represent an interest adverse to the Trustee, the Debtor or the bankruptcy estate, and do

6    not have any connections with the Debtor, the creditors of the estate, any other party in interest

7    in the Debtor's case, or each of their respective attorneys or accountants, the OUST, or any

8    person employed by the OUST, other than that, LNBYB (specifically Timothy Yoo) is the

9    Chapter 7 trustee for the bankruptcy estate of *Anthony Michael Hernandez and Josefina*

10    *Castillo Hernandez*, Case No. 2:11-bk-54999-WB (the "Hernandez Estate").  LNBYB is

11    counsel for Timothy Yoo in his capacity as the Chapter 7 trustee of the Hernandez Estate.  The

12    Hernandez Estate has a claim against the Girardi Keese bankruptcy estate in the amount of

13    $35,000 pursuant to a court-approved settlement agreement.  The order approving the

14    settlement was entered on March 5, 2020 and is now final.  This is <u>not</u> a claim against the

15    Debtor.

16        LNBYB's involvement in the Hernandez Estate does not affect the representation

17    proposed herein but is being disclosed here in abundance of caution.

18    **PLEASE TAKE FURTHER NOTICE** that no compensation will be paid by the

19    Trustee to LNBYB except upon application to and approval by this Court after notice and a

20    hearing pursuant to 11 U.S.C. §§ 330 and 331.  The hourly rates of attorneys and

21    paraprofessionals of LNBYB are set forth in the fee schedule attached as <u>Exhibit 1</u>.  LNBYB

22    has not received any retainer for legal services in contemplation of and in connection with the

23    Debtor's case.

24    **PLEASE TAKE FURTHER NOTICE** that any request for a copy of the Application

25    must be made in writing to Levene, Neale, Bender, Yoo & Brill L.L.P., 10250 Constellation

26    Blvd., Suite 1700, Los Angeles, California 90067, Attention: Timothy J. Yoo, Tel: (310) 229-

27    1234, Fax: (310) 229-1244, Email: TJY@LNBYB.com.

28

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any response and request for a hearing, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on the Trustee, LNBYB and the UST no later than fourteen (14) days following the date of service of this Notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(4), if no response and/or request for a hearing on the Application is timely filed and served, then the Trustee will promptly lodge a proposed order approving the Application.

Dated:  January 8, 2021                LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.


                                        By:_____/S/ Timothy J. Yoo_____
                                            TIMOTHY J. YOO
                                            CARMELA T. PAGAY
                                            Proposed Attorneys for Jason Rund,
                                            Interim Chapter 7 Trustee

# EXHIBIT 1

<u>BILLING RATES</u>

| <u>ATTORNEYS</u> | <u>2021</u> |
|---|---|
| DAVID W. LEVENE | 635 |
| DAVID L. NEALE | 635 |
| RON BENDER | 635 |
| MARTIN J. BRILL | 635 |
| TIMOTHY J. YOO | 635 |
| GARY E. KLAUSNER | 635 |
| EDWARD M. WOLKOWITZ | 635 |
| DAVID B. GOLUBCHIK | 635 |
| BETH ANN R. YOUNG | 620 |
| MONICA Y. KIM | 620 |
| DANIEL H. REISS | 620 |
| PHILIP A. GASTEIER | 620 |
| EVE H. KARASIK | 620 |
| TODD A. FREALY | 620 |
| KURT RAMLO | 620 |
| RICHARD P. STEELMAN, JR. | 620 |
| JULIET Y. OH | 605 |
| TODD M. ARNOLD | 605 |
| CARMELA T. PAGAY | 605 |
| ANTHONY A. FRIEDMAN | 605 |
| KRIKOR J. MESHEFEJIAN | 605 |
| JOHN-PATRICK M. FRITZ | 605 |
| LINDSEY L. SMITH | 525 |
| JEFFREY KWONG | 525 |
| PARAPROFESSIONALS | 250 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10250 Constellation Blvd, Suite 1700, Los Angeles CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION OF INTERIM CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS GENERAL BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 8, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED NEF SERVICE LIST.

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **January 8, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor
Thomas Vincent Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017

