```
 1 | TIMOTHY J. YOO (State Bar No. 155531)
   | tjy@lnbyb.com
 2 | CARMELA T. PAGAY (State Bar No. 195603)
   | ctp@lnbyb.com
 3 | LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   | 10250 Constellation Boulevard, Ste. 1700
 4 | Los Angeles, California 90067
 5 | Telephone: (310) 229-1234
   | Facsimile: (310) 229-1244
 6 |
 7 | Proposed Attorneys for Jason M. Rund
   | Interim Chapter 7 Trustee
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>    Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7 (Involuntary)<br><br>**NOTICE OF HEARING ON CHAPTER 11 TRUSTEE'S MOTION FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE**<br><br>**<u>Via ZoomGov</u>**<br>Web address:<br>https://cacb.zoomgov.com/j/ 1617290109<br>ZoomGov meeting number: 1617290109<br>Password:123456<br><br>Telephone conference lines (for audio only, if necessary): 1 (669) 254 5252 US (San Jose) or 1 (646) 828 7666 US (New York)<br>Meeting ID 1617290109<br>Password: 123456<br><br>Date:  February 23, 2021<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>       Roybal Federal Building<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

1

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on February 23, 2021 at 10:00 a.m., in Courtroom 1668 of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California, Jason Rund, the Chapter 7 Trustee (the "Trustee") for the estate of Thomas Vincent Girardi, debtor herein ("Debtor"), will move this Court for an order pursuant to 11 U.S.C. § 105 and Local Bankruptcy Rules 2016-2(e) and 9013-1(c), authorizing the Trustee make the following cash disbursements from estate funds:

    1)    $5,247.78 (the "Minimum Payment") to Chubb, c/o Edgewood Partners Insurance Center, representing the minimum amount due to prevent the cancellation of the homeowners/articles insurance policy for the real property located at 100 N. Los Altos Drive, Pasadena, California 91105 (the "Residence");[1]

    2)    $18,332.08 (the "Balance") to Chubb, representing the balance due on the homeowners/articles insurance for the Residence for the policy period September 8, 2020 through September 8, 2021; and

    3)    Other expenses, *i.e.*, utilities, maintenance, etc., which are necessary to keep the Residence in a marketable condition (the "Residence Expenses").

The motion (the "Motion") is made on the grounds that payment of the Minimum Payment, the Balance, and the Residence Expenses is reasonable and necessary for an effective and efficient administration of this estate, including the Residence and the personal property contained therein, which are valuable assets of the estate.

**PLEASE TAKE FURTHER NOTICE** that due to the COVID-19 outbreak, Judge Russell will be holding all hearings remotely until further notice. Hearings will be held via ZoomGov video and audio. Please check the Court's calendar for the hearing date for the connection information. The calendar can be accessed at the following web address: *http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx*.

---

[1] The Minimum Payment has already been paid pursuant to Local Bankruptcy Rule 2016-2(e)(2), which allows the Trustee to pay emergency expenses without prior court approval to protect assets of the estate provided that he files a cash disbursements motion within seven days of payment. Without such payment, insurance would have been cancelled.

2

No pre-registration is required, however, you must notify the Court of your appearance *not later than 2 p.m. on the day prior to the hearing*. Please e-mail stacey_fortier@cacb.uscourts.gov. In the re: line of the e-mail, please reference the date, time and calendar number(s) of the hearing(s) (for example: Re: February 23, 2021, 10:00 a.m., Calendar No. #). The e-mail must include:

• The name of the case and the bankruptcy case number (and adversary number, if applicable);

• The date and time of the hearing;

• The calendar number assigned to the matter (or, if a calendar number has not yet been assigned, then a statement so stating);

• Who the party appearing by telephone or video represents; and

• Contact information, including email address and telephone number.

This Notice is qualified in its entirety by reference to the Motion and the attachments to the Motion, which are on file with the Clerk of the Bankruptcy Court. Creditors and parties-in-interest who desire further information are encouraged to review the Motion in its entirety.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), any interested party that wishes to oppose the relief requested in the motion must file not later than 14 days prior to the scheduled hearing date, with the Clerk of the Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012, and serve upon the Office of the United States Trustee, located at 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017, and the Trustee's counsel, located at the address indicated on the upper left corner of the first page of this notice, "[a] complete written statement of all reasons in opposition thereto ..., declarations and copies of all photographs and documentary evidence on which the responding party intends to rely and any responding memorandum of points and authorities."

