TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Ste. 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**FEB 01 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>                    Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**ORDER APPROVING APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS GENERAL BANKRUPTCY COUNSEL**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)(C)] |

This Court having considered the application filed by Jason Rund, the Chapter 7 Trustee (the "Trustee") for the estate of Thomas Vincent Girardi, the debtor herein (the "Debtor"), for authority to employ Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as general bankruptcy counsel to represent the Trustee in connection with the Debtor's bankruptcy case (the "Application") and all papers filed by the Trustee in support of the Application, proper

1

notice of the Application having been provided in accordance with Local Bankruptcy Rule 2014-1(b)(2), no party having requested a hearing on the Application, having found that LNBYB does not hold or represent any interest adverse to the Trustee, the Debtor or the Debtor's bankruptcy estate, that LNBYB is "disinterested" as that term is defined in 11 U.S.C. § 101(14) and that LNBYB's employment is in the best interest of the Debtor's estate, and other good cause appearing,

IT IS HEREBY ORDERED that the Trustee's employment of LNBYB as his general bankruptcy counsel is approved upon the terms set forth in the Application, with such employment to be effective as of January 6, 2021.

###

Date: February 1, 2021

_____
Barry Russell
United States Bankruptcy Judge