TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Ste. 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S STATEMENT REGARDING MOTION FOR ORDER APPOINTING ROBERT GIRARDI AS GUARDIAN AD LITEM**<br><br>Date: February 16, 2021<br>Time: 2:00 p.m.<br>Place: Courtroom 1668<br>      Roybal Federal Building<br>      255 E. Temple Street<br>      Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

Jason Rund, the Chapter 7 Trustee (the "Trustee") for the estate of Thomas Vincent Girardi, debtor herein ("Debtor"), agrees with the position of interested party Edelson PC in its opposition [Doc 77] that the state probate court is the proper court to make the determination as to the Debtor's competency, and to avoid inconsistent rulings, this Court should defer to the probate court on this particular issue. In connection therewith, attached hereto is a true and correct copy of the probate court's February 1, 2021 minute order concerning the Petition -

1

1 | Appoint a Temporary Conservator (Subsequent) filed in probate court on January 19, 2021 by

2 | Robert J. Girardi, the movant herein.

3

4 | DATED: February 2, 2021               LEVENE, NEALE, BENDER, YOO &
                                          BRILL L.L.P.

5                                         By: */s/ Carmela T. Pagay*
6                                              CARMELA T. PAGAY
                                               Attorneys for Jason M. Rund
7                                              Chapter 7 Trustee

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

**Probate Division**
**Stanley Mosk Dept. - 67**

**21STPB00413**
**In re: Girardi, Thomas V. - Conservatorship**

**February 1, 2021**
**1:30 PM**

Honorable Daniel Juarez, Judge

Corrina Ornelas, Judicial Assistant                         Teresa Baez (#11611), Court Reporter
Jasmine Orozco, Court Services
Assistant

---

**NATURE OF PROCEEDINGS:** Petition - Appoint a Temporary Conservator (Subsequent) filed on January 19, 2021 by Robert J. Girardi.

The following parties are present for the aforementioned proceeding:

Nicholas Van Brunt, Attorney for Robert J. Girardi, Petitioner - via LACourtConnect
Robert J. Girardi, Petitioner - via LACourtConnect
Rudy M. Cosio, Appointed Counsel - via LACourtConnect
Kim Archie - via LACourtConnect
Ronald Richards - via LACourtConnect
Boris Trezon, Attorney for Creditor Rui Gomez - via LACourtConnect

The matter is called for hearing.

The Court reads, considers and accepts the Probate Volunteer Panel Attorney Report in lieu of the Probate Court Investigator Report.

The Court finds that the Proposed Temporary Conservatee consents and does not object to the Temporary Conservatorship of the Person and Estate.

The Court finds that the Proposed Temporary Conservatee is not attending the hearing because of medical inability, and the Court finds that it is necessary to hold the hearing in the absence of the Proposed Temporary Conservatee to prevent harm.

The Court finds that sufficient evidence has been provided to grant the matter on calendar this date based upon the reading of the moving papers and consideration of all presented evidence.

Good cause having been found, the Court dispenses with notice to any un-noticed parties.

The Petition - Appoint a Temporary Conservator (Subsequent) filed on 1/19/2021 by Petitioner(s) Robert J. Girardi is Granted, in part.  Robert Girardi is appointed as Temporary Conservator of the Person and Estate of Thomas Girardi until 03/30/31 and Temporary Letters shall be valid until that date.

Temporary Conservator, Robert J. Girardi, is allowed the power to contract on behalf of the Temporary Conservatee, Thomas Girardi.

---

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Probate Division
### Stanley Mosk Dept. - 67

**21STPB00413**
**In re: Girardi, Thomas V. - Conservatorship**

**February 1, 2021**
**1:30 PM**

The Court defers the remainder of this Temporary Petition to 3/15/21.

The Court sets a/an Order to Show Cause Hearing regarding Completion of Temporary Conservatorship Ruling / Previously Granted In Part on March 15, 2021 at 1:30 PM. in this department.

Attorney Nicholas Van Brunt is to prepare the Order Appointing Temporary Conservator and upon the signing of said order, Letters shall issue forthwith; may electronically file or file directly in department 67.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Blvd, Suite 1700, Los Angeles CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S STATEMENT REGARDING MOTION FOR ORDER APPOINTING ROBERT GIRARDI AS GUARDIAN AD LITEM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 2, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED NEF SERVICE LIST.

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **February 2, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell
USBC – Central District of CA
255 E. Temple St
Suite 1660 / Ctrm 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/2/2021 | Megan Wertz | /s/ Megan Wertz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   Rafey Balabanian    , docket@edelson.com
   Richard D Buckley    richard.buckley@arentfox.com
   Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
   Jennifer Witherell Crastz    jcrastz@hrhlaw.com
   Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
   Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
   Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
   Richard W Esterkin    richard.esterkin@morganlewis.com
   Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
   Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
   Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
   M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
   Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
   Razmig Izakelian    razmigizakelian@quinnemanuel.com
   Lewis R Landau    Lew@Landaunet.com
   Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
   Edith R Matthai    ematthai@romalaw.com
   Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
   Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
   Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
   Carmela Pagay    ctp@lnbyb.com
   Ambrish B Patel    apatelEI@americaninfosource.com
   Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
   Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
   Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
   Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
   Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
   Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com
   Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
   Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
   Timothy J Yoo    tjy@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                **F 9013-3.1.PROOF.SERVICE**