1  TIMOTHY J. YOO (State Bar No. 155531)
   tjy@lnbyb.com
2  CARMELA T. PAGAY (State Bar No. 195603)
   ctp@lnbyb.com
3  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Ste. 1700
4  Los Angeles, California 90067
5  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
6
   Attorneys for Jason M. Rund
7  Chapter 7 Trustee

8  **UNITED STATES BANKRUPTCY COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10 **LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:20-bk-21020-BR |
| THOMAS VINCENT GIRARDI, | Chapter 7 |
| Debtor. | **NOTICE OF MOTION AND MOTION OF CHAPTER 7 TRUSTEE FOR ORDER COMPELLING TURNOVER OF REAL PROPERTY; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT THEREOF** |
| | [100 N. Los Altos Dr., Pasadena, CA 91105] |
| | **Via ZoomGov** <br> Web address: https://cacb.zoomgov.com/j/1617290109 <br> ZoomGov meeting number: 1617290109 <br> Password:123456 |
| | Telephone conference lines (for audio only, if necessary): 1 (669) 254 5252 US (San Jose) or 1 (646) 828 7666 US (New York) <br> Meeting ID 1617290109 <br> Password: 123456 |
| | Date:  February 23, 2021 <br> Time: 10:00 a.m. <br> Place: Courtroom 1668 <br>     Roybal Federal Building <br>     255 E. Temple Street <br>     Los Angeles, CA 90012 |

1

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE**, **AND TO THE DEBTOR:**

**PLEASE TAKE NOTICE** that on February 23, 2021, at 10:00 a.m., in Courtroom 1668 of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012, Jason M. Rund, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Thomas Vincent Girardi (the "Debtor"), will and hereby does move this Court for an order pursuant to 11 U.S.C. § 542 compelling turnover of the real property located at 100 N. Los Altos Drive, Pasadena, California 91105 (the "Property") from the Debtor.

The Property is a valuable asset that the Trustee can and should sell under section 363 of the Bankruptcy Code. Accordingly, the Debtor's turnover of the Property to the estate is **<u>mandatory</u>** under 11 U.S.C. § 542.

In support of this Motion, the Trustee will rely on these moving papers, the attached Memorandum of Points and Authorities and the Declaration of Jason M. Rund, the pleadings and orders on file in this case, and such other additional evidence and arguments of counsel as may be presented at or before the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that due to the COVID-19 outbreak, Judge Russell will be holding all hearings remotely until further notice. Hearings will be held via ZoomGov video and audio. Please check the Court's calendar for the hearing date for the connection information. The calendar can be accessed at the following web address: *http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx.*

No pre-registration is required, however, you must notify the Court of your appearance *not later than 2 p.m. on the day prior to the hearing*. Please e-mail *stacey_fortier@cacb.uscourts.gov*. In the re: line of the e-mail, please reference the date, time and calendar number(s) of the hearing(s) (for example: Re: February 23, 2021, 10:00 a.m., Calendar No. #). The e-mail must include:

• The name of the case and the bankruptcy case number (and adversary number, if applicable);

• The date and time of the hearing;

- The calendar number assigned to the matter (or, if a calendar number has not yet been assigned, then a statement so stating);

- Who the party appearing by telephone or video represents; and

- Contact information, including email address and telephone number.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), any interested party that wishes to oppose the relief requested in the motion must file not later than 14 days prior to the scheduled hearing date, with the Clerk of the Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012, and serve upon the Office of the United States Trustee, located at 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017, and the Trustee's counsel, located at the address indicated on the upper left corner of the first page of this notice, "[a] complete written statement of all reasons in opposition thereto ..., declarations and copies of all photographs and documentary evidence on which the responding party intends to rely and any responding memorandum of points and authorities."

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(h), failure to file and serve a timely response may be deemed consent to the relief requested in the Motion.

WHEREFORE, the Trustee respectfully requests that this Court enter an order:

1. Granting the Motion;

2. Compelling the Debtor to turn over the Property to the Trustee no later than **fourteen** days after the order granting this Motion is entered;[1]

3. In the event that the Debtor fails to timely turn over the Property, authorizing the Trustee to obtain a Writ of Possession – Eviction upon *ex parte* application to the Court; and

///

---

[1] The Trustee is aware of the pending motion to appoint a guardian *ad litem* and the health concerns raised by a family member, Robert Girardi. If a guardian or a conservator is appointed, the Trustee is open to entering into an agreement that delays the turnover conditioned on the Trustee having access to the Property for valuation, maintenance, marketing, etc.

1     4.     Granting such other and further relief as is just and appropriate in the circumstances.

DATED: February 2, 2021

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: */s/ Carmela T. Pagay*
    CARMELA T. PAGAY
    Attorneys for Jason M. Rund
    Chapter 7 Trustee

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### STATEMENT OF FACTS

An Involuntary Petition was filed against Thomas Vincent Girardi, debtor herein ("Debtor") on December 18, 2020, by petitioning creditors Robert M. Keese, John Abassian, Erika Saldana, Virginia Antonio and Kimberly Archie (the "Petitioning Creditors"). On December 24, 2020, the Petitioning Creditors filed an emergency motion for appointment of an interim trustee [Doc 13], which was granted by this Court on January 5, 2021 [Doc 39]. On January 6, 2021, the United States Trustee appointed Jason M. Rund ("Trustee") as the interim Chapter 7 Trustee for this bankruptcy case.

