LEONARD PEÑA (State Bar No. 192898)
lpena@penalaw.com
PEÑA & SOMA, APC
402 South Marengo Ave., Suite B
Pasadena, California 91101
Telephone (626) 396-4000
Facsimile (626) 270-4864


Attorneys for Robert Girardi
Temporary Conservator of the Person and
Of the Estate of Debtor,
Thomas Vincent Girardi

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:20-bk-21020 BR |
| | ) |
| THOMAS VINCENT GIRARDI, | ) Chapter 7 |
| | ) |
| Debtor. | ) STIPULATION EXTENDING DEADLINES |
| | ) FOR THE FILING OF OPPOSITION OR |
| | ) OTHER RESPONSIVE PLEADINGS TO: |
| | ) |
| | )   1. MOTION OF CHAPTER 7 |
| | )      TRUSTEE FOR ORDER |
| | )      COMPELLING TURNOVER OF |
| | )      REAL PROPERTY; AND |
| | )   2. MOTION FOR APPROVAL OF |
| | )      CASH DISBURSEMENTS BY THE |
| | )      TRUSTEE |
| | ) DATE:   February 23, 2021 |
| | ) TIME:   10:00 A.M. |
| | ) PLACE: 1668 |
| | )        255 E. Temple Street |
| | )        Los Angeles, CA 90012 |
| | ) |
| | ) |

/ / /

/ / /

-1-

Case 2:20-bk-21020-BR    Doc 96    Filed 02/09/21    Entered 02/09/21 20:45:05    Desc
Main Document    Page 2 of 7

Jason M. Rund, Chapter 7 Trustee's ("Trustee"), by and through his counsel of record Timothy J. Yoo of Levene, Neale, Bender, Yoo & Brill L.L.P and Robert Girardi Temporary Conservator of the Person and Of the Estate of Debtor Thomas Vincent Girardi ("Girardi") by and through his counsel Leonard Peña of Peña & Soma, APC hereby agree and stipulate regarding the following:

**RELEVANT FACTS**

On February 2, 2021, the Superior Court of California County of Los Angeles appointed Girardi as the temporary conservator of the Debtor's person and estate.  Pursuant to the appointment Girardi was authorized to act on the Debtor's behalf to represent the Debtor's interests in this case and in all matters necessary to protect the Debtor and his interests.

Girardi needs additional time to respond to the *Motion Of Chapter 7 Trustee For Order Compelling Turnover Of Real Property And Motion For Approval Of Cash Disbursements By The Trustee* ("Motions").  The deadline for Girardi to respond to the Motions is February 9, 2021.

Girardi's counsel informed the Trustee that he has not been fully able to analyze the Debtor's financial circumstances in the short period of time since his appointment and needs a short extension for him file responses to the Motions.

WHEREFORE, the Trustee and Girardi agree as follows:

1.   The deadline for Girardi to file responses to the Motions is extended from February 9, 2021 to February 12, 2021;

2.   The deadline for the Trustee to file his Reply to the is extended from February 16, 2021 to February 19, 2021.

SO STIPULATED

DATED: February 9, 2021                    PEÑA & SOMA, APC

                                           By_____
                                             LEONARD PEÑA
                                             Attorneys for Robert Girardi
                                             Temporary Conservator of the
                                             Person and Of the Estate of
                                             Debtor Thomas Vincent Girardi

DATED: February 9, 2021                    LEVENE, NEALE, BENDER, YOO &
                                           BRILL L.L.P.

                                           By [SIGNATURE ON NEXT PAGE]_____
                                             TIMOTHY J. YOO
                                             Attorneys for Jason M. Rund,
                                             Chapter 7 Trustee

2.  The deadline for the Trustee to file his Reply to the is extended from February 16, 2021 to February 19, 2021.

SO STIPULATED

DATED: February 9, 2021                PEÑA & SOMA, APC


By_____
LEONARD PEÑA
Attorneys for Robert Girardi
Temporary Conservator of the
Person and Of the Estate of
Debtor Thomas Vincent Girardi

DATED: February 9, 2021                LEVENE, NEALE, BENDER, YOO &
BRILL L.L.P.


By_____
TIMOTHY J. YOO
Attorneys for Jason M. Rund,
Chapter 7 Trustee

-3-

| In re: | CHAPTER: **7** |
|---|---|
| **THOMAS VINCENT GIRARDI**<br><br>Debtor(s). | CASE NUMBER: 2:20-bk-21020-BR |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**402 South Marengo Ave., Suite B**
**Pasadena, CA 91101**

A true and correct copy of the foregoing document entitled (*specify*):  **STIPULATION EXTENDING DEADLINES FOR THE FILING OF OPPOSITION OR OTHER RESPONSIVE PLEADINGS TO: 1. MOTION OF CHAPTER 7 TRUSTEE FOR ORDER COMPELLING TURNOVER OF REAL PROPERTY; AND 2. MOTION FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **2/9/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Rafey Balabanian on behalf of Creditor Edelson PC**
, docket@edelson.com

