LEONARD PEÑA (State Bar No. 192898)
lpena@penalaw.com
PEÑA & SOMA, APC
402 South Marengo Ave., Suite B
Pasadena, California 91101
Telephone (626) 396-4000
Facsimile (626) 270-4864


Attorneys for Robert Girardi
Temporary Conservator of the Person and
Of the Estate of Debtor,
Thomas Vincent Girardi

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:20-bk-21020 BR |
| | ) |
| THOMAS VINCENT GIRARDI, | ) Chapter 7 |
| | ) |
| Debtor. | ) ROBERT GIRARDI'S OPPOSITION TO |
| | ) MOTION OF CHAPTER 7 TRUSTEE FOR |
| | ) ORDER COMPELLING TURNOVER OF |
| | ) REAL PROPERTY; DECLARATION OF |
| | ) ROBERT GIRARDI |
| | ) |
| | ) |
| | ) DATE:  February 23, 2021 |
| | ) TIME:  10:00 A.M. |
| | ) PLACE: 1668 |
| | )         255 E. Temple Street |
| | )         Los Angeles, CA 90012 |

     Robert Girardi Temporary Conservator of the Person and Of
the Estate of Debtor Thomas Vincent Girardi ("Girardi") hereby
submits his *Opposition To Motion Of Chapter 7 Trustee For Order
Compelling Turnover Of Real Property* ("Opposition").

/ / /

1    Girardi was appointed the Debtor's conservator merely 10

2   days ago and during that time has had to familiarize himself

3   with all aspects of the Debtor's professional and private life.

4    Girardi only opposes the Chapter 7 Trustee's ("Trustee")

5   motion to the extent that it seeks to evict the Debtor

6   immediately from his home of over 20 years.  Girardi understands

7   the Trustee's obligations and duties and is prepared to fully

8   cooperate with the Trustee.

9    Girardi is prepared to allow the Trustee and his

10  professionals access to the property on February 19, 2020 and

11  any day thereafter upon reasonable notice.

12   As fully described in the attached Declaration of Robert

13  Girardi, he was thrust almost overnight in the position of

14  administering every aspect of the Debtor's life.  This includes

15  not only ensuring his necessities are provided for but also

16  consulting with legal professionals regarding the Debtor's

17  bankruptcy, divorce, probate and related matters.

18

19

20  DATED:  February 12, 2021          PEÑA & SOMA, APC

21
                                   By _____
22
                                      LEONARD PEÑA
23                                    Attorneys for Robert Girardi
                                      Temporary Conservator of the
24                                    Person and Of the Estate of
                                      Debtor Thomas Vincent Girardi
25

26

27

28

## <u>DECLARATION OF ROBERT GIRARDI</u>

I, Robert Girardi, declare as follows:

1.    I am over the age of 18 and have personal knowledge of the facts and information set forth herein.

2.    I am Thomas V. Girardi's brother.

3.    On February 2, 2021, the Honorable Daniel Juarez of the Superior Court of California, County of Los Angeles appointed me my brother's conservator and on the same day issued Letters of Temporary Conservator of person and estate authorizing me to act on my brother's behalf to both provide for his care, maintenance, and support and also to protect his property from loss or injury.  True and correct copies of the order and letters of conservatorship are attached hereto as Exhibit "1".

4.    My brother presently needs me to make all decisions related to this bankruptcy case, all legal matters in which he is presently involved, and also to make all decisions related to his personal matters, such as health decisions.

5.    My appointment as my brother's conservator also authorized me to hire counsel or other professionals to protect him and his interests, thus on February 7, 2021 I formerly engaged Leonard Peña to assist me in representing my brother's interests in this case as well as other related proceedings for Girardi Keese.

6.    In the ten days since my appointment I have endeavored to learn as much as possible regarding my brother's professional and personal life.  This, however, has been difficult because of the broad spectrum of legal problems my brother faces and his

limited ability to help me understand the nature and extent of his legal challenges.

7.   I engaged a group of legal professionals that will be able to guide me to make decisions that are in my brother's best interest.

