TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Ste. 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND DEBTOR RE USE AND TURNOVER OF 100 N. LOS ALTOS DRIVE, PASADENA, CALIFORNIA**<br><br>Date:  February 23, 2021<br>Time:  10:00 a.m.<br>Place:  Courtroom 1668<br>      Roybal Federal Building<br>      255 E. Temple Street<br>      Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

    This Stipulation re Use and Turnover of 100 N. Los Altos Drive, Pasadena, California is made by and between Jason M. Rund, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Thomas Vincent Girardi (the "Debtor"), and Robert J. Girardi, as temporary conservator of the Debtor, and with reference to the following facts:

///

1

## RECITALS

A. Involuntary Petition under Chapter 7 was filed against the Debtor on December 18, 2020 [Doc 1].

B. On December 24, 2020, the Petitioning Creditors filed an emergency motion for appointment of an interim trustee [Doc 13], which was granted by the Court on January 5, 2021 [Doc 39]. On January 6, 2021, the United States Trustee appointed the Trustee.

C. On January 13, 2021, the Order for Relief was entered [Doc 64].

D. The Debtor's bankruptcy estate holds title to the residential real property located at 100 N. Los Altos Drive, Pasadena, California 91105 (the "Property").

E. The Debtor resides at the Property.

F. On February 2, 2021, the Trustee filed his motion for an order compelling turnover of the Property (the "Turnover Motion") [Doc 91].

G. On February 12, 2021, Robert J. Girardi, as temporary conservator of the Debtor, filed an opposition to the Turnover Motion [Doc 104], stating that he would provide the Trustee and his professionals access to the Property on February 19, 2021 and any day thereafter upon reasonable notice.

H. The parties have reached an agreement that avoids the need for the Debtor to move out immediately and addresses the Trustee's concerns about the marketing and showing of the Property.

## STIPULATION

NOW THEREFORE, in consideration of the terms, conditions and provisions of this Stipulation and the circumstances out of which the Stipulation arises, the parties stipulate, acknowledge and agree as follows:

1. Robert J. Girardi shall provide a set of keys, remote controls and alarm code(s) to the Trustee within 5 days after the execution of this Stipulation. Notwithstanding the delivery of these items, the Trustee and his professionals will not enter the Property without providing Robert J. Girardi with 48-hour advance notice by email to lpena@penalaw.com or text to

1  (213) 509-3556. However, ~~upon the Court's entry of an order approving the employment of the~~ on weekends
2  ~~Trustee's broker,~~ the foregoing notice period will be shorted to 12-hour advance notice.

2.  Robert J. Girardi shall ensure that the Debtor and any of his employees or agents cooperate with the Trustee's administration of the Property, including the broker's marketing efforts, by maintaining the Property in a neat and tidy condition, paying utilities, refraining from communicating with brokers or interested buyers, and complying with Covid-19 requirements (including executing forms such as the Coronavirus Property Entry Advisory and Declaration). As for each of the utilities payments, Robert J. Girardi shall provide proof of payment to the Trustee within 10 days after such payment.

3.  Once the Property is in escrow, the Trustee shall provide Robert J. Girardi with a 20-day notice to vacate the Property by email to *pena@penalaw.com*. Within the foregoing 20-day notice period, the Debtor shall vacate the Property and provide notice to the Trustee's counsel via email to tjv@LNBYB.com confirming that he has in fact moved out.

4.  The Trustee shall lodge an order consistent with the terms of this Stipulation after the hearing on the Turnover Motion.

5.  Should Robert J. Girardi or the Debtor fail to comply with any of the foregoing, the Trustee shall be authorized to obtain a Writ of Possession – Eviction upon *ex parte* application to the Court.

DATED: February 18, 2021

_____
JASON M. RUND, Chapter 7 Trustee

DATED: February 17, 2021

_____
ROBERT J. GIRARDI, Temporary Conservator or Thomas V. Girardi

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Blvd, Suite 1700, Los Angeles CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND DEBTOR RE USE AND TURNOVER OF 100 N. LOS ALTOS DRIVE, PASADENA, CALIFORNIA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 19, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED NEF SERVICE LIST.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 19, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**In light of the Court's amended general order 20-12, no mail service to the Court will be made.**
Debtor
Thomas Vincent Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/19/2021 | Megan Wertz | /s/ Megan Wertz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     **F 9013-3.1.PROOF.SERVICE**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- Rafey Balabanian    , docket@edelson.com
- Richard D Buckley    richard.buckley@arentfox.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- James J Finsten    , jimfinsten@hotmail.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com,laura.rucker@flpllp.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Lewis R Landau    Lew@Landaunet.com
- Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R Matthai    ematthai@romalaw.com
- Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Carmela Pagay    ctp@lnbyb.com
- Ambrish B Patel    apatelEI@americaninfosource.com
- Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com
- Richard P Steelman    rps@lnbyb.com, john@lnbyb.com
- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Timothy J Yoo    tjy@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**