JASON M. RUND, TRUSTEE
Email: trustee@srlawyers.com
840 Apollo Street, Suite 351
El Segundo, CA  90245

Telephone:       (310) 640-1200
Facsimile:        (310) 640-0200

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>THOMAS VINCENT GIRARDI,<br><br><br><br>                                         Debtor. | Case No.: 2:20-bk-21020-BR<br><br>20210202<br><br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: PRO SE
TO THE ABOVE NAMED DEBTOR:

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 03/26/21 at 10:00 AM via telephone conference only by calling 1-866-916-3454 and entering passcode 4876953#, for the reason set forth below:

☒ You failed to appear at the 341(a) meeting previously scheduled in your matter.

☐ You failed to provide proper picture I.D. and/or original proof of Social Security Number at the 341(a) meeting previously scheduled in your matter.

☐ Additional documents have been requested and/or documents received are in the process of review. The Trustee may require further information and if so, you will be contacted. Failure to provide requested documentation may result in a motion to dismiss your case filed by the Trustee.
   ☐  2 years tax returns           ☐  1 year bank statement           ☐  Other

☐ Amend Schedule A, B, C, D, E, F, G, H, I, J

☐ Amend Statement of Related Cases

☐ Amend Statement of Financial Affairs

☐ Other

Dated:   February 19, 2021                              /s/ Jason M. Rund
                                                                        JASON M. RUND, TRUSTEE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

SHERIDAN & RUND
840 Apollo Street, Suite 351
El Segundo, CA  90245

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Continued Meeting of Creditors and Appearance of Debtor [11 USC 341(a)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 19, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
Counsel For Trustee: Levene, Neale, Bender, Yoo & Brill, tjy@lnbyb.com, ctp@lnbyb.com, rps@lnbyb.com
Counsel for Petitioning Creditors: Andrew Goodman, agoodman@andyglaw.com
Counsel for Conservator, Robert Girardi: Leonard Pena, lpena@penalaw.com
NEF: apatelEI@americaninfosource.com; Ashleigh.danker@dinsmore.com; christopher.wong@arentfox.com; csdavidson@swlaw.com; ematthai@romalaw.com; emiller@sulmeyerlaw.com; MitnickLaw@aol.com; eric.goldberg@dlapiper.com; gastarre@gmail.com; jimfinsten@hotmail.com; jcrastz@hrhlaw.com; lekvall@swelawfirm.com; Lew@Landaunet.com; jhayes@rhmfirm.com; mchristiansen@vedderprice.com; mhogan@swlaw.com; matt@rhmfirm.com; mquinn@vedderprice.com; peter.mastan@dinsmore.com; pstrok@swelawfirm.com; docket@edelson.com; razmigizakelian@quinnemanuel.com; richard.buckley@arentfox.com; richard.esterkin@morganlewis.com; ron@ronaldrichards.com; solson@vedderprice.com; tevanston@swelawfirm.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On February 19, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Thomas Vincent Girardi, 1126 Wilshire Blvd, Los Angeles, CA 90017
Debtor: Thomas Vincent Girardi, 100 Los Altos Drive, Pasadena, CA 91105

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 19, 2021 | Laura Gitnick | /s/ Laura Gitnick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**