TIMOTHY J. YOO (SBN 155531)
CARMELA T. PAGAY (SBN 195603)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Ste. 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: tjy@lnbyb.com, ctp@lnbyb.com

Attorneys for Jason M. Rund
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S INTENTION TO ABANDON ASSETS**<br><br>[11 U.S.C. § 554(a); LBR 6007-1]<br><br>[No Hearing Required] |

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a) and Local Bankruptcy Rule 6007-1, Jason M. Rund, the Chapter 7 Trustee (the "Trustee") for the estate of Thomas Vincent Girardi, intends to abandon the estate's right, title, and interest, if any, in the following assets:

1) 2020 Land Rover Range Rover/VIN *4716; and

2) 2019 Aston Martin DB11 Volante/VIN *5602.

Both vehicles are leased and have no equity after taking into account the residual value and other unpaid lease obligations. Hence, the Trustee believes that the vehicles are burdensome

to the estate and that the proposed abandonment is in the best interests of the estate and its creditors.

Pursuant to Local Bankruptcy Rule 6007-1, any objection and request for hearing must be filed and served on the undersigned not more than 14 days after service of this Notice. If no request for hearing is timely filed and served, the Trustee may take the proposed action and the Trustee will be deemed to have abandoned any interest in the Assets 14 days from the date of mailing of this Notice. No Court order will be required for the abandonment to be effective.

If a timely objection and request for hearing is filed and served, the Trustee shall within 21 days from the date of service of the response and request for hearing schedule and give not less than 14 days notice of a hearing to those responding and to the United States Trustee. The proceedings in such matters will be governed by Local Bankruptcy Rule 9013-1(o).

DATED:  March 3, 2021                    LEVENE, NEALE, BENDER, YOO &
                                         BRILL L.L.P.


                                         By:   /s/ *Timothy J. Yoo*
                                               TIMOTHY J. YOO
                                               CARMELA T. PAGAY
                                               Attorneys for Jason M. Rund
                                               Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10250 Constellation Blvd, Suite 1700, Los Angeles CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S INTENTION TO ABANDON ASSETS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 3, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED NEF SERVICE LIST.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **March 3, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Debtor<br>Thomas Vincent Girardi<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017 | Land Rover Financial group<br>PO Box 901017<br>Fort Worth, TX 76101<br>Acct: *5605 | Ally Financial<br>PO Box 380902<br>Bloomington, MN 55438-0902<br>Acct: *2537 |

**[ALL CREDITORS SERVED – SEE ATTACHED MATRIX]**    ☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/3/2021 | Megan Wertz | /s/ Megan Wertz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- Rafey Balabanian    , docket@edelson.com
- Ori S Blumenfeld    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Sandor Theodore Boxer    tedb@tedboxer.com
- Richard D Buckley    richard.buckley@arentfox.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James J Finsten    , jimfinsten@hotmail.com
- James J Finsten    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com,laura.rucker@flpllp.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Lewis R Landau    Lew@Landaunet.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R Matthai    ematthai@romalaw.com
- Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Carmela Pagay    ctp@lnbyb.com
- Ambrish B Patel    apatelEI@americaninfosource.com
- Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com
- Richard P Steelman    rps@lnbyb.com, john@lnbyb.com
- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Timothy J Yoo    tjy@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          Ally Bank Lease Trust - Assignor to Vehicle   Daimler Trust
0973-2                                   4515 N Santa Fe Ave. Dept. APS                c/o BK Servicing, LLC
Case 2:20-bk-21020-BR                    Oklahoma City, OK 73118-7901                  PO Box 131265
Central District of California                                                         Roseville, MN 55113-0011
Los Angeles
Wed Mar  3 15:17:20 PST 2021

Frantz Law Group, APLC                   Levene Neale Bender Yoo & Brill LLP           U.S. Legal Support, Inc.
2029 Century Park East                   10250 Constellation Blvd Ste 1700             c/o Portillo Ronk Legal Team
#400                                     Los Angeles, CA 90067-6253                    5716 Corsa Avenue
Los Angeles, CA 90067-2905                                                             Suite 207
                                                                                       Westlake Village, CA 91362-4059


Wells Fargo Vendor Financial Services, Inc.   Los Angeles Division                     Erika Saldana
c/o Hemar, Rousso & Heald, LLP           255 East Temple Street                        1757 Riverside Drive
15910 Ventura Blvd., 12th Floor          Los Angeles, CA 90012-3332                    Glendale, CA 91201-2856
Encino, CA 91436-2802



Jill O'Callahan                          John Abassian                                 Kimberly Archie
1437 Club View Drive                     6403 Van Nuys Boulevard                       15210 Ventura Boulevard
Los Angeles, CA 90024-5305               Van Nuys, CA 91401-1437                       Suite 307
                                                                                       Sherman Oaks, CA 91403-3841



Robert M. Keese                          US Legal Support                              United States Trustee (LA)
22982 Rosemont Court                     16825 Northchase DrSuite 900                  915 Wilshire Blvd, Suite 1850
Murrieta, CA 92562-3075                  16825 Northchase DrSuite 900                  Los Angeles, CA 90017-3560
                                         Houston, TX 77060-6004


Virginia Antonio                         Gary A Starre                                 Jason M Rund (TR)
20413 Via Navarra                        Starre & Cohn, APC                            Sherwood & Rund
Yorba Linda, CA 92886-3065               15760 Ventura Blvd., Ste. 801                 840 Apollo Street, Suite 351
                                         Encino, CA 91436-3018                         El Segundo, CA 90245-4762


Robert Girardi                           Thomas Vincent Girardi
402 South Marengo Ave.                   1126 Wilshire Boulevard
Suite B                                  Los Angeles, CA 90017-1904
Pasadena, CA 91101-3113




             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)California Attorney Lending II, Inc.     (u)Courtesy NEF                            (u)Edelson PC




(u)KCC Class Action Services, LLC        (u)L.A. Arena Funding, LLC                   (u)Stillwell Madison, LLC
```

```
(d)Wells Fargo Vendor Financial Services, LLC    (d)Erika Saldana                   (d)Jill O'Callahan
c/o Hemar, Rousso & Heald, LLP                   1757 Riverside Drive               1437 Club View Drive
15910 Ventura Blvd., 12th Floor                  Glendale, CA 91201-2856            Los Angeles, CA 90024-5305
Encino, CA 91436-2802


(d)John Abassian                                 (u)Judy Selberg                    (d)Kimberly Archie
6403 Van Nuys Boulevard                                                             15210 Ventura Boulevard
Van Nuys, CA 91401-1437                                                             Suite 307
                                                                                    Sherman Oaks, CA 91403-3841


(d)Robert M. Keese                               (d)Virginia Antonio                (u)William F Savino
22982 Rosemont Court                             20413 Via Navarra
Murrieta, CA 92562-3075                          Yorba Linda, CA 92886-3065



End of Label Matrix
Mailable recipients    19
Bypassed recipients    15
Total                  34
```