TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

FILED & ENTERED

MAR 04 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR APPROVAL OF CASH DISBURSEMENTS**<br><br>Date: February 23, 2021<br>Time: 10:00 a.m.<br>Place: Courtroom 1668 via zoomgov.com<br>       Roybal Federal Building<br>       225 E. Temple Street<br>       Los Angeles, California 90012 |

A hearing was held on February 23, 2021, at 10:00 a.m. before the Honorable Barry Russell, United States Bankruptcy Judge, in Courtroom 1668 of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012, to consider the Motion for Approval of Cash Disbursements by the Trustee [Doc 85] (the "Motion") filed by Jason M. Rund, the Chapter 7 Trustee for the bankruptcy estate of Thomas Vincent Girardi (the "Trustee"). Timothy J. Yoo of Levene, Neale, Bender, Yoo & Brill L.L.P. appeared on behalf of the Trustee.

The Court, having considered the Motion, having received no opposition to the Motion, having considered the statements of counsel made at the hearing on the Motion, and good cause appearing,

**IT IS HEREBY ORDERED THAT** the Motion is granted, and the Trustee is authorized to pay the Minimum Payment, Balance and Residence Expenses, as those terms are defined in the Motion, through December 31, 2021.

### #

Date: March 4, 2021

_____
Barry Russell
United States Bankruptcy Judge

2