Case 2:20-bk-21020-BR    Doc 126    Filed 03/04/21    Entered 03/04/21 09:06:20    Desc
Main Document    Page 1 of 4

TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

**FILED & ENTERED**

**MAR 04 2021**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**ORDER RE CHAPTER 7 TRUSTEE'S MOTION FOR TURNOVER OF REAL PROPERTY**<br><br>Date:  February 23, 2021<br>Time:  10:00 a.m.<br>Place:  Courtroom 1668 via zoomgov.com<br>         Roybal Federal Building<br>         225 E. Temple Street<br>         Los Angeles, California 90012 |

     A hearing was held on February 23, 2021, at 10:00 a.m. before the Honorable Barry Russell, United States Bankruptcy Judge, in Courtroom 1668 of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012, to consider the Motion of Chapter 7 Trustee for Order Compelling Turnover of Real Property [Doc 91] (the "Motion") filed by Jason M. Rund, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Thomas Vincent Girardi (the "Debtor").  Timothy J. Yoo of Levene, Neale, Bender, Yoo & Brill L.L.P.

1

appeared on behalf of the Trustee, and Leonard Peña of Peña & Soma, APC appeared on behalf of Robert J. Girardi, as temporary conservator of the Debtor.

The Court, having considered the Motion, Robert J. Girardi's opposition to the Motion [Doc 104] and the Stipulation between the Trustee and Robert J. Girardi ("Stipulation") [Doc 108], having considered the statements of counsel made at the hearing on the Motion, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted, subject to the terms of the Stipulation, which are restated below.

2. Robert J. Girardi shall provide a set of keys, remote controls and alarm code(s) for the residential real property located at 100 N. Los Altos Drive, Pasadena, California 91105 (the "Property") to the Trustee within 5 days after the execution of this Stipulation. Notwithstanding the delivery of these items, the Trustee and his professionals will not enter the Property without providing Robert J. Girardi with 48-hour advance notice by email to lpena@penalaw.com or text to (213) 509-3556. However, on the weekends, the foregoing notice period will be shorted to 12-hour advance notice.

3. Robert J. Girardi shall ensure that the Debtor and any of his employees or agents cooperate with the Trustee's administration of the Property, including the broker's marketing efforts, by maintaining the Property in a neat and tidy condition, paying utilities, refraining from communicating with brokers or interested buyers, and complying with Covid-19 requirements (including executing forms such as the Coronavirus Property Entry Advisory and Declaration). As for each of the utilities payments, Robert J. Girardi shall provide proof of payment to the Trustee within 10 days after such payment.

4. Once the Property is in escrow, the Trustee shall provide Robert J. Girardi with a 20-day notice to vacate the Property by email to lpena@penalaw.com. Within the foregoing

20-day notice period, the Debtor shall vacate the Property and provide notice to the Trustee's counsel via email to tjy@LNBYB.com confirming that he has in fact moved out.

5. Should Robert J. Girardi or the Debtor fail to comply with any of the foregoing, the Trustee is authorized to obtain a Writ of Possession – Eviction upon *ex parte* application to the Court.

Approved as to form and content:
PEÑA & SOMA, APC


By:_____
    LEONARD PEÑA
    Attorney for Robert J. Girardi
    Temporary Conservator of Debtor

### #

Date: March 4, 2021

_____
Barry Russell
United States Bankruptcy Judge

20-day notice period, the Debtor shall vacate the Property and provide notice to the Trustee's counsel via email to tjy@LNBYB.com confirming that he has in fact moved out.

     5.     Should Robert J. Girardi or the Debtor fail to comply with any of the foregoing, the Trustee is authorized to obtain a Writ of Possession – Eviction upon *ex parte* application to the Court.

Approved as to form and content:
PEÑA & SOMA, APC

By:_____
    LEONARD PEÑA
    Attorney for Robert J. Girardi
    Temporary Conservator of Debtor

# # #

3