Jason M. Rund
840 Apollo Street, Suite 351
El Segundo, CA 90245
Telephone: (310) 640-1200
Facsimile:  (310) 640-0200
trustee@srlawyers.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY, LLP AS ACCOUNTANTS**<br><br>[No hearing required] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE AND PARTIES-IN INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee ("Trustee") for the estate of Thomas Vincent Girardi (the "Debtor"), has filed his application (the "Application") for authority to employ, pursuant to 11 U.S.C. § 330, Hahn Fife & Company, LLP ("Hahn Fife" or the "Firm"), 790 East Colorado Boulevard, 9th Floor, Pasadena, California 91101; telephone (626) 792-0855, as his accountants effective March 1, 2021. As set forth in detail in the Application, the Firm will render accounting services typically provided by a certified public accountant on behalf of a trustee of a bankruptcy estate and certain other things required or which may be required by the

- 1 -

particular circumstances in this case. The scope of Hahn Fife's employment will include, but are not limited to, the following:

    A.    review of the Debtor's prior tax returns and financial records related to the liquidation of the estate's assets and the transactions attendant thereto;

    B.    review and analysis of financial records regarding estate assets to determine the appropriate (and most beneficial to the estate) treatment for tax purposes, including capital gains calculations, consideration of tax attributes inherited from the Debtor and other tax considerations in connection with estate assets;

    C.    preparation of the estate's tax returns to reflect the transactions of the estate and the liquidation of its assets;

    D.    assisting Applicant in evaluating and analyzing secured and unsecured claims against the estate, including, but not limited to, tax claims asserted by the taxing authorities;

    E.    communicate with taxing authorities on behalf of the estate;

    F.    obtain the required tax clearances for the estate's tax returns;

    G.    perform any other financial analysis, investigation, general and/or forensic accounting services and address any other tax matters which may be required by the Trustee to properly administer the estate and maintain tax compliance. The Trustee reserves the right to retain another professional to perform a forensic analysis as the circumstances of the case evolve. If this occurs, there will be no duplication of services; and

    H.    providing tax and accounting-related litigation support to Applicant.

**PLEASE TAKE FURTHER NOTICE** that the relief requested is based on the Application, the *Declaration of Donald T. Fife* (the "Fife Declaration") attached thereto, this Notice, the arguments of counsel, and other admissible evidence properly brought before the Court. In addition, the Trustee respectfully requests that the Court take judicial notice of the chapter 7 case docket and all pleadings filed in the above captioned chapter 7 bankruptcy case, including the specific pleadings referenced in the Application.

**PLEASE TAKE FURTHER NOTICE** that the Trustee seeks to employ Hahn Fife at its regular billing rates which generally range from $80.00 per hour for staff to $450.00 per hour for a

- 2 -

partner, as more fully described in the Application, subject to the Bankruptcy Court's approval of Hahn Fife's compensation and reimbursement of costs as provided by the Bankruptcy Code, specifically sections 330 and 331, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules.  The current billing rate for Donald T. Fife is $450.00 per hour.  These rates may be adjusted annually from time to time.

The Firm will only seek compensation pursuant to sections 330 and 331 of the Bankruptcy Code.  All compensation will be paid from the funds of the Debtor's bankruptcy estate.  Hahn Fife has not received any retainer with respect to its employment.

A copy of the Trustee's Application can be obtained from the Bankruptcy Court or by contacting the Trustee by telephone or written request sent to the physical address or email address set forth at the top of page one of this notice.

**PLEASE TAKE FURTHER NOTICE** pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), that any response and request for hearing on the Application must be in the form as required by LBR 9013-1(f)(1), filed with the Clerk of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California 90012, no later than fourteen (14) days from the date of service of this Notice, plus an additional three (3) days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P.5(b)(2)(A)-(B).  The Trustee will set a hearing date and send out notice thereto if any such response is timely received.  No hearing will be held if no response and request for hearing is received.

If you fail to file a written response within seventeen (17) days from the date of the service of this Notice of the Application, the Bankruptcy Court may treat such failure as a waiver of your right to oppose the Application and may grant the requested relief.

Dated: March 4, 2021            /s/ JASON M. RUND
                                        Jason M. Rund
                                        Chapter 7 Trustee

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

SHERIDAN & RUND
840 Apollo Street, Suite 351
El Segundo, CA  90245

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Chapter 7 Trustee's Application to Employ Hahn Fife & Company, LLP as Accountants** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 4, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
Counsel For Trustee: Levene, Neale, Bender, Yoo & Brill, tjy@lnbyb.com, ctp@lnbyb.com, rps@lnbyb.com
Counsel for Petitioning Creditors: Andrew Goodman, agoodman@andyglaw.com
Counsel for Conservator, Robert Girardi: Leonard Pena, lpena@penalaw.com, penasomaecf@gmail.com, penalr72746@notify.bestcase.com

