United States Bankruptcy Court

Central District of California

In re:  Case No. 20-21020-BR

Thomas Vincent Girardi  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2  User: admin  Page 1 of 3
Date Rcvd: Mar 04, 2021  Form ID: pdf042  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

**Recip ID    Recipient Name and Address**
db    + Thomas Vincent Girardi, 1126 Wilshire Boulevard, Los Angeles, CA 90017-1904

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:

**Name**    **Email Address**

Alan W Forsley
    on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com
    awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com,laura.rucker@flpllp.com

Ambrish B Patel
    on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST" or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port apatelEI@americaninfosource.com

Andrew Goodman
    on behalf of Petitioning Creditor Virginia Antonio agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman
    on behalf of Petitioning Creditor Jill O'Callahan agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman
    on behalf of Petitioning Creditor Robert M. Keese agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Mar 04, 2021 | Form ID: pdf042 | Total Noticed: 1 |

Andrew Goodman
    on behalf of Attorney William F Savino agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman
    on behalf of Petitioning Creditor Erika Saldana agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman
    on behalf of Petitioning Creditor John Abassian agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman
    on behalf of Petitioning Creditor Kimberly Archie agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Ashleigh A Danker
    on behalf of Interested Party Courtesy NEF Ashleigh.danker@dinsmore.com
    SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com

Carmela Pagay
    on behalf of Trustee Jason M Rund (TR) ctp@lnbyb.com

Carmela Pagay
    on behalf of Plaintiff JASON M RUND ctp@lnbyb.com

Christopher K.S. Wong
    on behalf of Interested Party L.A. Arena Funding LLC christopher.wong@arentfox.com, yvonne.li@arentfox.com

Clifford S Davidson
    on behalf of Creditor California Attorney Lending II Inc. csdavidson@swlaw.com,
    jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com

Craig G Margulies
    on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com
    Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Edith R Matthai
    on behalf of Interested Party Courtesy NEF ematthai@romalaw.com

Elissa Miller
    on behalf of Interested Party Courtesy NEF emiller@sulmeyerlaw.com
    emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Eric A Mitnick
    on behalf of Interested Party Courtesy NEF MitnickLaw@aol.com mitnicklaw@gmail.com

Eric D Goldberg
    on behalf of Creditor Stillwell Madison LLC eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Gary A Starre
    on behalf of Interested Party Gary A Starre gastarre@gmail.com mmoonniiee@gmail.com

James J Finsten
    on behalf of Interested Party Courtesy NEF jfinsten@lurie-zepeda.com jimfinsten@hotmail.com

Jason M Rund (TR)
    trustee@srlawyers.com jrund@ecf.axosfs.com

Jennifer Witherell Crastz
    on behalf of Creditor Wells Fargo Vendor Financial Services Inc. jcrastz@hrhlaw.com

Jeremy Faith
    on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com
    Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

Kevin C Ronk
    on behalf of Creditor U.S. Legal Support Inc. Kevin@portilloronk.com, Attorneys@portilloronk.com

Lei Lei Wang Ekvall
    on behalf of Interested Party Courtesy NEF lekvall@swelawfirm.com
    lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Leonard Pena
    on behalf of Interested Party Robert Girardi lpena@penalaw.com penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Lewis R Landau
    on behalf of Interested Party Courtesy NEF Lew@Landaunet.com

M. Jonathan Hayes
    on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com
    roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.c
    om;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Marie E Christiansen
    on behalf of Creditor KCC Class Action Services LLC mchristiansen@vedderprice.com,
    ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 04, 2021 | Form ID: pdf042 | Total Noticed: 1 |

Marshall J Hogan
    on behalf of Creditor California Attorney Lending II Inc. mhogan@swlaw.com, knestuk@swlaw.com

Matthew D. Resnik
    on behalf of Interested Party Courtesy NEF matt@rhmfirm.com
    roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Michael J Quinn
    on behalf of Creditor KCC Class Action Services LLC mquinn@vedderprice.com,
    ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com

Ori S Blumenfeld
    on behalf of Interested Party Courtesy NEF Ori@MarguliesFaithLaw.com
    Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Peter J Mastan
    on behalf of Interested Party Courtesy NEF peter.mastan@dinsmore.com
    SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com

Philip E Strok
    on behalf of Interested Party Courtesy NEF pstrok@swelawfirm.com
    gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Rafey Balabanian
    on behalf of Creditor Edelson PC   docket@edelson.com

Razmig Izakelian
    on behalf of Creditor Frantz Law Group APLC razmigizakelian@quinnemanuel.com

Richard D Buckley
    on behalf of Interested Party L.A. Arena Funding LLC richard.buckley@arentfox.com

