**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:  714 445-1000
Facsimile:  714 445-1002

Attorneys for Elissa D. Miller, Chapter 7 Trustee for the bankruptcy estate of Girardi Keese

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>                     Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**STATEMENT REGARDING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE UNDER FRBP 9019**<br><br>Date:     April 6, 2021<br>Time:    2:00 p.m.<br>Ctrm.:   1668 via ZoomGov<br>            255 E. Temple Street<br>           Los Angeles, CA 90012<br><br>Web Address: https://cacb.zoomgov.com<br>Meeting ID:  161 446 3922<br>Password:    123456<br>Telephone:  (669) 254-5252 (San Jose)<br>                 (646) 828-7666 (New York) |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

      Elissa D. Miller, the chapter 7 trustee (the "Trustee") for the bankruptcy estate ("Estate") of Girardi Keese, Case No. 2:20-bk-21022-BR (the "Girardi Keese Case"), submits this Statement (the "Statement") regarding chapter 7 trustee Jason M. Rund's (the "Thomas Girardi Trustee") *Motion to Approve Compromise Under FRBP 9019* [Docket No. 132] (the "Motion").

## I. INTRODUCTION

Pursuant to the Motion, the Thomas Girardi Trustee moves this Court for an order approving the Agreement[1] with the Ruigomez Creditors concerning the allowance of the Ruigomez Creditors' claim in this case and the sale of certain assets subject to the Ruigomez Liens. More specifically, the Agreement provides for the allowance of the Ruigomez Claim[2] with a perfected lien in the Ruigomez Collateral.

## II. THE TRUSTEE'S STATEMENT REGARDING THE MOTION

As a creditor in the Debtor's case, the Trustee does not oppose the relief requested in the Motion but files this Statement to make the record clear that approval of the Motion and the Agreement in this case does not bind the Trustee or the Estate in the Girardi Keese Case as to the allowance, amount, validity, scope, priority, or extent of the Ruigomez Claim, the Ruigomez Liens and the Ruigomez Collateral. The Trustee is aware that the Ruigomez Creditors assert a claim against the debtor in the Girardi Keese Case. There is currently no proof of claim deadline in the Girardi Keese Case and the Ruigomez Creditors have not yet filed a proof of claim.

The Trustee is currently investigating the purported amount, validity, scope, priority, and extent of alleged claims against the debtor in the Girardi Keese Case, and is in the process of preparing the schedules and statement of financial affairs on behalf of the debtor.[3] The Trustee's investigation regarding the Ruigomez Claim, the Ruigomez Liens and the Ruigomez Collateral is ongoing and no conclusions have been reached.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2] The Ruigomez Claim arises out of a Judgment for $11,000,000 in favor of the Ruigomez Creditors and against the Debtor and Girardi Keese.

[3] To this end, on March 18, 2021, the Trustee filed a *Motion to Designate Chris Kamon to Appear or Act on Behalf of the Debtor and Compel Attendance at the § 341(a) Meeting of Creditors Pursuant to Federal Rule of Bankruptcy Procedure 9001(5)* [Docket No. 269] in the Girardi Keese Case, which is currently pending before this Court.

The Trustee's investigation will be aided should the Ruigomez Creditors file a proof claim in the Girardi Keese Case. It is premature at this time to bind the Trustee in the Girardi Keese Case to the Agreement reached by the Thomas Girardi Trustee and the Ruigomez Creditors.

### III.  CONCLUSION

Based on the foregoing, the Trustee requests that if the Motion is granted, this Court's order approving the Motion contain a provision that approval of the Motion and the Agreement in this case does not bind the Trustee or the Estate in the Girardi Keese Case as to the allowance, amount, validity, scope, priority, or extent of the Ruigomez Claim, the Ruigomez Liens and the Ruigomez Collateral.

DATED:  March 23, 2021                Respectfully submitted,

SMILEY WANG-EKVALL, LLP

By: *[signature: Philip E. Strok]*

PHILIP E. STROK
Attorneys for Elissa D. Miller, Chapter 7 Trustee for the bankruptcy estate of Girardi Keese

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*):  Statement Regarding Chapter 7 Trustee's Motion to Approve Compromise Under FRBP 9019  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 23, 2021  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 23, 2021 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 23, 2021 | Gabriela Gomez-Cruz | */s/ Gabriela Gomez-Cruz* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Rafey Balabanian    , docket@edelson.com
- Ori S Blumenfeld    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Sandor Theodore Boxer    tedb@tedboxer.com
- Richard D Buckley    richard.buckley@arentfox.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James J Finsten    , jimfinsten@hotmail.com
- James J Finsten    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Lewis R Landau    Lew@Landaunet.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R. Matthai    ematthai@romalaw.com, lrobie@romalaw.com
- Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Carmela Pagay    ctp@lnbyb.com
- Ambrish B Patel    apatelEI@americaninfosource.com
- Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com
- Richard P Steelman    rps@lnbyb.com, john@lnbyb.com
- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Timothy J Yoo    tjy@lnbyb.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                               **F 9013-3.1.PROOF.SERVICE**