Peter J. Mastan (State Bar No. 190250)
*peter.mastan@dinsmore.com*
DINSMORE & SHOHL LLP
550 S. Hope Street, Suite 1765
Los Angeles, CA  90071
Tel:  213-335-7737

Attorneys for Erika Girardi

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:20-bk-21020-BR |
| | |
| THOMAS VINCENT GIRARDI, | Chapter 7 |
| | |
| Debtor. | **LIMITED OPPOSITION OF ERIKA GIRARDI TO CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH RUIGOMEZ CREDITORS; REQUEST FOR JUDICIAL NOTICE** |
| | |
| | Date:     April 6, 2021 |
| | Time:     2:00 p.m. |
| | Ctrm:     1668 |
| | 255 E. Temple St. |
| | Los Angeles, CA  90012 |
| | Judge:    Hon. Barry Russell |

20889882.1

## I.      INTRODUCTION

Erika Girardi ("Erika"), the current but estranged spouse of debtor Thomas Vincent Girardi (the "Debtor"), submits this limited opposition to the motion (the "Motion") filed on March 12, 2021 by Chapter 7 trustee (the "Trustee") Jason Rund for authority to compromise with the "Ruigomez Creditors."

As described in the Motion, the Trustee seeks authority to pay to the Ruigomez Creditors certain proceeds from the liquidation of the Estate's real and personal property, subject only to the prior payment of "(a) real property liens senior to the Ruigomez Liens, taxes arising from the sale, and ordinary costs of sale, (b) the administrative fees and costs of the bankruptcy estate . . ." Motion, p. 2, ll. 21-26.  Erika objects to the proposed settlement to the extent that it does not provide for the payment of any exemption (including without limitation homestead exemption) ahead of the Ruigomez Liens.

## II.     STATEMENT OF FACTS

On January 7, 2000, Erika and the Debtor married.  RJN, Exs. 1 and 2.

On November 3, 2020, Erika filed a petition for divorce (the "Divorce Case") from Tom in the California Superior Court for the County of Los Anegles.  To date, no divorce has been granted and no division of property has been made in the Divorce Case.  RJN, Ex. 3.

## III.    ERIKA'S EXEMPTIONS ARE SENIOR TO THE RUIGOMEZ LIENS

### A.      Exemptions May be Claimed in an Individual Bankruptcy Case

In an individual bankruptcy case, certain property may be exempted from the Estate. 11 U.S.C. 522(b)(1) ("Notwithstanding section 541 of this title, an individual debtor may exempt from property of the estate property listed in either paragraph (2) or, in the alternative, paragraph (3) of this subsection.").

### B.      California is an "Opt-Out" State

The Bankruptcy Code allows states to "opt out" of the federal exemptions such that debtors must instead claim those exemptions available to them under applicable state law. 11 U.S.C. 522(b)(2) ("Property listed in this paragraph is property that is specified under

/ / /

1

1  subsection (d), unless the State law applicable to the debtor under paragraph (3)(A) specifically

2  does not so authorize.").

3           California is an "opt-out" state for exemption purposes:

4                   Pursuant to the authority of paragraph (2) of subsection (b) of Section 522

5                   of Title 11 of the United States Code, the exemptions set forth in

6                   subsection (d) of Section 522 of Title 11 of the United States Code

7                   (Bankruptcy) are not authorized in this state.

8  Cal. Civ. Proc. Code 703.130.  "California is an "opt-out" state, meaning that a debtor may only

9  claim exemptions allowed under California law"  *In re Gonzalez*, 620 B.R. 296, 311 (Bankr. C.D.

10 Cal. 2019).   ""[W]hen a debtor claims a *state-created* exemption, the exemptions' scope is

11 determined by state law . . .."  *Id.* at 311, quoting *Law v. Siegel*, 571 U.S. 415, 134 S.Ct. 1188,

12 1196-1197, 188 L.Ed.2d 146 (2014) (emphasis in original).

13          **C.      Erika is Entitled to Claim Exemptions, Even if Not Claimed by the Debtor**

14          Erika may claim exemptions in property, even if the Debtor does not.  Cal. Civ. Proc. Code

15 703.020(b) ("The exemptions provided in this chapter may be claimed by . . . (2) In the case of

16 community property, by the spouse of the judgment debtor, whether or not the spouse is also a

17 judgment debtor under the judgment.").

18          **D.      The Homestead Exemption – And Other Non-703(b) Exemptions -- Must be**

19                   **Claimed At This Time**

20          Absent Erika's written waiver – which she has NOT given – the California exemptions

21 under 703.140(b) may not be claimed, but instead the other exemptions available under California

22 law must be claimed.  Cal. Civ. Proc. Code 703.140(a)(2):

23                  If the petition is filed individually, and not jointly, for a spouse, the

24                  exemptions provided by this chapter other than the provisions of

25                  subdivision (b) are applicable, except that, if both of the spouses

26                  effectively waive in writing the right to claim, during the period the case

27                  commenced by filing the petition is pending, the exemptions provided by

28                  the applicable exemption provisions of this chapter, other than

2

1    subdivision (b), in any case commenced by filing a petition for either of

2    them under Title 11 of the United States Code, then they may elect to

3    instead utilize the applicable exemptions set forth in subdivision (b).

4    **E.**    **Exemptions Are Senior to the Rights of Money Judgement Lien Creditors Like**

5    **the Ruigomez Creditors**

6    Erika's rights in and to exempt property are senior to the enforcement of a money judgment.

7    Cal. Civ. Proc. Code 703.010 ("Except as otherwise provided by statute: (a) The exemptions

8    provided by this chapter or by any other statute apply to all procedures for enforcement of a money

9    judgment.").

10    **F.**    **The Settlement Must be Subject to Erika's Exemption Rights**

11    As set forth above, the Trustee proposes to liquidate real and personal property and pay to

12    the Ruigomez Creditors 80% of the net proceeds of the sale, after payment of "(a) real property

13    liens senior to the Ruigomez Liens, taxes arising from the sale, and ordinary cost of sale; (b) the

14    administrative fees and costs of the bankruptcy estate . . ."  Unfortunately, no provision is made for

15    the payment of exemptions, which exemption rights are senior to the rights of the Ruigomez

16    Creditors, and the Estate.  *See* Cal. Civ. Proc. Code 703.010 and 11 U.S.C. 522(b)(1).  Because

17    exemption rights are senior to those of judgment lien creditors and the Estate, the Trustee may not

18    use exempt property or its proceeds in payment of the Ruigomez Liens.  The Court should approve

19    the proposed settlement only to the extent that it preserves applicable exemptions rights and

20    priorities and carves out such property and proceeds from the proposed settlement.

21    **IV.**    **CONCLUSION**

22    For the reasons set forth above, the Court should approve the Trustee's settlement with the

23    Ruigomez Creditors if and only if it provides for the preservation of Erika's rights in and to exempt

24    property and its proceeds.

25    DATED: March 23, 2021                    DINSMORE & SHOHL LLP

26

27                                                    By: /s/ Peter J. Mastan
                                                            Peter J. Mastan
28                                                    Attorneys for Erika Girardi

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Fed.R.Evid. 201, Erika Girardi requests that the Court take judicial notice of the following facts:

1.    On January 7, 2000, Erika Girardi ("Erika") married Thomas Vincent Girardi (the "Debtor").

2.    On November 3, 2020, Erika filed a petition for divorce (the "Divorce Case") from the Debtor in the California Superior Court for the County of Los Angeles.  **Exhibit 1** is a copy of that petition filed in the Divorce Case.  **Exhibit 2** is a copy of the Debtor's response to that petition, also filed in the Divorce Case.  To date, no divorce has been granted and no division of property has been made in the Divorce Case.  **Exhibit 3** is a copy of the docket in the Divorce Case.

