| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jason M. Rund<br>Chapter 7 Trustee<br>840 Apollo Street, Suite 351<br>El Segundo, CA 90245<br>Telephone:  310-640-1200<br>Facsimile:    310-640-0200<br>Email:         trustee@srlawyers.com<br><br>☒  *Movant(s) appearing without an attorney*<br>☐  *Attorney for Movant(s)* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>THOMAS VINCENT GIRARDI,<br><br><br><br><br>                                              Debtor(s). | CASE NO.: 2:20-bk-21020 BR<br>CHAPTER: 7<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☒ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): __03/04/2021__  Movant(s) filed a motion or application (Motion) entitled: Chapter 7 Trustee's Application to Employ Hahn Fife & Company, LLP as Accountants

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): __03/04/2021__  Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than __17__ days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                              Page 1                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

9. Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 03/26/2021

/s/ Jason M. Rund
Signature

Jason M. Rund
Printed name

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

840 Apollo Street, Suite 351, El Segundo, CA 90245

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/26/2021___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
Counsel For Trustee: Levene, Neale, Bender, Yoo & Brill, tjy@lnbyb.com, ctp@lnbyb.com, rps@lnbyb.com
Counsel for Petitioning Creditors: Andrew Goodman, agoodman@andyglaw.com
Counsel for Conservator, Robert Girardi: Leonard Pena, lpena@penalaw.com, penasomaecf@gmail.com

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/26/2021 | Laura Gitnick | /s/ Laura Gitnick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Rafey Balabanian    , docket@edelson.com
Ori S Blumenfeld    Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
Sandor Theodore Boxer    tedb@tedboxer.com
Richard D Buckley    richard.buckley@arentfox.com
Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-
4166@ecf.pacerpro.com
Jennifer Witherell Crastz    jcrastz@hrhlaw.com
Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
Lei Lei Wang Ekvall    lekvall@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
Richard W Esterkin    richard.esterkin@morganlewis.com
Timothy W Evanston    tevanston@swelawfirm.com,
gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
Jeremy Faith    Jeremy@MarguliesFaithLaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
James J Finsten    , jimfinsten@hotmail.com
James J Finsten    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-
lawyers.net,addy.flores@flpllp.com,laura.rucker@flpllp.com
Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
M. Jonathan Hayes    jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfi
rm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com.
Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
Razmig Izakelian    razmigizakelian@quinnemanuel.com
Lewis R Landau    Lew@Landaunet.com
Craig G Margulies    Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
Edith R Matthai    ematthai@romalaw.com
Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
Scott H Olson    solson@vedderprice.com, scott-olson-
2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
Carmela Pagay    ctp@lnbyb.com
Ambrish B Patel    apatelEI@americaninfosource.com
Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
Matthew D. Resnik    matt@rhmfirm.com,
roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfi
rm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com
Richard P Steelman    rps@lnbyb.com, john@lnbyb.com
Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com

1  Jason M. Rund
   840 Apollo Street, Suite 351
2  El Segundo, CA  90245
   Telephone: (310) 640-1200
3  Facsimile:   (310) 640-0200
   trustee@srlawyers.com
4

5  Chapter 7 Trustee

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                      LOS ANGELES DIVISION

11  In re                               )  Case No. 2:20-bk-21020-BR
                                        )
12  THOMAS VINCENT GIRARDI,             )  Chapter 7
                                        )
13              Debtor.                 )  **CHAPTER 7 TRUSTEE'S**
                                        )  **APPLICATION TO EMPLOY HAHN**
14                                      )  **FIFE & COMPANY, LLP AS**
                                        )  **ACCOUNTANTS; DECLARATION OF**
15                                      )  **DONALD T. FIFE RE**
                                        )  **DISINTERESTEDNESS IN SUPPORT**
16                                      )  **THEREOF**
                                        )
17  _____)  [No hearing required]

18  **TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE,**

19  **AND INTERESTED PARTIES:**

20          By this Application, Jason M. Rund, Chapter 7 Trustee ("Applicant" or "Trustee") for the

21  estate of Thomas Vincent Girardi (the "Debtor"), respectfully seeks authority to employ Hahn Fife

22  & Company, LLP ("Hahn Fife"), as his accountants.  In support of this Application, Applicant

23  respectfully represents as follows:

24          1.      A Chapter 7 Involuntary Petition was filed against the Debtor on December 18,

25  2020, by petitioning creditors Robert M. Keese, John Abassian, Erika Saldana, Virginia Antonio

26  and Kimberly Archie (the "Petitioning Creditors"). On December 24, 2020, the Petitioning

27  Creditors filed an emergency motion for appointment of an interim trustee [Doc 13], which was

28

                                        - 1 -

granted by the Court on January 5, 2021 [Doc 39]. On January 6, 2021, the United States Trustee appointed the Trustee.

