TIMOTHY J. YOO (SBN 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (SBN 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S REPLY TO OPPOSITIONS TO MOTION TO APPROVE COMPROMISE UNDER FRBP 9019**<br><br>Date: April 6, 2021<br>Time: 2:00 p.m.<br>Place: Courtroom 1668<br>U.S. Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, California |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, DEBTOR AND ALL PARTIES IN INTEREST**:

Jason M. Rund, the Chapter 7 trustee ("Trustee") for the bankruptcy estate of Thomas Vincent Girardi ("Debtor"), respectfully submits this Reply to the Oppositions filed by Karen Girardi ("Karen") [Doc 137] and Erika Girardi ("Erika") [Doc 139] to the subject settlement motion ("Motion").[1]

---

[1] Elissa Miller, in her capacity as the Chapter 7 trustee for the bankruptcy estate of Girardi Keese filed a Statement [Doc 138]. The Statement simply preserves her estate's rights and does not oppose the proposed settlement.

1

# I.

## SETTLEMENT DOES NOT IMPAIR KAREN'S RIGHTS

Admittedly, the Trustee was unaware of Karen's Abstract of Support Judgment, which was never picked up by 2 different title insurance companies in their preliminary title reports. Regardless, Karen is protected under the proposed settlement. Section 4b of the Settlement Agreement specifically provides that "liens senior to Ruigomez Liens" shall be paid prior to the Ruigomez Creditors. The Agreement simply paves the way for the Trustee to administer the estate's assets. The Trustee respectfully submits that Karen's Opposition should be overruled based on the foregoing.

# II.

## SETTLEMENT ALSO DOES NOT IMPAIR ERIKA'S RIGHTS

Ruigomez Liens are clearly <u>involuntary</u> liens that are subject to exemptions allowed under California Code of Civil Procedure. The Agreement does not and cannot alter the rights of the Debtor and/or spouse to assert a claim of exemption. In other words, any allowed exemption on Ruigomez Collateral must be paid ahead of Ruigomez Creditors, and the Trustee is agreeable to a form of order that preserves the rights of parties to assert claims of exemption. The Trustee respectfully submits that Erika's Opposition should be overruled based on the foregoing.

# III.

## THE SETTLEMENT IS IN THE BEST INTEREST OF THE ESTATE

The four mandatory factors to be considered in the context of a proposed compromise under Rule 9019 are as follows:

1) the probability of success of the litigation;

2) any impediments to collection;

3) the complexity, expense, inconvenience, and delay of litigation; and

4) the interest of creditors with deference to their reasonable opinions.

*In re A & C Properties*, 784 F.2d 1377, 1380-81 (9th Cir. 1986), cert. den. sub. nom. *Martin v. Robinson*, 479 U.S. 854 (1989); *Arden v. Motel Partners (In re Arden)*, 176 F.3d 1226, 1228

(9th Cir. 1999). "[I]n determining whether to propose a compromise, a trustee need not burden the estate 'with costs and expenses arising out of all manner of questions that may be presented for litigation.'" *Burton v. Ulrich (In re Schmitt)*, 215 B.R. 417, 425 (B.A.P. 9th Cir. 1997).

"Ordinarily, the position of the trustee is afforded deference, particularly where business judgment is entailed in the analysis." *Simantob v. Claims Prosecutor, L.L.C. (In re Lahijani)*, 325 B.R. 282, 289 (B.A.P. 9th Cir. 2005). "[A] court generally gives deference to a trustee's business judgment in deciding whether to settle a matter…" *Goodwin v. Mickey Thompson Entertainment Group, Inc. (In re Mickey Thompson Entertainment Group, Inc.)*, 292 B.R. 415, 420 (B.A.P. 9th Cir. 2003). Finally, "the court is not permitted to substitute its own judgment for that of the bankruptcy trustee when analyzing the sufficiency of a compromise." *In re Roger*, 393 F.Supp.3d 940, 968 (C.D. Cal. 2019). By corollary, another party (such as an administrative creditor or the ousted insiders of a former debtor-in-possession) may not substitute its judgment for that of the trustee. *See id.*

Karen and Erika's Oppositions do not raise any reason to question the Trustee's business judgment. As discussed in the Motion, the proposed compromise should be approved as fair, reasonable, and as a valid exercise of the Trustee's business judgment since Ruigomez's Judgment is not on appeal and is final. Further, the Ruigomez Liens do not appear to be subject to dispute or avoidance (*e.g.*, the liens were created prior to the 90-day preference period, and there is no indication that the Ruigomez Creditors are "insiders" of the Debtor). As such, there is no reason for the Trustee to litigate with the Ruigomez Creditors concerning their liens against estate assets. Rather, this is a settlement of how best to liquidate the estate assets for the benefit of not only the Ruigomez Creditors but also to guarantee a distribution to the other allowed unsecured claimants in this case. Stated in another way, the Agreement only benefits the estate – with no downside.

///

///

///

## IV.

## **CONCLUSION**

WHEREFORE, the Trustee prays that the Court overrule the Oppositions and grant the Motion in its entirety.

DATED: March 30, 2021

          LEVENE, NEALE, BENDER, YOO
          & BRILL L.L.P.

By: */s/ Timothy J. Yoo*
    TIMOTHY J. YOO
    CARMELA T. PAGAY
  Attorneys for Jason M. Rund
      Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S REPLY TO OPPOSITIONS TO MOTION TO APPROVE COMPROMISE UNDER FRBP 9019** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 30, 2021**, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    SEE ATTACHED NEF SERVICE LIST.

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **March 30, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

***IN ACCORDANCE WITH AMENDED GENERAL ORDER 20-12, THERE WILL BE NO MAILSERVICE TO THE COURT***

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 30, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY EMAIL**
Peter J Mastan    peter.mastan@dinsmore.com
Gary A Starre     gastarre@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 30, 2021 | Megan Wertz | /s/ Megan Wertz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                          F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Rafey Balabanian    , docket@edelson.com
- Ori S Blumenfeld    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Sandor Theodore Boxer    tedb@tedboxer.com
- Richard D Buckley    richard.buckley@arentfox.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James J Finsten    , jimfinsten@hotmail.com
- James J Finsten    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Lewis R Landau    Lew@Landaunet.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R. Matthai    ematthai@romalaw.com, lrobie@romalaw.com
- Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Carmela Pagay    ctp@lnbyb.com
- Ambrish B Patel    apatelEI@americaninfosource.com
- Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

- Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com
- Richard P Steelman    rps@lnbyb.com, john@lnbyb.com
- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Timothy J Yoo    tjy@lnbyb.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**