CRAIG G. MARGULIES (SBN 185925)
*Craig@MarguliesFaithLaw.com*
JEREMY W. FAITH (SBN 190647)
*Jeremy@MarguliesFaithLaw.com*
ORI S BLUMENFELD (SBN 259112)
*Ori@MarguliesFaithLaw.com*
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino California 91436
Telephone: (818) 705-2777
Facsimile:   (818) 705-3777

Attorneys for Secured Creditors,
Joseph Ruigomez, Jaime Ruigomez, and Kathleen Ruigomez

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>                                    Debtor. | Case No.: 2:20-bk-21020-BR<br><br>Chapter:  7<br><br>**SECURED CREDITORS JOSEPH RUIGOMEZ, JAIME RUIGOMEZ, AND KATHLEEN RUIGOMEZ'S RESPONSE TO ELISSA D. MILLER, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF GIRARDI KEESE'S STATEMENT REGARDING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE UNDER FRBP 9019; AND JOINDER IN SUPPORT OF THE CHAPTER 7 TRUSTEE'S REPLY TO THE LIMITED OPPOSITIONS OF ERIKA GIRARDI AND KAREN GIRARDI**<br><br>**Hearing Information:**<br>Date: April 6, 2021<br>Time: 2:00 p.m.<br>Place: Courtroom 1668<br>          Roybal Federal Building<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, CHAPTER 7 TRUSTEE AND HIS COUNSEL OF RECORD; AND ALL OTHER PARTIES IN INTEREST:**

### I. STATEMENT OF FACTS

Secured Creditors, Joseph Ruigomez ("Joseph"), Jaime Ruigomez ("Jaime"), and Kathleen Ruigomez ("Kathleen") (collectively, "Ruigomez Creditors")[1] by and through their undersigned counsel of record, hereby file this response ("Response") to Elisa D. Miller, Chapter 7 Trustee ("GK Trustee") for the bankruptcy estate of Girardi Keese's ("GK")[2] Statement ("Statement") [Dkt. No. 138] Regarding [Jason M. Rund], Chapter 7 Trustee's ("Trustee") Motion to Approve Compromise under FRBP 9019 [Dkt. No. 132]; and hereby join in and support the relief sought by the Trustee in his reply [Dkt. No. 150] to the Limited Oppositions of Karen Girardi [Dkt. No. 137] and Erika Girardi ("Erika") [Dkt. No. 139] (collectively, the "Oppositions").

As background to this Court[3], on or about the end of 2010, the Ruigomez Creditors retained Thomas Girardi ("Debtor") and GK to represent them against Pacific Gas & Electric Company for the injuries Joseph suffered as a result of the horrific San Bruno Gas Explosion ("Explosion") which took place on September 9, 2010. At the time of the Explosion, Joseph was only 19 years old and suffered severe burn injuries complicated by major inhalation injury.

The Explosion left Joseph comatose, with burns to over 90% of his body. He had third degree burns on his back and chest alone that took years to heal, if at all. Joseph's girlfriend, Jessica Morales, who he intended to marry, was killed in the Explosion, and his parents' home, joint secured creditors Jaime and Kathleen, was incinerated. Joseph

---

[1] No disrespect is meant by the use of the Ruigomez Creditors' first names, rather they are used in order to easily identify the specific family member referenced.

[2] The GK bankruptcy case bears case number 2:20-bk-21022-BR ("GK Bankruptcy Case") and is also before this Court.

[3] The Declaration of Joseph Ruigomez in support of this Response is concurrently filed with the Response.

1

was unable to attend his girlfriend's funeral because he was lying unconscious on a hospital bed during that time.

In spite of major advances in therapeutic strategies for the management of people with severe burns, the consequences of a severe burn are profound and result in complex metabolic changes that can adversely affect every organ system. Management of an individual with a severe burn injury is a long term process that addresses the local burn wounds as well as the systemic psychologic and social consequences of the injury.

After suffering severe burns to over 90% of his body, Joseph is currently suffering from after-effects of his burns and other injuries, and as a result, requires regular skin-release surgeries. Joseph's lung injuries from inhalation damage are severe and chronic.

