# EXHIBIT B

ERIKA GIRARDI

September 17, 2019

I am married to Thomas V. Girardi. We have been together for more than 20 years. I agree that California Attorney Lending II, Inc. has a first lien on any assets owned by Thomas V. Girardi and any assets which are community property.

_____
ERIKA GIRARDI