# EXHIBIT C



## GIRARDI | KEESE
LAWYERS

Personal & Confidential

Via E-Mail: JDinardo@counselfinancial.com

October 25, 2019

Joe DiNardo
Counsel Financial
6400 Main Street, Suite 120
Williamsville, NY 14221
(800) 820-4430; (716) 568-0070

**Re:    *Loan - PERSONAL & CONFIDENTIAL – Attorney-Client Privilege***

Dear Joe:

It is agreed that any obligation from the law firm to Thomas Girardi, the Estate of Thomas Girardi, is waived until Counsel Financial is paid off in full.

I am the sole heir.

With kind regards,

ERIKA GIRARDI
\kc