Jason M. Rund
840 Apollo Street, Suite 351
El Segundo, CA  90245
Telephone: (310) 640-1200
Facsimile:  (310) 640-0200
trustee@srlawyers.com

Chapter 7 Trustee

FILED & ENTERED

APR 05 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

THOMAS VINCENT GIRARDI.,

Debtor.

Case No.  2:20-bk-21020 BR

Chapter 7

**ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY, LLP AS ACCOUNTANTS**

The Trustee's Application to Employ Hahn Fife & Company, LLP as Accountants filed March 4, 2021 [the "Application", docket number 127] filed by Jason M. Rund, the duly appointed, qualified and acting Chapter 7 Trustee for the bankruptcy estate of Thomas Vincent Girardi is considered by the court without a hearing.   Notice of Trustee's Application to Employ Hahn Fife & Company, LLP as Accountants [the "Notice", docket number 128] was provided pursuant to Local Bankruptcy Rule 2014-1(b) and served using the procedure set forth in Local Bankruptcy Rule 9013-1(o).  There was no opposition or request for a hearing.

The Court having read and considered the Application and good cause appearing,

///

///

1

IT IS ORDERED:

1. The Application is approved effective March 1, 2021.

2. Employment is pursuant to 11 U.S.C. § 327 and compensation and reimbursement of costs are subject to further application, determination and approval by this Court pursuant to 11 U.S.C. § 330.

### #

Date: April 5, 2021

*Barry Russell* (signature)

Barry Russell
United States Bankruptcy Judge

2