**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Elissa D. Miller, Chapter 7 Trustee for the bankruptcy estate of Girardi Keese

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:20-bk-21020-BR |
| THOMAS V. GIRARDI, | Chapter 7 |
| Debtor. | **JOINDER OF GIRARDI KEESE TRUSTEE IN TG TRUSTEE'S MOTION FOR EXTENSION OF TIME FOR FILING COMPLAINT OBJECTING TO DISCHARGE (11 U.S.C. § 727)** |
| | [No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

2864217.1

1

JOINDER

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

Elissa D. Miller, the chapter 7 trustee for the bankruptcy estate of Girardi Keese, hereby joins in the *Motion for Extension of Time for Filing Complaint Objecting to Discharge (11 U.S.C. § 727)* [Docket No. 34] filed by Jason Rund, the chapter 7 trustee for the bankruptcy estate of Thomas V. Girardi.

DATED: April 9, 2021

Respectfully submitted,

SMILEY WANG-EKVALL, LLP

By:     */s/ Timothy W. Evanston*
TIMOTHY W. EVANSTON
Attorneys for Elissa D. Miller, Chapter 7 Trustee for the bankruptcy estate of Girardi Keese

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **JOINDER OF GIRARDI KEESE TRUSTEE IN TG TRUSTEE'S MOTION FOR EXTENSION OF TIME FOR FILING COMPLAINT OBJECTING TO DISCHARGE (11 U.S.C. § 727)**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 9, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 9, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell  
U.S. Bankruptcy Court  
Roybal Federal Building  
255 E. Temple Street, Suite 1660  
Los Angeles, CA 90012  

Robert Girardi  
3662 Aquarius Drive  
Huntington Beach, CA  92649  

Thomas Girardi  
100 Los Altos Drive  
Pasadena, CA 91105.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 9, 2021 | Gabriela Gomez-Cruz | /s/ Gabriela Gomez-Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Rafey Balabanian , docket@edelson.com
- Ori S Blumenfeld   Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Sandor Theodore Boxer   tedb@tedboxer.com
- Richard D Buckley   richard.buckley@arentfox.com
- Marie E Christiansen   mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz   jcrastz@hrhlaw.com
- Ashleigh A Danker   Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Clifford S Davidson   csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Lei Lei Wang Ekvall   lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin   richard.esterkin@morganlewis.com
- Timothy W Evanston   tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith   Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James J Finsten , jimfinsten@hotmail.com
- James J Finsten   jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- Alan W Forsley   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- Eric D Goldberg   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- M. Jonathan Hayes   jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Marshall J Hogan   mhogan@swlaw.com, knestuk@swlaw.com
- Razmig Izakelian   razmigizakelian@quinnemanuel.com
- Lewis R Landau   Lew@Landaunet.com
- Craig G Margulies   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Peter J Mastan   peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R. Matthai   ematthai@romalaw.com, lrobie@romalaw.com
- Elissa Miller   emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick   MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott H Olson   solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Carmela Pagay   ctp@lnbyb.com
- Ambrish B Patel   apatelEI@americaninfosource.com
- Leonard Pena   lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn   mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- Matthew D. Resnik   matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Ronald N Richards   ron@ronaldrichards.com, morani@ronaldrichards.com
- Kevin C Ronk   Kevin@portilloronk.com, Attorneys@portilloronk.com
- Jason M Rund (TR)   trustee@srlawyers.com, jrund@ecf.axosfs.com
- William F Saavino   wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- Gary A Starre   gastarre@gmail.com, mmoonniiee@gmail.com
- Richard P Steelman   rps@lnbyb.com, john@lnbyb.com
- Philip E Strok   pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Christopher K.S. Wong   christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Timothy J Yoo   tjy@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        F 9013-3.1.PROOF.SERVICE