Jason M. Rund
840 Apollo Street, Suite 351
El Segundo, CA  90245
Telephone: (310) 640-1200
Facsimile:   (310) 640-0200
jrund@srlawyers.com

Chapter 7 Trustee

FILED & ENTERED

APR 13 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No.  2:20-bk-21020 BR<br><br>Chapter 7<br><br>**ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY COMPASS AS REAL ESTATE BROKER AND TO ENTER INTO EXCLUSIVE LISTING AGREEMENT**<br><br>[No Hearing Required] |

The *Chapter 7 Trustee's Application to Employ Compass as Real Estate Broker and to Enter Into Exclusive Listing Agreement; Declarations of Ted Clark and Heather Lillard in Support Thereof* [Docket No. 135] (the "Application") filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Thomas Vincent Girardi (the "Debtor"), seeking an order authorizing the employment of Compass, through its agents Ted Clark and Heather Lillard (collectively, "Compass" or the "Broker"), as his real estate broker, at the expense of the estate, to list and aid the Trustee in marketing and selling that certain residential real property of the estate commonly known as 100 Los Altos Drive, Pasadena, California 91105 (the "Los Altos Property" or the "Property"), and approving a proposed Residential Listing Agreement (Exclusive Authorization

1

and Right to Sell) and that certain Addendum to Residential Listing Agreement (collectively, the "Listing Agreement") entered into between the Trustee and Compass for the purposes of the sale and authorizing the Trustee to extend, modify (except as to commission) and terminate the Listing Agreement in his sole discretion without further notice or Court order is considered by the Court without a hearing. *Notice of Chapter 7 Trustee's Application to Employ Compass as Real Estate Broker and to Enter Into Exclusive Listing Agreement* [Docket No. 136] (the "Notice") was provided pursuant to Local Bankruptcy Rule 2014-1(b) and served using the procedure set forth in Local Bankruptcy Rule 9013-1(o). There was no opposition or request for a hearing.

The Court having reviewed the Application and the supporting declarations and exhibits, it appearing that due and proper notice was given and for other good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Application is granted.

2. The Trustee is authorized to employ Compass, through its agents Ted Clark and Heather Lillard, as his real estate broker pursuant to the terms and conditions set forth in the Application.

3. The Trustee is authorized to enter into the Listing Agreement with Compass pursuant to the terms and conditions set forth in the Application.

4. The Trustee is authorized to extend or amend the Listing Agreement from time to time as he believes in his discretion to be appropriate under the circumstances without further notice or order of the Court.

###

Date: April 13, 2021

_____
Barry Russell
United States Bankruptcy Judge

2