**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
*lekvall@swelawfirm.com*
Philip E. Strok, State Bar No. 169296
*pstrok@swelawfirm.com*
Timothy W. Evanston, State Bar No. 319342
*tevanston@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445-1000
Facsimile:    714 445-1002

Attorneys for Elissa D. Miller, Chapter 7 Trustee for the bankruptcy estate of Girardi Keese

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re | Case No. 2:20-bk-21020-BR |
|---|---|
| THOMAS VINCENT GIRARDI, | Chapter 7 |
| Debtor. | **STATEMENT REGARDING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH G&L AVIATION, LEE LIPSCOMB, 1122 WILSHIRE BUILDING PARTNERSHIP AND WALTER LACK** |
| | Date:   April 27, 2021<br>Time:   10:00 a.m.<br>Ctrm.:   1668 via ZoomGov<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |
| | Web Address: https://cacb.zoomgov.com<br>Meeting ID:    161 282 3731<br>Password:       123456<br>Telephone:     (669) 254-5252 (San Jose)<br>                      (646) 828-7666 (New York) |

2864546.1                                                                 1                                                                 STATEMENT

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

Elissa D. Miller, the chapter 7 trustee (the "Girardi Keese Trustee") for the bankruptcy estate ("Girardi Keese Estate") of Girardi Keese, Case No. 2:20-bk-21022-BR (the "Girardi Keese Case"), submits this Statement (the "Statement") regarding chapter 7 trustee Jason M. Rund's (the "Thomas Girardi Trustee") *Motion to Approve Compromise with G&L Aviation, Lee Lipscomb, 1122 Wilshire Building Partnership and Walter Lack* [Docket No. 156] (the "Motion").

## I.  INTRODUCTION

Pursuant to the Motion, the Thomas Girardi Trustee moves this Court for an order approving the Agreement[1] with the 1122 Wilshire Parties resolving the claims and issues between the 1122 Wilshire Parties and the estate of Thomas Girardi (the "Debtor"). If approved, the Debtor's estate will receive $1 million from the sale of the 1122 Wilshire Property and settle the claims against G&L Aviation, an entity in which the Debtor holds a 50% general partnership interest. Girardi Keese has occupied the 1122 Wilshire Property for over 20 years. The Agreement preserves the rights of the 1122 Wilshire Parties to assert rent claims against Girardi Keese in the Girardi Keese Case.

## II.  THE TRUSTEE'S STATEMENT REGARDING THE MOTION

As a creditor in the Debtor's case currently occupying the 1122 Wilshire Property, the Girardi Keese Trustee does not oppose the relief requested in the Motion but files this Statement to make the record clear that approval of the Motion and the Agreement in this case does not bind the Girardi Keese Trustee or the Girardi Keese Estate in any way or compromise rights, claims and defenses, including, but not limited to, the Girardi Keese Estate's rights, claims and defenses relating to the 1122 Wilshire Property, G&L Aviation,

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

a California General Partnership,[2] or any of the other 1122 Wilshire Parties, which should be expressly preserved. Similarly, neither the Motion nor the Agreement affect, alter or modify the protection of the automatic stay as to the Girardi Keese Estate or its rights with respect to the 1122 Wilshire Property.

### III.  CONCLUSION

The Thomas Girardi Trustee cannot compromise the third party rights, claims and defenses of the Girardi Keese Trustee or the Girardi Keese Estate. Based on the foregoing, the Trustee requests that if the Motion is granted, this Court's order approving the Motion contain a provision that approval of the Motion and the Agreement in this case does not: (a) bind the Girardi Keese Trustee or the Girardi Keese Estate in any way or compromise rights, claims and defenses, including, but not limited to, the Girardi Keese Estate's rights, claims and defenses relating to the 1122 Wilshire Property, G&L Aviation or any of the other 1122 Wilshire Parties, which are expressly preserved; or (b) affect, alter or modify the protection of the automatic stay as to the Girardi Keese Estate or its rights with respect to the 1122 Wilshire Property.

DATED:  April 13, 2021　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　SMILEY WANG-EKVALL, LLP


　　　　　　　　　　　　　　　　　　　By:  　　/s/ Philip E. Strok　　
　　　　　　　　　　　　　　　　　　　　　PHILIP E. STROK
　　　　　　　　　　　　　　　　　　　　　Attorneys for Elissa D. Miller, Chapter 7
　　　　　　　　　　　　　　　　　　　　　Trustee for the bankruptcy estate of Girardi Keese

---

[2] The Girardi Keese Trustee is investigating the Girardi Keese Estate's interest in G&L Aviation. According to tax returns filed by G&L Aviation, Girardi Keese is a partner. Given the lack of clarity, the Girardi Keese Trustee seeks to reserve all rights.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Statement Regarding Chapter 7 Trustee's Motion to Approve Compromise with G&L Aviation, Lee Lipscomb, 1122 Wilshire Building Partnership and Walter Lack** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **4/13/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **4/13/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street,
Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/13/2021 | Lynnette Garrett | */s/ Lynnette Garrett* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Rafey Balabanian**    , docket@edelson.com
- **Ori S Blumenfeld**    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **Sandor Theodore Boxer**    tedb@tedboxer.com
- **Richard D Buckley**    richard.buckley@arentfox.com
- **Marie E Christiansen**    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Ashleigh A Danker**    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- **Clifford S Davidson**    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- **Lei Lei Wang Ekvall**    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Richard W Esterkin**    richard.esterkin@morganlewis.com
- **Timothy W Evanston**    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**    , jimfinsten@hotmail.com
- **James J Finsten**    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Andrew Goodman**    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Marshall J Hogan**    mhogan@swlaw.com, knestuk@swlaw.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Lewis R Landau**    Lew@Landaunet.com
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Peter J Mastan**    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**    ematthai@romalaw.com, lrobie@romalaw.com
- **Elissa Miller**    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- **Eric A Mitnick**    MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Scott H Olson**    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Carmela Pagay**    ctp@lnbyb.com
- **Ambrish B Patel**    apatelEI@americaninfosource.com
- **Leonard Pena**    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **Matthew D. Resnik**    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com
- **Kevin C Ronk**    Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Jason M Rund (TR)**    trustee@srlawyers.com, jrund@ecf.axosfs.com
- **William F Savino**    wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Gary A Starre**    gastarre@gmail.com, mmoonniiee@gmail.com
- **Richard P Steelman**    rps@lnbyb.com, john@lnbyb.com
- **Philip E Strok**    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Christopher K.S. Wong**    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Timothy J Yoo**    tjy@lnbyb.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                 **F 9013-3.1.PROOF.SERVICE**