1  CRAIG G. MARGULIES (State Bar No. 185925)
   ORI S. BLUMENFELD (State Bar No. 259112)
2  **MARGULIES FAITH LLP**
   16030 Ventura Boulevard, Suite 470
3  Encino, California 91436
   Telephone: (818) 705-2777
4  Facsimile: (818) 705-3777
   Email: Craig@MarguliesFaithLaw.com
5  Email: Ori@MarguliesFaithLaw.com
6
7  Attorneys for Plaintiffs and Secured Creditors,
   Jaime Ruigomez, Kathleen Ruigomez, and Joseph Ruigomez

8
9              **UNITED STATES BANKRUPTCY COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

               **LOS ANGELES DIVISION**
11

12 | In re:                              | Case No. 2:20-bk-21020-BR

13 | THOMAS VINCENT GIRARDI,              | Chapter 7

14 |                          Debtor.     | Adv. No.: 2:21-ap-      -BR

15 | ─────────────────────────────────── |
   | JAIME RUIGOMEZ, an individual;       | **COMPLAINT FOR THE NON-**
16 | KATHLEEN RUIGOMEZ, an individual;    | **DISCHARGEABILITY OF DEBT**
   | and JOSEPH RUIGOMEZ, an individual,  | **PURSUANT TO 11 U.S.C. §§**
17 |                                      | **523(a)(2)(A), (a)(4), AND (a)(6)**
18 |                         Plaintiffs,  | [11 U.S.C. §§ 523(a)(2)(A), (a)(4), and
19 | vs.                                  | (a)(6)]
20 | THOMAS VINCENT GIRARDI, an           |
   | individual,                          |
21 |                                      |
22 |                        Defendant.    |

23

24

25

26

27

28

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE; AND DEBTOR/DEFENDANT:**

Pursuant to 11 U.S.C. §§ 523(a)(2)(A), (a)(4), and (a)(6) of the United States Bankruptcy Code, and Rules 4007 and 7001 *et seq.* of the Federal Rules of Bankruptcy Procedure, Plaintiffs / Creditors Jaime Ruigomez ("Jaime"[1]), Kathleen Ruigomez ("Kathleen") and Joseph Ruigomez ("Joseph") (collectively, "Ruigomez's", "Creditors" or "Plaintiffs") file this Complaint for Non-Dischargeability of Debt (the "Complaint") against the above-captioned debtor Thomas Vincent Girardi ("Girardi", "Defendant" or "Debtor"). In support thereof, the Plaintiffs state the following:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 151, 157 and 1334(b).  This adversary proceeding relates to the chapter 7 case of Girardi, Case No. 2:20-bk-21020-BR (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the Central District of California.

2.      The Complaint is brought pursuant to Rules 4007 and 7001 of the Federal Rules of Bankruptcy Procedure and the applicable Local Bankruptcy Rules.

3.      The claims for relief alleged herein are "core" proceedings subject to determination by this Court pursuant to 28 U.S.C. § 157(b)(2)(I) and (J).  Plaintiffs consent to the entry of final orders and/or judgment by the Bankruptcy Court in this adversary proceeding.

4.      Pursuant to 28 U.S.C. § 1409(a), venue in this Central District is proper as this adversary proceeding ("Adversary Proceeding") is properly commenced in this Court in which the Debtor's Bankruptcy Case is pending.

/ / /

/ / /

/ / /

---

[1] No disrespect is meant by the use of the Ruigomez Creditors' first names. Rather they are used in order to easily identify the specific family member referenced.

**PARTIES**

5.      Plaintiffs are, and at all times relevant hereto were, individuals residing in the State of California.

6.      Defendant Girardi is, and at all times relevant hereto was, an individual residing in the State of California. Further, admitted to the state bar of California in 1965, Girardi was a previously licensed attorney in California.  For decades, he has been recognized as one of the most prominent attorneys in California.  Additionally, he was appointed to the Judicial Council of California by Chief Justice Ronald M. George; the first trial lawyer to receive such appointment.

7.      On March 9, 2021 the State Bar of California ("State Bar") deemed Defendant not eligible to practice law in California.  On March 30, 2021, the State Bar has filed disciplinary charges against Defendant alleging that he engaged in a major misappropriation of client funds.

**GENERAL ALLEGATIONS**

8.      On December 18, 2020 (the "Petition Date"), an involuntary petition for relief under chapter 7 of the Bankruptcy Code was filed against the Debtor[2], commencing the Bankruptcy Case.  The order for relief was entered on January 13, 2020.

9.      This is a case that stems from the Debtor and GK representing the Ruigomez's as legal counsel in a catastrophic personal injury case and then the Debtor not paying the Ruigomez's their in excess of $11 MM in settlement funds received in that personal injury case.

10.      Girardi and GK represented the Ruigomez's in a personal injury action against Pacific Gas and Electric Company, a California corporation ("Underlying Action").

11.      Settlements were reached in the Underlying Action on Ruigomez's behalf.

---

2 On that same date, an involuntary petition for relief under chapter 7 of the Bankruptcy Code was also filed against the Debtor's law firm Girardi Keese ("GK"), case entitled, *In re Girardi* Keese, bearing case number 2:20-21020-BR, before YOUR HONOR. On information and belief, the Debtor is the sole proprietor of GK, and the GK tax returns state that the Debtor is the 100% owner of GK.

12.    Settlement funds were given to the Debtor and GK to disperse to the Ruigomez's.

13.    After Debtor and GK received the settlement funds, the Debtor and GK proposed investing approximately $11,500,000 of the settlement funds owed to the Ruigomez's for the benefit of Ruigomez's.

14.    Debtor and GK promised that the $11,500,000 investment for the Ruigomez's benefit would earn interest at a guaranteed rate of at least 6.5%.

15.    Debtor and GK also promised that these interest payments would be tax free.

16.    Debtor and GK began paying the Ruigomez's some of the settlement funds as alleged "interest."

17.    After Debtor and GK missed paying the Ruigomez's some of the claimed interest payments, Ruigomez's demanded that Debtor and GK pay Ruigomez's all of the earned interest and the principal amount.

18.    In or about early 2019, the Debtor and GK acknowledged that they owed Ruigomez's the earned interest and principal amounts and made a partial payment of funds on May 8, 2019.

19.    The Debtor and GK again acknowledged that they owed the Ruigomez's the money, and made an additional partial payment on July 5, 2019.

20.    After discovering that Debtor and GK had defaulted on their obligations with vendors, on April 20, 2020, the Ruigomez's filed a lawsuit for legal malpractice in the Superior Court of California, County of Los Angeles, case entitled, *Joseph Ruigomez, et al., v. Thomas V. Girardi*, *et al.*, bearing case number 19STCV22296 ("State Action").

21.    Despite repeated promises to pay the Ruigomez's their remaining amount due, Debtor and GK failed to pay the Ruigomez's the entirety of their funds due and owing, including the promised tax free interest on their investment.

22.    The Ruigomez's are informed and believe and based thereon allege that the Debtor and GK did not invest the approximately $11,500,000 that they promised to invest on Plaintiffs' behalf.

23.    Instead, Plaintiffs are informed and believe and based thereon allege that the Debtor and GK used these funds for their own benefit.

24.    On April 20, 2020, Ruigomez's obtained a stipulated judgment for legal malpractice (among other claims) entered ("Judgment"), in the State Action.  Attached hereto as **Exhibit "A"**, is a true and correct copy of the Judgment.

25.    The Judgment amount was $11,000,000.00.

26.    On April 27, 2020, an Abstract of Judgment ("Abstract") was issued by the court in the State Action in favor of the judgment creditors Plaintiffs (the Ruigomez's), and against Debtor and the joint judgment debtor GK. Attached hereto as **Exhibit "B"**, is a true and correct copy of the Abstract.

27.    On July 13, 2020, the Abstract was recorded and filed in the Official Records of the Recorder's Office in Los Angeles County - Document No. 20200770269.

28.    Additionally, on July 28, 2020, the Abstract was recorded and filed in the Official Records of the Recorder's Office in the following counties: Riverside County – Document No. 2020-0337298; Monterey County – Document No. 2020037202; and San Bernardino County – Document No. 2020-0258746.

29.    Pursuant to California Code of Civil Procedure § 697.301(a), the above referenced recordations thereby created a lien (or liens) on any and all of the Debtor's real property in those respective counties. Attached hereto as **Exhibit "C"**, are true and correct copies of the recorded Abstracts, respectfully.

30.    On April 22, 2020, the Ruigomez's filed an "Application and Order for Appearance and Examination" ("ORAP") in the State Action against the judgment Debtor. Attached hereto as **Exhibit "D"**, is a true and correct copy of the ORAP.

31.    On May 20, 2020, the judgment Debtor was personally served with the ORAP.

32.     On July 9, 2020, Plaintiffs filed the Proof of Personal Service-Civil ("POS") in the State Action. Pursuant to CCP § 708.110(d) - The judgment creditor shall personally serve a copy of the order [ORAP] on the judgment debtor not less than 10 days before the date set for the examination. Service shall be made in the manner specified in Section 415.10. **Service of the order [the ORAP] created a lien on the personal property of the judgment debtor** for a period of one year from the date of the entered order [ORAP] unless extended or sooner terminated by the court. *Emphasis added.*   Girardi was personally served on May 20, 2020 with the ORAP and the date set for the examination was August 19, 2020.  Attached hereto as **Exhibit "E"**, is a true and correct copy of the POS.

33.     On October 6, 2020, a Notice of Judgment Lien ("NJL") was also filed with the California Secretary of State – Document No. U200027063225, thereby creating a secured and perfected lien in favor of the judgment creditors Plaintiffs, and against the Debtor and joint judgment debtor GK's personal property.  Attached hereto as **Exhibit "F"**, is a true and correct copy of the NJL.

34.     Also, on Schedule D in the Debtor's Bankruptcy Case, the Ruigomez's are identified as "Ruigomez Creditors", and have their claim listed as secured by "All assets" of GK and the Debtor [Dkt. No. 140].

35.     As of December 18, 2020 ("Petition Date") the total aggregate secured claim amount is $11,747,245.95 ("Amount"), broken down as follow:

| | |
|---|---|
| Judgment - | $11,000,000.00 |
| Interest thru Petition Date - | $729,315.06 |
| Attorney Fees (collection costs | $17,930.99 |
| through Petition Date) | |
| TOTAL - | $11,747,245.95[3] |

---

3 Plaintiffs reserve any and all rights, claims and interests to assert additional amounts due and owing for post-petition amounts incurred for interest, legal fees and costs.

36.    On February 17, 2021, the Chapter 7 Trustee, Jason Rund, in the Debtor's Bankruptcy Case separately entered into a Settlement Agreement with the Ruigomez's, agreeing to an allowance of the Amount.  Attached hereto as **Exhibit "G"**, is a true and correct copy of the Settlement Agreement.

37.    On April 20, 2021, the Bankruptcy Court entered an order granting the Settlement Agreement with the Ruigomez's, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

38.    On Plaintiffs' information and belief, to be proven at trial in this Adversary Proceeding, there is other financial information of the Debtor and/or entities under his control (i.e. GK) that the Debtor was required to disclose in the Bankruptcy Case, but that the Debtor failed to properly disclose in the Bankruptcy Case to the detriment of creditors and interested parties, including Plaintiffs.

