| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| TIMOTHY J. YOO (State Bar No. 155531)<br>tjy@lnbyb.com<br>CARMELA T. PAGAY (State Bar No. 195603)<br>ctp@lnbyb.com<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA  90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>THOMAS VINCENT GIRARDI,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:20-bk-21020-BR<br>CHAPTER: 7<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 04/08/2021   Movant(s) filed a motion or application (Motion) entitled: Motion for Extension of Time for Filing Complaint Objecting to Discharge; Memorandum of Points and Authorities and Dec in Support

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 04/08/2021   Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 17   days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*     Page 1     **F 9013-1.2.NO.REQUEST.HEARING.DEC**

9. Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 04/27/2021           /s/ Carmela T. Pagay_____
                           Signature

                           CARMELA T. PAGAY_____
                           Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Ste. 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME FOR FILING COMPLAINT OBJECTING TO DISCHARGE (11 U.S.C. § 727); MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT THEREOF**<br><br>[No Hearing Required] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE**:

     **PLEASE TAKE NOTICE** that Jason M. Rund, the chapter 7 trustee (the "Trustee") for the bankruptcy estate of Thomas Vincent Girardi (the "Debtor"), hereby moves this Court for an order pursuant to Rule 4004(b) of the Federal Rules of Bankruptcy Procedure extending the time for the Trustee, Office of the United States Trustee ("UST"), and all creditors to file a complaint objecting to the Debtor's discharge under section 727 of the Bankruptcy Code from April 20, 2021 to and including April 20, 2022.

This Motion is made on the grounds that the Trustee has not been able to complete his due diligence and his investigation of the Debtor's assets, liabilities, and other matters in this case that may affect his administration of this bankruptcy estate in order to determine whether there are or will be sufficient grounds upon which a section 727 complaint may be filed. Specifically, the Debtor has yet to appear for his § 341(a) meeting of creditors ("MOC") and the Trustee is still in the process of obtaining documents from various sources concerning the Debtor which are needed by the Trustee to evaluate this case. Hence, the Trustee has not had the opportunity to question the Debtor about his assets and liabilities, or to complete his review of documents pertinent to the Debtor's case.

The MOC has been further continued to June 18, 2021, which is after the current deadline for objecting to the Debtor's discharge. Given the severity of a denial of discharge, the Trustee would like to complete his investigation prior to the deadline for objecting to the Debtor's discharge. Moreover, the Trustee understands that the UST and creditors also require additional time to determine whether or not they have a basis for filing a section 727 complaint against the Debtor.

This Motion is based upon the attached Memorandum of Points and Authorities and Declaration of Jason M. Rund, the pleadings and orders on file in this bankruptcy case, and such other and further evidence and argument as may be made.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(o)(1) requires that any request and request for hearing must be filed with the Court and served on the movant and the Office of the United States Trustee within 14 days after the date of service of the notice, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. Rule 5(b)(2)(D) or (F).

///
///
///
///
///

1 | **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(h), failure to file and serve a timely response may be deemed consent to the relief requested in the Motion.

DATED: April 6, 2021

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By:/s/ *Carmela T. Pagay*
　　CARMELA T. PAGAY
　Attorneys for Jason M. Rund
　　Chapter 7 Trustee

3

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## STATEMENT OF FACTS

An Involuntary Petition was filed against Thomas Vincent Girardi, debtor herein ("Debtor"), on December 18, 2020, by petitioning creditors Robert M. Keese, John Abassian, Erika Saldana, Virginia Antonio and Kimberly Archie (the "Petitioning Creditors"). On the same date, the Petitioning Creditors also filed a Chapter 7 Involuntary Petition against the Debtor's law firm, Girardi Keese, commencing Case No. 2:20-bk-21022-BR.

On December 24, 2020, the Petitioning Creditors filed an emergency motion for the appointment of an interim trustee [Doc 13], which was granted by this Court on January 5, 2021 [Doc 39]. On January 6, 2021, the United States Trustee appointed Jason M. Rund ("Trustee") as the interim Chapter 7 Trustee for this bankruptcy case.

On January 13, 2021, the Order for Relief was entered [Doc 64], and the Trustee was reappointed.

Pursuant to the Notice of Chapter 7 Bankruptcy Case issued by the Court on January 14 2021 [Doc 65], the deadline for objections to the Debtor's discharge is April 20, 2021 (the "Deadline").

