TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

FILED & ENTERED

MAY 07 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO APPROVE COMPROMISE WITH G&L AVIATION, LEE LIPSCOMB, 1122 WILSHIRE BUILDING PARTNERSHIP AND WALTER LACK**<br><br>Date:  April 27, 2021<br>Time: 10:00 a.m.<br>Place: Courtroom 1668 via zoomgov.com<br>        U.S. Bankruptcy Court<br>        255 E. Temple Street<br>        Los Angeles, California 90012 |

The Motion to Approve Compromise With G&L Aviation, Lee Lipscomb, 1122 Wilshire Partnership and Walter Lack [Doc 156] ("Motion"), filed by Jason M. Rund, the Chapter 7 trustee for the bankruptcy estate of Thomas Vincent Girardi (the "Trustee"), came on for hearing on April 27, 2021, at 10:00 a.m., in the above-entitled Court before the Honorable Barry Russell, United States Bankruptcy Judge. Timothy J. Yoo of Levene, Neale, Bender, Yoo & Brill L.L.P. appeared on behalf of the Trustee. Other appearances are as noted on the Court's record.

The Court, having considered the Motion, the supporting declarations and exhibits, the Statement filed by Elissa D. Miller, in her capacity as the Chapter 7 trustee for the bankruptcy estate of Girardi Keese regarding the Motion, and the Reply filed by the Trustee, having considered the arguments of counsel, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted;

2. The *Settlement Agreement* by and among G&L Aviation, Lee Lipscomb, 1122 Wilshire Partnership and Walter Lack (collectively, the "1122 Wilshire Parties") and the Trustee (the "Agreement") is approved;

3. The Trustee and the 1122 Wilshire Parties are authorized and directed to take any and all steps necessary to effectuate the Agreement; and

4. All rights of the Girardi Keese bankruptcy estate and its Chapter 7 trustee, Elissa D. Miller, are preserved.

**IT IS SO ORDERED.**

### #

Date: May 7, 2021

_____
Barry Russell
United States Bankruptcy Judge

2