TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Ste. 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**MAY 12 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re

THOMAS VINCENT GIRARDI,

                Debtor.

Case No. 2:20-bk-21020-BR

Chapter 7

**ORDER APPROVING APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY ABIR COHEN TREYZON SALO, LLP AS SPECIAL COUNSEL**

[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)(C)]

      This Court having considered the application filed by Jason Rund, the Chapter 7 Trustee (the "Trustee") for the estate of Thomas Vincent Girardi, the debtor herein (the "Debtor"), for authority to employ Abir Cohen Treyzon Salo, LLP ("ACTS") as special counsel to represent the Trustee in connection with the Debtor's bankruptcy case [Doc 168] (the "Application") and all papers filed by the Trustee in support of the Application, proper notice of the Application having been provided in accordance with Local Bankruptcy Rule 2014-1(b)(2), no party having

1

requested a hearing on the Application, having found that ACTS does not hold or represent any interest adverse to the Trustee, the Debtor or the Debtor's bankruptcy estate, and other good cause appearing,

    IT IS HEREBY ORDERED that the Trustee's employment of ACTS as his special counsel is approved upon the terms set forth in the Application.

    IT IS HEREBY FURTHER ORDERED that all rights of the Girardi Keese bankruptcy estate and its Chapter 7 trustee, Elissa D. Miller, are preserved.

###

Date: May 12, 2021

*/s/ Barry Russell*
Barry Russell
United States Bankruptcy Judge