TIMOTHY J. YOO (SBN 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (SBN 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA  90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

FILED & ENTERED

MAY 14 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>　　　　　　　　　Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AN ORDER COMPELLING SHARLEEN FUJIMOTO AKA SHIRLEEN FUJIMOTO TO APPEAR FOR EXAMINATION AND TO PRODUCE DOCUMENTS**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2004-1]<br><br>Proposed Examination Date and Place<br>Date:　　June 4, 2021<br>Time:　　9:30 a.m.<br>Place:　　1122 Wilshire Boulevard<br>　　　　　Los Angeles, CA 90017<br><br>Proposed Document Production Date and Place<br>Date:　　June 4, 2021<br>Time:　　9:30 a.m.<br>Place:　　1122 Wilshire Boulevard<br>　　　　　Los Angeles, CA 90017 |

1

The Court, having considered the motion ("Motion") filed by Jason M. Rund, the duly-appointed, qualified, and acting Chapter 7 Trustee ("Trustee"), for Thomas Vincent Girardi, debtor herein, for the entry of an order, pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1, authorizing the Trustee to require the production of documents by Sharleen Fujimoto aka Shirleen Fujimoto ("Ms. Fujimoto") and issue a subpoena directing such production of documents, no motion for a protective order having been timely filed by Ms. Fujimoto, and for good cause appearing therefore, the Court HEREBY ORDERS AS FOLLOWS:

1.   The Motion is hereby granted in its entirety;

2.   The Trustee is hereby authorized to issue a subpoena compelling Ms. Fujimoto to appear for an oral examination as to the full scope of matters covered by Rule 2004(b) of the Federal Rules of Bankruptcy Procedure and to produce the documents requested in the subpoena; and

3.   The Court reserves jurisdiction to award sanctions against Ms. Fujimoto should she fail to comply with the subpoena.

IT IS SO ORDERED.

### #

Date: May 14, 2021

*(signed)* Barry Russell
Barry Russell
United States Bankruptcy Judge

2