Jason M. Rund
Chapter 7 Trustee
840 Apollo Street, Suite 351
El Segundo, CA 90245
Telephone:  310-640-1200
Facsimile:   310-640-0200
jrund@srlawyers.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S NOTICE OF APPLICATION TO EMPLOY COLDWELL BANKER AND DESERT SANDS REALTY AS REAL ESTATE BROKERS AND TO ENTER INTO EXCLUSIVE LISTING AGREEMENT REGARDING 81-775 DEER PARK, LA QUINTA, CALIFORNIA**<br><br>[No Hearing Required] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Bankruptcy Estate") of Debtor Thomas Vincent Girardi (the "Debtor"), has filed his application (the "Application") for entry of an order authorizing the employment of Coldwell Banker through its agent William "Bill" Friedman ("CB") and Desert Sands Realty,

through its agent Steve Enlow ("Desert Sands") as real estate brokers (collectively, the "Real Estate Brokers"), at the expense of the estate, to list and aid the Trustee in marketing and selling the residential real property of the estate commonly known as 81-775 Brown Deer Park, La Quinta, California 92253 (the "Brown Deer Property" or the "Property"). The Trustee also seeks an order approving a proposed Residential Listing Agreement (Exclusive Authorization and Right to Sell) and that certain Addendum to Residential Listing Agreement (collectively, the "Listing Agreement") entered into between the Trustee and the Real Estate Brokers for the purposes of the sale and authorizing the Trustee to extend, modify (except as to commission) and terminate the Listing Agreement in his sole discretion without further notice or Court order. A copy of the Listing Agreement is attached as Exhibit 1 to the Application.

The contact information for CB care of William "Bill" Friedman is 1608 Montana Avenue, Santa Monica, California 90403, telephone number (310) 458-0091, email: billfried@earthlink.net and Desert Sands care of Steve Enlow is 78000 Fred Waring Drive, Suite 202, Palm Desert, California 92111, telephone number (760) 636-5280, email: enlowhomes@yahoo.com.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Listing Agreement, the Real Estate Brokers will list the Property for sale for the initial listing price of $1,250,000.00 and the sale will be "as-is" and subject to Bankruptcy Court's approval. The term of the Listing Agreement is five (5) months, subject to extension from time to time as contained therein.

The Trustee proposes to hire the Real Estate Brokers for a total commission of five percent (5%) of the selling price for the Property (payable only upon close of sale) to be shared as follows: two and one-half percent (2.5%) to buyer's broker, if any, and the other two and one-half percent (2.5%) shared between the Real Estate Brokers. If the buyer does not have a broker, then the Real Estate Brokers would be entitled to the entire five percent (5%) commission, as more fully described in the Application, subject to the Bankruptcy Court's approval of Broker's compensation and reimbursement of costs as provided by the Bankruptcy Code, specifically section 328, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules.

**PLEASE TAKE FURTHER NOTICE** that the relief requested is based on the Application, the Declarations of William "Bill" Friedman and Steve Enlow attached thereto, this Notice, the arguments of counsel, and other admissible evidence properly brought before the Court.  In addition, the Trustee respectfully requests that the Court take judicial notice of the case docket and all pleadings filed in the above captioned bankruptcy case, including the specific pleadings referenced in the Application.

A copy of the Trustee's Application can be obtained from the Bankruptcy Court or by contacting the Trustee by telephone or written request sent to the physical address or email address set forth at the top of page one of this notice.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), that any response and request for hearing on the Application must be in the form as required by LBR 9013-1(f)(1), filed with the Clerk of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California 90012, no later than fourteen (14) days from the date of service of this Notice, plus an additional three (3) days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P.5(b)(2)(A)-(B).  The Trustee will set a hearing date and send out notice thereto if any such response is timely received.  No hearing will be held if no response and request for hearing is received.

If you fail to file a written response within seventeen (17) days from the date of the service of this Notice of the Application, the Bankruptcy Court may treat such failure as a waiver of your right to oppose the Application and may grant the requested relief.

