CRAIG G. MARGULIES (SBN 185925)
*Craig@MarguliesFaithLaw.com*
JEREMY W. FAITH (SBN 190647)
*Jeremy@MarguliesFaithLaw.com*
ORI S BLUMENFELD (SBN 259112)
*Ori@MarguliesFaithLaw.com*
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino California 91436
Telephone: (818) 705-2777
Facsimile:   (818) 705-3777

Attorneys for Secured Creditors,
Joseph Ruigomez, Jaime Ruigomez, and Kathleen Ruigomez

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re | Case No.: 2:20-bk-21020-BR |
|---|---|
| THOMAS VINCENT GIRARDI, | Chapter: 7 |
| Debtor. | **STIPULATION BETWEEN JASON M. RUND (CHAPTER 7 TRUSTEE) AND SECURED CREDITORS JOSEPH RUIGOMEZ, JAIME RUIGOMEZ, AND KATHLEEN RUIGOMEZ FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM)** |
| | **Hearing Information:** Date:  July 6, 2021 Time: 10:00 a.m. Place: Courtroom 1668 Roybal Federal Building 255 E. Temple Street Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, JASON M. RUND, THE CHAPTER 7 TRUSTEE AND HIS COUNSEL OF RECORD; AND ALL OTHER PARTIES IN INTEREST:**

Jason M. Rund, the Chapter 7 Trustee for the above-captioned Chapter 7 bankruptcy estate ("Trustee"), on the one hand, and the secured creditors Joseph Ruigomez ("Joseph"), Jaime Ruigomez ("Jaime"), and Kathleen Ruigomez ("Kathleen", collectively with Joseph and Jaime, the "Ruigomez Family"), on the other hand, hereby enter into this Stipulation for an Order granting relief from the automatic stay to allow for the Ruigomez Family (by and through their counsel, Abir, Cohen, Treyzon & Salo, LLP ("ACTS") to continue with any and all post-judgment collection actions against Erika Girardi ("Erika"[1]), the current but estranged spouse of debtor Thomas Vincent Girardi ("Debtor"), in the case entitled, *Joseph Ruigomez, et al. v. Thomas V. Girardi, et al.,* in the Superior Court for the State of California, County of Los Angeles, bearing case number 19STCV22296 ("State Action") (Collectively, the Trustee with the Ruigomez Family, the "Parties").

This Stipulation is made by the Parties, through their undersigned counsel, and is made in reference to the following facts:

<u>**RECITALS**</u>

A.      On April 20, 2020, on behalf of the Ruigomez Family, the law firm Abir, Cohen, Treyzon & Salo, LLP ("ACTS") obtained a Stipulation for Civil Judgment ("Judgment") for legal malpractice (among other claims) against the Debtor and Girardi Keese in the case entitled, *Joseph Ruigomez, et al. v. Thomas V. Girardi, et al.,* in the Superior Court for the State of California, County of Los Angeles, bearing case number 19STCV22296 ("State Action"). A true and correct copy of the Judgment is attached hereto as **Exhibit "1"**.

B.      On August 17, 2020, the Ruigomez Family filed an Application and Order

---

[1] No disrespect is meant by the use of first names, rather they are used in order to easily identify the specific individual referenced.

to Appear for Examination ("ORAP") in the State Action against Erika. On October 13, 2020, a Proof of Service was filed in the State Action indicating that on September 28, 2020, Erika was served with the ORAP. A true and correct copy of the ORAP and POS are attached hereto as **Exhibit "2".**

C.      An Involuntary Petition under Chapter 7 was filed by certain creditors (the "Petitioning Creditors") against the Debtor on December 18, 2020, in the Chapter 7 Bankruptcy Case, Case No. 2:20-bk-21020-BR (the "Chapter 7 Case") [Chapter 7 Case, Dkt. No. 1].

D.      On December 24, 2020, the Petitioning Creditors filed an emergency motion for the appointment of an interim trustee [Chapter 7 Case, Dkt. No. 13], which was granted by the Court on January 5, 2021 [Chapter 7 Case, Dkt. No. 39]. On January 6, 2021, the United States Trustee appointed the Trustee.

E.      On January 13, 2021, an Order for relief was entered [Chapter 7 Case, Dkt. No. 64].

F.      On April 20, 2021, the Trustee and the Ruigomez Family entered in a settlement agreement (approved by this Court pursuant to FRBP 9019) ("Settlement Agreement") that, among other things, provided for allowance of the Ruigomez Family's secured claim in the Chapter 7 Case and provisions for the payment of this allowed secured claim from assets of the bankruptcy estate.  [See 9019 Motion with settlement agreement, and Order thereon, Chapter 7 Case, Dkt. Nos. 132 and 173, respectively.]

