| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CRAIG G. MARGULIES (SBN 185925)<br>*Craig@MarguliesFaithLaw.com*<br>JEREMY W. FAITH (SBN 190647)<br>*Jeremy@MarguliesFaithLaw.com*<br>ORI S BLUMENFELD (SBN 259112)<br>*Ori@MarguliesFaithLaw.com*<br>**MARGULIES FAITH, LLP**<br>16030 Ventura Blvd., Suite 470<br>Encino California 91436<br>Telephone: (818) 705-2777<br>Facsimile:  (818) 705-3777<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Secured Creditors, Joseph Ruigomez, Jaime Ruigomez, and Kathleen Ruigomez | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>THOMAS VINCENT GIRARDI,<br><br><br><br>Debtor(s) | CASE NO.: 2:20-bk-21020-BR<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>**MOTION TO APPROVE STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITORS JOSEPH RUIGOMEZ, JAIME RUIGOMEZ, AND KATHLEEN RUIGOMEZ FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM)** |

PLEASE TAKE NOTE that the order titled **MOTION TO APPROVE STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITORS JOSEPH RUIGOMEZ, JAIME RUIGOMEZ, AND KATHLEEN RUIGOMEZ FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM)** was lodged on (*date*) June 15, 2021 and is attached.  This order relates to the motion which is docket number 212.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# [Proposed] Order

CRAIG G. MARGULIES (SBN 185925)
*Craig@MarguliesFaithLaw.com*
JEREMY W. FAITH (SBN 190647)
*Jeremy@MarguliesFaithLaw.com*
ORI S BLUMENFELD (SBN 259112)
*Ori@MarguliesFaithLaw.com*
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino California 91436
Telephone: (818) 705-2777
Facsimile:   (818) 705-3777

Attorneys for Secured Creditors,
Joseph Ruigomez, Jaime Ruigomez, and Kathleen Ruigomez

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No.: 2:20-bk-21020-BR<br><br>Chapter: 7<br><br>**ORDER RE: MOTION TO APPROVE STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITORS JOSEPH RUIGOMEZ, JAIME RUIGOMEZ, AND KATHLEEN RUIGOMEZ FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM)**<br><br>**Hearing Information:**<br>Date:  July 6, 2021<br>Time:  10:00 a.m.<br>Place:  Courtroom 1668<br>    Roybal Federal Building<br>    255 E. Temple Street<br>    Los Angeles, CA 90012 |

///

///

///

Upon consideration of the Motion to Approve Stipulation for an order for Relief from the Automatic Stay in order to continue post-judgment collection actions against Erika Girardi ("Erika") in the State Action (the "Motion")[1] (Dkt. No. 212); the Stipulation (Dkt. No. 211); the Declaration of the Trustee; and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Motion is GRANTED and the Stipulation is APPROVED.
2. The automatic stay of 11 U.S.C. § 362(a) is lifted, subject to the terms of the Stipulation, to allow the Ruigomez Family to continue their collection efforts against Erika in the State Action.
3. The Court shall retain jurisdiction to resolve any and all disputes relating to this Order or to the Stipulation.

**IT IS SO ORDERED.**

###

---

[1] Unless stated otherwise, all capitalized terms used herein shall have the definition assigned in the Motion.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 15, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **June 15, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:** Pursuant to Amended General Order 20-12, Filed December 8, 2020, no Judge's copy is being served.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 15, 2021 | Angela Saba | /s/ Angela Saba |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**

- **ATTORNEY FOR CREDITOR Rafey Balabanian**    , docket@edelson.com
- **ATTORNEY FOR INTERESTED PARTY: Ori S Blumenfeld**    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **ATTORNEY FOR INTERESTED PARTY: Sandor Theodore Boxer**    tedb@tedboxer.com
- **ATTORNEY FOR INTERESTED PARTY: Richard D Buckley**    richard.buckley@arentfox.com
- **ATTORNEY FOR INTERESTED PARTY: Marie E Christiansen**    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **ATTORNEY FOR INTERESTED PARTY: Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **ATTORNEY FOR INTERESTED PARTY: Ashleigh A Danker**    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- **TRUSTEE Clifford S Davidson**    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- **ATTORNEY FOR INTERESTED PARTY: Lei Lei Wang Ekvall**    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **ATTORNEY FOR INTERESTED PARTY: Richard W Esterkin**    richard.esterkin@morganlewis.com
- **ATTORNEY FOR INTERESTED PARTY: Timothy W Evanston**    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **ATTORNEY FOR INTERESTED PARTY: Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **ATTORNEY FOR INTERESTED PARTY: James J Finsten**    , jimfinsten@hotmail.com
- **ATTORNEY FOR INTERESTED PARTY: James J Finsten**    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- **ATTORNEY FOR INTERESTED PARTY: Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **ATTORNEY FOR INTERESTED PARTY: Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR PETITIONING CREDITOR: Andrew Goodman**    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **ATTORNEY FOR INTERESTED PARTY: M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **ATTORNEY FOR CREDITOR: Marshall J Hogan**    mhogan@swlaw.com, knestuk@swlaw.com
- **ATTORNEY FOR CREDITOR: Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **ATTORNEY FOR INTERESTED PARTY: Lewis R Landau**    Lew@Landaunet.com
- **ATTORNEY FOR INTERESTED PARTY: Craig G Margulies**    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **ATTORNEY FOR INTERESTED PARTY: Peter J Mastan**    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **ATTORNEY FOR INTERESTED PARTY: Edith R. Matthai**    ematthai@romalaw.com, lrobie@romalaw.com
- **ATTORNEY FOR INTERESTED PARTY: Elissa Miller**    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**

- **ATTORNEY FOR INTERESTED PARTY: Eric A Mitnick**    MitnickLaw@aol.com, mitnicklaw@gmail.com
- **ATTORNEY FOR INTERESTED PARTY: Scott H Olson**    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **ATTORNEY FOR INTERESTED PARTY: Carmela Pagay**    ctp@lnbyb.com
- **ATTORNEY FOR CREDITOR: Ambrish B Patel**    apatelEI@americaninfosource.com
- **ATTORNEY FOR INTERESTED PARTY: Leonard Pena**    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **ATTORNEY FOR INTERESTED PARTY: Michael J Quinn**    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **ATTORNEY FOR INTERESTED PARTY: Matthew D. Resnik**    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **ATTORNEY FOR INTERESTED PARTY: Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com
- **ATTORNEY FOR INTERESTED PARTY: Kevin C Ronk**    Kevin@portilloronk.com, Attorneys@portilloronk.com
- **CHAPTER 7 TRUSTEE: Jason M Rund (TR)**    trustee@srlawyers.com, jrund@ecf.axosfs.com
- **ATTORNEY FOR CREDITOR: Gary A Starre**    gastarre@gmail.com, mmoonniiee@gmail.com
- **ATTORNEY FOR INTERESTED PARTY: Richard P Steelman**    rps@lnbyb.com, john@lnbyb.com
- **ATTORNEY FOR INTERESTED PARTY: Philip E Strok**    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **ATTORNEY FOR INTERESTED PARTY: Christopher K.S. Wong**    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **ATTORNEY FOR INTERESTED PARTY: Timothy J Yoo**    tjy@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 4    **F 9021-1.2.BK.NOTICE.LODGMENT**