CRAIG G. MARGULIES (SBN 185925)
Craig@MarguliesFaithLaw.com
JEREMY W. FAITH (SBN 190647)
Jeremy@MarguliesFaithLaw.com
ORI S BLUMENFELD (SBN 259112)
Ori@MarguliesFaithLaw.com
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino California 91436
Telephone: (818) 705-2777
Facsimile:   (818) 705-3777

Attorneys for Secured Creditors,
Joseph Ruigomez, Jaime Ruigomez, and Kathleen Ruigomez

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No.: 2:20-bk-21020-BR<br><br>Chapter: 7<br><br>**AMENDED NOTICE OF HEARING ON:**<br>**A. STIPULATION BETWEEN JASON M. RUND (CHAPTER 7 TRUSTEE) AND SECURED CREDITORS JOSEPH RUIGOMEZ, JAIME RUIGOMEZ, AND KATHLEEN RUIGOMEZ FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM) [Dkt No. 211]**<br>**B. NOTICE OF MOTION AND MOTION TO APPROVE STIPULATION BETWEEN JASON M. RUND (CHAPTER 7 TRUSTEE) AND SECURED CREDITORS JOSEPH RUIGOMEZ, JAIME RUIGOMEZ, AND KATHLEEN RUIGOMEZ FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM) [Dkt No. 212]**<br><br>**Amended Hearing Information:**<br>Date:  July 6, 2021<br>Time: 2:00 p.m.<br>Place: Courtroom 1668<br>         Roybal Federal Building<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE; JASON M. RUND, CHAPTER 7 TRUSTEE AND HIS COUNSEL OF RECORD; AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the Motion to Approve Stipulation and the Stipulation Between Jason M. Rund (Chapter 7 Trustee) and Secured Creditors Joseph Ruigomez, Jaime Ruigomez, and Kathleen Ruigomez (collectively, the "Ruigomez Family") for Relief from The Automatic Stay Under 11 U.S.C. § 362 (Action In Non-Bankruptcy Forum) [Dkt Nos. 211 and 212, respectively] filed on June 15, 2021, have been set for hearing on **July 6, 2021 at 2:00 p.m.**, in this Court, Courtroom 1668, located at 255 East Temple Street, Los Angeles, California 90012.

DATED: June 16, 2021                    **MARGULIES FAITH, LLP**

                                        By: _/s/ Craig G. Margulies_
                                            Craig G. Margulies
                                            Ori S. Blumenfeld
                                            Attorneys for Secured Creditors,
                                            Joseph Ruigomez, Jaime Ruigomez, and
                                            Kathleen Ruigomez

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **AMENDED NOTICE OF HEARING ON: A.STIPULATION BETWEEN JASON M. RUND (CHAPTER 7 TRUSTEE) AND SECURED CREDITORS JOSEPH RUIGOMEZ, JAIME RUIGOMEZ, AND KATHLEEN RUIGOMEZ FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM) [Dkt No. 211] B. NOTICE OF MOTION AND MOTION TO APPROVE STIPULATION BETWEEN JASON M. RUND (CHAPTER 7 TRUSTEE) AND SECURED CREDITORS JOSEPH RUIGOMEZ, JAIME RUIGOMEZ, AND KATHLEEN RUIGOMEZ FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM) [Dkt No. 212]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 16, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR CERTIFIED MAIL** (state method for each person or entity served):
On **June 16, 2021** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:** Pursuant to Amended General Order 21-04 Filed April 8, 2021, no Judge's copy is being served.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 16, 2021 | Angela Saba | /s/ Angela Saba |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION (if needed):

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **ATTORNEY FOR CREDITOR Rafey Balabanian**    , docket@edelson.com
- **ATTORNEY FOR INTERESTED PARTY: Ori S Blumenfeld**    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **ATTORNEY FOR INTERESTED PARTY: Sandor Theodore Boxer**    tedb@tedboxer.com
- **ATTORNEY FOR INTERESTED PARTY: Richard D Buckley**    richard.buckley@arentfox.com
- **ATTORNEY FOR INTERESTED PARTY: Marie E Christiansen**    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **ATTORNEY FOR INTERESTED PARTY: Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **ATTORNEY FOR INTERESTED PARTY: Ashleigh A Danker**    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- **<u>TRUSTEE</u> Clifford S Davidson**    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- **ATTORNEY FOR INTERESTED PARTY: Lei Lei Wang Ekvall**    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **ATTORNEY FOR INTERESTED PARTY: Richard W Esterkin**    richard.esterkin@morganlewis.com
- **ATTORNEY FOR INTERESTED PARTY: Timothy W Evanston**    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **ATTORNEY FOR INTERESTED PARTY: Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **ATTORNEY FOR INTERESTED PARTY: James J Finsten**    , jimfinsten@hotmail.com
- **ATTORNEY FOR INTERESTED PARTY: James J Finsten**    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- **ATTORNEY FOR INTERESTED PARTY: Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **ATTORNEY FOR INTERESTED PARTY: Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR PETITIONING CREDITOR: Andrew Goodman**    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **ATTORNEY FOR INTERESTED PARTY: M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **ATTORNEY FOR CREDITOR: Marshall J Hogan**    mhogan@swlaw.com, knestuk@swlaw.com
- **ATTORNEY FOR CREDITOR: Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **ATTORNEY FOR INTERESTED PARTY: Lewis R Landau**    Lew@Landaunet.com
- **ATTORNEY FOR INTERESTED PARTY: Craig G Margulies**    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **ATTORNEY FOR INTERESTED PARTY: Peter J Mastan**    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **ATTORNEY FOR INTERESTED PARTY: Edith R. Matthai**    ematthai@romalaw.com, lrobie@romalaw.com
- **ATTORNEY FOR INTERESTED PARTY: Elissa Miller**    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- **ATTORNEY FOR INTERESTED PARTY: Eric A Mitnick**    MitnickLaw@aol.com, mitnicklaw@gmail.com

- **ATTORNEY FOR INTERESTED PARTY: Scott H Olson**   solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **ATTORNEY FOR INTERESTED PARTY: Carmela Pagay**   ctp@lnbyb.com
- **ATTORNEY FOR CREDITOR: Ambrish B Patel**   apatelEI@americaninfosource.com
- **ATTORNEY FOR INTERESTED PARTY: Leonard Pena**   lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **ATTORNEY FOR INTERESTED PARTY: Michael J Quinn**   mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **ATTORNEY FOR INTERESTED PARTY: Matthew D. Resnik**   matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **ATTORNEY FOR INTERESTED PARTY: Ronald N Richards**   ron@ronaldrichards.com, morani@ronaldrichards.com
- **ATTORNEY FOR INTERESTED PARTY: Kevin C Ronk**   Kevin@portilloronk.com, Attorneys@portilloronk.com
- **CHAPTER 7 TRUSTEE: Jason M Rund (TR)**   trustee@srlawyers.com, jrund@ecf.axosfs.com
- **ATTORNEY FOR CREDITOR: Gary A Starre**   gastarre@gmail.com, mmoonniiee@gmail.com
- **ATTORNEY FOR INTERESTED PARTY: Richard P Steelman**   rps@lnbyb.com, john@lnbyb.com
- **ATTORNEY FOR INTERESTED PARTY: Philip E Strok**   pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **ATTORNEY FOR INTERESTED PARTY: Christopher K.S. Wong**   christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **ATTORNEY FOR INTERESTED PARTY: Timothy J Yoo**   tjy@lnbyb.com