TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

**FILED & ENTERED**

**JUN 17 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO APPROVE COMPROMISE RE AIRPLANES**<br><br>Date:   [No Hearing Required]<br>Time:<br>Place:  Courtroom 1668<br>        U.S. Bankruptcy Court<br>        255 E. Temple Street<br>        Los Angeles, California 90012 |

The Court, having considered the Motion to Approve Compromise Under FRBP 9019 [Doc 195] ("Motion"), filed by Jason M. Rund, the Chapter 7 trustee for the bankruptcy estate of Thomas Vincent Girardi (the "Trustee"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9013-1(o), the memorandum of points and authorities and declaration filed therewith, and the declaration of the Trustee's counsel certifying that no response and request for hearing concerning the Motion was timely filed [Doc 206], and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted;

2. The *Agreement* by and among Elissa D. Miller, solely in her capacity as the Chapter 7 Trustee of the bankruptcy estate of Girardi Keese (the "GK Trustee"), the Roy T. Eddleman Living Trust, Under Agreement dated August 17, 2000 (the "Eddleman Trust"), and the Trustee (the "Agreement") is approved; and

3. The Trustee, GK Trustee and the Eddleman Trust are authorized and directed to take any and all steps necessary to effectuate the Agreement.

**IT IS SO ORDERED.**

### 

Date: June 17, 2021

*[signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge