Peter J. Mastan (State Bar No. 190250)
*peter.mastan@dinsmore.com*
DINSMORE & SHOHL LLP
550 S. Hope Street, Suite 1765
Los Angeles, CA  90071
Tel:  213-335-7737

Attorneys for Erika Girardi

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**NOTICE OF VOLUNTARY DISMISSAL/WITHDRAWAL OF MOTION OF DINSMORE & SHOHL LLP TO WITHDRAW AS COUNSEL FOR ERIKA GIRARDI**<br><br>**[Relates to ECF No. 208]**<br><br>Date:  [No Hearing Required]<br>Time:  [Not Applicable]<br>Ctrm:  1668<br>       255 E. Temple St.<br>       Los Angeles, CA  90012<br>Judge: Hon. Barry Russell |

22157211.1

1 | **PLEASE TAKE NOTICE** that on June 15, 2021 Dinsmore & Shohl LLP ("Dinsmore" or the "Firm") filed its *Notice of Motion and Motion Of Dinsmore & Shohl LLP To Withdraw As Counsel For Erika Girardi* (ECF No. 208, the "Motion") and hereby voluntarily dismisses and withdraws the *Motion*.

Dated: June 17, 2021

Respectfully submitted,

DINSMORE & SHOHL LLP

By: /s/ Peter J. Mastan
      Peter J. Mastan
Counsel for Erika Girardi

2

22157211.1

# I.
# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

550 S. Hope Street, Suite 1765
Los Angeles, California 90071

A true and correct copy of the foregoing document entitled (*specify*): **Notice Of Voluntary Dismissal/Withdrawal of Motion Of Dinsmore & Shohl LLP To Withdraw As Counsel For Erika Girardi; Declaration Of Peter J. Mastan In Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 16, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **June 16, 2021** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 16, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/16/21 | Katrice Ortiz | /s/ Katrice Ortiz |
|---------|---------------|-------------------|
| Date    | Printed Name  | Signature         |

3

22157211.1

**In re THOMAS VINCENT GIRARDI**
Case No. 2:20-bk-21020-BR
U.S.B.C. Central District of California
Los Angeles Division

**1.** **SERVED VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Rafey Balabanian on behalf of Creditor Edelson PC
rbalabanian@edelson.com, docket@edelson.com

Shraddha Bharatia on behalf of Interested Party Courtesy NEF
notices@becket-lee.com

Ori S Blumenfeld on behalf of Creditor Jaime Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Creditor Joseph Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Creditor Kathleen Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Interested Party Courtesy NEF
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Plaintiff Jaime Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Plaintiff Joseph Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Plaintiff Kathleen Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Richard D Buckley on behalf of Interested Party L.A. Arena Funding, LLC
richard.buckley@arentfox.com

Marie E Christiansen on behalf of Creditor KCC Class Action Services, LLC
mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com

4

22157211.1

| | |
|---|---|
| 1 | Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, Inc. jcrastz@hrhlaw.com |
| 2, 3 | Ashleigh A Danker on behalf of Interested Party Courtesy NEF Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com |
| 4, 5 | Clifford S Davidson on behalf of Creditor California Attorney Lending II, Inc. csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com |
| 6, 7 | Lei Lei Wang Ekvall on behalf of Interested Party Courtesy NEF lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| 8 | Richard W Esterkin on behalf of Interested Party Courtesy NEF richard.esterkin@morganlewis.com |
| 9, 10 | Timothy W Evanston on behalf of Interested Party Courtesy NEF tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| 11, 12 | Timothy W Evanston on behalf of Interested Party Elissa D. Miller tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| 13, 14, 15 | Jeremy Faith on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com |
| 16 | James J Finsten on behalf of Interested Party Courtesy NEF , jimfinsten@hotmail.com |
| 17, 18 | James J Finsten on behalf of Interested Party Courtesy NEF jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com |
| 19 | Alan W Forsley on behalf of Creditor C.F., an individual alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| 20, 21 | Alan W Forsley on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| 22 | Alan W Forsley on behalf of Plaintiff Christina Fulton alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| 23, 24 | Eric D Goldberg on behalf of Creditor Stillwell Madison, LLC eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| 25 | Andrew Goodman on behalf of Attorney William F Savino agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 26, 27 | Andrew Goodman on behalf of Petitioning Creditor Erika Saldana agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 28 | Andrew Goodman on behalf of Petitioning Creditor Jill O'Callahan agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |

