Neil Steiner, Esq. [SBN 98606]
Steiner & Libo, Professional Corporation
11845 W. Olympic Blvd., Suite 910W
Los Angeles, CA 90064-5837
Telephone: (310) 273-7778
Facsimile: (310) 273-7679
Email: steinlibo@aol.com

Attorneys for Plaintiff
CASEY VAN ZANDT



FILED
JUN 21 2021
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

In re:

THOMAS VINCENT GIRARDI,

Debtor.

Case No.: 2:20-bk-21020 -BR

NOTICE OF LIEN FOR REASONABLE VALUE OF SERVICES AND COSTS

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Steiner and Libo, Professional Corporation, hereby asserts a lien for the reasonable value of services rendered on behalf of plaintiff CASEY VANZANDT relating to the case entitled: *Casey Van Zandt, an individual vs. LYFT, Inc., a Delaware corporation; Jared Bastian, an individual and DOES 1 through 30, inclusive* filed in the Superior Court of California, County of Los Angeles, Spring Street Courthouse on April 9, 2020.

This lien is filed pursuant to the authority of *Francasse v. Brent* (1975) 6th Cal.3d 704, and *Siciliano v. Fireman's Fund Ins. Co.*, (1976) 62 Cal.App.3d 745, 133 Cal.Rptr. 376, and attaches to all settlement proceeds, judgements and/or recovery of any kind made by or on behalf of plaintiff CASEY VAN ZANDT. The name of Steiner and Libo, Professional Corporation, must appear on all checks or drafts as payees.

-1-

NOTICE OF LIEN FOR REASONABLE
VALUE OF SERVICES AND COSTS

1 | Dated: June 16, 2021

STEINER & LIBO,
Professional Corporation

By: _____
Neil S. Steiner
Attorney for Plaintiff

NOTICE OF LIEN FOR REASONABLE
VALUE OF SERVICES AND COSTS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11845 W. Olympic Blvd., Suite 910W, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*): Notice of Lien for Reasonable Value of Services and Costs

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/17/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA), ustpregion16.la.eft@usdoj.gov; Jason M. Rund, trustee@srlawyers.com, jrund@ecf.epiqsystems.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/17/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Thomas Vincent Gerardi, 1126 Wilshire Blvd., Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/17/2021 | Jackie Gossett | *Jru Gossett* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE