EVAN C. BORGES, State Bar No. 128706
  EBorges@GGTrialLaw.com
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

Attorneys for Party-in-Interest Erika Girardi

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>    Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**OPPOSITION AND JOINDER OF PARTY-IN-INTEREST ERIKA GIRARDI IN OPPOSITION OF CHAPTER 7 TRUSTEE ELISSA D. MILLER TO *MOTION TO APPROVE STIPULATION BETWEEN JASON M. RUND (CHAPTER 7 TRUSTEE) AND SECURED CREDITORS JOSEPH RUIGOMEZ, JAIME RUIGOMEZ, AND KATHLEEN RUIGOMEZ FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM)***<br><br>Date:    July 6, 2021<br>Time:   2 p.m.<br>Crtrm.:  1668<br><br>Judge:  Hon. Barry Russell |

---

OPPOSITION AND JOINDER OF PARTY-IN-INTEREST ERIKA GIRARDI IN OPPOSITION OF CHAPTER 7 TRUSTEE
ELISSA D. MILLER TO *MOTION TO APPROVE STIPULATION BETWEEN JASON M. RUND (CHAPTER 7 TRUSTEE) AND
SECURED CREDITORS JOSEPH RUIGOMEZ, ET AL. FOR RELIEF FROM THE AUTOMATIC STAY*

Party in interest Erika Girardi ("Ms. Girardi") hereby (1) joins in the opposition of chapter 7 trustee Elissa D. Miller, and (2) opposes the *Motion to Approve Stipulation Between Jason Rund (Chapter 7 trustee) and Secured Creditors Joseph Ruigomez, Jaime Ruigomez and Kathleen Ruigomez for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Action in Non-Bankruptcy Forum)* (the "Motion").

I. **JOINDER IN GK TRUSTEE OPPOSITION AND OPPOSITION OF MS. GIRARDI TO MOTION FOR RELIEF FROM STAY**

Ms. Girardi joins in the opposition to the Motion filed by the chapter 7 trustee for the Girardi Keese ("GK") estate, and opposes the Motion, on the following grounds:

Ms. Girardi has nothing to hide, and through the undersigned counsel, has expressed a full willingness to cooperate and produce expeditiously documents in response to formal requests under Rule 2004 as well as informal requests for documents made by counsel for the trustee of the GK estate. Ms. Girardi previously cooperated with the trustee of the Tom Girardi ("TG") estate; but to the extent doubt exists, she reiterates her willingness to provide the same transparency and production of documents to the TG trustee that she will be providing to the GK trustee. Ms. Girardi's only caveat is that because virtually all the requested documents are bank records or include confidential financial and other private information, she requests that the trustees for both the GK and TG estates agree to a standard stipulated protective order, following the recommended form stipulated protective order of the Los Angeles Superior Court.[1] Needless to say, under the LASC form protective order, a confidential designation may be challenged by the receiving party in a meet and confer process, with the designating party (Ms. Girardi) bearing the burden to file a motion in the event of any dispute.

The problem with the Motion is not that Ms. Girardi seeks to avoid further investigation of her, as a third party under compulsion of legal process, regarding assets allegedly belonging to the TG estate or the GK estate. Rather, the problem with the Motion is that it creates a multiplicity of

---

[1] On Friday, July 2, 2021, Ms. Girardi through counsel provided a proposed form of stipulated protective order, following the Los Angeles Superior Court model protective order, to counsel for the GK trustee.

-2-

duplicative state court and Bankruptcy Court proceedings for no valid reason. The Motion also diminishes the ability and need for this Court to exercise central control over investigatory actions or other actions designed to recover assets of the TG or GK estates. Finally, based on a false premise of an alleged advantage for the moving parties in state court post-judgment discovery proceedings, the Motion only adds burden and expense for the GK and TG estates as well as for Ms. Girardi.

As background, to be clear, the moving parties obtained a judgment in state court against only Mr. Girardi and Girardi Keese. No judgment was obtained or exists against Ms. Girardi.

