| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **CRAIG G. MARGULIES (SBN 185925)**<br>*Craig@MarguliesFaithLaw.com*<br>**JEREMY W. FAITH (SBN 190647)**<br>*Jeremy@MarguliesFaithLaw.com*<br>**ORI S BLUMENFELD (SBN 259112)**<br>*Ori@MarguliesFaithLaw.com*<br>**MARGULIES FAITH, LLP**<br>16030 Ventura Blvd., Suite 470<br>Encino California 91436<br>Telephone: (818) 705-2777<br>Facsimile:  (818) 705-3777<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Secured Creditors, Joseph Ruigomez, Jaime Ruigomez, and Kathleen Ruigomez | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>THOMAS VINCENT GIRARDI,<br><br><br><br>Debtor(s) | CASE NO.: 2:20-bk-21020-BR<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion[1]*):<br>**MOTION TO APPROVE STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITORS JOSEPH RUIGOMEZ, JAIME RUIGOMEZ, AND KATHLEEN RUIGOMEZ FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM)** |
|---|---|

PLEASE TAKE NOTE that the order titled **ORDER RE: MOTION TO APPROVE STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITORS JOSEPH RUIGOMEZ, JAIME RUIGOMEZ, AND KATHLEEN RUIGOMEZ FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM)** was lodged on (*date*) **July 6, 2021** and is attached.  This order relates to the motion which is docket number 212.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# [Proposed] Order

1 | CRAIG G. MARGULIES (SBN 185925)
*Craig@MarguliesFaithLaw.com*
2 | JEREMY W. FAITH (SBN 190647)
*Jeremy@MarguliesFaithLaw.com*
3 | ORI S BLUMENFELD (SBN 259112)
*Ori@MarguliesFaithLaw.com*
4 | **MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
5 | Encino California 91436
Telephone: (818) 705-2777
6 | Facsimile:   (818) 705-3777

7 | Attorneys for Secured Creditors,
Joseph Ruigomez, Jaime Ruigomez, and Kathleen Ruigomez
8 |

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re | Case No.: 2:20-bk-21020-BR |
|---|---|
| THOMAS VINCENT GIRARDI, | Chapter: 7 |
| Debtor. | **ORDER RE: MOTION TO APPROVE STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITORS JOSEPH RUIGOMEZ, JAIME RUIGOMEZ, AND KATHLEEN RUIGOMEZ FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM)** |
| | **Hearing Information:**
Date: July 6, 2021
Time: 10:00 a.m.
Place: Courtroom 1668
    Roybal Federal Building
    255 E. Temple Street
    Los Angeles, CA 90012 |

///

///

///

Upon consideration of the Motion to Approve Stipulation for an order for Relief from the Automatic Stay in order to continue post-judgment collection actions against Erika Girardi ("Erika") in the State Action (the "Motion")[1] (Dkt. No. 212); the Stipulation (Dkt. No. 211); the Declaration of the Trustee in support of the Motion; Opposition filed by Elissa D. Miller, in her capacity as the Chapter 7 trustee for the bankruptcy estate of Girardi Keese ("GK Trustee"); Joint Reply by the Movants and the Girardi Trustee; and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Motion is GRANTED and the Stipulation is APPROVED.

2. The automatic stay of 11 U.S.C. § 362(a) is lifted, subject to the terms of the Stipulation, to allow the Ruigomez Family to continue their collection efforts against Erika, and third-party transferees, in the State Action, on behalf of the Girardi Bankruptcy Estate.  Notwithstanding anything to the contrary stated in the Stipulation, the automatic stay is lifted for the limited purpose of (1) identifying recoverable assets; (2) eliciting information that will lead to other recoverable assets; and (3) renewing ORAP liens, if any exist.

3. All assets identified by the Ruigomez Family shall be subject to all rights of the Girardi Bankruptcy Estate and the GK Bankruptcy Estate, which parties shall meet and confer in good faith to determine the character/ownership of the identified assets. Should the parties be unable to come to an agreement, they shall seek a determination by this Court, which shall have *exclusive* jurisdiction to determine the character/ownership of the recovered assets.

4. To the extent avoidance actions are required, such actions shall only be commenced in this Court.

5. The Ruigomez Family, the Girardi Trustee and the GK Trustee shall cooperate with each other with their collection efforts against Erika and third-party

---

[1] Unless stated otherwise, all capitalized terms used herein shall have the definition assigned in the Motion.

transferees, including but not limited to, the scheduling of examinations, providing transcripts of examinations (including 2004 examinations) and providing access to related produced documents, and allowing representatives of the other bankruptcy estate's trustee to attend and fully participate in such examinations.

