1  CRAIG G. MARGULIES (SBN 185925)
   *Craig@MarguliesFaithLaw.com*
2  JEREMY W. FAITH (SBN 190647)
   *Jeremy@MarguliesFaithLaw.com*
3  ORI S BLUMENFELD (SBN 259112)
   *Ori@MarguliesFaithLaw.com*
4  **MARGULIES FAITH, LLP**
   16030 Ventura Blvd., Suite 470
5  Encino California 91436
   Telephone: (818) 705-2777
6  Facsimile:  (818) 705-3777

7  Attorneys for Secured Creditors,
   Joseph Ruigomez, Jaime Ruigomez, and Kathleen Ruigomez
8

FILED & ENTERED

JUL 06 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

THOMAS VINCENT GIRARDI,

Debtor.

Case No.: 2:20-bk-21020-BR

Chapter: 7

**ORDER RE: MOTION TO APPROVE STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITORS JOSEPH RUIGOMEZ, JAIME RUIGOMEZ, AND KATHLEEN RUIGOMEZ FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM)**

**Hearing Information:**
Date: July 6, 2021
Time: 2:00 p.m.
Place: Courtroom 1668
   Roybal Federal Building
   255 E. Temple Street
   Los Angeles, CA 90012

///

///

///

Upon consideration of the Motion to Approve Stipulation for an order for Relief from the Automatic Stay in order to continue post-judgment collection actions against Erika Girardi ("Erika") in the State Action (the "Motion")[1] (Dkt. No. 212); the Stipulation (Dkt. No. 211); the Declaration of the Trustee in support of the Motion; Opposition filed by Elissa D. Miller, in her capacity as the Chapter 7 trustee for the bankruptcy estate of Girardi Keese ("GK Trustee"); Joint Reply by the Movants and the Girardi Trustee; and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Motion is GRANTED and the Stipulation is APPROVED.

2. The automatic stay of 11 U.S.C. § 362(a) is lifted, subject to the terms of the Stipulation, to allow the Ruigomez Family to continue their collection efforts against Erika, and third-party transferees, in the State Action, on behalf of the Girardi Bankruptcy Estate. Notwithstanding anything to the contrary stated in the Stipulation, the automatic stay is lifted for the limited purpose of (1) identifying recoverable assets; (2) eliciting information that will lead to other recoverable assets; and (3) renewing ORAP liens, if any exist.

3. All assets identified by the Ruigomez Family shall be subject to all rights of the Girardi Bankruptcy Estate and the GK Bankruptcy Estate, which parties shall meet and confer in good faith to determine the character/ownership of the identified assets. Should the parties be unable to come to an agreement, they shall seek a determination by this Court, which shall have *exclusive* jurisdiction to determine the character/ownership of the recovered assets.

4. To the extent avoidance actions are required, such actions shall only be commenced in this Court.

5. The Ruigomez Family, the Girardi Trustee and the GK Trustee shall cooperate with each other with their collection efforts against Erika and third-party

---

[1] Unless stated otherwise, all capitalized terms used herein shall have the definition assigned in the Motion.

transferees, including but not limited to, the scheduling of examinations, providing transcripts of examinations (including 2004 examinations) and providing access to related produced documents, and allowing representatives of the other bankruptcy estate's trustee to attend and fully participate in such examinations.

6. This Court shall retain jurisdiction to resolve any and all disputes relating to this Order or to the Stipulation.

**IT IS SO ORDERED.**

###

Date: July 6, 2021

*[Signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge