1  TIMOTHY J. YOO (SBN 155531)
tjy@lnbyb.com
2  CARMELA T. PAGAY (SBN 195603)
ctp@lnbyb.com
3  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
4  Los Angeles, CA  90067
Telephone: (310) 229-1234
5  Facsimile: (310) 229-1244

6  Attorneys for Jason M. Rund
Chapter 7 Trustee

7

**FILED & ENTERED**

**JUL 15 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY fortier     DEPUTY CLERK**

8           **UNITED STATES BANKRUPTCY COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
9              **LOS ANGELES DIVISION**

10

11  In re                                      Case No. 2:20-bk-21020-BR

12  THOMAS VINCENT GIRARDI,                    Chapter 7

13                        Debtor.              **ORDER GRANTING CHAPTER 7
                                               TRUSTEE'S MOTION PURSUANT TO
14                                             RULE 2004 OF THE FEDERAL RULES
                                               OF BANKRUPTCY PROCEDURE FOR
15                                             AN ORDER COMPELLING ROBERT
                                               GIRARDI TO APPEAR FOR
16                                             EXAMINATION AND TO PRODUCE
                                               DOCUMENTS**

17                                             [No Hearing Required Pursuant to Local
                                               Bankruptcy Rule 2004-1]
18

19                                             Proposed Examination Date and Place
                                               Date:     September 3, 2021
20                                             Time:     9:30 a.m.
                                               Place:    800 S. Figueroa Street, Suite 1260
21                                                        Los Angeles, CA 90017

22                                             Proposed Document Production Date and
                                               Place
23                                             Date:     September 3, 2021
                                               Time:     9:30 a.m.
24                                             Place:    800 S. Figueroa Street, Suite 1260
                                                         Los Angeles, CA 90017
25

26

27

28

1

1    The Court, having considered the motion ("Motion") filed by Jason M. Rund, the duly-

2  appointed, qualified, and acting Chapter 7 Trustee ("Trustee"), for Thomas Vincent Girardi,

3  debtor herein, for the entry of an order, pursuant to Federal Rule of Bankruptcy Procedure 2004

4  and Local Bankruptcy Rule 2004-1, authorizing the Trustee to examine and to require the

5  production of documents by Robert Girardi ("Robert") and to issue a subpoena compelling

6  Robert's appearance for an oral examination and directing Robert's production of documents,

7  no motion for a protective order having been timely filed by Robert, and for good cause

8  appearing therefore, the Court HEREBY ORDERS AS FOLLOWS:

9        1.    The Motion is hereby granted in its entirety;

10       2.    The Trustee is hereby authorized to issue a subpoena compelling Robert to

11  appear for an oral examination as to the full scope of matters covered by Rule 2004(b) of the

12  Federal Rules of Bankruptcy Procedure and to produce and/or permit inspection of the

13  documents requested in the subpoena; and

14       3.    The Court reserves jurisdiction to award sanctions against Robert should he fail

15  to comply with the subpoena.

16       IT IS SO ORDERED.

17

18                              # # #

19

20

21

22

23

24
     Date: July 15, 2021

25                              _____
                                Barry Russell
26                              United States Bankruptcy Judge

27

28

                              2