Jason M. Rund
Email: trustee@srlawyers.com
840 Apollo Street, Suite 351
El Segundo, CA 90245
Telephone: (310) 640-1200
Facsimile: (310) 640-0200

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:20-bk-21020-BR |
| THOMAS VINCENT GIRARDI, | Chapter 7 |
| | **NOTIFICATION OF ASSET CASE** |
| | *(NO BAR DATE FOR CLAIMS IS REQUIRED AT THIS TIME)* |
| Debtor. | {No Hearing Required} |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

PLEASE TAKE NOTICE that Jason M. Rund, the duly appointed and acting Chapter 7 Trustee in the above-captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in this case. The Trustee has determined that there are insufficient funds on hand to make dividend payments to the creditors, therefore, no claims bar date should be fixed in this case, until further notice by the trustee.

Dated: August 30, 2021

/s/ Jason M. Rund
JASON M. RUND
Chapter 7 Trustee