| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Jason M. Rund<br>Chapter 7 Trustee<br>840 Apollo Street, Suite 351<br>El Segundo, CA 90245<br>Telephone: 310-640-1200<br>Facsimile: 310-640-0200<br>jrund@srlawyers.com<br><br>☒ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ||
| In re:<br>Thomas Vincent Girardi,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:20-bk-21020-BR<br>CHAPTER: 7<br><br>**NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE**<br><br>[No hearing unless requested under LBR 9013-1(o)] |

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the duly-appointed chapter 7 trustee has filed the following motion for court approval of the trustee's request to make cash disbursements. The court may grant the motion authorizing expenditure of estate funds without a hearing unless you file with the court and serve upon the trustee and the United States trustee a written objection to the motion explaining all of the reasons for the opposition WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE OF MOTION AND MOTION, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F). If an objection is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing. Failure to object may be deemed consent to interim authorization of the expenses requested by the trustee.

The trustee moves for an order authorizing cash disbursements from property of the estate as follows:

1. A brief summary of the case is attached as Exhibit A.
2. The estimated date for submitting a final report is <u>not presently determined</u>.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 1    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

3. Cash disbursements period: 09/08/2021 to 10/08/2021. This Motion is for a single disbursement.
4. A detailed analysis and justification of the trustee's expenses is included in Exhibit B.
5. Final approval of all expenditures will be sought when the trustee files a Final Account and Report (including those paid in accordance with LBR 2016-2).

Date: 09/08/2021

/s/ JASON M. RUND
*Signature of the chapter 7 trustee or the trustee's attorney*

Jason M. Rund, Chapter 7 Trustee
*Printed name of the chapter 7 trustee or the trustee's attorney*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*            Page 2            **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

# DECLARATION OF TRUSTEE

I, Jason M. Rund                                    , the duly appointed chapter 7 trustee, have prepared the foregoing motion to make cash disbursements and believe the amounts specified in each category are reasonable and necessary for an effective and efficient administration of the estate. If this motion proves to be inaccurate or infeasible, I will submit corrected motions as necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/08/2021 | Jason M. Rund | /s/ JASON M. RUND |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*        Page 3        **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**EXHIBIT "A"**

**SUMMARY/STATUS OF CASE:**

This cash disbursement motion is filed pursuant to LBR 2016-2 of the United States Bankruptcy Court, Central District of California.

Through review of the Debtor's schedules, information obtained from creditors or information obtained at the Debtor's 341(a) meeting or otherwise, this case appears to have assets and/or potential avoidance actions that may be liquidated for the benefit of creditors.

*Insert specific facts of case*:

Among the assets of this estate is the Debtor's residence located at 100 N. Los Altos Drive, Pasadena, California 91105 (the "Residence").  The Residence is a significant property consisting of approximately 10,000 square feet sited on nearly two acres.  The Trustee through, his his real estate broker, has been actively marketing the property for sale for the benefit creditors.

The Residence is presently insured by a Chubb homeowners/articles insurance policy (Policy No. 14109307-04). There is a minimum quarterly payment due of $12,682.40 before October 8, 2021 for the policy period September 8, 2021 through September 8, 2022. Trustee seeks authority to pay this amount to avoid cancellation of the policy.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016* — Page 4 — **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**EXHIBIT "B"**

**Estimated Recurring Monthly Expenses During the Cash Disbursement Period:**

$ _____ Rent or Mortgage Payment

$ _____ Property Tax

$ 12,682.40 Insurance

$ _____ Utilities

$ _____ Repair and Maintenance

$ _____ Property Management

$ _____ Security Services

$ _____ Advertising Sale of Assets

$ _____ Actual Cost of Noticing, Copying and Postage

$ _____ Storage of Estate Assets and/or Books and Records

$ _____ Long Distance Telephone

$ _____ Expedited Mail

$ _____ Teletransmission

$ _____ Delivery of Documents

$ _____ Filing and Process Serving

$ _____ Bank Charges for Research and/or Copies

$ _____ Clerk's Charges

$ _____ Court Reporting Fees

$ _____ Witness Fees

$ _____ Transcript Fees

$ _____ Notary Fees

$ _____ Recording Fees

$ _____ Trustee Travel and Lodging (includes lodging, meals, mileage and parking)

