| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| TIMOTHY J. YOO (State Bar No. 155531)<br>tjy@lnbyb.com<br>CARMELA T. PAGAY (State Bar No. 195603)<br>ctp@lnbyb.com<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (310) 229-1234<br>Facsimile:  (310) 229-1244<br><br>☒ *Individual appearing without attorney*<br>☒ *Attorney for:* Jason M. Rund, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>THOMAS VINCENT GIRARDI,<br><br>Debtor(s). | CASE NO.: 2:20-bk-21020-BR<br>CHAPTER: 7<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 10/05/2021 | **Time:** 10:00 am |
|---|---|
| **Location:** United States Bankruptcy Court, Courtroom 1668, 255 E. Temple Street, Los Angeles, California 90012 | |

**Type of Sale**:  ☒ Public  ☐ Private     **Last date to file objections**: 09/22/2021

**Description of property to be sold**: United States Bankruptcy Court, Courtroom 1668, 255 E. Temple Street, Los
Real property located at 81775 Brown Deer Park, La Quinta, California  92253 (the "Property")

**Terms and conditions of sale**: _____
Condition of Property: Property purchased "as-is" without any representations or warranties of any kind
Broker's Commissions: Five percent (5%)

**Proposed sale price**: $ 1,250,000.00

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*  Page 1  **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*):** See Proposed Overbidding Procedures attached as Exhibit 1 hereto.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

October 5, 2021
10:00 a.m.
Roybal Federal Building
Courtroom 1668
255 E. Temple Street
Los Angeles, CA 90012

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Carmela T. Pagay, Esq.
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90012
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email: ctp@lnbyb.com

Date: 09/10/2021

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                               Page 2                                  **F 6004-2.NOTICE.SALE**

# EXHIBIT "1"

# PROPOSED OVERBID PROCEDURES

# FOR PURCHASE OF PROPERTY

1. Anyone interested in submitting an overbid with respect to the purchase of the Property must attend the hearing on the Motion or be represented by an individual at the hearing (either in person or telephonically) with authority to participate in the overbid process.

2. An overbid will be defined as an initial bid of $10,000 above the $1,250,000 proposed purchase price or higher with each additional overbid to be in $5,000 increments.

3. Overbidders (except for the Purchaser) must deliver a deposit to the Trustee's counsel by way of cashier's check made payable to "Jason M. Rund, Chapter 7 Trustee," in the amount of $37,800 (the "Deposit") and proof of ability to close escrow unconditionally in a form acceptable to the Trustee no later than 7 calendar days prior to the hearing on the Motion.

4. Overbidders must purchase the Property on the same terms and conditions as the Purchaser.

5. The Deposit of the successful overbidder shall be forfeited if such party is thereafter unable to complete the purchase of the Property within 15 calendar days of entry of the order confirming the sale.

6. In the event the successful overbidder cannot timely complete the purchase of the Property, the Trustee shall be authorized to proceed with the sale to the next highest overbidder.

7. If there are any qualified overbidders, an auction of the Property shall be held during the hearing on the Motion (on **October 5, 2021 at 10:00 a.m.**) at which time the Court shall determine the highest and best bid for the Property.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the **Notice of Sale of Estate Property** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 13, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ *Service information continued on attached page*

**2. SERVED BY UNITED STATES MAIL**: On **September 13, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor<br>Thomas Vincent Girardi<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017 | Purchaser<br>Jeffrey D. Stratton & Leah J. Stratton<br>c/o Lisa Blodgett<br>47-100 Washington Street, Suite 204<br>La Quinta, California 92253 | Purchaser<br>Ruigomez Creditors<br>c/o ABIR COHEN TREYZON SALO, LLP<br>16001 Ventura Blvd., Suite 200<br>Encino, CA 91436 |
|---|---|---|
| Broker<br>William Friedman<br>1608 Montana Avenue<br>Santa Monica, CA 90403 | Broker<br>Steve Enslow<br>78000 Fred Waring Drive<br>Suite 202<br>Palm Desert, CA 92211 | Courtesy Copy<br>Honorable Barry Russell<br>United States Bankruptcy Court<br>255 E. Temple St., Suite 1660<br>Los Angeles, CA 90012 |

