Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

*Counsel for Interested Party Edelson PC*

# UNITED STATES BANKRUPCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>THOMAS VINCENT GIRARDI,<br><br>*Debtor*. | Case No. 2:20-bk-21020-BR<br><br>[Chapter 7]<br><br>**AMENDED NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM) [DKT. No. 258]**<br><br>**Amended Hearing Information**<br><br>Date: November 2, 2021<br>Time: 10:00 a.m.<br>Place: Courtroom 1668 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Action in Non-Bankruptcy Forum) [dkt. no. 258] filed on October 4, 2021, has been set for hearing on **November 2, 2021 at 10:00 am** in this Court, Courtroom 1668, located at 255 East Temple Street, Los Angeles, California 90012.

                                                   Respectfully Submitted,

DATED: October 7, 2021             **EDELSON PC**

                                                   By: /s/ Rafey S. Balabanian

                                                   Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
350 North LaSalle Street, 14th Floor, Chicago, Illinois 60654

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (ACTION IN NONBANKRUPTCY FORUM)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/07/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov; Counsel For Trustee: Levene, Neale, Bender, Yoo & Brill, tjy@lnbyb.com, ctp@lnbyb.com, rps@lnbyb.com; Counsel for Petitioning Creditors: Andrew Goodman, agoodman@andyglaw.com; Counsel for Conservator, Robert Girardi: Leonard Pena, lpena@penalaw.com, penasomaecf@gmail.com, penalr72746@notify.bestcase.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/07/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Thomas Vincent Girardi 1126 Wilshire Boulevard Los Angeles, CA 90017
Purchaser: Jeffrey D. Stratton & Leah J. Stratton c/o Lisa Blodgett 47-100 Washington Street, Suite 204 La Quinta, California 92253
Ruigomez Creditors: c/o ABIR COHEN TREYZON SALO, LLP 16001 Ventura Blvd., Suite 200 Encino, CA 91436

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/07/2021 | J. Eli Wade-Scott | /s/J. Eli Wade-Scott |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014    Page 9    F 4001-1.RFS.NONBK.MOTION

1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):</u>

    Ori S Blumenfeld,
    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com,
    Angela@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com
    Richard D Buckley
    richard.buckley@arentfox.com
    Marie E Christiansen
    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
    Jennifer Witherell
    Crastzjcrastz@hrhlaw.com
    Ashleigh A. Danker
    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;
    Katrice.ortiz@dinsmore.com
    Clifford S Davidson
    csdavidson@swlaw.com, jlanglois@swlaw.com; cliff-davidson-7586@ecf.pacerpro.com
    Lei Lei Wang
    Ekvalllekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchujc@swelawfirm.com
    Richard W Esterkin
    richard.esterkin@morganlewis.com
    Timothy W Evanston
    tevanston@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
    Jeremy Faith
    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
    James J Finsten ,
    jimfinsten@hotmail.com
    James J Finsten
    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
    Alan W Forsley
    alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy.flores@flpllp.com, laura.rucker@flpllp.com
    Eric D Goldberg
    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
    Andrew Goodman
    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.comM.
    Jonathan Hayes
    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com; janita@rhmfirm.com;susie@rhmfirm.com; priscilla@rhmfirm.com;pardis@rhmfirm.com; russ@rhmfirm.com;rebeca@rhmfirm.com; david@rhmfirm.com;sloan@rhmfirm.com
    Marshall J Hogan
    mhogan@swlaw.com, knestuk@swlaw.com

Case 2:20-bk-21020-BR    Doc 263    Filed 10/07/21    Entered 10/07/21 13:49:31    Desc
                          Main Document      Page 5 of 6

Razmig Izakelian
razmigizakelian@quinnemanuel.com
Lewis R Landau
Lew@Landaunet.com
Craig G Margulies
Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
Peter J Mastan
peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com; Katrice.ortiz@dinsmore.com
Edith R Matthai
ematthai@romalaw.com
Elissa Miller
emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com
Eric A Mitnick
MitnickLaw@aol.com, mitnicklaw@gmail.com
Scott H Olson
solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com, ecfsfdocket@vedderprice.com, nortega@vedderprice.com Carmela Pagay
ctp@lnbyb.com
Ambrish B Patel
apatelEI@americaninfosource.com
Michael J Quinn
mquinn@vedderprice.com, ecfladocket@vedderprice.com, michael-quinn-2870@ecf.pacerpro.com
Matthew D. Resnik
matt@rhmfirm.com, roksana@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Ronald N Richards
ron@ronaldrichards.com, morani@ronaldrichards.com, justin@ronaldrichards.com
Kevin C Ronk
Kevin@portilloronk.com, Attorneys@portilloronk.com
Jason M Rund
(TR)trustee@srlawyers.com, jrund@ecf.axosfs.com
Gary A Starregastarre@gmail.com, mmoonniiee@gmail.com
Richard P Steelman
rps@lnbyb.com, john@lnbyb.com
Philip E Strok
pstrok@swelawfirm.com, gcruz@swelawfirm.com; 1garrett@swelawfirm.com; jchung@swelawfirm.com
Christopher K.S. Wong
christopher.wong@arentfox.com, yvonne.li@arentfox.com
Evan C. Borges, Esq.
EBorges@GGTrialLaw.com

2. <u>TO BE SERVED VIA U.S. MAIL:</u>

Broker: William Friedman 1608 Montana Avenue Santa Monica, CA 90403 Broker Steve Enslow 78000 Fred Waring Drive Suite 202

Broker: Steve Enslow 78000 Fred Waring Drive Suite 202 Palm Desert, CA 92211

Courtesy Copy: Honorable Barry Russell United States Bankruptcy Court 255 E. Temple St., Suite 1660 Los Angeles, CA 90012