Jason M. Rund
Chapter 7 Trustee
840 Apollo Street, Suite 351
El Segundo, CA 900245
Telephone: 310-640-1200
Facsimile: 310-640-0200
trustee@srlawyers.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:20-bk-21020-BR |
| THOMAS VINCENT GIRARDI, | Chapter 7 |
| Debtor. | **TRUSTEE'S REPORT OF SALE RE: ORDER APPROVING SALE OF REAL PROPERTY LOCATED AT 81775 BROWN DEER PARK, LA QUINTA, CALIFORNIA FREE AND CLEAR OF LIEN [DOCKET NO. 259]** |
| | [No Hearing Required] |

TO ALL INTERESTED PARTIES:

The undesigned Chapter 7 Trustee hereby submits his Report of Sale pursuant to Federal Rules of Bankruptcy Procedure rule 6004(f)(1) and respectfully represents and follows:

I.

The Order: Authorizing Sale of Estate's Right, Title and Interest in Real Property Free and Clear of Lien of Joseph Ruigomez, Kathleen Ruigomez, and Jaime Ruigomez; (2) Approving Overbid Procedure; (3) Approving Payment of Commissions; (4) Finding Purchases are Good Faith Purchasers; and (5) Waiving Stay Under Rule 6004(h) regarding the property located at 81775 Brown Deer Park, La Quinta, California (hereafter the "Sale Order") was entered October 5, 2021 and identified as docket number 259.

-1-

II.

As authorized by and set forth in the Sale Order, the Trustee sold real property identified as 81775 Brown Deer Park, La Quinta, California (the "Property") free and clear of liens for $1,250,000.00 to Jeffrey D. Stratton and Leah J. Stratton.

III.

The sale of the Property was completed upon close of escrow on October 12, 2021. Attached hereto as Exhibit 1 is the Seller's Final Settlement Statement received from A&A Escrow Services, Inc. for the Property

DATED: October 18, 2021          */s/ Jason M. Rund*
                                 Jason M. Rund
                                 Chapter 7 Trustee

EXHIBIT 1

**A & A ESCROW SERVICES, INC.**

415 N. Crescent Drive, Suite 320
Beverly Hills, CA 90210

Phone: (310) 550-6055
Fax: (310) 550-6130

## AMENDED SELLER'S FINAL SETTLEMENT STATEMENT

| | |
|---|---|
| **PROPERTY:** | 81775 Brown Deer Park, La Quinta, CA 92253 |
| **SELLER:** | Bankruptcy Estate of Thomas Vincent Girardi |
| **DATE:** | October 14, 2021 |
| **CLOSING DATE:** | October 12, 2021 |
| **ESCROW NO.:** | 105290-AA |

| | DEBITS | CREDITS |
|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 1,250,000.00 |
| **PRORATIONS/ADJUSTMENTS** | | |
| 1st 1/2 County Taxes 2021-2022 at $7,485.95/semi-annually from 10/12/2021 to 01/01/2022 | | 3,285.50 |
| HOA Dues at $545.00/monthly from 10/12/2021 to 11/01/2021 | | 345.17 |
| **COMMISSION CHARGES** | | |
| Coldwell Banker | 15,625.00 | |
| Luxury Homes by Keller Williams | 31,250.00 | |
| Desert Sand Realty | 15,625.00 | |
| **H.O.A./MANAGEMENT** | | |
| Transfer Fee to The Management Trust- DCAL | 250.00 | |
| Outstanding Balance* to PGA WEST Fairways Homeowners Association | 6,283.76 | |
| Reimbursement of Violation Fee (said fee included in outstanding balance mentioned above*) to Bankruptcy Estate of Thomas Vincent Girardi | 50.00 | |
| Document Fee(s) to A & A Escrow Services Inc. | 841.00 | |
| **H.O.A./MANAGEMENT** | | |
| Document Fee(s) to A & A Escrow Services Inc. | 486.00 | |
| **OTHER DEBITS/CREDITS** | | |
| MyNHD, Inc. for NHD Disclosure Report | 74.95 | |
| Steve Enlow for reimbursement of utility bills paid upfront | 1,329.96 | |
| **TITLE/TAXES/RECORDING CHARGES - First American Title Company** | | |
| Title - Owner's Title Insurance (optional) | 2,609.00 | |
| Title - Messenger Fee | 39.23 | |
| Title - Sub Escrow Fee | 65.00 | |
| Title - Wire Fee | 15.00 | |
| Recording Order Approving Sale | 29.00 | |
| Recording Notice of Withdrawal of Pendency | 26.00 | |
| Miscellaneous Recording Fees | 65.00 | |
| Transfer Tax - County to Riverside County | 1,375.00 | |
| Delinquent Taxes good thru 10/2021 | 15,555.62 | |
| 1st 1/2 Taxes 2021-2022 to Riverside County Tax Collector | 7,485.95 | |

Date: October 14, 2021             Escrow No.: 105290-AA

Page 2 of 2:

**ESCROW CHARGES - A & A Escrow Services, Inc.**

| | |
|---|---:|
| Title - Escrow Fee | 1,875.00 |
| Title - 1099 Processing Fee to A & A Escrow Services Inc. | 75.00 |
| Title - Drawing Documentation Fee | 75.00 |
| Title - Messenger/Overnight Fees to A & A Escrow Services Inc. | 35.00 |
| Title - File Archive Fee* to Archive It! | 50.00 |
| **Net Proceeds** | 1,152,440.20 |
| **TOTAL** | $ 1,253,630.67    $ 1,253,630.67 |

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

SHERIDAN & RUND
840 Apollo Street, Suite 351
El Segundo, CA 90245

A true and correct copy of the foregoing document entitled (*specify*): **Trustee's Report of Sale re: Order Approving Sale of Real Property Located at 81775 Brown Deer Park, La Quinta, California Free and Clear of Lien [Docket No. 259]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 18, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
Counsel For Trustee: Levene, Neale, Bender, Yoo & Brill, tjy@lnbyb.com, ctp@lnbyb.com, rps@lnbyb.com
Counsel for Petitioning Creditors: Andrew Goodman, agoodman@andyglaw.com
Counsel for Conservator, Robert Girardi: Leonard Pena, lpena@penalaw.com, penasomaecf@gmail.com, penalr72746@notify.bestcase.com

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On October 18, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Thomas Vincent Girardi, 1126 Wilshire Blvd, Los Angeles, CA 90017
Debtor: Thomas Vincent Girardi, 100 Los Altos Drive, Pasadena, CA 91105

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 18, 2021 | Laura Gitnick | /s/ Laura Gitnick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Rafey Balabanian, docket@edelson.com
Ori S Blumenfeld, Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
Richard D Buckley    richard.buckley@arentfox.com
Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
Jennifer Witherell Crastz    jcrastz@hrhlaw.com
Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
Richard W Esterkin    richard.esterkin@morganlewis.com
Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
James J Finsten , jimfinsten@hotmail.com
James J Finsten    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com,laura.rucker@flpllp.com
Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
Razmig Izakelian    razmigizakelian@quinnemanuel.com
Lewis R Landau    Lew@Landaunet.com
Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
Edith R Matthai    ematthai@romalaw.com
Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
Carmela Pagay    ctp@lnbyb.com
Ambrish B Patel    apatelEI@americaninfosource.com
Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com
Richard P Steelman    rps@lnbyb.com, john@lnbyb.com
Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
Evan C. Borges, Esq. EBorges@GGTrialLaw.com