1  EVAN C. BORGES, State Bar No. 128706
   *EBorges@GGTrialLaw.com*
2  GREENBERG GROSS LLP
   650 Town Center Drive, Suite 1700
3  Costa Mesa, California 92626
   Telephone: (949) 383-2800
4  Facsimile: (949) 383-2801

5  Attorneys for Party-in-Interest Erika Girardi

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON EDELSON PC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Current Hearing Date and Time**<br>Date: November 2, 2021<br>Time: 10:00 a.m.<br>Ctrm: 1668<br><br>**Proposed New Hearing Date and Time**<br>Date: November 16, 2021<br>Time: 2:00 p.m.<br>Ctrm: 1668<br><br>Hon. Barry Russell |

---

JOINT STIPULATION TO CONTINUE HEARING ON EDELSON PC'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Creditor Edelson PC ("Edelson"); Jason M. Rund, Chapter 7 Trustee for the above-captioned Chapter 7 bankruptcy estate ("Thomas Girardi Trustee"); Elissa D. Miller, Chapter 7 Trustee for the Girardi Keese Chapter 7 bankruptcy estate ("Girardi Keese Trustee"); and Party-in-Interest Erika Girardi ("Ms. Girardi"), and collectively (the "Parties") hereby stipulate as follows:

1. On October 4, 2021, Edelson PC filed its Motion for Relief from the Automatic Stay ("Motion"), seeking clarification of the scope of the automatic stay as to Ms. Girardi so that Edelson could proceed in the *Edelson PC v. Girardi* litigation against Ms. Girardi. Dkt. 258, *see* No. 20-cv-07115 (N.D. Ill.).

2. On October 19, 2021, the Girardi Keese Trustee filed her opposition to the Motion. Dkt. 268. On October 20, 2021, the Thomas Girardi Trustee filed a limited opposition to the Motion, and Ms. Girardi filed her opposition to the Motion. Dkts. 270, 272.

3. The hearing on Edelson PC's motion is presently set for November 2, 2021 at 10:00 a.m. Dkt. 264. Counsel for all Parties have conferred and agreed to continue the hearing to November 16, 2021 at 2:00 p.m. On that date, Special Counsel for the Girardi Keese Trustee, Ronald Richards, will be appearing before the Court in person at 2:00 p.m. on an unrelated matter. Mr. Richards and Ms. Girardi's counsel, Evan C. Borges, will also be appearing before this Court on the same date and time at a status conference previously continued by this Court in the *Miller vs. Girardi* adversary proceeding. *See*, No. 2:21-ap-01155. This is the Parties' first request for a continuance of the hearing on this Motion, and is not made for the purposes of delay.

4. Counsel for all Parties have agreed that a Zoom conference for the hearing on the Motion would be welcomed for those Parties not already before the Court in person. Those Parties are also available to appear before the Court in person for the hearing on the Motion, and will appear as directed by the Court.

/ / /
/ / /
/ / /
/ / /
/ / /

-2-
JOINT STIPULATION TO CONTINUE HEARING ON EDELSON PC'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

1 | Based on the foregoing, the Parties hereby stipulate and agree to continue the hearing on Edelson PC's Motion for Relief from the Automatic Stay to November 16, 2021 at 2:00 p.m.

IT IS SO STIPULATED.

DATED: October 21, 2021        EDELSON PC

By: _____
Rafey S. Balabanian
Attorneys for Creditor Edelson PC

DATED: October ___, 2021       LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: _____
Timothy J. Yoo
Carmela T. Pagay
Attorneys for Jason M. Rund, Chapter 7 Trustee

DATED: October ___, 2021       SMILEY WANG-EKVALL, LLP

By: _____
Philip E. Strok
Timothy W. Evanston
Attorneys for Elissa D. Miller, Chapter 7 Trustee
for the bankruptcy estate of Girardi Keese

DATED: October ___, 2021       GREENBERG GROSS LLP

By: _____
Evan C. Borges
Attorneys for Party-in-Interest Erika Girardi

Based on the foregoing, the Parties hereby stipulate and agree to continue the hearing on Edelson PC's Motion for Relief from the Automatic Stay to November 16, 2021 at 2:00 p.m.

IT IS SO STIPULATED.

