TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>                Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**NOTICE OF FILING OF CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE UNDER FRBP 9019 WITH PARTNERS OF 1126 WILSHIRE PARTNERSHIP**<br><br>Date: [No Hearing Required]<br>Time:<br>Place: Courtroom 1668<br>       Roybal Federal Building<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

**TO ALL INTERESTED PARTIES:**

      **PLEASE TAKE NOTICE** that Jason M. Rund, the Chapter 7 Trustee (the "Trustee") for the estate of Thomas Vincent Girardi ("Debtor"), has filed a motion (the "Motion") with this Court for an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9013-1(o), approving the Agreement by and among himself and the partners of 1126 Wilshire Partnership (the "Partners") concerning the office building located at 1126 Wilshire Boulevard, Los Angeles, California.

1

The Agreement provides, in pertinent part, as follows:

1.  The Debtor's interest in the Partnership will be assigned to Robert Finnerty (one of the Partners) in exchange for a $100,000.00 payment; and

2.  The "Complaint for Accounting, Dissolution of Partnership, Breach of Fiduciary Duty, Conversion, Fraud, to Quiet Title and Injunctive Relief" filed against the Debtor, 1126 Wilshire Partnership and other defendants, pending in the Superior Court of the State of California, County of Los Angeles at Case No. 20STCV47657 (the "State Court Action"), will be dismissed as to the Debtor.

The Motion is made pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure on the grounds that the Trustee, in the exercise of his business judgment, has determined that the Agreement is in the best interests of the estate. The Agreement allows the Trustee to receive $100,000.00 from what appears to be an overencumbered real property, settle the State Court Action and avoid costly litigation. Accordingly, the Trustee submits that the compromise is fair and reasonable and should, therefore, be approved by the Court.

This Notice is qualified in its entirety by reference to the Motion and the attachments to the Motion, which are on file with the Clerk of the Bankruptcy Court. Creditors and parties-in-interest who desire further information are encouraged to review the Motion in its entirety.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(o)(1) requires that any request and request for hearing must be filed with the Court and served on the movant and the Office of the United States Trustee within 14 days after the date of service of the notice, plus 3 additional days if the notice was served by mail, or pursuant to F.R.Civ.P. Rule 5(b)(2)(D) or (F).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-(1)(h), failure to file and serve a timely response may be deemed consent to the granting of this Motion.

DATED: October 29, 2021          LEVENE, NEALE, BENDER, YOO & GOLUBCHIK

By: /s/ Timothy J. Yoo
TIMOTHY J. YOO
Attorneys for Jason M. Rund
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF FILING OF CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE UNDER FRBP 9019 WITH PARTNERS OF 1126 WILSHIRE PARTNERSHIP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 29, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Rafey Balabanian**    rbalabanian@edelson.com, docket@edelson.com
- **Shraddha Bharatia**    notices@becket-lee.com
- **Ori S Blumenfeld**    ori@marguliesfaithlaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **Evan C Borges**    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Richard D Buckley**    richard.buckley@arentfox.com
- **Marie E Christiansen**    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Ashleigh A Danker**    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- **Clifford S Davidson**    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- **Joseph C Delmotte**    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- **Lei Lei Wang Ekvall - DECEASED -**    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Timothy W Evanston**    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**    , jimfinsten@hotmail.com
- **James J Finsten**    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Andrew Goodman**    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Marshall J Hogan**    mhogan@swlaw.com, knestuk@swlaw.com
- **Bradford G Hughes**    bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Lewis R Landau**    Lew@Landaunet.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                **F 9013-3.1.PROOF.SERVICE**

- **Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com**
- **Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com**
- **Edith R. Matthai    ematthai@romalaw.com, lrobie@romalaw.com**
- **Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com**
- **Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com**
- **Scott Olson    scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com**
- **Carmela Pagay    ctp@lnbyg.com**
- **Carmela Pagay    ctp@lnbyb.com**
- **Ambrish B Patel    apatelEl@americaninfosource.com**
- **Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com**
- **Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com**
- **Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com**
- **Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com**
- **Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com**
- **Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com**
- **William F Savino    wsavino@woodsoviatt.com, lherald@woodsoviatt.com**
- **Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov**
- **Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com**
- **Richard P Steelman    rps@lnbyg.com, john@lnbyb.com**
- **Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com**
- **Boris Treyzon    bt@treyzon.com, sgonzales@actslaw.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**
- **Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com**
- **Timothy J Yoo    tjy@lnbyb.com**

