1  Rafey S. Balabanian (SBN 315962)
   rbalabanian@edelson.com
2  EDELSON PC
   150 California Street, 18th Floor
3  San Francisco, California 94111
   Tel: 415.212.9300/Fax: 415.373.9435
4

5  *Counsel for Interested Party Edelson PC*

6

7              **UNITED STATES BANKRUPCY COURT**

8    **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

9

10

11   In re:                              Case No. 2:20-bk-21020-BR

12   THOMAS VINCENT GIRARDI,             [Chapter 7]

13              *Debtor*.

14                                        **EVIDENTIARY OBJECTIONS TO
                                          SUPPLEMENTAL RESPONSE OF
                                          ERIKA GIRARDI, DECLARATION
15                                        OF EVAN BORGES**

16                                        Hon. Barry Russell

17                                        Date: November 16, 2021
                                          Time: 10:00 AM
18                                        Courtroom: 1668

19

20

21

22

23

24

25

26

27   EVIDENTIARY OBJECTIONS TO SUPPLEMENTARY                CASE NO. 2:20-BK-21020-BR
     RESPONSE BY ERIKA GIRARDI                  1

1    Pursuant to Local Rule 9013-1(i), Edelson PC submits the below evidentiary

2  objections to the Declaration of Evan Borges submitted in support of Erika Girardi's

3  ("Erika") supplemental response to Edelson PC's Motion to Clarify Stay. (*See* dkt.

4  280.) In support thereof, Edelson states:

5    1.    In support of Erika's supplemental response, her counsel, Evan Borges,

6  submitted a declaration completely lacking in evidentiary basis.

7    2.    In that declaration, Mr. Borges states that:

8
9    In the course of my investigation of the claims made by Edelson, I was
   able to review, but not obtain or retain copies of, underlying fee
10   agreements between GK and its clients in the Lion Air litigation. All
   of the fee agreements that I saw were solely between GK and its clients
11   in the Lion Air matter. None of the fee agreements referred to Edelson
   in any way. None of the fee agreements referred to any fee-splitting
12   agreement between GK and Edelson, or the terms of any such fee
   splitting agreement. For the avoidance of doubt, my client Ms. Girardi
13   never had and does not have any of the fee agreements between GK
   and the Lion Air clients.
14
15
16  (Declaration of Evan Borges, dkt. 280, ¶ 3.)

17    3.    This statement is a textbook violation of the best evidence rule. Fed. R.

18  Evid. 1002. ("An original writing, recording, or photograph is required in order to

19  prove its content unless these rules or a federal statute provides otherwise."). Mr.

20  Borges seeks to testify to the contents of an unknown set of documents—this is an

21  additional issue, addressed below—without producing those documents. No

22  exceptions to this rule apply. *See* Fed. R. Evid. 1004.

23    4.    The statement is also entirely lacking foundation. Fed. R. Evid. 602 ("A

24  witness may testify to a matter only if evidence is introduced sufficient to support a

25  finding that the witness has personal knowledge of the matter."). Mr. Borges says that

26  he has reviewed "underlying fee agreements between GK and its clients…." (Dkt.

27

1    280, ¶ 3.) There is no explanation for what this is: retainer agreements, separate fee

2    agreements, or even e-mails. Mr. Borges seeks to testify to the *absence* of such

3    documents without explaining in any way what he saw, how he searched for them (or

4    what he was provided with), or what the documents consisted of.

5         5.    Further undermining the admissibility of this statement is the perplexing

6    explanation that Mr. Borges had—but never "obtained"—the documents, and that his

7    client has never had them. Even if the Court wanted to undertake any determination

8    based on this evidence (an improper request from Erika), the declaration is facially

9    evasive and frankly, bizarre. It should be excluded as more prejudicial than probative,

10    in addition to the other objections raised above. *See* Fed. R. Evid. 403 ("The court

11    may exclude relevant evidence if its probative value is substantially outweighed by a

12    danger of one or more of the following: unfair prejudice, confusing the issues,

13    misleading the jury, undue delay, wasting time, or needlessly presenting cumulative

14    evidence.").

15    **CONCLUSION**

16        Paragraph 3 of Mr. Borges declaration, dkt. 280, should be excluded from

17    consideration.

