1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

*Counsel for Interested Party Edelson PC*

## UNITED STATES BANKRUPCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

THOMAS VINCENT GIRARDI,

*Debtor*.

Case No. 2:20-bk-21020-BR

[Chapter 7]

**MOTION TO FILE UNREDACTED REPLY IN SUPPORT OF MOTION TO CLARIFY STAY *IN CAMERA***

Hon. Barry Russell

Date: TBD

1         Pursuant to Local Rule 5003(2)(c) and Court Manual 2.8(b), Edelson PC

2    requests that the Court permit it to file *in camera* an unredacted copy of its reply brief

3    that discusses detailed, transaction-level data from Girardi Keese's operating account

4    and client trust accounts. In support thereof, Edelson PC states:

5         1.    Contemporaneously with this motion, Edelson PC has filed a reply to its

6    motion to clarify the scope of the automatic stay as to Erika Girardi that contains

7    limited, redacted material: transaction-level data from Girardi Keese's operating

8    account held at Nano Banc and Girardi Keese's client trust account.

9         2.    Counsel for the Girard Keese Trustee agreed to provide the records of

10   transactions from the Nano Banc account to Edelson PC provided that Edelson

11   endeavored to keep that information confidential.

12        3.    Edelson has needed to include certain transaction-level data in its reply

13   brief. In this non-dispositive motion, there is good cause to seal that information as

14   revealing particular transactions in which the Girardi Keese Trustee has asserted a

15   confidentiality interest. *Morawski v. Lightstorm Ent., Inc.*, No.

16   CV1110294MMMJCGX, 2012 WL 12883814, at *2 (C.D. Cal. Dec. 10, 2012)

17   (noting "good cause" standard for sealing in non-dispositive motions).

18        4.    Accordingly, Edelson requests that the Court permit it to file an

19   unredacted copy of the brief *in camera* with copies to the Thomas Girardi Trustee

20   (and counsel) and the Girardi Keese Trustee (and counsel).

21                          **CONCLUSION**

22        Edelson PC requests that the Court permit it to file an unredacted copy of its

23   reply brief in support of its Motion to Clarify Scope of Automatic Stay *in camera*,

24   and that the Court grant any alternative relief as may be appropriate and just.

25

26

27

Respectfully submitted,

EDELSON PC,

Dated: November 9, 2021        By: /s/Rafey Balabanian

Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

150 California Street, 18th Floor, San Francisco, California 94111

A true and correct copy of the foregoing document entitled (*specify*): MOTION TO FILE UNREDACTED REPLY IN
SUPPORT OF MOTION TO STAY IN CAMERA
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
11/09/2021_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) ___11/09/2021_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/09/2021 | Rafey Balabanian | /s/ Rafey Balabanian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

1.    <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):</u>

Rafey Balabanian,
rbalabanian@edelson.com, docket@edelson.com
Shraddha Bharatia,
notices@becket-lee.com
Ori S Blumenfeld,
Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com,
Angela@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com
Richard D Buckley
richard.buckley@arentfox.com
Marie E Christiansen
mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-
4166@ecf.pacerpro.com
Jennifer Witherell
Crastzjcrastz@hrhlaw.com
Ashleigh A. Danker
Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;
Katrice.ortiz@dinsmore.com
Clifford S Davidson
csdavidson@swlaw.com, jlanglois@swlaw.com; cliff-davidson-7586@ecf.pacerpro.com
Lei Lei Wang
Ekvalllekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com;
jchujc@swelawfirm.com
Richard W Esterkin
richard.esterkin@morganlewis.com
Timothy W Evanston
tevanston@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com;
jchung@swelawfirm.com
Jeremy Faith
Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;
Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
James J Finsten ,
jimfinsten@hotmail.com
James J Finsten
jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
Alan W Forsley
alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net,
addy.flores@flpllp.com, laura.rucker@flpllp.com
Eric D Goldberg
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Andrew Goodman
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.comM.
Jonathan Hayes
jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;
janita@rhmfirm.com;susie@rhmfirm.com; priscilla@rhmfirm.com;pardis@rhmfi

rm.com; russ@rhmfirm.com;rebeca@rhmfirm.com;
david@rhmfirm.com;sloan@rhmfirm.com
Marshall J Hogan
mhogan@swlaw.com, knestuk@swlaw.com
Razmig Izakelian
razmigizakelian@quinnemanuel.com
Lewis R Landau
Lew@Landaunet.com
Craig G Margulies
Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;
Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
Peter J Mastan
peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;
Katrice.ortiz@dinsmore.com
Edith R Matthai
ematthai@romalaw.com
Elissa Miller
emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com
Eric A Mitnick
MitnickLaw@aol.com, mitnicklaw@gmail.com
Scott H Olson
solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,
ecfsfdocket@vedderprice.com, nortega@vedderprice.com Carmela Pagay
ctp@lnbyb.com
Ambrish B Patel
apatelEI@americaninfosource.com
Michael J Quinn
mquinn@vedderprice.com, ecfladocket@vedderprice.com, michael-quinn-
2870@ecf.pacerpro.com
Matthew D. Resnik
matt@rhmfirm.com, roksana@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com;
max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfi
rm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.
com
Ronald N Richards
ron@ronaldrichards.com, morani@ronaldrichards.com, justin@ronaldrichards.com
Kevin C Ronk
Kevin@portilloronk.com, Attorneys@portilloronk.com
Jason M Rund
(TR)trustee@srlawyers.com, jrund@ecf.axosfs.com
Gary A Starregastarre@gmail.com, mmoonniiee@gmail.com
Richard P Steelman
rps@lnbyb.com, john@lnbyb.com
Philip E Strok
pstrok@swelawfirm.com, gcruz@swelawfirm.com; 1garrett@swelawfirm.com;
jchung@swelawfirm.com

Christopher K.S. Wong
christopher.wong@arentfox.com, yvonne.li@arentfox.com
Evan C. Borges, Esq.
EBorges@GGTrialLaw.com

2.   TO BE SERVED VIA U.S. MAIL:

Debtor: Thomas Vincent Girardi
1126 Wilshire Boulevard Los Angeles, CA 90017

Broker: William Friedman
1608 Montana Avenue Santa Monica, CA 90403

Broker: Steve Enslow
78000 Fred Waring Drive Suite 202 Palm Desert, CA 92211

Courtesy Copy: Honorable Barry Russell United States Bankruptcy Court 255 E. Temple
St., Suite 1660 Los Angeles, CA 90012