| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Rafey S. Balabanian (SBN 315962)<br>rbalabanian@edelson.com<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Tel: 415.212.9300/Fax: 415.373.94<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Interested Party Edelson PC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>THOMAS V. GIRARDI, Debtor.<br><br><br><br>Debtor(s). | CASE NO.: 2:20-bk-21020-BR<br>CHAPTER: 7<br><br>**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) Edelson PC                                                                                                    ,
   filed a motion or application (Motion) entitled MOTION TO FILE UNREDACTED REPLY IN SUPPORT OF MOTION TO CLARIFY STAY IN CAMERA                                                                                                                .

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. (*Check appropriate box below*):

   ☐ The full Motion is attached to this notice; or

   ☒ The full Motion was filed with the court as docket entry # 286   , and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                           Page 1                    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b. If you fail to comply with this deadline:

(1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2) Movant will lodge an order that the court may use to grant the Motion; and

(3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 11/09/2021

/s/Rafey S. Balabanian
Signature of Movant or attorney for Movant

Rafey S. Balabanian
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

1  Rafey S. Balabanian (SBN 315962)
   rbalabanian@edelson.com
2  EDELSON PC
   150 California Street, 18th Floor
3  San Francisco, California 94111
   Tel: 415.212.9300/Fax: 415.373.9435
4
5  *Counsel for Interested Party Edelson PC*

6

7  **UNITED STATES BANKRUPCY COURT**

8  **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

9

10

11  In re:                             Case No. 2:20-bk-21020-BR

12  THOMAS VINCENT GIRARDI,            [Chapter 7]

13    *Debtor*.

14                                     **MOTION TO FILE UNREDACTED REPLY IN SUPPORT OF MOTION TO CLARIFY STAY *IN CAMERA***
15

16                                     Hon. Barry Russell

17                                     Date: TBD

---

MOTION TO FILE IN CAMERA                 1                CASE NO. 2:20-BK-21020-BR

Pursuant to Local Rule 5003(2)(c) and Court Manual 2.8(b), Edelson PC requests that the Court permit it to file *in camera* an unredacted copy of its reply brief that discusses detailed, transaction-level data from Girardi Keese's operating account and client trust accounts. In support thereof, Edelson PC states:

1. Contemporaneously with this motion, Edelson PC has filed a reply to its motion to clarify the scope of the automatic stay as to Erika Girardi that contains limited, redacted material: transaction-level data from Girardi Keese's operating account held at Nano Banc and Girardi Keese's client trust account.

2. Counsel for the Girard Keese Trustee agreed to provide the records of transactions from the Nano Banc account to Edelson PC provided that Edelson endeavored to keep that information confidential.

3. Edelson has needed to include certain transaction-level data in its reply brief. In this non-dispositive motion, there is good cause to seal that information as revealing particular transactions in which the Girardi Keese Trustee has asserted a confidentiality interest. *Morawski v. Lightstorm Ent., Inc.*, No. CV1110294MMMJCGX, 2012 WL 12883814, at *2 (C.D. Cal. Dec. 10, 2012) (noting "good cause" standard for sealing in non-dispositive motions).

4. Accordingly, Edelson requests that the Court permit it to file an unredacted copy of the brief *in camera* with copies to the Thomas Girardi Trustee (and counsel) and the Girardi Keese Trustee (and counsel).

## CONCLUSION

Edelson PC requests that the Court permit it to file an unredacted copy of its reply brief in support of its Motion to Clarify Scope of Automatic Stay *in camera*, and that the Court grant any alternative relief as may be appropriate and just.

| | | |
|---|---|---|
|1| |Respectfully submitted,|
|2| |EDELSON PC,|
|3|Dated: November 9, 2021|By: /s/Rafey Balabanian|
|4| |Rafey Balabanian (SBN 315962)|
|5| |rbalabanian@edelson.com
EDELSON PC|
|6| |150 California Street, 18th Floor
San Francisco, California 94111|
|7| |Tel: 415.212.9300/Fax: 415.373.9435|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

