| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Chad M. Mandell<br><br>The Law Office of Chad M. Mandell<br>16350 Ventura Blvd. Ste. D, No. 807<br>Encino, CA 91436<br>(310) 595-6368<br>State Bar No. 272775<br>ChadMandell@Mandell-Law.com | **FILED & ENTERED**<br><br>NOV 10 2021<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY fortier    DEPUTY CLERK |
| ☐ *Attorney for*: Designee for J. Eli Wade-Scott | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -Los Angeles DIVISION**

| In re:<br>Thomas Vincent Girardi<br><br>Debtor(s)<br><br>Plaintiff(s)<br>vs.<br><br><br>Defendant(s) | CASE NO.: 2:20-bk-21020-BR<br>CHAPTER: 7<br>ADVERSARY NO.:<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):
   J. Eli Wade-Wade Scott

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016    F 2090-1.2.ORDER.NONRES.ATTY

☒ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: November 10, 2021

*Barry Russell*
Barry Russell
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016* F 2090-1.2.ORDER.NONRES.ATTY