

**FILED & ENTERED**

**NOV 10 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor(s). | Case No.: 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**ORDER DENYING MOTION TO FILE UNREDACTED REPLY IN SUPPORT OF MOTION TO CLARIFY STAY *IN CAMERA*** |

This matter is before the Court on Edelson PC's "Motion To File UnRedacted Reply In Support of Motion To Clarify Stay *In* Camera" ("Motion") filed on November 9, 2021 (Docket No. 286.

After reviewing the Motion, good cause not having been shown, the Motion is **DENIED**.

**IT IS SO ORDERED**.

\### Date: November 10, 2021

_____
Barry Russell
United States Bankruptcy Judge