Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.234.9300/Fax: 415.373.9435

*Counsel for Interested Party Edelson PC*

# UNITED STATES BANKRUPCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>THOMAS VINCENT GIRARDI,<br><br>*Debtor*. | Case No. 2:20-bk-21020-BR<br><br>[Chapter 7]<br><br>**NOTICE OF CORRECTION ON HEARING DATE**<br><br>Hon. Barry Russell<br><br>Date: November 16, 2021<br>Time: 2:00 PM<br>Courtroom: 1668 |

1 The Court set the hearing on Edelson's Motion to Clarify Automatic Stay at 2 PM on November 16, 2021. (Dkt. 275.) Erika Girardi's supplemental response (dkt. 280), and Edelson PC's reply filings (dkts. 283, 284) incorrectly noted the hearing time on the caption. For clarity, the Court has set the hearing on Edelson PC's motion at 2 PM on November 16, 2021.

Respectfully submitted,

EDELSON PC,

Dated: November 10, 2021        By: /s/Rafey Balabanian

Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.234.9300/Fax: 415.373.9435

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

150 California Street, 18th Floor, San Francisco, California 94111

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF CORRECTION ON HEARING DATE
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/10/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 11/10/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/10/2021 | Rafey S. Balabanian | /s/Rafey S. Balabanian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):</u>

Rafey Balabanian,
rbalabanian@edelson.com, docket@edelson.com
Shraddha Bharatia,
notices@becket-lee.com
Ori S Blumenfeld,
Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com,
Angela@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com
Richard D Buckley
richard.buckley@arentfox.com
Marie E Christiansen
mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
Jennifer Witherell
Crastzjcrastz@hrhlaw.com
Ashleigh A. Danker
Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;
Katrice.ortiz@dinsmore.com
Clifford S Davidson
csdavidson@swlaw.com, jlanglois@swlaw.com; cliff-davidson-7586@ecf.pacerpro.com
Lei Lei Wang
Ekvalllekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchujc@swelawfirm.com
Richard W Esterkin
richard.esterkin@morganlewis.com
Timothy W Evanston
tevanston@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
Jeremy Faith
Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
James J Finsten ,
jimfinsten@hotmail.com
James J Finsten
jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
Alan W Forsley
alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy.flores@flpllp.com, laura.rucker@flpllp.com
Eric D Goldberg
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Andrew Goodman
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.comM.
Jonathan Hayes
jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com; janita@rhmfirm.com;susie@rhmfirm.com; priscilla@rhmfirm.com;pardis@rhmfi

rm.com; russ@rhmfirm.com;rebeca@rhmfirm.com; david@rhmfirm.com;sloan@rhmfirm.com
- Marshall J Hogan
mhogan@swlaw.com, knestuk@swlaw.com
- Razmig Izakelian
razmigizakelian@quinnemanuel.com
- Lewis R Landau
Lew@Landaunet.com
- Craig G Margulies
Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
- Peter J Mastan
peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com; Katrice.ortiz@dinsmore.com
- Edith R Matthai
ematthai@romalaw.com
- Elissa Miller
emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com
- Eric A Mitnick
MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott H Olson
solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com, ecfsfdocket@vedderprice.com, nortega@vedderprice.com Carmela Pagay
ctp@lnbyb.com
- Ambrish B Patel
apatelEI@americaninfosource.com
- Michael J Quinn
mquinn@vedderprice.com, ecfladocket@vedderprice.com, michael-quinn-2870@ecf.pacerpro.com
- Matthew D. Resnik
matt@rhmfirm.com, roksana@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfi rm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Ronald N Richards
ron@ronaldrichards.com, morani@ronaldrichards.com, justin@ronaldrichards.com
- Kevin C Ronk
Kevin@portilloronk.com, Attorneys@portilloronk.com
- Jason M Rund
(TR)trustee@srlawyers.com, jrund@ecf.axosfs.com
- Gary A Starregastarre@gmail.com, mmoonniiee@gmail.com
- Richard P Steelman
rps@lnbyb.com, john@lnbyb.com
- Philip E Strok
pstrok@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com

      Christopher K.S. Wong
      christopher.wong@arentfox.com, yvonne.li@arentfox.com
      Evan C. Borges, Esq.
      EBorges@GGTrialLaw.com

2. <u>TO BE SERVED VIA U.S. MAIL:</u>

      Debtor: Thomas Vincent Girardi
      1126 Wilshire Boulevard Los Angeles, CA 90017

      Broker: William Friedman
      1608 Montana Avenue Santa Monica, CA 90403

      Broker: Steve Enslow
      78000 Fred Waring Drive Suite 202 Palm Desert, CA 92211

      Courtesy Copy: Honorable Barry Russell United States Bankruptcy Court 255 E. Temple St., Suite 1660 Los Angeles, CA 90012