Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

Counsel for Interested Party Edelson PC

# UNITED STATES BANKRUPCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re: | Case No. 2:20-bk-21020-BR |
|---|---|
| THOMAS VINCENT GIRARDI, | [Chapter 7] |
| *Debtor*. | **STIPULATION BETWEEN ELISSA D. MILLER, THE CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF GIRARDI KEESE, AND EDELSON PC CONCERNING EDELSON PC'S MOTION TO CLARIFY STAY** |
| | Hon. Barry Russell |
| | Date: November 16, 2021<br>Time: 2:00 PM<br>Courtroom: 1668 |

STIPULATION     1     CASE NO. 2:20-BK-21020-BR

Creditor Edelson PC ("Edelson") and Elissa D. Miller, the Chapter 7 Trustee (the "Girardi Keese Trustee") for the bankruptcy estate (the "GK Estate") of Girardi Keese in *In re Girardi Keese*, 2:20-bk-21022-BR, by and through their counsel of record, hereby stipulate as follows:

1. Edelson filed a motion for clarification of the scope of the automatic stay as to Erika Girardi ("Erika") in the above-captioned case, so that Edelson could proceed in the *Edelson PC v. Girardi* litigation against Erika. (Dkt. 258; *see* No. 20-cv-07115 (N.D. Ill.)).

2. Jason M. Rund, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "TVG Estate") of Thomas Vincent Girardi, filed a limited opposition, and the Girardi Keese Trustee and Erika filed oppositions. (*See* dkts. 268, 270, 272, 280.)

3. After reviewing Edelson's reply brief, (dkt. 284), the Girardi Keese Trustee desires to withdraw her opposition and stipulate with Edelson.

4. This stipulation confirms what Edelson has said in its filings to date: Edelson will not attempt to collect property of either the TVG Estate or the GK Estate. (*See* dkt. 258, dkt. 284.) The Girardi Keese Trustee accordingly has no objection to Edelson proceeding against Erika as a defendant in *Edelson v. Girardi*.

5. Edelson agrees that it will alert the Trustee and the Girardi Keese Trustee of any property of either the TVG Estate or the GK Estate, found in the possession of Erika Girardi (or any party). Edelson will not collect such assets. Edelson reserves all other rights.

ACCORDINGLY, the parties stipulate that the Girardi Keese Trustee's opposition to Edelson's motion shall be deemed withdrawn, and the Girardi Keese Trustee and Edelson jointly request that an order be entered consistent with the foregoing and as proposed in Exhibit A (which will be submitted via LOU if approved), or as the Court may determine is appropriate and just.

| | |
|---|---|
| | **EDELSON PC** |
| Dated: November 11, 2021 | By: /s/ Rafey S. Balabanian<br>Rafey S. Balabanian<br>(SBN 315962)<br>rbalabanian@edelson.com<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Tel: 415.234.9300/Fax: 415.373.9435 |
| Dated: November 11, 2021 | **SMILEY WANG-EKVALL, LLP**<br><br>By: _[signature]_<br>PHILIP E. STROK<br>Attorneys for Elissa D. Miller, Chapter 7 Trustee for Girardi Keese |

STIPULATION 2 CASE NO. 2:20-BK-21020-BR

# EXHIBIT A

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

Counsel for Interested Party Edelson PC

# UNITED STATES BANKRUPCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>THOMAS VINCENT GIRARDI,<br>*Debtor*. | Case No. 2:20-bk-21020-BR<br>[Chapter 7]<br>**[PROPOSED] ORDER**<br>Hon. Barry Russell |

This matter coming to be heard on Edelson PC's motion to request clarification of the automatic stay, the motion is hereby GRANTED, and the Court orders as follows:

1. The automatic stay is no bar to Edelson PC proceeding to a judgment against Erika Girardi as a defendant in *Edelson PC v. Girardi*, No. 20-cv-7115 (N.D. Ill.).

2. The automatic stay shall remain in effect as to enforcement of any resulting judgment against the Debtor, the bankruptcy estate of the Debtor, or property of the bankruptcy estate in the above-captioned case.

