Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.234.9300/Fax: 415.373.9435

*Counsel for Interested Party Edelson PC*

# UNITED STATES BANKRUPCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>THOMAS VINCENT GIRARDI,<br><br>*Debtor*. | Case No. 2:20-bk-21020-BR<br><br>[Chapter 7]<br><br>**AMENDED MOTION TO FILE UNREDACTED REPLY IN SUPPORT OF MOTION TO CLARIFY STAY *IN CAMERA* AND NOTICE OF OPPORTUNITY TO REQUEST HEARING**<br><br>Hon. Barry Russell<br><br>[No hearing unless requested pursuant to LBR 9013-1(o).] |

AMENDED MOTION TO FILE IN CAMERA                              1                              CASE NO. 2:20-BK-21020-BR

Pursuant to Local Rule 5003(2)(c) and Court Manual 2.8(b), Edelson PC submits an amended request to file *in camera* an unredacted copy of its reply brief that discusses the settlement amounts that were due to a *Lion Air* client. In support thereof, Edelson states:

1. Edelson previously sought to file an unredacted version of its reply brief in support of its Motion to Clarify Stay *in camera*, with the public version redacting all transaction-level information from Girardi Keese accounts. (Dkt. 286.) Edelson made that request pursuant to an agreement with Elissa D. Miller, the Chapter 7 Trustee for the Girardi Keese bankruptcy (the "GK Trustee"), who had provided certain records to Edelson. (*Id.*) The Court denied the motion. (Dkt. 289.)

2. Edelson has now filed an updated reply brief with identical content, but which reveals all previously-redacted information from the Girardi Keese accounts save for information that would divulge the amount of a settlement to a *Lion Air* client. (Edelson has confirmed that the GK Trustee does not intend to file a new motion to seal the transaction-level information from the Girardi Keese accounts.)

3. The particular amount of the at-issue *Lion Air* settlement is confidential pursuant to the terms of the settlement agreement. Boeing continues to assert a confidentiality interest in the amount of the settlement. The settlement amount is at-issue in this case (and elsewhere) due to no fault of the *Lion Air* client or Boeing, but due to the conduct of Thomas Girardi and Girardi Keese. Were it not for those actions, the settlement amount would have remained confidential. Moreover, the public version of the brief redacts as little information as possible, which allows the interested parties and the public to understand the arguments raised there. *See Wells Fargo Bank, N.A. v. Saticoy Bay LLC Series 3948 Applecrest*, No. 217CV01360APGVCF, 2020 WL 2311560, at *2 (D. Nev. Apr. 23, 2020), *report and recommendation adopted,* No. 217CV01360APGVCF, 2020 WL 2308090 (D.

Nev. May 8, 2020) ("If Saticoy had not acted in bad faith and signed the settlement agreement, then the settlement amounts and negotiations would have remained confidential. Because the redactions are minimal and limited only to redacting settlement amounts and settlement negotiations, the Court believes that the meaningful information in the motion and response will be available to the public.").

4.  Accordingly, there is good cause to permit the filing of the fully unredacted brief *in camera*. *See id.*, *see also Morawski v. Lightstorm Ent., Inc.*, No. CV1110294MMMJCGX, 2012 WL 12883814, at *2 (C.D. Cal. Dec. 10, 2012) (noting "good cause" standard for sealing in non-dispositive motions).

5.  Accordingly, Edelson requests that the Court permit it to file an unredacted copy of the reply brief *in camera* with copies to the Thomas Girardi Trustee (and counsel) and the Girardi Keese Trustee (and counsel).

## **CONCLUSION**

Edelson PC requests that the Court permit it to file an unredacted copy of its reply brief in support of its Motion to Clarify Scope of Automatic Stay *in camera*, and that the Court grant any alternative relief as may be appropriate and just.

