TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>　　　　　　　　　　　　Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING EMPLOYMENT OF JOHN MORAN AUCTIONEERS, INC. AS AUCTIONEER; (2) AUTHORIZING SALE OF CERTAIN PERSONAL PROPERTY OF THE ESTATE; AND (3) AUTHORIZING ABANDONMENT OR DESTRUCTION OF CERTAIN PERSONAL PROPERTY OF THE ESTATE**<br><br>Hearing:<br>　DATE:　　July 12, 2022<br>　TIME:　　10:00 a.m.<br>　PLACE:　Courtroom 1668<br>　　　　　　Roybal Federal Building<br>　　　　　　255 E. Temple Street<br>　　　　　　Los Angeles, CA 90012 |

1

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on July 12, 2022 at 10:00 a.m., in Courtroom 1668 of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012, Jason M. Rund, the Chapter 7 Trustee (the "Trustee") for the estate of Thomas Vincent Girardi, the debtor herein (the "Debtor"), will move this Court for an order: (1) approving the Trustee's employment of John Moran Auctioneers, Inc. (the "Auctioneer") as auctioneer; (2) authorizing the Trustee, through the Auctioneer, to auction and sell certain personal property (the "Personal Property") of the estate from the Debtor's residence located at 100 N. Los Altos Drive, Pasadena, California 91105 (the "Residence"); and (3) authorizing the Trustee to abandon or destroy any Personal Property, pursuant to 11 U.S.C. § 554, without further order of this Court, if it cannot be sold by the Auctioneer (the "Motion").

The Debtor's Personal Property that the Trustee will seek to auction and sell includes the following: a Steinway piano, furniture, art, religious icons, statues, lamps, rugs, ceramics and glassware, clothing and shoes, and sports memorabilia.

The Trustee seeks to employ the Auctioneer to sell the Personal Property at an auction. The Trustee seeks to employ the Auctioneer pursuant to 11 U.S.C. § 327(a) and to compensate the Auctioneer pursuant to 11 U.S.C. § 328 and LBR 6007-1(h).

The Auctioneer will be charging a 6% commission plus a 25% buyer's premium. Also, for each lot, there will be a 1% charge for insurance, $50 photography fee, merchant credit card fees that are paid by the buyers and potential fees for webhosts.[1] The estate shall reimburse the Auctioneer's expenses in connection with the drayage and transport of the Personal Property, not to exceed $7,000, which will be deducted from the auction proceeds. The Auctioneer will seek no additional compensation from the estate. Upon completion of the sale of the Auction Personal Property, and completion of the Auctioneer's Report of Sale, the Trustee will file a declaration seeking Court approval for the Report of Sale and authority to pay the Auctioneer its fee. The Auctioneer has been advised of and has agreed to accept the proposed employment

---

[1] Details of the costs can be found on johnmoran.com/conditions-of-sale/.

subject to the provisions of 11 U.S.C. § 328(a).

The Personal Property will be moved from the Residence to the Auctioneer's business premises at 145 East Walnut Avenue, Monrovia, California 91016.  The auction, which will be live online via internet and telephone, will take place on September 21, 2022.  The marketing plan for the auction includes:

. Dedicated press-release with nationwide distribution about the collection.

. In-house email to John Moran Auctioneers full database of clients.

. Posting of Girardi Collection on John Moran Auctioneers social media accounts (Facebook, Instagram, LinkedIn).

. Hosting and sale of the property through John Moran Auctioneers.com, LiveAuctioneers.com, and Invaluable.com/AuctionZip.com.  (LiveAuctioneers and Invaluable/AuctionZip are the largest third-party auction host platforms available to auction houses with hundreds of thousands of users.)

. Supplementary paid marketing on LiveAuctioneers and Invaluable, which would consist of items such as, but not limited to homepage features and email marketing to their user databases.

. Targeted ads on Facebook/Instagram/Google.

The Auctioneer estimates that the Personal Property has a combined auction value of approximately $191,300 to $280,700.  The Auctioneer estimates that the sale and auction of the Personal Property will yield the estate between $135,000 and $207,000, after payment of the Auctioneer's commission and expenses.  Moreover, pursuant to the Court-approved settlement with California Attorney Lending II, Inc., a New York corporation ("CAL II"), which has a blanket lien on the Debtor's assets, including the Personal Property, 80% of the net proceeds from the sale of the Personal Property (after payment of administrative expenses) will be paid to CAL II and 20% will be paid to the Trustee to be held in trust for the allowed unsecured claimants of the bankruptcy estate.

