TIMOTHY J. YOO (SBN 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (SBN 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**REPLY TO RESPONSE OF ARSANI SIDAROUS TO CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING EMPLOYMENT OF JOHN MORAN AUCTIONEERS, INC. AS AUCTIONEER; (2) AUTHORIZING SALE OF CERTAIN PERSONAL PROPERTY OF THE ESTATE; AND (3) AUTHORIZING ABANDONMENT OR DESTRUCTION OF CERTAIN PERSONAL PROPERTY OF THE ESTATE**<br><br>Date: July 12, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>      U.S. Bankruptcy Court<br>      255 E. Temple Street<br>      Los Angeles, California |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, CREDITOR ARSANI SIDAROUS, AND PARTIES IN INTEREST**:

Jason M. Rund, the Chapter 7 trustee ("Trustee") for the bankruptcy estate of Thomas Vincent Girardi ("Debtor"), respectfully submits this Reply to the Response filed by Arsani

1

Sidarous ("Sidarous") [Doc 348] to the subject motion for an order: (1) approving the Trustee's employment of John Moran Auctioneers, Inc. ("Auctioneer") as auctioneer; (2) authorizing the Trustee, through the Auctioneer, to auction and sell certain personal property ("Personal Property") of the estate from the Debtor's residence located at 100 N. Los Altos Drive, Pasadena, California 91105 ("Residence"); and (3) authorizing the Trustee to abandon or destroy any Personal Property, pursuant to 11 U.S.C. § 554, without further order of this Court, if it cannot be sold by the Auctioneer ("Motion").

## I.

## SIDAROUS DOES NOT HAVE A PERFECTED SECURITY INTEREST IN THE PERSONAL PROPERTY

Sidarous never filed a UCC-1 Financing Statement with the California Secretary of State. This explains why the UCC search conducted in support of the Motion (*i.e.*, Motion, Exhibit 1) did not mention the purported lien by Sidarous. Because Sidarous never perfected his lien against the Personal Property, the issues of whether Sidarous holds a lien senior to CAL II or whether the documents attached to the Response suffice as security agreements are irrelevant.

In his Response, Sidarous claims that he has a lien against the Personal Property based on a Deed of Trust (Response, Exhibit B) and a fixture filing (Response, Exhibit D) – *both recorded with the Los Angeles County Recorder's Office*. Whether or not these documents suffice to grant a security interest, Sidarous does not have a perfected security interest in the Personal Property because he failed to file UCC-1 Financing Statement with the California Secretary of State.

The facts of *In re Bonner*, 2014 WL 890477 (9th Cir. BAP 2014) are very similar to the facts here. In *Bonner*, the debtor executed a promissory note that granted a security interest in medical and office equipment. However, Wallace (the lender) never filed a UCC-1 Financing Statement with the California Secretary of State to perfect her security interest in the named collateral. Bonner subsequently filed bankruptcy and sought to avoid Wallace's unperfected security interest – arguing that as a hypothetical judicial lien creditor, he could avoid the

unperfected security interest using the strong-arm provision of section 544 and preserve that interest for the estate under section 551.

Bonner brought a motion for summary judgment before the bankruptcy court, which granted the motion and held that Wallace's interest was unsecured because he had not filed a UCC-1 with the California Secretary of State to perfect her security interest as against the rights of third parties. Wallace appealed to the United States Bankruptcy Appellate Panel ("BAP").

BAP affirmed the bankruptcy court's ruling and held,

> Section 544(a), the "strong-arm clause," gives a bankruptcy trustee special powers to set aside transfers or liens against property of the bankruptcy estate. Specifically, § 544(a)(1) "grants a trustee in bankruptcy 'the rights and powers of a hypothetical creditor who obtained a judicial lien on all of the property in the estate at the date the petition in bankruptcy was filed.'" *Neilson v. Chang (In re First T.D. & Inv., Inc.)*, 253 F.3d 520, 526 (9th Cir. 2001) (*quoting Brady v. Andrew (In re Commercial W. Fin. Corp.)*, 761 F.2d 1329, 1331 n. 2 (9th Cir.1985) (citing § 544(a)(1)). " 'One of these powers is the ability to take priority over or "avoid" security interests that are unperfected under applicable state law....'" Id. (*quoting In re Commercial W. Fin. Corp.*, 761 F.2d at 1331 n. 2). "Avoiding such interests relegates them to the status of a general unsecured claim." *Id.* (*citing* 5 COLLIER ON BANKRUPTCY ¶¶ 544.02, 544.05 (Lawrence P. King ed., 15th ed. rev.2000)).
>
> The applicable state law in this case, the California Commercial Code ("CAL.COM.CODE"), provides that an unperfected security interest is subordinate to the rights of a "lien creditor." CAL. COM.CODE § 9317, subd. (a)(2). A security interest in accounts receivable and business equipment - *i.e.*, personal property - is perfected by filing a UCC-1 with the California Secretary of State. CAL. COM.CODE § 9310, subd. (a)

