Robert P. Goe - State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
rgoe@goeforlaw.com
biskander@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Secured Creditor Arsani Sidarous

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**STIPULATION BETWEEN SECURED CREDITOR ARSANI SIDAROUS AND THE CHAPTER 7 TRUSTEE TO RESOLVE RESPONSE TO MOTION FOR ORDER (1) AUTHORIZING EMPLOYMENT OF JOHN MORAN AUCTIONEERS, INC. AS AUCTIONEER; (2) AUTHORIZING SALE OF CERTAIN PERSONAL PROPERTY OF THE ESTATE; AND (3) AUTHORIZING ABANDONMENT OR DESTRUCTION OF CERTAIN PERSONAL PROPERTY OF THE ESTATE**<br><br>**[MOTION DOCKET NO. 342]**<br><br>Hearing Date: July 12, 2022<br>Time:         10:00 a.m.<br>Place:        Courtroom 1668<br>              Roybal Federal Building<br>              255 E. Temple Street<br>              Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:**

Secured creditor Arsani Sidarous by and through his attorney, Robert P. Goe of Goe Forsythe & Hodges LLP, and Jason M. Rund, Chapter 7 trustee ("Trustee") for the bankruptcy estate of Thomas Vincent Girardi ("Debtor"), by and through his attorney Timothy J. Yoo of Levene, Neale, Bender, Yoo & Golubchik LLP (collectively referred to herein as the "Parties") hereby agree and stipulate based on the following:

**I.    RECITALS**

1. On June 21, 2022, the Trustee filed a Motion for Order: (1) Authorizing Employment of John Moran Auctioneers, Inc. as Auctioneer; (2) Authorizing Sale of Certain Personal Property of the Estate; and (3) Authorizing Abandonment or Destruction of Certain Personal Property of the Estate (Docket No. 342) ("Auction Motion").

2. Through the Auction Motion, the Trustee seeks authority to (1) move and sell at auction personal property currently located at the real property located at 100 N. Los Altos Drive, Pasadena, CA 91105, (2) to authorize the employment of an auctioneer for this purpose, and (3) authorize payment of an auctioneer's fee in exchange for the foregoing services.

3. On June 28, 2022, Arsani Sidarous filed his Response to the Auction Motion, arguing that he is secured by the personal property and that a sale may not go forward without his consent and payment in full of his lien.

4. On July 5, 2022, the Trustee filed his Reply to Sidarous's Response.

5. The Parties have met and conferred regarding the Auction Motion and have agreed to resolve the issues raised in the Response as follows:

///

///

///

2

## II. STIPULATION

Based on the foregoing, Arsani Sidarous (1) withdraws his objection to the Auction Motion provided that his lien will attach to the proceeds from the auction in the same validity and priority as before the sale, (2) does not object to auctioneer's employment or payment of his fees, and the Trustee will provide Arsani Sidarous with an accounting of the proceeds from the proposed auction sale.

Dated: July 8, 2022                                **GOE FORSYTHE & HODGES LLP**

By: /s/ Robert P. Goe
    Robert P. Goe
    Brandon J. Iskander
    Attorneys for Arsani Sidarous

Dated: July 8, 2022                                **LEVENE, NEALE, BENDER, YOO & GOLUBCHIK LLP**

By: /s/ Carmela T. Pagay
    Timothy J. Yoo
    Carmela T. Pagay
    Attorneys Jason M. Rund, Chapter 7
    Trustee for the bankruptcy estate of
    Thomas Vincent Girardi

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN SECURED CREDITOR ARSANI SIDAROUS AND THE CHAPTER 7 TRUSTEE TO RESOLVE RESPONSE TO MOTION FOR ORDER (1) AUTHORIZING EMPLOYMENT OF JOHN MORAN AUCTIONEERS, INC. AS AUCTIONEER; (2) AUTHORIZING SALE OF CERTAIN PERSONAL PROPERTY OF THE ESTATE; AND (3) AUTHORIZING ABANDONMENT OR DESTRUCTION OF CERTAIN PERSONAL PROPERTY OF THE ESTATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 8, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 8, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 8, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Barry Russell, USBC, 255 East Temple Street, Los Angeles, CA 90012 (SUSPENDED DUE TO COVID-19 PROTOCOLS)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 8, 2022 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **Rafey Balabanian**   rbalabanian@edelson.com, docket@edelson.com
- **Shraddha Bharatia**   notices@becket-lee.com
- **Ori S Blumenfeld**   oblumenfeld@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com
- **Evan C Borges**   eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Richard D Buckley**   richard.buckley@arentfox.com
- **Indira J. Cameron-Banks**   indira@cameron-banks.com, tiffany@cameronbankslaw.com
- **Marie E Christiansen**   mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**   jcrastz@hrhlaw.com
- **Ashleigh A Danker**   adanker731@gmail.com
- **Clifford S Davidson**   csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- **Joseph C Delmotte**   ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- **Lei Lei Wang Ekvall - DECEASED -**   lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Timothy W Evanston**   tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**   Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**    , jimfinsten@hotmail.com
- **James J Finsten**   jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- **Alan W Forsley**   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Larry W Gabriel**   lgabrielaw@outlook.com, tinadow17@gmail.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Andrew Goodman**   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**   suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov;vanessa.holton@calbar.ca.gov;robert.retana@calbar.ca.gov
- **M. Jonathan Hayes**   jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Marshall J Hogan**   mhogan@swlaw.com, knestuk@swlaw.com
- **Bradford G Hughes**   bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- **Brandon J Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **Lewis R Landau**   Lew@Landaunet.com
- **Craig G Margulies**   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Peter J Mastan**   peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**   ematthai@romalaw.com, lrobie@romalaw.com
- **Daniel J McCarthy**   dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- **Jack Meyer**   jmeyer@ggtriallaw.com
- **Elissa Miller**   emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- **Eric A Mitnick**   MitnickLaw@aol.com, mitnicklaw@gmail.com

- **Scott Olson**  scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Carmela Pagay**  ctp@lnbyg.com
- **Carmela Pagay**  ctp@lnbyb.com
- **Ambrish B Patel**  apatelEl@americaninfosource.com
- **Leonard Pena**  lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**  mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **Matthew D. Resnik**  matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Kevin C Ronk**  Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Jason M Rund (TR)**  trustee@srlawyers.com, jrund@ecf.axosfs.com
- **William F Savino**  wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Najah J Shariff**  najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **Gary A Starre**  gastarre@gmail.com, mmoonniiee@gmail.com
- **Richard P Steelman**  rps@lnbyg.com, john@lnbyb.com
- **Philip E Strok**  pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Terrence Swinson**  terrenceswinson@gmail.com
- **Boris Treyzon**  btreyzon@actslaw.com, sgonzales@actslaw.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Christopher K.S. Wong**  christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Timothy J Yoo**  tjy@lnbyb.com