United States Bankruptcy Court

Central District of California

In re:  
Thomas Vincent Girardi  
    Debtor

Case No. 20-21020-BR  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 4  
Date Rcvd: Jul 12, 2022      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thomas Vincent Girardi, 1126 Wilshire Boulevard, Los Angeles, CA 90017-1904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan W Forsley | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| Alan W Forsley | on behalf of Plaintiff Christina Fulton alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| Alan W Forsley | on behalf of Creditor C.F.  an individual alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| Ambrish B Patel | on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST"  or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port apatelEI@americaninfosource.com |
| Andrew Goodman | on behalf of Petitioning Creditor Jill O'Callahan agoodman@andyglaw.com  Goodman.AndrewR102467@notify.bestcase.com |

Case 2:20-bk-21020-BR    Doc 358    Filed 07/14/22    Entered 07/14/22 21:20:17    Desc
Imaged Certificate of Notice    Page 2 of 7

| District/off: 0973-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Andrew Goodman
    on behalf of Petitioning Creditor Robert M. Keese agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman
    on behalf of Attorney William F Savino agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman
    on behalf of Petitioning Creditor Erika Saldana agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman
    on behalf of Petitioning Creditor John Abassian agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman
    on behalf of Petitioning Creditor Kimberly Archie agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman
    on behalf of Petitioning Creditor Virginia Antonio agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Ashleigh A Danker
    on behalf of Interested Party Courtesy NEF adanker731@gmail.com

Boris Treyzon
    on behalf of Interested Party Courtesy NEF btreyzon@actslaw.com sgonzales@actslaw.com

Bradford G Hughes
    on behalf of Interested Party Courtesy NEF bhughes@Clarkhill.com mdelosreyes@clarkhill.com

Brandon J Iskander
    on behalf of Creditor Arsani Sidarous biskander@goeforlaw.com kmurphy@goeforlaw.com

Carmela Pagay
    on behalf of Plaintiff JASON M RUND ctp@lnbyb.com

Carmela Pagay
    on behalf of Trustee Jason M Rund (TR) ctp@lnbyb.com

Carmela Pagay
    on behalf of Plaintiff Jason M. Rund ctp@lnbyg.com

Christopher K.S. Wong
    on behalf of Interested Party L.A. Arena Funding LLC christopher.wong@arentfox.com, yvonne.li@arentfox.com

Clifford S Davidson
    on behalf of Creditor California Attorney Lending II Inc. csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com

Craig G Margulies
    on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies
    on behalf of Plaintiff Jaime Ruigomez Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies
    on behalf of Plaintiff Joseph Ruigomez Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies
    on behalf of Plaintiff Kathleen Ruigomez Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Daniel J McCarthy
    on behalf of Special Counsel ABIR COHEN TREYZON SALO LLP, a California limited liability partnership dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com

Edith R. Matthai
    on behalf of Interested Party Courtesy NEF ematthai@romalaw.com lrobie@romalaw.com

Elissa Miller
    on behalf of Interested Party Courtesy NEF elissa.miller@gmlaw.com elissa.miller@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

Eric A Mitnick
    on behalf of Interested Party Courtesy NEF MitnickLaw@aol.com mitnicklaw@gmail.com

Eric D Goldberg
    on behalf of Creditor Stillwell Madison LLC eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Evan C Borges
    on behalf of Interested Party Erika Girardi eborges@ggtriallaw.com cwinsten@ggtriallaw.com

Gary A Starre

Case 2:20-bk-21020-BR    Doc 358    Filed 07/14/22    Entered 07/14/22 21:20:17    Desc
Imaged Certificate of Notice    Page 3 of 7

