| | |
|---|---|
| 1 | Robert P. Goe - State Bar No. 137019 |
| | **GOE FORSYTHE & HODGES LLP** |
| 2 | 18101 Von Karman Avenue, Suite 1200 |
| | Irvine, CA 92612 |
| 3 | rgoe@goeforlaw.com |
| | Telephone:  (949) 798-2460 |
| 4 | Facsimile:   (949) 955-9437 |
| 5 | Attorneys for Arsani Sidarous |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| | |
|---|---|
| In re: | Case No. 2:20-bk-21020-BR |
| THOMAS VINCENT GIRARDI, | Chapter 7 |
| Debtor. | **JOINT STIPULATION TO CONTINUE MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** |
| | **Old Hearing Date:** |
| | Date:         August 30, 2022 |
| | **New Hearing Date:** |
| | Date:         October ____, 2022 |
| | Time:        10:00 a.m. |
| | Location:   Courtroom 1668 |
| | 255 East Temple Street |
| | Los Angeles, CA 90012 |

This joint stipulation ("Stipulation") to continue the hearing on the Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362 (Real Property) ("Motion") [Docket No. 336], in the case of Thomas Vincent Girardi ("Debtor"), is entered into between secured creditor Arsani Sidarous ("Sidarous"), Jason M. Rund, Chapter 7 Trustee ("Trustee"), and Debtor's ex-wife, Karen Girardi ("Karen") (collectively, Sidarous, Trustee and Karen are referred to as the "Parties").

1

**RECITALS**

1. The Parties have been engaged in discussions concerning, among other things, the resolution of the Motion and on June 23, 2022 filed the Stipulation to continue the hearing on the Motion from July 5, 2022 to August 30, 2022 at 1:00 p.m. in Courtroom 1668 of the United States Bankruptcy Court, located at 255 East Temple Street, Los Angeles, CA 90012, which was granted by Order entered June 23, 2022 [Docket No. 346].

**STIPULATION**

The Parties hereby stipulate and agree as follows, that the hearing on the Motion shall be continued from August 30, 2022, to October ____, 2022 at 1:00 p.m. in Courtroom 1668 of the United States Bankruptcy Court, located at 255 East Temple Street, Los Angeles, CA 90012. Opposition and replies should be filed in accordance with the local rules.

**IT IS SO AGREED AND STIPULATED.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 24, 2022

**GOE FORSYTHE & HODGES LLP**

By: /s/Robert P. Goe
   Robert P. Goe
   Attorneys for Arsani Sidarous

Dated: August 24, 2022

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**

By: /s/ Carmela T. Pagay
   Timothy J. Yoo
   Carmela T. Pagay
   Attorneys for Jason M. Rund, Chapter 7 Trustee

Dated: August ____, 2022

**STARRE & COHN**

By: _____
   Gary A. Starre
   Attorneys for Karen Giardi

2

## RECITALS

1. The Parties have been engaged in discussions concerning, among other things, the resolution of the Motion and on June 23, 2022 filed the Stipulation to continue the hearing on the Motion from July 5, 2022 to August 30, 2022 at 1:00 p.m. in Courtroom 1668 of the United States Bankruptcy Court, located at 255 East Temple Street, Los Angeles, CA 90012, which was granted by Order entered June 23, 2022 [Docket No. 346].

## STIPULATION

The Parties hereby stipulate and agree as follows, that the hearing on the Motion shall be continued from August 30, 2022, to October ____, 2022 at 1:00 p.m. in Courtroom 1668 of the United States Bankruptcy Court, located at 255 East Temple Street, Los Angeles, CA 90012. Opposition and replies should be filed in accordance with the local rules.

**IT IS SO AGREED AND STIPULATED.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 24, 2022              **GOE FORSYTHE & HODGES LLP**

                                    By: /s/Robert P. Goe
                                        Robert P. Goe
                                        Attorneys for Arsani Sidarous

Dated: August ____, 2022            **LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**

                                    By: _____
                                        Timothy J. Yoo
                                        Carmela T. Pagay
                                        Attorneys for Jason M. Rund, Chapter 7 Trustee

Dated: August 25, 2022              **STARRE & COHN**

                                    By: /s/ Gary Starre
                                        Gary A. Starre
                                        Attorneys for Karen Giardi

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STIPULATION TO CONTINUE MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 25, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 25, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Barry Russell, USBC, 255 East Spring Street, Ctrm 1668, Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 25, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 25, 2022 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**Mailing Information for Case 2:20-bk-21020-BR**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Rafey Balabanian**    rbalabanian@edelson.com, docket@edelson.com
- **Shraddha Bharatia**    notices@becket-lee.com
- **Ori S Blumenfeld**    oblumenfeld@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com
- **Evan C Borges**    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Richard D Buckley**    richard.buckley@arentfox.com
- **Marie E Christiansen**    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Ashleigh A Danker**    adanker731@gmail.com
- **Clifford S Davidson**    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- **Joseph C Delmotte**    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- **Lei Lei Wang Ekvall - DECEASED -**    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Timothy W Evanston**    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**    , jimfinsten@hotmail.com
- **James J Finsten**    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Larry W Gabriel**    lgabrielaw@outlook.com, tinadow17@gmail.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Andrew Goodman**    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- **M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Marshall J Hogan**    mhogan@swlaw.com, knestuk@swlaw.com
- **Bradford G Hughes**    bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- **Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Lewis R Landau**    Lew@Landaunet.com
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Peter J Mastan**    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**    ematthai@romalaw.com, lrobie@romalaw.com
- **Daniel J McCarthy**    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- **Jack Meyer**    jmeyer@ggtriallaw.com
- **Elissa Miller**    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- **Eric A Mitnick**    MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Scott Olson**    scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Carmela Pagay**    ctp@lnbyg.com

- **Carmela Pagay**  ctp@lnbyb.com
- **Ambrish B Patel**  apatelEI@americaninfosource.com
- **Leonard Pena**  lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**  mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **Matthew D. Resnik**  matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Kevin C Ronk**  Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Jason M Rund (TR)**  trustee@srlawyers.com, jrund@ecf.axosfs.com
- **William F Savino**  wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Najah J Shariff**  najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **Gary A Starre**  gastarre@gmail.com, mmoonniiee@gmail.com
- **Richard P Steelman**  rps@lnbyg.com, john@lnbyb.com
- **Philip E Strok**  pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Terrence Swinson**  terrenceswinson@gmail.com
- **Boris Treyzon**  btreyzon@actslaw.com, sgonzales@actslaw.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Christopher K.S. Wong**  christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Timothy J Yoo**  tjy@lnbyb.com

**SERVED BY UNITED STATES MAIL**:

Compass
42 S Pasadena Ave
Pasadena, CA 91105

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113

Thomas Vincent Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017

Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067

William F Savino
Wood Oviatt Gilman LLP
1900 Main Pl Tower
350 Main Street
Buffalo, NY 14202

Eric Bryan Seuthe
Law Offices of Eric Bryan Seuthe & Assoc
10990 Wilshire Blvd Ste 1420.
Los Angeles, CA 90024

Neil Steiner
Steiner & Libo
11845 W. Olympic Blvd Ste 910W
Los Angeles, CA 90064

Andrew W Zepeda
Lurie, Zepeda, Schmalz, Hogan & Martin
1875 Century Park East Ste 2100
Los Angeles, CA 90067