1  Robert P. Goe - State Bar No. 137019
**GOE FORSYTHE & HODGES LLP**
2  18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
3  rgoe@goeforlaw.com
Telephone:  (949) 798-2460
4  Facsimile:   (949) 955-9437

5  Attorneys for Arsani Sidarous

6

FILED & ENTERED

AUG 25 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK

7              **UNITED STATES BANKRUPTCY COURT**

CHANGES MADE BY COURT

8      **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

9

10  In re:

11  THOMAS VINCENT GIRARDI,

12

13              Debtor.

14

15

16

17

18

19

20

21

Case No. 2:20-bk-21020-BR

Chapter 7

**ORDER APPROVING JOINT
STIPULATION TO CONTINUE
MOTION FOR RELIEF FROM THE
AUTOMATIC STAY UNDER 11 U.S.C. §
362 (REAL PROPERTY)**

**Old Hearing Date:**
Date:          August 30, 2022

**New Hearing Date:**
Date:          October 18, 2022
Time:          10:00 a.m.
Location:    Courtroom 1668
                   255 East Temple Street
                   Los Angeles, CA 90012

22      The Court having considered the joint stipulation ("Stipulation") entered into between

23  secured creditor Arsani Sidarous, Jason M. Rund, Chapter 7 Trustee ("Trustee"), and Debtor's

24  ex-wife, Karen Girardi, filed August 25, 2022 as Docket No. 361 to continue the hearing on the

25  Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362 (Real Property) ("Motion")

26  [Docket No. 336], in the case of Thomas Vincent Girardi ("Debtor"), and good cause appearing,

27      \\\

28

**IT IS ORDERED:**

1.  The Stipulation is approved.

2.  The hearing on the Motion is continued from August 30, 2022 to October 18, 2022 at 10:00 a.m. in Courtroom 1668 of the United States Bankruptcy Court, located at 255 East Temple Street, Los Angeles, CA 90012.

3.  Status report is due fourteen days before the hearing date.

###

Date: August 25, 2022

Barry Russell
United States Bankruptcy Judge