**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445-1000
Facsimile:   714 445-1002

Attorneys for Elissa D. Miller,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**NOTICE OF MOTION FOR ORDER APPROVING COMPROMISE REGARDING ALLOCATION OF CONTINGENCY FEES BETWEEN THE ESTATE, ANGELO WHITE, AND PANISH SHEA & BOYLE LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>**[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]** |

**TO ALL INTERESTED PARTIES:**

   **PLEASE TAKE NOTICE** that Elissa D. Miller, the chapter 7 trustee for the bankruptcy estate of Girardi Keese (the "Trustee"), has filed a *Motion for Order Authorizing Compromise of Controversy Regarding Allocation of Contingency Fees Between the Estate, Angelo White, and Panish Shea & Boyle LLP, Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "Motion").  The Trustee is requesting that the Motion be granted without a hearing as provided in Local Bankruptcy Rule 9013-1(o) unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.  The Motion is summarized as follows:

   1.   The Motion requests approval of a compromise between the bankruptcy estate, Angelo White ("Angelo"), and Panish Shea & Boyle LLP ("PSB") regarding the allocation of the contingency fees earned in an action pending in the Eighth Judicial District Court, for the County of Clark, Nevada.  Prior to the Petition Date, the Debtor and Angelo were retained by Heidi B., Megan K., and Christina S. (the "Clients") to represent

them in actions pending in the Eighth Judicial District Court, for the County of Clark, Nevada, entitled *Rachel Sheppard, et al, v. MGM Resorts International, et al*, Case No. A 18 769752 C (collectively, the "Cases"). The fee agreements with the Clients provide a fee to the Debtor and Angelo based on a percentage of the gross amount of any recovery obtained after the filing of the complaint (collectively, the "Contingency Fees"), plus reimbursement of costs. In 2020, the Debtor associated PSB to prosecute the Cases on behalf of the Clients. The Clients' Cases recently settled and PSB is holding the gross settlement funds for the Clients, which includes funds for the Contingency Fees.

2.      The Trustee, Angelo and PSB have agreed to allocate the Contingency Fees with respect to the Clients' Cases as follows: PSB will receive 35% of the Contingency Fees, and the Trustee and Angelo will share the remaining 65%, with the Trustee receiving 45% and Angelo receiving 55%. By way of example, if a contingency fee is $100.00, PSB will receive $35.00, the Trustee will receive $29.25, and Angelo will receive $35.75. Upon the Court's approval of the Motion, PSB is authorized and directed to disburse the Contingency Fees, in the proportions agreed to by the parties pursuant to the Agreement, to PSB, the Trustee, and Angelo. The Trustee believes the compromise is equitable to all parties. A copy of the Agreement, which fully sets out the terms of the settlement, is attached to the Motion as Exhibit "1."

3.      The settlement is reasonable and in the best interest of the Debtor's Estate. The allocation of the Contingency Fees considers the role and effort put forward by the collaborating attorneys, the ultimate result of the Cases, and the amount of fees and costs at issue. The Trustee believes that the allocation of the Contingency Fees as set forth in the Agreement is fair and reasonable based on the parties' respective roles. The Trustee negotiated the settlement to minimize the risks and costs associated with possible litigation if the parties were unable to arrive at an equitable resolution. In the absence of a consensual resolution, the Estate would have to litigate a quantum meruit claim for fees and costs. The litigation would be time consuming and would require a significant expenditure of the Estate's resources. The Trustee believes that the upside is marginal even if the Trustee were to be successful in the litigation. Moreover, no litigation is without risk. The Trustee evaluated the potential strengths and weaknesses of the Estate's position in the litigation and negotiated the settlement described in the Motion in an effort to maximize the return to creditors. The compromise was entered into in good faith and was negotiated at arm's length.

**DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for hearing is **14 days** after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

If you timely file and serve a written opposition and request for a hearing, the Trustee will file and serve a notice of hearing at least 14 days in advance of the hearing. If you fail to comply with this deadline:

(a)     The Trustee will file a declaration to indicate (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice;

(b)     The Trustee will lodge an order that the Court may use to grant the Motion; and

(c) The Court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice.

DATED: May 26, 2021            SMILEY WANG-EKVALL, LLP

By:  */s/ Lei Lei Wang Ekvall*
LEI LEI WANG EKVALL
Attorneys for Elissa D. Miller,
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION FOR ORDER APPROVING COMPROMISE REGARDING ALLOCATION OF CONTINGENCY FEES BETWEEN THE ESTATE, ANGELO WHITE, AND PANISH SHEA & BOYLE LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 26, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 26, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

```
The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012
```

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 26, 2021 | Gabriela Gomez-Cruz | /s/ Gabriela Gomez-Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
•Rafey Balabanian    rbalabanian@edelson.com, docket@edelson.com
•Michelle Balady    mb@bedfordlg.com, leo@bedfordlg.com
•William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
•Ori S Blumenfeld    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
•Richard D Buckley    richard.buckley@arentfox.com
•Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
•Jennifer Witherell Crastz    jcrastz@hrhlaw.com
•Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
•Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
•Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
•Richard W Esterkin    richard.esterkin@morganlewis.com
•Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
•Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
•James J Finsten    , jimfinsten@hotmail.com
•Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
•Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
•Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
•Suzanne C Grandt    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
•Steven T Gubner    sgubner@bg.law, ecf@bg.law
•Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
•Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
•Razmig Izakelian    razmigizakelian@quinnemanuel.com
•Lewis R Landau    Lew@Landaunet.com
•Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
•Elizabeth A Lombard    elombard@zwickerpc.com, bknotices@zwickerpc.com
•Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
•Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
•Edith R. Matthai    ematthai@romalaw.com, lrobie@romalaw.com
•Kenneth Miller    kmiller@pmcos.com, efilings@pmcos.com
•Elissa Miller (TR)    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
•Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
•Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
•Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
•Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
•David M Reeder    david@reederlaw.com, secretary@reederlaw.com
•Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
•Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
•William F Savino    wsavino@woodsoviatt.com, lherald@woodsoviatt.com
•Kenneth John Shaffer    johnshaffer@quinnemanuel.com
•Richard M Steingard    , awong@steingardlaw.com
•Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
•Boris Treyzon    jfinnerty@actslaw.com, sgonzales@actslaw.com
• United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
•Eric D Winston    ericwinston@quinnemanuel.com
•Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
•Timothy J Yoo    tjy@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE

**SERVED BY UNITED STATES MAIL:**

**ECF- Master Mailing List:**

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COM<br>C/O ZWICKER AND ASSOCIATES, P.C.<br>P.O. 9043<br>ANDOVER, MA 01810-0943 | AMERICAN EXPRESS NATIONAL BANK C/O ZWICKER &<br>80 MINUTEMAN ROAD<br>P.O. BOX 9043<br>ANDOVER, MA 01810-0943 | BAKER, KEENER & NAHRA, LLP<br>633 WEST FIFTH STREET<br>SUITE 5500<br>LOS ANGELES, CA 90071-2014 |
| BEDFORD LAW GROUP, APC<br>1875 CENTURY PARK EAST<br>SUITE 1790<br>CENTURY CITY, CA 90067-2537 | BEDFORD LAW GROUP, APC<br>1875 CENTURY PARK EAST, SUITE 1790<br>LOS ANGELES, CA 90067-2537 | CT3MEDIA, INC. CHET THOMPSON<br>26080 SHADOW ROCK LN 26080 SHADOW ROCK L<br>VALENCIA, CA 91381-0630 |
| DAVID R. LIRA<br>10100 SANTA MONICA BOULEVARD, 12TH FLOOR<br>LOS ANGELES, CA 90067-4003 | CIGNA HEALTH AND LIFE INSURANCE COMPANY<br>MARYLOU RICE<br>LEGAL COMPLIANCE LEAD ANALYST<br>900 COTTAGE GROVE ROAD, B6LPA<br>HARTFORD CT 06152-0001 | CHRISTINA FULTON<br>1875 CENTURY PARK EAST<br>SUITE 2230<br>LOS ANGELES, CA 90067-2522 |
| DK GLOBAL, INC.<br>420 MISSOURI CT<br>420 MISSOURI CT<br>REDLANDS, CA 92373-3128 | DAIMLER TRUST<br>C/O BK SERVICING, LLC<br>PO BOX 131265<br>ROSEVILLE, MN 55113-0011 | DALTON & ASSOCIATES<br>1106 WEST TENTH STREET<br>WILMINGTON, DE 19806-4522 |
| EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 | ERIC BRYAN SEUTHE<br>10990 WILSHIRE BLVD.<br>SUITE 1420<br>LOS ANGELES, CA 90024-3931 | ERIC LINDVALL, DO<br>604 N MAGNOLIA AVE SUITE 100<br>CLOVIS, CA 93611-9205 |
| ERIKA GIRARDI<br>C/O DINSMORE & SHOHL LLP<br>550 SOUTH HOPE STREET, SUITE 1765<br>LOS ANGELES, CA 90071-2669 | ERIKA SALDANA<br>1757 RIVERSIDE DRIVE<br>GLENDALE, CA 91201-2856 | DOMINIC LOMBARDO<br>115 E. POMONA BOULEVARD<br>SUITE A<br>MONTEREY PARK, CA 91755-7210 |
| ESQUIRE DEPOSITION SOLUTIONS, LLC.<br>2700 CENTENNIAL TOWER 101 MARIETTA ST<br>ATLANTA, GA 30303 | EXPRESS NETWORK LLC<br>1605 W OLYMPIC BLVD #800<br>LOS ANGELES CA 90015-4685 | FAY PUGH<br>1163 DANIELS DRIVE<br>LOS ANGELES, CA 90035-1101 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS: A-340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | FRANTZ LAW GROUP, APLC<br>2029 CENTURY PARK EAST<br>#400<br>LOS ANGELES, CA 90067-2905 | GAYLE C. KUROSU<br>1116 WEST 187TH STREET<br>GARDENA, CA 90248-4123 |
| GIRARDI KEESE<br>1126 WILSHIRE BLVD<br>LOS ANGELES, CA 90017-1904 | IDISCOVERY SOLUTIONS<br>535 ANTON BLVD STE 850<br>COSTA MESA, CA 92626-7062 | JAIME RUIGOMEZ<br>C/O MARGULIES FAITH, LLP<br>16030 VENTURA BLVD., STE. 470<br>ENCINO, CA 91436-4493 |
| JOHN ABASSIAN<br>6403 VAN NUYS BOULEVARD<br>VAN NUYS, CA 91401-1437 | JILL O'CALLAHAN<br>1437 CLUB VIEW DRIVE<br>LOS ANGELES, CA 90024-5305 | JOSEPH RUIGOMEZ<br>C/O MARGULIES FAITH, LLP<br>16030 VENTURA BLVD., STE. 470<br>ENCINO, CA 91436-4493 |
