TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF ESTATE'S RIGHT, TITLE AND INTEREST IN REAL PROPERTY FREE AND CLEAR OF LIENS OF KAREN GIRARDI, ALT FINANCIAL NETWORK, INC., STILLWELL MADISON, LLC, KCC CLASS ACTION SERVICES, LLC, LAW FINANCE GROUP, LLC, JOSEPH RUIGOMEZ, KATHLEEN RUIGOMEZ, AND JAIME RUIGOMEZ, AND LOS ANGELES COUNTY TAX COLLECTOR; (2) APPROVING OVERBID PROCEDURE; (3) APPROVING PAYMENT OF COMMISSIONS AND ADVANCED EXPENSES; (4) FINDING PURCHASERS ARE GOOD FAITH PURCHASERS; AND (5) WAIVING STAY UNDER RULE 6004(h)**<br><br>[100 N. Los Altos Drive, Pasadena, California 91105]<br><br>Date:  October 18, 2022<br>Time:  10:00 a.m.<br>Place:  Courtroom 1668<br>       Roybal Federal Building<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** as follows:

**(A) Date, Time, and Place of Hearing on the Proposed Sale:** October 18, 2022, at 10:00 a.m. in Courtroom 1668 of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012.

Judge Russell will be holding hearings both in person and via Zoom for Government ("ZoomGov")  (https://cacb.zoomgov.com (link is external))**. It is extremely important that counsel and all interested parties read the Judge's tentative rulings on his law and motion/trial calendar very carefully as the tentative rulings will indicate whether an in person appearance at a hearing is mandatory.**

The calendar with tentative rulings will be posted approximately one week prior to the scheduled hearing(s) and can be accessed at the following web address: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=BR.  Click on the "Select Judge" tab on the upper left side of the screen and select Judge Russell.

All parties must notify the Court of his/her appearance, whether in person or via ZoomGov, no later than 2:00 p.m. on the day prior to the hearing  by emailing the Courtroom Deputy at stacey_fortier@cacb.uscourts.gov (link sends e-mail).  In the subject line of the e-mail, please specify the date, time and calendar number(s) of the hearing(s) (for example:  Re: September 15, 2020, 10:00 a.m., Calendar No. #, In Person/ZoomGov).

**(B) Name and Address of Proposed Buyers:** Jun Tao and Peng Tao, c/o John Zhang, 81 N. 1st Avenue, Arcadia California 90006.

**(C) Description of Property to Be Sold:** 100 N. Los Altos Drive, Pasadena, California 91105 (the "Property").

**(D) Terms and Conditions of the Proposed Sale:**

- Purchasers: Jun Tao and Peng Tao ("Purchasers");

- Purchase Price: $7,500,000 ("Purchase Price");

- Condition of Property: Property purchased "as-is" without any representations or warranties of any kind; and

1

· Broker's Commissions: Four percent (4%).

The parties' Purchase Agreement and Counteroffer outlining the sale terms are attached to the Trustee's sale motion being filed concurrently herewith.

**(E) Liens:** The proposed sale is free and clear of the liens of Karen Girardi, Alt Financial Network, Inc., Stillwell Madison, LLC, KCC Class Action Services, LLC, Law Finance Group, LLC, Joseph Ruigomez, Kathleen Ruigomez, and Jaime Ruigomez (together, the "Ruigomez Creditors"), and Los Angeles County Tax Collector.  A title report has been obtained from Fidelity National Title Company (the "Title Report").  The Title Report indicates the following liens have been recorded against the Property:

| **Item No. on Title Report** | **Lienholder** | **Nature and Amount of Lien** |
|---|---|---|
| 1 | County Assessor's Office | Real property taxes for 2022-2023, which are not yet due and payable. |
| 2 | County Assessor's Office | Real property taxes for 2020-2021. |
| 3 | County Assessor's Office | Real property taxes for 2021-2022. |
| 4 | County Assessor's Office | Real property taxes for 2020-2021. |
| 5 | County Assessor's Office | Real property taxes for 2021-2022. |
| 6 | Pasadena Department of Finance | Improvement district assessment (collected with property taxes). |
| 7 | County Assessor's Office | Supplemental assessments of property taxes. |
| 15 | Karen Girardi | Judgment for spousal support recorded on 10/16/89. |
| 16 | JPMorgan Chase Bank, National Association ("Chase") | Deed of Trust recorded on 05/05/14 in favor of Mortgage Electronic Registration Systems, Inc. (MERS), solely as nominee for Directors Financial Group. The assignment of the beneficial interest under said trust deed to Chase was recorded on 02/09/21. The Trustee is informed that an |

