| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| TIMOTHY J. YOO (State Bar No. 155531)<br>tjy@lnbyg.com<br>CARMELA T. PAGAY (State Bar No. 195603)<br>ctp@lnbyg.com<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>Telephone: (310) 229-1234<br>Facsimile:  (310) 229-1244<br><br>☒ *Individual appearing without attorney*<br>☒ *Attorney for:* Jason M. Rund, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>THOMAS VINCENT GIRARDI,<br><br>Debtor(s). | CASE NO.: 2:20-bk-21020-BR<br>CHAPTER: 7<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 10/18/2022 | **Time:** 10:00 am |
|---|---|
| **Location:** United States Bankruptcy Court, Courtroom 1668, 255 E. Temple Street, Los Angeles, California 90012 | |

**Type of Sale**:  ☒ Public    ☐ Private     **Last date to file objections**: 10/04/2022

**Description of property to be sold**:
Real property located at 100 N. Los Altos Drive, Pasadena, California 91105  (the "Property")

**Terms and conditions of sale**:
Condition of Property: Property purchased "as-is" without any representations or warranties of any kind
Broker's Commissions: Four percent (4%)

**Proposed sale price**: $ 7,500,000.00

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012* | Page 1 | **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*)**: See Proposed Overbidding Procedures attached as Exhibit 1 hereto.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

October 18, 2022
10:00 a.m.
Roybal Federal Building
Courtroom 1668
255 E. Temple Street
Los Angeles, CA 90012

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Carmela T. Pagay, Esq.
Levene, Neale, Bender, Yoo & Goluchik L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email: ctp@lnbyg.com

Date: 09/23/2022

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 6004-2.NOTICE.SALE**

## PROPOSED OVERBID PROCEDURES

## FOR PURCHASE OF PROPERTY

1. Anyone interested in submitting an overbid with respect to the purchase of the Property must attend the hearing on the Motion or be represented by an individual at the hearing (either in person or telephonically) with authority to participate in the overbid process.

2. An overbid will be defined as an initial bid of $7,525,000 or higher with each additional overbid to be in $5,000 increments.

3. Overbidders (except for the Purchaser) must deliver a deposit to the Trustee's counsel by way of cashier's check made payable to "Jason M. Rund, Chapter 7 Trustee," in the amount of $375,000 (the "Deposit") and proof of ability to close escrow unconditionally in a form acceptable to the Trustee no later than 7 calendar days prior to the hearing on the Motion.

4. Overbidders must purchase the Property on the same terms and conditions as the Purchasers (i.e., no contingencies of any kind).

5. The Deposit of the successful overbidder shall be forfeited if such party is thereafter unable to complete the purchase of the Property within 15 calendar days of entry of the order confirming the sale.

6. In the event the successful overbidder cannot timely complete the purchase of the Property, the Trustee shall be authorized to proceed with the sale to the next highest overbidder.

7. If there are any qualified overbidders, an auction of the Property shall be held during the hearing on the Motion (on **October 18, 2022 at 10:00 a.m.**) at which time the Court shall determine the highest and best bid for the Property.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 23, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Rafey Balabanian    rbalabanian@edelson.com, docket@edelson.com
- Shraddha Bharatia    notices@becket-lee.com
- Ori S Blumenfeld    oblumenfeld@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com
- Evan C Borges    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Richard D Buckley    richard.buckley@arentfox.com
- Indira J. Cameron-Banks    indira@cameron-banks.com, tiffany@cameronbankslaw.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    adanker731@gmail.com
- Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- Lei Lei Wang Ekvall - DECEASED -    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James J Finsten    , jimfinsten@hotmail.com
- James J Finsten    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- Larry W Gabriel    lgabrielaw@outlook.com, tinadow17@gmail.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE

