Jacquelyn H. Choi (SBN 211560)
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Telephone: (310) 525-5859
Facsimile: (310) 525-5859
Email: jacquelyn.choi@rimonlaw.com

Attorneys for Los Angeles County Treasurer and Tax Collector

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-BK-21020-BR<br><br>Chapter 7<br><br>**LIMITED OPPOSITION TO THE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF ESTATE'S RIGHT, TITLE AND INTEREST IN REAL PROPERTY FREE AND CLEAR OF LIENS OF KAREN GIRARDI, ALT FINANCIAL NETWORK, INC., STILLWELL MADISON, LLC, KCC CLASS ACTION SERVICES, LLC, LAW FINANCE GROUP, LLC, JOSEPH RUIGOMEZ, KATHLEEN RUIGOMEZ, AND JAIME RUIGOMEZ, AND LOS ANGELES COUNTY TAX COLLECTOR; (2) APPROVING OVERBID PROCEDURE; (3) APPROVING PAYMENT OF COMMISSIONS AND ADVANCED EXPENSES; (4) FINDING PURCHASERS ARE GOOD FAITH PURCHASERS; AND (5) WAIVING STAY UNDER RULE 6004(h); AND DECLARATION OF OSCAR ESTRADA IN SUPPORT THEREOF**<br><br>Date:  October 18, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>          Roybal Federal Building<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

Secured Creditor, Los Angeles County Treasurer and Tax Collector (the "**County**") hereby submit this *Limited Opposition* (the "**Limited Opposition**") *to the Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Estate's Right, Title, and Interest in Real Property Free and Clear of Liens of Karen Girardi, ALT Financial Network, Inc., Stillwell Madison, LLC, Law Finance Group, LLC, Joseph Ruigomez, Kathleen Ruigomez, and Jamie Ruigomez, and Los Angeles Collector; (2) Approving Overbid Procedure; (3) Approving Payment of Commissions and Advanced Expenses; (4) Finding Purchasers are Good Faith Purchasers; and (5) Waiving Stay Under Rule 6004(h)* (the "**Sale Motion**") filed by Jason M. Rund (the "**Trustee**") in the above-captioned bankruptcy case of *In re Thomas Vincent Girardi* (the "**Debtor**"), and in support thereof, respectfully represents, as follows:

## I.

## INTRODUCTION

The Trustee seeks Court approval to sell the Debtor's property located at 100 N. Los Altos Drive, Pasadena, California 91105 (the "**Property**") for $7,500,000.00 subject to higher and better bids and free and clear of certain liens under Section 363(f) of the Bankruptcy Code. The Trustee represents that real property taxes on the Property are owed in the total sum of $40,000.00 and that the sale should be consummated free and clear of two (2) of the County's recorded personal property tax liens (collectively, the "**Personal Property Tax Liens**") because they are in dispute.[1] However, the County is owed not less than $122,586.05 in secured real property taxes (the "**Real Property Tax Liens**") through October 2022 (which taxes shall continue to accrue applicable interest until paid in full).

The County generally does not oppose the proposed sale as long as (i) the full amount of the Real Property Tax Liens, with accruing penalties and interest, are paid directly through escrow; and (ii) the Personal Property Tax Liens shall attach to the sale proceeds in the same order of priority, with the same validity, force, and effect, that the County had immediately prior to consummation of the sale.

---

[1] *See* Sale Motion, pp. 8:7 and 12:18-28.

2

## II.

## **LEGAL ARGUMENT**

Under California law, the County's Real Property Tax Liens are superior to every other lien, regardless of the time of their creation. The California statute provides that:

> Every tax declared in this chapter to be a lien on real property, and every public improvement assessment declared by law to be a lien on real property, have priority over all other liens on the property, regardless of the time of their creation. Any tax or assessment described in the preceding sentence shall be given priority over matters including, but not limited to, any recognizance, deed, judgment, debt, obligation, or responsibility with respect to which the subject real property may become charged or liable.

*See* Cal. Rev. & Tax. Code § 2192.1.

Moreover, "[e]very tax, penalty, or interest, including redemption penalty or interest, on real property is a lien against the property assessed". *See* Cal. Rev. & Tax. Code § 2187. Thus, the County's Real Property Tax Liens have super-priority status under California law. Given that the Sale Motion does not disclose the correct amount of delinquent real property taxes and fails to make it abundantly clear whether the Real Property Tax Liens shall be paid through escrow, the County submits this Opposition to ensure that the defaulted taxes are paid directly through escrow. In short, the County welcomes the proposed sale as long as the Real Property Tax Liens are paid directly from escrow and the Personal Property Tax Liens shall attach to the sale proceeds and have the same validity, force, and effect that the County had immediately prior to consummation of the sale (subject to any claims or defenses that the Trustee may have against those liens, if any).

## III.

## **CONCLUSION**

WHEREFORE, the County respectfully requests the entry of an Order:

(i)    Sustaining this Limited Opposition; and

/ / /

/ / /

3

(ii)  Granting such other and further relief it deems appropriate.

Dated: September 30, 2022                              **RIMON, P.C.**

By: _____
Jacquelyn H. Choi
Attorneys for Los Angeles County
Treasurer and Tax Collector

4

# **DECLARATION OF OSCAR ESTRADA**

I, Oscar Estrada, declare as follows:

1.  I am a Tax Services Supervisor II for the Revenue and Enforcement Division and the Bankruptcy Unit for the Los Angeles County Treasurer and Tax Collector (the "**County**"). I have been employed by the County of Los Angeles since 2007 and I have been a supervisor for the County since 2019. I submit this declaration in support of the *Limited Opposition* (the "**Limited Opposition**") *to the Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Estate's Right, Title, and Interest in Real Property Free and Clear of Liens of Karen Girardi, ALT Financial Network, Inc., Stillwell Madison, LLC, Law Finance Group, LLC, Joseph Ruigomez, Kathleen Ruigomez, and Jamie Ruigomez, and Los Angeles Collector; (2) Approving Overbid Procedure; (3) Approving Payment of Commissions and Advanced Expenses; (4) Finding Purchasers are Good Faith Purchasers; and (5) Waiving Stay Under Rule 6004(h)* (the "**Sale Motion**") filed in the bankruptcy case of *In re Thomas Vincent Girardi* (the "**Debtor**").

