United States Bankruptcy Court

Central District of California

In re: Case No. 20-21020-BR

Thomas Vincent Girardi                                                                                           Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Oct 18, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas Vincent Girardi, 1126 Wilshire Boulevard, Los Angeles, CA 90017-1904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022                                                  Signature:              /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan W Forsley | on behalf of Creditor Jaime Ruigomez alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| Alan W Forsley | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| Alan W Forsley | on behalf of Plaintiff Christina Fulton alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| Alan W Forsley | on behalf of Creditor Joseph Ruigomez alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| Alan W Forsley | on behalf of Creditor C.F.  an individual alan.forsley@flpllp.com, |

| District/off: 0973-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| Alan W Forsley | |
| | on behalf of Creditor Kathleen Ruigomez alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| Ambrish B Patel | |
| | on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST" or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port apatelEI@americaninfosource.com |
| Amir Shakoorian | |
| | on behalf of Interested Party Erika Girardi AShakoorian@GGTrialLaw.com |
| Andrew Goodman | |
| | on behalf of Petitioning Creditor Virginia Antonio agoodman@andyglaw.com  Goodman.AndrewR102467@notify.bestcase.com |
| Andrew Goodman | |
| | on behalf of Petitioning Creditor Jill O'Callahan agoodman@andyglaw.com  Goodman.AndrewR102467@notify.bestcase.com |
| Andrew Goodman | |
| | on behalf of Petitioning Creditor Robert M. Keese agoodman@andyglaw.com  Goodman.AndrewR102467@notify.bestcase.com |
| Andrew Goodman | |
| | on behalf of Attorney William F Savino agoodman@andyglaw.com  Goodman.AndrewR102467@notify.bestcase.com |
| Andrew Goodman | |
| | on behalf of Petitioning Creditor Erika Saldana agoodman@andyglaw.com  Goodman.AndrewR102467@notify.bestcase.com |
| Andrew Goodman | |
| | on behalf of Petitioning Creditor John Abassian agoodman@andyglaw.com  Goodman.AndrewR102467@notify.bestcase.com |
| Andrew Goodman | |
| | on behalf of Petitioning Creditor Kimberly Archie agoodman@andyglaw.com  Goodman.AndrewR102467@notify.bestcase.com |
| Ashleigh A Danker | |
| | on behalf of Interested Party Courtesy NEF adanker731@gmail.com |
| Boris Treyzon | |
| | on behalf of Interested Party Courtesy NEF btreyzon@actslaw.com  sgonzales@actslaw.com |
| Bradford G Hughes | |
| | on behalf of Interested Party Courtesy NEF bhughes@Clarkhill.com  mdelosreyes@clarkhill.com |
| Brandon J Iskander | |
| | on behalf of Creditor Arsani Sidarous biskander@goeforlaw.com  kmurphy@goeforlaw.com |
| Carmela Pagay | |
| | on behalf of Plaintiff JASON M RUND ctp@lnbyb.com |
| Carmela Pagay | |
| | on behalf of Trustee Jason M Rund (TR) ctp@lnbyb.com |
| Carmela Pagay | |
| | on behalf of Plaintiff Jason M. Rund ctp@lnbyg.com |
| Christopher K.S. Wong | |
| | on behalf of Interested Party L.A. Arena Funding  LLC christopher.wong@afslaw.com, yvonne.li@arentfox.com |
| Clifford S Davidson | |
| | on behalf of Creditor California Attorney Lending II  Inc. csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com;pdxecf@swlaw.com |
| Craig G Margulies | |
| | on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| Craig G Margulies | |
| | on behalf of Plaintiff Jaime Ruigomez Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| Craig G Margulies | |
| | on behalf of Plaintiff Joseph Ruigomez Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| Craig G Margulies | |
| | on behalf of Plaintiff Kathleen Ruigomez Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| Daniel J McCarthy | |
| | on behalf of Creditor Abir Cohen Treyzon Salo  LLP dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com |
| Daniel J McCarthy | |
| | on behalf of Special Counsel ABIR COHEN TREYZON SALO  LLP, a California limited liability partnership |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 5 |
| Date Rcvd: Oct 18, 2022 | Form ID: pdf042 | Total Noticed: 1 |

dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com

**Edith R. Matthai**
on behalf of Interested Party Courtesy NEF ematthai@romalaw.com  lrobie@romalaw.com

**Elissa Miller**
on behalf of Interested Party Courtesy NEF elissa.miller@gmlaw.com emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

