| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Marc A. Lieberman, Esq. (SBN 157318)<br>marc.lieberman@flpllp.com<br>Alan W. Forsley, Esq. (SBN 180958)<br>alan.forsley@flpllp.com<br>FLP LAW GROUP LLP<br>(fka) FREDMAN LIEBERMAN PEARL LLP<br>1875 Century Park East, Suite 2230<br>Los Angeles, CA 90067<br>Telephone: (310)284-7350<br>Facsimile: (310) 432-5999<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Creditors Joseph Ruigomez, Kathleen Ruigomez and Jamie Ruigomez | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>THOMAS VINCENT GIRARDI,<br><br><br><br>Debtor(s) | CASE NO.: 2:20-bk-21020-BR<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Motion for Court to Confirm the Automatic Stay Does Not Apply to a Renewal of Judgment |
|---|---|

PLEASE TAKE NOTE that the order titled Order Granting Motion for Court to Confirm the Automatic Stay Does Not Apply to a Renewal of Judgment

was lodged on *(date)* February 7, 2023 and is attached. This order relates to the motion which is docket number 410.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9021-1.2.BK.NOTICE.LODGMENT

# EXHIBIT A

MARC A. LIEBERMAN (SBN 157318)
marc.lieberman@flpllp.com
ALAN W. FORSLEY (SBN 180958)
alan.forsley@flpllp.com
**FLP LAW GROUP LLP**
1875 Century Park East, Suite 2230
Los Angeles, California 90067
Telephone: (310) 284-7350
Facsimile: (310) 432-5999

Attorneys for Movants Joseph Ruigomez,
Kathleen Ruigomez, and Jamie Ruigomez

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No.: 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION FOR COURT TO CONFIRM THE AUTOMATIC STAY DOES NOT APPLY TO A RENEWAL OF JUDGMENT**<br><br>Hearing:<br>DATE: February 7, 2023<br>TIME: 10:00 a.m.<br>PLACE: Ctrm 1668<br>255 E. Temple St.,<br>Los Angeles, CA 90012 |

A hearing was held at the above time and place on the "Order Granting Motion for Court to Confirm the Automatic Stay Does Not Apply to a Renewal of Judgment" (the "**Motion**") filed by movants Kathleen Ruigomez, Jamie Ruigomez, and Joseph Ruigomez (collectively the "**Movants**"). Marc A. Lieberman of FLP

1

Law Group LLP appeared on behalf of Movants. Timothy J. Yoo of Levene, Neal, Bender, Yoo & Golubchik LLP appeared on behalf of Jason M. Rund, Chapter 7 Trustee (the "**Trustee**"). Other appearances, if any, were noted on the record.

The Court, having reviewed and considered the Motion, the Trustee's Opposition, Movants' Reply, and the arguments of counsel, finding notice to have been proper and good cause appearing, and for the reasons set forth on the record,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The automatic stay does not apply to the renewal of Movants' judgment entered April 20, 2020 in the State Court case of *Ruigomez et al v. Thomas V. Girardi and Girardi Keese*, LASC Case No. 19STCV22296 (the "**Judgment**").

3. The notice of the renewed Judgment shall not be served on the Trustee absent for the order of the Court.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1875 Century Park East, Suite 2230, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 7, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **February 7, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Judge Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 7, 2023 | SAFA SALEEM | /s/ Saleem |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 9021-1.2.BK.NOTICE.LODGMENT

## Service List
## Via NEF

- **Rafey Balabanian**    rbalabanian@edelson.com, docket@edelson.com;5926930420@filings.docketbird.com
- **Shraddha Bharatia**    notices@becket-lee.com
- **Ori S Blumenfeld**    oblumenfeld@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com
- **Evan C Borges**    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Richard D Buckley**    richard.buckley@arentfox.com
- **Jacquelyn H Choi**    jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Marie E Christiansen**    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Ashleigh A Danker**    adanker731@gmail.com
- **Clifford S Davidson**    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com;pdxecf@swlaw.com
- **Joseph C Delmotte**    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- **Lei Lei Wang Ekvall - DECEASED -**    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Oscar Estrada**    oestrada@ttc.lacounty.gov
- **Timothy W Evanston**    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**    , jimfinsten@hotmail.com
- **James J Finsten**    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Larry W Gabriel**    lgabrielaw@outlook.com, tinadow17@gmail.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Rosendo Gonzalez**    rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- **Andrew Goodman**    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- **Stella A Havkin**    stella@havkinandshrago.com, shavkinesq@gmail.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Marshall J Hogan**    mhogan@swlaw.com, knestuk@swlaw.com
- **Bradford G Hughes**    bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- **Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    F 9021-1.2.BK.NOTICE.LODGMENT

- **Razmig Izakelian**  razmigizakelian@quinnemanuel.com
- **Michael S Kogan**  mkogan@koganlawfirm.com
- **Lewis R Landau**  Lew@Landaunet.com
- **Marc A Lieberman**  marc.lieberman@flpllp.com, safa.saleem@flpllp.com
- **Craig G Margulies**  Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Peter J Mastan**  peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**  ematthai@romalaw.com, lrobie@romalaw.com
- **Daniel J McCarthy**  dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- **Jack Meyer**  jmeyer@mckoolsmith.com
- **Elissa Miller**  elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- **Eric A Mitnick**  MitnickLaw@gmail.com, mitnicklaw@gmail.com
- **Scott Olson**  scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Carmela Pagay**  ctp@lnbyb.com
- **Carmela Pagay**  ctp@lnbyg.com
- **Ambrish B Patel**  apatelEl@americaninfosource.com
- **Leonard Pena**  lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**  mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com,ahirschkowitz@vedderprice.com
- **Matthew D. Resnik**  Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Kevin C Ronk**  Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Jason M Rund (TR)**  trustee@srlawyers.com, jrund@ecf.axosfs.com
- **William F Savino**  wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Amir Shakoorian**  AShakoorian@GGTrialLaw.com
- **Najah J Shariff**  najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **Gary A Starre**  gastarre@gmail.com, mmoonniiee@gmail.com
- **Richard P Steelman**  rps@lnbyg.com, john@lnbyb.com
- **Philip E Strok**  pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Terrence Swinson**  terrenceswinson@gmail.com
- **Boris Treyzon**  btreyzon@actslaw.com, pjs@actslaw.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Christopher K.S. Wong**  christopher.wong@afslaw.com, yvonne.li@arentfox.com
- **Timothy J Yoo**  tjy@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*  Page 4  **F 9021-1.2.BK.NOTICE.LODGMENT**