TIMOTHY J. YOO (SBN 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (SBN 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

**FILED & ENTERED**

**APR 28 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH ELISSA MILLER, CHAPTER 7 TRUSTEE, CALIFORNIA ATTORNEY LENDING II, INC., A NEW YORK CORPORATION, AND COUNSEL FINANCIAL SERVICES, LLC, A DELAWARE LIMITED LIABILITY COMPANY**<br><br>Date:  April 18, 2023<br>Time:  10:00 a.m.<br>Place: Courtroom 1668<br>         U.S. Bankruptcy Court<br>         255 E. Temple Street<br>         Los Angeles, California 90012 |

The "Chapter 7 Trustee's Motion for Order Approving Compromise with Elissa Miller, Chapter 7 Trustee, California Attorney Lending II, Inc., a New York Corporation, and Counsel Financial Services, LLC, a Delaware Limited Liability Company" [Doc 431] (the "Motion"),[1] filed by Jason M. Rund, the Chapter 7 Trustee for the bankruptcy estate of Thomas Vincent

---

[1]    Capitalized terms not defined herein shall the meanings ascribed to them in the Motion.

1

Girardi (the "TVG Trustee"), came on for hearing on April 18, 2023, at 10:00 a.m., in the above-entitled Court before the Honorable Barry Russell, United States Bankruptcy Judge. Carmela T. Pagay of Levene, Neale, Bender, Yoo & Golubchik L.L.P. appeared on behalf of the TVG Trustee.  Other appearances are as noted on the Court's record.

Having considered the Motion, the supporting declarations and exhibits, the oppositions filed by Edelson PC [Doc 435] and Erika Girardi [Doc 436], and the replies filed by the Ruigomez Creditors [Doc 439], California Attorney Lending II, Inc. ("CAL II") [Doc 441] and the Trustee [Docs 445 and 445], having considered the statements and arguments of counsel at the hearing on the Motion, finding that notice and service of the Motion were proper and that no further notice be given, finding good cause for the relief requested in the Motion, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. Except as provided in Paragraph 5 of this Order, the "Opposition to Chapter 7 Trustees' Motions for Order Approving Compromise with California Attorney Lending II, Inc., and Counsel Financial Services, LLC" [Doc 435] filed by Edelson PC, and the "Omnibus Opposition of Erika Girardi to Motions of Chapter 7 Trustees, Pursuant to Bankruptcy Rule 9019, for an Order Approving Settlement Agreement with California Attorney Lending II, Inc., and Counsel Financial Services, LLC; and Request for Continuance of Hearing to Allow for Discovery in this Contested Matter" [Doc 436] filed by Erika Girardi, are overruled;

2. The Motion is granted;

3. The TVG Trustee is authorized to enter into the Settlement Agreement;

4. The terms of the Settlement Agreement, a copy of which is attached to the Motion as Exhibit 1, are approved;

5. The Settlement Agreement and this Order approving the Settlement Agreement shall not have any preclusive, res judicata or collateral estoppel effect on claims pursued outside this Court by non-parties to the Settlement Agreement including, without limitation, Edelson PC and Erika Girardi, against non-debtor parties (*i.e.*, not Girardi Keese and Thomas V. Girardi) or

any other person or entity, including without limitation CAL II and CFS, for conduct that occurred prior to December 18, 2020; and

    6.    The TVG Trustee is authorized to execute any documents or take any actions reasonably necessary to effectuate the terms of the Settlement Agreement, including but not limited to:

        a.    Payment of CAL II's Allowed Payment Request in accordance with Section 6.b. of the TVG CAL II Settlement, and

        b.    Payment of the TVG Ruigomez Claim in accordance with Section 4.b. of the TVG Ruigomez Settlement.

### #

Date: April 28, 2023

*[Signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge