TIMOTHY J. YOO (SBN 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (SBN 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

**FILED & ENTERED**

**AUG 18 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AN ORDER COMPELLING ROBERT GIRARDI TO APPEAR FOR EXAMINATION AND TO PRODUCE DOCUMENTS**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2004-1]<br><br>Proposed Examination Date and Place<br>Date:    September 21, 2023<br>Time:    10:30 a.m.<br>Place:   VIA ZOOM<br><br>Proposed Document Production Date and Place<br>Date:    September 19, 2023<br>Time:    9:00 a.m.<br>Place:   2818 La Cienega Avenue<br>         Los Angeles, CA 90034 |

1

The Court, having considered the motion ("Motion") filed by Jason M. Rund, the duly-appointed, qualified, and acting Chapter 7 Trustee ("Trustee"), for Thomas Vincent Girardi, debtor herein, for the entry of an order, pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1, authorizing the Trustee to examine and to require the production of documents by Robert Girardi ("Robert") and to issue a subpoena compelling Robert's appearance for an oral examination and directing Robert's production of documents, no motion for a protective order having been timely filed by Robert, and for good cause appearing therefore, the Court HEREBY ORDERS AS FOLLOWS:

1. The Motion is hereby granted in its entirety;

2. The Trustee is hereby authorized to issue a subpoena compelling Robert to appear for an oral examination as to the full scope of matters covered by Rule 2004(b) of the Federal Rules of Bankruptcy Procedure and to produce and/or permit inspection of the documents requested in the subpoena; and

3. The Court reserves jurisdiction to award sanctions against Robert should he fail to comply with the subpoena.

IT IS SO ORDERED.

### #

Date: August 18, 2023

Barry Russell
United States Bankruptcy Judge

2