United States Bankruptcy Court

Central District of California

In re:                                                                          Case No. 20-21020-BR

Thomas Vincent Girardi                                                           Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Aug 18, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | +  Thomas Vincent Girardi, 1126 Wilshire Boulevard, Los Angeles, CA 90017-1904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2023              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan W Forsley | on behalf of Creditor C.F.  an individual alan.forsley@flpllp.com , awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| Alan W Forsley | on behalf of Creditor Jaime Ruigomez alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| Alan W Forsley | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| Alan W Forsley | on behalf of Plaintiff Christina Fulton alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| Alan W Forsley | on behalf of Creditor Joseph Ruigomez alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| Alan W Forsley | on behalf of Creditor Kathleen Ruigomez alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |

Ambrish B Patel

on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST"  or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port apatelEI@americaninfosource.com

Amir Shakoorian

on behalf of Interested Party Erika Girardi AShakoorian@GGTrialLaw.com

Andrew Goodman

on behalf of Petitioning Creditor John Abassian agoodman@andyglaw.com  Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman

on behalf of Petitioning Creditor Kimberly Archie agoodman@andyglaw.com  Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman

on behalf of Petitioning Creditor Virginia Antonio agoodman@andyglaw.com  Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman

on behalf of Defendant Kathleen L. Bajgrowicz agoodman@andyglaw.com  Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman

on behalf of Petitioning Creditor Jill O'Callahan agoodman@andyglaw.com  Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman

on behalf of Petitioning Creditor Robert M. Keese agoodman@andyglaw.com  Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman

on behalf of Attorney William F Savino agoodman@andyglaw.com  Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman

on behalf of Petitioning Creditor Erika Saldana agoodman@andyglaw.com  Goodman.AndrewR102467@notify.bestcase.com

Ashleigh A Danker

on behalf of Interested Party Courtesy NEF adanker731@gmail.com

Boris Treyzon

on behalf of Interested Party Courtesy NEF btreyzon@actslaw.com  pjs@actslaw.com

Bradford G Hughes

on behalf of Interested Party Courtesy NEF bhughes@Clarkhill.com  mdelosreyes@clarkhill.com;kwebster@clarkhill.com

Brandon J Iskander

on behalf of Creditor Arsani Sidarous biskander@goeforlaw.com  kmurphy@goeforlaw.com

Carmela Pagay

on behalf of Plaintiff Jason M Rund  Chapter 7 Trustee ctp@lnbyg.com

Carmela Pagay

on behalf of Interested Party Courtesy NEF ctp@lnbyg.com

Carmela Pagay

on behalf of Plaintiff Jason M. Rund  Chapter 7 Trustee for the bankruptcy estate of Thomas Vincent Girardi ctp@lnbyg.com

Carmela Pagay

on behalf of Plaintiff JASON M RUND ctp@lnbyb.com

Carmela Pagay

on behalf of Trustee Jason M Rund (TR) ctp@lnbyb.com

Carmela Pagay

on behalf of Plaintiff Jason M. Rund  Chapter 7 Trustee ctp@lnbyg.com

Carmela Pagay

on behalf of Plaintiff Jason M. Rund ctp@lnbyg.com

Christopher K.S. Wong

on behalf of Interested Party L.A. Arena Funding  LLC christopher.wong@afslaw.com, yvonne.li@arentfox.com

Christopher K.S. Wong

on behalf of Creditor L.A. Arena Funding  LLC christopher.wong@afslaw.com, yvonne.li@arentfox.com

Clifford S Davidson

on behalf of Creditor California Attorney Lending II  Inc. csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com;pdxecf@swlaw.com

Craig G Margulies

on behalf of Plaintiff Kathleen Ruigomez Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies

on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies

District/off: 0973-2 | User: admin | Page 3 of 6
Date Rcvd: Aug 18, 2023 | Form ID: pdf042 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Plaintiff Jaime Ruigomez Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| Craig G Margulies | |
| | on behalf of Plaintiff Joseph Ruigomez Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| Daniel A Lev | |
| | on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com |
| Daniel J McCarthy | |
| | on behalf of Special Counsel ABIR COHEN TREYZON SALO LLP, a California limited liability partnership dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com |
| Daniel J McCarthy | |
| | on behalf of Creditor Abir Cohen Treyzon Salo LLP dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com |
| Daren M Schlecter | |
| | on behalf of Defendant Shirleen Fujimoto daren@schlecterlaw.com assistant@schlecterlaw.com |
| Edith R. Matthai | |
| | on behalf of Interested Party Courtesy NEF ematthai@romalaw.com lrobie@romalaw.com |
| Elissa Miller | |
| | on behalf of Interested Party Courtesy NEF elissa.miller@gmlaw.com emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com |
| Eric A Mitnick | |
| | on behalf of Interested Party Courtesy NEF MitnickLaw@gmail.com mitnicklaw@gmail.com |
| Eric D Goldberg | |
| | on behalf of Creditor Stillwell Madison LLC eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Evan C Borges | |
| | on behalf of Defendant Erica N Girardi eborges@ggtriallaw.com cwinsten@ggtriallaw.com |
| Evan C Borges | |
| | on behalf of Defendant Pretty Mess Inc., a corporation eborges@ggtriallaw.com, cwinsten@ggtriallaw.com |
| Evan C Borges | |
| | on behalf of Interested Party Pretty Mess Inc., a corporation eborges@ggtriallaw.com, cwinsten@ggtriallaw.com |
| Evan C Borges | |
| | on behalf of Interested Party EJ Global LLC, a limited liability company eborges@ggtriallaw.com, cwinsten@ggtriallaw.com |
| Evan C Borges | |
| | on behalf of Defendant EJ Global LLC, a limited liability company eborges@ggtriallaw.com, cwinsten@ggtriallaw.com |
| Evan C Borges | |
| | on behalf of Interested Party Erika Girardi eborges@ggtriallaw.com cwinsten@ggtriallaw.com |
| Gary A Starre | |
| | on behalf of Creditor Karen Girardi gastarre@gmail.com mmoonniiee@gmail.com |
| Jack Meyer | |
| | on behalf of Interested Party Courtesy NEF jmeyer@mckoolsmith.com |
| Jacquelyn H Choi | |
| | on behalf of Creditor Los Angeles County Treasurer and Tax Collector jacquelyn.choi@rimonlaw.com docketingsupport@rimonlaw.com |
| Jacquelyn H Choi | |
| | on behalf of Defendant Los Angeles County Treasurer And Tax Collector jacquelyn.choi@rimonlaw.com docketingsupport@rimonlaw.com |
| James J Finsten | |
| | on behalf of Interested Party Courtesy NEF jfinsten@lurie-zepeda.com jimfinsten@hotmail.com |
| Jason M Rund (TR) | |
| | trustee@srlawyers.com jrund@ecf.axosfs.com |
| Jennifer Witherell Crastz | |
| | on behalf of Creditor Wells Fargo Vendor Financial Services Inc. jcrastz@hrhlaw.com |
| Jeremy Faith | |
| | on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com |
| Joseph C Delmotte | |
| | on behalf of Creditor JPMorgan Chase Bank National Association ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Joseph C Delmotte | |

District/off: 0973-2        User: admin        Page 4 of 6

Date Rcvd: Aug 18, 2023        Form ID: pdf042        Total Noticed: 1

       on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com

Kevin C Ronk

       on behalf of Creditor U.S. Legal Support  Inc. Kevin@portilloronk.com, Attorneys@portilloronk.com

Larry W Gabriel

       on behalf of Interested Party Larry W. Gabriel lgabrielaw@outlook.com  tinadow17@gmail.com

Lei Lei Wang Ekvall - DECEASED -

       on behalf of Interested Party Courtesy NEF lekvall@swelawfirm.com
       lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Leonard Pena

       on behalf of Interested Party Robert Girardi lpena@penalaw.com  penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Lewis R Landau

       on behalf of Interested Party Courtesy NEF Lew@Landaunet.com

M. Jonathan Hayes

       on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com
       roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm
       .com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Marc A Lieberman

       on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com  safa.saleem@flpllp.com,addy@flpllp.com

Marc A Lieberman

       on behalf of Creditor Joseph Ruigomez marc.lieberman@flpllp.com  safa.saleem@flpllp.com,addy@flpllp.com

Marc A Lieberman

       on behalf of Creditor Kathleen Ruigomez marc.lieberman@flpllp.com  safa.saleem@flpllp.com,addy@flpllp.com

Marc A Lieberman

       on behalf of Creditor Jaime Ruigomez marc.lieberman@flpllp.com  safa.saleem@flpllp.com,addy@flpllp.com

Marie E Christiansen

       on behalf of Creditor KCC Class Action Services  LLC mchristiansen@vedderprice.com,
       ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com

Marshall J Hogan

       on behalf of Creditor California Attorney Lending II  Inc. mhogan@swlaw.com, knestuk@swlaw.com