**[ALL CREDITORS SERVED – SEE ATTACHED MATRIX]**          ☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/8/2021 | Megan Wertz | /s/ Megan Wertz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Richard D Buckley     richard.buckley@arentfox.com
Marie E Christiansen     mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
Jennifer Witherell Crastz     jcrastz@hrhlaw.com
Ashleigh A Danker     Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
Clifford S Davidson     csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
Richard W Esterkin     richard.esterkin@morganlewis.com
Eric D Goldberg     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Andrew Goodman     agoodman@andyglaw.com
M. Jonathan Hayes     jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Marshall J Hogan     mhogan@swlaw.com, knestuk@swlaw.com
Razmig Izakelian     razmigizakelian@quinnemanuel.com
Lewis R Landau     Lew@Landaunet.com
Peter J Mastan     peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
Edith R Matthai     ematthai@romalaw.com
Elissa Miller     emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
Eric A Mitnick     MitnickLaw@aol.com, mitnicklaw@gmail.com
Scott H Olson     solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
Aram Ordubegian     ordubegian.aram@arentfox.com
Carmela Pagay     ctp@lnbyb.com
Michael J Quinn     mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
Matthew D. Resnik     matt@rhmfirm.com,
roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Ronald N Richards     ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
Jason M Rund (TR)     trustee@srlawyers.com, jrund@ecf.axosfs.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Christopher K.S. Wong     christopher.wong@arentfox.com, yvonne.li@arentfox.com
Timothy J Yoo     tjy@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

```
Label Matrix for local noticing        Twilight Spectre LLC               Wells Fargo Vendor Financial Services, Inc.
0973-2                                  2029 Century Park East             c/o Hemar, Rousso & Heald, LLP
Case 2:20-bk-21020-BR                   #400                               15910 Ventura Blvd., 12th Floor
Central District of California          Los Angeles, CA 90067-2905         Encino, CA 91436-2802
Los Angeles
Fri Jan  8 15:50:06 PST 2021

Los Angeles Division                    Erika Saldana                     Jill O'Callahan
XXX XXX XXXX XXXXXX                      1757 Riverside Drive               1437 Club View Drive
XXX XXXXXX XXXXXX-XXXX                    Glendale, CA 91201-2856            Los Angeles, CA 90024-5305


John Abassian                           Kimberly Archie                   Robert M. Keese
6403 Van Nuys Boulevard                 15210 Ventura Boulevard            22982 Rosemont Court
Van Nuys, CA 91401-1437                  Suite 307                          Murrieta, CA 92562-3075
                                        Sherman Oaks, CA 91403-3841


United States Trustee (LA)              Virginia Antonio                  Jason M Rund (TR)
XXX XXXXX XXXXX XXXX XXXX                 20413 Via Navarra                 XXXXXX X XXXX
XXX XXXXXX XXXXXX-XXXX                    Yorba Linda, CA 92886-3065        XXX XXXX XXXXX XXXX XXX
                                                                          XX XXXXXX XX XXXXX XXX


Thomas Vincent Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904




        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)California Attorney Lending II, Inc.  (u)Courtesy NEF                    (u)KCC Class Action Services, LLC




(u)L.A. Arena Funding, LLC               (u)Stillwell Madison, LLC          (d)Erika Saldana
                                                                           1757 Riverside Drive
                                                                           Glendale, CA 91201-2856


(d)Jill O'Callahan                       (d)John Abassian                   (d)Kimberly Archie
1437 Club View Drive                     6403 Van Nuys Boulevard            15210 Ventura Boulevard
Los Angeles, CA 90024-5305               Van Nuys, CA 91401-1437            Suite 307
                                                                           Sherman Oaks, CA 91403-3841


(d)Robert M. Keese                       (d)Virginia Antonio                (u)William F Savino
22982 Rosemont Court                     20413 Via Navarra
Murrieta, CA 92562-3075                  Yorba Linda, CA 92886-3065
```

Case 2:20-bk-21020-BR    Doc 54    Filed 01/08/21    Entered 01/08/21 16:14:35    Desc
Main Document    Page 10 of 10

End of Label Matrix
Mailable recipients      12
Bypassed recipients      12
Total                    24

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10250 Constellation Blvd, Suite 1700, Los Angeles CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 26, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED NEF SERVICE LIST.

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **January 26, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell
USBC – Central District of CA
255 E. Temple St
Suite 1660 / Ctrm 1668
Los Angeles, CA 90012

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 1/26/2021 | Megan Wertz | /s/ Megan Wertz |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                            **F 9013-3.1.PROOF.SERVICE**

1. __TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)__:

Richard D Buckley    richard.buckley@arentfox.com
Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
Jennifer Witherell Crastz    jcrastz@hrhlaw.com
Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
Lei Lei Wang Ekvall    lekvall@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
Richard W Esterkin    richard.esterkin@morganlewis.com
Timothy W Evanston    tevanston@swelawfirm.com,
gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
M. Jonathan Hayes    jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
Razmig Izakelian    razmigizakelian@quinnemanuel.com
Lewis R Landau    Lew@Landaunet.com
Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
Edith R Matthai    ematthai@romalaw.com
Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
Aram Ordubegian    ordubegian.aram@arentfox.com
Carmela Pagay    ctp@lnbyb.com
Ambrish B Patel    apatelEI@americaninfosource.com
Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
Matthew D. Resnik    matt@rhmfirm.com,
roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com
Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
Timothy J Yoo    tjy@lnbyb.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                        **F 9013-3.1.PROOF.SERVICE**