///

///

1 **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(h), failure to file and serve a timely response may be deemed consent to the relief requested in the Motion.

DATED: January 28, 2021

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: */s/ Carmela T. Pagay*
  CARMELA T. PAGAY
  Proposed Attorneys for Jason M. Rund
  Interim Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON CHAPTER 11 TRUSTEE'S MOTION FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 28, 2021**, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED NEF SERVICE LIST.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **January 28, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell
USBC – Central District of CA
255 E. Temple St
Suite 1660 / Ctrm 1668
Los Angeles, CA 90012

Debtor
Thomas Vincent Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017

[ALL CREDITORS SERVED – SEE ATTACHED MATRIX]    ☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 28, 2021 | Megan Wertz | /s/ Megan Wertz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) *January 28, 2021*, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Rafey Balabanian    , docket@edelson.com
- Richard D Buckley    richard.buckley@arentfox.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Lewis R Landau    Lew@Landaunet.com
- Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R Matthai    ematthai@romalaw.com
- Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Carmela Pagay    ctp@lnbyb.com
- Ambrish B Patel    apatelEI@americaninfosource.com
- Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com
- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Timothy J Yoo    tjy@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:20-bk-21020-BR<br>Central District of California<br>Los Angeles<br>Thu Jan 28 16:22:21 PST 2021 | Ally Bank Lease Trust - Assignor to Vehicle<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Frantz Law Group, APLC<br>2029 Century Park East<br>#400<br>Los Angeles, CA 90067-2905 |
| Wells Fargo Vendor Financial Services, Inc.<br>c/o Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436-2802 | Los Angeles Division<br>255 East Temple Street<br>Los Angeles, CA 90012-3332 | Erika Saldana<br>1757 Riverside Drive<br>Glendale, CA 91201-2856 |
| Jill O'Callahan<br>1437 Club View Drive<br>Los Angeles, CA 90024-5305 | John Abassian<br>6403 Van Nuys Boulevard<br>Van Nuys, CA 91401-1437 | Kimberly Archie<br>15210 Ventura Boulevard<br>Suite 307<br>Sherman Oaks, CA 91403-3841 |
| Robert M. Keese<br>22982 Rosemont Court<br>Murrieta, CA 92562-3075 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Virginia Antonio<br>20413 Via Navarra<br>Yorba Linda, CA 92886-3065 |
| Gary A Starre<br>Starre & Cohn, APC<br>15760 Ventura Blvd., Ste. 801<br>Encino, CA 91436-3018 | Jason M Rund (TR)<br>Sheridan & Rund<br>840 Apollo Street, Suite 351<br>El Segundo, CA 90245-4762 | Robert Girardi<br>402 South Marengo Ave.<br>Suite B<br>Pasadena, CA 91101-3113 |
| Thomas Vincent Girardi<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017-1904 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)California Attorney Lending II, Inc. | (u)Courtesy NEF | (u)Edelson PC |
| (u)KCC Class Action Services, LLC | (u)L.A. Arena Funding, LLC | (u)Stillwell Madison, LLC |
| (d)Erika Saldana<br>1757 Riverside Drive<br>Glendale, CA 91201-2856 | (d)Jill O'Callahan<br>1437 Club View Drive<br>Los Angeles, CA 90024-5305 | (d)John Abassian<br>6403 Van Nuys Boulevard<br>Van Nuys, CA 91401-1437 |

| | | |
|---|---|---|
| (u)Judy Selberg | (d)Kimberly Archie<br>15210 Ventura Boulevard<br>Suite 307<br>Sherman Oaks, CA 91403-3841 | (d)Robert M. Keese<br>22982 Rosemont Court<br>Murrieta, CA 92562-3075 |
| (d)Virginia Antonio<br>20413 Via Navarra<br>Yorba Linda, CA 92886-3065 | (u)William F Savino | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients    14<br>Total                  29 |