On January 13, 2021, the Order for Relief was entered [Doc 64], and the Trustee was reappointed.

Among the assets of this estate is the Debtor's residence located at 100 N. Los Altos Drive, Pasadena, California 91105 (the "Property"). In a financial statement prepared by the Debtor dated March 10, 2020, the value of the Property is $16.5 million.

On or about January 25, 2021, the Trustee requested Leonard Pena (counsel for the proposed guardian *ad litem*) for access to the Property to enable his real estate broker to inspect it for marketing and sale. The Trustee was not provided with access for various reasons, many of which (including the Debtor's health conditions) may not be resolved for many months. At the same time, the Property is not being adequately maintained and expenses of the estate continues to accrue including insurance payments.

In light of the foregoing, the Trustee seeks turnover of the Property now in order to properly market the Property for sale.[2] Hence, turnover of the Property is mandated under section 542 of the Bankruptcy Code.

///

---

[2] The Trustee is aware of the pending motion to appoint a guardian *ad litem* and the health concerns raised by a family member, Robert Girardi. If a guardian or a conservator is appointed, the Trustee is open to entering into an agreement that delays the turnover conditioned on the Trustee having access to the Property for valuation, maintenance, marketing, etc.

5

## II.

## **THE TRUSTEE IS ENTITLED TO TURNOVER OF THE PROPERTY**

Section 542 of the Bankruptcy Code provides for the turnover of property of the estate as follows:

> (a) [A]n entity, other than a custodian, in possession, custody, or control, during the case, of property that the trustee may use, sell or lease under section 363 of this title . . . **shall** deliver to the trustee, and account for, such property or the value of such property, unless such property is of inconsequential value or benefit to the estate.

11 U.S.C. § 542(a) (emphasis added).

Here, the Property is a valuable asset that the Trustee can and should sell under section 363 of the Bankruptcy Code. Accordingly, the Debtor is **required** to deliver the Property to the Trustee pursuant to section 542 of the Bankruptcy Code.

## III.

## **CONCLUSION**

For the foregoing reasons, the Trustee respectfully requests that the Court enter an order compelling the Debtor to turn over the Property to the Trustee no later than **fourteen** days after the order granting this Motion, and in the event the Debtor fails to timely turn over the Property, authorizing the Trustee to obtain a Writ of Possession – Eviction upon *ex parte* application to the Court.

DATED: February 2, 2021        LEVENE, NEALE, BENDER, YOO &
                                BRILL L.L.P.

                                By: */s/ Carmela T. Pagay*
                                    CARMELA T. PAGAY
                                    Attorneys for Jason M. Rund
                                    Chapter 7 Trustee

## DECLARATION OF JASON M. RUND

I, Jason M. Rund, declare:

1. I am the Chapter 7 Trustee herein. I have personal knowledge of the facts stated herein, except where stated upon information and belief, and as to such statements, I believe them to be true. I make this declaration in support of the foregoing Motion of Chapter 7 Trustee for Order Compelling Turnover of Real Property (the "Motion"). Unless stated otherwise, capitalized terms shall have the same meaning as defined in the Motion.

2. Immediately after my appointment, my counsel and I seized documents related to the Debtor's financial affairs from 1122 & 1126 Wilshire Boulevard (the location of the Girardi Keese law firm). During my review of those documents, I found a financial statement prepared by the Debtor dated March 10, 2020, which identified his personal assets, including the Property. The Debtor valued the Property as of that date at $16.5 million.

3. On or about January 25, 2021, I requested Leonard Pena (counsel for the proposed guardian *ad litem*) for access to the Property to enable my real estate broker to inspect it for marketing and sale. I was not provided with access for various reasons, many of which (including the Debtor's health conditions) may not be resolved for many months.

4. During my review of the Debtor's documents, I discovered that maintenance staff have quit due to nonpayment, insurance was about to expire, and even the utility bills were not being paid. For these reasons, I believe it is in the best interest of the estate to obtain access and market the Property as soon as possible.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed at El Segundo, California on February 2, 2021.

JASON M. RUND

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION OF CHAPTER 7 TRUSTEE FOR ORDER COMPELLING TURNOVER OF REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 2, 2021**, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    SEE ATTACHED NEF SERVICE LIST.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 2, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell
USBC – Central District of CA
255 E. Temple St
Suite 1660 / Ctrm 1668
Los Angeles, CA 90012

Appointed State Court Counsel
Rudy M. Cosio
520 Redondo Avenue
Long Beach, CA 90814-1572

State Court Probate Counsel for Robert Girardi
Nicholas VanBrunt
Sheppard Mullin Richter & Hampton LLP
333 S Hope Street, Suite 4300
Los Angeles, CA 90071-1422

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 2, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY OVERNIGHT MAIL**
Thomas Vincent Girardi
100 N. Los Altos Drive
Pasadena, California 91105

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 2, 2021 | Megan Wertz | /s/ Megan Wertz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**

2. **SERVED BY UNITED STATES MAIL**:

- Rafey Balabanian    , docket@edelson.com
- Richard D Buckley    richard.buckley@arentfox.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Lewis R Landau    Lew@Landaunet.com
- Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R Matthai    ematthai@romalaw.com
- Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Carmela Pagay    ctp@lnbyb.com
- Ambrish B Patel    apatelEI@americaninfosource.com
- Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com
- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Timothy J Yoo    tjy@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**