**Richard D Buckley on behalf of Interested Party L.A. Arena Funding, LLC**
richard.buckley@arentfox.com

**Marie E Christiansen on behalf of Creditor KCC Class Action Services, LLC**
mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com

**Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, Inc.**
jcrastz@hrhlaw.com

**Ashleigh A Danker on behalf of Interested Party Courtesy NEF**
Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com

**Clifford S Davidson on behalf of Creditor California Attorney Lending II, Inc.**
csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com

**Lei Lei Wang Ekvall on behalf of Interested Party Courtesy NEF**
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

**Richard W Esterkin on behalf of Interested Party Courtesy NEF**
richard.esterkin@morganlewis.com

**Timothy W Evanston on behalf of Interested Party Courtesy NEF**
tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

**Eric D Goldberg on behalf of Creditor Stillwell Madison, LLC**
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

**Andrew Goodman on behalf of Attorney William F Savino**
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

**Andrew Goodman on behalf of Petitioning Creditor Erika Saldana**
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

**Andrew Goodman on behalf of Petitioning Creditor Jill O'Callahan**
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **9013-3.1.PROOF.SERVICE**

| In re: |  | CHAPTER **7** |
|---|---|---|
| **Girardi Keese** | Debtor(s). | CASE NUMBER **20-bk-21022 BR** |

**Andrew Goodman on behalf of Petitioning Creditor John Abassian**
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

**Andrew Goodman on behalf of Petitioning Creditor Kimberly Archie**
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

**Andrew Goodman on behalf of Petitioning Creditor Robert M. Keese**
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

**Andrew Goodman on behalf of Petitioning Creditor Virginia Antonio**
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

**M. Jonathan Hayes on behalf of Interested Party Courtesy NEF**
jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

**Marshall J Hogan on behalf of Creditor California Attorney Lending II, Inc.**
mhogan@swlaw.com, knestuk@swlaw.com

**Razmig Izakelian on behalf of Creditor Frantz Law Group, APLC**
razmigizakelian@quinnemanuel.com

**Lewis R Landau on behalf of Interested Party Courtesy NEF**
Lew@Landaunet.com

**Peter J Mastan on behalf of Interested Party Courtesy NEF**
peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com

**Edith R Matthai on behalf of Interested Party Courtesy NEF**
ematthai@romalaw.com

**Elissa Miller on behalf of Interested Party Courtesy NEF**
emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

**Eric A Mitnick on behalf of Interested Party Courtesy NEF**
MitnickLaw@aol.com, mitnicklaw@gmail.com

**Scott H Olson on behalf of Creditor KCC Class Action Services, LLC**
solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com

**Carmela Pagay on behalf of Plaintiff JASON M RUND**
ctp@lnbyb.com

**Carmela Pagay on behalf of Trustee Jason M Rund (TR)**
ctp@lnbyb.com

**Ambrish B Patel on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port**
apatelEI@americaninfosource.com

**Leonard Pena on behalf of Interested Party Robert Girardi**
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

**Michael J Quinn on behalf of Creditor KCC Class Action Services, LLC**
mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com

**Matthew D. Resnik on behalf of Interested Party Courtesy NEF**
matt@rhmfirm.com,
roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                              **F 9013-3.1**

| In re:<br>**Girardi Keese**<br>Debtor(s). | CHAPTER **7**<br>CASE NUMBER **20-bk-21022 BR** |
|---|---|

com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

**Ronald N Richards on behalf of Interested Party Courtesy NEF**
ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com

**Jason M Rund (TR)**
trustee@srlawyers.com, jrund@ecf.axosfs.com

**Gary A Starre on behalf of Interested Party Gary A Starre**
gastarre@gmail.com, mmoonniiee@gmail.com

**Richard P Steelman, Jr on behalf of Plaintiff JASON M RUND**
rps@lnbyb.com, john@lnbyb.com

**Philip E Strok on behalf of Interested Party Courtesy NEF**
pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

**United States Trustee (LA)**
ustpregion16.la.ecf@usdoj.gov

**Christopher K.S. Wong on behalf of Interested Party L.A. Arena Funding, LLC**
christopher.wong@arentfox.com, yvonne.li@arentfox.com

**Timothy J Yoo on behalf of Interested Party Courtesy NEF**
tjy@lnbyb.com

**Timothy J Yoo on behalf of Plaintiff JASON M RUND**
tjy@lnbyb.com

**Timothy J Yoo on behalf of Trustee Jason M Rund (TR)**
tjy@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **2/9/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Hon. Barry Russell**
**United States Bankruptcy Court**
**255 E. Temple Street, Suite 1660 / Courtroom 1668**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/9/2021 | JULIE SOMA | /S/ JULIE SOMA |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                                                   **F 9013-3.1**