8.   I spent many hours during the last 10 days calling financial institutions, government agencies and related entities in an effort to gain an understanding of my brother's assets, liabilities and other mundane yet important matters such as the status of the utilities at his home, his social security benefits and the status of his medical benefits.

9.   In addition to the foregoing, immediately upon my appointment as my brother's conservator, I became responsible for managing all his daily needs and necessities.  Caring for my brother, in addition to addressing all his legal problems has become a second job for me, which I happily accepted.

10.   This process has been particularly difficult because in addition to all my responsibilities as my brother's conservator I maintain a fulltime job.

11.   In addition to my efforts to help my brother, I have hired or planned for persons to assist my brother or accompany him when I cannot.  Furthermore, my brother's current medical condition has required me to take him to numerous medical appointments as he is unable to drive himself.

12.   As of February 19, 2021, and thereafter, I am prepared to give the Trustee and others he may choose access to my brother's home.  I only request that the Trustee provide my

counsel with at least 48-hour notice of any visit as I work
fulltime and need to reschedule my work schedule.

13.   My bankruptcy counsel has explained to me the Chapter
7 process as well as the Chapter 7 Trustee's role and duties in
my brother's case.

14.   I am prepared to cooperate in all ways that are in my
control on my brother's behalf including giving the Trustee
access to inspect my brother's home.

15.   I understand that my brother's home may ultimately
need to be sold.  In this regard, I am making plans for him to
have a place to live should his home be sold.  Although
presently he has no place to live that is familiar to him and
near his medical professionals.

16.   As I am prepared to give the Trustee reasonable yet
unfettered access to my brother's home, I do not believe that
immediately removing my brother from his home is justified.
Particularly, when it appears that the home is over encumbered.

17.   Any brief delay in giving the Trustee access to the
home was merely because I was not appointed my brother's
conservator until February 2, 2021 and until my appointment no
one had authority to act on my brother's behalf.

18.   Furthermore, most of if not all the last 10 days I
have spent trying to understand, ascertain and seek counsel
regarding all the personal and professional issues my brother is
facing.

19.   This has been one of the most, if not, the most trying
times in my life, being entrusted with making decisions

1  regarding another's life is an enormous responsibility which I

2  take very seriously.

3       20.  I respectfully request that the Court deny the

4  Trustee's request that my brother be evicted from his home.  I

5  fully intend on cooperating with the Trustee in my brother's

6  case.

7

8       I declare under penalty of perjury under the laws of the

9  United States of America that the foregoing is true and correct.

10      Executed this 12TH day of February 2021, at Pasadena,

11  California.

13                    ROBERT GIRARDI

-6-

EXHIBIT "1"

GC-150

ATTORNEY OR PARTY WITHOUT ATTORNEY *(name, address, and State Bar number):*
After recording, return to:
Nicholas J. Van Brunt, SBN 233876
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
TEL NO.: 310.228.3700   FAX NO. *(optional)* 310.228.3701
E-MAIL ADDRESS *(optional)*: nvanbrunt@sheppardmullin.com
ATTORNEY FOR *(name):* Robert J. Girardi

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS: 111 N. Hill St.
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME:   Central District

FOR RECORDER'S USE ONLY

TEMPORARY   ☐ GUARDIANSHIP   ☒ CONSERVATORSHIP
OF *(name):* Thomas V. Girardi
      ☐ MINOR   ☒ CONSERVATEE

CASE NUMBER:
21STPB00413

| LETTERS OF TEMPORARY | ☐ GUARDIANSHIP | ☒ CONSERVATORSHIP |
| | ☒ Person | ☒ Estate |

FOR COURT USE ONLY

**FILED**
Superior Court of California
County of Los Angeles

**JAN 07 2021**

Sherri R. Carter, Executive Officer/Clerk of Court
By Michelle R. Clark, Deputy
   Michelle Clark

**LETTERS**

1. *(Name):* Robert J. Girardi
   is appointed temporary   ☐ guardian   ☒ conservator of the   ☒ person
   ☒ estate of *(name):* Thomas V. Girardi

2. ☒ Other powers that have been granted or restrictions imposed on the temporary
   ☐ guardian   ☒ conservator   are   ☐ specified in Attachment 2.
   ☒ specified below:
   Petitioner's appointment is limited to the specific power to contract on Proposed Conservatee's behalf,
   pursuant to Probate Code sections 2451.5(a), (c), and (d).