SEE ATTACHED CONTINUED NEF SERVICE LIST.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On March 4, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Thomas Vincent Girardi, 1126 Wilshire Blvd, Los Angeles, CA 90017
Debtor: Thomas Vincent Girardi, 100 Los Altos Drive, Pasadena, CA 91105

[ALL CREDTIORS SERVED – SEE ATTACHED MATRIX]

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 4, 2021 | Laura Gitnick | /s/ Laura Gitnick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Rafey Balabanian , docket@edelson.com
- Ori S Blumenfeld    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Sandor Theodore Boxer    tedb@tedboxer.com
- Richard D Buckley    richard.buckley@arentfox.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James J Finsten , jimfinsten@hotmail.com
- James J Finsten    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com,laura.rucker@flpllp.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Lewis R Landau    Lew@Landaunet.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R Matthai    ematthai@romalaw.com
- Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Carmela Pagay    ctp@lnbyb.com
- Ambrish B Patel    apatelEI@americaninfosource.com
- Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
- Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com
- Richard P Steelman    rps@lnbyb.com, john@lnbyb.com
- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com

```
Label Matrix for local noticing          Ally Bank Lease Trust - Assignor to Vehicle    Daimler Trust
0973-2                                    4515 N Santa Fe Ave. Dept. APS                c/o BK Servicing, LLC
Case 2:20-bk-21020-BR                     Oklahoma City, OK 73118-7901                  PO Box 131265
Central District of California                                                          Roseville, MN 55113-0011
Los Angeles
Thu Mar  4 11:04:03 PST 2021

Frantz Law Group, APLC                    Levene Neale Bender Yoo & Brill LLP           U.S. Legal Support, Inc.
2029 Century Park East                    10250 Constellation Blvd Ste 1700             c/o Portillo Ronk Legal Team
#400                                      Los Angeles, CA 90067-6253                    5716 Corsa Avenue
Los Angeles, CA 90067-2905                                                              Suite 207
                                                                                        Westlake Village, CA 91362-4059

Wells Fargo Vendor Financial Services, Inc.  Los Angeles Division                       Erika Saldana
c/o Hemar, Rousso & Heald, LLP               255 East Temple Street                     1757 Riverside Drive
15910 Ventura Blvd., 12th Floor              Los Angeles, CA 90012-3332                 Glendale, CA 91201-2856
Encino, CA 91436-2802

Jill O'Callahan                           John Abassian                                 Kimberly Archie
1437 Club View Drive                      6403 Van Nuys Boulevard                       15210 Ventura Boulevard
Los Angeles, CA 90024-5305                Van Nuys, CA 91401-1437                       Suite 307
                                                                                        Sherman Oaks, CA 91403-3841

Robert M. Keese                           US Legal Support                              United States Trustee (LA)
22982 Rosemont Court                      16825 Northchase DrSuite 900                  915 Wilshire Blvd, Suite 1850
Murrieta, CA 92562-3075                   16825 Northchase DrSuite 900                  Los Angeles, CA 90017-3560
                                          Houston, TX 77060-6004

Virginia Antonio                          Gary A Starre                                 Jason M Rund (TR)
20413 Via Navarra                         Starre & Cohn, APC                            Sheridan C Reed
Yorba Linda, CA 92886-3065                15760 Ventura Blvd., Ste. 801                 840 Apollo Street, Suite 351
                                          Encino, CA 91436-3018                         El Segundo, CA 90245-4762

Robert Girardi                            Thomas Vincent Girardi
402 South Marengo Ave.                    1126 Wilshire Boulevard
Suite B                                   Los Angeles, CA 90017-1904
Pasadena, CA 91101-3113
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)California Attorney Lending II, Inc.   (u)Courtesy NEF                               (u)Edelson PC




(u)KCC Class Action Services, LLC         (u)L.A. Arena Funding, LLC                    (u)Stillwell Madison, LLC
```

```
(d)Wells Fargo Vendor Financial Services, LLC    (d)Erika Saldana                    (d)Jill O'Callahan
c/o Hemar, Rousso & Heald, LLP                   1757 Riverside Drive                1437 Club View Drive
15910 Ventura Blvd., 12th Floor                  Glendale, CA 91201-2856             Los Angeles, CA 90024-5305
Encino, CA 91436-2802


(d)John Abassian                                 (u)Judy Selberg                     (d)Kimberly Archie
6403 Van Nuys Boulevard                                                              15210 Ventura Boulevard
Van Nuys, CA 91401-1437                                                              Suite 307
                                                                                     Sherman Oaks, CA 91403-3841


(d)Robert M. Keese                               (d)Virginia Antonio                 (u)William F Savino
22982 Rosemont Court                             20413 Via Navarra
Murrieta, CA 92562-3075                          Yorba Linda, CA 92886-3065



End of Label Matrix
Mailable recipients    19
Bypassed recipients    15
Total                  34
```