Richard P Steelman, Jr
    on behalf of Plaintiff JASON M RUND rps@lnbyb.com john@lnbyb.com

Richard W Esterkin
    on behalf of Interested Party Courtesy NEF richard.esterkin@morganlewis.com

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com morani@ronaldrichards.com,justin@ronaldrichards.com

Sandor Theodore Boxer
    on behalf of Interested Party Courtesy NEF tedb@tedboxer.com

Scott H Olson
    on behalf of Creditor KCC Class Action Services LLC solson@vedderprice.com,
    scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com

Timothy J Yoo
    on behalf of Trustee Jason M Rund (TR) tjy@lnbyb.com

Timothy J Yoo
    on behalf of Interested Party Courtesy NEF tjy@lnbyb.com

Timothy J Yoo
    on behalf of Plaintiff JASON M RUND tjy@lnbyb.com

Timothy W Evanston
    on behalf of Interested Party Courtesy NEF tevanston@swelawfirm.com
    gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 49

TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

**FILED & ENTERED**

**MAR 04 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**ORDER RE CHAPTER 7 TRUSTEE'S MOTION FOR TURNOVER OF REAL PROPERTY**<br><br>Date:  February 23, 2021<br>Time:  10:00 a.m.<br>Place:  Courtroom 1668 via zoomgov.com<br>             Roybal Federal Building<br>             225 E. Temple Street<br>             Los Angeles, California 90012 |

A hearing was held on February 23, 2021, at 10:00 a.m. before the Honorable Barry Russell, United States Bankruptcy Judge, in Courtroom 1668 of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012, to consider the Motion of Chapter 7 Trustee for Order Compelling Turnover of Real Property [Doc 91] (the "Motion") filed by Jason M. Rund, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Thomas Vincent Girardi (the "Debtor").  Timothy J. Yoo of Levene, Neale, Bender, Yoo & Brill L.L.P.

1

appeared on behalf of the Trustee, and Leonard Peña of Peña & Soma, APC appeared on behalf of Robert J. Girardi, as temporary conservator of the Debtor.

The Court, having considered the Motion, Robert J. Girardi's opposition to the Motion [Doc 104] and the Stipulation between the Trustee and Robert J. Girardi ("Stipulation") [Doc 108], having considered the statements of counsel made at the hearing on the Motion, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted, subject to the terms of the Stipulation, which are restated below.

2. Robert J. Girardi shall provide a set of keys, remote controls and alarm code(s) for the residential real property located at 100 N. Los Altos Drive, Pasadena, California 91105 (the "Property") to the Trustee within 5 days after the execution of this Stipulation. Notwithstanding the delivery of these items, the Trustee and his professionals will not enter the Property without providing Robert J. Girardi with 48-hour advance notice by email to lpena@penalaw.com or text to (213) 509-3556. However, on the weekends, the foregoing notice period will be shorted to 12-hour advance notice.

3. Robert J. Girardi shall ensure that the Debtor and any of his employees or agents cooperate with the Trustee's administration of the Property, including the broker's marketing efforts, by maintaining the Property in a neat and tidy condition, paying utilities, refraining from communicating with brokers or interested buyers, and complying with Covid-19 requirements (including executing forms such as the Coronavirus Property Entry Advisory and Declaration). As for each of the utilities payments, Robert J. Girardi shall provide proof of payment to the Trustee within 10 days after such payment.

4. Once the Property is in escrow, the Trustee shall provide Robert J. Girardi with a 20-day notice to vacate the Property by email to lpena@penalaw.com. Within the foregoing

20-day notice period, the Debtor shall vacate the Property and provide notice to the Trustee's counsel via email to tjy@LNBYB.com confirming that he has in fact moved out.

     5.    Should Robert J. Girardi or the Debtor fail to comply with any of the foregoing, the Trustee is authorized to obtain a Writ of Possession – Eviction upon *ex parte* application to the Court.

Approved as to form and content:
PEÑA & SOMA, APC

By:_____
   LEONARD PEÑA
   Attorney for Robert J. Girardi
   Temporary Conservator of Debtor

                                                        # # #

Date: March 4, 2021

                                        _____
                                        Barry Russell
                                        United States Bankruptcy Judge

20-day notice period, the Debtor shall vacate the Property and provide notice to the Trustee's counsel via email to tjy@LNBYB.com confirming that he has in fact moved out.

5. Should Robert J. Girardi or the Debtor fail to comply with any of the foregoing, the Trustee is authorized to obtain a Writ of Possession – Eviction upon *ex parte* application to the Court.

Approved as to form and content:
PEÑA & SOMA, APC

By:_____
    LEONARD PEÑA
    Attorney for Robert J. Girardi
    Temporary Conservator of Debtor

# # #