DATED: March 23, 2021                    DINSMORE & SHOHL LLP


                                        By: /s/ Peter J. Mastan
                                              Peter J. Mastan
                                        Attorneys for Erika Girardi

20889882.1

# EXHIBIT 1

FL-100

| | |
|---|---|
| PARTY WITHOUT ATTORNEY OR ATTORNEY                          STATE BAR NUMBER:<br>NAME: Larry A. Ginsberg, Esq. (SBN 125556)<br>FIRM NAME: Harris Ginsberg LLP<br>STREET ADDRESS: 6420 Wilshire Blvd., Sixteenth Floor<br>CITY: Los Angeles                  STATE: CA ZIP CODE: 90048<br>TELEPHONE NO.: (310) 444-6333    FAX NO.: (310) 444-6330<br>E-MAIL ADDRESS: lginsberg@harris-ginsberg.com<br>ATTORNEY FOR (name): PETITIONER, ERIKA GIRARDI | FOR COURT USE ONLY<br>CONFORMED FILED<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>NOV 0 3 2020<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By: Dolly Ward, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES<br>STREET ADDRESS: 111 NORTH HILL STREET<br>MAILING ADDRESS: 111 NORTH HILL STREET<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: CENTRAL/STANLEY MOSK | |
| PETITIONER: ERIKA GIRARDI | |
| RESPONDENT: THOMAS VINCENT GIRARDI | |

| PETITION FOR                                    ☐ AMENDED | CASE NUMBER: 20STFL11050 |
|---|---|
| ☒ Dissolution (Divorce) of:    ☒ Marriage    ☐ Domestic Partnership<br>☐ Legal Separation of:         ☐ Marriage    ☐ Domestic Partnership<br>☐ Nullity of:                  ☐ Marriage    ☐ Domestic Partnership | |

1. **LEGAL RELATIONSHIP** *(check all that apply):*
   a. ☒ We are married.
   b. ☐ We are domestic partners and our domestic partnership was established in California. **Case is assigned to Judge** _____
   c. ☐ We are domestic partners and our domestic partnership was NOT established in California. **Department** 88

2. **RESIDENCE REQUIREMENTS** *(check all that apply):*
   a. ☒ Petitioner ☐ Respondent  has been a resident of this state for at least six months and of this county for at least three months immediately preceding the filing of this *Petition. (For a divorce, unless you are in the legal relationship described in 1b., at least one of you must comply with this requirement.)*
   b. ☐ Our domestic partnership was established in California. Neither of us has to be a resident or have a domicile in California to dissolve our partnership here.
   c. ☐ We are the same sex, were married in California, but currently live in a jurisdiction that does not recognize, and will not dissolve, our marriage. This *Petition* is filed in the county where we married.
   Petitioner lives in *(specify):*                     Respondent lives in *(specify):*

3. **STATISTICAL FACTS**
   a. ☒ (1) Date of marriage *(specify):* 1/7/2000          (2) Date of separation *(specify):* TBD
      (3) Time from date of marriage to date of separation *(specify):*     Years     Months
   b. ☐ (1) Registration date of domestic partnership with the California Secretary of State or other state equivalent *(specify below):*
                                                       (2) Date of separation *(specify):*
      (3) Time from date of registration of domestic partnership to date of separation *(specify):*          Years          Months

4. **MINOR CHILDREN**
   a. ☒ There are no minor children.
   b. ☐ The minor children are:

   | Child's name | Birthdate | Age |
   |---|---|---|
   | | | |

   (1) ☐ continued on Attachment 4b.          (2) ☐ a child who is not yet born.
   c. If any children listed above were born before the marriage or domestic partnership, the court has the authority to determine those children to be children of the marriage or domestic partnership.
   d. If there are minor children of Petitioner and Respondent, a completed *Declaration Under Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA)* (form FL-105) must be attached.
   e. ☐ Petitioner and Respondent signed a voluntary declaration of parentage or paternity. *(Attach a copy if available.)*

Page 1 of 3

**PETITION—MARRIAGE/DOMESTIC PARTNERSHIP**
**(Family Law)**

Exhibit 1, Page 6

FL-100

| PETITIONER: ERIKA GIRARDI | CASE NUMBER: |
|---|---|
| RESPONDENT: THOMAS VINCENT GIRARDI | |

**Petitioner requests that the court make the following orders:**

5. **LEGAL GROUNDS** (Family Code sections 2200–2210, 2310–2312)

   a. [X] Divorce  or  [ ] Legal separation  of the marriage or domestic partnership based on *(check one):*
      (1) [X] irreconcilable differences.  (2) [ ] permanent legal incapacity to make decisions.

   b. [ ] Nullity of void marriage or domestic partnership based on
      (1) [ ] incest.  (2) [ ] bigamy.

   c. [ ] Nullity of voidable marriage or domestic partnership based on
      (1) [ ] petitioner's age at time of registration of domestic       (4) [ ] fraud.
           partnership or marriage.                         (5) [ ] force.
      (2) [ ] prior existing marriage or domestic partnership.
      (3) [ ] unsound mind.                                 (6) [ ] physical incapacity.

6. **CHILD CUSTODY AND VISITATION (PARENTING TIME)**

| | Petitioner | Respondent | Joint | Other |
|---|---|---|---|---|
| a. Legal custody of children to............................................................... | [ ] | [ ] | [ ] | [ ] |
| b. Physical custody of children to......................................................... | [ ] | [ ] | [ ] | [ ] |
| c. Child visitation (parenting time) be granted to .............................. | [ ] | [ ] | | |

   As requested in  [ ] form FL-311       [ ] form FL-312       [ ] form FL-341(C)
                        [ ] form FL-341(D)     [ ] form FL-341(E)     [ ] Attachment 6c(1)

7. **CHILD SUPPORT**

   a. If there are minor children born to or adopted by Petitioner and Respondent before or during this marriage or domestic partnership, the court will make orders for the support of the children upon request and submission of financial forms by the requesting party.

   b. An earnings assignment may be issued without further notice.

   c. Any party required to pay support must pay interest on overdue amounts at the "legal" rate, which is currently 10 percent.

   d. [ ] Other *(specify):*

8. **SPOUSAL OR DOMESTIC PARTNER SUPPORT**

   a. [X] Spousal or domestic partner support payable to    [X] Petitioner    [ ] Respondent

   b. [X] Terminate (end) the court's ability to award support to    [ ] Petitioner    [X] Respondent

   c. [ ] Reserve for future determination the issue of support payable to    [ ] Petitioner    [ ] Respondent

   d. [ ] Other *(specify):*

9. **SEPARATE PROPERTY**

   a. [ ] There are no such assets or debts that I know of to be confirmed by the court.

   b. [X] Confirm as separate property the assets and debts in    [ ] *Property Declaration* (form FL-160).    [X] Attachment 9b.

       [X] the following list.                       Item                            Confirm to

See Attachment 9(b)

**PETITION—MARRIAGE/DOMESTIC PARTNERSHIP**
(Family Law)

Exhibit 1, Page 7

| PETITIONER: ERIKA GIRARDI | CASE NUMBER: |
|---|---|
| RESPONDENT: THOMAS VINCENT GIRARDI | |

10. **COMMUNITY AND QUASI-COMMUNITY PROPERTY**
   a. ☐ There are no such assets or debts that I know of to be divided by the court.
   b. ☒ Determine rights to community and quasi-community assets and debts. All such assets and debts are listed
      ☐ in *Property Declaration* (form FL-160)   ☐ in Attachment 10b.
      ☒ as follows *(specify)*:
      The true nature and extent of the parties' community and quasi-community property and debts is unknown
      to Petitioner at this time. Petitioner requests leave of court to amend this Petition when same is
      ascertained.

11. **OTHER REQUESTS**
   a. ☒ Attorney's fees and costs payable by   ☐ Petitioner   ☒ Respondent
   b. ☐ Petitioner's former name be restored to *(specify)*:
   c. ☐ Other *(specify)*:

   ☐ Continued on Attachment 11c.

12. **I HAVE READ THE RESTRAINING ORDERS ON THE BACK OF THE SUMMONS, AND I UNDERSTAND THAT THEY APPLY
    TO ME WHEN THIS PETITION IS FILED.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November ___, 2020

ERIKA GIRARDI                                           ▶ See attached signature
(TYPE OR PRINT NAME)                                      (SIGNATURE OF PETITIONER)

Date: November 2 , 2020

LARRY A. GINSBERG                                      ▶
(TYPE OR PRINT NAME)                                      (SIGNATURE OF ATTORNEY FOR PETITIONER)

**FOR MORE INFORMATION:** Read *Legal Steps for a Divorce or Legal Separation* (form FL-107-INFO) and visit "Families Change"
at *www.familieschange.ca.gov* — an online guide for parents and children going through divorce or separation.

**NOTICE:** You may redact (black out) social security numbers from any written material filed with the court in this case other than a
form used to collect child, spousal or partner support.

**NOTICE—CANCELLATION OF RIGHTS:** Dissolution or legal separation may automatically cancel the rights of a domestic partner
or spouse under the other domestic partner's or spouse's will, trust, retirement plan, power of attorney, pay-on-death bank account,
survivorship rights to any property owned in joint tenancy, and any other similar thing. It does not automatically cancel the right of a
domestic partner or spouse as beneficiary of the other partner's or spouse's life insurance policy. You should review these matters,
as well as any credit cards, other credit accounts, insurance polices, retirement plans, and credit reports, to determine whether they
should be changed or whether you should take any other actions. Some changes may require the agreement of your partner or
spouse or a court order.