2.    Based upon Applicant's review of pleadings, financial records and other information provided to Applicant he has determined that it is necessary to his administration to retain the services of an accountant to provide support typically provided by a certified public accountant on behalf of a trustee of a bankruptcy estate and certain other things required or which may be required by the particular circumstances in this case.  Such tasks include, but are not limited to, the following:

A.    review of the Debtor's prior tax returns and financial records related to the liquidation of the estate's assets and the transactions attendant thereto;

B.    review and analysis of financial records regarding estate assets to determine the appropriate (and most beneficial to the estate) treatment for tax purposes, including capital gains calculations, consideration of tax attributes inherited from the Debtor and other tax considerations in connection with estate assets;

C.    preparation of the estate's tax returns to reflect the transactions of the estate and the liquidation of its assets;

D.    assisting Applicant in evaluating and analyzing secured and unsecured claims against the estate, including, but not limited to, tax claims asserted by the taxing authorities;

E.    communicate with taxing authorities on behalf of the estate;

F.    obtain the required tax clearances for the estate's tax returns;

G.    perform any other financial analysis, investigation, general and/or forensic accounting services and address any other tax matters which may be required by the Trustee to properly administer the estate and maintain tax compliance.  The Trustee reserves the right to retain another professional to perform a forensic analysis as the circumstances of the case evolve.  If this occurs, there will be no duplication of services; and

H.    providing tax and accounting-related litigation support to Applicant.

3.    Applicant seeks to employ Hahn Fife as his accountants effective as of March 1, 2021.

4.    Hahn Fife is experienced in insolvency related matters, including providing accounting services to various interested parties, including trustees, creditors and debtors-in-possession, and it is well able to perform the accounting services required in this case.  The breadth of Hahn Fife's experience is set forth in the Firm Statement of Qualifications attached as Exhibit "1" to the Declaration of Donald T. Fife ("Fife Declaration"), appended hereto.

5.    Applicant proposes to retain Hahn Fife upon the following basis: except as the Court may otherwise determine, after due notice, Hahn Fife will, pursuant to Bankruptcy Code sections 330 and 331, petition the Court upon notice to creditors and interested parties, for an allowance of fees and reimbursable costs not more frequently than every 120 days, which petition will be heard upon notice to creditors and interested parties.  Hahn Fife expects that its compensation will be based upon a combination of factors, including without limitation, its customary fees charged to clients, as those fees are adjusted from time to time, experience and reputation of the firm, time expended, results achieved, novelty and difficulty of matters undertaken, including time limitations imposed, preclusion from other employment, desirability of the case, and nature and length of the professional relationship and awards in similar cases.  Hahn Fife's current rates range from $80.00 per hour for staff to $450.00 per hour for a partner. There will be no written employment agreement, separate from this application and the order to be obtained hereon, and the only source of payment or compensation is the estate.

6.    As indicated by the attached Declaration of Donald T. Fife, Hahn Fife is familiar with the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules, and will comply with the Code and the Rules.  Hahn Fife has agreed to perform accounting services and to thereafter make application to this Court for compensation.  Hahn Fife has further agreed and will accept as their fee such amount as is determined by the Court to be reasonable and proper.

7.    To the best of Applicant's knowledge and after review of the Fife Declaration, Hahn Fife: (a) does not hold or represent any interest adverse to the Debtor, the creditors, and the estate; (b) has no connection with the Debtor, the creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any bankruptcy judge presiding in the

United States Bankruptcy Court; and (c) is disinterested as that term is defined in 11 U.S.C. §§ 101(14) and 327(a).

8.      Neither Applicant nor Hahn Fife have a pre-petition claim against the estate.

9.      Applicant has caused notice of this application to be given to those entitled thereto pursuant to Local Bankruptcy Rule 2014-1(b)(2) and (3).  Attached as Exhibit "3" is a copy of Applicant's notice to creditors of his application to employ Hahn Fife as his accountants in this case.

WHEREFORE, Applicant prays for an order of this Court authorizing him to employ Hahn Fife as his accountants, effective as of March 1, 2021, as an administrative expense in this bankruptcy case, and for such other and further relief as may be determined just and proper.

Dated: March 4, 2021                    _/s/ JASON M. RUND___
                                        Jason M. Rund
                                        Chapter 7 Trustee

- 4 -

## DECLARATION OF DONALD T. FIFE

I, Donald T. Fife, declare:

1.     I am a Certified Public Accountant, duly licensed by the State of California.  I am a partner of the accounting firm of Hahn Fife & Company, LLP (the "Firm").

2.     All of the facts alleged herein are within my own personal knowledge and if called upon to testify I could and would testify competently thereto.

3.     Applicant has requested that the Firm perform accounting services for the bankruptcy estate as further described in the application to employ the Firm ("Application").  I will be the CPA primarily responsible for services provide in this matter.  This declaration is submitted in support of the Application.

4.     The Firm is experienced in bankruptcy matters, including those involving trustees, bankruptcy estates, and issues relating to the tax effects from sale of estate assets.  I am competent to perform the requisite accounting services in this case.

5.     Attached hereto as Exhibit "1" is the Firm's Statement of Qualifications, hourly rates and my biography.  These rates charged by the Firm may change from time to time.  The hourly rates in effect as this case progresses will be one of the factors upon which the Firm will base its request for compensation.  The Firm's current rates range from $80.00 per hour for staff to $450.00 per hour for a partner.  Attached hereto as Exhibit "2" is a schedule of expense reimbursement rates.