Joseph has undergone over 33 surgical procedures to date. Long term management of burn patients requires a team effort for years after the initial injury. Reducing chronic pain, management of post-traumatic stress, optimization of cosmetic appearance are goals for the future. Frequent evaluation and prompt surgical management of wound contracture not amenable or responsive to aggressive rehabilitation continue. Joseph continues to require orthopedic and soft tissue care in order to address ambulatory issues. Sensory loss due to nerve damage and full thickness injury led to the impairment of his sweat glands.

Joseph has also been informed by his doctors that he needs psychological support for managing re-immersion into society and adjusting to scarring and disfigurement. He will also require therapeutic interventions in long term psychosocial rehabilitation includes optimizing social function and adjustment therapies towards depression, PTSD, and anxiety.

Joseph receives acupuncture regularly. He has difficulty walking, suffers from foot drop, his gait is off and his toe joint is causing major pain due to bone growth. Joseph will need multiple surgeries in the near future on his toes, heel and foot.

The management of long-term functional limitations of burn scars and resultant contractures are chronic conditions that require extended surveillance and follow up  Complications in burn injuries include systemic (multi organ failure and complications).

Joseph needs periodic payments from the Debtor's bankruptcy estate in order to pay for those surgeries.

## II.    ARGUMENT

### a.    GK Trustee's Statement

On page 2, lines 16 of the Statement, the GK Trustee contends that the Ruigomez Creditors have not yet filed a proof of claim ["POC"]. On March 26, 2021, the Ruigomez Creditors filed their POC's on GK's Claim Register ("Register").  See Debtor's Register Numbers 23-25. On March 29, 2021, the Ruigomez Creditors also filed similar POC's on the Debtor's Claim Register. See GK Register Numbers 7-9.

Further, on Debtor's Schedule "D", the Trustee listed the Ruigomez Creditors' claims as secured by "All assets" of GK and the Debtor [*See,* Dkt. No. 140].[4]

### b.    The Oppositions

The Ruigomez Creditors hereby join in the relief requested in the Trustee's Reply to the Oppositions. Further, the Ruigomez Creditors hereby reserve any and all rights, claims and defenses to object to any exemptions asserted by Erika, including but not limited to and any all proofs of claims that she may file.

///

///

---

[4] The Ruigomez Creditors assert on information and belief that the Debtor is the sole proprietor of GK, and that the GK tax returns state that the Debtor is the 100% owner of GK. Separate tax identification numbers is not tantamount separate entities having been established. Further, according to the Internal Revenue Service website, anytime the sole proprietor hires an employee(s), the sole proprietor will need an EIN for the business and cannot use his or her social security number. *See https://www.irs.gov/faqs/small-business-self-employed-other-business/form-ss-4-and-employer-identification-number-ein/form-ss-4-employer-identification-number-ein-1.*

### III. CONCLUSION

For the foregoing reasons, the Ruigomez Creditors respectfully join in the relief sought as stated in the Trustee's Reply to the Oppositions.

DATED: March 30, 2021

**MARGULIES FAITH, LLP**

By: */s/ Ori S. Blumenfeld*
    Ori S. Blumenfeld
    Craig G. Margulies
    Jeremey W. Faith
    Attorneys for Secured Creditors,
    Joseph Ruigomez, Jaime Ruigomez,
    and Kathleen Ruigomez