## **FIRST CLAIM FOR RELIEF**

### **NONDISCHARGEABILITY PURSUANT TO 11 U.S.C. 523(a)(2)(A)**

### **(Fraud Based Upon False Pretenses, False Representations, and Actual Fraud)**

39.    Plaintiffs repeat and reallege the allegations in each and every preceding paragraph 1 through 38 as though fully set forth herein.

40.    Plaintiffs are informed and believe that at the time Defendant agreed to invest Plaintiffs' settlement funds in favor of Plaintiffs, Defendant had no intention of performing his obligations thereunder and paying Plaintiffs their settlement funds.

41.    On June 21, 2013, Girardi and GK informed Plaintiffs that he would invest their funds with "no risk of loss."

42.    Girardi and GK further promised Plaintiffs that they would receive guaranteed interest for the money that they invested through Girardi.

43.    Girardi and GK further promised that they would pay the taxes on the interest so that the interest was tax free to Plaintiffs.

44.    Plaintiffs believed based upon Girardi's representations that Girardi and GK did in fact invest Plaintiffs' money for the benefit of Plaintiffs.

45.    Plaintiffs are informed and believe and based thereon allege that Girardi and GK never invested the funds on Plaintiffs' behaves.   Instead, Girardi and/or GK used Plaintiffs' money for their own benefit.

46.    At the time Girardi and GK promised to invest Plaintiffs' funds, Girardi and GK knew that they had no intention of investing said funds.

47.    Girardi and GK intended to defraud Plaintiffs so that Girardi and GK could utilize Plaintiffs' funds for their own benefit.

48.    For example, on August 1, 2019, Debtor and GK informally produced a "Case Card Register".   The Case Card Register indicated that $300,000.00 of the settlement funds were paid directly to Girardi for a "M&V Loan Repayment."

49.    The Case Card Register also revealed that over $6,000,000 of the settlement funds were paid to the Dinardo Law Firm, P.C.

50.    Plaintiffs are informed and believe and based thereon allege that these funds were for the personal benefit of Debtor and GK.   The reliance by Plaintiffs was justified because at the time the representations were made, Defendant personally assured Plaintiffs that their funds would be safe.   Girardi represented to the Ruigomez's family that he had obtained a Court Order that the funds would be deposited for the Ruigomez's benefit.   Girardi met personally and privately with the Ruigomez's.   He alone came up with this plan and scheme to defraud them out of their funds.   He represented to the Ruigomez family, that had suffered terribly, that the court and he agreed that it was in the best interest of the Ruigomez family to have Girardi invest their funds in a secure and tax free investment.   This, he represented, was to protect young Joe from falling into bad habits and/or being taken advantage of by fraud schemes.

51.    Thus, Defendant obtained Plaintiffs' money and/or property by false pretenses, false representations, and/or actual fraud, other than a statement respecting the Debtor's or an insider's financial condition – all in violation of 11 U.S.C. § 523(a)(2)(A).

52.    As a direct and proximate result of such conduct, Plaintiffs sustained the damages described above and according to proof at trial.   Accordingly, the Defendant's

1   debt owing to Plaintiffs is for money obtained by false pretenses, false representations

2   and/or actual fraud, and should be held nondischargeable pursuant to 11 U.S.C. §

3   523(a)(2)(A) together with prejudgment and post-judgment interest, plus costs and

4   attorneys' fees as allowed by law, and/or otherwise allowed.

5   **SECOND CLAIM FOR RELIEF**

6   **NONDISCHARGEABILITY PURSUANT TO 11 U.S.C. § 523(a)(4)**

7   **(Defalcation by a Fiduciary, and Embezzlement)**

8   53.    Plaintiff repeats and realleges the allegations in each and every preceding

9   paragraph 1 through and including 52 as though fully set forth herein.

10   54.    Defendant, as Plaintiffs' attorneys, owed Plaintiffs a fiduciary duty.

11   55.    Defendant, as the individual and principal of GK with the duty to hold

12   Plaintiffs' settlement monies from the Underlying Case in a client trust account, owed

13   Plaintiffs, and each of them, a fiduciary duty.

14   56.    Defendant was acting in a fiduciary capacity in regard to all of his actions

15   (and in actions) with the settlement monies belonging to the Plaintiffs that he and his firm

16   GK held for the benefit of the Plaintiffs.

17   57.    Defendant breached his fiduciary duties to Plaintiffs by wrongfully

18   withholding and failing to promptly pay Plaintiffs' the settlement funds.

19   58.    Plaintiffs are informed and believe that, at all relevant times, Defendant had

20   possession, custody, and control of the settlement funds.

21   59.    Plaintiffs believed (based upon Defendant's representations to Plaintiffs) that

22   Defendant did in fact invest Plaintiffs' money for the benefit of Plaintiffs.

23   60.    By taking possession of the settlement funds, Defendant agreed to act as

24   Plaintiffs' agent and fiduciary for purposes of ensuring that the settlement funds were

25   repaid to Plaintiffs in accordance with their agreement.

26   61.    Based upon Defendant's failure to invest the settlement funds, failure to

27   account for and repay to Plaintiffs all the settlement monies due to them, Defendant

28

committed an act (or acts) of defalcation (by failing to account for these taken funds) all to the detriment of Plaintiffs.

62.     The Debtor, as the Ruigomez's attorney, owing a fiduciary duty to Plaintiffs, deposited the settlement funds to pay for personal expenses of his and/or GK, rather than properly protect the rights and claims of Plaintiffs in said settlement monies.

63.     While acting in his fiduciary capacity, and in conscious disregard of Plaintiffs' rights, Defendant breached his fiduciary duties to Plaintiffs by among others, failing to properly account for the settlement funds and refusing to repay the settlement funds back to the Plaintiffs.

64.     Instead of paying Plaintiffs their settlement funds, Debtor embezzled the settlement funds and used the funds to pay for his and/or GK's personal expenses as set forth above.

65.     As a direct and proximate result of the foregoing, Plaintiffs have been damaged in an amount to be proven at trial, but in a sum not less than the Amount plus additional accruing interest, legal fees, and costs all to proven at trial

66.     In committing the acts described herein, Defendant acted willfully, maliciously and with deliberate intent to deceive Plaintiffs and to deny Plaintiffs their rights in the settlement funds thereby entitling Plaintiffs to an award of exemplary damages in an amount to be proven at trial.

67.     As a further direct and proximate result of Defendant's defalcation while acting in a fiduciary capacity, the debt owed by Defendant to Plaintiffs is and must be held non-dischargeable by virtue of the provisions of 11 U.S.C. § 523(a)(4).

68.     As a further direct and proximate result of Defendant's defalcation while acting in a fiduciary capacity, and embezzlement, Plaintiff has been required to retain the services of counsel and is entitled to reasonable attorneys' fees and costs.

/ / /

/ / /

/ / /

**THIRD CLAIM FOR RELIEF**

**NONDISCHARGEABILITY PURSUANT TO 11 U.S.C. § 523(a)(6)**

**(Willful and Malicious Injury by the Debtor to the Property of Another Entity)**

69.    Plaintiff repeats and realleges the allegations in each and every preceding paragraph 1 through 68 as though fully set forth herein.

70.    As further alleged above, Defendant owed the settlement funds to the Plaintiff as agreed to between the parties.  As Plaintiffs attorney, the Defendant was well aware of his obligations being entrusted with Plaintiffs' settlement funds that were due and owing to Plaintiffs.

71.    Notwithstanding the foregoing, the Defendant willfully induced the Plaintiffs to invest their settlement funds with him.

72.    Plaintiffs had an immediate and vested property right in their portion of the settlement funds that Defendant received for the Plaintiffs' benefit.

73.    Defendant intentionally and substantially interfered with Plaintiffs' property by preventing Plaintiffs from having access to the settlement funds by refusing to release custody and control of those funds to Plaintiffs.

74.    Plaintiffs did not consent to Defendants conversion of Plaintiffs' funds for his own benefit (or the benefit of Defendant's law firm's (GK) benefit.

75.    Plaintiffs were harmed as a result of Defendant's conversion of the Plaintiffs' settlement funds.

76.    Defendant's conduct was a substantial factor in causing Plaintiffs' harm.

77.    The Defendant maliciously inflicted injury upon the Plaintiffs by intentionally and wrongfully providing false, misleading and inaccurate representations and warranties concerning the investment of the settlement funds, by making promises that Defendant had no intention of performing and by concealing material facts from the Plaintiffs that Defendant was obligated to disclose as a fiduciary (i.e., that he had no intention of paying back the settlement funds, and was using them to pay personal expenses for his and GK's benefit).

78.     Defendant retained the settlement funds from Plaintiffs, with the representation that such funds were to be invested for the benefit of Plaintiffs and paid to Plaintiffs in accordance with the terms above.

79.     Plaintiffs believed that Defendant did in fact invest Plaintiffs' money for the benefit of Plaintiffs based upon Defendant's false representations.

80.     Plaintiffs had a right to the settlement funds when they were converted by Defendant.

81.     Defendant wrongfully took the settlement funds and improperly interfered with the Plaintiff's ability to use said funds, and converted such funds for his own personal benefit and use, when such funds rightfully belonged to Plaintiffs.

82.     Defendant took the Plaintiffs' funds without their consent or authorization.

83.     The Defendant intended the consequences of his actions, and his acts were willful since injury was substantially certain to result from Defendant's conduct.

84.     The Defendant's conduct and acts amount to conversion of Plaintiffs' property and has resulted in a willful and malicious injury by Defendant to Plaintiffs' property and property rights.

85.     As a proximate result of such conduct, Plaintiffs sustained the damages described herein, and as more fully determined in trial.