The initial § 341(a) meeting of creditors ("MOC") in this case was scheduled for February 19, 2021. The Debtor failed to appear for the MOC, and a continued MOC is currently scheduled for June 18, 2021. Additionally, the Trustee is still in the process of obtaining documents from various sources concerning the Debtor which are needed by the Trustee to evaluate this case. Hence, the Trustee has not had the opportunity to question the Debtor about his assets and liabilities or to complete his review of documents pertinent to the Debtor's case.

The June 18, 2021 MOC is after the current deadline for objecting to the Debtor's discharge. Given the severity of a denial of discharge, the Trustee would like to complete his investigation of this complicated bankruptcy case prior to the deadline for objecting to the Debtor's discharge. Accordingly, the Trustee is currently unable to make an informed determination as to whether there are or will be sufficient grounds upon which a section 727

complaint may be filed. Moreover, the Trustee understands that the UST and creditors also require additional time to determine whether or not they have a basis for filing a section 727 complaint against the Debtor. Therefore, the Trustee requires an extension of the Deadline.

For the foregoing reasons, the Trustee requests that the Deadline be extended to April 20, 2022, which is a year following the current Deadline.

## II.

## DISCUSSION

**A.    The Court May Extend The Deadline For Filing A § 727 Complaint**

Rule 4004 of the Federal Rules of Bankruptcy Procedure provides in pertinent part:

> [A] complaint objecting to the debtor's discharge under § 727(a) of the Code shall be filed not later than 30 days following the first meeting of creditors held pursuant to § 341(a). . . . On motion of any party in interest, after hearing on notice, the court may for cause extend the time to file a complaint objecting to discharge. The motion shall be filed before the time has expired.

The Trustee believes that cause exists to extend the Deadline given that he has not been able to complete his investigation of the Debtor's assets and liabilities. In fact, he has not been able to question the Debtor at his MOC. Moreover, the Trustee is still in the process of obtaining documents from various sources concerning the Debtor which are needed by the Trustee to evaluate this case. Until the Trustee completes his investigation, the Trustee is unable to make an informed determination as to whether there are or will be sufficient grounds upon which a section 727 complaint may be filed. Moreover, the Trustee understands that the UST and creditors also require additional time to determine whether or not they have a basis for filing a section 727 complaint against the Debtor. This Motion is timely since the last day to file complaints under section 727 is April 20, 2021. The Trustee respectfully requests that the Deadline be extended for a year to April 20, 2022.

**B.    Local Bankruptcy Rule 9013-1(o) Authorizes The Court To Provide The Relief Sought Without A Hearing**

Local Bankruptcy Rule 9013-1(o) provides:

> Except as to matters specifically noted in subsection (o)(2) below (i.e., objections to claims, motions for relief from the automatic stay) . . ., and as otherwise

5

1  ordered by the court, any matter that may be set for hearing in accordance with
   LBR 9013-1 may be determined upon notice of opportunity to request a hearing.
2  Further, section 102(1)(B) of the Bankruptcy Code provides,

3      (1) "after notice and a hearing", or a similar phrase—(b) authorizes an act
   without an actual hearing if such notice is given properly and if—such a hearing
4  is not requested timely by a party in interest.

5  In the case at bar, this Motion was served upon the Debtor, the Office of the United

6  States Trustee, and any parties requesting special notice. The Trustee respectfully requests that

7  the Court find that notice has been sufficient for the purpose of this Motion and that the Motion

8  be granted without the need for a hearing.

### III.

### **CONCLUSION**

Based upon the foregoing, the Trustee respectfully requests that the Court: (1) grant the Motion and extend the time for the Trustee, the UST, and all creditors to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 to and including April 20, 2022; and (2) grant such and further relief as is just and proper under the circumstances.

DATED: April 6, 2021          LEVENE, NEALE, BENDER, YOO &
                                          BRILL L.L.P.

                                   By: */s/ Carmela T. Pagay*
                                            CARMELA T. PAGAY
                                      Attorneys for Jason M. Rund
                                            Chapter 7 Trustee

# DECLARATION OF JASON M. RUND

I, Jason M. Rund, declare:

1. I am the Chapter 7 Trustee for the bankruptcy estate of Thomas Vincent Girardi (the "Debtor"). Unless otherwise stated, I have personal knowledge of the matters set forth herein and if called as a witness could and would testify competently thereto. I make this Declaration in support of the foregoing Motion for Extension of Time for Filing Complaint Objecting to Discharge.