DATED:  May 25, 2021       By: */s/ Jason M. Rund*
                                               Jason M. Rund
                                               Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

SHERIDAN & RUND
840 Apollo Street, Suite 351
El Segundo, CA 90245

A true and correct copy of the foregoing document entitled (*specify*): **Chapter 7 Trustee's Notice of Application to Employ Coldwell Banker and Desert Sands Realty as Real Estate Brokers and to Enter into Exclusive Listing Agreement Regarding 81-775 Deer Park, La Quinta, California** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 25, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
Counsel For Trustee: Levene, Neale, Bender, Yoo & Brill, tjy@lnbyb.com, ctp@lnbyb.com, rps@lnbyb.com
Counsel for Petitioning Creditors: Andrew Goodman, agoodman@andyglaw.com
Counsel for Conservator, Robert Girardi: Leonard Pena, lpena@penalaw.com, penasomaecf@gmail.com, penalr72746@notify.bestcase.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On May 25, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Thomas Vincent Girardi, 1126 Wilshire Blvd, Los Angeles, CA 90017
Debtor: Thomas Vincent Girardi, 100 Los Altos Drive, Pasadena, CA 91105

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 25, 2021 | Laura Gitnick | /s/ Laura Gitnick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Rafey Balabanian, docket@edelson.com
- Ori S Blumenfeld, Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Richard D Buckley   richard.buckley@arentfox.com
- Marie E Christiansen   mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz   jcrastz@hrhlaw.com
- Ashleigh A Danker   Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Clifford S Davidson   csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Lei Lei Wang Ekvall   lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin   richard.esterkin@morganlewis.com
- Timothy W Evanston   tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith   Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James J Finsten    , jimfinsten@hotmail.com
- James J Finsten   jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- Alan W Forsley   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com,laura.rucker@flpllp.com
- Eric D Goldberg   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- M. Jonathan Hayes   jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Marshall J Hogan   mhogan@swlaw.com, knestuk@swlaw.com
- Razmig Izakelian   razmigizakelian@quinnemanuel.com
- Lewis R Landau   Lew@Landaunet.com
- Craig G Margulies   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Peter J Mastan   peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R Matthai   ematthai@romalaw.com
- Elissa Miller   emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick   MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott H Olson   solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Carmela Pagay   ctp@lnbyb.com
- Ambrish B Patel   apatelEI@americaninfosource.com
- Michael J Quinn   mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- Matthew D. Resnik   matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Ronald N Richards   ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- Kevin C Ronk   Kevin@portilloronk.com, Attorneys@portilloronk.com
- Jason M Rund (TR)   trustee@srlawyers.com, jrund@ecf.axosfs.com
- Gary A Starre   gastarre@gmail.com, mmoonniiee@gmail.com
- Richard P Steelman   rps@lnbyb.com, john@lnbyb.com
- Philip E Strok   pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Christopher K.S. Wong   christopher.wong@arentfox.com, yvonne.li@arentfox.com

**2. SERVED BY UNITED STATES MAIL:**

All Creditors of the Estate
Ally Bank Lease Trust - Assignor to Vehicle
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Wells Fargo Vendor Financial Services, Inc.
c/o Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2802

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Erika Saldana
1757 Riverside Drive
Glendale, CA 91201-2856

Frantz Law Group, APLC
2029 Century Park East
#400
Los Angeles, CA 90067-2905

Gary A Starre
Starre & Cohn, APC
15760 Ventura Blvd., Ste. 801
Encino, CA 91436-3018

Jill O'Callahan
1437 Club View Drive
Los Angeles, CA 90024-5305

John Abassian
6403 Van Nuys Boulevard
Van Nuys, CA 91401-1437

Kimberly Archie
15210 Ventura Boulevard
Suite 307
Sherman Oaks, CA 91403-3841

Robert M. Keese
22982 Rosemont Court
Murrieta, CA 92562-3075

U.S. Legal Support, Inc.
c/o Portillo Ronk Legal Team
5716 Corsa Avenue
Suite 207
Westlake Village, CA 91362-4059

US Legal Support
16825 Northchase DrSuite 900
16825 Northchase DrSuite 900
Houston, TX 77060-6004