G.      On April 13, 2021, the Trustee filed the Application of Chapter 7 trustee to Employ ACTS as Special Counsel ("Employment Application") [Chapter 7 Case, Dkt. No 168]. The Employment Application stated that, "[t]he Trustee requires special counsel to seek recovery of estate assets from Erika or third-party transferees of Erika." [See Employment Application at 2:11-12, Chapter 7 Case, Dkt. No. 168].

H.      On May 12, 2021, the Court entered the Order Approving the Employment Application ("Employment Order") [Chapter 7 Case, Dkt. No. 191].

I.      Based upon the Settlement Agreement, the Employment Application and

the Employment Order, the Parties believe it is in their mutual best interests, including the best interests of the Bankruptcy Estate, to enter into this Stipulation seeking an Order of this Court to granting the Ruigomez Family relief from the automatic stay to proceed with any and all post-judgment collection actions in the State Action, to collect assets for the benefit of the Bankruptcy Estate – and pursuant to the terms of the Settlement Agreement, the Employment Application and the Employment Order.  That is, ACTS as special counsel to the Trustee, and as counsel to the Ruigomez Family in the State Action, will proceed with any and all acts collection actions against Erika, or third-party transferees of Erika, in the State Action in order to recover estate assets from Erika for the benefit of all interested parties of the Bankruptcy Estate, and including the Ruigomez Family pursuant to the Court approved Settlement Agreement.

## **STIPULATION**

NOW THEREFORE, in accordance of the terms, conditions and provisions of this Stipulation and the circumstances out of which the Stipulation arises, consideration having been provided, the Parties hereby stipulate, acknowledge and agree as follows:

1.     **Recitals**:  The Recitals set forth above are made an integral part of this Stipulation and are incorporated herein by this reference.

2.     **Termination of the Automatic Stay**:     Immediately upon entry of an Order approving this Stipulation (the "Approval Order") the Ruigomez Family, and each of them, shall be granted relief from the automatic stay set forth in 11 U.S.C. § 362 for the purpose of allowing them to proceed in the State Action with any and all post-judgment collection actions against Erika for the benefit of the Estate and all interested parties, including the Ruigomez Family pursuant to the terms of the Settlement Agreement.

The Parties may proceed in the State Action by and through ACTS as Special Counsel to the Trustee, and as counsel for the Ruigomez Family in the State Action.

///

///

3

3.    **Bankruptcy Rule 4001(a)(3)**:    As of the date of entry of the Approval Order, the automatic stay provided by Bankruptcy Rule 4001(a)(3) is waived.

DATED:  June 14, 2021

**MARGULIES FAITH, LLP**

By:___ */s/ Craig G. Margulies*_____
Craig G. Margulies
Ori S. Blumenfeld
Attorneys for Secured Creditors,
Joseph Ruigomez, Jaime Ruigomez, and
Kathleen Ruigomez

DATED:  June 15, 2021

**LEVENE, NEAL, BENDER, YOO & BRILL L.L.P.**

By:_____
Timothy Yoo
Attorneys for Jason M. Rund,
Chapter 7 Trustee

4

# Exhibit 1

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

RESERVED FOR CLERK'S FILE STAMP

**COURTHOUSE:**

Stanley Mosk

**PLAINTIFF(S):**

Joseph Ruigomez, Kathleen Ruigomez, Jamie Ruigomez

**CROSS-DEFENDANT(S):**

**DEFENDANT(S):**

Thomas V. Girardi; Girardi | Keese

**CROSS-COMPLAINANT(S):**

**FILED**
Superior Court of California
County of Los Angeles

**APR 20 2020**

Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy
       A. Barton

## STIPULATION FOR CIVIL JUDGMENT

**CASE NUMBER:**

19STCV22296

**DEPT.:**

56

THE PARTIES STIPULATE (AGREE ) AS FOLLOWS:

1. Judgment shall be entered in favor of:

   ☑ Plaintiff(s) Joseph Ruigomez, Kathleen Ruigomez, and Jamie Ruigomez _____

   ☐ Cross-Defendant(s) _____

   ☐ Defendant(s) _____

   ☐ Cross-Complainant(s) _____

   and against Thomas V. Girardi and Girardi | Keese _____ *per Counsel at ex parte at 4/20/20* (name(s)) as follows:

   | | | |
   |---|---|---|
   | Principal | $ ~~12,000,000~~ 11,000,000 (DSC) | ☐ Other Additional Relief: _____ |
   | Prejudgment Interest | $ _____ | _____ |
   | Attorney's Fees | $ _____ | _____ |
   | Costs | $ _____ | _____ |
   | TOTAL | $ _____ | |

   Any other terms and conditions (for example terms of a stay on execution of judgment):
   Payment is due within sixty (60) days.
   _____
   _____
   _____

3. If execution of the judgment is stayed, it is agreed that upon default by the party to perform, the stay will be lifted and a writ of execution or other relief may issue upon ex parte application by the party entitled to performance (check 3a, 3b, or 3c), as follows:

    a. ☐ Without further notice or hearing

    b. ☐ On 24-hour telephonic notice to the defaulting party

    c. ☐ Other _____

4. **Acknowledgment and Waiver:** I acknowledge and agree that I have the right to be represented by counsel at my own expense and that I have had the opportunity to raise any questions I have with the judge and/or counsel before signing this Stipulation.

Joseph Ruigomez ..............................     Joseph Ruigomez
(TYPE OR PRINT NAME)                                (SIGNATURE OF PLAINTIFF)

..............................................     _____
(TYPE OR PRINT NAME)                                (SIGNATURE OF ATTORNEY FOR PLAINTIFF)

..............................................     X _____
(TYPE OR PRINT NAME)                                (SIGNATURE OF DEFENDANT)

..............................................     _____
(TYPE OR PRINT NAME)                                (SIGNATURE OF ATTORNEY FOR DEFENDANT)

..............................................     X _____ Defendant Girardi Keese
(TYPE OR PRINT NAME)                                (SIGNATURE OF __Defendant Girardi Keese__

..............................................     _____
(TYPE OR PRINT NAME)                                (SIGNATURE OF ATTORNEY FOR _____ )

..............................................     _____
(TYPE OR PRINT NAME)                                (SIGNATURE OF _____ )

..............................................     _____
(TYPE OR PRINT NAME)                                (SIGNATURE OF ATTORNEY FOR _____ )

Judgment is entered this date in accord with the above.

The Court's case file will be destroyed on or after _____ without further order of the court.
                                                     (INSERT DATE)

_____                          _____
DATE                                               JUDICIAL OFFICER

3. If execution of the judgment is stayed, it is agreed that upon default by the party to perform, the stay will be lifted and a writ of execution or other relief may issue upon ex parte application by the party entitled to performance (check 3a, 3b, or 3c), as follows:

    a.   ☐   Without further notice or hearing

    b.   ☐   On 24-hour telephonic notice to the defaulting party

    c.   ☐   Other _____

4. **Acknowledgment and Waiver:** I acknowledge and agree that I have the right to be represented by counsel at my own expense and that I have had the opportunity to raise any questions I have with the judge and/or counsel before signing this Stipulation.

Kathleen Ruigomez
........................................................    *Kathleen Ruigomez*
(TYPE OR PRINT NAME)    (SIGNATURE OF PLAINTIFF)

........................................................    _____
(TYPE OR PRINT NAME)    (SIGNATURE OF ATTORNEY FOR PLAINTIFF)

........................................................    _____
(TYPE OR PRINT NAME)    (SIGNATURE OF DEFENDANT)

........................................................    _____
(TYPE OR PRINT NAME)    (SIGNATURE OF ATTORNEY FOR DEFENDANT)

........................................................    _____
(TYPE OR PRINT NAME)    (SIGNATURE OF _____ )

........................................................    _____
(TYPE OR PRINT NAME)    (SIGNATURE OF ATTORNEY FOR _____ )

........................................................    _____
(TYPE OR PRINT NAME)    (SIGNATURE OF _____ )

........................................................    _____
(TYPE OR PRINT NAME)    (SIGNATURE OF ATTORNEY FOR _____ )

Judgment is entered this date in accord with the above.

The Court's case file will be destroyed on or after _____ without further order of the court.
    (INSERT DATE)

_____    _____
DATE    JUDICIAL OFFICER

3. If execution of the judgment is stayed, it is agreed that upon default by the party to perform, the stay will be lifted and a writ of execution or other relief may issue upon ex parte application by the party entitled to performance (check 3a, 3b, or 3c), as follows:

   a. ☐ Without further notice or hearing

   b. ☐ On 24-hour telephonic notice to the defaulting party

   c. ☐ Other _____

4. **Acknowledgment and Waiver:** I acknowledge and agree that I have the right to be represented by counsel at my own expense and that I have had the opportunity to raise any questions I have with the judge and/or counsel before signing this Stipulation.