| | |
|---|---|
| 1 | Andrew Goodman on behalf of Petitioning Creditor John Abassian |
| 2 | agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 3 | Andrew Goodman on behalf of Petitioning Creditor Kimberly Archie |
| | agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 4 | Andrew Goodman on behalf of Petitioning Creditor Robert M. Keese |
| 5 | agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 6 | Andrew Goodman on behalf of Petitioning Creditor Virginia Antonio |
| | agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 7 | M. Jonathan Hayes on behalf of Interested Party Courtesy NEF |
| 8 | jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfir |
| 9 | |
| 10 | Marshall J Hogan on behalf of Creditor California Attorney Lending II, Inc. |
| 11 | mhogan@swlaw.com, knestuk@swlaw.com |
| 12 | Bradford G Hughes on behalf of Interested Party Courtesy NEF |
| | bhughes@Clarkhill.com, mdelosreyes@clarkhill.com |
| 13 | Razmig Izakelian on behalf of Creditor Frantz Law Group, APLC |
| 14 | razmigizakelian@quinnemanuel.com |
| 15 | Lewis R Landau on behalf of Interested Party Courtesy NEF |
| | Lew@Landaunet.com |
| 16 | Craig G Margulies on behalf of Interested Party Courtesy NEF |
| 17 | Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| 18 | |
| 19 | Craig G Margulies on behalf of Plaintiff Jaime Ruigomez |
| 20 | Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| 21 | Craig G Margulies on behalf of Plaintiff Joseph Ruigomez |
| 22 | Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| 23 | |
| 24 | Craig G Margulies on behalf of Plaintiff Kathleen Ruigomez |
| 25 | Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| 26 | Peter J Mastan on behalf of Interested Party Courtesy NEF |
| 27 | peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com |
| 28 | Peter J Mastan on behalf of Interested Party Erika Girardi |
| | peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com |

22157211.1

| | |
|---|---|
| 1 | Edith R. Matthai on behalf of Interested Party Courtesy NEF<br>ematthai@romalaw.com, lrobie@romalaw.com |
| 2 | |
| 3 | Elissa Miller on behalf of Interested Party Courtesy NEF<br>emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com |
| 4 | Eric A Mitnick on behalf of Interested Party Courtesy NEF<br>MitnickLaw@aol.com, mitnicklaw@gmail.com |
| 5 | |
| 6 | Scott H Olson on behalf of Creditor KCC Class Action Services, LLC<br>solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com |
| 7 | |
| 8 | Carmela Pagay on behalf of Plaintiff JASON M RUND<br>ctp@lnbyb.com |
| 9 | Carmela Pagay on behalf of Trustee Jason M Rund (TR)<br>ctp@lnbyb.com |
| 10 | |
| 11 | Ambrish B Patel on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port |
| 12 | apatelEI@americaninfosource.com |
| 13 | Leonard Pena on behalf of Interested Party Robert Girardi<br>lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com |
| 14 | |
| 15 | Michael J Quinn on behalf of Creditor KCC Class Action Services, LLC<br>mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com |
| 16 | |
| 17 | Matthew D. Resnik on behalf of Interested Party Courtesy NEF<br>matt@rhmfirm.com, |
| 18 | roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| 19 | |
| 20 | Ronald N Richards on behalf of Interested Party Courtesy NEF<br>ron@ronaldrichards.com, morani@ronaldrichards.com |
| 21 | Kevin C Ronk on behalf of Creditor U.S. Legal Support, Inc.<br>Kevin@portilloronk.com, Attorneys@portilloronk.com |
| 22 | |
| 23 | Jason M Rund (TR)<br>trustee@srlawyers.com, jrund@ecf.axosfs.com |
| 24 | William F Savino on behalf of Creditor California Attorney Lending II, Inc.<br>wsavino@woodsoviatt.com, lherald@woodsoviatt.com |
| 25 | |
| 26 | Gary A Starre on behalf of Creditor Karen Girardi<br>gastarre@gmail.com, mmoonniiee@gmail.com |
| 27 | Gary A Starre on behalf of Interested Party Gary A Starre<br>gastarre@gmail.com, mmoonniiee@gmail.com |
| 28 | |

7

22157211.1

Richard P Steelman, Jr on behalf of Plaintiff JASON M RUND
rps@lnbyb.com, john@lnbyb.com

Philip E Strok on behalf of Interested Party Courtesy NEF
pstrok@swelawfirm.com,
gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Philip E Strok on behalf of Interested Party Elissa D. Miller
pstrok@swelawfirm.com,
gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Christopher K.S. Wong on behalf of Interested Party L.A. Arena Funding, LLC
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Timothy J Yoo on behalf of Interested Party Courtesy NEF
tjy@lnbyb.com

Timothy J Yoo on behalf of Plaintiff JASON M RUND
tjy@lnbyb.com

Timothy J Yoo on behalf of Trustee Jason M Rund (TR)
tjy@lnbyb.com

**2.    SERVED BY UNITED STATES MAIL:**

**Debtor:**
Thomas Vincent Girardi
1126 Wilshire Blvd
Los Angeles, CA 90017

**Special Counsel to Trustee:**
Boris Treyzon, Esq.
Abir Cohen Treyzon Salo, LLP
16001 Ventura Blvd., Ste 200
Encino, CA 91435

**3.    SERVED BY PERSONAL DELIVERY:**

**U.S. Bankruptcy Court:**
U.S. Bankruptcy Court
Hon. Hon. Barry Russell
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

8

22157211.1