In addition, the state court post-judgment proceedings previously pursued by the moving parties – specifically, an order to appear for examination directed at a third party, non-judgment debtor, Ms. Girardi – provide no different remedy than the remedies available before this Court under Rule 2004. Indeed, the state court order to appear for examination as to which the moving parties seek relief from stay to pursue, on its face, states that it seeks to inquire about assets of the judgment debtors (TG and GK) that allegedly may be in the possession of a third party, Ms. Girardi. All of this information can be obtained under Rule 2004.

The "advantage" of the state court proceedings, as expressed by the moving parties, of creating a so-called "secret lien" against property of the judgment debtors that allegedly may be in the possession of Ms. Girardi, is a red herring. The lien either exists or does not exist under California Code of Civil Procedure section 708.120. If later relevant, this Court has the power to adjudicate the existence of a state law lien. Of course, the premise of any alleged lien rights first must be established (that is, the existence of alleged property of the judgment debtors in the possession of Ms. Girardi), along with evidence of compliance with the strict requirements of C.C.P. section 708.120. None of these issues is currently before this Court or any court; and this Court is fully capable of deciding them. Indeed, any alleged lien right of any creditor over any asset that is allegedly property of the judgment debtors (and therefore property of the GK estate or the TG estate) arguably *must* be decided by this Court, which has exclusive jurisdiction to make determinations regarding what is property of the TG and GK bankruptcy estates.

Moving parties seek a duplicative bite at the apple outside of this Court's supervision. Ms.

Girardi will object, and does object, to multiple related parties, all with the same goal of allegedly recovering purported assets of these bankruptcy estates, trying to compel her on multiple occasions in different forums to go through the same process of producing documents or giving testimony. Multiple identical proceedings in different forums, all with the same goal, benefit no one. This Court and only this Court has jurisdiction to determine what is property of the TG and GK bankruptcy estates. Rule 2004 provides the moving parties and both trustees an effective remedy.

It is not grounds for relief from stay to argue that control over assets of the TG and GK estates, including investigations and subpoenas, should be taken away from this Court because counsel for the moving parties happen to be more familiar with state court post-judgment discovery procedures. But that is what is really going on here. Alternatively, the moving parties do not wish to have their efforts to identify and try to recover assets of the TG estate or the GK estate under the supervision of this Court. But determinations of property of the estates should and must be an exclusive determination for this Court.

## II.    CONCLUSION

For the foregoing reasons, Ms. Girardi requests that the Court deny the Motion, and that the moving parties proceed with their stated goal of obtaining discovery and information through Bankruptcy Rule 2004 (if not otherwise provided voluntarily by Ms. Girardi).

DATED: July 5, 2021    GREENBERG GROSS LLP

By: _____
Evan C. Borges
Attorneys for Party-in-Interest Erika Girardi

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **OPPOSITION AND JOINDER OF PARTY-IN-INTEREST ERIKA GIRARDI IN OPPOSITION OF CHAPTER 7 TRUSTEE ELISSA D. MILLER TO MOTION TO APPROVE STIPULATION BETWEEN JASON M. RUND (CHAPTER 7 TRUSTEE) AND SECURED CREDITORS JOSEPH RUIGOMEZ, JAIME RUIGOMEZ, AND KATHLEEN RUIGOMEZ FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 5, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **July 5, 2021** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 5, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/5/2021 | Cheryl Winsten | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

-5-

OPPOSITION AND JOINDER OF PARTY-IN-INTEREST ERIKA GIRARDI IN OPPOSITION OF CHAPTER 7 TRUSTEE ELISSA D. MILLER TO *MOTION TO APPROVE STIPULATION BETWEEN JASON M. RUND (CHAPTER 7 TRUSTEE) AND SECURED CREDITORS JOSEPH RUIGOMEZ, ET AL. FOR RELIEF FROM THE AUTOMATIC STAY*

**In re THOMAS VINCENT GIRARDI**
Case No. 2:20-bk-21020-BR
U.S.B.C. Central District of California
Los Angeles Division

1. **SERVED VIA NOTICE OF ELECTRONIC FILING (NEF)**:

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Rafey Balabanian**   rbalabanian@edelson.com, docket@edelson.com
- **Shraddha Bharatia**   notices@becket-lee.com
- **Ori S Blumenfeld**   Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **Richard D Buckley**   richard.buckley@arentfox.com
- **Marie E Christiansen**   mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**   jcrastz@hrhlaw.com
- **Ashleigh A Danker**   Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- **Clifford S Davidson**   csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- **Lei Lei Wang Ekvall**   lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Richard W Esterkin**   richard.esterkin@morganlewis.com
- **Timothy W Evanston**   tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**   Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**   , jimfinsten@hotmail.com
- **James J Finsten**   jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- **Alan W Forsley**   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

- **Andrew Goodman**   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **M. Jonathan Hayes**   jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfir
- **Marshall J Hogan**   mhogan@swlaw.com, knestuk@swlaw.com
- **Bradford G Hughes**   bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- **Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **Lewis R Landau**   Lew@Landaunet.com
- **Craig G Margulies**   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Peter J Mastan**   peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**   ematthai@romalaw.com, lrobie@romalaw.com
- **Elissa Miller**   emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- **Eric A Mitnick**   MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Scott H Olson**   solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Carmela Pagay**   ctp@lnbyb.com
- **Ambrish B Patel**   apatelEI@americaninfosource.com
- **Leonard Pena**   lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**   mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **Matthew D. Resnik**   matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Ronald N Richards**   ron@ronaldrichards.com, morani@ronaldrichards.com
- **Kevin C Ronk**   Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Jason M Rund (TR)**   trustee@srlawyers.com, jrund@ecf.axosfs.com

-7-

OPPOSITION AND JOINDER OF PARTY-IN-INTEREST ERIKA GIRARDI IN OPPOSITION OF CHAPTER 7 TRUSTEE ELISSA D. MILLER TO *MOTION TO APPROVE STIPULATION BETWEEN JASON M. RUND (CHAPTER 7 TRUSTEE) AND SECURED CREDITORS JOSEPH RUIGOMEZ, ET AL. FOR RELIEF FROM THE AUTOMATIC STAY*

- **William F Savino**   wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Gary A Starre**   gastarre@gmail.com, mmoonniiee@gmail.com
- **Richard P Steelman**   rps@lnbyb.com, john@lnbyb.com
- **Philip E Strok**   pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Christopher K.S. Wong**   christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Timothy J Yoo**   tjy@lnbyb.com

**2.     SERVED BY UNITED STATES MAIL:**

**Debtor:**
**Thomas Vincent Girardi**
1126 Wilshire Boulevard
Los Angeles, CA 90017

**ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership**
ACTS
16001 Ventura Boulevard, Suite 200
Encino, CA 91436

**Compass**
42 S Pasadena Ave
Pasadena, CA 91105

**Daimler Trust**
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113

**Levene Neale Bender Yoo & Brill LLP**
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067

**William Savino**
1900 Main Pl Tower
Buffalo, NY  14202

**Eric Bryan Seuthe**
Law Offices of Eric Bryan Seuthe & Assoc
10990 Wilshire Blvd Ste 1420.
Los Angeles, CA 90024

OPPOSITION AND JOINDER OF PARTY-IN-INTEREST ERIKA GIRARDI IN OPPOSITION OF CHAPTER 7 TRUSTEE ELISSA D. MILLER TO *MOTION TO APPROVE STIPULATION BETWEEN JASON M. RUND (CHAPTER 7 TRUSTEE) AND SECURED CREDITORS JOSEPH RUIGOMEZ, ET AL. FOR RELIEF FROM THE AUTOMATIC STAY*

**Neil Steiner**
Steiner & Libo
11845 W. Olympic Blvd Ste 910W
Los Angeles, CA 90064

**Andrew W Zepeda**
Lurie, Zepeda, Schmalz, Hogan & Martin
1875 Century Park East Ste 2100
Los Angeles, CA 90067

**3.     SERVED BY PERSONAL DELIVERY:**

**U.S. Bankruptcy Court:**
U.S. Bankruptcy Court
Hon. Hon. Barry Russell
255 E. Temple Street, Suite 1660
Los Angeles, CA  90012