6. This Court shall retain jurisdiction to resolve any and all disputes relating to this Order or to the Stipulation.

**IT IS SO ORDERED.**

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 6, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **July 6, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**JUDGE:** Pursuant to the General Order 21-05, Judge's copies are not required for any document less than 25 pages.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** <u>(state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 6, 2021 | Angela Saba | /s/ Angela Saba |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

## ADDITIONAL SERVICE INFORMATION (if needed):

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

**ATTORNEY FOR CREDITOR Rafey Balabanian**    , docket@edelson.com
**ATTORNEY FOR INTERESTED PARTY: Ori S Blumenfeld**    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
**ATTORNEY FOR INTERESTED PARTY: Evan C Borges**    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
**ATTORNEY FOR INTERESTED PARTY: Sandor Theodore Boxer**    tedb@tedboxer.com
**ATTORNEY FOR INTERESTED PARTY: Richard D Buckley**    richard.buckley@arentfox.com
**ATTORNEY FOR INTERESTED PARTY: Marie E Christiansen**    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
**ATTORNEY FOR INTERESTED PARTY: Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
**ATTORNEY FOR INTERESTED PARTY: Ashleigh A Danker**    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
**TRUSTEE Clifford S Davidson**    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
**ATTORNEY FOR INTERESTED PARTY: Lei Lei Wang Ekvall**    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
**ATTORNEY FOR INTERESTED PARTY: Richard W Esterkin**    richard.esterkin@morganlewis.com
**ATTORNEY FOR INTERESTED PARTY: Timothy W Evanston**    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
**ATTORNEY FOR INTERESTED PARTY: Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
**ATTORNEY FOR INTERESTED PARTY: James J Finsten**    , jimfinsten@hotmail.com
**ATTORNEY FOR INTERESTED PARTY: James J Finsten**    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
**ATTORNEY FOR INTERESTED PARTY: Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
**ATTORNEY FOR INTERESTED PARTY: Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
**ATTORNEY FOR PETITIONING CREDITOR: Andrew Goodman**    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
**ATTORNEY FOR INTERESTED PARTY: M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
**ATTORNEY FOR CREDITOR: Marshall J Hogan**    mhogan@swlaw.com, knestuk@swlaw.com
**ATTORNEY FOR CREDITOR: Razmig Izakelian**    razmigizakelian@quinnemanuel.com
**ATTORNEY FOR INTERESTED PARTY: Lewis R Landau**    Lew@Landaunet.com
**ATTORNEY FOR INTERESTED PARTY: Craig G Margulies**    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
**ATTORNEY FOR INTERESTED PARTY: Peter J Mastan**    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
**ATTORNEY FOR INTERESTED PARTY: Edith R. Matthai**    ematthai@romalaw.com, lrobie@romalaw.com
**ATTORNEY FOR INTERESTED PARTY: Elissa Miller**    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
**ATTORNEY FOR INTERESTED PARTY: Eric A Mitnick**    MitnickLaw@aol.com, mitnicklaw@gmail.com
**ATTORNEY FOR INTERESTED PARTY: Scott H Olson**    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
**ATTORNEY FOR INTERESTED PARTY: Carmela Pagay**    ctp@lnbyb.com
**ATTORNEY FOR CREDITOR: Ambrish B Patel**    apatelEI@americaninfosource.com
**ATTORNEY FOR INTERESTED PARTY: Leonard Pena**    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
**ATTORNEY FOR INTERESTED PARTY: Michael J Quinn**    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
**ATTORNEY FOR INTERESTED PARTY: Matthew D. Resnik**    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**

**ATTORNEY FOR INTERESTED PARTY: Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com
**ATTORNEY FOR INTERESTED PARTY: Kevin C Ronk**    Kevin@portilloronk.com, Attorneys@portilloronk.com
**CHAPTER 7 TRUSTEE: Jason M Rund (TR)**    trustee@srlawyers.com, jrund@ecf.axosfs.com
**ATTORNEY FOR CREDITOR: Gary A Starre**    gastarre@gmail.com, mmoonniiee@gmail.com
**ATTORNEY FOR INTERESTED PARTY: Richard P Steelman**    rps@lnbyb.com, john@lnbyb.com
**ATTORNEY FOR INTERESTED PARTY: Philip E Strok**    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
**ATTORNEY FOR INTERESTED PARTY: Christopher K.S. Wong**    christopher.wong@arentfox.com, yvonne.li@arentfox.com
**ATTORNEY FOR INTERESTED PARTY: Timothy J Yoo**    tjy@lnbyb.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 4    **F 9021-1.2.BK.NOTICE.LODGMENT**