$ _____ Other: _____

$ _____ Other: _____

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                               Page 5                    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

$ _____ Other: _____

$ _____ Other: _____

$ _____ Other: _____

**Total:** $ 12,682.40_____ Estimated Recurring Monthly Expenditures During the Cash Disbursement Period

**Total Estimated Other Expenses During the Cash Disbursement Period for Which Court Approval is Sought at this Time:**

$_____ Locksmith Services

$_____ Initial Moving and Storage Costs; Books and Records and/or Property of the Estate

$_____ Advertising Sale of Assets

$_____ Books and Records Destruction Costs

$_____ Postpetition taxes payable pursuant to 11 U.S.C. § 503 (b)(1)(B), but not preconversion taxes

$_____ Prepetition taxes payable pursuant to 11 U.S.C. § 507(a)(2)

$_____ Other: _____

$_____ Other: _____

$_____ Other: _____

**Total:** $ 0.00_____ Estimated Other Expenses During the Cash Disbursement Period

The foregoing expenditures are justified by the following facts:
The Residence is presently insured by a Chubb homeowners/articles insurance policy
(Policy No. 14109307-04). There is a minimum quarterly payment due of $12,682.40 before October 8, 2021
for the policy period September 8, 2021 through September 8, 2022. Trustee seeks authority to pay this
amount in order to maintain adequate insurance on the Residence and avoid cancellation of the policy.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 6                    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

840 Apollo Street, Suite 351, El Segundo, CA 90245

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/08/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
Counsel For Trustee: Levene, Neale, Bender, Yoo & Brill, tjy@lnbyb.com, ctp@lnbyb.com, rps@lnbyb.com
Counsel for Petitioning Creditors: Andrew Goodman, agoodman@andyglaw.com
Counsel for Conservator, Robert Girardi: Leonard Pena, lpena@penalaw.com, penasomaecf@gmail.com, penalr72746@notify.bestcase.com

[X] Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 09/08/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Thomas Vincent Girardi, 1126 Wilshire Blvd, Los Angeles, CA 90017
Debtor: Thomas Vincent Girardi, 100 Los Altos Drive, Pasadena, CA 91105

[X] Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/08/2021 | Laura Gitnick | /s/ Laura Gitnick |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 7    F 2016-2.2.MOTION.TRUSTEE.DISBURSE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Rafey Balabanian, docket@edelson.com
Ori S Blumenfeld, Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
Richard D Buckley    richard.buckley@arentfox.com
Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
Jennifer Witherell Crastz    jcrastz@hrhlaw.com
Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
Richard W Esterkin    richard.esterkin@morganlewis.com
Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
James J Finsten , jimfinsten@hotmail.com
James J Finsten    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com,laura.rucker@flpllp.com
Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
Razmig Izakelian    razmigizakelian@quinnemanuel.com
Lewis R Landau    Lew@Landaunet.com
Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
Edith R Matthai    ematthai@romalaw.com
Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
Carmela Pagay    ctp@lnbyb.com
Ambrish B Patel    apatelEI@americaninfosource.com
Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com
Richard P Steelman    rps@lnbyb.com, john@lnbyb.com
Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
Evan C. Borges, Esq. EBorges@GGTrialLaw.com