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, **September 13, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 13, 2021 | John Berwick | /s/ John Berwick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Rafey Balabanian on behalf of Creditor Edelson PC
rbalabanian@edelson.com, docket@edelson.com

Shraddha Bharatia on behalf of Interested Party Courtesy NEF
notices@becket-lee.com

Ori S Blumenfeld on behalf of Creditor Jaime Ruigomez
ori@marguliesfaithlaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Creditor Joseph Ruigomez
ori@marguliesfaithlaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Creditor Kathleen Ruigomez
ori@marguliesfaithlaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Interested Party Courtesy NEF
ori@marguliesfaithlaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Plaintiff Jaime Ruigomez
ori@marguliesfaithlaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Plaintiff Joseph Ruigomez
ori@marguliesfaithlaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Plaintiff Kathleen Ruigomez
ori@marguliesfaithlaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Evan C Borges on behalf of Interested Party Erika Girardi
eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

Richard D Buckley on behalf of Interested Party L.A. Arena Funding, LLC
richard.buckley@arentfox.com

Marie E Christiansen on behalf of Creditor KCC Class Action Services, LLC
mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com

Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, Inc.
jcrastz@hrhlaw.com

Ashleigh A Danker on behalf of Interested Party Courtesy NEF
Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com

Clifford S Davidson on behalf of Creditor California Attorney Lending II, Inc.
csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                        **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| 1 | Joseph C Delmotte on behalf of Interested Party Courtesy NEF<br>ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| 2 | |
| 3 | Lei Lei Wang Ekvall on behalf of Interested Party Courtesy NEF<br>lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| 4 | Richard W Esterkin on behalf of Interested Party Courtesy NEF<br>richard.esterkin@morganlewis.com |
| 5 | Timothy W Evanston on behalf of Interested Party Courtesy NEF<br>tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| 6 | |
| 7 | Timothy W Evanston on behalf of Interested Party Elissa D. Miller<br>tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| 8 | Jeremy Faith on behalf of Interested Party Courtesy NEF<br>Jeremy@MarguliesFaithlaw.com, |
| 9 | Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com |
| 10 | James J Finsten on behalf of Interested Party Courtesy NEF<br>, jimfinsten@hotmail.com |
| 11 | |
| 12 | James J Finsten on behalf of Interested Party Courtesy NEF<br>jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com |
| 13 | Alan W Forsley on behalf of Creditor C.F., an individual<br>alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| 14 | |
| 15 | Alan W Forsley on behalf of Interested Party Courtesy NEF<br>alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| 16 | Alan W Forsley on behalf of Plaintiff Christina Fulton<br>alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| 17 | |
| 18 | Eric D Goldberg on behalf of Creditor Stillwell Madison, LLC<br>eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| 19 | Andrew Goodman on behalf of Attorney William F Savino<br>agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 20 | |
| 21 | Andrew Goodman on behalf of Petitioning Creditor Erika Saldana<br>agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 22 | Andrew Goodman on behalf of Petitioning Creditor Jill O'Callahan<br>agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 23 | |
| 24 | Andrew Goodman on behalf of Petitioning Creditor John Abassian<br>agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 25 | Andrew Goodman on behalf of Petitioning Creditor Kimberly Archie<br>agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 26 | |
| 27 | Andrew Goodman on behalf of Petitioning Creditor Robert M. Keese<br>agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 28 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| 1 | Andrew Goodman on behalf of Petitioning Creditor Virginia Antonio |
| 2 | agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 3 | M. Jonathan Hayes on behalf of Interested Party Courtesy NEF |