DATED: October ___, 2021       EDELSON PC

By: _____
Rafey S. Balabanian
Attorneys for Creditor Edelson PC

DATED: October 21, 2021       LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: _____
Timothy J. Yoo
Carmela T. Pagay
Attorneys for Jason M. Rund, Chapter 7 Trustee

DATED: October 21, 2021       SMILEY WANG-EKVALL, LLP

By: _____
Philip E. Strok
Timothy W. Evanston
Attorneys for Elissa D. Miller, Chapter 7 Trustee
for the bankruptcy estate of Girardi Keese

DATED: October 21, 2021       GREENBERG GROSS LLP

By: _____
Evan C. Borges
Attorneys for Party-in-Interest Erika Girardi

**[PROPOSED] ORDER**

Pursuant to the foregoing Joint Stipulation to Continue Hearing on Edelson PC's Motion for Relief from the Automatic Stay, and good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing on Edelson PC's Motion for Relief from the Automatic Stay is continued from November 2, 2021 at 10:00 a.m. to November 16, 2021 at 2:00 p.m.

###

Barry Russell
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON EDELSON PC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 21, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **October 21, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 21, 2021 | Cheryl Winsten | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

-5-

JOINT STIPULATION TO CONTINUE HEARING ON EDELSON PC'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**In re THOMAS VINCENT GIRARDI**
Case No. 2:20-bk-21020-BR
U.S.B.C. Central District of California
Los Angeles Division

1. **SERVED VIA NOTICE OF ELECTRONIC FILING (NEF)**:

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Rafey Balabanian**    rbalabanian@edelson.com, docket@edelson.com
- **Shraddha Bharatia**    notices@becket-lee.com
- **Ori S Blumenfeld**    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **Richard D Buckley**    richard.buckley@arentfox.com
- **Marie E Christiansen**    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Ashleigh A Danker**    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- **Clifford S Davidson**    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- **Lei Lei Wang Ekvall**    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Richard W Esterkin**    richard.esterkin@morganlewis.com
- **Timothy W Evanston**    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**    , jimfinsten@hotmail.com
- **James J Finsten**    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Andrew Goodman**    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfir
- **Marshall J Hogan**    mhogan@swlaw.com, knestuk@swlaw.com
- **Bradford G Hughes**    bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Lewis R Landau**    Lew@Landaunet.com

JOINT STIPULATION TO CONTINUE HEARING ON EDELSON PC'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

- **Craig G Margulies**   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Peter J Mastan**   peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**   ematthai@romalaw.com, lrobie@romalaw.com
- **Elissa Miller**   emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- **Eric A Mitnick**   MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Scott H Olson**   solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Carmela Pagay**   ctp@lnbyb.com
- **Ambrish B Patel**   apatelEI@americaninfosource.com
- **Leonard Pena**   lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**   mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **Matthew D. Resnik**   matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Ronald N Richards**   ron@ronaldrichards.com, morani@ronaldrichards.com
- **Kevin C Ronk**   Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Jason M Rund (TR)**   trustee@srlawyers.com, jrund@ecf.axosfs.com
- **William F Savino**   wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Gary A Starre**   gastarre@gmail.com, mmoonniiee@gmail.com
- **Richard P Steelman**   rps@lnbyb.com, john@lnbyb.com
- **Philip E Strok**   pstrok@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Christopher K.S. Wong**   christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Timothy J Yoo**   tjy@lnbyb.com

**2.    SERVED BY UNITED STATES MAIL:**

**U.S. Bankruptcy Court:**

U.S. Bankruptcy Court
Hon. Hon. Barry Russell
255 E. Temple Street, Suite 1668
Los Angeles, CA  90012

**Debtor:**

**Thomas Vincent Girardi**
1126 Wilshire Boulevard
Los Angeles, CA 90017

**ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership**
ACTS
16001 Ventura Boulevard, Suite 200
Encino, CA 91436

**Compass**
42 S Pasadena Ave
Pasadena, CA 91105

**Daimler Trust**
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113

**Levene Neale Bender Yoo & Brill LLP**
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067

**William Savino**
1900 Main Pl Tower
Buffalo, NY 14202

**Eric Bryan Seuthe**
Law Offices of Eric Bryan Seuthe & Assoc
10990 Wilshire Blvd Ste 1420.
Los Angeles, CA 90024

**Neil Steiner**
Steiner & Libo
11845 W. Olympic Blvd Ste 910W
Los Angeles, CA 90064

**Andrew W Zepeda**
Lurie, Zepeda, Schmalz, Hogan & Martin
1875 Century Park East Ste 2100
Los Angeles, CA 90067