**2. SERVED BY UNITED STATES MAIL**: On **October 29, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Thomas Vincent Girardi
Belmont Village Senior Living
455 East Angeleno Avenue
Burbank, California 91501

Thomas Vincent Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

☒ *Service information continued on attached page*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 29, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 29, 2021 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          F 9013-3.1.PROOF.SERVICE

```
Label Matrix for local noticing          ABIR COHEN TREYZON SALO, LLP, a California       Ally Bank Lease Trust - Assignor to Vehicle
0973-2                                    ACTS                                             4515 N Santa Fe Ave. Dept. APS
Case 2:20-bk-21020-BR                     16001 Ventura Boulevard, Suite 200               Oklahoma City, OK 73118-7901
Central District of California            Encino, CA 91436-4482
Los Angeles
Fri Oct 29 16:00:07 PDT 2021

Compass                                   Daimler Trust                                    Frantz Law Group, APLC
42 S Pasadena Ave                         c/o BK Servicing, LLC                            2029 Century Park East
Pasadena, CA 91105-1943                   PO Box 131265                                    #400
                                          Roseville, MN 55113-0011                         Los Angeles, CA 90067-2905


                                          U.S. Legal Support, Inc.                        Wells Fargo Vendor Financial Services, Inc.
                                          c/o Portillo Ronk Legal Team                    c/o Hemar, Rousso & Heald, LLP
                                          5716 Corsa Avenue                               15910 Ventura Blvd., 12th Floor
                                          Suite 207                                       Encino, CA 91436-2802
                                          Westlake Village, CA 91362-4059


                                          AT&T                                            AT&T Wireless
                                          P.O. Box 5025                                   c/o Credence
                                          Carol Stream, IL 60197-5025                     4222 Trinity Mills, Ste 260
                                                                                          Dallas, TX 75287-7666


Ally Financial                            Alta San Rafael Association                     American Express
200 Renaissance Ctr #80                   c/o Beven & Brock                                P.O. Box 0001
Detroit, MI 48243-1300                    99 S Lake Ave, Ste 100                           Los Angeles, CA 90096-8000
                                          Pasadena, CA 91101-4739


American Express                          American Express National Bank                  Anice Kasim
P.O. Box 981531                           c/o Becket and Lee LLP                           110 Nathaniel Ct
El Paso, TX 79998-1531                    PO Box 3001                                      Mooresville, NC 28117-6712
                                          Malvern  PA 19355-0701


Baker, Keener, Nahra LLP                  (p)BANK OF AMERICA                              Bel-Air Country Club
633 W. 5gh Street Ste 5500                PO BOX 982238                                    10768 Bellagio Road
Los Angeles, CA 90071                     EL PASO TX 79998-2238                            Los Angeles CA 90077-3799


Bias Ramadhan A.S.                        California Department of Health Care Service    California Dept. of Tax and Fee Administrati
110 Nathaniel Ct                          Michael Byerts                                   Collections Support Bureau, MIC:55
Mooresville,, NC 28117-6712               300 S. Spring Street, Suite 1702                 PO Box 942879
                                          Los Angeles CA 90013-1256                        Sacramento, CA  94279-0055


Christina Fulton                          City National Bank                              City of Pasadena
Fredman Lieberman Pearl LLP               P.O. Box 60938                                   P.O. Box 7120
1875 Century Park East, Suite 2230        Los Angeles, CA 90060-0938                       Pasadena, CA 91109-7220
Los Angeles, CA 90067-2522


Coachella Valley Water District           Cooley Attorneys at Law                         Dani Daniaty
P.O. Box 5000                             101 California, 5th Flr                          110 Nathaniel Ct
Coachella, CA 92236-5000                  San Francisco, CA 94111-5800                     Mooresville, NC 28117-6712
```

```
David R. Lira                          (c) DEPARTMENT OF HEALTH CARE SERVICES    Dian Daniyanti
10100 Santa Monica Boulevard           OFFICE OF LEGAL SERVICES MS 0010           110 Nathaniel Ct
12th Floor                             ATTN STEVEN A OLDHAM STAFF ATTORNEY        Mooresville, NC 28117-6712
Los Angeles, CA  90067                 PO BOX 997413
Los Angeles, CA 90067-4003             SACRAMENTO CA 95899-7413


Direct TV                              Edelson PC                                 Employment Development Department
P.O. Box 105261                        c/o Jay Edelson                            Bankruptcy Group MIC 92E, PO BOX 826880
Atlanta, GA 30348-5261                 350 N La Salle, 14th Flr                   Sacramento, CA 95814
                                       Chicago, IL 60654-5136


Engstrom, Lipscomb & Lack              Engstrom, Lipscomb & Lack                  Eric Bryan Seuthe
10100 Santa Monica Blvd 12th Fl        10100 Santa Monica Blvd, 12th Flr          10990 Wilshire Blvd.
Los Angeles, CA 90067-4113             Los Angeles, CA 90067-4113                 Suite 1420
                                                                                  Los Angeles, CA 90024-3931


Eric Goldberg                          Erika Girardi                              Erika Saldana
DLA Piper LLP (US)                     c/o Peter J. Mastan, Dinsmore & Sho        1757 Riverside Drive
2000 Avenue of the Stars, #400         550 S Hope Street, Ste 1765                Glendale, CA 91201-2856
Los Angeles, CA 90067-4735             Los Angeles, CA 90071-2669


FRANCHISE TAX BOARD                    Franchise Tax Board                        GSI Group Inc.
BANKRUPTCY SECTION MS A340             P.O. Box 942867                            C/o Michael Vincent Severo
PO BOX 2952                            Sacramento, CA 94267-0011                  301 N Lake Ave Ste 202
SACRAMENTO CA 95812-2952                                                          Pasadena, CA 91101-5127


Girardi & Kesse                        HP Inc.                                    Haig Kelegian
c/o Elissa Miller, trustee             HP Inc. (c/o Ramona S. Neal)               26 Sunset Cove
333 S Hope St Ste 3500                 11311 Chinden Blvd.                        Newport Beach, CA 92657-1901
Los Angeles, CA 90071-3044             Boise, ID 83714-1021


Hideway                                Hochman Salkin Toscher Perez, P.C.         Holstein, Taylor and Unitt
80-440 Hideway Club Ct                 9150 Wilshire Blvd Se 300                  6185 Magnolia Avenue, PMB 40
La Quinta, CA 92253-7867               Beverly Hills, CA 90212-3430               Riverside, CA 92506-2524


Imperial Irrigation District           Imperial Irrigation District               In Bloom Orchids
333 E Barioni Blvd                     P.O. Box 937                               1187 Coast Village Rd #1-269
Imperial, CA 92251-1773                Imperial CA 92251-0937                     Santa Barbara, CA 93108-2737


Internal Revenue Service               JPMCB Auto                                 (p)JPMORGAN CHASE BANK  N A
P.O. BOX 7346                          P.O. Box 901003                            BANKRUPTCY MAIL INTAKE TEAM
Philadelphia, PA 19101-7346            Fort Worth, TX 76101-2003                  700 KANSAS LANE FLOOR 01
                                                                                  MONROE LA 71203-4774


Jaime Ruigomez                         Jazmin Gomez                               Jill O'Callahan
c/o Margulies Faith LLP                7210 NW 179th Street Apt 202               1437 Club View Drive
16030 Ventura Blvd, Suite 470          Hialeah, FL 33015-5439                     Los Angeles, CA 90024-5305
Encino, CA 91436-4493
```