18                  Respectfully submitted,

19                  EDELSON PC,

20    Dated: November 9, 2021        By: /s/Rafey S. Balabanian

21

22                  Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com

23                  EDELSON PC
150 California Street, 18th Floor

24                  San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

25

26

27

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
150 California Street, 18th Floor, San Francisco, California 94111


A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (ACTION IN NONBANKRUPTCY FORUM)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __11/09/2021__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __11/09/2021__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


| __11/09/2021__ | Rafey Balabanian | /s/ Rafey Balabanian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

Rafey Balabanian,
rbalabanian@edelson.com, docket@edelson.com
Shraddha Bharatia,
notices@becket-lee.com
Ori S Blumenfeld,
Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com,
Angela@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com
Richard D Buckley
richard.buckley@arentfox.com
Marie E Christiansen
mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-
4166@ecf.pacerpro.com
Jennifer Witherell
Crastzjcrastz@hrhlaw.com
Ashleigh A. Danker
Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;
Katrice.ortiz@dinsmore.com
Clifford S Davidson
csdavidson@swlaw.com, jlanglois@swlaw.com; cliff-davidson-7586@ecf.pacerpro.com
Lei Lei Wang
Ekvalllekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com;
jchujc@swelawfirm.com
Richard W Esterkin
richard.esterkin@morganlewis.com
Timothy W Evanston
tevanston@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com;
jchung@swelawfirm.com
Jeremy Faith
Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;
Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
James J Finsten ,
jimfinsten@hotmail.com
James J Finsten
jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
Alan W Forsley
alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net,
addy.flores@flpllp.com, laura.rucker@flpllp.com
Eric D Goldberg
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Andrew Goodman
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.comM.
Jonathan Hayes
jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;
janita@rhmfirm.com;susie@rhmfirm.com; priscilla@rhmfirm.com;pardis@rhmfi

rm.com; russ@rhmfirm.com;rebeca@rhmfirm.com;
david@rhmfirm.com;sloan@rhmfirm.com
Marshall J Hogan
mhogan@swlaw.com, knestuk@swlaw.com
Razmig Izakelian
razmigizakelian@quinnemanuel.com
Lewis R Landau
Lew@Landaunet.com
Craig G Margulies
Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;
Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
Peter J Mastan
peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;
Katrice.ortiz@dinsmore.com
Edith R Matthai
ematthai@romalaw.com
Elissa Miller
emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com
Eric A Mitnick
MitnickLaw@aol.com, mitnicklaw@gmail.com
Scott H Olson
solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,
ecfsfdocket@vedderprice.com, nortega@vedderprice.com Carmela Pagay
ctp@lnbyb.com
Ambrish B Patel
apatelEI@americaninfosource.com
Michael J Quinn
mquinn@vedderprice.com, ecfladocket@vedderprice.com, michael-quinn-
2870@ecf.pacerpro.com
Matthew D. Resnik
matt@rhmfirm.com, roksana@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com;
max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfi
rm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.
com
Ronald N Richards
ron@ronaldrichards.com, morani@ronaldrichards.com, justin@ronaldrichards.com
Kevin C Ronk
Kevin@portilloronk.com, Attorneys@portilloronk.com
Jason M Rund
(TR)trustee@srlawyers.com, jrund@ecf.axosfs.com
Gary A Starregastarre@gmail.com, mmoonniiee@gmail.com
Richard P Steelman
rps@lnbyb.com, john@lnbyb.com
Philip E Strok
pstrok@swelawfirm.com, gcruz@swelawfirm.com; 1garrett@swelawfirm.com;
jchung@swelawfirm.com

Christopher K.S. Wong
christopher.wong@arentfox.com, yvonne.li@arentfox.com
Evan C. Borges, Esq.
EBorges@GGTrialLaw.com

2.  TO BE SERVED VIA U.S. MAIL:

Debtor: Thomas Vincent Girardi
1126 Wilshire Boulevard Los Angeles, CA 90017

Broker: William Friedman
1608 Montana Avenue Santa Monica, CA 90403

Broker: Steve Enslow
78000 Fred Waring Drive Suite 202 Palm Desert, CA 92211

Courtesy Copy: Honorable Barry Russell United States Bankruptcy Court 255 E. Temple
St., Suite 1660 Los Angeles, CA 90012