150 California Street, 18th Floor, San Francisco, California 94111

A true and correct copy of the foregoing document entitled (*specify*): __MOTION TO FILE UNREDACTED REPLY IN__
__SUPPORT OF MOTION TO STAY IN CAMERA__
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __11/09/2021__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __11/09/2021__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/09/2021 | Rafey Balabanian | /s/ Rafey Balabanian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):</u>

Rafey Balabanian,
rbalabanian@edelson.com, docket@edelson.com
Shraddha Bharatia,
notices@becket-lee.com
Ori S Blumenfeld,
Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com,
Angela@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com
Richard D Buckley
richard.buckley@arentfox.com
Marie E Christiansen
mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
Jennifer Witherell Crastz
jcrastz@hrhlaw.com
Ashleigh A. Danker
Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM; Katrice.ortiz@dinsmore.com
Clifford S Davidson
csdavidson@swlaw.com, jlanglois@swlaw.com; cliff-davidson-7586@ecf.pacerpro.com
Lei Lei Wang Ekvall
lekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchuj@swelawfirm.com
Richard W Esterkin
richard.esterkin@morganlewis.com
Timothy W Evanston
tevanston@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
Jeremy Faith
Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
James J Finsten ,
jimfinsten@hotmail.com
James J Finsten
jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
Alan W Forsley
alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy.flores@flpllp.com, laura.rucker@flpllp.com
Eric D Goldberg
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Andrew Goodman
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
M. Jonathan Hayes
jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com; janita@rhmfirm.com;susie@rhmfirm.com; priscilla@rhmfirm.com;pardis@rhmfi

rm.com; russ@rhmfirm.com;rebeca@rhmfirm.com; david@rhmfirm.com;sloan@rhmfirm.com
Marshall J Hogan
mhogan@swlaw.com, knestuk@swlaw.com
Razmig Izakelian
razmigizakelian@quinnemanuel.com
Lewis R Landau
Lew@Landaunet.com
Craig G Margulies
Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
Peter J Mastan
peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com; Katrice.ortiz@dinsmore.com
Edith R Matthai
ematthai@romalaw.com
Elissa Miller
emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com
Eric A Mitnick
MitnickLaw@aol.com, mitnicklaw@gmail.com
Scott H Olson
solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com, ecfsfdocket@vedderprice.com, nortega@vedderprice.com Carmela Pagay
ctp@lnbyb.com
Ambrish B Patel
apatelEI@americaninfosource.com
Michael J Quinn
mquinn@vedderprice.com, ecfladocket@vedderprice.com, michael-quinn-2870@ecf.pacerpro.com
Matthew D. Resnik
matt@rhmfirm.com, roksana@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Ronald N Richards
ron@ronaldrichards.com, morani@ronaldrichards.com, justin@ronaldrichards.com
Kevin C Ronk
Kevin@portilloronk.com, Attorneys@portilloronk.com
Jason M Rund
(TR)trustee@srlawyers.com, jrund@ecf.axosfs.com
Gary A Starre gastarre@gmail.com, mmoonniiee@gmail.com
Richard P Steelman
rps@lnbyb.com, john@lnbyb.com
Philip E Strok
pstrok@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com

Christopher K.S. Wong
christopher.wong@arentfox.com, yvonne.li@arentfox.com
Evan C. Borges, Esq.
EBorges@GGTrialLaw.com

2. <u>TO BE SERVED VIA U.S. MAIL:</u>

Debtor: Thomas Vincent Girardi
1126 Wilshire Boulevard Los Angeles, CA 90017

Broker: William Friedman
1608 Montana Avenue Santa Monica, CA 90403

Broker: Steve Enslow
78000 Fred Waring Drive Suite 202 Palm Desert, CA 92211

Courtesy Copy: Honorable Barry Russell United States Bankruptcy Court 255 E. Temple St., Suite 1660 Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