1      3.     The automatic stay shall remain in effect as to enforcement of any
2 resulting judgment against the debtor, the bankruptcy estate of the debtor, or property
3 of the bankruptcy estate in the pending bankruptcy case of *In re Girardi Keese*, No.
4 2:20-bk-21022-BR (C.D. Cal.).
5      4.     Should Edelson PC identify property of the estate in the above-captioned
6 case or the estate in *In re Girardi Keese*, No. 2:20-bk-21022-BR, Edelson shall alert
7 the respective trustee. This Court retains exclusive jurisdiction to determine whether
8 an asset being pursued by Edelson PC is property of the estate in the above-captioned
9 case or the estate in *In re Girardi Keese*, 2:20-bk-21022-BR, and, to the extent that
10 such asset is determined by this Court in the future to be an asset of either estate,
11 Edelson shall cease all collection efforts with respect to such asset and instead
12 provide the respective trustee with all evidence relating to the asset.
13     5.     This Court shall retain jurisdiction to resolve any and all disputes
14 relating to this Order.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

150 California Street, 18th Floor, San Francisco, California 94111

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION BETWEEN ELISSA D. MILLER, THE CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF GIRARDI KEESE, AND EDELSON PC'S MOTION TO CLARIFY STAY

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/11/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/11/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/11/2021 | Rafey S. Balabanian | /s/Rafey S. Balabanian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*              **F 9013-3.1.PROOF.SERVICE**

1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):</u>

Rafey Balabanian,
rbalabanian@edelson.com, docket@edelson.com
Shraddha Bharatia,
notices@becket-lee.com
Ori S Blumenfeld,
Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com, Angela@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com
Richard D Buckley
richard.buckley@arentfox.com
Marie E Christiansen
mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
Jennifer Witherell
Crastzjcrastz@hrhlaw.com
Ashleigh A. Danker
Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM; Katrice.ortiz@dinsmore.com
Clifford S Davidson
csdavidson@swlaw.com, jlanglois@swlaw.com; cliff-davidson-7586@ecf.pacerpro.com
Lei Lei Wang
Ekvalllekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchujc@swelawfirm.com
Richard W Esterkin
richard.esterkin@morganlewis.com
Timothy W Evanston
tevanston@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
Jeremy Faith
Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
James J Finsten ,
jimfinsten@hotmail.com
James J Finsten
jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
Alan W Forsley
alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy.flores@flpllp.com, laura.rucker@flpllp.com
Eric D Goldberg
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Andrew Goodman
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.comM.
Jonathan Hayes
jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com; janita@rhmfirm.com;susie@rhmfirm.com; priscilla@rhmfirm.com;pardis@rhmfi

rm.com; russ@rhmfirm.com;rebeca@rhmfirm.com; david@rhmfirm.com;sloan@rhmfirm.com
Marshall J Hogan
mhogan@swlaw.com, knestuk@swlaw.com
Razmig Izakelian
razmigizakelian@quinnemanuel.com
Lewis R Landau
Lew@Landaunet.com
Craig G Margulies
Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
Peter J Mastan
peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com; Katrice.ortiz@dinsmore.com
Edith R Matthai
ematthai@romalaw.com
Elissa Miller
emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com
Eric A Mitnick
MitnickLaw@aol.com, mitnicklaw@gmail.com
Scott H Olson
solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com, ecfsfdocket@vedderprice.com, nortega@vedderprice.com Carmela Pagay
ctp@lnbyb.com
Ambrish B Patel
apatelEI@americaninfosource.com
Michael J Quinn
mquinn@vedderprice.com, ecfladocket@vedderprice.com, michael-quinn-2870@ecf.pacerpro.com
Matthew D. Resnik
matt@rhmfirm.com, roksana@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfi rm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Ronald N Richards
ron@ronaldrichards.com, morani@ronaldrichards.com, justin@ronaldrichards.com
Kevin C Ronk
Kevin@portilloronk.com, Attorneys@portilloronk.com
Jason M Rund
(TR)trustee@srlawyers.com, jrund@ecf.axosfs.com
Gary A Starregastarre@gmail.com, mmoonniiee@gmail.com
Richard P Steelman
rps@lnbyb.com, john@lnbyb.com
Philip E Strok
pstrok@swelawfirm.com, gcruz@swelawfirm.com; 1garrett@swelawfirm.com; jchung@swelawfirm.com

Christopher K.S. Wong
christopher.wong@arentfox.com, yvonne.li@arentfox.com
Evan C. Borges, Esq.
EBorges@GGTrialLaw.com

2. <u>TO BE SERVED VIA U.S. MAIL:</u>

Debtor: Thomas Vincent Girardi
1126 Wilshire Boulevard Los Angeles, CA 90017

Broker: William Friedman
1608 Montana Avenue Santa Monica, CA 90403

Broker: Steve Enslow
78000 Fred Waring Drive Suite 202 Palm Desert, CA 92211

Courtesy Copy: Honorable Barry Russell United States Bankruptcy Court 255 E. Temple St., Suite 1660 Los Angeles, CA 90012