Respectfully submitted,

EDELSON PC,

Dated: November 12, 2021        By: /s/Rafey S. Balabanian

Rafey S. Balabanian
(SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.234.9300/Fax: 415.373.9435

AMENDED MOTION TO FILE IN CAMERA        3        CASE NO. 2:20-BK-21020-BR

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
150 California Street, 18th Floor, San Francisco, California 94111

A true and correct copy of the foregoing document entitled (*specify*): AMENDED MOTION TO FILE UNREDACTED REPLY IN SUPPORT OF MOTION TO CLARIFY STAY IN CAMERA AND NOTICE OF OPPORTUNITY TO REQUEST HEARING
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/12/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/12/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/12/2021 | Rafey S. Balabanian | /s/Rafey S. Balabanian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):</u>

    Rafey Balabanian,
    rbalabanian@edelson.com, docket@edelson.com
    Shraddha Bharatia,
    notices@becket-lee.com
    Ori S Blumenfeld,
    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com,
    Angela@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com
    Richard D Buckley
    richard.buckley@arentfox.com
    Marie E Christiansen
    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
    Jennifer Witherell
    Crastzjcrastz@hrhlaw.com
    Ashleigh A. Danker
    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;
    Katrice.ortiz@dinsmore.com
    Clifford S Davidson
    csdavidson@swlaw.com, jlanglois@swlaw.com; cliff-davidson-7586@ecf.pacerpro.com
    Lei Lei Wang
    Ekvalllekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchujc@swelawfirm.com
    Richard W Esterkin
    richard.esterkin@morganlewis.com
    Timothy W Evanston
    tevanston@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
    Jeremy Faith
    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
    James J Finsten ,
    jimfinsten@hotmail.com
    James J Finsten
    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
    Alan W Forsley
    alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy.flores@flpllp.com, laura.rucker@flpllp.com
    Eric D Goldberg
    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
    Andrew Goodman
    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.comM.
    Jonathan Hayes
    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com; janita@rhmfirm.com;susie@rhmfirm.com; priscilla@rhmfirm.com;pardis@rhmfi

rm.com; russ@rhmfirm.com;rebeca@rhmfirm.com;
david@rhmfirm.com;sloan@rhmfirm.com
Marshall J Hogan
mhogan@swlaw.com, knestuk@swlaw.com
Razmig Izakelian
razmigizakelian@quinnemanuel.com
Lewis R Landau
Lew@Landaunet.com
Craig G Margulies
Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;
Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
Peter J Mastan
peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;
Katrice.ortiz@dinsmore.com
Edith R Matthai
ematthai@romalaw.com
Elissa Miller
emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com
Eric A Mitnick
MitnickLaw@aol.com, mitnicklaw@gmail.com
Scott H Olson
solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,
ecfsfdocket@vedderprice.com, nortega@vedderprice.com Carmela Pagay
ctp@lnbyb.com
Ambrish B Patel
apatelEI@americaninfosource.com
Michael J Quinn
mquinn@vedderprice.com, ecfladocket@vedderprice.com, michael-quinn-2870@ecf.pacerpro.com
Matthew D. Resnik
matt@rhmfirm.com, roksana@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com;
max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfi
rm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Ronald N Richards
ron@ronaldrichards.com, morani@ronaldrichards.com, justin@ronaldrichards.com
Kevin C Ronk
Kevin@portilloronk.com, Attorneys@portilloronk.com
Jason M Rund
(TR)trustee@srlawyers.com, jrund@ecf.axosfs.com
Gary A Starregastarre@gmail.com, mmoonniiee@gmail.com
Richard P Steelman
rps@lnbyb.com, john@lnbyb.com
Philip E Strok
pstrok@swelawfirm.com, gcruz@swelawfirm.com; 1garrett@swelawfirm.com;
jchung@swelawfirm.com

Christopher K.S. Wong
christopher.wong@arentfox.com, yvonne.li@arentfox.com
Evan C. Borges, Esq.
EBorges@GGTrialLaw.com

2. <u>TO BE SERVED VIA U.S. MAIL:</u>

Debtor: Thomas Vincent Girardi
1126 Wilshire Boulevard Los Angeles, CA 90017

Broker: William Friedman
1608 Montana Avenue Santa Monica, CA 90403

Broker: Steve Enslow
78000 Fred Waring Drive Suite 202 Palm Desert, CA 92211

Courtesy Copy: Honorable Barry Russell United States Bankruptcy Court 255 E. Temple St., Suite 1660 Los Angeles, CA 90012