Additionally, pursuant to 11 U.S.C. § 554, the Trustee seeks authority to abandon any Personal Property that was not sold by the Auctioneer, without further order of the Court.

Further, should there be any records containing "personally identifiable information" as defined in section 101(41A), the Trustee seeks authority to destroy them and pay for the costs from estate funds.

**PLEASE TAKE FURTHER NOTICE** that Judge Russell will be holding hearings both in person and via ZoomGov. **It is extremely important that counsel and all interested parties read the Judge's tentative rulings on his law and motion/trial calendar very carefully as the tentative rulings will indicate whether an in person appearance at a hearing is mandatory.** The calendar with tentative rulings will be posted approximately one week prior to the scheduled hearing(s) and can be accessed at the following web address: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=BR Click on the "Select Judge" tab on the upper left side of the screen and select Judge Russell.

All parties must notify the Court of his/her appearance, whether in person or via ZoomGov, no later than 2:00 p.m. on the day prior to the hearing by emailing the Courtroom Deputy at stacey_fortier@cacb.uscourts.gov (link sends e-mail). In the subject line of the e-mail, please specify the date, time and calendar number(s) of the hearing(s) (for example: Re: September 15, 2020, 10:00 a.m., Calendar No. #, In Person/ZoomGov).

This Notice is qualified in its entirety by reference to the Motion and the attachments to the Motion, which are on file with the Clerk of the Bankruptcy Court. Creditors and parties-in-interest who desire further information are encouraged to review the Motion in its entirety.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), any interested party that wishes to oppose the relief requested in the motion must file not later than 14 days prior to the scheduled hearing date, with the Clerk of the Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012, and serve upon the Office of the United States Trustee, located at 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017, and the Trustee's counsel, located at the address indicated on the upper left corner of the first page of this notice, "[a] complete written statement of all reasons in opposition thereto ..., declarations and copies of all photographs and documentary evidence on

which the responding party intends to rely and any responding memorandum of points and authorities."

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(h), failure to file and serve a timely response may be deemed consent to the relief requested in the Motion.

DATED: June 16, 2022

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: */s/ Carmela T. Pagay*
    CARMELA T. PAGAY
    Attorneys for Jason M. Rund
    Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING EMPLOYMENT OF JOHN MORAN AUCTIONEERS, INC. AS AUCTIONEER; (2) AUTHORIZING SALE OF CERTAIN PERSONAL PROPERTY OF THE ESTATE; AND (3) AUTHORIZING ABANDONMENT OR DESTRUCTION OF CERTAIN PERSONAL PROPERTY OF THE ESTATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 21, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Rafey Balabanian**  rbalabanian@edelson.com, docket@edelson.com
- **Shraddha Bharatia**  notices@becket-lee.com
- **Ori S Blumenfeld**  oblumenfeld@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com
- **Evan C Borges**  eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Richard D Buckley**  richard.buckley@arentfox.com
- **Indira J. Cameron-Banks**  indira@cameron-banks.com, tiffany@cameronbankslaw.com
- **Marie E Christiansen**  mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**  jcrastz@hrhlaw.com
- **Ashleigh A Danker**  adanker731@gmail.com
- **Clifford S Davidson**  csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- **Joseph C Delmotte**  ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- **Lei Lei Wang Ekvall - DECEASED -**  lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Timothy W Evanston**  tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**  Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**  , jimfinsten@hotmail.com
- **James J Finsten**  jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- **Alan W Forsley**  alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Larry W Gabriel**  lgabrielaw@outlook.com, tinadow17@gmail.com
- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Eric D Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Andrew Goodman**  agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**  suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov;vanessa.holton@calbar.ca.gov;robert.retana@calbar.ca.gov
- **M. Jonathan Hayes**  jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Marshall J Hogan**  mhogan@swlaw.com, knestuk@swlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                  **F 9013-3.1.PROOF.SERVICE**