In re Bonner, 2014 WL 890477, at *5 (9th Cir.BAP (Cal.), 2014)

Just like Wallace, Sidarous (in this case) never perfected his security interest in accordance with California law by filing a UCC-1 Financial Statement. As a result, the Trustee (as a hypothetical lien creditor) could avoid Sidarous's unperfected security interest in the Personal Property pursuant to section 544(a)(1).

3

As a backup argument, Sidarous asserts that the Trustee is attempting to sell fixtures. However, throughout the Motion, the Trustee states that he is only selling personal property of the estate that are located at the Residence. For clarification, attached as <u>Exhibit 4</u> is a list of Personal Property that will be auctioned. Should the list be amended prior to the proposed auction, the new list will be provided to Sidarous immediately. Like all other creditors, Sidarous is welcome to inspect the goods on the dates that were provided in the Motion.

## II.

## **THE COURT SHOULD APPROVE THE SALE FREE AND CLEAR OF THE PURPORTED LIEN OF SIDAROUS WITH HIS LIEN ATTACHING TO THE PROCEEDS**

The Bankruptcy Court has the power to authorize the sale of property free and clear of liens or interests. *See* 11 U.S.C. § 363(f); *In re Gerwer*, 898 F.2d 730, 733 (9th Cir. 1990).

Section 363(f) of the Bankruptcy Code permits a sale of property "free and clear of any interest in such property of an entity other than the estate" if <u>any one</u> of the following five conditions is met:

(1) applicable nonbankruptcy law permits sale of such property free and clear of such interest;

(2) such entity consents;

(3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;

(4) such interest is in bona fide dispute; or

(5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

11 U.S.C. § 363(f). Section 363(f) is written in the disjunctive; thus, satisfaction of any one of the five conditions is sufficient to sell property free and clear of liens. *See e.g., Citicorp Homeowners Services, Inc. v. Elliot (In re Elliot)*, 94 B.R. 343, 345 (Bankr. E.D. Pa. 1988);

4

*Mutual Life Ins. Co. of New York v. Red Oak Farms, Inc. (In re Red Oak Farms, Inc.)*, 36 B.R. 856, 858 (Bankr. W.D. Mo. 1984).

  In the instant case, Sidarous's security interest is clearly in bona fide dispute – satisfying section 363(f)(4).  Furthermore, Sidarous has a properly recorded Deed a Trust against the Residence.  Based on his own valuation of the Residence in his relief from stay motion [Doc 336], Sidarous enjoys an equity cushion of approximately 19.5% from the real property and the fixtures alone - without resorting to the Personal Property.

  Accordingly, it is appropriate in the instant case to allow the Trustee to sell the Personal Property free and clear of Sidarous's purported lien with his lien attaching to the sale proceeds.

### III.

### **CONCLUSION**

  WHEREFORE, the Trustee prays that the Court overrule the Response and grant the Motion in its entirety.

DATED: July 5, 2022

                LEVENE, NEALE, BENDER, YOO
                & GOLUBCHIK, L.L.P.