| District/off: 0973-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Karen Girardi gastarre@gmail.com mmoonniiee@gmail.com |
| Gary A Starre | |
| | on behalf of Interested Party Gary A Starre gastarre@gmail.com mmoonniiee@gmail.com |
| Indira J. Cameron-Banks | |
| | on behalf of Creditor Jaime Ruigomez indira@cameron-banks.com tiffany@cameronbankslaw.com |
| Indira J. Cameron-Banks | |
| | on behalf of Creditor Kathleen Ruigomez indira@cameron-banks.com tiffany@cameronbankslaw.com |
| Indira J. Cameron-Banks | |
| | on behalf of Creditor Joseph Ruigomez indira@cameron-banks.com tiffany@cameronbankslaw.com |
| Jack Meyer | |
| | on behalf of Interested Party Courtesy NEF jmeyer@ggtriallaw.com |
| James J Finsten | |
| | on behalf of Interested Party Courtesy NEF jfinsten@lurie-zepeda.com jimfinsten@hotmail.com |
| Jason M Rund (TR) | |
| | trustee@srlawyers.com jrund@ecf.axosfs.com |
| Jennifer Witherell Crastz | |
| | on behalf of Creditor Wells Fargo Vendor Financial Services Inc. jcrastz@hrhlaw.com |
| Jeremy Faith | |
| | on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com |
| Joseph C Delmotte | |
| | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Kevin C Ronk | |
| | on behalf of Creditor U.S. Legal Support Inc. Kevin@portilloronk.com, Attorneys@portilloronk.com |
| Larry W Gabriel | |
| | on behalf of Interested Party Larry W. Gabriel lgabrielaw@outlook.com tinadow17@gmail.com |
| Lei Lei Wang Ekvall - DECEASED - | |
| | on behalf of Interested Party Courtesy NEF lekvall@swelawfirm.com lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Leonard Pena | |
| | on behalf of Interested Party Robert Girardi lpena@penalaw.com penasomaecf@gmail.com;penalr72746@notify.bestcase.com |
| Lewis R Landau | |
| | on behalf of Interested Party Courtesy NEF Lew@Landaunet.com |
| M. Jonathan Hayes | |
| | on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com |
| Marie E Christiansen | |
| | on behalf of Creditor KCC Class Action Services LLC mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com |
| Marshall J Hogan | |
| | on behalf of Creditor California Attorney Lending II Inc. mhogan@swlaw.com, knestuk@swlaw.com |
| Matthew D. Resnik | |
| | on behalf of Interested Party Courtesy NEF matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| Michael J Quinn | |
| | on behalf of Creditor KCC Class Action Services LLC mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com |
| Najah J Shariff | |
| | on behalf of Interested Party Courtesy NEF najah.shariff@usdoj.gov USACAC.criminal@usdoj.gov |
| Ori S Blumenfeld | |
| | on behalf of Plaintiff Jaime Ruigomez oblumenfeld@laklawyers.com nlessard@laklawyers.com;smcfadden@laklawyers.com |
| Ori S Blumenfeld | |
| | on behalf of Plaintiff Kathleen Ruigomez oblumenfeld@laklawyers.com nlessard@laklawyers.com;smcfadden@laklawyers.com |
| Ori S Blumenfeld | |
| | on behalf of Interested Party Courtesy NEF oblumenfeld@laklawyers.com nlessard@laklawyers.com;smcfadden@laklawyers.com |

Case 2:20-bk-21020-BR    Doc 358    Filed 07/14/22    Entered 07/14/22 21:20:17    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0973-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Ori S Blumenfeld
 on behalf of Plaintiff Joseph Ruigomez oblumenfeld@laklawyers.com nlessard@laklawyers.com;smcfadden@laklawyers.com

Ori S Blumenfeld
 on behalf of Creditor Joseph Ruigomez oblumenfeld@laklawyers.com nlessard@laklawyers.com;smcfadden@laklawyers.com

Peter J Mastan
 on behalf of Interested Party Courtesy NEF peter.mastan@dinsmore.com SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com

Philip E Strok
 on behalf of Interested Party Elissa D. Miller pstrok@swelawfirm.com gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Philip E Strok
 on behalf of Interested Party Courtesy NEF pstrok@swelawfirm.com gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Rafey Balabanian
 on behalf of Creditor Edelson PC rbalabanian@edelson.com docket@edelson.com

Razmig Izakelian
 on behalf of Creditor Frantz Law Group APLC razmigizakelian@quinnemanuel.com

Richard D Buckley
 on behalf of Interested Party L.A. Arena Funding LLC richard.buckley@arentfox.com

Richard P Steelman, Jr
 on behalf of Plaintiff JASON M RUND rps@lnbyg.com john@lnbyb.com

Robert P Goe
 on behalf of Creditor ALT Financial Network Inc. kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
 on behalf of Creditor Arsani Sidarous kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Ronald N Richards
 on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com

Scott Olson
 on behalf of Creditor KCC Class Action Services LLC scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com

Shraddha Bharatia
 on behalf of Interested Party Courtesy NEF notices@becket-lee.com

Suzanne C Grandt
 on behalf of Interested Party The State Bar of California suzanne.grandt@calbar.ca.gov joan.randolph@calbar.ca.gov;vanessa.holton@calbar.ca.gov;robert.retana@calbar.ca.gov