| KATHLEEN L. BAJGROWICZ<br>MANUEL H. MILLER, ESQ.<br>LAW OFFICES OF MANUEL H. MILLER<br>20750 VENTURA BOULEVARD, SUITE 440<br>WOODLAND HILLS, CA 91364-6643 | KATHLEEN RUIGOMEZ<br>C/O MARGULIES FAITH, LLP<br>16030 VENTURA BLVD. STE. 470<br>ENCINO, CA 91436-4493 | JUDY SELBERG<br>10990 WILSHIRE BLVD.<br>SUITE 1420<br>10990 WILSHIRE BLVD., SUITE 1420<br>LOS ANGELES, CA 90024-3931 |
| KIMBERLY ARCHIE<br>15210 VENTURA BOULEVARD<br>SUITE 307<br>SHERMAN OAKS, CA 91403-3841 | L.A. ARENA FUNDING, LLC<br>C/O RICHARD D. BUCKLEY, JR.<br>ARENT FOX LLP<br>555 WEST FIFTH STREET, 48TH FLOOR<br>LOS ANGELES, CA 90013-1065 | L. EVERETT & ASSOCIATES, LLC<br>3700 STATE STREET, SUITE 350<br>SANTA BARBARA, CA 93105-3100 |
| MENCHACA & COMPANY LLP<br> 835 WILSHIRE BLVD. SUITE 300<br> LOS ANGELES, CA, 90017 | MANUEL H. MILLER<br>20750 VENTURA BOULEVARD<br>SUITE 440<br>WOODLAND HILLS, CA 91364-6643 | MARLATT CONSULTING<br>85 CRESTA VERDE DR<br>ROLLING HILLS ESTATES, CA 90274-5455 |
| MATTHEW JONES<br>317 E 4TH STREET<br>LYNDON, KS 66451-9550 | MICHAEL VISLOSKY<br>2764 CERES AVE<br>CHICO CA 95973-7814 | REST YOUR CASE EVIDENCE STORAGE LLC<br>PAULINE WHITE<br>150 N. SANTA ANITA AVENUE<br>SUITE 300<br>ARCADIA, CA 91006-3116 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                        **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| NOEL MONTES<br>2117 BENJAMIN CREEK DR<br>LITTLE ELM, TX 75068-0019 | OFFICE OF FINANCE CITY OF LOS ANGELES<br>200 N SPRING ST RM 101 CITY HALL<br>LOS ANGELES CA 90012-3224<br>PREFERRED | PAULINE WHITE<br>150 N. SANTA ANITA AVENUE<br>SUITE 300<br>ARCADIA, CA 91006-3116 |
| PETERSON & ASSOCIATES COURT REPORTING, INC.<br>530 B STREET, SUITE 350<br>SAN DIEGO, CA 92101-4403 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4301 | PITNEY BOWES INC<br>27 WATERVIEW DR, 3RD FL<br>SHELTON, CT 06484-4361 |
| ROBERT M. KEESE<br>22982 ROSEMONT COURT<br>MURRIETA, CA 92562-3075 | ROBERT GIRARDI<br>402 SOUTH MARENGO AVE.<br>SUITE B<br>PASADENA, CA 91101-3113 | SAMMY Y. HSU<br>13044 PACIFIC PROMENADE<br>APT 423<br>PLAYA VISTA, CA 90094-4006 |
| SOUTHERN CALIFORNIA GAS COMPANY<br>555 WEST 5TH STREET<br>LOS ANGELES, CA 90013-1011 | SIMBA CAPITAL INC. ROBERT COHAN<br>9 AVE AT PORT IMPERIAL 408<br>WEST NEW YORK, NJ 07093-7141 | U.S. LEGAL SUPPORT, INC.<br>C/O PORTILLO RONK LEGAL TEAM<br>5716 CORSA AVENUE<br>SUITE 207<br>WESTLAKE VILLAGE, CA 91362-4059 |
| US LEGAL SUPPORT<br>16825 NORTHCHASE DR SUITE 900<br>HOUSTON, TX 77060-6004 | VIRGINIA ANTONIO<br>20413 VIA NAVARRA<br>YORBA LINDA, CA 92886-3065 | WELLS FARGO VENDOR FINANCIAL SERVICES, INC.<br>C/O HEMAR, ROUSSO & HEALD, LLP<br>15910 VENTURA BLVD., 12TH FLOOR<br>ENCINO, CA 91436-2802 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**