| | | |
|---|---|---|
| | | obligation of approximately $2,615,187 is secured by this lien and the amount owed will be paid from escrow. |
| 17 | Arsani Sidarous ("Arsani") | Deed of Trust recorded on 10/07/19 in favor of Alt Financial Network, Inc., a California corporation ("Alt"). The assignment of the beneficial interest under said trust deed to Arsani was recorded on 10/25/19. The Trustee is informed that an obligation of approximately $3,236,871 is secured by this lien and the amount owed will be paid from escrow. |
| 18 | Alt | Financing statement recorded on 10/25/19. |
| 20 | Stillwell Madison, LLC | Writ of execution recorded on 11/02/20. |
| 21 | KCC Class Action Services, LLC | Writ of execution recorded on 11/24/20. |
| 23 | Alta San Rafael Association | Notice of delinquent assessments recorded on 05/21/21. |
| 24 | Law Finance Group, LLC | Abstract of judgment recorded on 08/08/19. |
| 25 | Ruigomez Creditors | Abstract of judgment recorded on 07/13/20. |
| 26 | Ruigomez Creditors | Abstract of judgment recorded on 07/30/20. |
| 27 | Los Angeles County Tax Collector ("LACTC") | Property tax lien recorded on 11/24/20. |
| 28 | LACTC | Property tax lien recorded on 11/24/21. |

**(F) Overbid Procedures:** (1) Any person interested in submitting an overbid on the Property must attend the hearing on the Motion or be represented by an individual with authority to participate in the overbid process; (2) an overbid will be defined as an initial overbid of $7,525,000, with each additional bid in $5,000 increments; (3) overbidders (except for the Purchasers) must deliver a deposit to the Trustee's counsel by way of cashier's check made payable to "Jason M. Rund, Chapter 7 Trustee," in the amount of $375,000 (the "Deposit") and proof of ability to close escrow unconditionally in a form acceptable to the

Trustee at least seven calendar days prior to the hearing on the Motion; (4) overbidders must purchase the Property **on the same terms and conditions as the Purchasers** (i.e., no contingencies of any kind); (5) the Deposit of the successful overbidder shall be forfeited if such party is thereafter unable to complete the purchase of the Property within 15 calendar days of entry of an order confirming the sale; and (6) in the event the successful overbidder cannot timely complete the purchase of the Property, the Trustee shall be authorized to proceed with the sale to the next highest overbidder.

**(G) Consideration:** Pursuant to a Settlement Agreement with the Ruigomez Creditors, 80% of the net proceeds after payment of liens senior to the abstracts of judgment recorded in favor of the Ruigomez Creditors, taxes arising from the sale (including transfer and income taxes), and ordinary costs of sale (including broker commissions, escrow, etc.) and the administrative fees and costs of the bankruptcy estate would be paid to the Ruigomez Creditors, and 20% would be paid to the estate to be held in trust for the allowed unsecured claimants of the bankruptcy estate. Since the Property is being sold free and clear of certain liens, the exact 80%-20% split cannot be determined at this time. The Trustee will provide an accounting to the Ruigomez Creditors as soon as possible once the liens attaching to the sale proceeds have been resolved.

**(H) Commissions:** The Trustee will request that broker's commissions of four percent of the gross sale price be allowed and paid directly from escrow to Compass ("Broker"), and to the successful purchaser's agent. The Broker listed the Property on the MLS and related websites, and advertised the listing in various print publications. The Broker also responded to inquiries from realtors in the area and arranged numerous showings throughout the marketing period.

**(I) Tax Consequences:** None.

**(J) Deadline for Objection:** Pursuant to Local Bankruptcy Rule 9013-1(f), any interested party that wishes to oppose the relief requested in the motion must file not later than 14 days prior to the scheduled hearing date, with the Clerk of the Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012, and serve upon the Office of the United

4

States Trustee and the Trustee's counsel, located at the address indicated on the upper left corner of the first page of this notice, "[a] complete written statement of all reasons in opposition thereto ..., declarations and copies of all photographs and documentary evidence on which the responding party intends to rely and any responding memorandum of points and authorities."

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(h), failure to file and serve a timely response may be deemed consent to the relief requested in the Motion.

DATED: September 23, 2022

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By:/s/ *Carmela T. Pagay*
    CARMELA T. PAGAY
    Attorneys for Jason M. Rund
    Chapter 7 Trustee