- Suzanne C Grandt    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov;vanessa.holton@calbar.ca.gov;robert.retana@calbar.ca.gov
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Bradford G Hughes    bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Lewis R Landau    Lew@Landaunet.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R. Matthai    ematthai@romalaw.com, lrobie@romalaw.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- Jack Meyer    jmeyer@ggtriallaw.com
- Elissa Miller    emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott Olson    scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Carmela Pagay    ctp@lnbyg.com
- Carmela Pagay    ctp@lnbyb.com
- Ambrish B Patel    apatelEI@americaninfosource.com
- Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Ronald N Richards    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- William F Savino    wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com
- Richard P Steelman    rps@lnbyg.com, john@lnbyb.com
- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Terrence Swinson    terrenceswinson@gmail.com
- Boris Treyzon    btreyzon@actslaw.com, sgonzales@actslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Timothy J Yoo    tjy@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**2. SERVED BY UNITED STATES MAIL**: On **September 23, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Honorable Barry Russell<br>United States Bankruptcy Court<br>Roybal Federal Building and Courthouse<br>255 E. Temple Street, Suite 1660<br>Courtroom 1668<br>Los Angeles, CA 90012 | Thomas Vincent Girardi<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017 | Thomas Vincent Girardi<br>Belmont Village Senior Living<br>455 East Angeleno Avenue<br>Burbank, CA 91501 |
| Thomas Vincent Girardi<br>100 N. Los Altos Drive<br>Pasadena, CA 91105 | | |

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 23, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 23, 2022 | Damon Woo | /s/ Damon Woo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          ABIR COHEN TREYZON SALO, LLP, a California    Ally Bank Lease Trust - Assignor to Vehicle
0973-2                                    ACTS                                         4515 N Santa Fe Ave. Dept. APS
Case 2:20-bk-21020-BR                     16001 Ventura Boulevard, Suite 200           Oklahoma City, OK 73118-7901
Central District of California            Encino, CA 91436-4482
Los Angeles
Fri Sep 23 14:37:09 PDT 2022

Compass                                   Daimler Trust                                Frantz Law Group, APLC
42 S Pasadena Ave                         c/o BK Servicing, LLC                        2029 Century Park East
Pasadena, CA 91105-1943                   PO Box 131265                                #400
                                          Roseville, MN 55113-0011                     Los Angeles, CA 90067-2905


Levene Neale Bender Yoo & Brill LLP       The State Bar of California                  U.S. Legal Support, Inc.
10250 Constellation Blvd Ste 1700         180 Howard Street                            c/o Portillo Ronk Legal Team
Los Angeles, CA 90067-6253                San Francisco, CA 94105-1639                 5716 Corsa Avenue
                                                                                       Suite 207
                                                                                       Westlake Village, CA 91362-4059


Wells Fargo Vendor Financial Services, Inc.   Los Angeles Division                     1126 Wilshire Partnership
c/o Hemar, Rousso & Heald, LLP            255 East Temple Street,                      c/o Daniel J. McCarthy
15910 Ventura Blvd., 12th Floor           Los Angeles, CA 90012-3332                   Hill Farrer & Burrill LLP
Encino, CA 91436-2802                                                                  300 S. Grand Ave. 37th Floor
                                                                                       Los Angeles, CA 90071-3147


ARSANI SIDAROUS                           AT&T                                         AT&T Wireless
c/o Goe Forsythe & Hodges LLP             P.O. Box 5025                                c/o Credence
18101 Von Karman, Suite 1200              Carol Stream, IL 60197-5025                  4222 Trinity Mills, Ste 260
Irvine, CA 92612-7119                                                                  Dallas, TX 75287-7666


Abir Cohen Treyzon Salo LLP               Abir Cohen Treyzon Salo LLP                  Alexa Galloway
16001 Ventura Boulevard                   c/o Daniel J McCarthy                        10 Orbit Lane
Suite 200                                 300 S Grand Ave 37th Fl                      San Pedro, CA 90732-4461
Encino, CA 91436-4482                     Los Angeles CA 90071-3147


Ally Financial                            Alta San Rafael Association                  American Express
200 Renaissance Ctr #80                   c/o Beven & Brock                            P.O. Box 0001
Detroit, MI 48243-1300                    99 S Lake Ave, Ste 100                       Los Angeles, CA 90096-8000
                                          Pasadena, CA 91101-4739


American Express                          American Express National Bank               Anice Kasim
P.O. Box 981531                           c/o Becket and Lee LLP                       110 Nathaniel Ct
El Paso, TX 79998-1531                    PO Box 3001                                  Mooresville, NC 28117-6712
                                          Malvern  PA 19355-0701


Baker, Keener, Nahra LLP                  Bank of America                              Bel-Air Country Club
633 W. 5gh Street Ste 5500                P.O. Box 982238                              10768 Bellagio Road
Los Angeles, CA 90071                     El Paso, TX 79998-2238                       Los Angeles CA 90077-3799