2.  I have custody and control of the County's business records and documents relating to this matter. To the best of my knowledge, those records were prepared in the ordinary course of the County's business at or near the time of the act, condition, or event of which they are related. Such records were prepared in the ordinary course of business on behalf of the County by a person employed by the County who has personal knowledge to make a record of such event. I have personally reviewed the files as it pertains to the Debtors prior to submitting this declaration.

3.  As the Bankruptcy Unit Supervisor, I am informed that an involuntary petition was filed on or around December 18, 2020 (the "**Petition Date**").

4.  Based upon my review of the County's records in this matter, the County is owed not less than $122,586.05 in secured real property taxes through October 2022. Such taxes shall continue to accrue applicable penalties and interest under California law until paid in full.

5.  Attached as **Exhibit "A"** is a true and correct summary of the delinquent real property taxes associated with the property located at100 N. Los Altos Drive, Pasadena, California 91105 (the "**Property**") (APN 5708-025-008 and APN 5708-025-009).

5

I declare, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 30th day of September 2022 at Los Angeles, California.

_____
OSCAR ESTRADA

# EXHIBIT "A"

| PARCEL # | ROLL YEAR | 1ST INST | 2ND INST | BASE TAX | 10% | COST | REDEMPTION FEE | MONTHLY REDEMPTION | # OF MONTHS RED DEFAULT | REDEMPTION TOTAL | PENALTY GRAND TOTAL | CURRENT AMT DUE | DEFAULT DATE | CURRENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5708-025-008 | 20-000 | | | $3,302.04 | $330.20 | $10.00 | | $49.53 | 16 | $792.49 | $1,132.69 | $4,434.73 | 7/1/2021 | 10/31/2022 |
| | 21-000 | | | $3,437.81 | $343.78 | $10.00 | | $51.57 | 4 | $206.27 | $560.05 | $3,997.86 | 7/1/2022 | 10/31/2022 |
| | | | | | | | $15.00 | | 0 | | | $15.00 | | |
| | 22-000 | $1,789.37 | $1,789.35 | $3,578.72 | $0.00 | $0.00 | | $0.00 | 0 | $0.00 | $0.00 | $3,578.72 | | 10/31/2022 |
| | | | | | | | | | | | | $12,026.31 | | |

| PARCEL # | ROLL YEAR | 1ST INST | 2ND INST | BASE TAX | 10% | COST | REDEMPTION FEE | MONTHLY REDEMPTION | # OF MONTHS RED DEFAULT | REDEMPTION TOTAL | PENALTY GRAND TOTAL | CURRENT AMT DUE | DEFAULT DATE | CURRENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5708-025-009 | 20-000 | | | $30,393.85 | $3,039.39 | $10.00 | | $455.91 | 16 | $7,294.52 | $10,343.91 | $40,737.76 | 7/1/2021 | 10/31/2022 |
| | 21-000 | | | $31,671.79 | $3,167.18 | $10.00 | | $475.08 | 4 | $1,900.31 | $5,077.49 | $36,749.28 | 7/1/2022 | 10/31/2022 |
| | | | | | | | $15.00 | | | | | $15.00 | | |
| | 22-000 | $16,528.85 | $16,528.85 | $33,057.70 | $0.00 | $0.00 | | $0.00 | 0 | $0.00 | $0.00 | $33,057.70 | | 10/31/2022 |
| | | | | | | | | | | | | $110,559.74 | | |

**TOTAL: $122,586.05**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3579 4th Avenue, San Diego, CA 92103

A true and correct copy of the foregoing document entitled (*specify*): <u>Limited Opposition to the Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Estate's Right, Title, and Interest in Real Property Free and Clear of Liens of Karen Girardi, ALT Financial Network, Inc., Stillwell Madison, LLC, Law Finance Group, LLC, Joseph Ruigomez, Kathleen Ruigomez, and Jamie Ruigomez, and Los Angeles Collector; (2) Approving Overbid Procedure; (3) Approving Payment of Commissions and Advanced Expenses; (4) Finding Purchasers are Good Faith Purchasers; and (5) Waiving Stay Under Rule 6004(h) with Declaration in Support Thereof and Exhibit A</u>
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/30/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
Counsel for Petitioning Creditors: Andrew Goodman, agoodman@andylaw.com
Jason M Rund, Trustee, trustee@srlawyers.com, jrund@ecf.axosfs.com; ctp@lnbyb.com; tjy@lnbyb.com

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) 09/30/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Thomas Vincent Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017

Honorable Judge Russell
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/30/2022 | Esteban Garcia | /s/ Esteban Garcia |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

***Petitioning Creditors*** 
**via U.S. First Class Mail**

Kimberly Archie
15210 Ventura Boulevard
Suite 307
Sherman Oaks, CA 91403

Virginia Antonio
20413 Via Navarra
Yorba Linda, CA 92886

Erika Saldana
1757 Riverside Drive
Glendale, CA 91201

John Abassian
6403 Van Nuys Boulevard
Van Nuys, CA 91401

Robert M. Keese
22982 Rosemont Court
Murrieta, CA 92562

Jill O'Callahan
1437 Club View Drive
Los Angeles, CA 90024