**Eric A Mitnick**
on behalf of Interested Party Courtesy NEF MitnickLaw@gmail.com  mitnicklaw@gmail.com

**Eric D Goldberg**
on behalf of Creditor Stillwell Madison  LLC eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

**Evan C Borges**
on behalf of Interested Party Erika Girardi eborges@ggtriallaw.com  cwinsten@ggtriallaw.com

**Gary A Starre**
on behalf of Creditor Karen Girardi gastarre@gmail.com  mmoonniiee@gmail.com

**Gary A Starre**
on behalf of Interested Party Gary A Starre gastarre@gmail.com  mmoonniiee@gmail.com

**Jack Meyer**
on behalf of Interested Party Courtesy NEF jmeyer@ggtriallaw.com

**Jacquelyn H Choi**
on behalf of Creditor Los Angeles County Treasurer and Tax Collector jacquelyn.choi@rimonlaw.com docketingsupport@rimonlaw.com

**James J Finsten**
on behalf of Interested Party Courtesy NEF jfinsten@lurie-zepeda.com  jimfinsten@hotmail.com

**Jason M Rund (TR)**
trustee@srlawyers.com  jrund@ecf.axosfs.com

**Jennifer Witherell Crastz**
on behalf of Creditor Wells Fargo Vendor Financial Services  Inc. jcrastz@hrhlaw.com

**Jeremy Faith**
on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

**Joseph C Delmotte**
on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com

**Joseph C Delmotte**
on behalf of Creditor JPMorgan Chase Bank  National Association ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com

**Kevin C Ronk**
on behalf of Creditor U.S. Legal Support  Inc. Kevin@portilloronk.com, Attorneys@portilloronk.com

**Larry W Gabriel**
on behalf of Interested Party Larry W. Gabriel lgabrielaw@outlook.com  tinadow17@gmail.com

**Lei Lei Wang Ekvall - DECEASED -**
on behalf of Interested Party Courtesy NEF lekvall@swelawfirm.com lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

**Leonard Pena**
on behalf of Interested Party Robert Girardi lpena@penalaw.com  penasomaecf@gmail.com;penalr72746@notify.bestcase.com

**Lewis R Landau**
on behalf of Interested Party Courtesy NEF Lew@Landaunet.com

**M. Jonathan Hayes**
on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

**Marie E Christiansen**
on behalf of Creditor KCC Class Action Services  LLC mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com

**Marshall J Hogan**
on behalf of Creditor California Attorney Lending II  Inc. mhogan@swlaw.com, knestuk@swlaw.com

**Matthew D. Resnik**
on behalf of Interested Party Courtesy NEF matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

| | |
|---|---|
| Michael J Quinn | on behalf of Creditor KCC Class Action Services  LLC mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com |
| Najah J Shariff | on behalf of Interested Party Courtesy NEF najah.shariff@usdoj.gov  USACAC.criminal@usdoj.gov |
| Ori S Blumenfeld | on behalf of Plaintiff Jaime Ruigomez oblumenfeld@laklawyers.com  nlessard@laklawyers.com;smcfadden@laklawyers.com |
| Ori S Blumenfeld | on behalf of Plaintiff Kathleen Ruigomez oblumenfeld@laklawyers.com  nlessard@laklawyers.com;smcfadden@laklawyers.com |
| Ori S Blumenfeld | on behalf of Interested Party Courtesy NEF oblumenfeld@laklawyers.com nlessard@laklawyers.com;smcfadden@laklawyers.com |
| Ori S Blumenfeld | on behalf of Plaintiff Joseph Ruigomez oblumenfeld@laklawyers.com  nlessard@laklawyers.com;smcfadden@laklawyers.com |
| Ori S Blumenfeld | on behalf of Creditor Joseph Ruigomez oblumenfeld@laklawyers.com  nlessard@laklawyers.com;smcfadden@laklawyers.com |
| Peter J Mastan | on behalf of Interested Party Courtesy NEF peter.mastan@dinsmore.com SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com |
| Philip E Strok | on behalf of Interested Party Elissa D. Miller pstrok@swelawfirm.com gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com |
| Philip E Strok | on behalf of Interested Party Courtesy NEF pstrok@swelawfirm.com gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com |
| Rafey Balabanian | on behalf of Creditor Edelson PC rbalabanian@edelson.com  docket@edelson.com |
| Razmig Izakelian | on behalf of Creditor Frantz Law Group  APLC razmigizakelian@quinnemanuel.com |
| Richard D Buckley | on behalf of Interested Party L.A. Arena Funding  LLC richard.buckley@arentfox.com |
| Richard P Steelman, Jr | on behalf of Plaintiff JASON M RUND rps@lnbyg.com  john@lnbyb.com |
| Robert P Goe | on behalf of Creditor ALT Financial Network  Inc. kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Creditor Arsani Sidarous kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com |
| Scott Olson | on behalf of Creditor KCC Class Action Services  LLC scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com |
| Shraddha Bharatia | on behalf of Interested Party Courtesy NEF notices@becket-lee.com |
| Suzanne C Grandt | on behalf of Interested Party The State Bar of California suzanne.grandt@calbar.ca.gov  joan.randolph@calbar.ca.gov |
| Terrence Swinson | on behalf of Creditor Judy Selberg terrenceswinson@gmail.com |
| Timothy J Yoo | on behalf of Interested Party Courtesy NEF tjy@lnbyb.com |
| Timothy J Yoo | on behalf of Plaintiff JASON M RUND tjy@lnbyb.com |
| Timothy J Yoo | on behalf of Plaintiff Jason M. Rund tjy@lnbyb.com |
| Timothy J Yoo | on behalf of Trustee Jason M Rund (TR) tjy@lnbyb.com |
| Timothy W Evanston | on behalf of Interested Party Elissa D. Miller tevanston@swelawfirm.com |