Matthew D. Resnik

       on behalf of Attorney Matthew Resnik Matt@rhmfirm.com
       roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfir
       m.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Matthew D. Resnik

       on behalf of Interested Party Courtesy NEF Matt@rhmfirm.com
       roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfir
       m.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Matthew D. Resnik

       on behalf of Defendant David Richard Lira Matt@rhmfirm.com
       roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfir
       m.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Michael J Quinn

       on behalf of Creditor KCC Class Action Services  LLC mquinn@vedderprice.com,
       ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com,ahirschkowitz@vedderprice.com

Michael S Kogan

       on behalf of Interested Party Michael Kogan Law Firm  APC mkogan@koganlawfirm.com

Najah J Shariff

       on behalf of Interested Party Courtesy NEF najah.shariff@usdoj.gov  USACAC.criminal@usdoj.gov

Ori S Blumenfeld

       on behalf of Plaintiff Kathleen Ruigomez oblumenfeld@laklawyers.com  nlessard@laklawyers.com;smcfadden@laklawyers.com

Ori S Blumenfeld

       on behalf of Plaintiff Jaime Ruigomez oblumenfeld@laklawyers.com  nlessard@laklawyers.com;smcfadden@laklawyers.com

Ori S Blumenfeld

       on behalf of Interested Party Courtesy NEF oblumenfeld@laklawyers.com
       nlessard@laklawyers.com;smcfadden@laklawyers.com

Ori S Blumenfeld

       on behalf of Plaintiff Joseph Ruigomez oblumenfeld@laklawyers.com  nlessard@laklawyers.com;smcfadden@laklawyers.com

Ori S Blumenfeld

       on behalf of Creditor Joseph Ruigomez oblumenfeld@laklawyers.com  nlessard@laklawyers.com;smcfadden@laklawyers.com

District/off: 0973-2                                        User: admin                                        Page 5 of 6
Date Rcvd: Aug 18, 2023                              Form ID: pdf042                              Total Noticed: 1

Oscar Estrada
    on behalf of Creditor Los Angeles County Treasurer and Tax Collector oestrada@ttc.lacounty.gov

Peter J Mastan
    on behalf of Interested Party Courtesy NEF peter.mastan@dinsmore.com
SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com

Philip E Strok
    on behalf of Interested Party Elissa D. Miller pstrok@swelawfirm.com
gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Philip E Strok
    on behalf of Interested Party Courtesy NEF pstrok@swelawfirm.com
gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Rafey Balabanian
    on behalf of Creditor Edelson PC rbalabanian@edelson.com  docket@edelson.com;5926930420@filings.docketbird.com

Razmig Izakelian
    on behalf of Creditor Frantz Law Group  APLC razmigizakelian@quinnemanuel.com

Richard Dennis Buckley, Jr
    on behalf of Interested Party L.A. Arena Funding  LLC rbuckley@safarianchoi.com

Richard Dennis Buckley, Jr
    on behalf of Creditor L.A. Arena Funding  LLC rbuckley@safarianchoi.com

Richard P Steelman, Jr
    on behalf of Plaintiff Jason M. Rund  Chapter 7 Trustee for the bankruptcy estate of Thomas Vincent Girardi rps@lnbyg.com,
john@lnbyb.com

Richard P Steelman, Jr
    on behalf of Plaintiff JASON M RUND rps@lnbyg.com  john@lnbyb.com

Robert P Goe
    on behalf of Creditor ALT Financial Network  Inc. kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Creditor Arsani Sidarous kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

Rosendo Gonzalez
    on behalf of Defendant David Richard Lira rossgonzalez@gonzalezplc.com
rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com

Scott Olson
    on behalf of Creditor KCC Class Action Services  LLC scott.olson@bclplaw.com,
scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com

Shraddha Bharatia
    on behalf of Interested Party Courtesy NEF notices@becket-lee.com

Stella A Havkin
    on behalf of Defendant Christopher Terrence Aumais stella@havkinandshrago.com  shavkinesq@gmail.com

Suzanne C Grandt
    on behalf of Interested Party The State Bar of California suzanne.grandt@calbar.ca.gov  joan.randolph@calbar.ca.gov

Terrence Swinson
    on behalf of Creditor Judy Selberg terrenceswinson@gmail.com

Timothy C Aires
    on behalf of Trustee Jason M Rund (TR) tca@arlawyers.com  gperez@arlawyers.com