3. These Letters shall expire
   a. ☒ on *(date):* March 30, 2021   or upon earlier issuance of Letters to a general guardian or conservator.
   b. ☐ on other date *(specify):*

4. ☐ The temporary ☐ guardian   ☐ conservator is not authorized to take possession of money or any other property
   without a specific court order.

5. Number of pages attached: 0

WITNESS, clerk of the court, with seal of the court affixed.

Date:   FEB 02 2021

Clerk, by   SHERRI R. CARTER

_____ , Deputy

Michelle Clark

Page 1 of 2

This form may be recorded as notice of the establishment of a temporary conservatorship of the estate as provided in Probate Code section 1875.

Form Adopted for Mandatory Use
Judicial Council of California
GC-150 [Rev. January 1, 2015]

**LETTERS OF TEMPORARY GUARDIANSHIP OR
CONSERVATORSHIP
(Probate—Guardianships and Conservatorships)**

Probate Code, §§ 2250 et seq., 2890–2893;
Code of Civil Procedure, § 2015.6
www.courts.ca.gov


American LegalNet, Inc.
www.FormsWorkFlow.com

GC-150

| TEMPORARY ☐ GUARDIANSHIP<br>OF *(name):* Thomas V. Girardi | ☒ CONSERVATORSHIP<br>☐ MINOR   ☒ CONSERVATEE | CASE NUMBER: |
| --- | --- | --- |

### NOTICE TO INSTITUTIONS AND FINANCIAL INSTITUTIONS
#### (Probate Code sections 2890–2893)

When these *Letters of Temporary Guardianship* or *Letters of Temporary Conservatorship* (Letters) are delivered to you as an employee or other representative of an *institution* or *financial institution* (described below) in order for the temporary guardian or temporary conservator of the estate (1) to take possession or control of an asset of the minor or conservatee named above held by your institution (including changing title, withdrawing all or any portion of the asset, or transferring all or any portion of the asset) or (2) to open or change the name of an account or a safe-deposit box in your financial institution to reflect the guardianship or conservatorship, you must fill out Judicial Council form GC-050 (for an institution) or form GC-051 (for a financial institution). An officer authorized by your institution or financial institution must date and sign the form, and you must file the completed form with the court.

There is no filing fee for filing the form. You may either arrange for personal delivery of the form or mail it to the court for filing at the address given for the court on page 1 of these Letters.

The temporary guardian or temporary conservator should deliver a blank copy of the appropriate form to you with these Letters, but it is your institution's or financial institution's responsibility to complete the correct form, have an authorized officer sign it, and file the completed form with the court. If the correct form is not delivered with these Letters or is unavailable for any other reason, blank copies of the forms may be obtained from the court. The forms may also be accessed from the judicial branch's public Web site free of charge. The Internet address (URL) is *www.courts.ca.gov/forms/.* Select the form group *Probate—Guardianships and Conservatorships* and scroll down to form GC-050 for an institution or form GC-051 for a financial institution. The forms may be printed out as blank forms and filled in by typewriter, or may be filled out online and printed out ready for signature and filing.

An *institution* under California Probate Code section 2890(c) is an insurance company, insurance broker, insurance agent, investment company, investment bank, securities broker-dealer, investment advisor, financial planner, financial advisor, or any other person who takes, holds, or controls an asset subject to a conservatorship or guardianship other than a financial institution. Institutions must file a *Notice of Taking Possession or Control of an Asset of Minor or Conservatee* (form GC-050) for an asset of the minor or conservatee held by the institution. A single form may be filed for all affected assets held by the institution.

A *financial institution* under California Probate Code section 2892(b) is a bank, trust (including a Totten trust account but excluding other trust arrangements described in Probate Code section 82(b)), savings and loan association, savings bank, industrial bank, or credit union. Financial institutions must file a *Notice of Opening or Changing a Guardianship or Conservatorship Account or Safe-Deposit Box* (form GC-051) for an account or a safe deposit box held by the financial institution. A single form may be filed for all affected accounts or safe deposit boxes held by the financial institution.