FL-100 [Rev. January 1, 2020]     **PETITION—MARRIAGE/DOMESTIC PARTNERSHIP**     Page 3 of 3
CEB Essential Forms          (Family Law)
ceb.com

Exhibit 1, Page 8

FL-100

| PETITIONER: ERIKA GIRARDI | CASE NUMBER: |
| RESPONDENT: THOMAS VINCENT GIRARDI | |

10. **COMMUNITY AND QUASI-COMMUNITY PROPERTY**
   a. ☐ There are no such assets or debts that I know of to be divided by the court.
   b. ☒ Determine rights to community and quasi-community assets and debts. All such assets and debts are listed
      ☐ in *Property Declaration* (form FL-160)   ☐ in Attachment 10b.
      ☒ as follows *(specify):*
      The true nature and extent of the parties' community and quasi-community property and debts is unknown
      to Petitioner at this time.  Petitioner requests leave of court to amend this Petition when same is
      ascertained.

11. **OTHER REQUESTS**
   a. ☒ Attorney's fees and costs payable by   ☐ Petitioner   ☒ Respondent
   b. ☐ Petitioner's former name be restored to *(specify):*
   c. ☐ Other *(specify):*

      ☐ Continued on Attachment 11c.

12. **I HAVE READ THE RESTRAINING ORDERS ON THE BACK OF THE SUMMONS, AND I UNDERSTAND THAT THEY APPLY
    TO ME WHEN THIS PETITION IS FILED.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November  2 , 2020

ERIKA GIRARDI
          (TYPE OR PRINT NAME)

▶ ──────────────────────
DocuSigned by:
AE652CA7F4044E9...
          (SIGNATURE OF PETITIONER)

Date: November ___, 2020

LARRY A. GINSBERG
          (TYPE OR PRINT NAME)

▶   see signature attached
          (SIGNATURE OF ATTORNEY FOR PETITIONER)

**FOR MORE INFORMATION:** Read *Legal Steps for a Divorce or Legal Separation* (**form FL-107-INFO**) and visit "Families Change"
at *www.familieschange.ca.gov* — an online guide for parents and children going through divorce or separation.

**NOTICE:** You may redact (black out) social security numbers from any written material filed with the court in this case other than a
form used to collect child, spousal or partner support.

**NOTICE—CANCELLATION OF RIGHTS:** Dissolution or legal separation may automatically cancel the rights of a domestic partner
or spouse under the other domestic partner's or spouse's will, trust, retirement plan, power of attorney, pay-on-death bank account,
survivorship rights to any property owned in joint tenancy, and any other similar thing. It does not automatically cancel the right of a
domestic partner or spouse as beneficiary of the other partner's or spouse's life insurance policy. You should review these matters,
as well as any credit cards, other credit accounts, insurance polices, retirement plans, and credit reports, to determine whether they
should be changed or whether you should take any other actions. Some changes may require the agreement of your partner or
spouse or a court order.

**PETITION—MARRIAGE/DOMESTIC PARTNERSHIP**
(Family Law)

CEB® | Essential
ceb.com | Forms®

**ATTACHMENT 9(b) TO PETITION (FL-100)**

9.    Separate Property

    (b)(1)    All property acquired by Petitioner prior to the date of marriage and/or after the date of separation and all property acquired by Petitioner by gift, devise, bequest and/or inheritance shall be confirmed to Petitioner as her separate property.

    (b)(2)    Petitioner asserts any and all rights of reimbursement she may have pursuant to Family Code section 2640 and all other applicable laws.  All such reimbursements shall be confirmed to Petitioner as her separate property.

    (b)(3)    The true nature and extent of the parties' separate property and debts is unknown to Petitioner as this time.  Petitioner requests leave of court to amend this Petition when same is ascertained.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)* | Reserved for Clerk's File Stamp |
|---|---|
| Larry A. Ginsberg, Esq. (SBN 125556)<br>Harris Ginsberg LLP<br>6420 Wilshire Blvd., Sixteenth Floor<br>Los Angeles, CA 90048<br>TELEPHONE NO.: (310) 444-6333  FAX NO. *(Optional)*: (310) 444-6330<br>E-MAIL ADDRESS *(Optional)*: lginsberg@harris-ginsberg.com<br>ATTORNEY FOR *(Name)*: PETITIONER, ERIKA GIRARDI | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>NOV 0 3 2020<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By: Dolly Ward, Deputy |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES |
|---|
| COURTHOUSE ADDRESS: 111 NORTH HILL STREET<br>LOS ANGELES, CA 90012 |
| PETITIONER/PLAINTIFF: ERIKA GIRARDI |
| RESPONDENT/DEFENDANT: THOMAS VINCENT GIRARDI |

| FAMILY LAW CASE COVER SHEET AND<br>CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO DISTRICT | CASE NUMBER:<br>20STFL11050 |
|---|---|

### This form is required for all new Family Law cases filed in the Los Angeles Superior Court

This case cover sheet is required so that the court can assign your case to the correct district for filing and hearing. It satisfies the requirement for a certificate authorizing filing in the district, as set forth in Los Angeles Superior Court Rules 2.3 and 5.2. It must be completed and submitted to the court along with the original Complaint or Petition in all Family cases filed in any district of the Los Angeles Superior Court.

---

**I. Consent to Electronic Notification** *(optional)*

☐ I agree to accept information electronically from the court at the following email address and/or cell phone number

| Email Address | Cell Phone |
|---|---|
| | |

---

**II. Address of Petitioner**

| Street (including Apt. #)<br>1645 Vine Street, #706 | City<br>Los Angeles | State<br>CA | Zip Code<br>90028 |
|---|---|---|---|

---

**III. Address of** ☒ **Respondent /** ☐ **Joint Petitioner** *(Do not complete this section if filing a Minor's contract case)*

| Street (including Apt. #)<br>100 Los Altos | City<br>Pasadena | State<br>CA | Zip Code<br>91105 |
|---|---|---|---|

---

**IV. Case Information**

| Date of Marriage/Domestic Partnership<br>*(if applicable)*<br>1/7/2000 | Date of Separation<br>*(if applicable)*<br>TBD | Are there Minor Children Involved? ☐ Yes ☒ No<br>*If yes, indicate how many:* |
|---|---|---|

| Parties agree to mediate:<br>*(check one, if applicable)*<br>☐ Property and Support<br>☐ Property Only<br>☐ Support Only | Parties intend to proceed by:<br>*(check one, if applicable)* | ☐ Default<br>☐ Stipulated Judgment<br>☐ Use of private dispute resolution judge<br>☐ Collaborative Law process |
|---|---|---|

Do other parties need to be joined to the action to resolve the case?  ☒ Yes ☐ No

---

LASC FAM 020 Rev. 10/18
For Mandatory Use

CEB Essential Forms
ceb.com

**FAMILY LAW CASE COVER SHEET**
**AND CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO DISTRICT**

Page 1 of 3
LASC Rule 2.3 & 5.2

Exhibit 1, Page 11

## V. Interpreter Request

The Los Angeles Superior Court provides *free* interpreter services to participants in all family law cases. You may also request an interpreter online via the *Interpreter Request Portal* available at http://www.lacourt.org. Click the "Online Services" tab to access the *Interpreter Request Portal.*

Do you need an interpreter?    ☐ Yes  ☒ No        *If yes, indicate the language requested:*

## VI. District Assignment

**Step 1.** In the "Type of Action" column below, select *one* type of action which best describes the nature of this case. *For dissolution, nullity, and legal separation cases select one option each in sections A, B, and C.*

**Step 2.** Across from the "Type of Action" you selected, place an "X" in the column that corresponds to the reason for your choice of district. Note that you may only select from the boxes that are *not* shaded.