6.     Except as the court may otherwise determine, the Firm will, pursuant to Bankruptcy Code §§ 330 and 331, petition the Court for allowance of fees not more frequently than every 120 days, which petition will be heard upon notice to creditors and interested parties.  The Firm will accept such fees as may be awarded by the Court.  The Firm expects that its compensation will be based upon a combination of factors, including, without limitation, its customary hourly fees charged to its clients which pay the Firm monthly, as those fees are adjusted from time to time, experience and reputation, time expended, results achieved, novelty and difficulty of matters undertaken, including time limitations imposed, preclusion from other employment, the nature and length of the professional relationship and awards in similar cases.

7.      Except as set forth herein, to the best of my knowledge, the Firm and its professionals are disinterested persons as that term is defined in 11 U.S.C. §101(14), and neither the Firm nor any of its professionals are connected with the Debtor, any creditor, any equity security holder, or any other party in interest or their respective attorneys.  Nor does the Firm or any of its professionals represent or hold an adverse interest with respect to the Debtor, any creditor or to this estate.  Moreover, the Firm has no relation to any bankruptcy judge presiding in this district, or any relation to the United States trustee in this district, or to any person employed in the Office of the United States Trustee.  The Firm has served as accountant to the Trustee in other unrelated cases where he is serving or has served as Trustee.

8.      No retainer has been paid to the Firm.  The firm has no pre-petition claims against the estate.

9.      To the best of my knowledge, and except as set forth above, neither the Firm, nor any professional employed by the Firm, is or was:

        a.      a creditor, equity security holder or insider of the Debtor;
        b.      an investment banker for any outstanding security of the Debtor; or
        c.      an attorney for an investment banker for any outstanding security of the Debtor.

10.     I am familiar with the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules, and will comply with the Code and Rules.

11.     I agree to the terms and conditions of employment in the foregoing application.  I am willing to accept compensation and reimbursement of expenses in such amounts that the Court may award.  I understand that my compensation may be modified under 11 U.S.C. § 330, if so warranted.  No retainer has been paid or is being proposed to the Firm.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this __3rd__ day of March, 2021, at Pasadena, California.

DONALD T. FIFE

EXHIBIT 1

### *Firm Statement of Qualifications*

The Firm was formed in September of 2003 and provides accounting and consulting services relating primarily to bankruptcy, litigation, turnaround, fraud and receivership matters.   The Firm's professionals have extensive experience and training in these specialized fields of accounting practice and have served a broad range of clients in Southern California for many years.   Following are brief summaries of the qualifications of firm's current professional staff.   It is expected that the Firm will add professional staff as required to serve client needs.

### *Donald T. Fife, CPA*

Mr. Fife currently practices exclusively in bankruptcy, turnaround and litigation consulting, providing services such as financial analysis, forensic accounting, tax services and expert witness testimony.   He serves clients such as bankruptcy trustees, creditors, debtors, creditor's committees and parties to civil litigation.

Mr. Fife has over 16 years of business and financial experience in accounting, bankruptcy, turnaround, taxation and fraud investigation.   He formerly practiced as an accountant and consultant with Price Waterhouse, FTI Policano & Manzo, PHB Hagler Bailly, Inc., Biggs & Company and Spicer & Oppenheim.   Over the last 14 years, his career has been concentrated in the areas of bankruptcy, turnaround, and litigation support.

Mr. Fife is a Certified Public Accountant licensed in California.   He is also a member of the American Institute of Certified Public Accountants, the California Society of CPA's, the National Association of Bankruptcy Trustees, the American Bankruptcy Institute, and the California Bankruptcy Forum.   He received his bachelor's degree in Business Administration/Accounting from California State University at Los Angeles.

Hourly Rate:  $450.00

## DONALD T. FIFE, CPA
### 790 E. COLORADO BLVD., 9TH FLOOR
### PASADENA, CALIFORNIA 91101
### (626) 792-0855 PHONE

Before starting his own bankruptcy and turnaround consulting firm, Mr. Fife was a Managing Director in the Business Recovery Services division of FTI Policano & Manzo, a firm specializing in financial restructurings. Prior to joining, Mr. Fife was a Principal of the Insolvency department of PHB Hagler Bailly, Inc., an economics and management firm where Mr. Fife headed up the Bankruptcy department. Prior to PHB Hagler Bailly, Inc., Mr. Fife was Manager-In-Charge of Bankruptcy at Biggs & Company, a boutique firm specializing in bankruptcy. Prior to Biggs & Company, Mr. Fife was a manager in the Dispute Analysis and Corporate Recovery department of Price Waterhouse. Mr. Fife has more than 19 years experience in accounting, bankruptcy, turnaround, taxation, and fraud investigation matters. He is a Certified Public Accountant licensed to practice in the State of California.