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*): **SECURED CREDITORS JOSEPH RUIGOMEZ, JAIME RUIGOMEZ, AND KATHLEEN RUIGOMEZ'S RESPONSE TO ELISSA D. MILLER, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF GIRARDI KEESE'S STATEMENT REGARDING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE UNDER FRBP 9019; AND JOINDER IN SUPPORT OF THE CHAPTER 7 TRUSTEE'S REPLY TO THE LIMITED OPPOSITIONS OF ERIKA GIRARDI AND KAREN GIRARDI** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 30, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**JUDGE:** Pursuant to Amended General Order 20-12, Filed December 8, 2020, no Judge's copy is being served.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **March 30, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 30, 2021 | Angela Saba | /s/ Angela Saba |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **ATTORNEY FOR CREDITOR Rafey Balabanian**   , docket@edelson.com
- **ATTORNEY FOR INTERESTED PARTY: Ori S Blumenfeld**   Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **ATTORNEY FOR INTERESTED PARTY: Sandor Theodore Boxer**   tedb@tedboxer.com
- **ATTORNEY FOR INTERESTED PARTY: Richard D Buckley**   richard.buckley@arentfox.com
- **ATTORNEY FOR INTERESTED PARTY: Marie E Christiansen**   mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **ATTORNEY FOR INTERESTED PARTY: Jennifer Witherell Crastz**   jcrastz@hrhlaw.com
- **ATTORNEY FOR INTERESTED PARTY: Ashleigh A Danker**   Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- **TRUSTEE Clifford S Davidson**   csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- **ATTORNEY FOR INTERESTED PARTY: Lei Lei Wang Ekvall**   lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **ATTORNEY FOR INTERESTED PARTY: Richard W Esterkin**   richard.esterkin@morganlewis.com
- **ATTORNEY FOR INTERESTED PARTY: Timothy W Evanston**   tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **ATTORNEY FOR INTERESTED PARTY: Jeremy Faith**   Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **ATTORNEY FOR INTERESTED PARTY: James J Finsten**   , jimfinsten@hotmail.com
- **ATTORNEY FOR INTERESTED PARTY: James J Finsten**   jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- **ATTORNEY FOR INTERESTED PARTY: Alan W Forsley**   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **ATTORNEY FOR INTERESTED PARTY: Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR PETITIONING CREDITOR: Andrew Goodman**   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **ATTORNEY FOR INTERESTED PARTY: M. Jonathan Hayes**   jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **ATTORNEY FOR CREDITOR: Marshall J Hogan**   mhogan@swlaw.com, knestuk@swlaw.com
- **ATTORNEY FOR CREDITOR: Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **ATTORNEY FOR INTERESTED PARTY: Lewis R Landau**   Lew@Landaunet.com
- **ATTORNEY FOR INTERESTED PARTY: Craig G Margulies**   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **ATTORNEY FOR INTERESTED PARTY: Peter J Mastan**   peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **ATTORNEY FOR INTERESTED PARTY: Edith R. Matthai**   ematthai@romalaw.com, lrobie@romalaw.com
- **ATTORNEY FOR INTERESTED PARTY: Elissa Miller**   emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR INTERESTED PARTY: Eric A Mitnick**     MitnickLaw@aol.com, mitnicklaw@gmail.com
- **ATTORNEY FOR INTERESTED PARTY: Scott H Olson**     solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **ATTORNEY FOR INTERESTED PARTY: Carmela Pagay**     ctp@lnbyb.com
- **ATTORNEY FOR CREDITOR: Ambrish B Patel**     apatelEI@americaninfosource.com
- **ATTORNEY FOR INTERESTED PARTY: Leonard Pena**     lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **ATTORNEY FOR INTERESTED PARTY: Michael J Quinn**     mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **ATTORNEY FOR INTERESTED PARTY: Matthew D. Resnik**     matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **ATTORNEY FOR INTERESTED PARTY: Ronald N Richards**     ron@ronaldrichards.com, morani@ronaldrichards.com
- **ATTORNEY FOR INTERESTED PARTY: Kevin C Ronk**     Kevin@portilloronk.com, Attorneys@portilloronk.com
- **CHAPTER 7 TRUSTEE: Jason M Rund (TR)**     trustee@srlawyers.com, jrund@ecf.axosfs.com
- **ATTORNEY FOR CREDITOR: Gary A Starre**     gastarre@gmail.com, mmoonniiee@gmail.com
- **ATTORNEY FOR INTERESTED PARTY: Richard P Steelman**     rps@lnbyb.com, john@lnbyb.com
- **ATTORNEY FOR INTERESTED PARTY: Philip E Strok**     pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **ATTORNEY FOR INTERESTED PARTY: Christopher K.S. Wong**     christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **ATTORNEY FOR INTERESTED PARTY: Timothy J Yoo**     tjy@lnbyb.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**