86.     Accordingly, Plaintiffs suffered damages in the sum of at least the Amount, and other amounts to be proven at trial, and all based upon Defendant's willful and malicious conduct, and said damages should be held against Debtor as non-dischargeable pursuant to 11 U.S.C. § 523(a)(6).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**WHEREFORE,** Plaintiffs, and each of them, prays for Judgment against Defendant as follows:

1.    On Claims for Relief 1 through and including 3 that this Court determine the liability of the Defendant owing to the Plaintiffs to be nondischargeable pursuant to the provisions of 11 U.S.C. §§ 523(a)(2)(A), (a)(4) and/or (a)(6), respectively, in an amount to be determined at trial;

2.    For Plaintiffs' reasonable attorneys' fees incurred in this Adversary Proceeding;

3.    For all costs incurred by Plaintiffs in connection with these proceedings; and

4.    For such other and further relief as this Court deems just and proper.

DATED:  April 20, 2021                    **MARGULIES FAITH, LLP**

By: */s/ Craig G. Margulies*
                    Craig G. Margulies
                    Ori S. Blumenfeld
Attorneys for Plaintiffs and Secured Creditors,
Jaime Ruigomez, Kathleen Ruigomez, and
Joseph Ruigomez

# EXHIBIT A

| SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES | RESERVED FOR CLERK'S FILE STAMP |
|---|---|
| **COURTHOUSE:** Stanley Mosk | **FILED** Superior Court of California County of Los Angeles APR 20 2020 Sherri R. Carter, Executive Officer/Clerk By_____, Deputy A. Barton |
| **PLAINTIFF(S):** Joseph Ruigomez, Kathleen Ruigomez, Jamie Ruigomez | |
| **CROSS-DEFENDANT(S):** | |
| **DEFENDANT(S):** Thomas V. Girardi; Girardi | Keese | |
| **CROSS-COMPLAINANT(S):** | |

| **STIPULATION FOR CIVIL JUDGMENT** | **CASE NUMBER:** 19STCV22296 | **DEPT.:** 56 |
|---|---|---|

THE PARTIES STIPULATE (AGREE ) AS FOLLOWS:

1. Judgment shall be entered in favor of:

   ☑ Plaintiff(s) Joseph Ruigomez, Kathleen Ruigomez, and Jamie Ruigomez _____

   ☐ Cross-Defendant(s) _____

   ☐ Defendant(s) _____

   ☐ Cross-Complainant(s) _____

   and against ___ Thomas V. Girardi and Girardi | Keese ___ *per Counsel at ex parte at 4/20/20* ___(name(s)) as follows:

   Principal          $ ~~12,000,000~~ *11,000,000 DSC*        ☐ Other Additional Relief: _____

   Prejudgment Interest  $ _____        _____

   Attorney's Fees    $ _____        _____

   Costs              $ _____        _____

   TOTAL              $ _____

   Any other terms and conditions (for example terms of a stay on execution of judgment):
   Payment is due within sixty (60) days. _____
   _____
   _____

LASC LACIV 220 (Rev. 08/18)        **STIPULATION FOR CIVIL JUDGMENT**        Page 1 of 2
For Optional Use

3.  If execution of the judgment is stayed, it is agreed that upon default by the party to perform, the stay will be lifted and a writ of execution or other relief may issue upon ex parte application by the party entitled to performance (check 3a, 3b, or 3c), as follows:

a.    ☐    Without further notice or hearing

b.    ☐    On 24-hour telephonic notice to the defaulting party

c.    ☐    Other _____

4.  **Acknowledgment and Waiver:**  I acknowledge and agree that I have the right to be represented by counsel at my own expense and that I have had the opportunity to raise any questions I have with the judge and/or counsel before signing this Stipulation.

Joseph Ruigomez

(TYPE OR PRINT NAME)                              (SIGNATURE OF PLAINTIFF)

_____         _____

(TYPE OR PRINT NAME)                              (SIGNATURE OF ATTORNEY FOR PLAINTIFF)

_____         _____

(TYPE OR PRINT NAME)                              (SIGNATURE OF DEFENDANT)

_____         _____

(TYPE OR PRINT NAME)                              (SIGNATURE OF ATTORNEY FOR DEFENDANT)

_____         _____

(TYPE OR PRINT NAME)                              (SIGNATURE OF  Defendand Tirapoli/Keas )

_____         _____

(TYPE OR PRINT NAME)                              (SIGNATURE OF ATTORNEY FOR _____ )

_____         _____

(TYPE OR PRINT NAME)                              (SIGNATURE OF _____ )

_____         _____

(TYPE OR PRINT NAME)                              (SIGNATURE OF ATTORNEY FOR _____ )

Judgment is entered this date in accord with the above.

The Court's case file will be destroyed on or after _____ without further order of the court.
                                                                              (INSERT DATE)

_____         _____

DATE                                                           JUDICIAL OFFICER

3.  If execution of the judgment is stayed, it is agreed that upon default by the party to perform, the stay will be lifted and a writ of execution or other relief may issue upon ex parte application by the party entitled to performance (check 3a, 3b, or 3c), as follows:

    a.   ☐   Without further notice or hearing

    b.   ☐   On 24-hour telephonic notice to the defaulting party

    c.   ☐   Other _____

4.  **Acknowledgment and Waiver:**  I acknowledge and agree that I have the right to be represented by counsel at my own expense and that I have had the opportunity to raise any questions I have with the judge and/or counsel before signing this Stipulation.

Kathleen Ruigomez

........................................................  _Kathleen Ruigomez_ _____

(TYPE OR PRINT NAME)   (SIGNATURE OF PLAINTIFF)

........................................................  _____

(TYPE OR PRINT NAME)   (SIGNATURE OF ATTORNEY FOR PLAINTIFF)

........................................................  _____

(TYPE OR PRINT NAME)   (SIGNATURE OF DEFENDANT)

........................................................  _____

(TYPE OR PRINT NAME)   (SIGNATURE OF ATTORNEY FOR DEFENDANT)

........................................................  _____

(TYPE OR PRINT NAME)   (SIGNATURE OF _____)

........................................................  _____

(TYPE OR PRINT NAME)   (SIGNATURE OF ATTORNEY FOR _____)

........................................................  _____

(TYPE OR PRINT NAME)   (SIGNATURE OF _____)

........................................................  _____

(TYPE OR PRINT NAME)   (SIGNATURE OF ATTORNEY FOR _____)

Judgment is entered this date in accord with the above.

The Court's case file will be destroyed on or after _____ without further order of the court.
                                                            (INSERT DATE)

_____   _____

DATE   JUDICIAL OFFICER

LASC LACIV 220 (Rev. 08/18)   **STIPULATION FOR CIVIL JUDGMENT**   Page 2 of 2
For Optional Use

3.  If execution of the judgment is stayed, it is agreed that upon default by the party to perform, the stay will be lifted and a writ of execution or other relief may issue upon ex parte application by the party entitled to performance (check 3a, 3b, or 3c), as follows:

   a.  ☐  Without further notice or hearing

   b.  ☐  On 24-hour telephonic notice to the defaulting party

   c.  ☐  Other _____

4.  **Acknowledgment and Waiver:**  I acknowledge and agree that I have the right to be represented by counsel at my own expense and that I have had the opportunity to raise any questions I have with the judge and/or counsel before signing this Stipulation.

Jamie Ruigomez

(TYPE OR PRINT NAME)                    (SIGNATURE OF PLAINTIFF)

_____     _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF ATTORNEY FOR PLAINTIFF)

_____     _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF DEFENDANT)

_____     _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF ATTORNEY FOR DEFENDANT)

_____     _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF _____)

_____     _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF ATTORNEY FOR _____)

_____     _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF _____)

_____     _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF ATTORNEY FOR _____)

Judgment is entered this date in accord with the above.

The Court's case file will be destroyed on or after _____ without further order of the court.
                                                    (INSERT DATE)

APR 2 0 2020
_____                 _____
DATE                                     JUDICIAL OFFICER

                                         David J. Cowan
                                         Judge

I certify that this is a true and correct copy of the
original on file in this office consisting of_____4_____pages

SHERRI R. CARTER, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles

Date: JUN 1 9 2020 By:_____Deputy

KARLA BLUMENBERG

# EXHIBIT B

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
Boris Treyzon, Esq. (SBN 188893)
ABIR COHEN TREYZON SALO, LLP
16001 Ventura Blvd., Suite 200
Encino, CA 91436

TEL NO.: (424) 288-4367    FAX NO. (optional): (424) 288-4368
E-MAIL ADDRESS *(Optional):* btreyzon@actslaw.com

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk Courthouse

*FOR RECORDER'S USE ONLY*

PLAINTIFF: Joseph Ruigomez, et al.
DEFENDANT: Thomas V. Girardi, et al.

CASE NUMBER: 19STCV22296

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended

*FOR COURT USE ONLY*

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      Thomas V. Girardi, an individual,
      c/o BAKER, KEENER & NAHRA, LLP
      633 W. Fifth Street, Suite 5500
      Los Angeles, California 90071-2005
   b. Driver's license no. [last 4 digits] and state:  [X] Unknown
   c. Social security no. [last 4 digits]:  [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Thomas V. Girardi, 1126 Wilshire Blvd., Los Angeles, California 90017

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Joseph Ruigomez, an individual,
   c/o ABIR COHEN TREYZON SALO, LLP
   16001 Ventura Blvd., Suite 200, Encino, California 91436
   Date: April 22, 2020
   Boris Treyzon, Esq.
   (TYPE OR PRINT NAME)

4. [X] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $11,000,000.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* April 20, 2020
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*
11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*
12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Sherri R. Carter Executive Officer / Clerk of Court
    Clerk, by V. Ortega , Deputy

[SEAL]
This abstract issued on *(date):* 04/27/2020

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**
Exhibit B

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

Page 18

| PLAINTIFF:  Joseph Ruigomez, et al. | COURT CASE NO.: |
|---|---|
| DEFENDANT:  Thomas V. Girardi, et al. | 19STCV22296 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Kathleen Ruigomez, an individual,
c/o ABIR COHEN TREYZON SALO, LLP
16001 Ventura Blvd., Suite 200
Encino, California 91436

14. Judgment creditor *(name and address):*
Jamie Ruigomez, an individual,
c/o ABIR COHEN TREYZON SALO, LLP
16001 Ventura Blvd., Suite 200
Encino, California 91436

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.                Name and last known address
Girardi & Keese
c/o BAKER, KEENER & NAHRA, LLP
633 W. Fifth Street, Suite 5500
Los Angeles, California 90071-2005

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
Thomas V. Girardi
Authorized Agent for Service of Process for Girardi & Keese
1126 Wilshire Blvd., Los Angeles, California 90017

17.                Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

18.                Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

19.                Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Exhibit B

## PROOF OF SERVICE

**STATE OF CALIFORNIA**          )
**COUNTY OF LOS ANGELES**    )    **ss:**

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  16001 Ventura Blvd., Suite 200, Encino, California 91436.

On April 22, 2020, I served the foregoing document described as:

    **1.   ABSTRACT OF JUDGMENT**

the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Phillip A. Baker, Esq.<br>Robert Baker, Esq.<br>BAKER, KEENER & NAHRA, LLP<br>633 W. Fifth Street, Suite 5500<br>Los Angeles, California 90071-2005<br>Facsimile: (213) 241-0990<br>E-mail: pbaker@bknlawyers.com<br>E-mail: rbaker@bknlawyers.com | *Attorneys for Defendants*<br>**THOMAS V. GIRARDI**<br>**GIRARDI | KEESE** |

☐   **BY MAIL:**  By placing a true and correct copy of the above-described document(s) in envelope(s), addressed as set forth above, with first class postage pre-paid for delivery to the above-named persons at the above-listed addresses and depositing such envelopes in a US mail collection box.

☐   **BY OVER NIGHT DELIVERY, VIA GOLDEN STATE OVERNIGHT:**  I gave the document(s) to our overnight courier service for its daily pick-up for delivery to the offices of the addressee, addressed as set forth above.

☐   **BY PERSONAL SERVICE** (*Ex Parte*)**:**  I personally delivered by hand to the attorney in attendance on behalf of the above-named counsel at the hearing of _____, in Department_____of_____the_____Courthouse,_____, California.

☒   **BY ELECTRONIC MAIL BY AGREEMENT:** Per agreement between counsels, I transmitted said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐   **BY FACSIMILE:**  I faxed said document(s) to the addressee, at the specified fax numbers shown above.

☐ **COURTESY COPY BY ELECTRONIC MAIL:** I transmitted courtesy copies of said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☒ (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 22, 2020, at Los Angeles, California.