2. The initial § 341(a) meeting of creditors ("MOC") in this case was scheduled for February 19, 2021. The Debtor failed to appear for the MOC, and the MOC was continued to June 18, 2021. Additionally, I am still in the process of obtaining documents from various sources concerning the Debtor which I need to evaluate this complicated bankruptcy case.

3. The June 18, 2021 MOC is after the current deadline for objecting to the Debtor's discharge of April 20, 2021. Given the severity of a denial of discharge, I would like to complete my investigation prior to the deadline for objecting to the Debtor's discharge. Since I am currently unable to make an informed determination as to whether there are or will be sufficient grounds upon which a section 727 complaint may be filed, I respectfully request that the foregoing deadline be extended to and including April 20, 2022. I understand that the Office of the United States Trustee and the Debtor's creditors also require additional time to determine whether or not they have a basis for filing a section 727 complaint against the Debtor, and, therefore, request the same extension for such parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on April 8, 2021 at El Segundo, California.

JASON M. RUND

7

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME FOR FILING COMPLAINT OBJECTING TO DISCHARGE (11 U.S.C. § 727)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 8, 2021**, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED NEF SERVICE LIST.

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **April 8, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell
USBC – Central District of CA
255 E. Temple St
Suite 1660 / Ctrm 1668
Los Angeles, CA 90012

Debtor
Thomas Vincent Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017

Debtor
Thomas Vincent Girardi
100 Los Altos Drive
Pasadena, CA 91105.

Robert Girardi
3662 Aquarius Drive
Huntington Beach, CA  92649

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 8, 2021 | Megan Wertz | /s/ Megan Wertz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Rafey Balabanian  , docket@edelson.com
- Ori S Blumenfeld    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Sandor Theodore Boxer    tedb@tedboxer.com
- Richard D Buckley    richard.buckley@arentfox.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James J Finsten  , jimfinsten@hotmail.com
- James J Finsten    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Lewis R Landau    Lew@Landaunet.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R. Matthai    ematthai@romalaw.com, lrobie@romalaw.com
- Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Carmela Pagay    ctp@lnbyb.com
- Ambrish B Patel    apatelEI@americaninfosource.com
- Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                        **F 9013-3.1.PROOF.SERVICE**

- Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- William F Saavino    wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com
- Richard P Steelman    rps@lnbyb.com, john@lnbyb.com
- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Timothy J Yoo    tjy@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the **Declaration That No Party Requested a Hearing on Motion for Extension of Time for Filing Complaint Objecting to Discharge (11 U.S.C. § 727)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 27, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ *Service information continued on attached page*

**2. SERVED BY UNITED STATES MAIL**: On **April 27, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, **April 27, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 27, 2021 | John Berwick | /s/ John Berwick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                      **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Rafey Balabanian on behalf of Creditor Edelson PC
rbalabanian@edelson.com, docket@edelson.com

Ori S Blumenfeld on behalf of Creditor Jaime Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Creditor Joseph Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Creditor Kathleen Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Interested Party Courtesy NEF
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Richard D Buckley on behalf of Interested Party L.A. Arena Funding, LLC
richard.buckley@arentfox.com

Marie E Christiansen on behalf of Creditor KCC Class Action Services, LLC
mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com

Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, Inc.
jcrastz@hrhlaw.com

Ashleigh A Danker on behalf of Interested Party Courtesy NEF
Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com

Clifford S Davidson on behalf of Creditor California Attorney Lending II, Inc.
csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com

Lei Lei Wang Ekvall on behalf of Interested Party Courtesy NEF
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Richard W Esterkin on behalf of Interested Party Courtesy NEF
richard.esterkin@morganlewis.com

Timothy W Evanston on behalf of Interested Party Courtesy NEF
tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Timothy W Evanston on behalf of Interested Party Elissa D. Miller
tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Jeremy Faith on behalf of Interested Party Courtesy NEF
Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

James J Finsten on behalf of Interested Party Courtesy NEF
, jimfinsten@hotmail.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

James J Finsten on behalf of Interested Party Courtesy NEF
jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com

Alan W Forsley on behalf of Creditor C.F., an individual
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com

Alan W Forsley on behalf of Interested Party Courtesy NEF
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com

Alan W Forsley on behalf of Plaintiff Christina Fulton
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com

Eric D Goldberg on behalf of Creditor Stillwell Madison, LLC
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Andrew Goodman on behalf of Attorney William F Savino
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Erika Saldana
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Jill O'Callahan
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor John Abassian
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Kimberly Archie
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Robert M. Keese
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Virginia Antonio
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Marshall J Hogan on behalf of Creditor California Attorney Lending II, Inc.
mhogan@swlaw.com, knestuk@swlaw.com