Virginia Antonio
20413 Via Navarra
Yorba Linda, CA 92886-3065

```
Label Matrix for local noticing        ABIR COHEN TREYZON SALO, LLP, a California    Ally Bank Lease Trust - Assignor to Vehicle
0973-2                                  ACTS                                          4515 N Santa Fe Ave. Dept. APS
Case 2:20-bk-21020-BR                   16001 Ventura Boulevard, Suite 200             Oklahoma City, OK 73118-7901
Central District of California          Encino, CA 91436-4482
Los Angeles
Tue May 25 15:23:14 PDT 2021

Compass                                 Daimler Trust                                 Frantz Law Group, APLC
42 S Pasadena Ave                       c/o BK Servicing, LLC                         2029 Century Park East
Pasadena, CA 91105-1943                 PO Box 131265                                 #400
                                        Roseville, MN 55113-0011                      Los Angeles, CA 90067-2905

Levene Neale Bender Yoo & Brill LLP     U.S. Legal Support, Inc.                      Wells Fargo Vendor Financial Services, Inc.
10250 Constellation Blvd Ste 1700       c/o Portillo Ronk Legal Team                  c/o Hemar, Rousso & Heald, LLP
Los Angeles, CA 90067-6253              5716 Corsa Avenue                             15910 Ventura Blvd., 12th Floor
                                        Suite 207                                     Encino, CA 91436-2802
                                        Westlake Village, CA 91362-4059

Los Angeles Division                    AT&T                                          AT&T Wireless
255 East Temple Street,                 P.O. Box 5025                                 c/o Credence
Los Angeles, CA 90012-3332              Carol Stream, IL 60197-5025                   4222 Trinity Mills, Ste 260
                                                                                      Dallas, TX 75287-7666

Ally Financial                          Alta San Rafael Association                   American Express
200 Renaissance Ctr #80                 c/o Beven & Brock                             P.O. Box 0001
Detroit, MI 48243-1300                  99 S Lake Ave, Ste 100                        Los Angeles, CA 90096-8000
                                        Pasadena, CA 91101-4739

American Express                        American Express National Bank                Anice Kasim
P.O. Box 981531                         c/o Becket and Lee LLP                        110 Nathaniel Ct
El Paso, TX 79998-1531                  PO Box 3001                                   Mooresville, NC 28117-6712
                                        Malvern  PA 19355-0701

Baker, Keener, Nahra LLP                (p)BANK OF AMERICA                            Bel-Air Country Club
633 W. 5gh Street Ste 5500              PO BOX 982238                                 10768 Bellagio Road
Los Angeles, CA 90071                   EL PASO TX 79998-2238                         Los Angeles CA 90077-3799

Bias Ramadhan A.S.                      California Dept. of Tax and Fee Administrati  Christina Fulton
110 Nathaniel Ct                        Collections Support Bureau, MIC:55            Fredman Lieberman Pearl LLP
Mooresville,, NC 28117-6712             PO Box 942879                                 1875 Century Park East, Suite 2230
                                        Sacramento, CA  94279-0055                    Los Angeles, CA 90067-2522

City National Bank                      City of Pasadena                              Coachella Valley Water District
P.O. Box 60938                          P.O. Box 7120                                 P.O. Box 5000
Los Angeles, CA 90060-0938              Pasadena, CA 91109-7220                       Coachella, CA 92236-5000

Cooley Attorneys at Law                 Dani Daniaty                                  David R. Lira
101 California, 5th Flr                 110 Nathaniel Ct                              10100 Santa Monica Boulevard
San Francisco, CA 94111-5800            Mooresville, NC 28117-6712                    12th Floor
                                                                                      Los Angeles, CA  90067
                                                                                      Los Angeles, CA 90067-4003
```

Dian Daniyanti
110 Nathaniel Ct
Mooresville, NC 28117-6712

Direct TV
P.O. Box 105261
Atlanta, GA 30348-5261

Edelson PC
c/o Jay Edelson
350 N La Salle, 14th Flr
Chicago, IL 60654-5136

Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd 12th Fl
Los Angeles, CA 90067-4113

Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd, 12th Flr
Los Angeles, CA 90067-4113