Jamie Ruigomez
(TYPE OR PRINT NAME)                    (SIGNATURE OF PLAINTIFF)

...........................................         _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF ATTORNEY FOR PLAINTIFF)

...........................................         _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF DEFENDANT)

...........................................         _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF ATTORNEY FOR DEFENDANT)

...........................................         _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF _____)

...........................................         _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF ATTORNEY FOR _____)

...........................................         _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF _____)

...........................................         _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF ATTORNEY FOR _____)

Judgment is entered this date in accord with the above.

The Court's case file will be destroyed on or after _____ without further order of the court.
                                           (INSERT DATE)

APR 2 0 2020
DATE                                       JUDICIAL OFFICER

                                           David J. Cowan
                                           Judge

LASC LACIV 220 (Rev. 08/18)        **STIPULATION FOR CIVIL JUDGMENT**        Page 2 of 2
For Optional Use

Exhibit 1                    Page 8

I certify that this is a true and correct copy of the
original on file in this office consisting of____4____pages

SHERRI R. CARTER, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles

Date: JUN 1 9 2020  By:_____Deputy
KARLA BLUMENBERG

Exhibit 1                                         Page 9

Exhibit 2

AT-138, EJ-125

Electronically Received 08/17/2020 09:31 AM

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

Boris Treyzon, Esq. (SBN 188893)
ABIR COHEN TREYZON SALO, LLP
16001 Ventura Blvd., Suite 200
Encino, California 91436

TELEPHONE NO.: (424) 288-4367    FAX NO.: (424) 288-4368
ATTORNEY FOR *(Name)*: Plaintiffs

NAME OF COURT: Los Angeles Superior Court
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk Courthouse, Central District

PLAINTIFF: Joseph Ruigomez, et al.

DEFENDANT: Thomas V. Girardi, et al.

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**

CASE NUMBER:
19STCV22296

[✓] **ENFORCEMENT OF JUDGMENT**    [✓] **ATTACHMENT (Third Person)**
[ ] **Judgment Debtor**    [✓] **Third Person**

Reservation ID: 635049886949

**ORDER TO APPEAR FOR EXAMINATION**

1. TO *(name)*: Erika "Jayne" Girardi, an individual,

2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [✓] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: October 22, 2020    Time: 8:30 a.m.    Dept. or Div.: 56    Rm.:
Address of court [✓] shown above [✓] is: Los Angeles Superior Court, Central
111 N. Hill Street, Los Angeles, CA 90012

3. This order may be served by a sheriff, marshal, registered process server, **or** the following specially appointed person *(name)*:

Date: _____    _____
                                              JUDGE OR REFEREE

**This order must be served not less than 10 days before the date set for the examination.**

# IMPORTANT NOTICES ON REVERSE

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [✓] Judgment creditor [ ] Assignee of record [ ] Plaintiff who has a right to attach order applies for an order requiring *(name)*: Erika "Jayne" Girardi, an individual, to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.

5. The person to be examined is
   a. [ ] the judgment debtor.
   b. [✓] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.

6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.

7. [ ] This court is **not** the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.

8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 17, 2020

Boris Treyzon, Esq.
(TYPE OR PRINT NAME)    ▶    _____
                                    (SIGNATURE OF DECLARANT)

(Continued on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
AT-138, EJ-125 [Rev. July 1, 2000]

**APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION**
**(Attachment—Enforcement of Judgment)**

Code of Civil Procedure,
§§ 491.110, 708.110, 708.120

Exhibit 8    Page 10

## APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

## APPEARANCE OF A THIRD PERSON
## (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

**(2) NOTICE TO JUDGMENT DEBTOR   The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:**

**If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.**

## APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.**

## APPEARANCE OF A CORPORATION, PARTNERSHIP,
## ASSOCIATION, TRUST, OR OTHER ORGANIZATION

**It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.**

**APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION
(Attachment—Enforcement of Judgment)** **Page two**

Exhibit 2

 Journal Technologies Court Portal

# Make a Reservation

JOSEPH RUIGOMEZ, AN INDIVIDUAL, et al. vs THOMAS V. GIRARDI, AN INDIVIDUAL, et al.