SERVICE LIST

| | |
|---|---|
| All Creditors of the Estate<br>ABIR COHEN TREYZON SALO, LLP, a California l<br>ACTS<br>16001 Ventura Boulevard, Suite 200<br>Encino, CA 91436-4482 | Bias Ramadhan A.S.<br>110 Nathaniel Ct<br>Mooresville,, NC 28117-6712 |
| Ally Bank Lease Trust - Assignor to Vehicle<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | California Dept. of Tax and Fee Administration<br>Collections Support Bureau, MIC:55<br>PO Box 942879<br>Sacramento, CA 94279-0055 |
| Alta San Rafael Association<br>c/o Beven & Brock<br>99 S Lake Ave, Ste 100<br>Pasadena, CA 91101-4739 | Christina Fulton<br>Fredman Lieberman Pearl LLP<br>1875 Century Park East, Suite 2230<br>Los Angeles, CA 90067-2522 |
| American Express<br>P.O. Box 981531<br>El Paso, TX 79998-1531 | City National Bank<br>P.O. Box 60938<br>Los Angeles, CA 90060-0938 |
| American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 | City of Pasadena<br>P.O. Box 7120<br>Pasadena, CA 91109-7220 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Coachella Valley Water District<br>P.O. Box 5000<br>Coachella, CA 92236-5000 |
| Anice Kasim<br>110 Nathaniel Ct<br>Mooresville, NC 28117-6712 | Compass<br>42 S Pasadena Ave<br>Pasadena, CA 91105-1943 |
| AT&T<br>P.O. Box 5025<br>Carol Stream, IL 60197-5025 | Cooley Attorneys at Law<br>101 California, 5th Flr<br>San Francisco, CA 94111-5800 |
| AT&T Wireless<br>c/o Credence<br>4222 Trinity Mills, Ste 260<br>Dallas, TX 75287-7666 | Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 |
| Baker, Keener, Nahra LLP<br>633 W. 5gh Street Ste 5500<br>Los Angeles, CA 90071 | Dani Daniaty<br>110 Nathaniel Ct<br>Mooresville, NC 28117-6712 |
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238<br>preferred | David R. Lira<br>10100 Santa Monica Boulevard<br>12th Floor<br>Los Angeles, CA 90067<br>Los Angeles, CA 90067-4003 |
| Bel-Air Country Club<br>10768 Bellagio Road<br>Los Angeles CA 90077-3799 | Dian Daniyanti<br>110 Nathaniel Ct<br>Mooresville, NC 28117-6712 |

SERVICE LIST

| | |
|---|---|
| Direct TV<br>P.O. Box 105261<br>Atlanta, GA 30348-5261 | Frantz Law Group, APLC<br>2029 Century Park East<br>#400<br>Los Angeles, CA 90067-2905 |
| Edelson PC<br>c/o Jay Edelson<br>350 N La Salle, 14th Flr<br>Chicago, IL 60654-5136 | Gary A Starre<br>Starre & Cohn, APC<br>15760 Ventura Blvd., Ste. 801<br>Encino, CA 91436-3018 |
| Elissa D. Miller<br>Smiley Wang-Ekvall, LLP<br>3200 Park Center Drive<br>Suite 250<br>Costa Mesa, CA 92626-7234 | GSI Group Inc.<br>C/o Michael Vincent Severo<br>301 N Lake Ave Ste 202<br>Pasadena, CA 91101-5127 |
| Engstrom, Lipscomb & Lack<br>10100 Santa Monica Blvd 12th Fl<br>Los Angeles, CA 90067-4113 | Haig Kelegian<br>26 Sunset Cove<br>Newport Beach, CA 92657-1901 |
| Eric Bryan Seuthe<br>10990 Wilshire Blvd.<br>Suite 1420<br>Los Angeles, CA 90024-3931 | Hideway<br>80-440 Hideway Club Ct<br>La Quinta, CA 92253-7867 |
| Erika Girardi<br>c/o Peter J. Mastan, Dinsmore & Sho<br>550 S Hope Street, Ste 1765<br>Los Angeles, CA 90071-2669 | Hochman Salkin Toscher Perez, P.C.<br>9150 Wilshire Blvd Se 300<br>Beverly Hills, CA 90212-3430 |
| Erika Girardi<br>c/o Dinsmore & Shohl LLP<br>550 South Hope St., Ste 1765<br>Los Angeles, CA 90071-2669 | Imperial Irrigation District<br>333 E Barioni Blvd<br>Imperial, CA 92251-1773 |
| Erika Saldana<br>1757 Riverside Drive<br>Glendale, CA 91201-2856 | In Bloom Orchids<br>1187 Coast Village Rd #1-269<br>Santa Barbara, CA 93108-2737 |
| Evan C. Borges<br>GREENBERG GROSS LLP<br>650 Town Center Drive, Suite 1700<br>Costa Mesa, CA 92626 | Internal Revenue Service<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Jaime Ruigomez<br>c/o Margulies Faith LLP<br>16030 Ventura Blvd, Suite 470<br>Encino, CA 91436-4493 |
| Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267-0011 | Jazmin Gomez<br>7210 NW 179th Street Apt 202<br>Hialeah, FL 33015-5439 |
| | Jill O'Callahan<br>1437 Club View Drive<br>Los Angeles, CA 90024-5305 |
| | Joe Ortiz<br>P.O. Box 625<br>La Quinta, CA 92247-0625 |