| | jhayes@rhmfirm.com, |
| 4 | roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com |
| 5 | Marshall J Hogan on behalf of Creditor California Attorney Lending II, Inc. |
| 6 | mhogan@swlaw.com, knestuk@swlaw.com |
| 7 | Bradford G Hughes on behalf of Interested Party Courtesy NEF |
| | bhughes@Clarkhill.com, mdelosreyes@clarkhill.com |
| 8 | Razmig Izakelian on behalf of Creditor Frantz Law Group, APLC |
| 9 | razmigizakelian@quinnemanuel.com |
| 10 | Lewis R Landau on behalf of Interested Party Courtesy NEF |
| | Lew@Landaunet.com |
| 11 | Craig G Margulies on behalf of Creditor Jaime Ruigomez |
| 12 | Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| 13 | Craig G Margulies on behalf of Creditor Joseph Ruigomez |
| 14 | Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| 15 | Craig G Margulies on behalf of Creditor Kathleen Ruigomez |
| 16 | Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| 17 | Craig G Margulies on behalf of Interested Party Courtesy NEF |
| 18 | Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| 19 | Craig G Margulies on behalf of Plaintiff Jaime Ruigomez |
| 20 | Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| 21 | Craig G Margulies on behalf of Plaintiff Joseph Ruigomez |
| 22 | Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| 23 | Craig G Margulies on behalf of Plaintiff Kathleen Ruigomez |
| 24 | Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| 25 | Peter J Mastan on behalf of Interested Party Courtesy NEF |
| 26 | peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com |
| 27 | Edith R. Matthai on behalf of Interested Party Courtesy NEF |
| | ematthai@romalaw.com, lrobie@romalaw.com |
| 28 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| 1 | Elissa Miller on behalf of Interested Party Courtesy NEF<br>emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com |
| 2 | |
| 3 | Eric A Mitnick on behalf of Interested Party Courtesy NEF<br>MitnickLaw@aol.com, mitnicklaw@gmail.com |
| 4 | Scott H Olson on behalf of Creditor KCC Class Action Services, LLC<br>solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com |
| 5 | |
| 6 | Carmela Pagay on behalf of Plaintiff JASON M RUND<br>ctp@lnbyb.com |
| 7 | |
| 8 | Carmela Pagay on behalf of Trustee Jason M Rund (TR)<br>ctp@lnbyb.com |
| 9 | Ambrish B Patel on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port |
| 10 | apatelEI@americaninfosource.com |
| 11 | Leonard Pena on behalf of Interested Party Robert Girardi<br>lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com |
| 12 | |
| 13 | Michael J Quinn on behalf of Creditor KCC Class Action Services, LLC<br>mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com |
| 14 | Matthew D. Resnik on behalf of Interested Party Courtesy NEF<br>matt@rhmfirm.com, |
| 15 | roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| 16 | |
| 17 | Ronald N Richards on behalf of Interested Party Courtesy NEF<br>ron@ronaldrichards.com, morani@ronaldrichards.com |
| 18 | |
| 19 | Kevin C Ronk on behalf of Creditor U.S. Legal Support, Inc.<br>Kevin@portilloronk.com, Attorneys@portilloronk.com |
| 20 | Jason M Rund (TR)<br>trustee@srlawyers.com, jrund@ecf.axosfs.com |
| 21 | |
| 22 | William F Savino on behalf of Creditor California Attorney Lending II, Inc.<br>wsavino@woodsoviatt.com, lherald@woodsoviatt.com |
| 23 | Gary A Starre on behalf of Creditor Karen Girardi<br>gastarre@gmail.com, mmoonniiee@gmail.com |
| 24 | |
| 25 | Gary A Starre on behalf of Interested Party Gary A Starre<br>gastarre@gmail.com, mmoonniiee@gmail.com |
| 26 | Richard P Steelman, Jr on behalf of Plaintiff JASON M RUND<br>rps@lnbyb.com, john@lnbyb.com |
| 27 | |
| 28 | Philip E Strok on behalf of Interested Party Courtesy NEF<br>pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

Philip E Strok on behalf of Interested Party Elissa D. Miller
pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Boris Treyzon on behalf of Interested Party Courtesy NEF
bt@treyzon.com, sgonzales@actslaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Christopher K.S. Wong on behalf of Interested Party L.A. Arena Funding, LLC
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Timothy J Yoo on behalf of Interested Party Courtesy NEF
tjy@lnbyb.com

Timothy J Yoo on behalf of Plaintiff JASON M RUND
tjy@lnbyb.com

Timothy J Yoo on behalf of Trustee Jason M Rund (TR)
tjy@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    **F 9013-3.1.PROOF.SERVICE**