| | | |
|---|---|---|
| Joe Ortiz<br>P.O. Box 625<br>La Quinta, CA 92247-0625 | John Abassian<br>6403 Van Nuys Blvd<br>Van Nuys, CA 91401-1437 | Joseph Ruigomez<br>c/o Margulies Faith, LLP<br>16030 Ventura Blvd. Suite 470<br>Encino, CA 91436-4493 |
| Judy Selberg<br>c/o Eric Bryan Seuthe & Associates<br>10990 Wilshire Blvd Ste 1420<br>Los Angeles, CA 90024-3931 | KABC-AM<br>8965 Lindblade Street<br>Culver City, CA 90232-2438 | KCC Class Actions Services LLC<br>c/o Michael Joseph Quinn<br>1925 Century Park E Ste 1900<br>Los Angeles, CA 90067-2754 |
| KELCO LLC aka KELCO PROPERTIES LLC & HAIG KE<br>26 Sunset Cove<br>Newport Coast, CA 92657-1901 | KELCO, LLC aka KELCO PROPERTIES, LLC<br>Walter J. Lack<br>10100 Santa Monica Blvd., #1200<br>Los Angeles, CA 90067<br>Los Angeles, CA 90067-4113 | Karen Girardi<br>c/o Gary A Starre<br>15760 Ventura Blvd Ste 801<br>Encino CA 91436-3018 |
| Kathleen Bajgrowicz<br>c/o M Manuel H. Miller<br>20750 Ventura Blvd Ste 440<br>Woodland Hills, CA 91364-6643 | Kathleen L. Bajgrowicz<br>Manuel H. Miller, Esq.<br>Law Offices of Manuel H. Miller<br>20750 Ventura Boulevard, Suite 440<br>Woodland Hills, CA 91364-6643 | Kathleen Ruigomez<br>c/o Margulies Faith, LLP<br>16030 Ventura Blvd, Suite 470<br>Encino, CA 91436-4493 |
| Keith D. Griffin<br>Ryan D. Saba, Rosen Saba, LLP<br>9350 Wilshire Blvd, Suite 250<br>Beverly Hills CA 90212-3219 | Kimberly Archi<br>15210 Ventura Blvd #307<br>Sherman Oaks, CA 91403-3841 | Kimberly Archie<br>15210 Ventura Boulevard<br>Suite 307<br>Sherman Oaks, CA 91403-3841 |
| Ktgy Architectural Planning<br>17911 Von Karman Ste 200<br>Irvine, CA 92614-6240 | L.A. Arena Company LLC<br>1111 S Figueroa Ste 3100<br>Los Angeles, CA 90015-1333 | L.A. Arena Funding, LLC<br>c/o Richard D. Buckley, Jr.<br>Arent Fox LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065 |
| LADWP<br>P.O. Box 5111<br>Los Angeles, CA 90055-0111 | Lakeside Golf Club<br>P.O. Box 2386<br>Carol stream, IL 60132-2386 | Law Offices of Philip R. Sheldon<br>c/o Ronald Richards<br>P.O. Box 11480<br>Beverly Hills, CA 90213-4480 |
| Law Offices of Robert P. Finn<br>c/o James Spertus; Spertus, Landes<br>1990 S Bundy Drive Ste 705<br>Los Angeles, CA 90025-5256 | Manuel Miller<br>20750 Ventura Boulevard<br>Suite 440<br>Woodland Hills, CA 91364-6643 | (p)MERCEDES BENZ FINANCIAL SERVICES<br>13650 HERITAGE PARKWAY<br>FORT WORTH TX 76177-5323 |
| Metro Express Lanes<br>20101 Hamilton Ave Ste 100A<br>Torrance, CA 90502-1351 | Motion Picture Industry Health Plan<br>c/o Kathryn J. Halford<br>16501 Ventura Blvd., #304<br>Encino, Ca 91436-2067 | Multi Rizki<br>110 Nathaniel Ct<br>MOORESVILLE, NC 28117-6712 |
| National Construction Rentals<br>P.O. Box 841461<br>Los Angeles, CA 90084-1461 | National Construction Rentals<br>c/o Jonathan Neil & Associates, Inc.<br>71 W Main Street Ste 304<br>Freehold, NJ 07728-2139 | New York State Dept of Taxation &<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 |