150 California Street, 18th Floor, San Francisco, California 94111

A true and correct copy of the foregoing document entitled: **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION [LBR 9013-1(o)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/09/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/09/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/09/2021 | Rafey S. Balabanian | /s/Rafey S. Balabanian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*   Page 3   **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):</u>

    Rafey Balabanian,
    rbalabanian@edelson.com, docket@edelson.com
    Shraddha Bharatia,
    notices@becket-lee.com
    Ori S Blumenfeld,
    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com,
    Angela@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com
    Richard D Buckley
    richard.buckley@arentfox.com
    Marie E Christiansen
    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
    Jennifer Witherell
    Crastzjcrastz@hrhlaw.com
    Ashleigh A. Danker
    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;
    Katrice.ortiz@dinsmore.com
    Clifford S Davidson
    csdavidson@swlaw.com, jlanglois@swlaw.com; cliff-davidson-7586@ecf.pacerpro.com
    Lei Lei Wang
    Ekvalllekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchujc@swelawfirm.com
    Richard W Esterkin
    richard.esterkin@morganlewis.com
    Timothy W Evanston
    tevanston@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
    Jeremy Faith
    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
    James J Finsten ,
    jimfinsten@hotmail.com
    James J Finsten
    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
    Alan W Forsley
    alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy.flores@flpllp.com, laura.rucker@flpllp.com
    Eric D Goldberg
    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
    Andrew Goodman
    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.comM.
    Jonathan Hayes
    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com; janita@rhmfirm.com;susie@rhmfirm.com; priscilla@rhmfirm.com;pardis@rhmfi

rm.com; russ@rhmfirm.com;rebeca@rhmfirm.com; david@rhmfirm.com;sloan@rhmfirm.com

Marshall J Hogan
mhogan@swlaw.com, knestuk@swlaw.com

Razmig Izakelian
razmigizakelian@quinnemanuel.com

Lewis R Landau
Lew@Landaunet.com

Craig G Margulies
Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com

Peter J Mastan
peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com; Katrice.ortiz@dinsmore.com

Edith R Matthai
ematthai@romalaw.com

Elissa Miller
emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com

Eric A Mitnick
MitnickLaw@aol.com, mitnicklaw@gmail.com

Scott H Olson
solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com, ecfsfdocket@vedderprice.com, nortega@vedderprice.com Carmela Pagay
ctp@lnbyb.com

Ambrish B Patel
apatelEI@americaninfosource.com

Michael J Quinn
mquinn@vedderprice.com, ecfladocket@vedderprice.com, michael-quinn-2870@ecf.pacerpro.com

Matthew D. Resnik
matt@rhmfirm.com, roksana@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Ronald N Richards
ron@ronaldrichards.com, morani@ronaldrichards.com, justin@ronaldrichards.com

Kevin C Ronk
Kevin@portilloronk.com, Attorneys@portilloronk.com

Jason M Rund
(TR)trustee@srlawyers.com, jrund@ecf.axosfs.com

Gary A Starregastarre@gmail.com, mmoonniiee@gmail.com

Richard P Steelman
rps@lnbyb.com, john@lnbyb.com

Philip E Strok
pstrok@swelawfirm.com, gcruz@swelawfirm.com; 1garrett@swelawfirm.com; jchung@swelawfirm.com

 Christopher K.S. Wong
 christopher.wong@arentfox.com, yvonne.li@arentfox.com
 Evan C. Borges, Esq.
 EBorges@GGTrialLaw.com

2. <u>TO BE SERVED VIA U.S. MAIL:</u>

 Debtor: Thomas Vincent Girardi
 1126 Wilshire Boulevard Los Angeles, CA 90017

 Broker: William Friedman
 1608 Montana Avenue Santa Monica, CA 90403

 Broker: Steve Enslow
 78000 Fred Waring Drive Suite 202 Palm Desert, CA 92211

 Courtesy Copy: Honorable Barry Russell United States Bankruptcy Court 255 E. Temple St., Suite 1660 Los Angeles, CA 90012