- **Bradford G Hughes**   bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- **Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **Lewis R Landau**   Lew@Landaunet.com
- **Craig G Margulies**   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Peter J Mastan**   peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**   ematthai@romalaw.com, lrobie@romalaw.com
- **Daniel J McCarthy**   dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- **Jack Meyer**   jmeyer@ggtriallaw.com
- **Elissa Miller**   emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- **Eric A Mitnick**   MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Scott Olson**   scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Carmela Pagay**   ctp@lnbyg.com
- **Carmela Pagay**   ctp@lnbyb.com
- **Ambrish B Patel**   apatelEl@americaninfosource.com
- **Leonard Pena**   lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**   mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **Matthew D. Resnik**   matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Kevin C Ronk**   Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Jason M Rund (TR)**   trustee@srlawyers.com, jrund@ecf.axosfs.com
- **William F Savino**   wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Najah J Shariff**   najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **Gary A Starre**   gastarre@gmail.com, mmoonniiee@gmail.com
- **Richard P Steelman**   rps@lnbyg.com, john@lnbyb.com
- **Philip E Strok**   pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Terrence Swinson**   terrenceswinson@gmail.com
- **Boris Treyzon**   btreyzon@actslaw.com, sgonzales@actslaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Christopher K.S. Wong**   christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Timothy J Yoo**   tjy@lnbyb.com

**2. SERVED BY UNITED STATES MAIL**: On **June 21, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Thomas Vincent Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017

Thomas Vincent Girardi
Belmont Village Senior Living
455 East Angeleno Avenue
Burbank, CA 91501

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

Thomas Vincent Girardi
100 N. Los Altos Drive
Pasadena, CA 91105

Honorable Barry Russell
U.S. Bankruptcy Court
255 E. Temple St., Suite 1660
Los Angeles, CA 90012

John Moran Auctioneers, Inc.
145 East Walnut Ave.
Monrovia, CA 91016

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 21, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 21, 2022 | Stephanie Reichert | */s/ Stephanie Reichert* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing        ABIR COHEN TREYZON SALO, LLP, a California      Ally Bank Lease Trust - Assignor to Vehicle
0973-2                                 ACTS                                            4515 N Santa Fe Ave. Dept. APS
Case 2:20-bk-21020-BR                  16001 Ventura Boulevard, Suite 200              Oklahoma City, OK 73118-7901
Central District of California         Encino, CA 91436-4482
Los Angeles
Tue Jun 21 10:49:49 PDT 2022

Compass                                Daimler Trust                                   Frantz Law Group, APLC
42 S Pasadena Ave                      c/o BK Servicing, LLC                           2029 Century Park East
Pasadena, CA 91105-1943                PO Box 131265                                   #400
                                       Roseville, MN 55113-0011                        Los Angeles, CA 90067-2905


Levene Neale Bender Yoo & Brill LLP    The State Bar of California                     U.S. Legal Support, Inc.
10250 Constellation Blvd Ste 1700      180 Howard Street                               c/o Portillo Ronk Legal Team
Los Angeles, CA 90067-6253             San Francisco, CA 94105-1639                    5716 Corsa Avenue
                                                                                       Suite 207
                                                                                       Westlake Village, CA 91362-4059


Wells Fargo Vendor Financial Services, Inc.   Los Angeles Division                     1126 Wilshire Partnership
c/o Hemar, Rousso & Heald, LLP         255 East Temple Street,                         c/o Daniel J. McCarthy
15910 Ventura Blvd., 12th Floor        Los Angeles, CA 90012-3332                      Hill Farrer & Burrill LLP
Encino, CA 91436-2802                                                                  300 S. Grand Ave. 37th Floor
                                                                                       Los Angeles, CA 90071-3147


ARSANI SIDAROUS                        AT&T                                            AT&T Wireless
c/o Goe Forsythe & Hodges LLP          P.O. Box 5025                                   c/o Credence
18101 Von Karman, Suite 1200           Carol Stream, IL 60197-5025                     4222 Trinity Mills, Ste 260
Irvine, CA 92612-7119                                                                  Dallas, TX 75287-7666


Abir Cohen Treyzon Salo LLP            Abir Cohen Treyzon Salo LLP                     Alexa Galloway
16001 Ventura Boulevard                c/o Daniel J McCarthy                           10 Orbit Lane
Suite 200                              300 S Grand Ave 37th Fl                         San Pedro, CA 90732-4461
Encino, CA 91436-4482                  Los Angeles CA 90071-3147