              By: */s/ Timothy J. Yoo*
                TIMOTHY J. YOO
                CARMELA T. PAGAY
               Attorneys for Jason M. Rund
                 Chapter 7 Trustee

# EXHIBIT "4"

| Item | Description |
|---|---|
| 1 | A Steinway piano, 1997, 200th anniversary edition, #134/200, Steinway B, S# 546243, with bench. |
| 2 | A cream leather poof (cushion)with fringe, circular, tufted, 36" Dia. X 18" H. |
| 3 | A 19th century Russian icon, 22K Rococo style frame, oil on wood panel, 17.5" H x 15" W. |
| 4 | A pair of diminutive side chairs, tapestry upholstered (as-is), fringed, cross form stretchers, one finial lacking, springs (as-is), upholstery to one back missing parts. |
| 5 | Large set of andirons, brass and wrought iron with dragon motif, 37.5" H. |
| 6 | Pair of polychrome and gilt 19th century standing figures, each holding torches, 27" H. |
| 7 | A French 19th century mythological painting of two figures, oil on canvas, Signed via monogram and dated lower right: HL (Paris) 1837, canvas size 16" H x 13" W, roundel image aperature: 12" Dia. (Pending artist research). |
| 8 | A room sized Indo Persian rug, wool on cotton foundation, foliate and geometric all-over design in browns and reds, 13'5" x 17' approximately, some wear and holes scattered throughout. |
| 9 | A pair of Chinoiserie upholstered armchairs, 20th century, yellow foliate upholstery, custom. |
| 10 | A Late 20th century, round lamp table, 18th century-style, fruitwood and git highlights, 30" Dia. x 28" H. |
| 11 | A mosaic wall panel depicting two women in interior, 48" H x 41" W, with minor losses, Late 19th/ Early 20th century. |
| 12 | A square side table with lower shelf and scroll legs, fruitwood, single drawer, 20th century reproduction. |
| 13 | A Persian carpet, with lattice motif, approximately 7 x 9', shows considerable wear. |
| 14 | An Italian side table, with inlaid wood top, scrolled cross stretcher, early 20th century reconstruction with older components, 30" H x 47" W x 23.5" D. |
| 15 | A pair of boudoir lamps, polychromed and gesso wood, quatrefoil shield with clip on shades, electrified. |
| 16 | A pair of Northern Italian carved giltwood mirrors, lacking candle sconces, Late 18th/early 19th century, 77" H x 46" W, as-is with repairs and losses. |
| 17 | A pair of Contemporary Japanned-styled black lacquered side tables, tray tops and flared bases, 20.5" H x 26" W x 26" W. |
| 18 | A Contemporary French bronze figurative vase, Signed: A. Basso, possibly for Angelo Basso (b. 1943, Italian) 2000, ed: 74/175, Art Nouveaux style. |
| 19 | A 19th century Victorian wax shrine with domed case, gilt birds and crown on pillow, 20" H. |
| 20 | A Guerdon brass table with black marble side table, eagle motif, 29" Dia. X 29" H. |
| 21 | A Guerdon brass table with black marble, goose motif, 29" Dia. X 30" H. |
| 22 | A burlwood library table, 20th century, single drawer, unmarked, round tapered legs, 32" H x 72" W x 36" D. |
| 23 | A leather armchair in Regency style, diamond stitched motif, with tag: Rose Tarlow, Melrose House, LA, CA. |
| 24 | A group of Chinese ceramics including: an earthenware vase, a covered jar, a white bowl, a blue square bowl, a bottleneck vase, a lidded jar with four supports to neck, a tall urn-form vase, a low dish, 8 pieces total. |
| 25 | A Neo Classical armchair, 20th century reproduction gilt with burgundy, gold fabric. |
| 26 | A Late 18th/early 19th century religious icon, possibly Italian, depicting mother and child, 38.5" H x 28" W. |
| 27 | A Glenna Goodacre (1939-2020, New Mexico) Patinated bronze of woman praying, on pedestal, Dated: 2002 ed:18/25, 21' H. |
| 28 | A pair of crewel panels depicting foliate motif, as-is, age separations and losses to foundational fabric commensurate with age, panel size: 76" H x 45" W, Overall: 98" H x 68" W. |
| 29 | A pair of brass fluted jardinières, with tapered and scalloped form, 22.5" H x 24" W. |
| 30 | A Phillip Plein PP Duffle/Travel bag, snakeskin weekender, 12" H x 22' W double handle with long strap. |
| 31 | A group of sports memorabilia including: A signed New York Yankees black & white photograph, c.1958; a signed basketball, three signed footballs and pair of boxing gloves. |
| 32 | Two works: Gerald Rahm (b. 1951, American) Both architectural exteriors, oil pastel, each: 16" H x 22" W. |
| 33 | A Joan Miro color lithograph, 49/50, paper size: 22.5" H x 15" W; plate size: 12" H x 5" W. |
| 34 | An 18th century portrait: possibly Aelbert Jacobsz Cuyp (1620-1691, Netherlands) Oil on canvas laid to canvas with new stretcher bars, portrait of a man, gilt and red frame, 12" H x 9.5" W. |
| 35 | Etching, 1977 from the blue guitar portfolio, plate 14, etching, 13.5" H x 16.75" W, signed lower right: David Hockney ed: 121/200, Albert White Gallery, Canada. |
| 36 | A Continental work on paper, chiaroscuro grisaille, study of an angel in giltwood frame, appears unsigned, 16' H x 13.5' W overall. |
| 37 | A 18th century Continental icon painting on wood panel, 23" H x 15" W. |
| 38 | An early 19th century French carved oak figural with polychrome, 35" H. |
| 39 | A Madonna and child enthroned icon, Italian, 20th century, after a 14th century image - possibly lithographed. |
| 40 | A Russian icon, encased in shadowbox with hinged door, mid 19th century, 18.5' H x 16.75" W. |
| 41 | A French carved wood figurative sculpture of a woman, on associated base, 36" H. |
| 42 | A 18/19th Italian carved cardinal, 61" H with losses of hands and arms. |
| 43 | A Spanish/Italian gesso figural, woman with metal crown, polychrome, 18' H . |
| 44 | A Glenna Goodacre (1939-2020, New Mexico) Old Norse cross, patinated bronze, 48" H. |
| 45 | A 20th century silvered crucifix set with lapis cabochons, possibly sterling, Eastern European/Russian, with wood backing, 20" H x 15.5" W. |
| 46 | A Russian icon, Early 20th century, St. George and the Dragon in later shadowbox frame, 22" H x 20" W. |
| 47 | A Russian icon, 19th century, 12.5" H x 10.5" W. |
| 48 | A set of patio furniture including: a three cushion sofa, 2 side chairs, . |
| 49 | Four patio lounge chairs, wrought iron (cast aluminum/ steel). |