Terrence Swinson
 on behalf of Creditor Judy Selberg terrenceswinson@gmail.com

Timothy J Yoo
 on behalf of Interested Party Courtesy NEF tjy@lnbyb.com

Timothy J Yoo
 on behalf of Plaintiff JASON M RUND tjy@lnbyb.com

Timothy J Yoo
 on behalf of Plaintiff Jason M. Rund tjy@lnbyb.com

Timothy J Yoo
 on behalf of Trustee Jason M Rund (TR) tjy@lnbyb.com

Timothy W Evanston
 on behalf of Interested Party Elissa D. Miller tevanston@swelawfirm.com gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Timothy W Evanston
 on behalf of Interested Party Courtesy NEF tevanston@swelawfirm.com gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

United States Trustee (LA)
 ustpregion16.la.ecf@usdoj.gov

William F Savino
 on behalf of Creditor California Attorney Lending II Inc. wsavino@woodsoviatt.com, lherald@woodsoviatt.com

TOTAL: 79

```
TIMOTHY J. YOO (SBN 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (SBN 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee
```

**FILED & ENTERED**

**JUL 12 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** toliver **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>                              Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**ORDER: (1) AUTHORIZING EMPLOYMENT OF JOHN MORAN AUCTIONEERS, INC. AS AUCTIONEER; (2) AUTHORIZING SALE OF CERTAIN PERSONAL PROPERTY OF THE ESTATE; AND (3) AUTHORIZING ABANDONMENT OR DESTRUCTION OF CERTAIN PERSONAL PROPERTY OF THE ESTATE**<br><br>Date:   July 12, 2022<br>Time:  10:00 a.m.<br>Place:  Courtroom 1668<br>            U.S. Bankruptcy Court<br>            255 E. Temple Street<br>            Los Angeles, California |

A hearing was scheduled at the above-referenced date, time, and location for the Court to consider the *Chapter 7 Trustee's Motion for Order: (1) Authorizing Employment of John Moran Auctioneers, Inc. as Auctioneer; (2) Authorizing Sale of Certain Personal Property of the Estate; and (3) Authorizing Abandonment or Destruction of Certain Personal Property of the*

*Estate* [Doc 341] (the "Motion"),[1] filed by Jason M. Rund, the Chapter 7 Trustee (the "Trustee") for the estate of Thomas Vincent Girardi, the debtor herein (the "Debtor"). The Court waived appearances for the hearing on the Motion pursuant to the order entered on July 11, 2022 [Doc 353] approving the Stipulation between Secured Creditor Arsani Sidarous and the Chapter 7 Trustee to Resolve Response to Auction Motion [Doc 351] (the "Stipulation").

Upon consideration of the Motion and all papers filed in support of the Motion, the Stipulation, and for good cause appearing,

**THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:**

1. The notice given by the Trustee in connection with the Motion is adequate, sufficient, and proper and complies with all applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules.

2. The Motion is granted.

3. The Trustee is authorized to employ John Moran Auctioneers, Inc. (the "Auctioneer") as auctioneer on the terms set forth in the Motion.

4. The Trustee, acting by and through the Auctioneer, is hereby authorized to auction and sell the Personal Property for the benefit of the Debtor's bankruptcy estate pursuant to 11 U.S.C. § 363.

5. The Trustee is hereby authorized to pay the pay the Auctioneer's commission, buyer's premium and expenses upon receipt and approval by the Trustee of the Report of Auctioneer.

6. The Trustee shall provide Arsani Sidarous with an accounting of the proceeds of the auction.

7. The lien asserted by Arsani Sidarous shall attach to the proceeds of the auction in the same validity and priority as it existed prior to the sale.

///

///

---

[1] Capitalized terms not otherwise defined herein have the same meanings ascribed to them in the Motion.

8. The Trustee is hereby authorized and empowered to execute and deliver on behalf of the estate any and all documents as reasonably may be necessary to implement the terms of the proposed sale of the Personal Property.

9. The Trustee is hereby authorized (a) to abandon or donate any Personal Property. that cannot be sold by the Auctioneer, without further order of the Court, and (b) to the extent there are records containing "personally identifiable information" as defined in section 101(41A), to destroy them and pay for the costs from estate funds.

10. The 14-day stay provided by Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is hereby waived.

**IT IS SO ORDERED.**

### ###

Date: July 12, 2022

_____
Barry Russell
United States Bankruptcy Judge

3