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF ESTATE'S RIGHT, TITLE AND INTEREST IN REAL PROPERTY FREE AND CLEAR OF LIENS OF KAREN GIRARDI, ALT FINANCIAL NETWORK, INC., STILLWELL MADISON, LLC, KCC CLASS ACTION SERVICES, LLC, LAW FINANCE GROUP, LLC, JOSEPH RUIGOMEZ, KATHLEEN RUIGOMEZ, AND JAIME RUIGOMEZ, AND LOS ANGELES COUNTY TAX COLLECTOR; (2) APPROVING OVERBID PROCEDURE; (3) APPROVING PAYMENT OF COMMISSIONS AND ADVANCED EXPENSES; (4) FINDING PURCHASERS ARE GOOD FAITH PURCHASERS; AND (5) WAIVING STAY UNDER RULE 6004(h)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 23, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Rafey Balabanian    rbalabanian@edelson.com, docket@edelson.com
- Shraddha Bharatia    notices@becket-lee.com
- Ori S Blumenfeld    oblumenfeld@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com
- Evan C Borges    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Richard D Buckley    richard.buckley@arentfox.com
- Indira J. Cameron-Banks    indira@cameron-banks.com, tiffany@cameronbankslaw.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    adanker731@gmail.com
- Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- Lei Lei Wang Ekvall - DECEASED -    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James J Finsten    , jimfinsten@hotmail.com
- James J Finsten    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- Larry W Gabriel    lgabrielaw@outlook.com, tinadow17@gmail.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                            **F 9013-3.1.PROOF.SERVICE**

- Suzanne C Grandt    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov;vanessa.holton@calbar.ca.gov;robert.retana@calbar.ca.gov
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Bradford G Hughes    bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Lewis R Landau    Lew@Landaunet.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R. Matthai    ematthai@romalaw.com, lrobie@romalaw.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- Jack Meyer    jmeyer@ggtriallaw.com
- Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott Olson    scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Carmela Pagay    ctp@lnbyg.com
- Carmela Pagay    ctp@lnbyb.com
- Ambrish B Patel    apatelEI@americaninfosource.com
- Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Ronald N Richards    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- William F Savino    wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com
- Richard P Steelman    rps@lnbyg.com, john@lnbyb.com
- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Terrence Swinson    terrenceswinson@gmail.com
- Boris Treyzon    btreyzon@actslaw.com, sgonzales@actslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Timothy J Yoo    tjy@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                          **F 9013-3.1.PROOF.SERVICE**

2. **SERVED BY UNITED STATES MAIL**: On **September 23, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Honorable Barry Russell<br>United States Bankruptcy Court<br>Roybal Federal Building and Courthouse<br>255 E. Temple Street, Suite 1660<br>Courtroom 1668<br>Los Angeles, CA 90012 | Thomas Vincent Girardi<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017 | Thomas Vincent Girardi<br>Belmont Village Senior Living<br>455 East Angeleno Avenue<br>Burbank, CA 91501 |
| Thomas Vincent Girardi<br>100 N. Los Altos Drive<br>Pasadena, CA 91105 | | |

☒ *Service information continued on attached page*

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 23, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 23, 2022 | Damon Woo | /s/ Damon Woo |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                     **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing        ABIR COHEN TREYZON SALO, LLP, a California 1    Ally Bank Lease Trust - Assignor to Vehicle
0973-2                                  ACTS                                            4515 N Santa Fe Ave. Dept. APS
Case 2:20-bk-21020-BR                   16001 Ventura Boulevard, Suite 200               Oklahoma City, OK 73118-7901
Central District of California          Encino, CA 91436-4482
Los Angeles
Fri Sep 23 14:37:09 PDT 2022

Compass                                 Daimler Trust                                   Frantz Law Group, APLC
42 S Pasadena Ave                       c/o BK Servicing, LLC                           2029 Century Park East
Pasadena, CA 91105-1943                 PO Box 131265                                   #400
                                        Roseville, MN 55113-0011                        Los Angeles, CA 90067-2905


Levene Neale Bender Yoo & Brill LLP     The State Bar of California                     U.S. Legal Support, Inc.
10250 Constellation Blvd Ste 1700       180 Howard Street                               c/o Portillo Ronk Legal Team
Los Angeles, CA 90067-6253              San Francisco, CA 94105-1639                    5716 Corsa Avenue
                                                                                        Suite 207
                                                                                        Westlake Village, CA 91362-4059


Wells Fargo Vendor Financial Services, Inc.  Los Angeles Division                       1126 Wilshire Partnership
c/o Hemar, Rousso & Heald, LLP          255 East Temple Street,                         c/o Daniel J. McCarthy
15910 Ventura Blvd., 12th Floor         Los Angeles, CA 90012-3332                      Hill Farrer & Burrill LLP
Encino, CA 91436-2802                                                                   300 S. Grand Ave. 37th Floor
                                                                                        Los Angeles, CA 90071-3147


ARSANI SIDAROUS                         AT&T                                            AT&T Wireless
c/o Goe Forsythe & Hodges LLP           P.O. Box 5025                                   c/o Credence
18101 Von Karman, Suite 1200            Carol Stream, IL 60197-5025                     4222 Trinity Mills, Ste 260
Irvine, CA 92612-7119                                                                   Dallas, TX 75287-7666