Bias Ramadhan A.S.                        California Department of Health Care Service California Dept. of Tax and Fee Administrati
110 Nathaniel Ct                          Michael Byerts                               Collections Support Bureau, MIC:55
Mooresville,, NC 28117-6712               300 S. Spring Street, Suite 1702             PO Box 942879
                                          Los Angeles CA 90013-1256                    Sacramento, CA  94279-0055
```

| | | |
|---|---|---|
| Christina Fulton<br>Fredman Lieberman Pearl LLP<br>1875 Century Park East, Suite 2230<br>Los Angeles, CA 90067-2522 | City National Bank<br>P.O. Box 60938<br>Los Angeles, CA 90060-0938 | City of Pasadena<br>P.O. Box 7120<br>Pasadena, CA 91109-7220 |
| Coachella Valley Water District<br>P.O. Box 5000<br>Coachella, CA 92236-5000 | Cooley Attorneys at Law<br>101 California, 5th Flr<br>San Francisco, CA 94111-5800 | Dani Daniaty<br>110 Nathaniel Ct<br>Mooresville, NC 28117-6712 |
| Daniel J. McCarthy<br>Hill Farrer & Burrill LLP<br>300 S. Grand Ave. 37th Floor<br>Los Angeles, CA 90071-3147 | David R. Lira<br>10100 Santa Monica Boulevard<br>12th Floor<br>Los Angeles, CA  90067<br>Los Angeles, CA 90067-4003 | (p)DEPARTMENT OF HEALTH CARE SERVICES<br>OFFICE OF LEGAL SERVICES MS 0010<br>ATTN STEVEN A OLDHAM STAFF ATTORNEY<br>PO BOX 997413<br>SACRAMENTO CA 95899-7413 |
| Dian Daniyanti<br>110 Nathaniel Ct<br>Mooresville, NC 28117-6712 | Direct TV<br>P.O. Box 105261<br>Atlanta, GA 30348-5261 | Edelson PC<br>c/o Jay Edelson<br>350 N La Salle, 14th Flr<br>Chicago, IL 60654-5136 |
| Employment Development Department<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento, CA 95814 | Engstrom, Lipscomb & Lack<br>10100 Santa Monica Blvd 12th Fl<br>Los Angeles, CA 90067-4113 | Engstrom, Lipscomb & Lack<br>10100 Santa Monica Blvd, 12th Flr<br>Los Angeles, CA 90067-4113 |
| Eric Bryan Seuthe<br>10990 Wilshire Blvd.<br>Suite 1420<br>Los Angeles, CA 90024-3931 | Eric Goldberg<br>DLA Piper LLP (US)<br>2000 Avenue of the Stars, #400<br>Los Angeles, CA 90067-4735 | Erika Girardi<br>c/o Evan C. Borges<br>GREENBERG GROSS LLP<br>650 Town Center Drive, Suite 1700<br>Costa Mesa, CA 92626-7025 |
| Erika Saldana<br>1757 Riverside Drive<br>Glendale, CA 91201-2856 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267-0011 |
| GSI Group Inc.<br>C/o Michael Vincent Severo<br>301 N Lake Ave Ste 202<br>Pasadena, CA 91101-5127 | Girardi & Kesse<br>c/o Elissa Miller, trustee<br>333 S Hope St Ste 3500<br>Los Angeles, CA 90071-3044 | HP Inc.<br>HP Inc. (c/o Ramona S. Neal)<br>11311 Chinden Blvd.<br>Boise, ID 83714-1021 |
| Haig Kelegian<br>26 Sunset Cove<br>Newport Beach, CA 92657-1901 | Hideway<br>80-440 Hideway Club Ct<br>La Quinta, CA 92253-7867 | Hochman Salkin Toscher Perez, P.C.<br>9150 Wilshire Blvd Se 300<br>Beverly Hills, CA 90212-3430 |
| Holstein, Taylor and Unitt<br>6185 Magnolia Avenue, PMB 40<br>Riverside, CA 92506-2524 | Imperial Irrigation District<br>333 E Barioni Blvd<br>Imperial, CA 92251-1773 | Imperial Irrigation District<br>P.O. Box 937<br>Imperial CA 92251-0937 |