District/off: 0973-2    User: admin    Page 5 of 5
Date Rcvd: Oct 18, 2022    Form ID: pdf042    Total Noticed: 1

| | |
|---|---|
| | gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| Timothy W Evanston | on behalf of Interested Party Courtesy NEF tevanston@swelawfirm.com gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| William F Savino | on behalf of Creditor California Attorney Lending II Inc. wsavino@woodsoviatt.com, lherald@woodsoviatt.com |

TOTAL: 83

|   |   |
|---|---|
| 1 | TIMOTHY J. YOO (State Bar No. 155531) |
|   | tjy@lnbyg.com |
| 2 | CARMELA T. PAGAY (State Bar No. 195603) |
|   | ctp@lnbyg.com |
| 3 | LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. |
|   | 2818 La Cienega Avenue |
| 4 | Los Angeles, California 90034 |
|   | Telephone: (310) 229-1234 |
| 5 | Facsimile: (310) 229-1244 |
| 6 | Attorneys for Jason M. Rund |
|   | Chapter 7 Trustee |



**FILED & ENTERED**

**OCT 18 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

THOMAS VINCENT GIRARDI,

Debtor.

Case No. 2:20-bk-21020-BR

Chapter 7

**ORDER: (1) AUTHORIZING SALE OF ESTATE'S RIGHT, TITLE AND INTEREST IN REAL PROPERTY FREE AND CLEAR OF LIENS OF KAREN GIRARDI, ALT FINANCIAL NETWORK, INC., STILLWELL MADISON, LLC, KCC CLASS ACTION SERVICES, LLC, LAW FINANCE GROUP, LLC, JOSEPH RUIGOMEZ, KATHLEEN RUIGOMEZ, AND JAIME RUIGOMEZ, AND LOS ANGELES COUNTY TAX COLLECTOR; (2) APPROVING OVERBID PROCEDURE; (3) APPROVING PAYMENT OF COMMISSIONS AND ADVANCED EXPENSES; (4) FINDING PURCHASERS ARE GOOD FAITH PURCHASERS; AND (5) WAIVING STAY UNDER RULE 6004(h)**

[100 N. Los Altos Drive, Pasadena, California 91105]

Date:  October 18, 2022
Time:  10:00 a.m.
Place: Courtroom 1668
       Roybal Federal Building
       255 E. Temple Street
       Los Angeles, CA 90012

      The Motion for Order: (1) Authorizing Sale of Estate's Right, Title, and Interest in Real Property Free and Clear of Liens of Karen Girardi, Alt Financial Network, Inc., Stillwell Madison, LLC, KCC Class Action Services, LLC, Law Finance Group, LLC, Joseph Ruigomez, Kathleen Ruigomez, and Jaime Ruigomez, and Los Angeles County Tax Collector; (2) Approving Overbid Procedure; (3) Approving Payment of Commissions and Advanced Expenses; (4) Finding Purchasers Are Good Faith Purchasers; and (5) Waiving Stay Under Rule 6004(h) [Doc 365] (the "Motion"), filed by Jason M. Rund, the chapter 7 trustee (the "Trustee") for the bankruptcy estate of Thomas Vincent Girardi, came on for hearing on October 18, 2022, at 10:00 a.m., in the above-entitled Court before the Honorable Barry Russell, United States Bankruptcy Judge.  Carmela T. Pagay of Levene, Neale, Bender, Yoo & Golubchik L.L.P. appeared on behalf of the Trustee, who was also present.  Other appearances are as noted on the Court's record.

      The Court, having considered the Motion, the supporting declarations and exhibits, the Joinder to the Motion filed by Arsani Sidarous [Doc 372], the Limited Opposition to the Motion filed by the Los Angeles County Treasurer and Tax Collector [Doc 375], and the Conditional Non-Opposition filed by JPMorgan Chase Bank, National Association [Doc 376] (the "Chase Non-Opposition"), having considered the statements of counsel, and good cause appearing,

      IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The Trustee is authorized to sell to Jun Tao and Peng Tao (the "Purchasers") for the sum of $8,000,000 on the terms set forth in the Motion, the estate's right, title, and interest in the real property located at 100 N. Los Altos Drive, Pasadena, California 91105 (the "Property").