Timothy C Aires
    on behalf of Plaintiff Jason M. Rund  Chapter 7 Trustee for the bankruptcy estate of Thomas Vincent Girardi tca@arlawyers.com,
gperez@arlawyers.com

Timothy J Yoo
    on behalf of Trustee Jason M Rund (TR) tjy@lnbyb.com

Timothy J Yoo
    on behalf of Interested Party Courtesy NEF tjy@lnbyb.com

Timothy J Yoo
    on behalf of Plaintiff JASON M RUND tjy@lnbyb.com

Timothy J Yoo
    on behalf of Plaintiff Jason M. Rund tjy@lnbyb.com

Timothy W Evanston

Timothy W Evanston
on behalf of Interested Party Courtesy NEF tevanston@swelawfirm.com
gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

on behalf of Interested Party Elissa D. Miller tevanston@swelawfirm.com
gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

William E Brueckner, III
on behalf of Creditor California Attorney Lending II  Inc. wbrueckner@woodsoviatt.com

William F Savino
on behalf of Creditor California Attorney Lending II  Inc. wsavino@woodsoviatt.com, lherald@woodsoviatt.com

Zachary Page
on behalf of Trustee Jason M Rund (TR) ztp@lnbyg.com


TOTAL: 112

1 TIMOTHY J. YOO (SBN 155531)
  tjy@lnbyg.com
2 CARMELA T. PAGAY (SBN 195603)
  ctp@lnbyg.com
3 LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
  2818 La Cienega Avenue
4 Los Angeles, CA  90034
  Telephone: (310) 229-1234
5 Facsimile: (310) 229-1244

6 Attorneys for Jason M. Rund
  Chapter 7 Trustee

7

**FILED & ENTERED**

**AUG 18 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier      DEPUTY CLERK

8                    **UNITED STATES BANKRUPTCY COURT**
9                     **CENTRAL DISTRICT OF CALIFORNIA**
                          **LOS ANGELES DIVISION**
10

11  In re                                    Case No. 2:20-bk-21020-BR

12  THOMAS VINCENT GIRARDI,                  Chapter 7

13                        Debtor.            **ORDER GRANTING CHAPTER 7
                                             TRUSTEE'S MOTION PURSUANT TO
14                                           RULE 2004 OF THE FEDERAL RULES
                                             OF BANKRUPTCY PROCEDURE FOR
15                                           AN ORDER COMPELLING ROBERT
                                             GIRARDI TO APPEAR FOR
16                                           EXAMINATION AND TO PRODUCE
                                             DOCUMENTS**

17                                           [No Hearing Required Pursuant to Local
18                                           Bankruptcy Rule 2004-1]

19                                           Proposed Examination Date and Place
                                             Date:    September 21, 2023
20                                           Time:    10:30 a.m.
                                             Place:   VIA ZOOM
21

22                                           Proposed Document Production Date and
                                             Place
23                                           Date:    September 19, 2023
                                             Time:    9:00 a.m.
24                                           Place:   2818 La Cienega Avenue
                                                      Los Angeles, CA 90034
25

26

27

28

                                    1

1    The Court, having considered the motion ("Motion") filed by Jason M. Rund, the duly-

2    appointed, qualified, and acting Chapter 7 Trustee ("Trustee"), for Thomas Vincent Girardi,

3    debtor herein, for the entry of an order, pursuant to Federal Rule of Bankruptcy Procedure 2004

4    and Local Bankruptcy Rule 2004-1, authorizing the Trustee to examine and to require the

5    production of documents by Robert Girardi ("Robert") and to issue a subpoena compelling

6    Robert's appearance for an oral examination and directing Robert's production of documents,

7    no motion for a protective order having been timely filed by Robert, and for good cause

8    appearing therefore, the Court HEREBY ORDERS AS FOLLOWS:

9        1.    The Motion is hereby granted in its entirety;

10       2.    The Trustee is hereby authorized to issue a subpoena compelling Robert to

11   appear for an oral examination as to the full scope of matters covered by Rule 2004(b) of the

12   Federal Rules of Bankruptcy Procedure and to produce and/or permit inspection of the

13   documents requested in the subpoena; and

14       3.    The Court reserves jurisdiction to award sanctions against Robert should he fail

15   to comply with the subpoena.

16       IT IS SO ORDERED.

17

18                                          # # #

19

20

21

22

23

24

Date: August 18, 2023

25                                          _____

26                                          Barry Russell
                                            United States Bankruptcy Judge

27

28

                                              2