---

| LETTERS OF TEMPORARY ☐ GUARDIANSHIP | ☒ CONSERVATORSHIP |
| --- | --- |

#### AFFIRMATION

I solemnly affirm that I will perform according to law the duties of temporary   ☐ guardian.   ☒ conservator.

Executed on *(date):* February 1, 2021   , at *(place):* Huntington Beach, CA

Robert J. Girardi
(TYPE OR PRINT NAME)                                                    ▶ _____
                                                                       (SIGNATURE OF APPOINTEE)

#### CERTIFICATION

I certify that this document, including any attachments, is a correct copy of the original on file in my office and that the Letters issued to the person appointed above have not been revoked, annulled, or set aside and are still in full force and effect.

| (SEAL) | Date: |
| --- | --- |
| | Clerk, by _____, Deputy |


American LegalNet, Inc.
www.FormsWorkFlow.com

GC-141

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Nicholas J. Van Brunt, SBN: 233876 Ryan D. Schiedermayer, SBN: 308168<br>Sheppard Mullin Richter & Hampton LLP<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>  TELEPHONE NO.: 310.228.3700   FAX NO. *(Optional)*: 310.228.3701<br>E-MAIL ADDRESS *(Optional)*: nvanbrunt@sheppardmullin.com<br>ATTORNEY FOR *(Name)*: Robert J. Girardi | FOR COURT USE ONLY<br><br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>**FEB 02 2021**<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By_____, Deputy<br>Jasmine Orozen |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
  STREET ADDRESS: 111 N. Hill St.
  MAILING ADDRESS: 111 N. Hill St.
  CITY AND ZIP CODE: Los Angeles, California 90012
  BRANCH NAME: Central District

TEMPORARY CONSERVATORSHIP OF THE  ☒ PERSON  ☒ ESTATE OF
*(Name)*: Thomas V. Girardi
                                                    CONSERVATEE

| ORDER APPOINTING TEMPORARY CONSERVATOR | CASE NUMBER:<br>21STPB00413 |
|---|---|

## WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.

1. The petition for appointment of a temporary conservator came on for hearing as follows *(check boxes c–j to indicate personal presence)*:
   a. Judicial officer *(name)*: Daniel Juarez
   b. Hearing date: February 1, 2021    Time: 1:30 p.m.    ☒ Dept.: 67    ☐ Room:
   c. ☒ Petitioner *(name)*: Robert J. Girardi
   d. ☒ Attorney for petitioner *(name)*: Nicholas J. Van Brunt
   e. ☐ Conservatee *(name)*:
   f. ☒ Attorney for conservatee *(name)*: Rudy M. Cosio
   g. ☐ Conservatee's spouse or registered domestic partner, and relatives *(names and relationships)*:



   h. ☐ Attorneys for persons listed in item g *(names and persons represented)*:



   i. ☐ Public Guardian *(name)*:
   j. ☐ Attorney for Public Guardian *(name)*:

THE COURT FINDS

2. a. ☒ Notice of time and place of hearing has been given as required by law.
   b. ☐ Notice of time and place of hearing has been modified or dispensed with under *Order on Ex Parte Application for Good Cause Exception to Notice on Petition for Appointment of Temporary Conservator* filed on *(date)*:
3. ☒ It is necessary that a temporary conservator be appointed to ☒ provide for temporary care, maintenance, and support
                     ☒ protect property from loss or injury
   a. ☒ pending the hearing on the petition for appointment of a general conservator.
   b. ☐ pending an appeal under Probate Code section 1301.
   c. ☐ during the suspension of powers of the conservator.
4. ☐ To prevent irreparable harm, the residence of the conservatee must be changed. No means less restrictive of the conservatee's liberty will prevent irreparable harm.

SMRH:4812-3030-0122.1                    -1-

| TEMPORARY CONSERVATORSHIP OF<br>*(Name):* Thomas V. Girardi | **GC-141** |
|---|---|
| CONSERVATEE | CASE NUMBER:<br>21STPB00413 |

5. ☐ The conservatee must be removed from the State of California to permit the performance of nonpsychiatric medical treatment essential to the conservatee's physical survival. The conservatee consents to this medical treatment.