| TYPE OF ACTION (check one) | May be filed in Central District | District where one or more of the parties resides | Child resides within the county | District where the Petitioner resides | Any court location |
|---|---|---|---|---|---|
| **Dissolution, Nullity, and Legal Separation** *(required: select one option each in sections A, B, and C below)* | | | | | |
| **Section A** ☒ Dissolution ☐ Nullity ☐ Legal Separation *(check one)*   **Section B** ☐ With Minor Children ☒ Without Minor Children *(check one)*   **Section C** ☐ Domestic Partnership ☒ Marriage *(check one)* | ☒ | ☐ | | | |
| **Dept. of Child Support Services (DCSS)** | | | | | |
| ☐ DSU – Summons and Complaint [4814] | ☐ | | | | |
| ☐ DSU – Statement – Registration of California Support Order [4811] | ☐ | ☐ | ☐ | | |
| ☐ DSU – Petition – Uniform Support [4810] | ☐ | ☐ | ☐ | | |
| ☐ DSU – Statement – Registration Out-of-State Support Order [4812] | ☐ | ☐ | | | |
| **Establish Parental Relationship** | | | | | |
| ☐ Petition – Establish Parental Relationship [4040] | ☐ | ☐ | ☐ | | |
| ☐ Petition – Special Immigrant Juvenile Status [4068] | ☐ | ☐ | ☐ | | |
| ☐ Petition – Request – Set Aside Voluntary Dec. of Paternity [4054] | ☐ | ☐ | ☐ | | |
| **Joint Petition for Summary Dissolution** | | | | | |
| ☐ Marriage [4041]    ☐ Domestic Partnership [4042] | ☐ | ☐ | | | |
| **Surrogacy** *(if selected, also complete Section VIII, "Surrogacy Case Jurisdiction", on page 3 of this form)* | | | | | |
| ☐ Surrogacy – Stipulation and Order [4324] | ☐ | | | | |
| **Other Family Law** | | | | | |
| ☐ Petition – Custody and Support of Minor Child [4032] | ☐ | ☐ | ☐ | | |
| ☐ Registration of Out-of-State Custody Order [4052] | ☐ | ☐ | ☐ | | |
| ☐ Statement – Registration of California Support Order [4190] | ☐ | ☐ | ☐ | | |
| ☐ Petition – Grandparent/Third Party Visitation [4327] | ☐ | | | ☐ | |
| ☐ Request – Release Confidential License/Certificate [4407] | ☐ | ☐ | | ☐ | |
| ☐ Petition – Minor's Contract (FC § 6751) [4047] | ☐ | ☐ | | | |
| ☐ Petition – Habeas Corpus – Family Law [4011] | ☐ | ☐ | | | |
| ☐ Custody Order - Juvenile Final Judgment - Closing Order [174] | ☐ | ☐ | | | |
| ☐ Petition – Elder/Dependent Adult Abuse [226] | | | | | ☐ |
| ☐ Order – Register Out-of-State/Tribal Court Restraining Order [4325] | | | | | ☐ |
| ☐ Petition – Family Law Other [4329] | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Consent for Minor to Marry/Establish Domestic Partnership** | | | | | |
| ☐ Marriage [40311]    ☐ Domestic Partnership [4030] | ☐ | ☐ | ☐ | ☐ | |
| **Restraining Orders/Domestic Violence (DV) Prevention** *Note: Use Civil Case Cover Sheet [LA CIV109] for all Civil Restraining Orders* | | | | | |
| ☐ DV Prevention *with* Minor Children [4038] | | | | | ☐ |
| ☐ DV Prevention *without* Minor Children [4039] | | | | | ☐ |

LASC FAM 020 Rev. 10/18
For Mandatory Use

CEB | Essential Forms
ceb.com

FAMILY LAW CASE COVER SHEET
AND CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO DISTRICT

Page 2 of 3
LASC Rule 2.3 & 5.2

Exhibit 1, Page 12

## VII. Address of Minor Child(ren) (if known)

*Complete this section only if you have selected "Child Resides within the County" as an applicable reason for case assignment in Section VI above. Do not complete this section if this case falls under Family Code § 6751.*

| Street (including Apt. #) | City | State | Zip Code |
|---|---|---|---|
|  |  |  |  |

---

## VIII. Surrogacy Case Jurisdiction – *Required only for Surrogacy actions (Family Code § 7962)*

Please select the appropriate grounds for jurisdiction in Los Angeles County:

☐ Child is anticipated to be born in Los Angeles County

☐ Intended parent or intended parents reside in Los Angeles County

☐ Surrogate resides in Los Angeles County

☐ Assisted reproduction agreement for gestational carriers was executed in Los Angeles County

☐ Medical procedures pursuant to the agreement are to be performed in Los Angeles County

---

## IX. Certification / Declaration of Assignment

The undersigned hereby certifies and declares that the above-entitled matter is properly filed for assignment to the: *(check one option below)*

☒ Central          ☐ East          ☐ North
☐ North Valley     ☐ Northeast     ☐ Northwest
☐ South            ☐ South Central ☐ Southeast
☐ Southwest        ☐ West *(Domestic Violence Only)*

District of the Los Angeles Superior Court under Code of Civil Procedure § 392 et seq., 2300 et seq. of the Family Code, and Local Rules 2.3 and 5.2 of this court for reason checked above. I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 2, 2020 .

_____
(SIGNATURE OF ATTORNEY/PARTY WITHOUT ATTORNEY)

LASC FAM 020 Rev. 10/18
For Mandatory Use

CEB | Essential
ceb.com | Forms

**FAMILY LAW CASE COVER SHEET**
**AND CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO DISTRICT**

Page 3 of 3
LASC Rule 2.3 & 5.2

Exhibit 1, Page 13

FL-110

# SUMMONS (Family Law)

## CITACIÓN (Derecho familiar)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO RESPONDENT** *(Name):*
*AVISO AL DEMANDADO (Nombre):*
THOMAS VINCENT GIRARDI

**You have been sued. Read the information below and on the next page.**
*Lo han demandado. Lea la información a continuación y en la página siguiente.*

**Petitioner's name is:**
*Nombre del demandante:* ERIKA GIRARDI

CASE NUMBER *(NÚMERO DE CASO):*
20STFL11050

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

NOV 0 3 2020

Sherri R. Carter, Executive Officer/Cler'
By: Dotty Ward, Deputy

You have **30 calendar days** after this *Summons* and *Petition* are served on you to file a *Response* (form FL-120) at the court and have a copy served on the petitioner. A letter, phone call, or court appearance will not protect you.

If you do not file your *Response* on time, the court may make orders affecting your marriage or domestic partnership, your property, and custody of your children. You may be ordered to pay support and attorney fees and costs.

For legal advice, contact a lawyer immediately. Get help finding a lawyer at the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), at the California Legal Services website (www.lawhelpca.org), or by contacting your local county bar association.

*Tiene 30 días de calendario después de haber recibido la entrega legal de esta Citación y Petición para presentar una Respuesta (formulario FL-120 ) ante la corte y efectuar la entrega legal de una copia al demandante. Una carta o llamada telefónica o una audiencia de la corte no basta para protegerlo.*

*Si no presenta su Respuesta a tiempo, la corte puede dar órdenes que afecten su matrimonio o pareja de hecho, sus bienes y la custodia de sus hijos. La corte también le puede ordenar que pague manutención, y honorarios y costos legales.*

*Para asesoramiento legal, póngase en contacto de inmediato con un abogado. Puede obtener información para encontrar un abogado en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en el sitio web de los Servicios Legales de California (www.lawhelpca.org) o poniéndose en contacto con el colegio de abogados de su condado.*

**NOTICE—RESTRAINING ORDERS ARE ON PAGE 2:** These restraining orders are effective against both spouses or domestic partners until the petition is dismissed, a judgment is entered, or the court makes further orders. They are enforceable anywhere in California by any law enforcement officer who has received or seen a copy of them.

*AVISO—LAS ÓRDENES DE RESTRICCIÓN SE ENCUENTRAN EN LA PÁGINA 2: Las órdenes de restricción están en vigencia en cuanto a ambos cónyuges o miembros de la pareja de hecho hasta que se despida la petición, se emita un fallo o la corte dé otras órdenes. Cualquier agencia del orden público que haya recibido o visto una copia de estas órdenes puede hacerlas acatar en cualquier lugar de California.*

**FEE WAIVER:** If you cannot pay the filing fee, ask the clerk for a fee waiver form. The court may order you to pay back all or part of the fees and costs that the court waived for you or the other party.

*EXENCIÓN DE CUOTAS: Si no puede pagar la cuota de presentación, pida al secretario un formulario de exención de cuotas. La corte puede ordenar que usted pague, ya sea en parte o por completo, las cuotas y costos de la corte previamente exentos de usted o de la otra parte.*

[SEAL]

1. The name and address of the court are *(El nombre y dirección de la corte son):*
   SUPERIOR COURT OF CALIFORNIA
   111 NORTH HILL STREET
   LOS ANGELES, CA 90012

2. The name, address, and telephone number of the petitioner's attorney, or the petitioner without an attorney, are: *(El nombre, dirección y número de teléfono del abogado del demandante, o del demandante si no tiene abogado, son):*
   LARRY A. GINSBERG, ESQ. (SBN 125556)/ HARRIS GINSBERG, LLP
   6420 Wilshire Blvd., Sixteenth Floor
   Los Angeles, CA 90048
   (310) 444-6333

Date *(Fecha):* NOV 0 3 2020   SHERRI R. CARTER, Clerk, by *(Secretario, por)* _____ , Deputy *(Asistente)*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
FL-110 [Rev. January 1, 2015]

**SUMMONS**
**(Family Law)**

Family Code, §§ 232, 233, 2024.7, 2040, 7700;
Code of Civil Procedure, §§ 412.20, 416.60–416.90
www.courts.ca.gov

CEB Essential
ceb.com Forms

Exhibit 1, Page 14

## STANDARD FAMILY LAW RESTRAINING ORDERS

**Starting immediately, you and your spouse or domestic partner are restrained from:**

1. removing the minor children of the parties from the state or applying for a new or replacement passport for those minor children without the prior written consent of the other party or an order of the court;

2. cashing, borrowing against, canceling, transferring, disposing of, or changing the beneficiaries of any insurance or other coverage, including life, health, automobile, and disability, held for the benefit of the parties and their minor children;

3. Transferring, encumbering, hypothecating, concealing, or in any way disposing of any property, real or personal, whether community, quasi-community, or separate, without the written consent of the other party or an order of the court, except in the usual course of business or for the necessities of life; and

4. creating a nonprobate transfer or modifying a nonprobate transfer in a manner that affects the disposition of property subject to the transfer, without the written consent of the other party or an order of the court. Before revocation of a nonprobate transfer can take effect or a right of survivorship to property can be eliminated, notice of the change must be filed and served on the other party.