Mr. Fife's career over the past 17 years has been concentrated in the areas of bankruptcy, turnaround, and litigation support. Mr. Fife has represented Secured Creditors, Debtors, Equity Holders, Creditor Committees, and Chapter 11 and 7 Trustees. He has worked in all aspects of bankruptcy finance and turnaround situations, including: preparation of debtor plans of reorganizations; analysis and preparation of short-term and long term cash flows; analysis of lease obligations; analysis of borderline divisions and store operations; preparation of trust accounting and tax returns; preparation of DIP budgets; preparation of company AOP; preference audits; forensic accounting; analysis and consulting regarding the tax ramifications of the sale of estate assets; creditor workouts and plans of reorganizations; business valuations; calculation of the reasonably necessary tests in IRA's and pensions; and expert testimony. Mr. Fife has been a speaker in front of the National Association of Bankruptcy Trustees on *Calculating the Reasonably Necessary Test* and a speaker in front of the Commercial Law League on *Finding Hidden Assets.* Mr. Fife's industry experience includes securities, real estate, entertainment, manufacturing, technology, franchise, restaurant, and retail.

### PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2000-2002 | FTI Policano & Manzo, Managing Director, Los Angeles, California |
| 1999-2000 | PHB Hagler Bailly, Inc., Principal, Los Angeles, California |
| 1995-1999 | Biggs and Company, Manager In-Charge of Bankruptcy, Santa Monica, California |
| 1991-1995 | Price Waterhouse, Manager, Dispute Analysis and Corporate Recovery, Century City, California |
| 1986-1991 | Spicer and Oppenheim, Supervisor, Century City, California |

### PROFESSIONAL AFFILIATIONS AND MEMBERSHIPS

- Admitted to practice as a Certified Public Accountant in California
- Los Angeles, Orange County, and Inland Empire Bankruptcy Forums
- National Association of Bankruptcy Trustees
- American Bankruptcy Institute

Mr. Fife holds a Bachelor of Science degree in Business Administration with an emphasis in Accounting from California State University at Los Angeles.

**EXHIBIT A**

EXHIBIT 2

## RATES FOR REIMBURSEMENT OF INCURRED EXPENSES
## HAHN FIFE & COMPANY, LLP

| | |
|---|---|
| PHOTOCOPYING | $0.10 PER PAGE |
| TELECOPIER -  INCOMING | $0.15 PER PAGE |
| OUTGOING | $1.00 PER PAGE |
| MILEAGE | $0.27 PER MILE |
| TELEPHONE | ACTUAL COST |
| POSTAGE | ACTUAL COST |
| MESSENGER | ACTUAL COST |
| OVERNIGHT MAIL | ACTUAL COST |
| ON-LINE COMPUTER RESEARCH | ACTUAL COST |
| FILING FEES | ACTUAL COST |
| DEPOSITION OR WITNESS FEES | ACTUAL COST |
| PARKING | ACTUAL COST |

EXHIBIT 3

1  Jason M. Rund
   840 Apollo Street, Suite 351
2  El Segundo, CA  90245
   Telephone: (310) 640-1200
3  Facsimile:   (310) 640-0200
   trustee@srlawyers.com
4

5  Chapter 7 Trustee

6

7

8               **UNITED STATES BANKRUPTCY COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10                   **LOS ANGELES DIVISION**

11  In re                                   ) Case No. 2:20-bk-21020-BR
                                            )
12  THOMAS VINCENT GIRARDI,                 ) Chapter 7
                                            )
13          Debtor.                         ) **NOTICE OF CHAPTER 7 TRUSTEE'S**
                                            ) **APPLICATION TO EMPLOY HAHN**
14                                          ) **FIFE & COMPANY, LLP AS**
                                            ) **ACCOUNTANTS**
15                                          )
                                            ) [No hearing required]
16                                          )
                                            )
17  _____)

18       **TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY**

19  **JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE AND PARTIES-IN**

20  **INTEREST HEREIN:**

21       **PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee ("Trustee") for the

22  estate of Thomas Vincent Girardi (the "Debtor"), has filed his application (the "Application") for

23  authority to employ, pursuant to 11 U.S.C. § 330, Hahn Fife & Company, LLP ("Hahn Fife" or the

24  "Firm"), 790 East Colorado Boulevard, 9th Floor, Pasadena, California 91101; telephone (626) 792-

25  0855, as his accountants effective March 1, 2021.  As set forth in detail in the Application, the Firm

26  will render accounting services typically provided by a certified public accountant on behalf of a

27  trustee of a bankruptcy estate and certain other things required or which may be required by the

28

                                    - 1 -

particular circumstances in this case.  The scope of Hahn Fife's employment will include, but are not limited to, the following:

A.    review of the Debtor's prior tax returns and financial records related to the liquidation of the estate's assets and the transactions attendant thereto;

B.    review and analysis of financial records regarding estate assets to determine the appropriate (and most beneficial to the estate) treatment for tax purposes, including capital gains calculations, consideration of tax attributes inherited from the Debtor and other tax considerations in connection with estate assets;

C.    preparation of the estate's tax returns to reflect the transactions of the estate and the liquidation of its assets;