_____
GINA ESFANDI

# EXHIBIT C




**This page is part of your document - DO NOT DISCARD**



## 20200770269



**Pages:
0005**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**07/13/20 AT 03:26PM**

| | |
|---|---|
| FEES: | 29.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 104.00 |



**L E A D S H E E T**



202007130240095

**00018504735**



010924095

**SEQ:
01**

**SECURE - Daily**



**THIS FORM IS NOT TO BE DUPLICATED**




*E464790*

Exhibit C

E13-20200709■■■■■20

Page 22

EJ-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*<br>After recording, return to:<br>Boris Treyzon, Esq. (SBN 188893)<br>ABIR COHEN TREYZON SALO, LLP<br>16001 Ventura Blvd., Suite 200<br>Encino, CA 91436<br><br>TEL NO.: (424) 288-4367    FAX NO. (optional): (424) 288-4368<br>E-MAIL ADDRESS *(Optional):* btreyzon@actslaw.com<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk Courthouse

*FOR RECORDER'S USE ONLY*

| | |
|---|---|
| PLAINTIFF: Joseph Ruigomez, et al.<br>DEFENDANT: Thomas V. Girardi, et al. | CASE NUMBER:<br>19STCV22296 |
| **ABSTRACT OF JUDGMENT—CIVIL**<br>**AND SMALL CLAIMS**   [ ] Amended | *FOR COURT USE ONLY* |

1. The [X] judgment creditor   [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a.  Judgment debtor's
       Name and last known address

   Thomas V. Girardi, an individual,
   c/o BAKER, KEENER & NAHRA, LLP
   633 W. Fifth Street, Suite 5500
   Los Angeles, California 90071-2005

   b.  Driver's license no. [last 4 digits] and state:   [X] Unknown
   c.  Social security no. [last 4 digits]:   [X] Unknown
   d.  Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

   Thomas V. Girardi, 1126 Wilshire Blvd., Los Angeles, California 90017

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Joseph Ruigomez, an individual,
   c/o ABIR COHEN TREYZON SALO, LLP
   16001 Ventura Blvd., Suite 200, Encino, California 91436
   Date: April 22, 2020
   Boris Treyzon, Esq.
   _____
   (TYPE OR PRINT NAME)

4. [X] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a.  Date:
   b.  Instrument No.:

   ► _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 11,000,000.00

7. All judgment creditors and debtors are listed on this abstract.

8. a.  Judgment entered on *(date):* April 20, 2020
   b.  Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An   [ ] execution lien   [ ] attachment lien
    is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of *(name and address):*

11. A stay of enforcement has
    a.  [X] not been ordered by the court.
    b.  [ ] been ordered by the court effective until *(date):*

12. a.  [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b.  [ ] A certified copy of the judgment is attached.

    Sherri R. Carter Executive Officer / Clerk of Court

    Clerk, by   V. Ortega   , Deputy

[SEAL]

This abstract issued on *(date):*
04/27/2020

| PLAINTIFF: Joseph Ruigomez, et al. | COURT CASE NO.: |
|---|---|
| DEFENDANT: Thomas V. Girardi, et al. | 19STCV22296 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Kathleen Ruigomez, an individual,
c/o ABIR COHEN TREYZON SALO, LLP
16001 Ventura Blvd., Suite 200
Encino, California 91436

14. Judgment creditor *(name and address):*
Jamie Ruigomez, an individual,
c/o ABIR COHEN TREYZON SALO, LLP
16001 Ventura Blvd., Suite 200
Encino, California 91436

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.          Name and last known address
Girardi & Keese
c/o BAKER, KEENER & NAHRA, LLP
633 W. Fifth Street, Suite 5500
Los Angeles, California 90071-2005

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
Thomas V. Girardi
Authorized Agent for Service of Process for Girardi &
Keese
1126 Wilshire Blvd., Los Angeles, California 90017

17.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

18.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

19.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]          **ABSTRACT OF JUDGMENT—CIVIL**          **Page 2 of 2**
**AND SMALL CLAIMS**
Exhibit C

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**             )
**COUNTY OF LOS ANGELES**       )    **ss:**

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  16001 Ventura Blvd., Suite 200, Encino, California 91436.

On April 22, 2020, I served the foregoing document described as:

    **1.  ABSTRACT OF JUDGMENT**

the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Phillip A. Baker, Esq.<br>Robert Baker, Esq.<br>BAKER, KEENER & NAHRA, LLP<br>633 W. Fifth Street, Suite 5500<br>Los Angeles, California 90071-2005<br>Facsimile: (213) 241-0990<br>E-mail: pbaker@bknlawyers.com<br>E-mail: rbaker@bknlawyers.com | *Attorneys for Defendants*<br>**THOMAS V. GIRARDI**<br>**GIRARDI | KEESE** |

☐  **BY MAIL:**  By placing a true and correct copy of the above-described document(s) in envelope(s), addressed as set forth above, with first class postage pre-paid for delivery to the above-named persons at the above-listed addresses and depositing such envelopes in a US mail collection box.

☐  **BY OVER NIGHT DELIVERY, VIA GOLDEN STATE OVERNIGHT:**  I gave the document(s) to our overnight courier service for its daily pick-up for delivery to the offices of the addressee, addressed as set forth above.

☐  **BY PERSONAL SERVICE** *(Ex Parte)*:  I personally delivered by hand to the attorney in attendance on behalf of the above-named counsel at the hearing of _____, in Department_____of_____the_____Courthouse,_____, California.

☒  **BY ELECTRONIC MAIL BY AGREEMENT:** Per agreement between counsels, I transmitted said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐  **BY FACSIMILE:**  I faxed said document(s) to the addressee, at the specified fax numbers shown above.

1
PROOF OF SERVICE
Exhibit C

1  ☐ **COURTESY COPY BY ELECTRONIC MAIL:** I transmitted courtesy copies of said document(s) to the person(s) shown above by electronic mail to the email address shown above.

2

3  ☒ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

4

5  ☐ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

6

7  Executed on April 22, 2020, at Los Angeles, California.

8

9  _____
   GINA ESFANDI

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RECORDING REQUESTED BY

NAME: Abir Cohen Treyzon Salo, LLP

**WHEN RECORDED SEND TO:**

NAME: Abir Cohen Treyzon Salo, LLP

ADDRESS: 16001 Ventura Blvd., Suite 200

CITY / STATE / ZIP: Encino, CA 91436

(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS IDENTIFIED ABOVE)

**DOC # 2020-0337298**
07/28/2020 04:34 PM Fees: $111.00
Page 1 of 5
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: MARIA VICTORIA #411

(SPACE ABOVE FOR RECORDER'S USE)

Abstract of Judgement
**(DOCUMENT TITLE)**

Exhibit C                                    Page 27

**EJ-001**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*<br>After recording, return to:<br>Boris Treyzon, Esq. (SBN 188893)<br>ABIR COHEN TREYZON SALO, LLP<br>16001 Ventura Blvd., Suite 200<br>Encino, CA 91436<br><br>TEL NO.: **(424) 288-4367**   FAX NO. (optional): **(424) 288-4368**<br>E-MAIL ADDRESS *(Optional):* btreyzon@actslaw.com<br>[X] ATTORNEY   [X] JUDGMENT   [ ] ASSIGNEE<br>    FOR        CREDITOR     OF RECORD | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: Joseph Ruigomez, et al.

DEFENDANT: Thomas V. Girardi, et al.

CASE NUMBER:
19STCV22296

## ABSTRACT OF JUDGMENT—CIVIL
## AND SMALL CLAIMS    [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor   [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a.  Judgment debtor's
               Name and last known address

   Thomas V. Girardi, an individual,
   c/o BAKER, KEENER & NAHRA, LLP
   633 W. Fifth Street, Suite 5500
   Los Angeles, California 90071-2005

   b.  Driver's license no. [last 4 digits] and state:   [X] Unknown
   c.  Social security no. [last 4 digits]:   [X] Unknown
   d.  Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

   Thomas V. Girardi, 1126 Wilshire Blvd., Los Angeles, California 90017

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Joseph Ruigomez, an individual,
   c/o ABIR COHEN TREYZON SALO, LLP
   16001 Ventura Blvd., Suite 200, Encino, California 91436
   Date: April 22, 2020
   Boris Treyzon, Esq.
   _____
   (TYPE OR PRINT NAME)

4. [X] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a.  Date:
   b.  Instrument No.:

   ► _____
       (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $11,000,000.00

7. All judgment creditors and debtors are listed on this abstract.

8. a.  Judgment entered on *(date):*  April 20, 2020
   b.  Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of *(name and address):*

11. A stay of enforcement has
    a.  [X] not been ordered by the court.
    b.  [ ] been ordered by the court effective until *(date):*

12. a.  [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b.  [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date):*
04/27/2020

Sherri R. Carter Executive Officer / Clerk of Court
Clerk, by    V. Ortega    , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

Exhibit C

| PLAINTIFF: Joseph Ruigomez, et al. | COURT CASE NO.: |
|---|---|
| DEFENDANT: Thomas V. Girardi, et al. | 19STCV22296 |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address):*
Kathleen Ruigomez, an individual,
c/o ABIR COHEN TREYZON SALO, LLP
16001 Ventura Blvd., Suite 200
Encino, California 91436

14. Judgment creditor *(name and address):*
Jamie Ruigomez, an individual,
c/o ABIR COHEN TREYZON SALO, LLP
16001 Ventura Blvd., Suite 200
Encino, California 91436

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.        Name and last known address
Girardi & Keese
c/o BAKER, KEENER & NAHRA, LLP
633 W. Fifth Street, Suite 5500
Los Angeles, California 90071-2005

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
Thomas V. Girardi
Authorized Agent for Service of Process for Girardi & Keese
1126 Wilshire Blvd., Los Angeles, California 90017

17.        Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

18.        Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

19.        Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

Exhibit C

## PROOF OF SERVICE

**STATE OF CALIFORNIA**      )
**COUNTY OF LOS ANGELES**    )    **ss:**

       I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  16001 Ventura Blvd., Suite 200, Encino, California 91436.

On April 22, 2020, I served the foregoing document described as:

    **1.  ABSTRACT OF JUDGMENT**

the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Phillip A. Baker, Esq.<br>Robert Baker, Esq.<br>BAKER, KEENER & NAHRA, LLP<br>633 W. Fifth Street, Suite 5500<br>Los Angeles, California 90071-2005<br>Facsimile: (213) 241-0990<br>E-mail: pbaker@bknlawyers.com<br>E-mail: rbaker@bknlawyers.com | *Attorneys for Defendants*<br>**THOMAS V. GIRARDI**<br>**GIRARDI | KEESE** |

☐   **BY MAIL:**  By placing a true and correct copy of the above-described document(s) in envelope(s), addressed as set forth above, with first class postage pre-paid for delivery to the above-named persons at the above-listed addresses and depositing such envelopes in a US mail collection box.

☐   **BY OVER NIGHT DELIVERY, VIA GOLDEN STATE OVERNIGHT:**  I gave the document(s) to our overnight courier service for its daily pick-up for delivery to the offices of the addressee, addressed as set forth above.

☐   **BY PERSONAL SERVICE (*Ex Parte*):**  I personally delivered by hand to the attorney in attendance on behalf of the above-named counsel at the hearing of _____, in Department_____of_____the_____Courthouse,_____, California.

☒   **BY ELECTRONIC MAIL BY AGREEMENT:** Per agreement between counsels, I transmitted said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐   **BY FACSIMILE:**  I faxed said document(s) to the addressee, at the specified fax numbers shown above.