Razmig Izakelian on behalf of Creditor Frantz Law Group, APLC
razmigizakelian@quinnemanuel.com

Lewis R Landau on behalf of Interested Party Courtesy NEF
Lew@Landaunet.com

Craig G Margulies on behalf of Interested Party Courtesy NEF
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| 1 | Craig G Margulies on behalf of Plaintiff Jaime Ruigomez<br>Craig@MarguliesFaithlaw.com, |
| 2 | Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| 3 | Craig G Margulies on behalf of Plaintiff Joseph Ruigomez<br>Craig@MarguliesFaithlaw.com, |
| 4 | Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| 5 | Craig G Margulies on behalf of Plaintiff Kathleen Ruigomez<br>Craig@MarguliesFaithlaw.com, |
| 6 | Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| 7 | Peter J Mastan on behalf of Interested Party Courtesy NEF<br>peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com |
| 8 | |
| 9 | Peter J Mastan on behalf of Interested Party Erika Girardi<br>peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com |
| 10 | Edith R. Matthai on behalf of Interested Party Courtesy NEF<br>ematthai@romalaw.com, lrobie@romalaw.com |
| 11 | |
| 12 | Elissa Miller on behalf of Interested Party Courtesy NEF<br>emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com |
| 13 | Eric A Mitnick on behalf of Interested Party Courtesy NEF<br>MitnickLaw@aol.com, mitnicklaw@gmail.com |
| 14 | |
| 15 | Scott H Olson on behalf of Creditor KCC Class Action Services, LLC<br>solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com |
| 16 | |
| 17 | Carmela Pagay on behalf of Plaintiff JASON M RUND<br>ctp@lnbyb.com |
| 18 | Carmela Pagay on behalf of Trustee Jason M Rund (TR)<br>ctp@lnbyb.com |
| 19 | |
| 20 | Ambrish B Patel on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port<br>apatelEI@americaninfosource.com |
| 21 | |
| 22 | Leonard Pena on behalf of Interested Party Robert Girardi<br>lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com |
| 23 | Michael J Quinn on behalf of Creditor KCC Class Action Services, LLC<br>mquinn@vedderprice.com, ecfladocket@vedderprice.com;michael-quinn-2870@ecf.pacerpro.com |
| 24 | |
| 25 | Matthew D. Resnik on behalf of Interested Party Courtesy NEF<br>matt@rhmfirm.com, |
| 26 | roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| 27 | |
| 28 | Ronald N Richards on behalf of Interested Party Courtesy NEF<br>ron@ronaldrichards.com, morani@ronaldrichards.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1  Kevin C Ronk on behalf of Creditor U.S. Legal Support, Inc.
   Kevin@portilloronk.com, Attorneys@portilloronk.com

2

3  Jason M Rund (TR)
   trustee@srlawyers.com, jrund@ecf.axosfs.com

4  William F Savino on behalf of Creditor California Attorney Lending II, Inc.
   wsavino@woodsoviatt.com, lherald@woodsoviatt.com

5

6  Gary A Starre on behalf of Creditor Karen Girardi
   gastarre@gmail.com, mmoonniiee@gmail.com

7  Gary A Starre on behalf of Interested Party Gary A Starre
   gastarre@gmail.com, mmoonniiee@gmail.com

8

9  Richard P Steelman, Jr on behalf of Plaintiff JASON M RUND
   rps@lnbyb.com, john@lnbyb.com

10 Philip E Strok on behalf of Interested Party Courtesy NEF
   pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

11

12 Philip E Strok on behalf of Interested Party Elissa D. Miller
   pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

13 United States Trustee (LA)
   ustpregion16.la.ecf@usdoj.gov

14

15 Christopher K.S. Wong on behalf of Interested Party L.A. Arena Funding, LLC
   christopher.wong@arentfox.com, yvonne.li@arentfox.com

16 Timothy J Yoo on behalf of Interested Party Courtesy NEF
   tjy@lnbyb.com

17

18 Timothy J Yoo on behalf of Plaintiff JASON M RUND
   tjy@lnbyb.com

19 Timothy J Yoo on behalf of Trustee Jason M Rund (TR)
   tjy@lnbyb.com

20

21

22

23

24

25

26

27

28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                         **F 9013-3.1.PROOF.SERVICE**