Eric Bryan Seuthe
10990 Wilshire Blvd.
Suite 1420
Los Angeles, CA 90024-3931

Erika Girardi
c/o Peter J. Mastan, Dinsmore & Sho
550 S Hope Street, Ste 1765
Los Angeles, CA 90071-2669

Erika Saldana
1757 Riverside Drive
Glendale, CA 91201-2856

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0011

GSI Group Inc.
C/o Michael Vincent Severo
301 N Lake Ave Ste 202
Pasadena, CA 91101-5127

Girardi & Kesse
c/o Elissa Miller, trustee
333 S Hope St Ste 3500
Los Angeles, CA 90071-3044

Haig Kelegian
26 Sunset Cove
Newport Beach, CA 92657-1901

Hideway
80-440 Hideway Club Ct
La Quinta, CA 92253-7867

Hochman Salkin Toscher Perez, P.C.
9150 Wilshire Blvd Se 300
Beverly Hills, CA 90212-3430

Imperial Irrigation District
333 E Barioni Blvd
Imperial, CA 92251-1773

In Bloom Orchids
1187 Coast Village Rd #1-269
Santa Barbara, CA 93108-2737

Internal Revenue Service
P.O. BOX 7346
Philadelphia, PA 19101-7346

JPMCB Auto
P.O. Box 901003
Fort Worth, TX 76101-2003

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Jaime Ruigomez
c/o Margulies Faith LLP
16030 Ventura Blvd, Suite 470
Encino, CA 91436-4493

Jazmin Gomez
7210 NW 179th Street Apt 202
Hialeah, FL 33015-5439

Jill O'Callahan
1437 Club View Drive
Los Angeles, CA 90024-5305

Joe Ortiz
P.O. Box 625
La Quinta, CA 92247-0625

John Abassian
6403 Van Nuys Blvd
Van Nuys, CA 91401-1437

Joseph Ruigomez
c/o Margulies Faith, LLP
16030 Ventura Blvd. Suite 470
Encino, CA 91436-4493

Judy Selberg
c/o Eric Bryan Seuthe & Associates
10990 Wilshire Blvd Ste 1420
Los Angeles, CA 90024-3931

KABC-AM
8965 Lindblade Street
Culver City, CA 90232-2438

KCC Class Actions Services LLC
c/o Michael Joseph Quinn
1925 Century Park E Ste 1900
Los Angeles, CA 90067-2754