Case Number: 19STCV22296    Case Type: Civil Unlimited    Category: Legal Malpractice
Date Filed: 2019-06-26    Location: Stanley Mosk Courthouse - Department 56

## Reservation

| | |
|---|---|
| Case Name:<br>JOSEPH RUIGOMEZ, AN INDIVIDUAL, et al. vs<br>THOMAS V. GIRARDI, AN INDIVIDUAL, et al. | Case Number:<br>19STCV22296 |
| Type:<br>Application and Order for Appearance and Examination | Status:<br>RESERVED |
| Filing Party:<br>Joseph Ruigomez, an individual (Plaintiff) | Location:<br>Stanley Mosk Courthouse - Department 56 |
| Date/Time:<br>10/22/2020 8:30 AM | Number of Motions:<br>1 |
| Reservation ID:<br>635049886949 | Confirmation Code:<br>CR-2AMALTRKHPSWGUEG4 |

## Fees

| Description | Fee | Qty | Amount |
|---|---|---|---|
| Application and Order for Appearance and Examination | 60.00 | 1 | 60.00 |
| Credit Card Percentage Fee (2.75%) | 1.65 | 1 | 1.65 |
| TOTAL | | | **$61.65** |

## Payment

| | |
|---|---|
| Amount:<br>$61.65 | Type:<br>AmericanExpress |
| Account Number:<br>XXXX1013 | Authorization:<br>274310 |

🖨 Print Receipt     ➕ Reserve Another Hearing 

Copyright © Journal Technologies, USA. All rights reserved.

Exhibit 2    Page 12

 Help

**POS-020**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Boris Treyzon, Esq. (SBN 188893)<br>ABIR COHEN TREYZON SALO, LLP<br>16001 Ventura Blvd.<br>Suite 200<br>Encino, California 91436<br>TELEPHONE NO.: (424) 288-4367    FAX NO. *(Optional):* (424) 288-4368<br>E-MAIL ADDRESS *(Optional):* btreyzon@actslaw.com<br>ATTORNEY FOR *(Name):* Plaintiffs | |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 111 N. Hill Street<br>MAILING ADDRESS: 111 N. Hill Street<br>CITY AND ZIP CODE: Los Angeles, 90012<br>BRANCH NAME: Stanley Mosk Courthouse, Centrsl District |

| | |
|---|---|
| PETITIONER/PLAINTIFF: Joseph Ruigomez, et al.<br><br>RESPONDENT/DEFENDANT: Thomas V. Girardi, et al. | |

| | |
|---|---|
| **PROOF OF PERSONAL SERVICE—CIVIL** | CASE NUMBER:<br>19STCV22296 |

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**.

2. I served the following **documents** *(specify):*

   1) Application and Order for Appearance and Examination - Erika Girardi
   2) Civil Subpoena (Duces Tecum) for Personal Appearance and Production of Documents - Erika Girardi

   ☐ The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3. I personally served the following **persons** at the address, date, and time stated:

   a. Name: Erika Girardi
   b. Address: 100 Los Altos Dr., Pasadena, CA 91105
   c. Date: September 28, 2020
   d. Time: 2:52 p.m.

   ☐ The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4. I am
   a. ☐ not a registered California process server.
   b. ☑ a registered California process server.
   c. ☐ an employee or independent contractor of a registered California process server.
   d. ☐ exempt from registration under Business & Professions Code section 22350(b).

5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify):*

   Raul Madrid
   P.O. Box 509, La Puente, CA 91747
   (626) 523-5826
   Los Angeles County Registration No. 3905

6. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7. ☐ I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date: October 9, 2020

Raul Madrid
_____
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

▶ _____
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>POS-020 [New January 1, 2005] | **PROOF OF PERSONAL SERVICE—CIVIL** | Code of Civil Procedure, § 1011<br>www.courtinfo.ca.gov |



American LegalNet, Inc.
www.courtforms.com

Exhibit 2

Page 13

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN JASON M. RUND (CHAPTER 7 TRUSTEE) AND SECURED CREDITORS JOSEPH RUIGOMEZ, JAIME RUIGOMEZ, AND KATHLEEN RUIGOMEZ FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 15, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **June 15, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:** Pursuant to Amended General Order 20-12, Filed December 8, 2020, no Judge's copy is being served.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| June 15, 2021 | Angela Saba | */s/ Angela Saba* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## ADDITIONAL SERVICE INFORMATION (if needed):