SERVICE LIST

| | |
|---|---|
| John Abassian<br>6403 Van Nuys Blvd<br>Van Nuys, CA 91401-1437 | KCC Class Actions Services LLC<br>c/o Michael Joseph Quinn<br>1925 Century Park E Ste 1900<br>Los Angeles, CA 90067-2754 |
| Joseph Ruigomez<br>c/o Margulies Faith, LLP<br>16030 Ventura Blvd. Suite 470<br>Encino, CA 91436-4493 | Keith D. Griffin<br>Ryan D. Saba, Rosen Saba, LLP<br>9350 Wilshire Blvd, Suite 250<br>Beverly Hills CA 90212-3219 |
| JPMCB Auto<br>P.O. Box 901003<br>Fort Worth, TX 76101-2003 | KELCO LLC aka KELCO PROPERTIES LLC & HAIG KE<br>26 Sunset Cove<br>Newport Coast, CA 92657-1901 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774<br>preferred | KELCO, LLC aka KELCO PROPERTIES, LLC<br>Walter J. Lack<br>10100 Santa Monica Blvd., #1200<br>Los Angeles, CA 90067<br>Los Angeles, CA 90067-4113 |
| Judy Selberg<br>c/o Eric Bryan Seuthe & Associates<br>10990 Wilshire Blvd Ste 1420<br>Los Angeles, CA 90024-3931 | Kimberly Archie<br>15210 Ventura Boulevard<br>Suite 307<br>Sherman Oaks, CA 91403-3841 |
| KABC-AM<br>8965 Lindblade Street<br>Culver City, CA 90232-2438 | Ktgy Architectural Planning<br>17911 Von Karman Ste 200<br>Irvine, CA 92614-6240 |
| Karen Girardi<br>c/o Gary A Starre<br>15760 Ventura Blvd Ste 801<br>Encino CA 91436-3018 | L.A. Arena Company LLC<br>1111 S Figueroa Ste 3100<br>Los Angeles, CA 90015-1333 |
| Karen Girardi<br>c/o Starre & Cohn<br>15760 Ventura Blvd., Ste. 801<br>Encino, CA 91436-3018 | L.A. Arena Funding, LLC<br>c/o Richard D. Buckley, Jr.<br>Arent Fox LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065 |
| Kathleen Bajgrowicz<br>c/o M Manuel H. Miller<br>20750 Ventura Blvd Ste 440<br>Woodland Hills, CA 91364-6643 | LADWP<br>P.O. Box 5111<br>Los Angeles, CA 90055-0111 |
| Kathleen L. Bajgrowicz<br>Manuel H. Miller, Esq.<br>Law Offices of Manuel H. Miller<br>20750 Ventura Boulevard, Suite 440<br>Woodland Hills, CA 91364-6643 | Law Offices of Philip R. Sheldon<br>c/o Ronald Richards<br>P.O. Box 11480<br>Beverly Hills, CA 90213-4480 |
| Kathleen Ruigomez<br>c/o Margulies Faith, LLP<br>16030 Ventura Blvd, Suite 470<br>Encino, CA 91436-4493 | Law Offices of Robert P. Finn<br>c/o James Spertus; Spertus, Landes<br>1990 S Bundy Drive Ste 705<br>Los Angeles, CA 90025-5256 |

Case 2:20-bk-21020-BR    Doc 249    Filed 09/08/21    Entered 09/08/21 15:08:31    Desc
Main Document    Page 12 of 13

SERVICE LIST

Manuel Miller
20750 Ventura Boulevard
Suite 440
Woodland Hills, CA 91364-6643

Metro Express Lanes
20101 Hamilton Ave Ste 100A
Torrance, CA 90502-1351

Multi Rizki
110 Nathaniel Ct
MOORESVILLE, NC 28117-6712

National Construction Rentals
P.O. Box 841461
Los Angeles, CA 90084-1461

National Construction Rentals
c/o Jonathan Neil & Associates, Inc.
71 W Main Street Ste 304
Freehold, NJ 07728-2139