| | | |
|---|---|---|
| New York States Dept of Taxation<br>and Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | (c) OCALA EQUINE HOSPITAL  P A<br>ATTN ATTN REBEKAH CLIFTON<br>10855 N US HIGHWAY 27<br>OCALA FL 34482-1842 | Orange Coast Magazine<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 |
| PACTEN PARTNERS LLC<br>17630 Plaza Arica<br>San Diego, CA 92128-1710 | PARVIN OSALU-BAKHTIAR<br>c/o Ebby S. Bakhtiar, Esq.<br>3435 Wilshire Blvd., STe. 1669<br>Los Angeles, CA 90010-2287 | Pacific Mercantile Bank<br>1800 Ave of the Stars, Ste 675<br>Los Angeles, CA 90067-4221 |
| Pasadena Water and Power<br>150 S Los Robles Ave #300<br>Pasadena, CA 91101-4612 | Pauline White<br>Law Office of Pauline White<br>150 N. Santa Anita Avenue<br>Suite 300<br>Arcadia, CA 91006-3116 | Pebble Beach Resorts<br>P.O. Box 1522<br>Pebble Beach, CA 93953-1522 |
| Polito Eppich Associates<br>100 E San Marcos Blvd<br>San Marcos, CA 92069-2986 | Psomas<br>555 South Flower Street<br>Suite 4300<br>Los Angeles, CA 90071-2405 | RPC Tax Property Tax Advisors<br>LLC<br>P.O. Box 7289<br>San Diego, CA 92167-0289 |
| Rest Your Case Evidence Storage LLC<br>Pauline White<br>150 N. Santa Anita Avenue<br>Suite 300<br>Arcadia, CA 91006-3116 | Richard Fair<br>c/o Peter Roald Kindem<br>2945 Townsgate Rd Ste 200<br>Westlake Village, CA 91361-5866 | Robert Keese<br>22982 Rosemont Court<br>Murrieta, CA 92562-3075 |
| Robert M. Keese<br>22982 Rosemont Court<br>Murrieta, CA 92562-3075 | Salem Media Group Inc.<br>P.O. Box 845581<br>Los Angeles, CA 90084-5581 | Septiana Damayanti<br>110 Nathaniel Ct<br>Mooresville, NC 28117-6712 |
| Shawn Azizzadeh<br>c/o Michelle Balady Bedford Law Group<br>1875 Century Park E Ste 1790<br>Los Angeles, CA 90067-2537 | SoCal Gas<br>P.O. Box 1626<br>Monterey Park CA 91754-8626 | SoCalGas<br>P. O. Box 30337<br>Los Angeles CA 90030-0337 |
| Steiner & Libo, PC<br>11845 W Olympic Blvd<br>Suite 910W<br>Los Angeles, CA 90064-5837 | Stillwell Madison LLC<br>c/o Andrew Conlan Whitman<br>865 S Figueroa St TCW Tower<br>Los Angeles, CA 90017-2543 | Stillwell Madison LLC<br>c/o Marshall J Hogan; Snell & Wilme<br>600 Anton Blvd Se 1400<br>Costa Mesa, cA 92626-7689 |
| Stillwell Madison, LLC<br>c/o DLA Piper LLP (US)<br>2000 Avenue of the Stars, #400<br>Los Angeles, CA 90067-4700 | The French Hand Laundry<br>606 S Lake Ave<br>North Hollywood, CA 91606 | The Plantation Golf Club<br>50994 Monroe St<br>Indio, CA 92201-9709 |
| The Severo Law Firm<br>155 N Lake Avenue<br>Pasadena, CA 91101-1857 | The Village Gardener<br>P.O. Box 40128<br>Santa Barbara, CA 93140-0128 | US Legal Support<br>16825 Northchase DrSuite 900<br>16825 Northchase DrSuite 900<br>Houston, TX 77060-6004 |