Ally Financial                         Alta San Rafael Association                     American Express
200 Renaissance Ctr #80                c/o Beven & Brock                               P.O. Box 0001
Detroit, MI 48243-1300                 99 S Lake Ave, Ste 100                          Los Angeles, CA 90096-8000
                                       Pasadena, CA 91101-4739


American Express                       American Express National Bank                  Anice Kasim
P.O. Box 981531                        c/o Becket and Lee LLP                          110 Nathaniel Ct
El Paso, TX 79998-1531                 PO Box 3001                                     Mooresville, NC 28117-6712
                                       Malvern  PA 19355-0701


Baker, Keener, Nahra LLP               Bank of America                                 Bel-Air Country Club
633 W. 5gh Street Ste 5500             P.O. Box 982238                                 10768 Bellagio Road
Los Angeles, CA 90071                  El Paso, TX 79998-2238                          Los Angeles CA 90077-3799


Bias Ramadhan A.S.                     California Department of Health Care Service    California Dept. of Tax and Fee Administrati
110 Nathaniel Ct                       Michael Byerts                                  Collections Support Bureau, MIC:55
Mooresville,, NC 28117-6712            300 S. Spring Street, Suite 1702                PO Box 942879
                                       Los Angeles CA 90013-1256                       Sacramento, CA  94279-0055
```

| | | |
|---|---|---|
| Christina Fulton<br>Fredman Lieberman Pearl LLP<br>1875 Century Park East, Suite 2230<br>Los Angeles, CA 90067-2522 | City National Bank<br>P.O. Box 60938<br>Los Angeles, CA 90060-0938 | City of Pasadena<br>P.O. Box 7120<br>Pasadena, CA 91109-7220 |
| Coachella Valley Water District<br>P.O. Box 5000<br>Coachella, CA 92236-5000 | Cooley Attorneys at Law<br>101 California, 5th Flr<br>San Francisco, CA 94111-5800 | Dani Daniaty<br>110 Nathaniel Ct<br>Mooresville, NC 28117-6712 |
| Daniel J. McCarthy<br>Hill Farrer & Burrill LLP<br>300 S. Grand Ave. 37th Floor<br>Los Angeles, CA 90071-3147 | David R. Lira<br>10100 Santa Monica Boulevard<br>12th Floor<br>Los Angeles, CA 90067<br>Los Angeles, CA 90067-4003 | (p)DEPARTMENT OF HEALTH CARE SERVICES<br>OFFICE OF LEGAL SERVICES MS 0010<br>ATTN STEVEN A OLDHAM STAFF ATTORNEY<br>PO BOX 997413<br>SACRAMENTO CA 95899-7413 |
| Dian Daniyanti<br>110 Nathaniel Ct<br>Mooresville, NC 28117-6712 | Direct TV<br>P.O. Box 105261<br>Atlanta, GA 30348-5261 | Edelson PC<br>c/o Jay Edelson<br>350 N La Salle, 14th Flr<br>Chicago, IL 60654-5136 |
| Employment Development Department<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento, CA 95814 | Engstrom, Lipscomb & Lack<br>10100 Santa Monica Blvd 12th Fl<br>Los Angeles, CA 90067-4113 | Engstrom, Lipscomb & Lack<br>10100 Santa Monica Blvd, 12th Flr<br>Los Angeles, CA 90067-4113 |
| Eric Bryan Seuthe<br>10990 Wilshire Blvd.<br>Suite 1420<br>Los Angeles, CA 90024-3931 | Eric Goldberg<br>DLA Piper LLP (US)<br>2000 Avenue of the Stars, #400<br>Los Angeles, CA 90067-4735 | Erika Girardi<br>c/o Evan C. Borges<br>GREENBERG GROSS LLP<br>650 Town Center Drive, Suite 1700<br>Costa Mesa, CA 92626-7025 |
| Erika Saldana<br>1757 Riverside Drive<br>Glendale, CA 91201-2856 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267-0011 |