| Item | Description |
|---|---|
| 50 | A pair of tile inset Italian tile top tables. |
| 51 | 4 matching side tables, Italian tile tops. |
| 52 | A Glenna Goodacre (1939-2020, New Mexico) "Crossing the Parairie," 2000, Patinated bronze of woman holding child, Arizona Bronze foundry mark, ed: 4/11, 70" H Book in library to accompany this lot. Literature: G. Goodacre, Glenna Goodacre, Sculpture, Santa Fe, New Mexico, 2009, p. 2, 5, and 238, illustrated |
| 53 | Cast iron Chinese table and 5 chairs. |
| 54 | 1 couch, 2 armchairs, 2 side chairs and 1 ottoman (steel and/or alumnimum) and upholstered cushions. |
| 55 | Terracotta maiden sculpture 58". Signed. |
| 56 | Teracotta maiden with flowers 56". Signed |
| 57 | Misc designer clothing and accessories. |
| 58 | Bronze statue of a baseball pitcher. 28" excluding base. Signed Blair Buswell |
| 59 | Pair of patinated bronze 20th century torcheres in the form of a man and woman holding a torch. 65" each. . |
| 60 | Club chair w/natural tan leather . |
| 61 | Mens designer suits and accessories including Gucci mens loafers. Gentlyworn. Price tag $2,000, still in box |
| 62 | Carved and giltwood mirror 40 x 32" beveled. 20th cenutry. . |
| 62 | 2 chairs with ottomans (condition issues; some staining). |
| 63 | Tapestry of a maiden. Framed. 61 x 39", appears unsigned. |
| 64 | 2 prints of fish in floating frames. Paper size 21" x 31.5". |
| 65 | Continental wall mirror, carved giltwood. . |
| 66 | Continental carved giltwood settee, Upholstery: Lee Jofa. |
| 67 | Group of 4 framed botanical illustrations |
| 68 | Federal style antique bookcase with mahogany finish. |
| 69 | Pair of stools: carved wood walnut finish and mohair upholstery. |
| 70 | Pair of Zebrawood lamp tables (drum lamp tables). |
| 71 | Pair of contemporary lamps . |
| 72 | Late 19th century bentwood armchair with leather and tufted upholstery. |
| 73 | Palace size floral area rug. Silk pile on silk foundation. 139" x 208". Excessive wear to pile and a 6 inch split. Wear to foundation cords. As-Is. |
| 74 | Print of birds (over mantle). Paper size 17.5 x 24". |
| 75 | Miro Lithograph. Sightsize 7.5 x 7.75"; plate size 7.5 x 5". |
| 76 | closet: men's designer clothing and shoes (TBC). |
| 77 | Small Persian rug with central medallion and floral border. Wool and cotton foundation. Mid 20th century |
| 78 | A contemporary desk w/two drawers and klismos style chair. |
| 79 | small crystal animals and misc bric-a-brac (hippo in master bedroom). |
| 80 | Italian modern bent glass cocktail table. . |
| 81 | Pasadena bridge view painting. Gouache. Contemporary. 6.5" x 19.5" Signed illegibly lower right |
| 82 | Pasadena Colorado St. Bridge painting. Oil on canvas. Signed illegibly lower right. 18 x 24". . |
| 83 | Mosaic wall panel of a dolphin . |
| 84 | Baccarat - misc wine stems: 19. |
| 85 | Oval Mirror: carved and giltwood. 39 x 27". |
| 86 | Two watercolors after Raphael: Madonna and Angels. Giltwood frames. Sight size 10.5"D each. |
| 87 | Italian wall mounted Micromosaic. |
| 88 | Small portrait of a Lady. Signed verso Tchoumakov (Feodor Petrovich Tchoumakov 1823-1911 Russian Federation) Oil on panel. 6" x 5". |
| 89 | Biedermeier style 3-drawer commode. 2nd quarter of 20th century. 35.5" x 51.5" x 22". Pine. |
| 90 | Console table. Marble top with black lacquer and chinoiserie decoration. 34.25 x 72" x 20" D. |
| 91 | Crystal candelabra. Clear and frosted glass, possibly Cambridge glass or Baccarat? 21.5" H. |
| 92 | Hollywood Regency style rectangular wall mirror. . |
| 93 | Style of Buccellati. Italian silver Stag covered centerpiece. Appears unmarked. 14.25" x 19.5" x 14.5". |
| 94 | Large Persian area rug. wool on cotton foundation. Excessive wear of pile to foundation. . |
| 95 | Queen Anne style dropleaf end table. |
| 96 | Dining room table, mahogany, contemporary. Seats 10. |
| 97 | 8 leather dining chairs . |
| 98 | Pair of armchairs in chinoiserie style with cane back. Made by Rose Tarlow, Melrose House Los Angeles. |
| 99 | Nantucket-style basket. |
| 100 | Punchbowl with 12 cups, underplate and ladel |
| 101 | Punchbowl with 12 cups, underplate and ladel |
| 102 | Steuben small hippo, Baccarat birds and other small crystal objects |
| 103 | Set of Chinese lidded glazed vessels. As-is. Chips to lid and rim. Tallest 8.25". |
| 104 | Japanese Imari vase. 14.5"H. Early 20th century. . |
| 105 | Italian carved and giltwood pricket sticks. 19th century or older. 27.75" H. |
| 106 | Butler's tray. Late 18th or early 19th century. Floral marquetry with satinwood banding. Brass handles. Shrinkage and cracks. 27.75 x 19.25". |
| 107 | German prayer book. 18th century. Other antique books. |
| 108 | Pair of continental carved and giltwood wall shelves. 16"H x 15.5" . |
| 109 | Oscar Bach style patinated bronze end table with inset marble top. 21.25 x 24.75 x 12 . |
| 110 | Chaise lounge, tufted. 87" L x 44" W x 38" H. |