Abir Cohen Treyzon Salo LLP             Abir Cohen Treyzon Salo LLP                     Alexa Galloway
16001 Ventura Boulevard                 c/o Daniel J McCarthy                           10 Orbit Lane
Suite 200                               300 S Grand Ave 37th Fl                         San Pedro, CA 90732-4461
Encino, CA 91436-4482                   Los Angeles CA 90071-3147


Ally Financial                          Alta San Rafael Association                     American Express
200 Renaissance Ctr #80                 c/o Beven & Brock                                P.O. Box 0001
Detroit, MI 48243-1300                  99 S Lake Ave, Ste 100                          Los Angeles, CA 90096-8000
                                        Pasadena, CA 91101-4739


American Express                        American Express National Bank                  Anice Kasim
P.O. Box 981531                         c/o Becket and Lee LLP                          110 Nathaniel Ct
El Paso, TX 79998-1531                  PO Box 3001                                     Mooresville, NC 28117-6712
                                        Malvern  PA 19355-0701


Baker, Keener, Nahra LLP                Bank of America                                 Bel-Air Country Club
633 W. 5gh Street Ste 5500              P.O. Box 982238                                 10768 Bellagio Road
Los Angeles, CA 90071                   El Paso, TX 79998-2238                          Los Angeles CA 90077-3799