```
In Bloom Orchids                    Internal Revenue Service           (p)JPMORGAN CHASE BANK  N A
1187 Coast Village Rd #1-269        P.O. BOX 7346                      BANKRUPTCY MAIL INTAKE TEAM
Santa Barbara, CA 93108-2737        Philadelphia, PA 19101-7346        700 KANSAS LANE FLOOR 01
                                                                       MONROE LA 71203-4774


Jaime Ruigomez                      Jazmin Gomez                       Jeffrey M. Schwartz
c/o Margulies Faith LLP             7210 NW 179th Street Apt 202       Much Shelist
16030 Ventura Blvd, Suite 470       Hialeah, FL 33015-5439             191 N. Wacker Drive, Suite 1800
Encino, CA 91436-4493                                                  Chicago, IL 60606-1631


Jill O'Callahan                     Joe Ortiz                          John Abassian
1437 Club View Drive                P.O. Box 625                       6403 Van Nuys Blvd
Los Angeles, CA 90024-5305          La Quinta, CA 92247-0625           Van Nuys, CA 91401-1437


Judy Selberg                        KABC-AM                            KCC Class Actions Services LLC
c/o Eric Bryan Seuthe & Associates  8965 Lindblade Street              c/o Michael Joseph Quinn
10990 Wilshire Blvd Ste 1420        Culver City, CA 90232-2438         1925 Century Park E Ste 1900
Los Angeles, CA 90024-3931                                             Los Angeles, CA 90067-2754


KELCO LLC aka KELCO PROPERTIES LLC & HAIG KE   KELCO, LLC aka KELCO PROPERTIES, LLC   Karen Girardi
26 Sunset Cove                      Walter J. Lack                     c/o Gary A Starre
Newport Coast, CA 92657-1901        10100 Santa Monica Blvd., #1200    15760 Ventura Blvd Ste 801
                                    Los Angeles, CA 90067              Encino CA 91436-3018
                                    Los Angeles, CA 90067-4113


Kathleen Bajgrowicz                 Kathleen L. Bajgrowicz             Keith D. Griffin
c/o M Manuel H. Miller              Manuel H. Miller, Esq.             Ryan D. Saba, Rosen Saba, LLP
20750 Ventura Blvd Ste 440          Law Offices of Manuel H. Miller    9350 Wilshire Blvd, Suite 250
Woodland Hills, CA 91364-6643       20750 Ventura Boulevard, Suite 440 Beverly Hills CA 90212-3219
                                    Woodland Hills, CA 91364-6643


Kimberly Archi                      Kimberly Archie                    Ktgy Architectural Planning
15210 Ventura Blvd #307             15210 Ventura Boulevard            17911 Von Karman Ste 200
Sherman Oaks, CA 91403-3841         Suite 307                          Irvine, CA 92614-6240
                                    Sherman Oaks, CA 91403-3841


L.A. Arena Company LLC              L.A. Arena Funding, LLC            LADWP
1111 S Figueroa Ste 3100            c/o Richard D. Buckley, Jr.        P.O. Box 5111
Los Angeles, CA 90015-1333          Arent Fox LLP                      Los Angeles, CA 90055-0111
                                    555 West Fifth Street, 48th Floor
                                    Los Angeles, CA 90013-1065


Lakeside Golf Club                  Law Offices of Philip R. Sheldon   Law Offices of Robert P. Finn
P.O. Box 2386                       c/o Ronald Richards                c/o James Spertus; Spertus, Landes
Carol stream, IL 60132-2386         P.O. Box 11480                     1990 S Bundy Drive Ste 705
                                    Beverly Hills, CA 90213-4480       Los Angeles, CA 90025-5256