3. The Property is more particularly described on Exhibit A hereto.

4. Should the Purchasers fail to timely consummate the sale, the Trustee is authorized to sell the Property to Jonathan Carroll and Gina Carroll for $7,920,000 on the terms set forth in the Motion.

5. The sale is free and clear of the lien of Karen Girardi (Inst. No. 1989-1663121), with such lien to attach to the proceeds.

///

6. The sale is free and clear of the lien of Alt Financial Network, Inc. (Inst. No. 2019-1149335), with such lien to not attach to the proceeds.

7. The sale is free and clear of the lien of Stillwell Madison, LLC (Inst. No. 2020-1376401), with such lien to not attach to the proceeds.

8. The sale is free and clear of the lien of KCC Class Action Services, LLC (Inst. No. 2020-1512666), with such lien to not attach to the proceeds.

9. The sale is free and clear of the lien of Law Finance Group, LLC (Inst. No. 2019-793616), with such lien to not attach to the proceeds.

10. The sale is free and clear of the liens of Joseph Ruigomez, Kathleen Ruigomez, and Jaime Ruigomez (Inst. Nos. 2020-770269 and 2020-864175), with such liens to attach to the proceeds.

11. The sale is free and clear of the liens of the Los Angeles County Treasurer and Tax Collector (Inst. Nos. 2020-1509047 and 2021-1743943), with such liens to attach to the proceeds.

12. The sale is "as is," "where is," without any representations or warranties whatsoever.

13. The Purchasers purchased the Property in "good faith," as defined in 11 U.S.C. § 363(m).

14. The Trustee is authorized and empowered to execute and deliver on behalf of the estate any and all documents as reasonably may be necessary to implement the terms of the sale.

15. The Trustee is authorized to pay the Los Angeles County Treasurer and Tax Collector's unpaid real property taxes, liens of JPMorgan Chase Bank (Inst. No. 2014-0464309) ("Chase") and Arsani Sidarous or Alt Financial Network, Inc. (collectively "Sidarous") (Inst. Nos. 2019-1149333 and 2019-1149334), homeowner's association fees, the expenses advanced by the Trustee and Compass, the Trustee's real estate broker, in connection with the Property, real estate brokers' commissions (4%), and related sale costs directly from escrow on the Property.

///

///

16. Chase's claim shall be paid off in full pursuant to an updated payoff demand. To the extent that the Trustee disputes any amounts which Chase claims are owed on the Subject Loan (as defined in the Chase Non-Opposition) the undisputed amount of Chase's claim shall be paid at the close of the sale and the disputed amount of Chase's claim shall be segregated in an interest bearing account with an additional $3,000.00 in sale proceeds pending further order of the Bankruptcy Court to allow for Chase's potential recovery of any of its reasonable attorney's fees and costs incurred to the extent that Chase successfully establishes its right to the disputed amount due on its claim.

17. In the event that the sale of the Property does not take place and/or Chase's claim is not paid in full through escrow, Chase shall retain its lien for the full amount due under the Subject Loan.

18. Sidarous shall be paid off in full through escrow pursuant to an updated demand. In the event that the sale of the Property does not take place and/or Sidarous's claim is not paid in full through escrow, Sidarous shall retain its lien for the full amount due under the promissory note and deed of trust.

19. The 14-day stay prescribed by Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is waived.

20. The Court shall retain jurisdiction to adjudicate any disputes that may arise in connection with the sale of the Property.

IT IS SO ORDERED.

### 

Date: October 18, 2022

Barry Russell
United States Bankruptcy Judge

3

# EXHIBIT A
# LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF PASADENA, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOTS 21 AND 22 OF TRACT NO. 8702, IN THE CITY OF PASADENA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 118, PAGES 1 AND 2 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY AND THAT PORTION OF LOT 23 IN SAID TRACT NO. 8702, DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST SOUTHERLY CORNER OF SAID LOT 23; THENCE NORTHERLY ALONG THE CURVED WESTERLY LINE OF SAID LOT 23, A DISTANCE OF 26.54 FEET; THENCE NORTH 72° 48' 10" EAST 74.50 FEET TO A POINT IN THE SOUTHEASTERLY LINE OF SAID LOT 23 DISTANT THEREON NORTH 54° 44' 10' EAST 84.15 FEET FROM THE POINT OF BEGINNING; THENCE ALONG SAID SOUTHEASTERLY LINE SOUTH 54° 44' 10" WEST 84.15 FEET TO THE POINT OF BEGINNING.

[PLOTTED EASEMENTS](#)

[APN:  **5708-025-008**](#) **and 5708-025-009**

**[PLOTTED EASEMENTS](#)**