6. ☐ The conservatee need not attend the hearing.

**THE COURT ORDERS**

7. a. ☒ *(Name):* Robert J. Girardi
   *(Address):* 3662 Aquarius Dr., Huntington Beach, CA 92649          *(Telephone):* 714-397-7871

   is appointed temporary conservator of the PERSON of *(name):* Thomas V. Girardi
   and Letters shall issue upon qualification.

   b. ☒ *(Name):* Robert J. Girardi
   *(Address):* 3662 Aquarius Dr., Huntington Beach, CA 92649          *(Telephone):* 714-397-7871

   is appointed temporary conservator of the ESTATE of *(name):* Thomas V. Girardi
   and Letters shall issue upon qualification.

8. a. ☐ Bond is not required.
   b. ☐ Bond is fixed at: $                    to be furnished by an authorized surety company or as otherwise provided by law.
   c. ☐ Deposits of: $                    are ordered to be placed in a blocked account at *(specify institution and location):*

   and receipts shall be filed. No withdrawals shall be made without a court order.   ☐ Additional orders in attachment 8c.
   d. ☐ The temporary conservator is not authorized to take possession of money or any other property without a specific court order.

9. ☐ The temporary conservator is authorized to change the residence of the conservatee to *(address):*

10. ☐ The temporary conservator is authorized to remove the conservatee from the State of California to the following address to permit the performance of nonpsychiatric medical treatment essential to the conservatee's physical survival *(address):*

11. ☐ The conservatee need not attend the hearing.

12. ☒ In addition to the powers granted by law, the temporary conservator is granted other powers. These powers are specified
   ☒ in attachment 12   ☐ below *(specify):*

13. ☐ Other orders as specified in attachment 13 are granted.

14. ☒ Unless modified by further order of the court, this order expires on *(date):* March 30, 2021

15. Number of boxes checked in items 7–14: <u>4</u>

16. Number of pages attached: <u>1</u>

Date: _____

_____
JUDICIAL OFFICER
☒   SIGNATURE FOLLOWS LAST ATTACHMENT

| SHORT TITLE:                              | CASE NUMBER: |
| Conservatorship of Thomas V. Girardi      | 21STPB00413  |

**ATTACHMENT** *(Number):* 12

*(This Attachment may be used with any Judicial Council form.)*

Petitioner is granted only the specific power to contract on Proposed Conservatee's behalf, pursuant to Probate Code sections 2451.5(a), (c), and (d).

**ORDER APPROVED AS TO FORM:**

Date: February 1, 2021

By: _Rudy Ang Cosio, cac_

Rudy M. Cosio
Court-Appointed Counsel for Thomas V. Girardi

**SO ORDERED.**

Date: 2 FEBRUARY 2021

By: _____

The Honorable Daniel Juarez

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

**Page 3 of 3**

*(Add pages as required)*

| In re:<br><br>    **Thomas V. Girardi**<br><br>                                    Debtor(s). | CHAPTER: **7**<br><br>CASE NUMBER: **20-bk-21020 BR** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**402 South Marengo Ave., Suite B
Pasadena, CA 91101**

A true and correct copy of the foregoing document entitled (*specify*): __ **ROBERT GIRARDI'S OPPOSITION TO
MOTION OF CHAPTER 7 TRUSTEE FOR ORDER COMPELLING TURNOVER OF REAL PROPERTY; DECLARATION OF
ROBERT GIRARDI**
____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the
manner stated below:

   1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and
LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **2/12/2021**___, I checked the
CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail
Notice List to receive NEF transmission at the email addresses stated below:
**Rafey Balabanian on behalf of Creditor Edelson PC**
, docket@edelson.com

**Richard D Buckley on behalf of Interested Party L.A. Arena Funding, LLC**
richard.buckley@arentfox.com

**Marie E Christiansen on behalf of Creditor KCC Class Action Services, LLC**
mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com

**Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, Inc.**
jcrastz@hrhlaw.com

**Ashleigh A Danker on behalf of Interested Party Courtesy NEF**
Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com