You must notify each other of any proposed extraordinary expenditures at least five business days prior to incurring these extraordinary expenditures and account to the court for all extraordinary expenditures made after these restraining orders are effective. However, you may use community property, quasi-community property, or your own separate property to pay an attorney to help you or to pay court costs.

## ÓRDENES DE RESTRICCIÓN ESTÁNDAR DE DERECHO FAMILIAR

**En forma inmediata, usted y su cónyuge o pareja de hecho tienen prohibido:**

1. llevarse del estado de California a los hijos menores de las partes, o solicitar un pasaporte nuevo o de repuesto para los hijos menores, sin el consentimiento previo por escrito de la otra parte o sin una orden de la corte;

2. cobrar, pedir prestado, cancelar, transferir, deshacerse o cambiar el nombre de los beneficiarios de cualquier seguro u otro tipo de cobertura, como de vida, salud, vehículo y discapacidad, que tenga como beneficiario(s) a las partes y su(s) hijo(s) menor(es);

3. transferir, gravar, hipotecar, ocultar o deshacerse de cualquier manera de cualquier propiedad, inmueble o personal, ya sea comunitaria, cuasicomunitaria o separada, sin el consentimiento escrito de la otra parte o una orden de la corte, excepto en el curso habitual de actividades personales y comerciales o para satisfacer las necesidades de la vida; y

4. crear o modificar una transferencia no testamentaria de manera que afecte la asignación de una propiedad sujeta a transferencia, sin el consentimiento por escrito de la otra parte o una orden de la corte. Antes de que se pueda eliminar la revocación de una transferencia no testamentaria, se debe presentar ante la corte un aviso del cambio y hacer una entrega legal de dicho aviso a la otra parte.

Cada parte tiene que notificar a la otra sobre cualquier gasto extraordinario propuesto por lo menos cinco días hábiles antes de realizarlo, y rendir cuenta a la corte de todos los gastos extraordinarios realizados después de que estas órdenes de restricción hayan entrado en vigencia. No obstante, puede usar propiedad comunitaria, cuasicomunitaria o suya separada para pagar a un abogado que le ayude o para pagar los costos de la corte.

**NOTICE—ACCESS TO AFFORDABLE HEALTH INSURANCE:** Do you or someone in your household need affordable health insurance? If so, you should apply for Covered California. Covered California can help reduce the cost you pay towards high quality affordable health care. For more information, visit *www.coveredca.com*. Or call Covered California at 1-800-300-1506.

*AVISO—ACCESO A SEGURO DE SALUD MÁS ECONÓMICO:* ¿Necesita seguro de salud a un costo asequible, ya sea para usted o alguien en su hogar? Si es así, puede presentar una solicitud con Covered California. Covered California lo puede ayudar a reducir el costo que paga por seguro de salud asequible y de alta calidad. Para obtener más información, visite *www.coveredca.com*. O llame a Covered California al 1-800-300-0213.

**WARNING—IMPORTANT INFORMATION**

California law provides that, for purposes of division of property upon dissolution of a marriage or domestic partnership or upon legal separation, property acquired by the parties during marriage or domestic partnership in joint form is presumed to be community property. If either party to this action should die before the jointly held community property is divided, the language in the deed that characterizes how title is held (i.e., joint tenancy, tenants in common, or community property) will be controlling, and not the community property presumption. You should consult your attorney if you want the community property presumption to be written into the recorded title to the property.

*ADVERTENCIA—INFORMACIÓN IMPORTANTE*

De acuerdo a la ley de California, las propiedades adquiridas por las partes durante su matrimonio o pareja de hecho en forma conjunta se consideran propiedad comunitaria para fines de la división de bienes que ocurre cuando se produce una disolución o separación legal del matrimonio o pareja de hecho. Si cualquiera de las partes de este caso llega a fallecer antes de que se divida la propiedad comunitaria de tenencia conjunta, el destino de la misma quedará determinado por las cláusulas de la escritura correspondiente que describen su tenencia (por ej., tenencia conjunta, tenencia en común o propiedad comunitaria) y no por la presunción de propiedad comunitaria. Si quiere que la presunción comunitaria quede registrada en la escritura de la propiedad, debería consultar con un abogado.

FL-110 [Rev. January 1, 2015]

CEB | Essential
ceb.com | Forms

SUMMONS
(Family Law)

Page 2 of 2

Exhibit 1, Page 15

Stanley Mosk Courthouse, Family Law Division, Chambers of Lawrence P. Riff
111 North Hill St., Los Angeles, CA 90012

This letter is for people with family law cases in my court. This may be a difficult and confusing time for you. You may disagree with the other person in your case about support, how to divide property, or where your children will live. Our court offers resources and information that can help make this time less stressful for you. Here are some:



**LACourt.org** – Our website has information and resources that can help you

- Know what to expect at court and your hearing.
- Learn about options that are less stressful, quicker, and less expensive than a court hearing, and
- Get language help if you need a **free** interpreter or a disability accommodation for your hearing.

 If you need a free interpreter or an accommodation because of a disability, please send us your request at least **10 work days** before your hearing. If we cannot find an interpreter for your hearing date, we will reschedule your hearing. Fill out your request at: www.lacourt.org/irud/ui/index.aspx?ct=FL.

**Mediation for faster, less stressful, less expensive solutions**

- If you have child custody issues and file for a Request for Order, mediation is mandatory. In Family Court Services, the mediator is a mental health professional experienced in helping parents focus on solutions and develop a parenting plan.
- If you come to court, the judge may refer you to lawyer assisted mediation.
- If you prefer to resolve your issues outside the court system, you may choose to go to a private mediator. These mediators can be lawyers or mental health professionals who will assist you with alternative solutions that can be faster, easier, and less expensive than going to court. You have the right to a court hearing and to have your case decided by a judge. But many parties, especially if they have children, find it much less stressful to solve all or part/s of their case outside of court. A mediator can explain and explore your options.

 **For other questions**

Please visit our website (LACourt.org). And save this letter. You may need to use it as a guide later.



**Online Dispute Resolution (ODR)**

- The ODR program is available to parents to assist in negotiating custody and visitation arrangements and creating a 'parenting plan agreement'.
- Go to www.lascfamlaw.odr.com to get started.
- If you are able to resolve all child custody and visitation issues, you will not be required to attend an in-person mediation appointment at the courthouse.
- The program is free at this time.

 **Should you get a lawyer?**

There are several ways to get legal advice and legal information, including:

- Hire a family law attorney for all or key parts of your case. Many lawyers offer "unbundled" or limited scope representation. This means they will help you with the most difficult parts of your case.
- Go to workshops at the court's self-help center to learn how to handle your case yourself. Learn more: www.lacourt.org/selfhelp/selfhelp.aspx
- Get help from a legal services agency or other non-profit organization. www.lacourt.org/selfhelp/divorceorseparation/SH_DS001.aspx

 **Are you afraid of the other party in your case?**

You may bring a support person to court, but that person may not speak at the hearing. You can also ask the court to make orders to protect you.

If you do not have an attorney and need help to complete your forms, you may look for a court location where these services are offered here: www.lacourt.org/selfhelp/abuseandharrassment/SH_AH001.aspx

Sincerely,

*[signature]*

Lawrence P. Riff, Supervising Judge, Family Law Division

Attention: This document contains important information. Please check the Family Law page of the Los Angeles Superior Court website for translation in (English, Korean, Vietnamese, Spanish, Armenian, Chinese) language.

*Ուշադրություն.* Այս փաստաթուղթը կարևոր տեղեկատվություն է պարունակում: Արևմտյան կողմնորոշմամբ թարգմանությունը համար խնդրում ենք ստուգել Լոս Անջելեսի Առաջին ատյանի դատարանի կայքի Ընտանեկան իրավունքի էջը:

注意：本文件包含重要信息。请查看洛杉矶高等法院网站的家庭法页，获取简体中文译本。

주의: 이 문서에는 중요한 정보가 들어 있습니다. 로스앤젤레스 상급법원 웹사이트의 가족법 페이지에서 한국어 번역을 확인해 주십시오.