D.    assisting Applicant in evaluating and analyzing secured and unsecured claims against the estate, including, but not limited to, tax claims asserted by the taxing authorities;

E.    communicate with taxing authorities on behalf of the estate;

F.    obtain the required tax clearances for the estate's tax returns;

G.    perform any other financial analysis, investigation, general and/or forensic accounting services and address any other tax matters which may be required by the Trustee to properly administer the estate and maintain tax compliance.  The Trustee reserves the right to retain another professional to perform a forensic analysis as the circumstances of the case evolve.  If this occurs, there will be no duplication of services; and

H.    providing tax and accounting-related litigation support to Applicant.

**PLEASE TAKE FURTHER NOTICE** that the relief requested is based on the Application, the *Declaration of Donald T. Fife* (the "Fife Declaration") attached thereto, this Notice, the arguments of counsel, and other admissible evidence properly brought before the Court. In addition, the Trustee respectfully requests that the Court take judicial notice of the chapter 7 case docket and all pleadings filed in the above captioned chapter 7 bankruptcy case, including the specific pleadings referenced in the Application.

**PLEASE TAKE FURTHER NOTICE** that the Trustee seeks to employ Hahn Fife at its regular billing rates which generally range from $80.00 per hour for staff to $450.00 per hour for a

- 2 -

partner, as more fully described in the Application, subject to the Bankruptcy Court's approval of Hahn Fife's compensation and reimbursement of costs as provided by the Bankruptcy Code, specifically sections 330 and 331, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules.  The current billing rate for Donald T. Fife is $450.00 per hour.  These rates may be adjusted annually from time to time.

The Firm will only seek compensation pursuant to sections 330 and 331 of the Bankruptcy Code.  All compensation will be paid from the funds of the Debtor's bankruptcy estate.  Hahn Fife has not received any retainer with respect to its employment.

A copy of the Trustee's Application can be obtained from the Bankruptcy Court or by contacting the Trustee by telephone or written request sent to the physical address or email address set forth at the top of page one of this notice.

**PLEASE TAKE FURTHER NOTICE** pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), that any response and request for hearing on the Application must be in the form as required by LBR 9013-1(f)(1), filed with the Clerk of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California 90012, no later than fourteen (14) days from the date of service of this Notice, plus an additional three (3) days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P.5(b)(2)(A)-(B).  The Trustee will set a hearing date and send out notice thereto if any such response is timely received.  No hearing will be held if no response and request for hearing is received.

If you fail to file a written response within seventeen (17) days from the date of the service of this Notice of the Application, the Bankruptcy Court may treat such failure as a waiver of your right to oppose the Application and may grant the requested relief.

Dated: March 4, 2021          */s/ JASON M. RUND*
                                        Jason M. Rund
                                        Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

SHERIDAN & RUND
840 Apollo Street, Suite 351
El Segundo, CA  90245

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Chapter 7 Trustee's Application to Employ Hahn Fife & Company, LLP as Accountants** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 4, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
Counsel For Trustee: Levene, Neale, Bender, Yoo & Brill, tjy@lnbyb.com, ctp@lnbyb.com, rps@lnbyb.com
Counsel for Petitioning Creditors: Andrew Goodman, agoodman@andyglaw.com
Counsel for Conservator, Robert Girardi: Leonard Pena, lpena@penalaw.com, penasomaecf@gmail.com, penalr72746@notify.bestcase.com

SEE ATTACHED CONTINUED NEF SERVICE LIST.

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On March 4, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor: Thomas Vincent Girardi, 1126 Wilshire Blvd, Los Angeles, CA 90017
Debtor: Thomas Vincent Girardi, 100 Los Altos Drive, Pasadena, CA 91105

[ALL CREDTIORS SERVED – SEE ATTACHED MATRIX]

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 4, 2021 | Laura Gitnick | /s/ Laura Gitnick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Rafey Balabanian    , docket@edelson.com
Ori S Blumenfeld    Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
Sandor Theodore Boxer    tedb@tedboxer.com
Richard D Buckley    richard.buckley@arentfox.com
Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
Jennifer Witherell Crastz    jcrastz@hrhlaw.com
Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
Lei Lei Wang Ekvall    lekvall@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
Richard W Esterkin    richard.esterkin@morganlewis.com
Timothy W Evanston    tevanston@swelawfirm.com,
gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
Jeremy Faith    Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
James J Finsten    , jimfinsten@hotmail.com
James J Finsten    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com,laura.rucker@flpllp.com
Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
M. Jonathan Hayes    jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com.
Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
Razmig Izakelian    razmigizakelian@quinnemanuel.com
Lewis R Landau    Lew@Landaunet.com
Craig G Margulies    Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
Edith R Matthai    ematthai@romalaw.com
Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
Carmela Pagay    ctp@lnbyb.com
Ambrish B Patel    apatelEI@americaninfosource.com
Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
Matthew D. Resnik    matt@rhmfirm.com,
roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com
Richard P Steelman    rps@lnbyb.com, john@lnbyb.com
Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com

Label Matrix for local noticing
0973-2
Case 2:20-bk-21020-BR
Central District of California
Los Angeles
Thu Mar  4 11:04:03 PST 2021