☐   **COURTESY COPY BY ELECTRONIC MAIL:** I transmitted courtesy copies of said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☒   (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 22, 2020, at Los Angeles, California.

                                               GINA ESFANDI

RECORDING REQUESTED BY

NAME: Abir Cohen Treyzon Salo, LLP

**WHEN RECORDED SEND TO:**

NAME: Abir Cohen Treyzon Salo, LLP

ADDRESS: 16001 Ventura Blvd., Suite 200

CITY / STATE / ZIP: Encino, CA 91436

(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS IDENTIFIED ABOVE)

Stephen L. Vagnini
MontereyCounty Clerk-Recorder

Recorded at the request of:
ON-CALL LEGAL

**2020037202**

07/28/2020 03:19:26
Titles: 1    Pages: 5
Fees: $109.00
Taxes: $0.00
AMT PAID: $109.00

(SPACE ABOVE FOR RECORDER'S USE)

Abstract of Judgement

**(DOCUMENT TITLE)**

Exhibit C                                        Page 32

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* | FOR RECORDER'S USE ONLY |
|---|---|

After recording, return to:
Boris Treyzon, Esq. (SBN 188893)
ABIR COHEN TREYZON SALO, LLP
16001 Ventura Blvd., Suite 200
Encino, CA 91436

TEL NO.: **(424) 288-4367**    FAX NO. (optional): **(424) 288-4368**
E-MAIL ADDRESS *(Optional):* btreyzon@actslaw.com

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: Joseph Ruigomez, et al.

DEFENDANT: Thomas V. Girardi, et al.

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    [ ] Amended | CASE NUMBER: 19STCV22296 |
|---|---|
| | FOR COURT USE ONLY |

1. The [X] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's

   Name and last known address

   ┌─────────────────────────────┐
   Thomas V. Girardi, an individual,
   c/o BAKER, KEENER & NAHRA, LLP
   633 W. Fifth Street, Suite 5500
   Los Angeles, California 90071-2005
   └─────────────────────────────┘

   b. Driver's license no. [last 4 digits] and state:    [X] Unknown
   c. Social security no. [last 4 digits]:    [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

   Thomas V. Girardi, 1126 Wilshire Blvd., Los Angeles, California 90017

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Joseph Ruigomez, an individual,
   c/o ABIR COHEN TREYZON SALO, LLP
   16001 Ventura Blvd., Suite 200, Encino, California 91436

   Date: April 22, 2020
   Boris Treyzon, Esq.
   _____
   (TYPE OR PRINT NAME)

4. [X] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ► _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $11,000,000.00

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* April 20, 2020
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

    Sherri R. Carter Executive Officer / Clerk of Court
    Clerk, by    V. Ortega    , Deputy

[SEAL]

This abstract issued on *(date):*
04/27/2020

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

Exhibit C

Page 33

| PLAINTIFF:  Joseph Ruigomez, et al. | COURT CASE NO.: |
|---|---|
| DEFENDANT:  Thomas V. Girardi, et al. | 19STCV22296 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Kathleen Ruigomez, an individual,
c/o ABIR COHEN TREYZON SALO, LLP
16001 Ventura Blvd., Suite 200
Encino, California 91436

14. Judgment creditor *(name and address):*
Jamie Ruigomez, an individual,
c/o ABIR COHEN TREYZON SALO, LLP
16001 Ventura Blvd., Suite 200
Encino, California 91436

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.          Name and last known address
Girardi & Keese
c/o BAKER, KEENER & NAHRA, LLP
633 W. Fifth Street, Suite 5500
Los Angeles, California 90071-2005

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
Thomas V. Girardi
Authorized Agent for Service of Process for Girardi &
Keese
1126 Wilshire Blvd., Los Angeles, California 90017

17.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

18.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

19.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

---

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**
Exhibit C

Page 2 of 2

Page 34

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
**COUNTY OF LOS ANGELES** )  **ss:**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  16001 Ventura Blvd., Suite 200, Encino, California 91436.

On April 22, 2020, I served the foregoing document described as:

**1.  ABSTRACT OF JUDGMENT**

the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Phillip A. Baker, Esq.<br>Robert Baker, Esq.<br>BAKER, KEENER & NAHRA, LLP<br>633 W. Fifth Street, Suite 5500<br>Los Angeles, California 90071-2005<br>Facsimile: (213) 241-0990<br>E-mail: pbaker@bknlawyers.com<br>E-mail: rbaker@bknlawyers.com | *Attorneys for Defendants*<br>**THOMAS V. GIRARDI**<br>**GIRARDI \| KEESE** |

☐  **BY MAIL:**  By placing a true and correct copy of the above-described document(s) in envelope(s), addressed as set forth above, with first class postage pre-paid for delivery to the above-named persons at the above-listed addresses and depositing such envelopes in a US mail collection box.

☐  **BY OVER NIGHT DELIVERY, VIA GOLDEN STATE OVERNIGHT:**  I gave the document(s) to our overnight courier service for its daily pick-up for delivery to the offices of the addressee, addressed as set forth above.

☐  **BY PERSONAL SERVICE** *(Ex Parte)***:**  I personally delivered by hand to the attorney in attendance on behalf of the above-named counsel at the hearing of _____, in Department_____of_____the_____Courthouse,_____, California.

☒  **BY ELECTRONIC MAIL BY AGREEMENT:** Per agreement between counsels, I transmitted said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐  **BY FACSIMILE:**  I faxed said document(s) to the addressee, at the specified fax numbers shown above.

1

☐ **COURTESY COPY BY ELECTRONIC MAIL:** I transmitted courtesy copies of said document(s) to the person(s) shown above by electronic mail to the email address shown above.

2

3

☒ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

4

5

☐ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

6

7

Executed on April 22, 2020, at Los Angeles, California.

8

9

_____
GINA ESFANDI

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RECORDING REQUESTED BY

NAME:  Abir Cohen Treyzon Salo, LLP

**WHEN RECORDED SEND TO:**

NAME:   Abir Cohen Treyzon Salo, LLP

ADDRESS:   16001 Ventura Blvd., Suite 200

CITY / STATE / ZIP:  Encino, CA 91436

(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS IDENTIFIED ABOVE)

Electronically
**Recorded in Official Records
County of San Bernardino**
Bob Dutton
**Assessor-Recorder-County Clerk**

**DOC# 2020-0258746**

| 07/28/2020 04:36 PM SAN | Titles: 1 | Pages: 5 | |
|---|---|---|---|
| | Fees | | $101.00 |
| | Taxes | | $ 0.00 |
| I1287 | CA SB2 Fee | | 75.00 |
| | Total | | $176.00 |

(SPACE ABOVE FOR RECORDER'S USE)

Abstract of Judgement

**(DOCUMENT TITLE)**

Exhibit C                                                    Page 37

**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* | FOR RECORDER'S USE ONLY |
|---|---|
| After recording, return to:<br>Boris Treyzon, Esq. (SBN 188893)<br>ABIR COHEN TREYZON SALO, LLP<br>16001 Ventura Blvd., Suite 200<br>Encino, CA 91436<br><br>TEL NO.: (424) 288-4367    FAX NO. (optional): (424) 288-4368<br>E-MAIL ADDRESS *(Optional):* btreyzon@actslaw.com<br>[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles

STREET ADDRESS: 111 N. Hill Street

MAILING ADDRESS: 111 N. Hill Street

CITY AND ZIP CODE: Los Angeles, 90012

BRANCH NAME: Stanley Mosk Courthouse

| | |
|---|---|
| PLAINTIFF: Joseph Ruigomez, et al.<br>DEFENDANT: Thomas V. Girardi, et al. | CASE NUMBER:<br>19STCV22296 |
| **ABSTRACT OF JUDGMENT—CIVIL**<br>**AND SMALL CLAIMS**    [ ] **Amended** | *FOR COURT USE ONLY* |

1. The [X] judgment creditor    [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a.  Judgment debtor's
       Name and last known address

   ```
   Thomas V. Girardi, an individual,
   c/o BAKER, KEENER & NAHRA, LLP
   633 W. Fifth Street, Suite 5500
   Los Angeles, California 90071-2005
   ```

   b.  Driver's license no. [last 4 digits] and state:    [X] Unknown
   c.  Social security no. [last 4 digits]:    [X] Unknown
   d.  Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

   Thomas V. Girardi, 1126 Wilshire Blvd., Los Angeles, California 90017

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Joseph Ruigomez, an individual,
   c/o ABIR COHEN TREYZON SALO, LLP
   16001 Ventura Blvd., Suite 200, Encino, California 91436

   Date: April 22, 2020
   Boris Treyzon, Esq.
   _____
   (TYPE OR PRINT NAME)

4. [X] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a.  Date:
   b.  Instrument No.:

   ▶ _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6.  Total amount of judgment as entered or last renewed:
    $11,000,000.00

7.  All judgment creditors and debtors are listed on this abstract.

8.  a.  Judgment entered on *(date):*  April 20, 2020
    b.  Renewal entered on *(date):*

9.  [ ] This judgment is an installment judgment.

10. [ ] An    [ ] execution lien    [ ] attachment lien
    is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of *(name and address):*

11. A stay of enforcement has
    a.  [X] not been ordered by the court.
    b.  [ ] been ordered by the court effective until *(date):*

12. a.  [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b.  [ ] A certified copy of the judgment is attached.

    Sherri R. Carter Executive Officer / Clerk of Court

[SEAL]

This abstract issued on *(date):*
04/27/2020

Clerk, by    V. Ortega    , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**
Exhibit C

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

Page 38

| PLAINTIFF:   Joseph Ruigomez, et al. | COURT CASE NO.: |
|---|---|
| DEFENDANT:   Thomas V. Girardi, et al. | 19STCV22296 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Kathleen Ruigomez, an individual,
c/o ABIR COHEN TREYZON SALO, LLP
16001 Ventura Blvd., Suite 200
Encino, California 91436

14. Judgment creditor *(name and address):*
Jamie Ruigomez, an individual,
c/o ABIR COHEN TREYZON SALO, LLP
16001 Ventura Blvd., Suite 200
Encino, California 91436

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.          Name and last known address
Girardi & Keese
c/o BAKER, KEENER & NAHRA, LLP
633 W. Fifth Street, Suite 5500
Los Angeles, California 90071-2005

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
Thomas V. Girardi
Authorized Agent for Service of Process for Girardi &
Keese
1126 Wilshire Blvd., Los Angeles, California 90017

17.          Name and last known address



Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

18.          Name and last known address



Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

19.          Name and last known address



Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**
Exhibit C

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**                    )
**COUNTY OF LOS ANGELES**          )    **ss:**

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  16001 Ventura Blvd., Suite 200, Encino, California 91436.

On April 22, 2020, I served the foregoing document described as:

    **1.  ABSTRACT OF JUDGMENT**

the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Phillip A. Baker, Esq.<br>Robert Baker, Esq.<br>BAKER, KEENER & NAHRA, LLP<br>633 W. Fifth Street, Suite 5500<br>Los Angeles, California 90071-2005<br>Facsimile: (213) 241-0990<br>E-mail: pbaker@bknlawyers.com<br>E-mail: rbaker@bknlawyers.com | *Attorneys for Defendants*<br>**THOMAS V. GIRARDI**<br>**GIRARDI | KEESE** |

☐ **BY MAIL:**  By placing a true and correct copy of the above-described document(s) in envelope(s), addressed as set forth above, with first class postage pre-paid for delivery to the above-named persons at the above-listed addresses and depositing such envelopes in a US mail collection box.