KELCO LLC aka KELCO PROPERTIES LLC & HAIG KE
26 Sunset Cove
Newport Coast, CA 92657-1901

```
KELCO, LLC aka KELCO PROPERTIES, LLC      Karen Girardi                              Kathleen Bajgrowicz
Walter J. Lack                            c/o Gary A Starre                          c/o M Manuel H. Miller
10100 Santa Monica Blvd., #1200           15760 Ventura Blvd Ste 801                 20750 Ventura Blvd Ste 440
Los Angeles, CA 90067                     Encino CA 91436-3018                       Woodland Hills, CA 91364-6643
Los Angeles, CA 90067-4113


Kathleen L. Bajgrowicz                    Kathleen Ruigomez                          Keith D. Griffin
Manuel H. Miller, Esq.                    c/o Margulies Faith, LLP                   Ryan D. Saba, Rosen Saba, LLP
Law Offices of Manuel H. Miller           16030 Ventura Blvd, Suite 470              9350 Wilshire Blvd, Suite 250
20750 Ventura Boulevard, Suite 440        Encino, CA 91436-4493                      Beverly Hills CA 90212-3219
Woodland Hills, CA 91364-6643


Kimberly Archi                            Kimberly Archie                            Ktgy Architectural Planning
15210 Ventura Blvd #307                   15210 Ventura Boulevard                    17911 Von Karman Ste 200
Sherman Oaks, CA 91403-3841               Suite 307                                  Irvine, CA 92614-6240
                                          Sherman Oaks, CA 91403-3841


L.A. Arena Company LLC                    L.A. Arena Funding, LLC                    LADWP
1111 S Figueroa Ste 3100                  c/o Richard D. Buckley, Jr.                P.O. Box 5111
Los Angeles, CA 90015-1333                Arent Fox LLP                              Los Angeles, CA 90055-0111
                                          555 West Fifth Street, 48th Floor
                                          Los Angeles, CA 90013-1065


Lakeside Golf Club                        Law Offices of Philip R. Sheldon           Law Offices of Robert P. Finn
P.O. Box 2386                             c/o Ronald Richards                        c/o James Spertus; Spertus, Landes
Carol stream, IL 60132-2386               P.O. Box 11480                             1990 S Bundy Drive Ste 705
                                          Beverly Hills, CA 90213-4480               Los Angeles, CA 90025-5256


Manuel Miller                             (p)MERCEDES BENZ FINANCIAL SERVICES        Metro Express Lanes
20750 Ventura Boulevard                   13650 HERITAGE PARKWAY                     20101 Hamilton Ave Ste 100A
Suite 440                                 FORT WORTH TX 76177-5323                   Torrance, CA 90502-1351
Woodland Hills, CA 91364-6643


Multi Rizki                               National Construction Rentals              National Construction Rentals
110 Nathaniel Ct                          P.O. Box 841461                            c/o Jonathan Neil & Associates, Inc.
MOORESVILLE, NC 28117-6712                Los Angeles, CA 90084-1461                 71 W Main Street Ste 304
                                                                                     Freehold, NJ 07728-2139


New York State Dept of Taxation &         New York States Dept of Taxation           (p)OCALA EQUINE HOSPITAL  P A
Bankruptcy Section                        and Bankruptcy Section                     ATTN ATTN REBEKAH CLIFTON
P.O. Box 5300                             P.O. Box 5300                              10855 N US HIGHWAY 27
Albany, NY 12205-0300                     Albany, NY 12205-0300                      OCALA FL 34482-1842


PACTEN PARTNERS LLC                       PARVIN OSALU-BAKHTIAR                      Pacific Mercantile Bank
17630 Plaza Arica                         c/o Ebby S. Bakhtiar, Esq.                 1800 Ave of the Stars, Ste 675
San Diego, CA 92128-1710                  3435 Wilshire Blvd., STe. 1669             Los Angeles, CA 90067-4221
                                          Los Angeles, CA 90010-2287


Pasadena Water and Power                  Pauline White                              Pebble Beach Resorts
150 S Los Robles Ave #300                 Law Office of Pauline White                P.O. Box 1522
Pasadena, CA 91101-4612                   150 N. Santa Anita Avenue                  Pebble Beach, CA 93953-1522
                                          Suite 300
                                          Arcadia, CA 91006-3116
```