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>**ATTORNEY FOR CREDITOR**</u> **Rafey Balabanian**    , docket@edelson.com
- <u>**ATTORNEY FOR INTERESTED PARTY: Ori S Blumenfeld**</u>    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- <u>**ATTORNEY FOR INTERESTED PARTY: Sandor Theodore Boxer**</u>    tedb@tedboxer.com
- <u>**ATTORNEY FOR INTERESTED PARTY: Richard D Buckley**</u>    richard.buckley@arentfox.com
- <u>**ATTORNEY FOR INTERESTED PARTY: Marie E Christiansen**</u>    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- <u>**ATTORNEY FOR INTERESTED PARTY: Jennifer Witherell Crastz**</u>    jcrastz@hrhlaw.com
- <u>**ATTORNEY FOR INTERESTED PARTY: Ashleigh A Danker**</u>    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- <u>**TRUSTEE**</u> **Clifford S Davidson**    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- <u>**ATTORNEY FOR INTERESTED PARTY: Lei Lei Wang Ekvall**</u>    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- <u>**ATTORNEY FOR INTERESTED PARTY: Richard W Esterkin**</u>    richard.esterkin@morganlewis.com
- <u>**ATTORNEY FOR INTERESTED PARTY: Timothy W Evanston**</u>    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- <u>**ATTORNEY FOR INTERESTED PARTY: Jeremy Faith**</u>    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- <u>**ATTORNEY FOR INTERESTED PARTY: James J Finsten**</u>    , jimfinsten@hotmail.com
- <u>**ATTORNEY FOR INTERESTED PARTY: James J Finsten**</u>    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- <u>**ATTORNEY FOR INTERESTED PARTY: Alan W Forsley**</u>    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- <u>**ATTORNEY FOR INTERESTED PARTY: Eric D Goldberg**</u>    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- <u>**ATTORNEY FOR PETITIONING CREDITOR: Andrew Goodman**</u>    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- <u>**ATTORNEY FOR INTERESTED PARTY: M. Jonathan Hayes**</u>    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- <u>**ATTORNEY FOR CREDITOR: Marshall J Hogan**</u>    mhogan@swlaw.com, knestuk@swlaw.com
- <u>**ATTORNEY FOR CREDITOR: Razmig Izakelian**</u>    razmigizakelian@quinnemanuel.com
- <u>**ATTORNEY FOR INTERESTED PARTY: Lewis R Landau**</u>    Lew@Landaunet.com
- <u>**ATTORNEY FOR INTERESTED PARTY: Craig G Margulies**</u>    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- <u>**ATTORNEY FOR INTERESTED PARTY: Peter J Mastan**</u>    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- <u>**ATTORNEY FOR INTERESTED PARTY: Edith R. Matthai**</u>    ematthai@romalaw.com, lrobie@romalaw.com
- <u>**ATTORNEY FOR INTERESTED PARTY: Elissa Miller**</u>    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                                                    **F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR INTERESTED PARTY: Eric A Mitnick**    MitnickLaw@aol.com, mitnicklaw@gmail.com

- **ATTORNEY FOR INTERESTED PARTY: Scott H Olson**    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com

- **ATTORNEY FOR INTERESTED PARTY: Carmela Pagay**    ctp@lnbyb.com

- **ATTORNEY FOR CREDITOR: Ambrish B Patel**    apatelEI@americaninfosource.com

- **ATTORNEY FOR INTERESTED PARTY: Leonard Pena**    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

- **ATTORNEY FOR INTERESTED PARTY: Michael J Quinn**    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com

- **ATTORNEY FOR INTERESTED PARTY: Matthew D. Resnik**    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

- **ATTORNEY FOR INTERESTED PARTY: Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com

- **ATTORNEY FOR INTERESTED PARTY: Kevin C Ronk**    Kevin@portilloronk.com, Attorneys@portilloronk.com

- **CHAPTER 7 TRUSTEE: Jason M Rund (TR)**    trustee@srlawyers.com, jrund@ecf.axosfs.com

- **ATTORNEY FOR CREDITOR: Gary A Starre**    gastarre@gmail.com, mmoonniiee@gmail.com

- **ATTORNEY FOR INTERESTED PARTY: Richard P Steelman**    rps@lnbyb.com, john@lnbyb.com

- **ATTORNEY FOR INTERESTED PARTY: Philip E Strok**    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

- **ATTORNEY FOR INTERESTED PARTY: Christopher K.S. Wong**    christopher.wong@arentfox.com, yvonne.li@arentfox.com

- **ATTORNEY FOR INTERESTED PARTY: Timothy J Yoo**    tjy@lnbyb.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**