New York State Dept of Taxation &
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

New York States Dept of Taxation
and Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

OCALA EQUINE HOSPITAL P A
ATTN ATTN REBEKAH CLIFTON
10855 N US HIGHWAY 27
OCALA FL 34482-1842
preferred

Pacific Mercantile Bank
1800 Ave of the Stars, Ste 675
Los Angeles, CA 90067-4221

PACTEN PARTNERS LLC
17630 Plaza Arica
San Diego, CA 92128-1710

PARVIN OSALU-BAKHTIAR
c/o Ebby S. Bakhtiar, Esq.
3435 Wilshire Blvd., STe. 1669
Los Angeles, CA 90010-2287

Pasadena Water and Power
150 S Los Robles Ave #300
Pasadena, CA 91101-4612

Pauline White
Law Office of Pauline White
150 N. Santa Anita Avenue
Suite 300
Arcadia, CA 91006-3116

Pebble Beach Resorts
P.O. Box 1522
Pebble Beach, CA 93953-1522

Polito Eppich Associates
100 E San Marcos Blvd
San Marcos, CA 92069-2986

Psomas
555 South Flower Street
Suite 4300
Los Angeles, CA 90071-2405

Rest Your Case Evidence Storage LLC
Pauline White
150 N. Santa Anita Avenue
Suite 300
Arcadia, CA 91006-3116

Richard Fair
c/o Peter Roald Kindem
2945 Townsgate Rd Ste 200
Westlake Village, CA 91361-5866

Robert Girardi
402 South Marengo Ave.
Suite B
Pasadena, CA 91101-3113

Robert Keese
22982 Rosemont Court
Murrieta, CA 92562-3075

Robert M. Keese
22982 Rosemont Court
Murrieta, CA 92562-3075

RPC Tax Property Tax Advisors
LLC
P.O. Box 7289
San Diego, CA 92167-0289

Salem Media Group Inc.
P.O. Box 845581
Los Angeles, CA 90084-5581

Septiana Damayanti
110 Nathaniel Ct
Mooresville, NC 28117-6712

SERVICE LIST

| | |
|---|---|
| Shawn Azizzadeh<br>c/o Michelle Balady Bedford Law Group<br>1875 Century Park E Ste 1790<br>Los Angeles, CA 90067-2537 | Webster Training Center<br>P.O. Box 144<br>Lowell, FL 32663-0144 |
| SoCal Gas<br>P.O. Box 1626<br>Monterey Park CA 91754-8626 | Wells Fargo Vendor Financial Services<br>800 Walnut Street<br>Des Moines, IA 50309-3891 |
| Stillwell Madison LLC<br>c/o Marshall J Hogan; Snell & Wilme<br>600 Anton Blvd Se 1400<br>Costa Mesa, cA 92626-7689 | Wells Fargo Vendor Financial Services, LLC<br>c/o Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436-2802 |
| The French Hand Laundry<br>606 S Lake Ave<br>North Hollywood, CA 91606 | Western Exterminator Company<br>P.O. Box 16350<br>Reading, PA 19612-6350 |
| The Plantation Golf Club<br>50994 Monroe St<br>Indio, CA 92201-9709 | Wilshire Country Club<br>301 N Rossmore Ave<br>Los Angeles, CA 90004-2499 |
| The Severo Law Firm<br>155 N Lake Avenue<br>Pasadena, CA 91101-1857 | |
| The Village Gardener<br>P.O. Box 40128<br>Santa Barbara, CA 93140-0128 | |
| U.S. Legal Support, Inc.<br>c/o Portillo Ronk Legal Team<br>5716 Corsa Avenue<br>Suite 207<br>Westlake Village, CA 91362-4059 | |
| US Legal Support<br>16825 Northchase DrSuite 900<br>16825 Northchase DrSuite 900<br>Houston, TX 77060-6004 | |
| Veritext LLC<br>c/o Philip Landsman<br>5776 Lindero Canyon Rd Ste D-666<br>Thousand Oaks, CA 91362-6428 | |
| Virage Capital Management LP<br>1700 Post Oak Blvd Ste 300<br>Houston, TX 77056-3973 | |
| Virginia Antonio<br>20413 Via Navarra<br>Yorba Linda, CA 92886-3065 | |