| | | |
|---|---|---|
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Veritext LLC<br>c/o Philip Landsman<br>5776 Lindero Canyon Rd Ste D-666<br>Thousand Oaks, CA 91362-6428 | Virage Capital Management LP<br>1700 Post Oak Blvd Ste 300<br>Houston, TX 77056-3973 |
| Virginia Antonio<br>20413 Via Navarra<br>Yorba Linda, CA 92886-3065 | Webster Training Center<br>P.O. Box 144<br>Lowell, FL 32663-0144 | Wells Fargo Vendor Financial Services<br>800 Walnut Street<br>Des Moines, IA 50309-3891 |
| Western Exterminator Company<br>P.O. Box 16350<br>Reading, PA 19612-6350 | Wilshire Country Club<br>301 N Rossmore Ave<br>Los Angeles, CA 90004-2499 | Elissa D. Miller<br>Smiley Wang-Ekvall, LLP<br>3200 Park Center Drive<br>Suite 250<br>Costa Mesa, CA 92626-7234 |
| Erika Girardi<br>c/o Dinsmore & Shohl LLP<br>550 South Hope St., Ste 1765<br>Los Angeles, CA 90071-2669 | Gary A Starre<br>Starre & Cohn, APC<br>15760 Ventura Blvd., Ste. 801<br>Encino, CA 91436-3018 | Jason M Rund (TR)<br>Sheridan & Rund<br>840 Apollo Street, Suite 351<br>El Segundo, CA 90245-4762 |
| Karen Girardi<br>c/o Starre & Cohn<br>15760 Ventura Blvd., Ste. 801<br>Encino, CA 91436-3018 | Robert Girardi<br>402 South Marengo Ave.<br>Suite B<br>Pasadena, CA 91101-3113 | Thomas Vincent Girardi<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017-1904 |