| GSI Group Inc.<br>C/o Michael Vincent Severo<br>301 N Lake Ave Ste 202<br>Pasadena, CA 91101-5127 | Girardi & Kesse<br>c/o Elissa Miller, trustee<br>333 S Hope St Ste 3500<br>Los Angeles, CA 90071-3044 | HP Inc.<br>HP Inc. (c/o Ramona S. Neal)<br>11311 Chinden Blvd.<br>Boise, ID 83714-1021 |
| Haig Kelegian<br>26 Sunset Cove<br>Newport Beach, CA 92657-1901 | Hideway<br>80-440 Hideway Club Ct<br>La Quinta, CA 92253-7867 | Hochman Salkin Toscher Perez, P.C.<br>9150 Wilshire Blvd Se 300<br>Beverly Hills, CA 90212-3430 |
| Holstein, Taylor and Unitt<br>6185 Magnolia Avenue, PMB 40<br>Riverside, CA 92506-2524 | Imperial Irrigion District<br>333 E Barioni Blvd<br>Imperial, CA 92251-1773 | Imperial Irrigation District<br>P.O. Box 937<br>Imperial CA 92251-0937 |

| | | |
|---|---|---|
| In Bloom Orchids<br>1187 Coast Village Rd #1-269<br>Santa Barbara, CA 93108-2737 | Internal Revenue Service<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Jaime Ruigomez<br>c/o Margulies Faith LLP<br>16030 Ventura Blvd, Suite 470<br>Encino, CA 91436-4493 | Jazmin Gomez<br>7210 NW 179th Street Apt 202<br>Hialeah, FL 33015-5439 | Jeffrey M. Schwartz<br>Much Shelist<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606-1631 |
| Jill O'Callahan<br>1437 Club View Drive<br>Los Angeles, CA 90024-5305 | Joe Ortiz<br>P.O. Box 625<br>La Quinta, CA 92247-0625 | John Abassian<br>6403 Van Nuys Blvd<br>Van Nuys, CA 91401-1437 |
| Judy Selberg<br>c/o Eric Bryan Seuthe & Associates<br>10990 Wilshire Blvd Ste 1420<br>Los Angeles, CA 90024-3931 | KABC-AM<br>8965 Lindblade Street<br>Culver City, CA 90232-2438 | KCC Class Actions Services LLC<br>c/o Michael Joseph Quinn<br>1925 Century Park E Ste 1900<br>Los Angeles, CA 90067-2754 |
| KELCO LLC aka KELCO PROPERTIES LLC & HAIG KE<br>26 Sunset Cove<br>Newport Coast, CA 92657-1901 | KELCO, LLC aka KELCO PROPERTIES, LLC<br>Walter J. Lack<br>10100 Santa Monica Blvd., #1200<br>Los Angeles, CA 90067<br>Los Angeles, CA 90067-4113 | Karen Girardi<br>c/o Gary A Starre<br>15760 Ventura Blvd Ste 801<br>Encino CA 91436-3018 |
| Kathleen Bajgrowicz<br>c/o M Manuel H. Miller<br>20750 Ventura Blvd Ste 440<br>Woodland Hills, CA 91364-6643 | Kathleen L. Bajgrowicz<br>Manuel H. Miller, Esq.<br>Law Offices of Manuel H. Miller<br>20750 Ventura Boulevard, Suite 440<br>Woodland Hills, CA 91364-6643 | Keith D. Griffin<br>Ryan D. Saba, Rosen Saba, LLP<br>9350 Wilshire Blvd, Suite 250<br>Beverly Hills CA 90212-3219 |
| Kimberly Archi<br>15210 Ventura Blvd #307<br>Sherman Oaks, CA 91403-3841 | Kimberly Archie<br>15210 Ventura Boulevard<br>Suite 307<br>Sherman Oaks, CA 91403-3841 | Ktgy Architectural Planning<br>17911 Von Karman Ste 200<br>Irvine, CA 92614-6240 |
| L.A. Arena Company LLC<br>1111 S Figueroa Ste 3100<br>Los Angeles, CA 90015-1333 | L.A. Arena Funding, LLC<br>c/o Richard D. Buckley, Jr.<br>Arent Fox LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065 | LADWP<br>P.O. Box 5111<br>Los Angeles, CA 90055-0111 |
| Lakeside Golf Club<br>P.O. Box 2386<br>Carol stream, IL 60132-2386 | Law Offices of Philip R. Sheldon<br>c/o Ronald Richards<br>P.O. Box 11480<br>Beverly Hills, CA 90213-4480 | Law Offices of Robert P. Finn<br>c/o James Spertus; Spertus, Landes<br>1990 S Bundy Drive Ste 705<br>Los Angeles, CA 90025-5256 |
| MDA Financial Solutions<br>Devin Sawdayi A Law Corporation<br>10866 Wilshire Blvd Ste 890<br>Los Angeles CA 90024-4350 | Manuel Miller<br>20750 Ventura Boulevard<br>Suite 440<br>Woodland Hills, CA 91364-6643 | (p)MERCEDES BENZ FINANCIAL SERVICES<br>13650 HERITAGE PARKWAY<br>FORT WORTH TX 76177-5323 |