| Item | Description |
|---|---|
| 111 | Persian area rug. Wool on cotton foundation. Overall floral motif. Dimensions: 144" x 107". As-is localized wear to foundation, fringe and selvege edge |
| 112 | 19th century painted and polychrome cabinet, continental Kunstkammer. Top married to base. Overly restored. 64.5" H x 41.75" W x 19" D. |
| 113 | A pair of stylized wingback armchairs. Cream upholstery, turned walnut legs. . |
| 114 | Carved and gilt polychrome library table with inset puddingstone marble top. Italian. 31.25" H x 70.75" L x 55"D. |
| 115 | Japanese bronze jardinere. Late Meiji. 9.5" H. Dia 19". |
| 116 | Italian pricket candlesticks. Carved and polychrome. 21"H. 19th century or older |
| 117 | Taschen GOAT - Greatest of All Time" Tribute to Muhammad Ali Collector's Edition presentation book |
| 118 | A group of misc. Precolumbian fragments. |
| 119 | Leatherback chairs with metal tacking, stretcher walnut. . |
| 120 | 17th c Dutch, Portrait of an old man. Oil on canvas. 20.5 x 17.5" craquelure throughout. Artist unknown. Appears unsigned |
| 121 | Persian rug. 130 x 97". Localized pile wear throughout. Wool on cotton foundation. . |
| 122 | 17th c portrait of figure in red robe and tablet. Oil on canvas. Appears unsigned. Craquelure throughout. |
| 123 | Pair of sofas. Upholstered in silk damask. Bronze tacking. |
| 124 | Pair of Orient & Flume American studio art glass vases. Tallest 9.5" . |
| 125 | Ammonite sprial shell fossil. |
| 126 | Rock crystal spheres. |
| 127 | Art Glass Paperweights (4). |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **REPLY TO RESPONSE OF ARSANI SIDAROUS TO CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING EMPLOYMENT OF JOHN MORAN AUCTIONEERS, INC. AS AUCTIONEER; (2) AUTHORIZING SALE OF CERTAIN PERSONAL PROPERTY OF THE ESTATE; AND (3) AUTHORIZING ABANDONMENT OR DESTRUCTION OF CERTAIN PERSONAL PROPERTY OF THE ESTATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 5, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Rafey Balabanian**     rbalabanian@edelson.com, docket@edelson.com
- **Shraddha Bharatia**     notices@becket-lee.com
- **Ori S Blumenfeld**     oblumenfeld@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com
- **Evan C Borges**     eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Richard D Buckley**     richard.buckley@arentfox.com
- **Indira J. Cameron-Banks**     indira@cameron-banks.com, tiffany@cameronbankslaw.com
- **Marie E Christiansen**     mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**     jcrastz@hrhlaw.com
- **Ashleigh A Danker**     adanker731@gmail.com
- **Clifford S Davidson**     csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- **Joseph C Delmotte**     ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- **Lei Lei Wang Ekvall - DECEASED -**     lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Timothy W Evanston**     tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**     Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**     , jimfinsten@hotmail.com
- **James J Finsten**     jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- **Alan W Forsley**     alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Larry W Gabriel**     lgabrielaw@outlook.com, tinadow17@gmail.com
- **Robert P Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Eric D Goldberg**     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Andrew Goodman**     agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**     suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov;vanessa.holton@calbar.ca.gov;robert.retana@calbar.ca.gov
- **M. Jonathan Hayes**     jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