Bias Ramadhan A.S.                      California Department of Health Care Service    California Dept. of Tax and Fee Administrati
110 Nathaniel Ct                        Michael Byerts                                  Collections Support Bureau, MIC:55
Mooresville,, NC 28117-6712             300 S. Spring Street, Suite 1702                PO Box 942879
                                        Los Angeles CA 90013-1256                       Sacramento, CA  94279-0055
```

| | | |
|---|---|---|
| Christina Fulton<br>Fredman Lieberman Pearl LLP<br>1875 Century Park East, Suite 2230<br>Los Angeles, CA 90067-2522 | City National Bank<br>P.O. Box 60938<br>Los Angeles, CA 90060-0938 | City of Pasadena<br>P.O. Box 7120<br>Pasadena, CA 91109-7220 |
| Coachella Valley Water District<br>P.O. Box 5000<br>Coachella, CA 92236-5000 | Cooley Attorneys at Law<br>101 California, 5th Flr<br>San Francisco, CA 94111-5800 | Dani Daniaty<br>110 Nathaniel Ct<br>Mooresville, NC 28117-6712 |
| Daniel J. McCarthy<br>Hill Farrer & Burrill LLP<br>300 S. Grand Ave. 37th Floor<br>Los Angeles, CA 90071-3147 | David R. Lira<br>10100 Santa Monica Boulevard<br>12th Floor<br>Los Angeles, CA  90067<br>Los Angeles, CA 90067-4003 | (p)DEPARTMENT OF HEALTH CARE SERVICES<br>OFFICE OF LEGAL SERVICES MS 0010<br>ATTN STEVEN A OLDHAM STAFF ATTORNEY<br>PO BOX 997413<br>SACRAMENTO CA 95899-7413 |
| Dian Daniyanti<br>110 Nathaniel Ct<br>Mooresville, NC 28117-6712 | Direct TV<br>P.O. Box 105261<br>Atlanta, GA 30348-5261 | Edelson PC<br>c/o Jay Edelson<br>350 N La Salle, 14th Flr<br>Chicago, IL 60654-5136 |
| Employment Development Department<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento, CA 95814 | Engstrom, Lipscomb & Lack<br>10100 Santa Monica Blvd 12th Fl<br>Los Angeles, CA 90067-4113 | Engstrom, Lipscomb & Lack<br>10100 Santa Monica Blvd, 12th Flr<br>Los Angeles, CA 90067-4113 |
| Eric Bryan Seuthe<br>10990 Wilshire Blvd.<br>Suite 1420<br>Los Angeles, CA 90024-3931 | Eric Goldberg<br>DLA Piper LLP (US)<br>2000 Avenue of the Stars, #400<br>Los Angeles, CA 90067-4735 | Erika Girardi<br>c/o Evan C. Borges<br>GREENBERG GROSS LLP<br>650 Town Center Drive, Suite 1700<br>Costa Mesa, CA 92626-7025 |
| Erika Saldana<br>1757 Riverside Drive<br>Glendale, CA 91201-2856 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267-0011 |
| GSI Group Inc.<br>C/o Michael Vincent Severo<br>301 N Lake Ave Ste 202<br>Pasadena, CA 91101-5127 | Girardi & Kesse<br>c/o Elissa Miller, trustee<br>333 S Hope St Ste 3500<br>Los Angeles, CA 90071-3044 | HP Inc.<br>HP Inc. (c/o Ramona S. Neal)<br>11311 Chinden Blvd.<br>Boise, ID 83714-1021 |
| Haig Kelegian<br>26 Sunset Cove<br>Newport Beach, CA 92657-1901 | Hideway<br>80-440 Hideway Club Ct<br>La Quinta, CA 92253-7867 | Hochman Salkin Toscher Perez, P.C.<br>9150 Wilshire Blvd Se 300<br>Beverly Hills, CA 90212-3430 |
| Holstein, Taylor and Unitt<br>6185 Magnolia Avenue, PMB 40<br>Riverside, CA 92506-2524 | Imperial Irrigation District<br>333 E Barioni Blvd<br>Imperial, CA 92251-1773 | Imperial Irrigation District<br>P.O. Box 937<br>Imperial CA 92251-0937 |

| | | |
|---|---|---|
| In Bloom Orchids<br>1187 Coast Village Rd #1-269<br>Santa Barbara, CA 93108-2737 | Internal Revenue Service<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Jaime Ruigomez<br>c/o Margulies Faith LLP<br>16030 Ventura Blvd, Suite 470<br>Encino, CA 91436-4493 | Jazmin Gomez<br>7210 NW 179th Street Apt 202<br>Hialeah, FL 33015-5439 | Jeffrey M. Schwartz<br>Much Shelist<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606-1631 |
| Jill O'Callahan<br>1437 Club View Drive<br>Los Angeles, CA 90024-5305 | Joe Ortiz<br>P.O. Box 625<br>La Quinta, CA 92247-0625 | John Abassian<br>6403 Van Nuys Blvd<br>Van Nuys, CA 91401-1437 |
| Judy Selberg<br>c/o Eric Bryan Seuthe & Associates<br>10990 Wilshire Blvd Ste 1420<br>Los Angeles, CA 90024-3931 | KABC-AM<br>8965 Lindblade Street<br>Culver City, CA 90232-2438 | KCC Class Actions Services LLC<br>c/o Michael Joseph Quinn<br>1925 Century Park E Ste 1900<br>Los Angeles, CA 90067-2754 |
| KELCO LLC aka KELCO PROPERTIES LLC & HAIG KE<br>26 Sunset Cove<br>Newport Coast, CA 92657-1901 | KELCO, LLC aka KELCO PROPERTIES, LLC<br>Walter J. Lack<br>10100 Santa Monica Blvd., #1200<br>Los Angeles, CA 90067<br>Los Angeles, CA 90067-4113 | Karen Girardi<br>c/o Gary A Starre<br>15760 Ventura Blvd Ste 801<br>Encino CA 91436-3018 |
| Kathleen Bajgrowicz<br>c/o M Manuel H. Miller<br>20750 Ventura Blvd Ste 440<br>Woodland Hills, CA 91364-6643 | Kathleen L. Bajgrowicz<br>Manuel H. Miller, Esq.<br>Law Offices of Manuel H. Miller<br>20750 Ventura Boulevard, Suite 440<br>Woodland Hills, CA 91364-6643 | Keith D. Griffin<br>Ryan D. Saba, Rosen Saba, LLP<br>9350 Wilshire Blvd, Suite 250<br>Beverly Hills CA 90212-3219 |
| Kimberly Archi<br>15210 Ventura Blvd #307<br>Sherman Oaks, CA 91403-3841 | Kimberly Archie<br>15210 Ventura Boulevard<br>Suite 307<br>Sherman Oaks, CA 91403-3841 | Ktgy Architectural Planning<br>17911 Von Karman Ste 200<br>Irvine, CA 92614-6240 |
| L.A. Arena Company LLC<br>1111 S Figueroa Ste 3100<br>Los Angeles, CA 90015-1333 | L.A. Arena Funding, LLC<br>c/o Richard D. Buckley, Jr.<br>Arent Fox LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065 | LADWP<br>P.O. Box 5111<br>Los Angeles, CA 90055-0111 |
| Lakeside Golf Club<br>P.O. Box 2386<br>Carol stream, IL 60132-2386 | Law Offices of Philip R. Sheldon<br>c/o Ronald Richards<br>P.O. Box 11480<br>Beverly Hills, CA 90213-4480 | Law Offices of Robert P. Finn<br>c/o James Spertus; Spertus, Landes<br>1990 S Bundy Drive Ste 705<br>Los Angeles, CA 90025-5256 |
| MDA Financial Solutions<br>Devin Sawdayi A Law Corporation<br>10866 Wilshire Blvd Ste 890<br>Los Angeles CA 90024-4350 | Manuel Miller<br>20750 Ventura Boulevard<br>Suite 440<br>Woodland Hills, CA 91364-6643 | (p)MERCEDES BENZ FINANCIAL SERVICES<br>13650 HERITAGE PARKWAY<br>FORT WORTH TX 76177-5323 |