MDA Financial Solutions             Manuel Miller                      (p)MERCEDES BENZ FINANCIAL SERVICES
Devin Sawdayi A Law Corporation     20750 Ventura Boulevard            13650 HERITAGE PARKWAY
10866 Wilshire Blvd Ste 890         Suite 440                          FORT WORTH TX 76177-5323
Los Angeles CA 90024-4350           Woodland Hills, CA 91364-6643
```

| | | |
|---|---|---|
| Metro Express Lanes<br>20101 Hamilton Ave Ste 100A<br>Torrance, CA 90502-1351 | Milberg Coleman Bryson Phillips Grossman, PL<br>100 Garden City Plaza<br>Suite 500<br>Garden City, NY 11530-3207 | Motion Picture Industry Health Plan<br>c/o Kathryn J. Halford<br>16501 Ventura Blvd., #304<br>Encino, Ca 91436-2067 |
| Multi Rizki<br>110 Nathaniel Ct<br>MOORESVILLE, NC 28117-6712 | Nano Banc<br>Much Shelist c/o Isaac R. Zfaty<br>660 Newport Center Drive, Suite 900<br>Newport Beach, CA 92660-6440 | National Construction Rentals<br>P.O. Box 841461<br>Los Angeles, CA 90084-1461 |
| National Construction Rentals<br>c/o Jonathan Neil & Associates, Inc.<br>71 W Main Street Ste 304<br>Freehold, NJ 07728-2139 | New York State Dept of Taxation &<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | New York States Dept of Taxation<br>and Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 |
| (p)OCALA EQUINE HOSPITAL  P A<br>ATTN ATTN REBEKAH CLIFTON<br>10855 N US HIGHWAY 27<br>OCALA FL 34482-1842 | Orange Coast Magazine<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 | Owen, Patterson & Owen, LLP<br>c/o Steven R Fox Esq<br>17835 Ventura Blvd Ste 306<br>Encino, CA 91316-3664 |
| PACTEN PARTNERS LLC<br>17630 Plaza Arica<br>San Diego, CA 92128-1710 | PARVIN OSALU-BAKHTIAR<br>c/o Ebby S. Bakhtiar, Esq.<br>3435 Wilshire Blvd., STe. 1669<br>Los Angeles, CA 90010-2287 | Pacific Mercantile Bank<br>1800 Ave of the Stars, Ste 675<br>Los Angeles, CA 90067-4221 |
| Pasadena Water and Power<br>150 S Los Robles Ave #300<br>Pasadena, CA 91101-4612 | Pauline White<br>Law Office of Pauline White<br>150 N. Santa Anita Avenue<br>Suite 300<br>Arcadia, CA 91006-3116 | Pebble Beach Resorts<br>P.O. Box 1522<br>Pebble Beach, CA 93953-1522 |
| Polito Eppich Associates<br>100 E San Marcos Blvd<br>San Marcos, CA 92069-2986 | Psomas<br>555 South Flower Street<br>Suite 4300<br>Los Angeles, CA 90071-2405 | RPC Tax Property Tax Advisors<br>LLC<br>P.O. Box 7289<br>San Diego, CA 92167-0289 |
| Rajan M Patel MD<br>Devin Sawdayi A Law Corporation<br>10866 Wilshire Blvd Ste 890<br>Los Angeles CA 90024-4350 | Rest Your Case Evidence Storage LLC<br>Pauline White<br>150 N. Santa Anita Avenue<br>Suite 300<br>Arcadia, CA 91006-3116 | Richard Fair<br>c/o Peter Roald Kindem<br>2945 Townsgate Rd Ste 200<br>Westlake Village, CA 91361-5866 |
| Robert Keese<br>22982 Rosemont Court<br>Murrieta, CA 92562-3075 | Robert M. Keese<br>22982 Rosemont Court<br>Murrieta, CA 92562-3075 | Robert W. Finnerty<br>c/o Daniel J. McCarthy<br>Hill Farrer & Burrill LLP<br>300 S. Grand Ave. 37th Floor<br>Los Angeles, CA 90071-3147 |
| Rosen Saba, LLP<br>2301 Rosecrans Avenue, Suite 3180<br>El Segundo. CA 90245-4975 | Salem Media Group Inc.<br>P.O. Box 845581<br>Los Angeles, CA 90084-5581 | Septiana Damayanti<br>110 Nathaniel Ct<br>Mooresville, NC 28117-6712 |

Shawn Azizzadeh
c/o Michelle Balady Bedford Law Group