**Clifford S Davidson on behalf of Creditor California Attorney Lending II, Inc.**
csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com

**Lei Lei Wang Ekvall on behalf of Interested Party Courtesy NEF**
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

**Richard W Esterkin on behalf of Interested Party Courtesy NEF**
richard.esterkin@morganlewis.com

**Timothy W Evanston on behalf of Interested Party Courtesy NEF**
tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

**James J Finsten on behalf of Interested Party Courtesy NEF**
, jimfinsten@hotmail.com

**Eric D Goldberg on behalf of Creditor Stillwell Madison, LLC**
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

**Andrew Goodman on behalf of Attorney William F Savino**
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

**Andrew Goodman on behalf of Petitioning Creditor Erika Saldana**
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

**Andrew Goodman on behalf of Petitioning Creditor Jill O'Callahan**
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**9013-3.1.PROOF.SERVICE**

| In re:<br>**Thomas V. Girardi** | Debtor(s). | CHAPTER **7**<br>CASE NUMBER **20-bk-21020 BR** |
| --- | --- | --- |

Andrew Goodman on behalf of Petitioning Creditor John Abassian
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Kimberly Archie
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Robert M. Keese
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Virginia Antonio
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Marshall J Hogan on behalf of Creditor California Attorney Lending II, Inc.
mhogan@swlaw.com, knestuk@swlaw.com

Razmig Izakelian on behalf of Creditor Frantz Law Group, APLC
razmigizakelian@quinnemanuel.com

Lewis R Landau on behalf of Interested Party Courtesy NEF
Lew@Landaunet.com

Peter J Mastan on behalf of Interested Party Courtesy NEF
peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com

Edith R Matthai on behalf of Interested Party Courtesy NEF
ematthai@romalaw.com

Elissa Miller on behalf of Interested Party Courtesy NEF
emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Eric A Mitnick on behalf of Interested Party Courtesy NEF
MitnickLaw@aol.com, mitnicklaw@gmail.com

Scott H Olson on behalf of Creditor KCC Class Action Services, LLC
solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com

Carmela Pagay on behalf of Plaintiff JASON M RUND
ctp@lnbyb.com

Carmela Pagay on behalf of Trustee Jason M Rund (TR)
ctp@lnbyb.com

Ambrish B Patel on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a.
"VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port
apatelEl@americaninfosource.com

Leonard Pena on behalf of Interested Party Robert Girardi
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Michael J Quinn on behalf of Creditor KCC Class Action Services, LLC
mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com

Matthew D. Resnik on behalf of Interested Party Courtesy NEF
matt@rhmfirm.com,
roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:<br>**Thomas V. Girardi** | | CHAPTER **7** |
|---|---|---|
| | Debtor(s). | CASE NUMBER **20-bk-21020 BR** |

com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

**Ronald N Richards on behalf of Interested Party Courtesy NEF**
ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com

**Jason M Rund (TR)**
trustee@srlawyers.com, jrund@ecf.axosfs.com

**Gary A Starre on behalf of Interested Party Gary A Starre**
gastarre@gmail.com, mmoonniiee@gmail.com

**Richard P Steelman, Jr on behalf of Plaintiff JASON M RUND**
rps@lnbyb.com, john@lnbyb.com

**Philip E Strok on behalf of Interested Party Courtesy NEF**
pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

**United States Trustee (LA)**
ustpregion16.la.ecf@usdoj.gov

**Christopher K.S. Wong on behalf of Interested Party L.A. Arena Funding, LLC**
christopher.wong@arentfox.com, yvonne.li@arentfox.com

**Timothy J Yoo on behalf of Interested Party Courtesy NEF**
tjy@lnbyb.com

**Timothy J Yoo on behalf of Plaintiff JASON M RUND**
tjy@lnbyb.com

**Timothy J Yoo on behalf of Trustee Jason M Rund (TR)**
tjy@lnbyb.com

Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On __2/12/2021__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary
proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and
addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours
after the document is filed.
Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each
person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by
personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be
completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/12/2021 | JULIE SOMA | /S/ JULIE SOMA |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.