Lưu ý: Văn kiện này có chi tiết quan trọng. Xin xem bản dịch tiếng Việt ở trang Luật Gia Đình của website Tòa Thượng Thẩm Los Angeles.

Atención: Este documento contiene información importante. Consulte la página de derecho familiar del sitio web de la corte superior de Los Ángeles para traducirlo al español.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

## NOTICE OF CASE ASSIGNMENT

### FAMILY LAW DIVISION

**Case Number:**   20STFL11050

**Case Title:**   *Girardi, Erika vs Girardi, Thomas Vincent*

**To Petitioner and/or Petitioner's Attorney of Record:** You are notified that this case is assigned for all purposes to the judicial officer named below:

| | ASSIGNED JUDGE/COMMISSIONER | DEPT | ROOM | | ASSIGNED JUDGE/COMMISSIONER | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ☐ | Judge Holly A. Thomas | 2B | 247 | ☐ | Judge Lynn H. Scaduto | 65 | 608 |
| ☐ | Judge Steven A. Ellis | 2C | 243 | ☐ | Judge Gregory J. Weingart | 81 | 832 |
| ☐ | Commissioner Armando Duron | 6 | 543 | ☐ | Judge Joseph Lipner | 83 | 829 |
| ☐ | Judge Alexander C.D. Giza | 7 | 319 | ☐ | Judge Audra Mori | 84 | 835 |
| ☐ | Judge Michael R. Powell | 22 | 519 | ☐ | Judge Gary D. Roberts | 87 | 830 |
| ☐ | Judge Timothy M. Weiner | 27 | 634 | ☒ | Judge Alison Mackenzie | 88 | 831 |
| ☐ | Judge Anne Richardson | 43 | 419 | ☐ | | | |
| ☐ | Commissioner Doreen Boxer | 59 | 547 | ☐ | | | |
| ☐ | Judge Steven Cochran | 63 | 604 | ☐ | | | |

**PETITIONER AND/OR PETITIONER'S ATTORNEY**: You must serve a copy of this Notice on the Respondent with the Summons and Petition.

**ALL PARTIES MUST** write the name of the assigned judicial officer and department number on the first page, beneath the case number, on **ALL** documents filed with the clerk, to assure proper departmental assignment, calendaring of hearings and distribution of documents.

**COMMISSIONERS:** Cases may be assigned to a sitting or retired Superior Court Commissioner, or a Temporary Judge. A Commissioner/Temporary Judge may preside as the judge over a case only if the parties agree.

**INTERPRETER SERVICES:** The Los Angeles Superior Court offers interpreter services free of charge. Spanish language interpreters for Family Law are available at each court location where Family Law matters are heard. Therefore, it is not necessary to request a Spanish language interpreter in advance. If you need an interpreter in another language for a courtroom proceeding, you should request one prior to your court date. While the court will make every effort to locate an interpreter for the date and time of your hearing, it cannot guarantee that one will be immediately available. You may access the interpreter request portal by visiting the Court's website at www.lacourt.org and clicking on the Language Access Services icon.

Date:   11/3/2020                    SHERRI R. CARTER, Executive Officer/Clerk of Court

By:    Dotty Ward                    , Deputy

NOTICE OF CASE ASSIGNMENT - FAMILY LAW DIVISION

LASC FAM 094 Rev. 8/19
For Mandatory Use

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles CA 90012 | *For Court Use Only* |
| **Case Name:**<br><br>Petitioner: Girardi, Erika<br><br>Respondent: Girardi, Thomas Vincent | |
| | Case Number: 20STFL11050 |

## Court Order to Share Financial Information for Divorce, Legal Separation, or Nullity Cases

The court orders that both spouses in this case must:

- **Comply with the duty to share financial information.** The duty to share financial information includes exchanging financial statements, valuations, important facts, and access to records about all

  ✓    Current income and expenses, and

  ✓    Community and separate property assets and debts.

- **You have a continuing duty to share material financial information,** such as changes in income, until there is a final agreement about all financial issues in your case.

| | |
|---|---|
| **Duty to Exchange Financial Information** | Both parties have a duty to disclose all material information. If you have greater access to certain information than the other spouse, you must provide such information to the other spouse. |
| **Preparing Disclosure Documents (PDD)** | Follow the instructions on Form FL-140 for *Preliminary Declaration of Disclosure* (PDD). File Form FL-141 *(Proof of Service)* within 5 days of serving the PDD. |
| **Deadlines For Sharing Financial Information** | The Petitioner has **60 days** after filing the **Petition** to complete the PDD and have the other spouse served. The Respondent has **60 days** after filing the **Response** to complete the PDD and have the other spouse served.<br>*Exception:* You and your spouse can extend the deadline if you agree in writing or get permission from the court. |
| **What information must be shared** | You must provide the other spouse all important information regarding the existence, characterization, and valuation of all community and separate property assets and debts. You must provide access to all information, records and books that pertain to the value and character of assets and debts in which the community has or may have an interest. You must disclose to the other spouse all assets and debts in which the party may have an interest or obligation and disclose all current income and expenses. You must immediately update such |

**Court Order to Share Financial Information (Family Law Case)**

LASC FAM 111 Rev. 01/19

For Mandatory Use                                                                                    CCP §§ 128.5, 177.5, Family Code § 271. Calif. Rule of Court 5.14

Ordered by Presiding Judge under Calif. Rule of Court 10.603(d) until a local rule is adopted.

Page 1 of 3

Exhibit 1, Page 18

information if there are any material changes. The disclosure duty regarding assets and debts is a continuing duty until the parties or the court divide the asset or the debt. The disclosure duty regarding income continues until a valid enforceable and binding resolution of child or spousal support, and professional fees occurs.

**If you are asking for support or attorney fees:**

Fill out all blanks on form FL-150 (Income and Expense Declaration) with exact information. You must:

✓ Not use "Unknown", "minimal" or "TBD" to answer any question.

✓ Attach pay stubs for the last 2 months.

✓ Take copies of your last two year's federal and state income tax returns to court. Include all schedules.

**If you are asking for child custody or visitation orders,** and do not have a written parenting plan, you must:

✓ Do the 60-minute "Our Children First" program at www.lacourt.org.

✓ Go to all Family Court Services appointment(s). You must get there on time, or they will tell the court you disobeyed a court order.

✓ If anyone (besides a grandparent) says they have the right to custody or visitation to your child, you must add their name to your court papers.

## WARNING:

FAILURE TO FOLLOW THIS ORDER MAY RESULT IN THE COURT IMPOSING SANCTIONS AGAINST YOU UNDER CODE OF CIVIL PROCEDURE §§ 128.5, 177.5, FAMILY CODE § 271 OR CALIFORNIA RULE OF COURT 5.14.

IT IS SO ORDERED.

Date: 11/3/2020

_____

LAWRENCE RIFF, Supervising Family Law Judge

**ADDITIONAL INFORMATION**

Court Order to Share Financial Information (Family Law Case)

LASC FAM 111 Rev. 01/19

For Mandatory Use

CCP §§ 128.5, 177.5, Family Code § 271, Calif. Rule of Court 5.14

Ordered by Presiding Judge under Calif. Rule of Court 10.603(d) until a local rule is adopted.

Exhibit 1, Page 19

**?**
.  **For questions, help, or forms....**

- ✓  Visit your local court's self-help center.

- ✓  Talk to a lawyer or a qualified document preparer.

- ✓  Get forms and self-help information at www.lacourt.org.

**Court Order to Share Financial Information (Family Law Case)**

LASC FAM 111 Rev. 01/19

For Mandatory Use                                              CCP §§ 128.5, 177.5, Family Code § 271, Calif. Rule of Court 5.14

Ordered by Presiding Judge under Calif. Rule of Court 10.603(d) until a local rule is adopted.