Ally Bank Lease Trust - Assignor to Vehicles
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Frantz Law Group, APLC
2029 Century Park East
#400
Los Angeles, CA 90067-2905

Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067-6253

U.S. Legal Support, Inc.
c/o Portillo Ronk Legal Team
5716 Corsa Avenue
Suite 207
Westlake Village, CA 91362-4059

Wells Fargo Vendor Financial Services, Inc.
c/o Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2802

Los Angeles Division
255 East Temple Street
Los Angeles, CA 90012-3332

Erika Saldana
1757 Riverside Drive
Glendale, CA 91201-2856

Jill O'Callahan
1437 Club View Drive
Los Angeles, CA 90024-5305

John Abassian
6403 Van Nuys Boulevard
Van Nuys, CA 91401-1437

Kimberly Archie
15210 Ventura Boulevard
Suite 307
Sherman Oaks, CA 91403-3841

Robert M. Keese
22982 Rosemont Court
Murrieta, CA 92562-3075

US Legal Support
16825 Northchase DrSuite 900
16825 Northchase DrSuite 900
Houston, TX 77060-6004

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Virginia Antonio
20413 Via Navarra
Yorba Linda, CA 92886-3065

Gary A Starre
Starre & Cohn, APC
15760 Ventura Blvd., Ste. 801
Encino, CA 91436-3018

Jason M Rund (TR)
Sulmeyer Kupetz
840 Apollo Street, Suite 351
El Segundo, CA 90245-4762

Robert Girardi
402 South Marengo Ave.
Suite B
Pasadena, CA 91101-3113

Thomas Vincent Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)California Attorney Lending II, Inc.

(u)Courtesy NEF

(u)Edelson PC

(u)KCC Class Action Services, LLC

(u)L.A. Arena Funding, LLC

(u)Stillwell Madison, LLC

(d)Wells Fargo Vendor Financial Services, LLC
c/o Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2802

(d)Erika Saldana
1757 Riverside Drive
Glendale, CA 91201-2856

(d)Jill O'Callahan
1437 Club View Drive
Los Angeles, CA 90024-5305

(d)John Abassian
6403 Van Nuys Boulevard
Van Nuys, CA 91401-1437

(u)Judy Selberg

(d)Kimberly Archie
15210 Ventura Boulevard
Suite 307
Sherman Oaks, CA 91403-3841

(d)Robert M. Keese
22982 Rosemont Court
Murrieta, CA 92562-3075

(d)Virginia Antonio
20413 Via Navarra
Yorba Linda, CA 92886-3065

(u)William F Savino

End of Label Matrix
Mailable recipients    19
Bypassed recipients    15
Total                  34

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

SHERIDAN & RUND
840 Apollo Street, Suite 351
El Segundo, CA  90245

A true and correct copy of the foregoing document entitled (*specify*): **Chapter 7 Trustee's Application to Employ Hahn Fife & Company, LLP as Accountants; Declaration of Donald T. Fife re Disinterestedness in Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 4, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
Counsel For Trustee: Levene, Neale, Bender, Yoo & Brill, tjy@lnbyb.com, ctp@lnbyb.com, rps@lnbyb.com
Counsel for Petitioning Creditors: Andrew Goodman, agoodman@andyglaw.com
Counsel for Conservator, Robert Girardi: Leonard Pena, lpena@penalaw.com, penasomaecf@gmail.com, penalr72746@notify.bestcase.com

SEE ATTACHED CONTINUED NEF SERVICE LIST.

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On March 4, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor: Thomas Vincent Girardi, 1126 Wilshire Blvd, Los Angeles, CA 90017
Debtor: Thomas Vincent Girardi, 100 Los Altos Drive, Pasadena, CA 91105

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 4, 2021 | Laura Gitnick | /s/ Laura Gitnick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   Rafey Balabanian    , docket@edelson.com
   Ori S Blumenfeld    Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
   Sandor Theodore Boxer    tedb@tedboxer.com
   Richard D Buckley    richard.buckley@arentfox.com
   Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-
4166@ecf.pacerpro.com
   Jennifer Witherell Crastz    jcrastz@hrhlaw.com
   Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
   Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
   Lei Lei Wang Ekvall    lekvall@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
   Richard W Esterkin    richard.esterkin@morganlewis.com
   Timothy W Evanston    tevanston@swelawfirm.com,
gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
   Jeremy Faith    Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
   James J Finsten    , jimfinsten@hotmail.com
   James J Finsten    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
   Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-
lawyers.net,addy.flores@flpllp.com,laura.rucker@flpllp.com
   Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
   Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
   M. Jonathan Hayes    jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfi
rm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
   Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
   Razmig Izakelian    razmigizakelian@quinnemanuel.com
   Lewis R Landau    Lew@Landaunet.com
   Craig G Margulies    Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
   Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
   Edith R Matthai    ematthai@romalaw.com
   Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
   Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
   Scott H Olson    solson@vedderprice.com, scott-olson-
2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
   Carmela Pagay    ctp@lnbyb.com
   Ambrish B Patel    apatelEI@americaninfosource.com
   Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
   Matthew D. Resnik    matt@rhmfirm.com,
roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfi
rm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
   Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
   Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
   Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
   Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com
   Richard P Steelman    rps@lnbyb.com, john@lnbyb.com
   Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
   Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com