☐ **BY OVER NIGHT DELIVERY, VIA GOLDEN STATE OVERNIGHT:**  I gave the document(s) to our overnight courier service for its daily pick-up for delivery to the offices of the addressee, addressed as set forth above.

☐ **BY PERSONAL SERVICE** *(Ex Parte)*:  I personally delivered by hand to the attorney in attendance on behalf of the above-named counsel at the hearing of _____, in Department_____of_____the_____Courthouse,_____, California.

☒ **BY ELECTRONIC MAIL BY AGREEMENT:** Per agreement between counsels, I transmitted said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐ **BY FACSIMILE:**  I faxed said document(s) to the addressee, at the specified fax numbers shown above.

1   ☐ **COURTESY COPY BY ELECTRONIC MAIL:** I transmitted courtesy copies of said document(s) to the person(s) shown above by electronic mail to the email address shown above.

2

3   ☒ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

4

5   ☐ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

6

7 Executed on April 22, 2020, at Los Angeles, California.

8                         _____

9                               GINA ESFANDI

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT D

Electronically FILED by Superior Court of California, County of Los Angeles on 04/22/2020 11:43 AM Sherri R. Carter, Executive Officer/Clerk of Court, by V. Ortega, Deputy Clerk

AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Boris Treyzon, Esq. (SBN 188893)<br>ABIR COHEN TREYZON SALO, LLP<br>16001 Ventura Blvd., Suite 200<br>Encino, California 91436<br>TELEPHONE NO.: (424) 288-4367    FAX NO.: (424) 288-4368<br>ATTORNEY FOR *(Name):* Plaintiffs | |

| NAME OF COURT: Los Angeles Superior Court |
|---|
| STREET ADDRESS: 111 N. Hill Street |
| MAILING ADDRESS: 111 N. Hill Street |
| CITY AND ZIP CODE: Los Angeles, 90012 |
| BRANCH NAME: Stanley Mosk Courthouse, Central District |

PLAINTIFF: Joseph Ruigonez, et al.

DEFENDANT: Thomas V. Girardi, et al.

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: |
|---|---|
| [✓] ENFORCEMENT OF JUDGMENT    [ ] ATTACHMENT (Third Person)<br>　　[✓] Judgment Debtor    [ ] Third Person | 19STCV22296 |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO *(name):* Thomas V. Girardi, an individual,
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [✓] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

| Date: August 19, 2020    Time: 8:30 a.m.    Dept. or Div.: 44    Rm.: 418 |
|---|
| Address of court [✓] shown above [✓] is: Los Angeles Superior Court, Central<br>　　　　　　　　　　　　　　　　　111 N. Hill Street, Los Angeles, CA 90012 |

3. This order may be served by a sheriff, marshal, registered process server, **or** the following specially appointed person *(name):*

Date: 04/22/2020　　　　　　　　　　　　　　　Edward B. Moreton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE OR REFEREE

**This order must be served not less than 10 days before the date set for the examination.**

# IMPORTANT NOTICES ON REVERSE

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [✓] Judgment creditor [ ] Assignee of record [ ] Plaintiff who has a right to attach order
   applies for an order requiring *(name):* Thomas V. Girardi, an individual, to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [✓] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or *(atta　ment onl　)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 22, 2020

Boris Treyzon, Esq.
(TYPE OR PRINT NAME)　　　　　　　　　　　　　▶　　　　(SIGNATURE OF DECLARANT)

(Continued on reverse)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>AT-138, EJ-125 [Rev. July 1, 2000] | **APPLICATION AND ORDER<br>FOR APPEARANCE AND EXAMINATION**<br>(Attachment—Enforcement of Judgment) | Code of Civil Procedure,<br>§§ 491.110, 708.110, 708.120 |
|---|---|---|

Electronically Received 04/22/2020 11:43 AM

---

## APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

---

## APPEARANCE OF A THIRD PERSON
## (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

**(2) NOTICE TO JUDGMENT DEBTOR   The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *D     r*
*r    r    r d                  r                     r :***

**If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.**

---

## APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.**

---

## APPEARANCE OF A CORPORATION, PARTNERSHIP,
## ASSOCIATION, TRUST, OR OTHER ORGANIZATION

**It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.**

---

**APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION
(Attachment—Enforcement of Judgment)**

Exhibit D                                                          Page 43

## PROOF OF SERVICE

**STATE OF CALIFORNIA**          )
**COUNTY OF LOS ANGELES**     )     **ss:**

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  16001 Ventura Blvd., Suite 200, Encino, California 91436.

On April 30, 2020, I served the foregoing document described as:

1. **APPLICATION AND ORDER FOR APPEARANCE AT JUDGMENT DEBTOR EXAMINATION TO THOMAS V. GIRARDI;**
2. **CIVIL SUBPOENA DUCES TECUM FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS TO THOMAS V. GIRARDI**

the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Phillip A. Baker, Esq.<br>Robert Baker, Esq.<br>BAKER, KEENER & NAHRA, LLP<br>633 W. Fifth Street, Suite 5500<br>Los Angeles, California 90071-2005<br>Facsimile: (213) 241-0990<br>E-mail: pbaker@bknlawyers.com<br>E-mail: rbaker@bknlawyers.com | *Attorneys for Defendants*<br>**THOMAS V. GIRARDI**<br>**GIRARDI | KEESE** |

☐  **BY MAIL:**  By placing a true and correct copy of the above-described document(s) in envelope(s), addressed as set forth above, with first class postage pre-paid for delivery to the above-named persons at the above-listed addresses and depositing such envelopes in a US mail collection box.

☐  **BY OVER NIGHT DELIVERY, VIA GOLDEN STATE OVERNIGHT:**  I gave the document(s) to our overnight courier service for its daily pick-up for delivery to the offices of the addressee, addressed as set forth above.

☐  **BY PERSONAL SERVICE (*Ex Parte*):**  I personally delivered by hand to the attorney in attendance on behalf of the above-named counsel at the hearing of _____, in Department_____of_____the_____Courthouse,_____, California.

☒  **BY ELECTRONIC MAIL BY AGREEMENT:** Per agreement between counsels, I transmitted said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐ **BY FACSIMILE:** I faxed said document(s) to the addressee, at the specified fax numbers shown above.

☐ **COURTESY COPY BY ELECTRONIC MAIL:** I transmitted courtesy copies of said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☒ (State)      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.


Executed on April 30, 2020, at Los Angeles, California.


_____
GINA ESFANDI

# EXHIBIT E

Electronically FILED by Superior Court of California, County of Los Angeles on 07/09/2020 11:36 AM Sherri R. Carter, Executive Officer/Clerk of Court, by A. Miro, Deputy Clerk

POS-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Boris Treyzon, Esq. (SBN 188893)<br>ABIR COHEN TREYZON SALO, LLP<br>16001 Ventura Blvd.<br>Suite 200<br>Encino, California 91436<br>TELEPHONE NO.: (424) 288-4367    FAX NO. *(Optional):* (424) 288-4368<br>E-MAIL ADDRESS *(Optional):* btreyzon@actslaw.com<br>ATTORNEY FOR *(Name):* Plaintiffs | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk Courthouse, Centrsl District

PETITIONER/PLAINTIFF: Joseph Ruigomez, et al.

RESPONDENT/DEFENDANT: Thomas V. Girardi, et al.

| PROOF OF PERSONAL SERVICE—CIVIL | CASE NUMBER:<br>19STCV22296 |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1.  I am over 18 years of age and **not a party to this action.**

2.  I served the following **documents** *(specify):*

    1) Application and Order for Appearance and Examination - Thomas V. Girardi as the Person Most Knowledgeable for Girardi | Keese
    2) Civil Subpoena (Duces Tecum) for Personal Appearance and Production of Documents - Thomas V. Girardi as the Person Most Knowledgeable for Girardi | Keese
    ☐ The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3.  I personally served the following **persons** at the address, date, and time stated:
    a. Name: Thomas V. Girardi as the Person Most Knowledgeable for Girardi | Keese
    b. Address: 100 Los Altos Dr., Pasadena, CA 91105
    c. Date: May 20, 2020
    d. Time: 6:30 p.m.

    ☐ The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4.  I am
    a. ☐ not a registered California process server.
    b. ☑ a registered California process server.
    c. ☐ an employee or independent contractor of a registered California process server.
    d. ☐ exempt from registration under Business & Professions Code section 22350(b).

5.  My name, address, telephone number, and, if applicable, county of registration and number are *(specify):*
    Raul Madrid
    P.O. Box 509, La Puente, CA 91747
    (626) 523-5826
    Los Angeles County Registration No. 3905

6.  ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7.  ☐ I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date: July 8, 2020

Raul Madrid
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)
_____
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

| Form Approved for Optional Use<br>Judicial Council of California<br>POS-020 [New January 1, 2005] | **PROOF OF PERSONAL SERVICE—CIVIL** | Code of Civil Procedure, § 1011<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.USCourtForms.com |

## INFORMATION SHEET FOR PROOF OF PERSONAL SERVICE—CIVIL

*(This information sheet is not a part of the Proof of Service form and does not need to be copied, served, or filed.)*

**NOTE:** This form should **not** be used for proof of service of a summons and complaint. For that purpose, use *Proof of Service of Summons* (form POS-010).

Use these instructions to complete the *Proof of Personal Service* (form POS-020).

A person at least 18 years of age or older must serve the documents. There are two main ways to serve documents: (1) by personal delivery and (2) by mail. Certain documents must be personally served. You must determine whether personal service is required for a document.

The person who personally served the documents must complete a proof of service form for the documents served. **You cannot serve documents if you are a party to the action.**

### INSTRUCTIONS FOR THE PERSON WHO SERVED THE DOCUMENTS

The proof of service should be printed or typed. If you have Internet access, fillable versions of the form are available at *www.courtinfo.ca.gov/forms.*

*Complete the top section of the proof of service form as follows:*

First box, left side: In this box print the name, address, and phone number of the person *for* whom you served the documents.

Second box, left side: Print the name of the county in which the legal action is filed and the court's address in this box. The address for the court should be the same as on the documents that you served.

Third box, left side: Print the names of the Petitioner/Plaintiff and Respondent/Defendant in this box. Use the same names as are listed on the documents that you served.

First box, top of form, right side: Leave this box blank for the court's use.

Second box, right side: Print the case number in this box. The number should be the same as the case number on the documents that you served.

*Complete all applicable items on the form:*

1. You are stating that you are over the age of 18 and that you are not a party to this action.

2. List the name of each document that you delivered to the person. If you need more space, check the box in item 2, complete the *Attachment to Proof of Personal Service–Civil (Documents Served)* (form POS-020(D)), and attach it to form POS-020.

3. Provide the name of each person served, the address where you served the documents, and the date and time of service. If you served more than one person, check the box in item 3, complete the *Attachment to Proof of Personal Service–Civil (Persons Served)* (form POS-020(P)), and attach it to form POS-020.