| | | |
|---|---|---|
| Polito Eppich Associates<br>100 E San Marcos Blvd<br>San Marcos, CA 92069-2986 | Psomas<br>555 South Flower Street<br>Suite 4300<br>Los Angeles, CA 90071-2405 | RPC Tax Property Tax Advisors LLC<br>P.O. Box 7289<br>San Diego, CA 92167-0289 |
| Rest Your Case Evidence Storage LLC<br>Pauline White<br>150 N. Santa Anita Avenue<br>Suite 300<br>Arcadia, CA 91006-3116 | Richard Fair<br>c/o Peter Roald Kindem<br>2945 Townsgate Rd Ste 200<br>Westlake Village, CA 91361-5866 | Robert Keese<br>22982 Rosemont Court<br>Murrieta, CA 92562-3075 |
| Robert M. Keese<br>22982 Rosemont Court<br>Murrieta, CA 92562-3075 | Salem Media Group Inc.<br>P.O. Box 845581<br>Los Angeles, CA 90084-5581 | Septiana Damayanti<br>110 Nathaniel Ct<br>Mooresville, NC 28117-6712 |
| Shawn Azizzadeh<br>c/o Michelle Balady Bedford Law Group<br>1875 Century Park E Ste 1790<br>Los Angeles, CA 90067-2537 | SoCal Gas<br>P.O. Box 1626<br>Monterey Park CA 91754-8626 | Stillwell Madison LLC<br>c/o Andrew Conlan Whitman<br>865 S Figueroa St TCW Tower<br>Los Angeles, CA 90017-2543 |
| Stillwell Madison LLC<br>c/o Marshall J Hogan; Snell & Wilme<br>600 Anton Blvd Se 1400<br>Costa Mesa, cA 92626-7689 | The French Hand Laundry<br>606 S Lake Ave<br>North Hollywood, CA 91606 | The Plantation Golf Club<br>50994 Monroe St<br>Indio, CA 92201-9709 |
| The Severo Law Firm<br>155 N Lake Avenue<br>Pasadena, CA 91101-1857 | The Village Gardener<br>P.O. Box 40128<br>Santa Barbara, CA 93140-0128 | US Legal Support<br>16825 Northchase DrSuite 900<br>16825 Northchase DrSuite 900<br>Houston, TX 77060-6004 |
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Veritext LLC<br>c/o Philip Landsman<br>5776 Lindero Canyon Rd Ste D-666<br>Thousand Oaks, CA 91362-6428 | Virage Capital Management LP<br>1700 Post Oak Blvd Ste 300<br>Houston, TX 77056-3973 |
| Virginia Antonio<br>20413 Via Navarra<br>Yorba Linda, CA 92886-3065 | Webster Training Center<br>P.O. Box 144<br>Lowell, FL 32663-0144 | Wells Fargo Vendor Financial Services<br>800 Walnut Street<br>Des Moines, IA 50309-3891 |
| Western Exterminator Company<br>P.O. Box 16350<br>Reading, PA 19612-6350 | Wilshire Country Club<br>301 N Rossmore Ave<br>Los Angeles, CA 90004-2499 | Elissa D. Miller<br>Smiley Wang-Ekvall, LLP<br>3200 Park Center Drive<br>Suite 250<br>Costa Mesa, CA 92626-7234 |
| Erika Girardi<br>c/o Dinsmore & Shohl LLP<br>550 South Hope St., Ste 1765<br>Los Angeles, CA 90071-2669 | Gary A Starre<br>Starre & Cohn, APC<br>15760 Ventura Blvd., Ste. 801<br>Encino, CA 91436-3018 | Jason M Rund (TR)<br>Sheridan & Rund<br>840 Apollo Street, Suite 351<br>El Segundo, CA 90245-4762 |

| | | |
|---|---|---|
| Karen Girardi<br>c/o Starre & Cohn<br>15760 Ventura Blvd., Ste. 801<br>Encino, CA 91436-3018 | Robert Girardi<br>402 South Marengo Ave.<br>Suite B<br>Pasadena, CA 91101-3113 | Thomas Vincent Girardi<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017-1904 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998 | JPMCB HL<br>700 Kansas Ln<br>Monroe, La 71203 | Mercedes-Benz Financial Services<br>P.O. Box 5209<br>Carol Stream, IL 60197-5209 |
| Ocala Equine Hospital P.A.<br>10855 N.W. US Hwy 27<br>Ocala, FL 34482 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)C.F., an individual | (u)California Attorney Lending II, Inc. | (u)Courtesy NEF |
| (u)Edelson PC | (u)Hahn Fife | (u)KCC Class Action Services, LLC |
| (u)L.A. Arena Funding, LLC | (u)Stillwell Madison, LLC | (d)John Abassian<br>6403 Van Nuys Boulevard<br>Van Nuys, CA 91401-1437 |
| (d)Wells Fargo Vendor Financial Services, LLC<br>c/o Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436-2802 | (d)Erika Saldana<br>1757 Riverside Drive<br>Glendale, CA 91201-2856 | (u)Jaime Ruigomez |
| (d)Jill O'Callahan<br>1437 Club View Drive<br>Los Angeles, CA 90024-5305 | (d)John Abassian<br>6403 Van Nuys Boulevard<br>Van Nuys, CA 91401-1437 | (u)Joseph Ruigomez |

(u) Judy Selberg

(u) Kathleen Ruigomez

(d) Kimberly Archie
15210 Ventura Boulevard
Suite 307
Sherman Oaks, CA 91403-3841

(d) Robert M. Keese
22982 Rosemont Court
Murrieta, CA 92562-3075

(d) Virginia Antonio
20413 Via Navarra
Yorba Linda, CA 92886-3065

(u) William F Savino

End of Label Matrix
Mailable recipients   122
Bypassed recipients    21
Total                 143