```
Metro Express Lanes                 Milberg Soleman Bryson Phillips Grossman, PL    Motion Picture Industry Health Plan
20101 Hamilton Ave Ste 100A         100 Garden City Plaza                           c/o Kathryn J. Halford
Torrance, CA 90502-1351             Suite 500                                       16501 Ventura Blvd., #304
                                    Garden City, NY 11530-3207                     Encino, Ca 91436-2067


Multi Rizki                         Nano Banc                                       National Construction Rentals
110 Nathaniel Ct                    Much Shelist c/o Isaac R. Zfaty                 P.O. Box 841461
MOORESVILLE, NC 28117-6712          660 Newport Center Drive, Suite 900             Los Angeles, CA 90084-1461
                                    Newport Beach, CA 92660-6440


National Construction Rentals       New York State Dept of Taxation &               New York States Dept of Taxation
c/o Jonathan Neil & Associates, Inc. Bankruptcy Section                             and Bankruptcy Section
71 W Main Street Ste 304            P.O. Box 5300                                   P.O. Box 5300
Freehold, NJ 07728-2139             Albany, NY 12205-0300                           Albany, NY 12205-0300


(p)OCALA EQUINE HOSPITAL  P A       Orange Coast Magazine                           Owen, Patterson & Owen, LLP
ATTN ATTN REBEKAH CLIFTON           c/o Szabo Associates, Inc                       c/o Steven R Fox Esq
10855 N US HIGHWAY 27               3355 Lenox Road NE, Suite 945                   17835 Ventura Blvd Ste 306
OCALA FL 34482-1842                 Atlanta, GA 30326-1357                          Encino, CA 91316-3664


PACTEN PARTNERS LLC                 PARVIN OSALU-BAKHTIAR                           Pacific Mercantile Bank
17630 Plaza Arica                   c/o Ebby S. Bakhtiar, Esq.                      1800 Ave of the Stars, Ste 675
San Diego, CA 92128-1710            3435 Wilshire Blvd., STe. 1669                  Los Angeles, CA 90067-4221
                                    Los Angeles, CA 90010-2287


Pasadena Water and Power            Pauline White                                   Pebble Beach Resorts
150 S Los Robles Ave #300           Law Office of Pauline White                     P.O. Box 1522
Pasadena, CA 91101-4612             150 N. Santa Anita Avenue                       Pebble Beach, CA 93953-1522
                                    Suite 300
                                    Arcadia, CA 91006-3116


Polito Eppich Associates            Psomas                                          RPC Tax Property Tax Advisors
100 E San Marcos Blvd               555 South Flower Street                         LLC
San Marcos, CA 92069-2986           Suite 4300                                      P.O. Box 7289
                                    Los Angeles, CA 90071-2405                     San Diego, CA 92167-0289


Rajan M Patel MD                    Rest Your Case Evidence Storage LLC             Richard Fair
Devin Sawdayi A Law Corporation     Pauline White                                   c/o Peter Roald Kindem
10866 Wilshire Blvd Ste 890         150 N. Santa Anita Avenue                       2945 Townsgate Rd Ste 200
Los Angeles CA 90024-4350           Suite 300                                       Westlake Village, CA 91361-5866
                                    Arcadia, CA 91006-3116