- **Marshall J Hogan**   mhogan@swlaw.com, knestuk@swlaw.com
- **Bradford G Hughes**   bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- **Brandon J Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **Lewis R Landau**   Lew@Landaunet.com
- **Craig G Margulies**   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Peter J Mastan**   peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**   ematthai@romalaw.com, lrobie@romalaw.com
- **Daniel J McCarthy**   dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- **Jack Meyer**   jmeyer@ggtriallaw.com
- **Elissa Miller**   emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- **Eric A Mitnick**   MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Scott Olson**   scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Carmela Pagay**   ctp@lnbyg.com
- **Carmela Pagay**   ctp@lnbyb.com
- **Ambrish B Patel**   apatelEl@americaninfosource.com
- **Leonard Pena**   lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**   mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **Matthew D. Resnik**   matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Kevin C Ronk**   Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Jason M Rund (TR)**   trustee@srlawyers.com, jrund@ecf.axosfs.com
- **William F Savino**   wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Najah J Shariff**   najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **Gary A Starre**   gastarre@gmail.com, mmoonniiee@gmail.com
- **Richard P Steelman**   rps@lnbyg.com, john@lnbyb.com
- **Philip E Strok**   pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Terrence Swinson**   terrenceswinson@gmail.com
- **Boris Treyzon**   btreyzon@actslaw.com, sgonzales@actslaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Christopher K.S. Wong**   christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Timothy J Yoo**   tjy@lnbyb.com

**2. SERVED BY UNITED STATES MAIL**: On **July 5, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

☐ *Service information continued on attached page*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-3.1.PROOF.SERVICE**

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 5, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 5, 2022 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                        **F 9013-3.1.PROOF.SERVICE**