```
Metro Express Lanes                 Milberg Soleman Bryson Phillips Grossman, PL   Motion Picture Industry Health Plan
20101 Hamilton Ave Ste 100A         100 Garden City Plaza                          c/o Kathryn J. Halford
Torrance, CA 90502-1351             Suite 500                                      16501 Ventura Blvd., #304
                                    Garden City, NY 11530-3207                     Encino, Ca 91436-2067


Multi Rizki                         Nano Banc                                      National Construction Rentals
110 Nathaniel Ct                    Much Shelist c/o Isaac R. Zfaty                P.O. Box 841461
MOORESVILLE, NC 28117-6712          660 Newport Center Drive, Suite 900            Los Angeles, CA 90084-1461
                                    Newport Beach, CA 92660-6440


National Construction Rentals       New York State Dept of Taxation &              New York States Dept of Taxation
c/o Jonathan Neil & Associates, Inc. Bankruptcy Section                            and Bankruptcy Section
71 W Main Street Ste 304            P.O. Box 5300                                  P.O. Box 5300
Freehold, NJ 07728-2139             Albany, NY 12205-0300                          Albany, NY 12205-0300


(p)OCALA EQUINE HOSPITAL  P A       Orange Coast Magazine                          Owen, Patterson & Owen, LLP
ATTN ATTN REBEKAH CLIFTON           c/o Szabo Associates, Inc                      c/o Steven R Fox Esq
10855 N US HIGHWAY 27               3355 Lenox Road NE, Suite 945                  17835 Ventura Blvd Ste 306
OCALA FL 34482-1842                 Atlanta, GA 30326-1357                         Encino, CA 91316-3664


PACTEN PARTNERS LLC                 PARVIN OSALU-BAKHTIAR                          Pacific Mercantile Bank
17630 Plaza Arica                   c/o Ebby S. Bakhtiar, Esq.                     1800 Ave of the Stars, Ste 675
San Diego, CA 92128-1710            3435 Wilshire Blvd., STe. 1669                 Los Angeles, CA 90067-4221
                                    Los Angeles, CA 90010-2287


Pasadena Water and Power            Pauline White                                  Pebble Beach Resorts
150 S Los Robles Ave #300           Law Office of Pauline White                    P.O. Box 1522
Pasadena, CA 91101-4612             150 N. Santa Anita Avenue                      Pebble Beach, CA 93953-1522
                                    Suite 300
                                    Arcadia, CA 91006-3116


Polito Eppich Associates            Psomas                                         RPC Tax Property Tax Advisors
100 E San Marcos Blvd               555 South Flower Street                        LLC
San Marcos, CA 92069-2986           Suite 4300                                     P.O. Box 7289
                                    Los Angeles, CA 90071-2405                     San Diego, CA 92167-0289


Rajan M Patel MD                    Rest Your Case Evidence Storage LLC            Richard Fair
Devin Sawdayi A Law Corporation     Pauline White                                  c/o Peter Roald Kindem
10866 Wilshire Blvd Ste 890         150 N. Santa Anita Avenue                      2945 Townsgate Rd Ste 200
Los Angeles CA 90024-4350           Suite 300                                      Westlake Village, CA 91361-5866
                                    Arcadia, CA 91006-3116


Robert Keese                        Robert M. Keese                                Robert W. Finnerty
22982 Rosemont Court                22982 Rosemont Court                           c/o Daniel J. McCarthy
Murrieta, CA 92562-3075             Murrieta, CA 92562-3075                        Hill Farrer & Burrill LLP
                                                                                   300 S. Grand Ave. 37th Floor
                                                                                   Los Angeles, CA 90071-3147