1875 Century Park E Ste 1790
Los Angeles, CA 90067-2537

SoCal Gas
P.O. Box 1626
Monterey Park CA 91754-8626

SoCalGas
P. O. Box 30337
Los Angeles CA 90030-0337


Steiner & Libo, PC
11845 W Olympic Blvd
Suite 910W
Los Angeles, CA 90064-5837

Stephen Doiron dba In Bloom Orchids
1187 Coast Village Rd 1-269
Santa Barbara, CA 93108-2737

Stillwell Madison LLC
c/o Andrew Conlan Whitman
865 S Figueroa St TCW Tower
Los Angeles, CA 90017-2543


Stillwell Madison LLC
c/o Marshall J Hogan; Snell & Wilme
600 Anton Blvd Se 1400
Costa Mesa, cA 92626-7689

Stillwell Madison, LLC
c/o DLA Piper LLP (US)
2000 Avenue of the Stars, #400
Los Angeles, CA 90067-4700

The French Hand Laundry
606 S Lake Ave
North Hollywood, CA 91606


The Plantation Golf Club
50994 Monroe St
Indio, CA 92201-9709

The Severo Law Firm
155 N Lake Avenue
Pasadena, CA 91101-1857

The Village Gardener
P.O. Box 40128
Santa Barbara, CA 93140-0128


US Legal Support
16825 Northchase DrSuite 900
16825 Northchase DrSuite 900
Houston, TX 77060-6004

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Veritext LLC
c/o Philip Landsman
5776 Lindero Canyon Rd Ste D-666
Thousand Oaks, CA 91362-6428


Virage Capital Management LP
1700 Post Oak Blvd Ste 300
Houston, TX 77056-3973

Virginia Antonio
20413 Via Navarra
Yorba Linda, CA 92886-3065

Webster Training Center
P.O. Box 144
Lowell, FL 32663-0144


Wells Fargo Vendor Financial Services
800 Walnut Street
Des Moines, IA 50309-3891

Western Exterminator Company
P.O. Box 16350
Reading, PA 19612-6350

Wilshire Country Club
301 N Rossmore Ave
Los Angeles, CA 90004-2499


Elissa D. Miller
Smiley Wang-Ekvall, LLP
3200 Park Center Drive
Suite 250
Costa Mesa, CA 92626-7234

Erika Girardi
c/o Dinsmore & Shohl LLP
550 South Hope St., Ste 1765
Los Angeles, CA 90071-2669

Gary A Starre
Starre & Cohn, APC
15760 Ventura Blvd., Ste. 801
Encino, CA 91436-3018


Jason M Rund (TR)
Sheridan & Rund
270 Coral Circle
El Segundo, CA 90245-4617

Karen Girardi
c/o Starre & Cohn
15760 Ventura Blvd., Ste. 801
Encino, CA 91436-3018

Larry W. Gabriel
JENKINS MULLIGAN & GABRIEL LLP
585 Lorna Lane
Los Angeles, CA 90049-4215


Robert Girardi
402 South Marengo Ave.
Suite B
Pasadena, CA 91101-3113

Thomas Vincent Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department of Health Care Services
Personal Injury Program
MS4720
P.O. Box 997421
Sacramento, CA 95899

JPMCB Auto
P.O. Box 901003
Fort Worth, TX 76101

(d)JPMCB HL
700 Kansas Ln
Monroe, La 71203

Mercedes-Benz Financial Services
P.O. Box 5209
Carol Stream, IL 60197-5209

Ocala Equine Hospital P.A.
10855 N.W. US Hwy 27
Ocala, FL 34482

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ALT Financial Network, Inc.

(u)C.F., an individual

(u)COLDWELL BANKER

(u)California Attorney Lending II, Inc.

(u)Courtesy NEF

(u)Desert Sands Realty

(u)Edelson PC

(u)Hahn Fife

(u)KCC Class Action Services, LLC

(u)L.A. Arena Funding, LLC

(u)Stillwell Madison, LLC

(du)California Attorney Lending II, Inc.

(u)Elissa D. Miller, Ch 7 Trustee of Girardi

(d)John Abassian
6403 Van Nuys Boulevard
Van Nuys, CA 91401-1437

(u)Joseph Ruigomez

(du)Joseph Ruigomez

(u)Kathleen Ruigomez

(d)Wells Fargo Vendor Financial Services, LLC
c/o Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2802