# EXHIBIT  2

**FL-120**

| | |
|---|---|
| PARTY WITHOUT ATTORNEY OR ATTORNEY        STATE BAR NUMBER: 43189<br>NAME: Michael L. Abrams, Esq.<br>FIRM NAME: ENENSTEIN PHAM & GLASS<br>STREET ADDRESS: 12121 Wilshire Blvd., Suite 600<br>CITY: Los Angeles          STATE: CA    ZIP CODE: 90025<br>TELEPHONE NO.: (310) 899-2070      FAX NO.:<br>E-MAIL ADDRESS: mabrams@enensteinlaw.com<br>ATTORNEY FOR (name): THOMAS V. GIRARDI | *FOR COURT USE ONLY* |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
    STREET ADDRESS: 111 North Hill Street
    MAILING ADDRESS: 111 North Hill Street
    CITY AND ZIP CODE: Los Angeles, CA 90012
    BRANCH NAME: Central Division - Stanley Mosk Courthouse

PETITIONER: ERIKA GIRARDI
RESPONDENT: THOMAS V. GIRARDI

| | | |
|---|---|---|
| **RESPONSE** [✔] **AND REQUEST FOR**    [ ] **AMENDED** | | **CASE NUMBER:**<br>20STFL11050 |
| [✔] **Dissolution (Divorce)** of:    [✔] Marriage    [ ] Domestic Partnership | | |
| [ ] **Legal Separation** of:          [ ] Marriage    [ ] Domestic Partnership | | |
| [ ] **Nullity** of:                 [ ] Marriage    [ ] Domestic Partnership | | |

1. **LEGAL RELATIONSHIP** *(check all that apply):*
   a. [✔] We are married.
   b. [ ] We are domestic partners and our domestic partnership was established in California.
   c. [ ] We are domestic partners and our domestic partnership was NOT established in California.

2. **RESIDENCE REQUIREMENTS** *(check all that apply):*
   a. [✔] Petitioner [✔] Respondent has been a resident of this state for at least six months and of this county for at least three months immediately preceding the filing of this *Petition. (For a divorce, unless you are in the legal relationship described in 1b., at least one of you must comply with this requirement.)*
   b. [ ] Our domestic partnership was established in California. Neither of us has to be a resident or have a domicile in California to dissolve our partnership here.
   c. [ ] We are the same sex, were married in California, but currently live in a jurisdiction that does not recognize, and will not dissolve, our marriage. This *Petition* is filed in the county where we married.
   Petitioner lives in *(specify):*                   Respondent lives in *(specify):*

3. **STATISTICAL FACTS**
   a. [✔] (1) Date of marriage *(specify):* 01/07/2000    (2) Date of separation *(specify):* TBD
      (3) Time from date of marriage to date of separation *(specify):*      Years      Months
   b. [ ] (1) Registration date of domestic partnership with the California Secretary of State or other state equivalent *(specify below):*
      (2) Date of separation *(specify):*
      (3) Time from date of registration of domestic partnership to date of separation *(specify):*      Years      Months

4. **MINOR CHILDREN**
   a. [✔] There are no minor children.
   b. [ ] The minor children are:

   | Child's name | Birthdate | Age |
   |---|---|---|
   | | | |

   (1) [ ] continued on Attachment 4b.    (2) [ ] a child who is not yet born.
   c. If any children were born before the marriage or domestic partnership, the court has the authority to determine those children to be children of the marriage or domestic partnership.
   d. If there are minor children of Petitioner and Respondent, a completed *Declaration Under Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA)* (form FL-105 ) must be attached.
   e. [ ] Petitioner and Respondent signed a voluntary declaration of parentage or paternity. *(Attach a copy if available.)*

Form Adopted for Mandatory Use
Judicial Council of California
FL-120 [Rev. January 1, 2020]
**RESPONSE—MARRIAGE/DOMESTIC PARTNERSHIP**
**(Family Law)**
Family Code, § 2020
www.courts.ca.gov

**FL-120**

| | |
|---|---|
| PETITIONER: ERIKA GIRARDI<br>RESPONDENT: THOMAS V. GIRARDI | CASE NUMBER:<br>20STFL11050 |

**Respondent requests that the court make the following orders:**

5. **LEGAL GROUNDS** (Family Code sections 2200–2210; 2310–2312)

   a. ☐   **Respondent contends** that the parties never legally married or registered a domestic partnership.

   b. ☐   **Respondent denies** the grounds set forth in item 5 of the petition.

   c. ☑   **Respondent requests**

      (1) ☑ Divorce    ☐ Legal separation   of the marriage or domestic partnership based on

         (a) ☑ irreconcilable differences.    (b) ☐ permanent legal incapacity to make decisions.

      (2) ☐ Nullity of void marriage or domestic partnership based on

         (a) ☐ incest.    (b) ☐ bigamy.

      (3) ☐ Nullity of voidable marriage or domestic partnership based on

         (a) ☐ respondent's age at time of registration of    (d) ☐ fraud.<br>              domestic partnership or marriage.

         (b) ☐ prior existing marriage or domestic partnership.    (e) ☐ force.

         (c) ☐ unsound mind.    (f) ☐ physical incapacity.

6. **CHILD CUSTODY AND VISITATION (PARENTING TIME)**

| | Petitioner | Respondent | Joint | Other |
|---|---|---|---|---|
| a. Legal custody of children to ............................................... | ☐ | ☐ | ☐ | ☐ |
| b. Physical custody of children to ........................................... | ☐ | ☐ | ☐ | ☐ |
| c. Child visitation (parenting time) be granted to ........................... | ☐ | ☐ | ☐ | ☐ |

   As requested in   ☐ form FL-311   ☐ form FL-312   ☐ form FL-341(C)

               ☐ form FL-341(D)   ☐ form FL-341(E)   ☐ Attachment 6c(1)

7. **CHILD SUPPORT**

   a. If there are minor children born to or adopted by Petitioner and Respondent before or during this marriage or domestic partnership, the court will make orders for the support of the children upon request and submission of financial forms by the requesting party.

   b. An earnings assignment may be issued without further notice.

   c. Any party required to pay support must pay interest on overdue amounts at the "legal" rate, which is currently 10 percent.

   d. ☐ Other (specify):

8. **SPOUSAL OR DOMESTIC PARTNER SUPPORT**

   a. ☐ Spousal or domestic partner support payable to   ☐ Petitioner   ☐ Respondent

   b. ☑ Terminate (end) the court's ability to award support to   ☑ Petitioner   ☐ Respondent

   c. ☐ Reserve for future determination the issue of support payable to   ☐ Petitioner   ☐ Respondent

   d. ☐ Other (specify):

9. **SEPARATE PROPERTY**

   a. ☐ There are no such assets or debts that I know of to be confirmed by the court.

   b. ☑ Confirm as separate property the assets and debts in  ☐ Property Declaration (form FL-160).   ☐ Attachment 9b.

        ☑ the following list.               Item                       Confirm to

        Respondent has not had sufficient opportunity to identify and list such property and         Respondent

        reserves the right to amend this Response.

**RESPONSE—MARRIAGE/DOMESTIC PARTNERSHIP**
**(Family Law)**

Exhibit 2, Page 23

FL-120

| PETITIONER: ERIKA GIRARDI<br>RESPONDENT: THOMAS V. GIRARDI | CASE NUMBER:<br>20STFL11050 |
|---|---|

**10. COMMUNITY AND QUASI-COMMUNITY PROPERTY**

   a. ☐ There are no such assets or debts that I know of to be divided by the court.

   b. ☑ Determine rights to community and quasi-community assets and debts. All such assets and debts are listed

       ☐ *Property Declaration* (form FL-160). ☐ Attachment 10b.

       ☑ as follows *(specify):*
       Respondent has not had sufficient opportunity to identify and list such property and list such community
       and quasi-community assets and debts and reserves the right to amend this Response.

**11. OTHER REQUESTS**

   a. ☑ Attorney fees and costs payable by ☑ Petitioner ☐ Respondent

   b ☐ Respondent's former name be restored to *(specify):*

   c. ☐ Other *(specify):*

       ☐ Continued on Attachment 11c..

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 25, 2020

THOMAS V. GIRARDI
(TYPE OR PRINT NAME)                     ▶            (SIGNATURE OF RESPONDENT)

Date: November 25, 2020

MICHAEL L. ABRAMS
(TYPE OR PRINT NAME)                     ▶      (SIGNATURE OF ATTORNEY FOR RESPONDENT)

**FOR MORE INFORMATION:** Read *Legal Steps for a Divorce or Legal Separation* (**form FL-107-INFO**) and visit "Families Change" at www.familieschange.ca.gov — an online guide for parents and children going through divorce or separation.

**NOTICE:** You may redact (black out) social security numbers from any written material filed with the court in this case other than a form used to collect child, spousal or partner support.

**NOTICE—CANCELLATION OF RIGHTS:** Dissolution or legal separation may automatically cancel the rights of a domestic partner or spouse under the other domestic partner's or spouse's will, trust, retirement plan, power of attorney, pay-on-death bank account, survivorship rights to any property owned in joint tenancy, and any other similar thing. It does not automatically cancel the right of a domestic partner or spouse as beneficiary of the other partner's or spouse's life insurance policy. You should review these matters, as well as any credit cards, other credit accounts, insurance polices, retirement plans, and credit reports, to determine whether they should be changed or whether you should take any other actions. Some changes may require the agreement of your partner or spouse or a court order.