Jason M. Rund
840 Apollo Street, Suite 351
El Segundo, CA  90245
Telephone: (310) 640-1200
Facsimile:   (310) 640-0200
trustee@srlawyers.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | ) Case No. 2:20-bk-21020-BR |
| | ) |
| THOMAS VINCENT GIRARDI, | ) Chapter 7 |
| | ) |
| Debtor. | ) **NOTICE OF CHAPTER 7 TRUSTEE'S** |
| | ) **APPLICATION TO EMPLOY HAHN** |
| | ) **FIFE & COMPANY, LLP AS** |
| | ) **ACCOUNTANTS** |
| | ) |
| | ) [No hearing required] |
| | ) |
| | ) |
| | ) |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY**

**JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE AND PARTIES-IN**

**INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee ("Trustee") for the

estate of Thomas Vincent Girardi (the "Debtor"), has filed his application (the "Application") for

authority to employ, pursuant to 11 U.S.C. § 330, Hahn Fife & Company, LLP ("Hahn Fife" or the

"Firm"), 790 East Colorado Boulevard, 9th Floor, Pasadena, California 91101; telephone (626) 792-

0855, as his accountants effective March 1, 2021.  As set forth in detail in the Application, the Firm

will render accounting services typically provided by a certified public accountant on behalf of a

trustee of a bankruptcy estate and certain other things required or which may be required by the

particular circumstances in this case.  The scope of Hahn Fife's employment will include, but are not limited to, the following:

A.     review of the Debtor's prior tax returns and financial records related to the liquidation of the estate's assets and the transactions attendant thereto;

B.     review and analysis of financial records regarding estate assets to determine the appropriate (and most beneficial to the estate) treatment for tax purposes, including capital gains calculations, consideration of tax attributes inherited from the Debtor and other tax considerations in connection with estate assets;

C.     preparation of the estate's tax returns to reflect the transactions of the estate and the liquidation of its assets;

D.     assisting Applicant in evaluating and analyzing secured and unsecured claims against the estate, including, but not limited to, tax claims asserted by the taxing authorities;

E.     communicate with taxing authorities on behalf of the estate;

F.     obtain the required tax clearances for the estate's tax returns;

G.     perform any other financial analysis, investigation, general and/or forensic accounting services and address any other tax matters which may be required by the Trustee to properly administer the estate and maintain tax compliance.  The Trustee reserves the right to retain another professional to perform a forensic analysis as the circumstances of the case evolve.  If this occurs, there will be no duplication of services; and

H.     providing tax and accounting-related litigation support to Applicant.

**PLEASE TAKE FURTHER NOTICE** that the relief requested is based on the Application, the *Declaration of Donald T. Fife* (the "Fife Declaration") attached thereto, this Notice, the arguments of counsel, and other admissible evidence properly brought before the Court. In addition, the Trustee respectfully requests that the Court take judicial notice of the chapter 7 case docket and all pleadings filed in the above captioned chapter 7 bankruptcy case, including the specific pleadings referenced in the Application.

**PLEASE TAKE FURTHER NOTICE** that the Trustee seeks to employ Hahn Fife at its regular billing rates which generally range from $80.00 per hour for staff to $450.00 per hour for a

partner, as more fully described in the Application, subject to the Bankruptcy Court's approval of Hahn Fife's compensation and reimbursement of costs as provided by the Bankruptcy Code, specifically sections 330 and 331, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules.  The current billing rate for Donald T. Fife is $450.00 per hour.  These rates may be adjusted annually from time to time.

The Firm will only seek compensation pursuant to sections 330 and 331 of the Bankruptcy Code.  All compensation will be paid from the funds of the Debtor's bankruptcy estate.  Hahn Fife has not received any retainer with respect to its employment.

A copy of the Trustee's Application can be obtained from the Bankruptcy Court or by contacting the Trustee by telephone or written request sent to the physical address or email address set forth at the top of page one of this notice.

**PLEASE TAKE FURTHER NOTICE** pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), that any response and request for hearing on the Application must be in the form as required by LBR 9013-1(f)(1), filed with the Clerk of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California 90012, no later than fourteen (14) days from the date of service of this Notice, plus an additional three (3) days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P.5(b)(2)(A)-(B).  The Trustee will set a hearing date and send out notice thereto if any such response is timely received.  No hearing will be held if no response and request for hearing is received.

If you fail to file a written response within seventeen (17) days from the date of the service of this Notice of the Application, the Bankruptcy Court may treat such failure as a waiver of your right to oppose the Application and may grant the requested relief.