4. Check the box that applies to you. If you are a private person serving the documents for a party, check box "a."

5. Print your name, address, and telephone number. If applicable, include the county in which you are registered as a process server and your registration number.

6. You must check this box if you are not a California sheriff or marshal. You are stating under penalty of perjury that the information you have provided is true and correct.

7. Do not check this box unless you are a California sheriff or marshal.

**At the bottom, fill in the date on which you signed the form, print your name, and sign the form at the arrow. By signing, you are stating under penalty of perjury that all the information that you have provided on form POS-020 is true and correct.**

POS-020 [New January 1, 2005]

**PROOF OF PERSONAL SERVICE—CIVIL**

# EXHIBIT F

B0334-7360 10/06/2020 5:00 PM Received by California Secretary of State

## NOTICE OF JUDGMENT LIEN
FOLLOW INSTRUCTIONS CAREFULLY (front and back of form)

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U200027063225 |
| Date Filed: 10/6/2020 |

A. NAME & PHONE OF FILER'S CONTACT (optional)
Boris Treyzon; (424) 288-4367

B. SEND ACKNOWLEDGMENT TO: (NAME AND ADDRESS)

Boris Treyzon, Esq.
ABIR COHEN TREYZON SALO, LLP
16001 Ventura Blvd., Suite 200
Encino, California 91436

THIS SPACE FOR FILING OFFICE USE ONLY

**1. JUDGMENT DEBTOR'S EXACT LEGAL NAME** --Insert only one name, either 1a or 1b. Do not abbreviate or combine names.

1a. ORGANIZATION'S NAME

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- |
| Girardi | Thomas | Vincent | |
| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 100 Los Altos Drive | Pasadena | CA | 91105 | US |

**2. JUDGMENT CREDITOR'S NAME** – Do not abbreviate or combine names.

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE | SUFFIX |
| --- | --- | --- | --- |
| Ruigomez | Joseph | | |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 16001 Ventura Blvd., Suite 200 | Encino | CA | 91436 | US |

**3. ALL PROPERTY SUBJECT TO ENFORCEMENT OF A MONEY JUDGMENT AGAINST THE JUDGMENT DEBTOR TO WHICH A JUDGMENT LIEN ON PERSONAL PROPERTY MAY ATTACH UNDER SECTION 697.530 OF THE CODE OF CIVIL PROCEDURE IS SUBJECT TO THIS JUDGMENT LIEN.**

A.  Title of court where judgment was entered: _____

Los Angeles Superior Court, Stanley Mosk Courthouse

B.  Title of the action: Joseph Ruigomez v. Thomas V. Girardi, et al.

C.  Number of this action: 19STCV22296

D.  Date judgment was entered: April 20, 2020

E.  Date of subsequent renewals of judgment (if any): N/A

F.  Amount required to satisfy judgment at date of this notice: $ 11,491,232.87

G.  Date of this notice: September 30, 2020

**4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:**

_____
SIGNATURE – SEE INSTRUCTION NO. 4

Dated: September 30, 2020
(If not indicated, use same as date in item 3G.)

FOR: ABIR COHEN TREYZON SALO, LLP

FILING OFFICE COPY

NOTICE OF JUDGMENT LIEN (FORM JL1) (Rev. 6/01)
Approved by the Secretary of State

## JUDGMENT LIEN ADDENDUM
**FOLLOW INSTRUCTIONS CAREFULLY (FRONT AND BACK OF FORM)**

**5. NAME OF JUDGMENT DEBTOR:** (NAME OF FIRST DEBTOR ON RELATED JUDGMENT LIEN)

| 5a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 5b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Girardi | Thomas | Vincent | |

**6. ADDITIONAL JUDGMENT DEBTOR – insert only one name (6a or 6b):**

| 6a. ORGANIZATION'S NAME   Girardi | Keese | | | | |
|---|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 6c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1126 Wilshire Blvd. | Los Angeles | CA | 90017 | US |

**7. ADDITIONAL JUDGMENT DEBTOR – insert only one name (7a or 7b):**

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**8. ADDITIONAL JUDGMENT DEBTOR – insert only one name (8a or 8b):**

| 8a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 8b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 8c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**9. ADDITIONAL JUDGMENT CREDITOR – insert only one name (9a or 9b):**

| 9a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Ruigomez | Kathleen | | | |
| 9c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16001 Ventura Blvd., #200 | Encino | CA | 91436 | US |

**10. ADDITIONAL JUDGMENT CREDITOR – insert only one name (10a or 10b):**

| 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 10b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Ruigomez | Jamie | | | |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16001 Ventura Blvd., #200 | Encino | CA | 91436 | US |

(1) FILING OFFICER COPY – JUDGMENT LIEN ADDENDUM FORM (REV. 6/01)

CA Secretary of State

B0334-7361 10/06/2020 5:00 PM Received by California Secretary of State

# EXHIBIT G

## SETTLEMENT AGREEMENT

This Settlement Agreement ("**Agreement**") is entered into by and between Jason M. Rund, the chapter 7 trustee (the "**Trustee**") for the estate of Thomas Vincent Girardi (the "**Debtor**"), on the one hand, and Joseph Ruigomez, Kathleen Ruigomez and Jaime Ruigomez ("**Ruigomez Creditors**"), on the other hand.  Together, the Trustee and Ruigomez Creditors are referred to as the "**Parties**."

RECITALS

A.    On April 20, 2020, the Los Angeles Superior Court (the "**Superior Court**") entered a *Judgment* for $11,000,000 in favor of the Ruigomez Creditors, and against the Debtor and Girardi & Keese, in LASC Case No. 19STCV22296.

B.    On April 22, 2020, the Superior Court issued an *Order to Appear for Examination* (the "**ORAP**"), requiring the Debtor to appear and testify at a judgment debtor examination on August 19, 2020, at 8:30 a.m.  The ORAP was served on the Debtor on May 20, 2020.

C.    On July 28, 2020, the Ruigomez Creditors recorded an Abstract of Judgment with the Riverside County Recorder's Office as Inst. No. 2020-0337298 (the "**Riverside Abstract**").

D.    On July 28, 2020, the Ruigomez Creditors recorded an Abstract of Judgment with the San Bernardino County Recorder's Office as Inst. No. 2020-0258746 (the "**San Bernardino Abstract**").

E.    On July 28, 2020, the Ruigomez Creditors recorded an Abstract of Judgment with the Monterey County Recorder's Office as Inst. No. 2020037202 (the "**Monterey Abstract**").

F.    On July 30, 2020, the Ruigomez Creditors recorded an Abstract of Judgment with the Los Angeles County Recorder's Office as Inst. No. 2020-864175 (the "**Los Angeles Abstract**").

G.    On December 18, 2020 (the "**Petition Date**"), an Involuntary Petition was filed against the Debtor under chapter 7 of title 11 of the United States Code (the "**Code**").  The Order for Relief was entered on January 13, 2021, and the Debtor's bankruptcy case (the "**Case**") is pending in the United States Bankruptcy Court for the Central District of California, Los Angeles Division (the "**Bankruptcy Court**") as Case No. 2:20-bk-21020-BR.

H.    On the Petition Date, an Involuntary Petition was also filed against the Debtor's law firm, Girardi Keese and/or Girardi & Keese, under chapter 7 of the Code. The Order for Relief was entered in that case on January 13, 2021, and the case is pending before the Bankruptcy Court as Case No. 2:20-bk-21022-BR (the "**Girardi Keese Case**").

I.    The Ruigomez Creditors assert that, as of the Petition Date, the total sum of $11,747,245.95 was due and owing under the Judgment, including $729,315.06 in interest and $17,930.99 in collection costs (the "**Ruigomez Claim**").

J.     The Ruigomez Creditors contend that, by virtue of their service of the ORAP on the Debtor, the Ruigomez Claim is secured by a lien on all personal property of the Debtor that existed on the Petition Date.  Further, the Ruigomez Creditors contend that, by virtue of the Riverside Abstract and the Los Angeles Abstract, the Ruigomez Claim is secured by a lien on all real property of the Debtor in Riverside and Los Angeles Counties that existed on the Petition Date.  The liens created by the service of the ORAP, the Riverside Abstract, San Bernardo Abstract, Monterey Abstract and the Los Angeles Abstract are hereinafter referred to as the "**Ruigomez Liens**."

K.     The Parties agree that Trustee's administration of assets of the bankruptcy estate on the terms set forth herein is in the best interest of the Ruigomez Creditors and the bankruptcy estate.

<u>TERMS AND CONDITIONS</u>

Based on the mutual promises contained herein and for other good and valuable consideration, the receipt of which is acknowledged, the Parties agree as follows:

1.     <u>Recitals Acknowledged</u>.  Each of the Parties acknowledges that, to the best of the Party's knowledge, each of the above recitals is true and correct in every material respect.

2.     <u>Conditions and Effective Date</u>.

a.     This Agreement is subject to approval by the Bankruptcy Court.  Within a reasonable time after execution of this Agreement by the Parties, the Trustee shall file a motion in the Case for entry of an order approving this Agreement and the terms hereof (the "**Order**").

b.     The "**Effective Date**" of this Agreement shall be the date on which the Order is entered unless there is a stay of enforcement of the Order.  If there is a stay of enforcement of the Order, the Effective Date of this Agreement shall be the first business day after the expiration or lifting of the stay.

3.     <u>Allowance of the Ruigomez Claim</u>.  The Ruigomez Creditors shall be allowed a claim in the amount of $11,747,245.95 as of the Petition Date with a perfected security interest in all of the Debtor's personal property and all real of the Debtor in Riverside and Los Angeles Counties that existed on the Petition Date (the "**Ruigomez Collateral**"). Further, the Ruigomez Creditors reserve their right to seek post-petition interest under 11 U.S.C. § 506(b).

4.     <u>Administration of Ruigomez Collateral</u>.

a.     The Ruigomez Creditors consent to the Trustee's administration of the Ruigomez Collateral consistent with 363 of the Code, free and clear of the Ruigomez Liens.

b.     For each Ruigomez Collateral being administered, the sale proceeds shall be distributed in the following order of priority: (1) liens senior to Ruigomez Liens, taxes arising from the sale (including transfer and income taxes), and ordinary costs of sale (including broker commissions, escrow, etc.); (2) the administrative fees and costs of the bankruptcy estate; (3) 80% of the balance to the Ruigomez Creditors to be applied towards the Ruigomez Claim; and (4) the

remainder (*i.e.*, 20%) to the Trustee to be held in trust for the allowed unsecured claimants of the bankruptcy estate.

   c. The distributions to the Ruigomez Creditors contemplated herein shall take place no less than 120 calendar days apart, and for each distribution, the Trustee will estimate the administrative fees and costs in good faith to determine the amount to be withheld by the bankruptcy estate.  All distributions to the Ruigomez Creditors shall be payable by check to "Abir Cohen Treyzon Salo IOLTA" and delivered to their counsel, Boris Treyzon, at Abir Cohen Treyzon Salo, LLP, 16001 Ventura Boulevard, Suite 200, Encino, California 91436.

  5. <u>Releases</u>.  Subject to the terms and conditions of this Agreement, the Trustee releases and waives all claims against the Ruigomez Creditors arising out of the Case, and the Ruigomez Creditors release and waive all claims against the Trustee and the Debtor's bankruptcy estate arising out of the Case.