Robert Keese                        Robert M. Keese                                 Robert W. Finnerty
22982 Rosemont Court                22982 Rosemont Court                            c/o Daniel J. McCarthy
Murrieta, CA 92562-3075             Murrieta, CA 92562-3075                         Hill Farrer & Burrill LLP
                                                                                    300 S. Grand Ave. 37th Floor
                                                                                    Los Angeles, CA 90071-3147


Rosen Saba, LLP                     Salem Media Group Inc.                          Septiana Damayanti
2301 Rosecrans Avenue, Suite 3180   P.O. Box 845581                                 110 Nathaniel Ct
El Segundo. CA 90245-4975           Los Angeles, CA 90084-5581                      Mooresville, NC 28117-6712
```

| | | |
|---|---|---|
| Shawn Azizzadeh<br>c/o Michelle Balady Bedford Law Group<br>1875 Century Park E Ste 1790<br>Los Angeles, CA 90067-2537 | SoCal Gas<br>P.O. Box 1626<br>Monterey Park CA 91754-8626 | SoCalGas<br>P. O. Box 30337<br>Los Angeles CA 90030-0337 |
| Steiner & Libo, PC<br>11845 W Olympic Blvd<br>Suite 910W<br>Los Angeles, CA 90064-5837 | Stephen Doiron dba In Bloom Orchids<br>1187 Coast Village Rd 1-269<br>Santa Barbara, CA 93108-2737 | Stillwell Madison LLC<br>c/o Andrew Conlan Whitman<br>865 S Figueroa St TCW Tower<br>Los Angeles, CA 90017-2543 |
| Stillwell Madison LLC<br>c/o Marshall J Hogan; Snell & Wilme<br>600 Anton Blvd Se 1400<br>Costa Mesa, cA 92626-7689 | Stillwell Madison, LLC<br>c/o DLA Piper LLP (US)<br>2000 Avenue of the Stars, #400<br>Los Angeles, CA 90067-4700 | The French Hand Laundry<br>606 S Lake Ave<br>North Hollywood, CA 91606 |
| The Plantation Golf Club<br>50994 Monroe St<br>Indio, CA 92201-9709 | The Severo Law Firm<br>155 N Lake Avenue<br>Pasadena, CA 91101-1857 | The Village Gardener<br>P.O. Box 40128<br>Santa Barbara, CA 93140-0128 |
| US Legal Support<br>16825 Northchase DrSuite 900<br>16825 Northchase DrSuite 900<br>Houston, TX 77060-6004 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Veritext LLC<br>c/o Philip Landsman<br>5776 Lindero Canyon Rd Ste D-666<br>Thousand Oaks, CA 91362-6428 |
| Virage Capital Management LP<br>1700 Post Oak Blvd Ste 300<br>Houston, TX 77056-3973 | Virginia Antonio<br>20413 Via Navarra<br>Yorba Linda, CA 92886-3065 | Webster Training Center<br>P.O. Box 144<br>Lowell, FL 32663-0144 |
| Wells Fargo Vendor Financial Services<br>800 Walnut Street<br>Des Moines, IA 50309-3891 | Western Exterminator Company<br>P.O. Box 16350<br>Reading, PA 19612-6350 | Wilshire Country Club<br>301 N Rossmore Ave<br>Los Angeles, CA 90004-2499 |
| Elissa D. Miller<br>Smiley Wang-Ekvall, LLP<br>3200 Park Center Drive<br>Suite 250<br>Costa Mesa, CA 92626-7234 | Erika Girardi<br>c/o Dinsmore & Shohl LLP<br>550 South Hope St., Ste 1765<br>Los Angeles, CA 90071-2669 | Gary A Starre<br>Starre & Cohn, APC<br>15760 Ventura Blvd., Ste. 801<br>Encino, CA 91436-3018 |
| Jason M Rund (TR)<br>Sheridan & Rund<br>270 Coral Circle<br>El Segundo, CA 90245-4617 | Karen Girardi<br>c/o Starre & Cohn<br>15760 Ventura Blvd., Ste. 801<br>Encino, CA 91436-3018 | Larry W. Gabriel<br>JENKINS MULLIGAN & GABRIEL LLP<br>585 Lorna Lane<br>Los Angeles, CA 90049-4215 |
| Robert Girardi<br>402 South Marengo Ave.<br>Suite B<br>Pasadena, CA 91101-3113 | Thomas Vincent Girardi<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017-1904 | |