Rosen Saba, LLP                     Salem Media Group Inc.                         Septiana Damayanti
2301 Rosecrans Avenue, Suite 3180   P.O. Box 845581                                110 Nathaniel Ct
El Segundo. CA 90245-4975           Los Angeles, CA 90084-5581                     Mooresville, NC 28117-6712
```

| | | |
|---|---|---|
| Shawn Azizzadeh<br>c/o Michelle Balady Bedford Law Group<br>1875 Century Park E Ste 1790<br>Los Angeles, CA 90067-2537 | SoCal Gas<br>P.O. Box 1626<br>Monterey Park CA 91754-8626 | SoCalGas<br>P. O. Box 30337<br>Los Angeles CA 90030-0337 |
| Steiner & Libo, PC<br>11845 W Olympic Blvd<br>Suite 910W<br>Los Angeles, CA 90064-5837 | Stephen Doiron dba In Bloom Orchids<br>1187 Coast Village Rd 1-269<br>Santa Barbara, CA 93108-2737 | Stillwell Madison LLC<br>c/o Andrew Conlan Whitman<br>865 S Figueroa St TCW Tower<br>Los Angeles, CA 90017-2543 |
| Stillwell Madison LLC<br>c/o Marshall J Hogan; Snell & Wilme<br>600 Anton Blvd Se 1400<br>Costa Mesa, cA 92626-7689 | Stillwell Madison, LLC<br>c/o DLA Piper LLP (US)<br>2000 Avenue of the Stars, #400<br>Los Angeles, CA 90067-4700 | The French Hand Laundry<br>606 S Lake Ave<br>North Hollywood, CA 91606 |
| The Plantation Golf Club<br>50994 Monroe St<br>Indio, CA 92201-9709 | The Severo Law Firm<br>155 N Lake Avenue<br>Pasadena, CA 91101-1857 | The Village Gardener<br>P.O. Box 40128<br>Santa Barbara, CA 93140-0128 |
| US Legal Support<br>16825 Northchase DrSuite 900<br>16825 Northchase DrSuite 900<br>Houston, TX 77060-6004 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Veritext LLC<br>c/o Philip Landsman<br>5776 Lindero Canyon Rd Ste D-666<br>Thousand Oaks, CA 91362-6428 |
| Virage Capital Management LP<br>1700 Post Oak Blvd Ste 300<br>Houston, TX 77056-3973 | Virginia Antonio<br>20413 Via Navarra<br>Yorba Linda, CA 92886-3065 | Webster Training Center<br>P.O. Box 144<br>Lowell, FL 32663-0144 |
| Wells Fargo Vendor Financial Services<br>800 Walnut Street<br>Des Moines, IA 50309-3891 | Western Exterminator Company<br>P.O. Box 16350<br>Reading, PA 19612-6350 | Wilshire Country Club<br>301 N Rossmore Ave<br>Los Angeles, CA 90004-2499 |
| Elissa D. Miller<br>Smiley Wang-Ekvall, LLP<br>3200 Park Center Drive<br>Suite 250<br>Costa Mesa, CA 92626-7234 | Erika Girardi<br>c/o Dinsmore & Shohl LLP<br>550 South Hope St., Ste 1765<br>Los Angeles, CA 90071-2669 | Gary A Starre<br>Starre & Cohn, APC<br>15760 Ventura Blvd., Ste. 801<br>Encino, CA 91436-3018 |
| Jason M Rund (TR)<br>Sheridan & Rund<br>270 Coral Circle<br>El Segundo, CA 90245-4617 | Karen Girardi<br>c/o Starre & Cohn<br>15760 Ventura Blvd., Ste. 801<br>Encino, CA 91436-3018 | Larry W. Gabriel<br>JENKINS MULLIGAN & GABRIEL LLP<br>585 Lorna Lane<br>Los Angeles, CA 90049-4215 |
| Robert Girardi<br>402 South Marengo Ave.<br>Suite B<br>Pasadena, CA 91101-3113 | Thomas Vincent Girardi<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017-1904 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Department of Health Care Services<br>Personal Injury Program<br>MS4720<br>P.O. Box 997421<br>Sacramento, CA 95899 | JPMCB Auto<br>P.O. Box 901003<br>Fort Worth, TX 76101 | (d)JPMCB HL<br>700 Kansas Ln<br>Monroe, La 71203 |
| Mercedes-Benz Financial Services<br>P.O. Box 5209<br>Carol Stream, IL 60197-5209 | Ocala Equine Hospital P.A.<br>10855 N.W. US Hwy 27<br>Ocala, FL 34482 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ALT Financial Network, Inc. | (u)C.F., an individual | (u)COLDWELL BANKER |
| (u)California Attorney Lending II, Inc. | (u)Courtesy NEF | (u)Desert Sands Realty |
| (u)Edelson PC | (u)Hahn Fife | (u)KCC Class Action Services, LLC |
| (u)L.A. Arena Funding, LLC | (u)Stillwell Madison, LLC | (du)California Attorney Lending II, Inc. |
| (u)Elissa D. Miller, Ch 7 Trustee of Girardi | (d)John Abassian<br>6403 Van Nuys Boulevard<br>Van Nuys, CA 91401-1437 | (u)Joseph Ruigomez |