```
(d)Arsani Sidarous                      (u)Casey Van Zandt                  (d)Erika Saldana
c/o Goe Forsythe & Hodges LLP                                               1757 Riverside Drive
18101 Von Karman                                                            Glendale, CA 91201-2856
Suite 1200
Irvine, CA 92612-7119


(u)Jaime Ruigomez                       (d)Jill O'Callahan                  (d)John Abassian
                                        1437 Club View Drive                6403 Van Nuys Boulevard
                                        Los Angeles, CA 90024-5305          Van Nuys, CA 91401-1437



(u)John Moran                           (du)Joseph Ruigomez                 (u)Judy Selberg





(du)Kathleen Ruigomez                   (d)Kimberly Archie                  (d)Robert M. Keese
                                        15210 Ventura Boulevard             22982 Rosemont Court
                                        Suite 307                           Murrieta, CA 92562-3075
                                        Sherman Oaks, CA 91403-3841



(d)Virginia Antonio                     (u)William F Savino                 End of Label Matrix
20413 Via Navarra                                                           Mailable recipients   148
Yorba Linda, CA 92886-3065                                                  Bypassed recipients    32
                                                                            Total                 180
```

| | | |
|---|---|---|
| Estate's broker<br>Ted Clark<br>Compass<br>42 South Pasadena Avenue<br>Pasadena, CA 91105 | Purchasers' Broker<br>John Zhang<br>81 N. 1st Avenue<br>Arcadia CA 90006 | Karen Girardi<br>547 Bradford Avenue<br>Pasadena, CA 91105 |
| Attorneys for Karen Girardi<br>Gary Starre<br>Starre & Cohn<br>15760 Ventura Boulevard, Suite 801<br>Encino, CA 91436 | Alt Financial Network, Inc.<br>18022 Cowan, Suite 245<br>Irvine, CA 92614 | Agent for Service for<br>Alt Financial Network, Inc.<br>Matthew Mullhofer<br>18012 Skypark Circle, Suite 100-A<br>Irvine, CA 92614 |
| Stillwell Madison, LLC<br>36600 N. Pima Road, Suite 202B<br>Carefree, AZ 95377 | Stillwell Madison, LLC<br>8 Harbor Pointe Cir<br>Bloomington, IL 61704 | Attorneys for Stillwell Madison, LLC<br>Andrew C. Whitman<br>DLA Piper<br>2000 Avenue of the Stars Suite 400, North Tower<br>Los Angeles, CA 90067 |
| Agent for Service of Process for Stillwell Madison, LLC<br>United States Corporation Company<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | KCC Class Action Services, LLC<br>222 N. Pacific Coast Highway, Third Floor<br>El Segundo, CA 90245 | KCC Class Action Services, LLC<br>3301 Kerner Boulevard<br>San Rafael, CA 94901 |
| Attys for KCC Class Action Services, LLC<br>Michael Quinn<br>Vedder Price, LLP<br>1925 Century Park East, Suite 1900<br>Los Angeles, CA 90067 | Agent for Service of Process for KCC Class Action Services, LLC<br>United Agent Group Inc.<br>4640 Admiralty Way, 5th Floor<br>Marina Del Rey, CA 90292 | Law Finance Group, LLC<br>591 Redwood Highway, Suite 1200<br>Mill Valley, CA 94941 |
| Attorneys for Law Finance Group, LLC<br>Christopher Frost<br>Eisner, LLP<br>9601 Wilshire Boulevard, 7th Floor<br>Beverly Hills, CA 90210 | Attorneys for Law Finance Group, LLC<br>Christopher Frost<br>Weinberg Gonser LLP<br>10866 Wilshire Boulevard, Suite 1650<br>Los Angeles, CA 90024-4321 | Agent for Service for Law Finance Group, LLC<br>CT Corporation<br>300 N. Brand Boulevard, Suite 700<br>Glendale, CA 91203 |
| Joseph Ruigomez [per abstract]<br>Abir Cohen Treyzon Salo, LLP<br>16001 Ventura Boulevard, Suite 200<br>Encino, CA 91436 | Kathleen Ruigomez [per abstract]<br>Abir Cohen Treyzon Salo, LLP<br>16001 Ventura Boulevard, Suite 200<br>Encino, CA 91436 | Jamie Ruigomez [per abstract]<br>Abir Cohen Treyzon Salo, LLP<br>16001 Ventura Boulevard, Suite 200<br>Encino, CA 91436 |
| Attorneys for Ruigomez Creditors<br>Alan W. Forsley<br>Fredman Lieberman Pearl LLP<br>1875 Century Park East, Suite 2230<br>Los Angeles, CA 90067 | Los Angeles County Tax Collector<br>225 North Hill Street, Rm. 122<br>Los Angeles, CA 90012 | Los Angeles County Tax Collector<br>P. O. Box 54110<br>Los Angeles, CA 90054-0110 |
| Attorneys for Stillwell Madison, LLC<br>Andrew C. Whitman<br>Allen Matkins Leck Gamble Mallory & Natsis<br>865 S Figueroa Street, Suite 2800<br>Los Angeles, CA 90017 | | |