**The original response must be filed in the court with proof of service of a copy on Petitioner.**

          **RESPONSE—MARRIAGE/DOMESTIC PARTNERSHIP**
                            **(Family Law)**                    

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

       I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 12121 Wilshire Boulevard, Suite 600, Los Angeles, CA 90401; (310) 899-2070.

       On November 25, 2020, I served the foregoing document(s) described as: **RESPONSE AND REQUEST FOR DISSOLUTION (DIVORCE) OF MARRIAGE** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes as stated below:

Larry A. Ginsberg, Esq.
Harris Ginsberg LLP
6420 Wilshire Blvd., Sixteenth Floor
Los Angeles, CA 90048
Tel: (310) 444-6333
Fax: (310)444-6330
*E-Mail: lginsberg@harris-ginsberg.com*

*Attorney for Petitioner*

[ X ]    **BY UNITED STATES MAIL:** I placed true copies of the document in sealed envelopes addressed to the individual(s) included above, with prepaid postage, in the U.S. mail in Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after the date of deposit for mailing in affidavit.

[ ]    **BY OVERNIGHT DELIVERY:** I placed true copies of the document in a sealed envelope provided by an overnight delivery carrier to the person (s) at the address (es) listed above. I placed the envelope for collection and overnight delivery at a regularly utilized drop box of the overnight delivery carrier.

[ X ]    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 25, 2020, at Los Angeles, California.

Yesenia Morales

---

PROOF OF SERVICE

# EXHIBIT  3

# CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:**  20STFL11050
GIRARDI, ERIKA VS GIRARDI, THOMAS VINCENT

**Filing Courthouse:**  Stanley Mosk Courthouse

**Filing Date:** 11/03/2020
**Case Type:**  Dissolution w/o Minor Children (General Jurisdiction)
**Status:**  Open 11/03/2020

Click here to access document images for this case

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

# FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

None

# PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

ABRAMS MICHAEL LEE - Attorney for Respondent for Respondent

GINSBERG LARRY ALLEN - Attorney for Petitioner for Petitioner

GIRARDI ERIKA - Petitioner

GIRARDI THOMAS VINCENT - Respondent

# DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**
**01/13/2021** Notice (OF PENDING CHAPTER 7 CASE )
Filed by Respondent

**12/01/2020** Order - Financial Information (FAM 111)

**11/25/2020** Response - Dissolution, Nullity, Legal Separation
Filed by Respondent

**11/04/2020** Proof of Service of Summons (by Personal Service )
Filed by Petitioner

**11/03/2020** Family Law Case Cover Sheet - FAM-020
Filed by Petitioner

**11/03/2020** Summons
Filed by Petitioner

**11/03/2020** Order - Financial Information (FAM 111)

Exhibit 3, Page 27

**11/03/2020** Notice - Case Assignment

**11/03/2020** Petition - Dissolution w/o Minor Child
Filed by Petitioner

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Proceedings Held (Proceeding dates listed in descending order)

None

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Register of Actions (Listed in descending order)

**01/13/2021** Notice (OF PENDING CHAPTER 7 CASE )
Filed by Respondent

**12/01/2020** Order - Financial Information (FAM 111)

**11/25/2020** Response - Dissolution, Nullity, Legal Separation
Filed by Respondent

**11/04/2020** Proof of Service of Summons (by Personal Service )
Filed by Petitioner

**11/03/2020** Order - Financial Information (FAM 111)

**11/03/2020** Notice - Case Assignment

**11/03/2020** Petition - Dissolution w/o Minor Child
Filed by Petitioner

**11/03/2020** Family Law Case Cover Sheet - FAM-020
Filed by Petitioner

**11/03/2020** Summons
Filed by Petitioner

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Dinsmore & Shohl LLP
550 S. Hope Street, Suite 1765
Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): ***LIMITED OPPOSITION OF ERIKA GIRARDI TO CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH RUIGOMEZ CREDITORS; REQUEST FOR JUDICIAL NOTICE*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 23, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒　　　　　　　　　　　　　　　Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **March 23, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐　　　　　　　　　　　　　　　Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 23, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒　　　　　　　　　　　　　　　Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/23/21 | Katrice Ortiz | /s/ Katrice Ortiz |
|---------|---------------|-------------------|
| *Date* | *Printed Name* | *Signature* |

2

20889882.1

**In re THOMAS VINCENT GIRARDI**
Case No. 2:20-bk-21020-BR
U.S.B.C. Central District of California
Los Angeles Division

1.      **SERVED VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Rafey Balabanian on behalf of Creditor Edelson PC
docket@edelson.com

Ori S Blumenfeld on behalf of Interested Party Courtesy NEF
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaith
Law.com

Sandor Theodore Boxer on behalf of Interested Party Courtesy NEF
tedb@tedboxer.com

Richard D Buckley on behalf of Interested Party L.A. Arena Funding, LLC
richard.buckley@arentfox.com

Marie E Christiansen on behalf of Creditor KCC Class Action Services, LLC
mchristiansen@vedderprice.com, ecfladocket@vedderprice.com;marie-christiansen-
4166@ecf.pacerpro.com

Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, Inc.
jcrastz@hrhlaw.com

Ashleigh A Danker on behalf of Interested Party Courtesy NEF
Ashleigh.danker@dinsmore.com,
SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com

Clifford S Davidson on behalf of Creditor California Attorney Lending II, Inc.
csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com

Lei Lei Wang Ekvall on behalf of Interested Party Courtesy NEF
lekvall@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Richard W Esterkin on behalf of Interested Party Courtesy NEF
richard.esterkin@morganlewis.com

Timothy W Evanston on behalf of Interested Party Courtesy NEF
tevanston@swelawfirm.com,
gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Jeremy Faith on behalf of Interested Party Courtesy NEF
Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithla
w.com

James J Finsten on behalf of Interested Party Courtesy NEF
 jimfinsten@hotmail.com

James J Finsten on behalf of Interested Party Courtesy NEF
jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com

Alan W Forsley on behalf of Interested Party Courtesy NEF
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com

Eric D Goldberg on behalf of Creditor Stillwell Madison, LLC
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Andrew Goodman on behalf of Attorney William F Savino
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Erika Saldana, Creditor Jill O'Callahan,
Creditor John Abassian, Creditor Kimberly Archie, Creditor Robert M. Keese, Creditor
Virginia Antonio
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;prisc
illa@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@
rhmfirm.com;sloan@rhmfirm.com

Marshall J Hogan on behalf of Creditor California Attorney Lending II, Inc.
mhogan@swlaw.com, knestuk@swlaw.com

Razmig Izakelian on behalf of Creditor Frantz Law Group, APLC
razmigizakelian@quinnemanuel.com

Lewis R Landau on behalf of Interested Party Courtesy NEF
Lew@Landaunet.com

Craig G Margulies on behalf of Interested Party Courtesy NEF
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithla
w.com

Peter J Mastan on behalf of Interested Party Courtesy NEF
peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com

Edith R. Matthai on behalf of Interested Party Courtesy NEF
ematthai@romalaw.com, lrobie@romalaw.com

Elissa Miller on behalf of Interested Party Courtesy NEF
emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Eric A Mitnick on behalf of Interested Party Courtesy NEF
MitnickLaw@aol.com, mitnicklaw@gmail.com

Scott H Olson on behalf of Creditor KCC Class Action Services, LLC
solson@vedderprice.com, scott-olson-
2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com

Carmela Pagay on behalf of Trustee Jason M Rund (TR)
ctp@lnbyb.com

2

Ambrish B Patel on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port
apatelEI@americaninfosource.com

Leonard Pena on behalf of Interested Party Robert Girardi
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Michael J Quinn on behalf of Creditor KCC Class Action Services, LLC
mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com

Matthew D. Resnik on behalf of Interested Party Courtesy NEF
matt@rhmfirm.com,
roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, morani@ronaldrichards.com

Kevin C Ronk on behalf of Creditor U.S. Legal Support, Inc.
Kevin@portilloronk.com, Attorneys@portilloronk.com

Jason M Rund (TR)
trustee@srlawyers.com, jrund@ecf.axosfs.com

Gary A Starre on behalf of Interested Party Gary A Starre
gastarre@gmail.com, mmoonniiee@gmail.com

Richard P Steelman, Jr on behalf of Plaintiff JASON M RUND
rps@lnbyb.com, john@lnbyb.com

Philip E Strok on behalf of Interested Party Courtesy NEF
pstrok@swelawfirm.com,
gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Christopher K.S. Wong on behalf of Interested Party L.A. Arena Funding, LLC
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Timothy J Yoo on behalf of Trustee Jason M Rund (TR)
tjy@lnbyb.com

**2.**    **SERVED BY UNITED STATES MAIL:**
**N/A**

**3.**    **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR EMAIL:**

**U.S. Bankruptcy Court**
Hon. Hon. Barry Russell
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

20889882.1