Dated: March 4, 2021          ___/s/ JASON M. RUND_____
                                            Jason M. Rund
                                            Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

SHERIDAN & RUND
840 Apollo Street, Suite 351
El Segundo, CA  90245

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Chapter 7 Trustee's Application to Employ Hahn Fife & Company, LLP as Accountants** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 4, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
Counsel For Trustee: Levene, Neale, Bender, Yoo & Brill, tjy@lnbyb.com, ctp@lnbyb.com, rps@lnbyb.com
Counsel for Petitioning Creditors: Andrew Goodman, agoodman@andyglaw.com
Counsel for Conservator, Robert Girardi: Leonard Pena, lpena@penalaw.com, penasomaecf@gmail.com, penalr72746@notify.bestcase.com

SEE ATTACHED CONTINUED NEF SERVICE LIST.

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On March 4, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor: Thomas Vincent Girardi, 1126 Wilshire Blvd, Los Angeles, CA 90017
Debtor: Thomas Vincent Girardi, 100 Los Altos Drive, Pasadena, CA 91105

[ALL CREDTIORS SERVED – SEE ATTACHED MATRIX]

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 4, 2021 | Laura Gitnick | /s/ Laura Gitnick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Rafey Balabanian    , docket@edelson.com
Ori S Blumenfeld    Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
Sandor Theodore Boxer    tedb@tedboxer.com
Richard D Buckley    richard.buckley@arentfox.com
Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-
4166@ecf.pacerpro.com
Jennifer Witherell Crastz    jcrastz@hrhlaw.com
Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
Lei Lei Wang Ekvall    lekvall@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
Richard W Esterkin    richard.esterkin@morganlewis.com
Timothy W Evanston    tevanston@swelawfirm.com,
gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
Jeremy Faith    Jeremy@Margulies Faithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
James J Finsten    , jimfinsten@hotmail.com
James J Finsten    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-
lawyers.net,addy.flores@flpllp.com,laura.rucker@flpllp.com
Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
M. Jonathan Hayes    jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfi
rm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com.
Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
Razmig Izakelian    razmigizakelian@quinnemanuel.com
Lewis R Landau    Lew@Landaunet.com
Craig G Margulies    Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
Edith R Matthai    ematthai@romalaw.com
Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
Scott H Olson    solson@vedderprice.com, scott-olson-
2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
Carmela Pagay    ctp@lnbyb.com
Ambrish B Patel    apatelEI@americaninfosource.com
Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
Matthew D. Resnik    matt@rhmfirm.com,
roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfi
rm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com.
Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com
Richard P Steelman    rps@lnbyb.com, john@lnbyb.com
Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com

Label Matrix for local noticing
0973-2
Case 2:20-bk-21020-BR
Central District of California
Los Angeles
Thu Mar  4 11:04:03 PST 2021

A W Rachlease Trust - Assignor to Vehicle
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Frantz Law Group, APLC
2029 Century Park East
#400
Los Angeles, CA 90067-2905

Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067-6253

U.S. Legal Support, Inc.
c/o Portillo Ronk Legal Team
5716 Corsa Avenue
Suite 207
Westlake Village, CA 91362-4059

Wells Fargo Vendor Financial Services, Inc.
c/o Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2802

Los Angeles Division
255 East Temple Street
Los Angeles, CA 90012-3332

Erika Saldana
1757 Riverside Drive
Glendale, CA 91201-2856

Jill O'Callahan
1437 Club View Drive
Los Angeles, CA 90024-5305

John Abassian
6403 Van Nuys Boulevard
Van Nuys, CA 91401-1437

Kimberly Archie
15210 Ventura Boulevard
Suite 307
Sherman Oaks, CA 91403-3841

Robert M. Keese
22982 Rosemont Court
Murrieta, CA 92562-3075

US Legal Support
16825 Northchase DrSuite 900
16825 Northchase DrSuite 900
Houston, TX 77060-6004

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Virginia Antonio
20413 Via Navarra
Yorba Linda, CA 92886-3065

Gary A Starre
Starre & Cohn, APC
15760 Ventura Blvd., Ste. 801
Encino, CA 91436-3018

Jason M Rund (TR)
Sheridan A Rund
840 Apollo Street, Suite 351
El Segundo, CA 90245-4762

Robert Girardi
402 South Marengo Ave.
Suite B
Pasadena, CA 91101-3113

Thomas Vincent Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)California Attorney Lending II, Inc.

(u)Courtesy NEF

(u)Edelson PC


(u)KCC Class Action Services, LLC

(u)L.A. Arena Funding, LLC

(u)Stillwell Madison, LLC

(d)Wells Fargo Vendor Financial Services, LLC
c/o Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2802

(u)Erika Selden
1757 Riverside Drive
Glendale, CA 91201-2856

(d)Jill O'Callahan
1437 Club View Drive
Los Angeles, CA 90024-5305


(d)John Abassian
6403 Van Nuys Boulevard
Van Nuys, CA 91401-1437

(u)Judy Selberg

(d)Kimberly Archie
15210 Ventura Boulevard
Suite 307
Sherman Oaks, CA 91403-3841


(d)Robert M. Keese
22982 Rosemont Court
Murrieta, CA 92562-3075

(d)Virginia Antonio
20413 Via Navarra
Yorba Linda, CA 92886-3065

(u)William F Savino



End of Label Matrix
Mailable recipients    19
Bypassed recipients    15
Total                  34