  6. <u>Continued Prosecution of Ruigomez Claim in Girardi Keese Case</u>.  Based on the *Judgment* in the State Court, the Ruigomez Creditors also have a claim in the Girardi Keese Case. It is entirely possible that their recovery from the Debtor's Case and the Girardi Keese Case will satisfy the Ruigomez Claim in full.  Hence, the amount recovered from the Girardi Keese Case directly impacts the Debtor's Case, and the Ruigomez Creditors shall use their best efforts to prosecute their claims in that case and shall not withdraw or reduce their claims without the written consent of the Trustee.

  7. <u>Trustee as Representative of a Bankruptcy Estate</u>.  The Parties acknowledge that the Trustee is a trustee appointed to administer a bankruptcy estate.  The Parties acknowledge and agree that this Agreement is being made by the Trustee solely in his capacity as the chapter 7 trustee of the Debtor's estate, and not in a personal capacity, and no liability or obligations shall accrue to the Trustee personally.

  8. <u>Successors and Assigns</u>.  This Agreement is binding upon and shall inure to the benefit of the Parties hereto, and their respective attorneys, agents, heirs, administrators, predecessors, successors and assigns, including any successor trustees.

  9. <u>Severability</u>.  If any portion of this Agreement is found to be void, voidable or unenforceable at law, the remaining terms and conditions of this Agreement may be enforced.

  10. <u>Governing Law and Jurisdiction</u>.  This Agreement shall be governed by and construed in accordance with the laws of the State of California, without regard to choice of law principles of the State of California.  The Bankruptcy Court shall retain exclusive jurisdiction to resolve any and all disputes pertaining to this Agreement, including without limitation the enforcement and interpretation of any of its terms, and the Parties agree to submit to the jurisdiction of the Bankruptcy Court for the purpose of resolving such disputes.

  11. <u>Further Assurances</u>.  Each Party to this Agreement shall execute all instruments and documents and take all actions as may be reasonably required to effectuate the purpose of this Agreement.

12.    Modification.  This Agreement may be modified only by a writing executed by the Party to this Agreement against whom enforcement of such modification is sought.

13.    Attorneys' Fees and Costs.  Each Party shall bear his, her or its own attorneys' fees, court costs and related expenses incurred by or on behalf of said Party in connection with the preparation of this Agreement and seeking requisite approvals thereof.

14.    Interpretation.  This Agreement has been negotiated at arms' length, and between persons sophisticated and knowledgeable in matters dealt with in this Agreement.  Accordingly, any rule of law, statute, legal decision or common law principle that would require interpretation of any ambiguities in this Agreement against the Party that has drafted it is not applicable, and is waived.  The provisions of this Agreement shall be interpreted in a reasonable manner to effect the purpose and intent of this Agreement.

15.    Authority to Sign.  The person signing below on behalf of each Party, and each Party, represents that the signing person has the authority to execute this Agreement on behalf of said Party, and that it is not necessary for any other Party to inquire further into the validity of execution or authority to execute.

16.    Counterparts.  Each Party may sign a facsimile copy of this Agreement, in counterparts, with the same effect as if each Party had signed an original of the same document.

Dated:  February __17__, 2021

_____
Jason M. Rund, Chapter 7 Trustee for the estate of Thomas Vincent Girardi


Dated:  February ___, 2021

_____
Joseph Ruigomez
An Individual


Dated:  February ___, 2021

_____
Kathleen Ruigomez
An Individual


Dated:  February ___, 2021

_____
Jaime Ruigomez
An Individual

4

12.   <u>Modification</u>.  This Agreement may be modified only by a writing executed by the Party to this Agreement against whom enforcement of such modification is sought.

13.   <u>Attorneys' Fees and Costs</u>.  Each Party shall bear his, her or its own attorneys' fees, court costs and related expenses incurred by or on behalf of said Party in connection with the preparation of this Agreement and seeking requisite approvals thereof.

14.   <u>Interpretation</u>.  This Agreement has been negotiated at arms' length, and between persons sophisticated and knowledgeable in matters dealt with in this Agreement.  Accordingly, any rule of law, statute, legal decision or common law principle that would require interpretation of any ambiguities in this Agreement against the Party that has drafted it is not applicable, and is waived.  The provisions of this Agreement shall be interpreted in a reasonable manner to effect the purpose and intent of this Agreement.

15.   <u>Authority to Sign</u>.  The person signing below on behalf of each Party, and each Party, represents that the signing person has the authority to execute this Agreement on behalf of said Party, and that it is not necessary for any other Party to inquire further into the validity of execution or authority to execute.

16.   <u>Counterparts</u>.  Each Party may sign a facsimile copy of this Agreement, in counterparts, with the same effect as if each Party had signed an original of the same document.

Dated:  February ___, 2021

_____
Jason M. Rund, Chapter 7 Trustee for the estate of Thomas Vincent Girardi

Dated:  February ___, 2021

_____
Joseph Ruigomez
An Individual

Dated:  February ___, 2021

_____
Kathleen Ruigomez
An Individual

Dated:  February ___, 2021

_____
Jaime Ruigomez
An Individual

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*): **COMPLAINT FOR THE NON-DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §§ 523(a)(2)(A), (a)(4), AND (a)(6)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 20, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **April 20, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:** Honorable Barry Russell, U.S. Bankruptcy Court, 255 E. Temple Street, Suite 1660, Los Angeles, CA 90012

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NONE.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 20, 2021 | Vicky Castrellon | /s/ Vicky Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    **F 9013-3.1.PROOF.SERVICE**

# ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Rafey Balabanian on behalf of Creditor Edelson PC**
docket@edelson.com

**Ori S Blumenfeld on behalf of Creditor Jaime Ruigomez**
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

**Ori S Blumenfeld on behalf of Creditor Joseph Ruigomez**
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

**Ori S Blumenfeld on behalf of Creditor Kathleen Ruigomez**
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

**Ori S Blumenfeld on behalf of Interested Party Courtesy NEF**
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

**Richard D Buckley on behalf of Interested Party L.A. Arena Funding, LLC**
richard.buckley@arentfox.com

**Marie E Christiansen on behalf of Creditor KCC Class Action Services, LLC**
mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com

**Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, Inc.**
jcrastz@hrhlaw.com

**Ashleigh A Danker on behalf of Interested Party Courtesy NEF**
Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com

**Clifford S Davidson on behalf of Creditor California Attorney Lending II, Inc.**
csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com

**Lei Lei Wang Ekvall on behalf of Interested Party Courtesy NEF**
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

**Richard W Esterkin on behalf of Interested Party Courtesy NEF**
richard.esterkin@morganlewis.com

**Timothy W Evanston on behalf of Interested Party Courtesy NEF**
tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

**Timothy W Evanston on behalf of Interested Party Elissa D. Miller**
tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

**Jeremy Faith on behalf of Interested Party Courtesy NEF**
Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

**James J Finsten on behalf of Interested Party Courtesy NEF**
jimfinsten@hotmail.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**

**James J Finsten on behalf of Interested Party Courtesy NEF**
jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com

**Alan W Forsley on behalf of Creditor C.F., an individual**
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com

**Alan W Forsley on behalf of Interested Party Courtesy NEF**
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com

**Eric D Goldberg on behalf of Creditor Stillwell Madison, LLC**
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

**Andrew Goodman on behalf of Attorney William F Savino**
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

**Andrew Goodman on behalf of Petitioning Creditor Erika Saldana**
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

**Andrew Goodman on behalf of Petitioning Creditor Jill O'Callahan**
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

**Andrew Goodman on behalf of Petitioning Creditor John Abassian**
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

**Andrew Goodman on behalf of Petitioning Creditor Kimberly Archie**
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

**Andrew Goodman on behalf of Petitioning Creditor Robert M. Keese**
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

**Andrew Goodman on behalf of Petitioning Creditor Virginia Antonio**
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

**M. Jonathan Hayes on behalf of Interested Party Courtesy NEF**
jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfi
rm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

**Marshall J Hogan on behalf of Creditor California Attorney Lending II, Inc.**
mhogan@swlaw.com, knestuk@swlaw.com

**Razmig Izakelian on behalf of Creditor Frantz Law Group, APLC**
razmigizakelian@quinnemanuel.com

**Lewis R Landau on behalf of Interested Party Courtesy NEF**
Lew@Landaunet.com

**Craig G Margulies on behalf of Interested Party Courtesy NEF**
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

**Peter J Mastan on behalf of Interested Party Courtesy NEF**
peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com

**Peter J Mastan on behalf of Interested Party Erika Girardi**
peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**Edith R. Matthai on behalf of Interested Party Courtesy NEF**
ematthai@romalaw.com, lrobie@romalaw.com

**Elissa Miller on behalf of Interested Party Courtesy NEF**
emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

**Eric A Mitnick on behalf of Interested Party Courtesy NEF**
MitnickLaw@aol.com, mitnicklaw@gmail.com

**Scott H Olson on behalf of Creditor KCC Class Action Services, LLC**
solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com

**Carmela Pagay on behalf of Plaintiff JASON M RUND**
ctp@lnbyb.com

**Carmela Pagay on behalf of Trustee Jason M Rund (TR)**
ctp@lnbyb.com

**Ambrish B Patel on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port**
apatelEI@americaninfosource.com

**Leonard Pena on behalf of Interested Party Robert Girardi**
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

**Michael J Quinn on behalf of Creditor KCC Class Action Services, LLC**
mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com

**Matthew D. Resnik on behalf of Interested Party Courtesy NEF**
matt@rhmfirm.com,
roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

**Ronald N Richards on behalf of Interested Party Courtesy NEF**
ron@ronaldrichards.com, morani@ronaldrichards.com

**Kevin C Ronk on behalf of Creditor U.S. Legal Support, Inc.**
Kevin@portilloronk.com, Attorneys@portilloronk.com

**Jason M Rund (TR)**
trustee@srlawyers.com, jrund@ecf.axosfs.com

**William F Savino on behalf of Creditor California Attorney Lending II, Inc.**
wsavino@woodsoviatt.com, lherald@woodsoviatt.com

**Gary A Starre on behalf of Creditor Karen Girardi**
gastarre@gmail.com, mmoonniiee@gmail.com

**Gary A Starre on behalf of Interested Party Gary A Starre**
gastarre@gmail.com, mmoonniiee@gmail.com

**Richard P Steelman, Jr on behalf of Plaintiff JASON M RUND**
rps@lnbyb.com, john@lnbyb.com

**Philip E Strok on behalf of Interested Party Courtesy NEF**
pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                      **F 9013-3.1.PROOF.SERVICE**

**Philip E Strok on behalf of Interested Party Elissa D. Miller**
pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

**United States Trustee (LA)**
ustpregion16.la.ecf@usdoj.gov

**Christopher K.S. Wong on behalf of Interested Party L.A. Arena Funding, LLC**
christopher.wong@arentfox.com, yvonne.li@arentfox.com

**Timothy J Yoo on behalf of Interested Party Courtesy NEF**
tjy@lnbyb.com

**Timothy J Yoo on behalf of Plaintiff JASON M RUND**
tjy@lnbyb.com

**Timothy J Yoo on behalf of Trustee Jason M Rund (TR)**
tjy@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**