| (du)Joseph Ruigomez | (u)Kathleen Ruigomez | (d)Wells Fargo Vendor Financial Services, LLC<br>c/o Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436-2802 |

| | | |
|---|---|---|
| (d)Arsani Sidarous<br>c/o Goe Forsythe & Hodges LLP<br>18101 Von Karman<br>Suite 1200<br>Irvine, CA 92612-7119 | (u)Casey Van Zandt | (d)Erika Saldana<br>1757 Riverside Drive<br>Glendale, CA 91201-2856 |
| (u)Jaime Ruigomez | (d)Jill O'Callahan<br>1437 Club View Drive<br>Los Angeles, CA 90024-5305 | (d)John Abassian<br>6403 Van Nuys Boulevard<br>Van Nuys, CA 91401-1437 |
| (u)John Moran | (du)Joseph Ruigomez | (u)Judy Selberg |
| (du)Kathleen Ruigomez | (d)Kimberly Archie<br>15210 Ventura Boulevard<br>Suite 307<br>Sherman Oaks, CA 91403-3841 | (d)Robert M. Keese<br>22982 Rosemont Court<br>Murrieta, CA 92562-3075 |
| (d)Virginia Antonio<br>20413 Via Navarra<br>Yorba Linda, CA 92886-3065 | (u)William F Savino | End of Label Matrix<br>Mailable recipients    148<br>Bypassed recipients     32<br>Total                  180 |

| | | |
|---|---|---|
| Estate's broker<br>Ted Clark<br>Compass<br>42 South Pasadena Avenue<br>Pasadena, CA 91105 | Purchasers' Broker<br>John Zhang<br>81 N. 1st Avenue<br>Arcadia CA 90006 | Karen Girardi<br>547 Bradford Avenue<br>Pasadena, CA 91105 |
| Attorneys for Karen Girardi<br>Gary Starre<br>Starre & Cohn<br>15760 Ventura Boulevard, Suite 801<br>Encino, CA 91436 | Alt Financial Network, Inc.<br>18022 Cowan, Suite 245<br>Irvine, CA 92614 | Agent for Service for<br>Alt Financial Network, Inc.<br>Matthew Mullhofer<br>18012 Skypark Circle, Suite 100-A<br>Irvine, CA 92614 |
| Stillwell Madison, LLC<br>36600 N. Pima Road, Suite 202B<br>Carefree, AZ 95377 | Stillwell Madison, LLC<br>8 Harbor Pointe Cir<br>Bloomington, IL 61704 | Attorneys for Stillwell Madison, LLC<br>Andrew C. Whitman<br>DLA Piper<br>2000 Avenue of the Stars Suite 400, North Tower<br>Los Angeles, CA 90067 |
| Agent for Service of Process for Stillwell Madison, LLC<br>United States Corporation Company<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | KCC Class Action Services, LLC<br>222 N. Pacific Coast Highway, Third Floor<br>El Segundo, CA 90245 | KCC Class Action Services, LLC<br>3301 Kerner Boulevard<br>San Rafael, CA 94901 |
| Attys for KCC Class Action Services, LLC<br>Michael Quinn<br>Vedder Price, LLP<br>1925 Century Park East, Suite 1900<br>Los Angeles, CA 90067 | Agent for Service of Process for KCC Class Action Services, LLC<br>United Agent Group Inc.<br>4640 Admiralty Way, 5th Floor<br>Marina Del Rey, CA 90292 | Law Finance Group, LLC<br>591 Redwood Highway, Suite 1200<br>Mill Valley, CA 94941 |
| Attorneys for Law Finance Group, LLC<br>Christopher Frost<br>Eisner, LLP<br>9601 Wilshire Boulevard, 7th Floor<br>Beverly Hills, CA 90210 | Attorneys for Law Finance Group, LLC<br>Christopher Frost<br>Weinberg Gonser LLP<br>10866 Wilshire Boulevard, Suite 1650<br>Los Angeles, CA 90024-4321 | Agent for Service for Law Finance Group, LLC<br>CT Corporation<br>300 N. Brand Boulevard, Suite 700<br>Glendale, CA 91203 |
| Joseph Ruigomez [per abstract]<br>Abir Cohen Treyzon Salo, LLP<br>16001 Ventura Boulevard, Suite 200<br>Encino, CA 91436 | Kathleen Ruigomez [per abstract]<br>Abir Cohen Treyzon Salo, LLP<br>16001 Ventura Boulevard, Suite 200<br>Encino, CA 91436 | Jamie Ruigomez [per abstract]<br>Abir Cohen Treyzon Salo, LLP<br>16001 Ventura Boulevard, Suite 200<br>Encino, CA 91436 |
| Attorneys for Ruigomez Creditors<br>Alan W. Forsley<br>Fredman Lieberman Pearl LLP<br>1875 Century Park East, Suite 2230<br>Los Angeles, CA 90067 | Los Angeles County Tax Collector<br>225 North Hill Street, Rm. 122<br>Los Angeles, CA 90012 | Los Angeles County Tax Collector<br>P. O. Box 54110<br>Los Angeles, CA 90054-0110 |
| Attorneys for Stillwell Madison, LLC<br>Andrew C. Whitman<br>Allen Matkins Leck Gamble Mallory & Natsis<br>865 S Figueroa Street, Suite 2800<br>Los Angeles, CA 90017 | | |