TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyg.com
ZACHARY T. PAGE (State Bar No. 293885)
ztp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**SUPPLEMENT TO CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE UNDER FRBP 9019 WITH CHRISTOPHER TERRENCE AUMAIS**<br><br>[No Hearing Required] |

**TO ALL INTERESTED PARTIES:**

At the request of the Office of the U.S. Trustee (the "OUST"), Jason M. Rund, the Chapter 7 Trustee for the estate of Thomas Vincent Girardi (the "Trustee"), hereby provides additional information in connection with the pending Motion to Approve Compromise [Doc 474] (the "Motion") with Christopher Terrence Aumais by providing the status of all of the remaining avoidance actions:

- *Trustee v. Kathleen L. Bajgrowicz*/2:22-ap-01211-BR:  Settled for $45,000. Settlement Order submitted on February 28, 2024.

- *Trustee v. David Lira*/2:22-ap-01212-BR:  Settl pending documentation. Settlement Motion will be filed shortly.

- *Trustee v. Shirleen Fujimoto*/2:22-ap-01213-BR:  Discovery pending.

1

- *Trustee v. Christopher Terrence Aumais*/2:22-ap-01214-BR:  Settled for $12,000. Settlement Motion filed on February 28, 2024.

- *Trustee v. Robert Finnerty*/2:22-ap-01215-BR:  Discovery pending.

- *Trustee v. Erika Girardi*/2:22-ap-01216-BR:  Discovery pending.

In particular, the OUST requested information regarding the fees incurred by the estate to prosecute the adversary action against Aumais.  The short answer is that the estate incurred $14,651 to recover $12,000 from Aumais.  While the outcome was not intended and is disappointing, Aumais's presented strong defenses which were unknown at the time of the complaint.  Also, Aumais, Finnerty, Lira and Fujimoto were all former employees of Girardi & Keese.  The facts uncovered in the Aumais adversary were very useful against the similarly situated defendants. As discussed in detail in the Motion, the Trustee used his business judgment to end the litigation (and the accrual of fees) and settle with Aumais. The Trustee respectfully requests the Motion be granted.

The Trustee is confident that, by the time all of the foregoing adversary actions are resolved, the sum of the collection will be greater than the sum of the fees incurred – further adding to the $3,000,000 that will be available for distribution to the estate's creditors.

DATED: March 13, 2024      LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: */s/ Timothy J. Yoo*
    TIMOTHY J. YOO
    ZACHARY T. PAGE
    Attorneys for Jason M. Rund
    Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2818 La Cienega Ave, Los Angeles, CA 90034.

A true and correct copy of the **Supplement To Chapter 7 Trustee's Motion To Approve Compromise Under FRBP 9019 With Christopher Terrence Aumais** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 13, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ *Service information continued on attached page*

**2. SERVED BY UNITED STATES MAIL**: On **March 13, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, **March 13, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 13, 2024 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                           **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Timothy C Aires    tca@arlawyers.com, gperez@arlawyers.com
- Rafey Balabanian    rbalabanian@edelson.com, docket@edelson.com;5926930420@filings.docketbird.com
- Kate Benveniste    kate.benveniste@gtlaw.com, mowent@gtlaw.com,kate-benveniste-1498@ecf.pacerpro.com
- Shraddha Bharatia    notices@becket-lee.com
- Ori S Blumenfeld    oblumenfeld@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com
- Evan C Borges    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- William E Brueckner    wbrueckner@woodsoviatt.com
- Richard Dennis Buckley    rbuckley@safarianchoi.com
- Jacquelyn H Choi    jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    adanker731@gmail.com
- Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com;pdxecf@swlaw.com
- Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- Lei Lei Wang Ekvall - DECEASED -    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Timothy W Evanston    tevanston@raineslaw.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James J Finsten    , jimfinsten@hotmail.com
- James J Finsten    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- Larry W Gabriel    lgabrielaw@outlook.com, tinadow17@gmail.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Rosendo Gonzalez    rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Suzanne C Grandt    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- Stella A Havkin    stella@havkinandshrago.com, shavkinesq@gmail.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- Marshall J Hogan    mhogan@swlaw.com, fcardenas@swlaw.com
- Bradford G Hughes    bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- Brandon J. Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Lewis R Landau    Lew@Landaunet.com
- Daniel A Lev    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Marc A Lieberman    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R. Matthai    ematthai@romalaw.com, lrobie@romalaw.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
- Jack Meyer    jmeyer@mckoolsmith.com
- Elissa Miller    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- Eric A Mitnick    MitnickLaw@gmail.com, mitnicklaw@gmail.com
- Scott Olson    scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Carmela Pagay    ctp@lnbyg.com
- Zachary Page    ztp@lnbyg.com
- Ambrish B Patel    apatelEI@americaninfosource.com
- Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com,adavis@vedderprice.com
- Matthew D. Resnik    Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- Ronald N Richards    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- William F Savino    wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- Amir Shakoorian    AShakoorian@GGTrialLaw.com
- Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- Gary A Starre    gastarre@gmail.com, mmoonniiee@gmail.com
- Richard P Steelman    rps@lnbyg.com, john@lnbyb.com
- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Terrence Swinson    terrenceswinson@gmail.com
- Boris Treyzon    btreyzon@actslaw.com, pjs@actslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Christopher K.S. Wong    christopher.wong@afslaw.com, yvonne.li@afslaw.com;kevin.chen@afslaw.com
- Timothy J Yoo    tjy@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

```
Label Matrix for local noticing        ABIR COHEN TREYZON SALO, LLP, a California    Ally Bank Lease Trust - Assignor to Vehicle
0973-2                                  ACTS                                          4515 N Santa Fe Ave. Dept. APS
Case 2:20-bk-21020-BR                   16001 Ventura Boulevard, Suite 200             Oklahoma City, OK 73118-7901
Central District of California          Encino, CA 91436-4482
Los Angeles
Wed Mar 13 11:51:48 PDT 2024

Compass                                 (p)BK SERVICING  LLC                          EJ Global, LLC, a limited liability company
42 S Pasadena Ave                       PO BOX 131265                                 9200 Sunset Boulevard, Suite 600
Pasadena, CA 91105-1943                 ROSEVILLE MN 55113-0011                       Los Angeles, CA 90069-3196


Frantz Law Group, APLC                  Levene Neale Bender Yoo & Brill LLP           Pretty Mess, Inc., a corporation
2029 Century Park East                  10250 Constellation Blvd Ste 1700             9200 Sunset Boulevard, Suite 600
#400                                    Los Angeles, CA 90067-6253                    Los Angeles, CA 90069-3196
Los Angeles, CA 90067-2905


The State Bar of California             U.S. Legal Support, Inc.                      Wells Fargo Vendor Financial Services, Inc.
180 Howard Street                       c/o Portillo Ronk Legal Team                  c/o Hemar, Rousso & Heald, LLP
San Francisco, CA 94105-1639            5716 Corsa Avenue                             15910 Ventura Blvd., 12th Floor
                                        Suite 207                                     Encino, CA 91436-2802
                                        Westlake Village, CA 91362-4059


Los Angeles Division                    1126 Wilshire Partnership                     ARSANI SIDAROUS
255 East Temple Street,                 c/o Daniel J. McCarthy                        c/o Goe Forsythe & Hodges LLP
Los Angeles, CA 90012-3332              Hill Farrer & Burrill LLP                     18101 Von Karman, Suite 1200
                                        300 S. Grand Ave. 37th Floor                  Irvine, CA 92612-7119
                                        Los Angeles, CA 90071-3147


AT&T                                    AT&T Wireless                                 Abir Cohen Treyzon Salo LLP
P.O. Box 5025                           c/o Credence                                  16001 Ventura Boulevard
Carol Stream, IL 60197-5025             4222 Trinity Mills, Ste 260                   Suite 200
                                        Dallas, TX 75287-7666                         Encino, CA 91436-4482


Abir Cohen Treyzon Salo LLP             Alexa Galloway                                Ally Financial
c/o Daniel J McCarthy                   10 Orbit Lane                                 200 Renaissance Ctr #80
300 S Grand Ave 37th Fl                 San Pedro, CA 90732-4461                      Detroit, MI 48243-1300
Los Angeles CA 90071-3147


Alta San Rafael Association             American Express                              American Express
c/o Beven & Brock                       P.O. Box 0001                                 P.O. Box 981531
99 S Lake Ave, Ste 100                  Los Angeles, CA 90096-8000                    El Paso, TX 79998-1531
Pasadena, CA 91101-4739


American Express National Bank          Anice Kasim                                   Baker, Keener, Nahra LLP
c/o Becket and Lee LLP                  110 Nathaniel Ct                              633 W. 5gh Street Ste 5500
PO Box 3001                             Mooresville, NC 28117-6712                    Los Angeles, CA 90071
Malvern  PA 19355-0701


Bank of America                         Bel-Air Country Club                          Bias Ramadhan A.S.
P.O. Box 982238                         10768 Bellagio Road                           110 Nathaniel Ct
El Paso, TX 79998-2238                  Los Angeles CA 90077-3799                     Mooresville,, NC 28117-6712
```

| | | |
|---|---|---|
| California Department of Health Care Service<br>Michael Byerts<br>300 S. Spring Street, Suite 1702<br>Los Angeles CA 90013-1256 | California Dept. of Tax and Fee Administrati<br>Collections Support Bureau, MIC:55<br>PO Box 942879<br>Sacramento, CA 94279-0055 | Christina Fulton<br>Fredman Lieberman Pearl LLP<br>1875 Century Park East, Suite 2230<br>Los Angeles, CA 90067-2522 |
| City National Bank<br>P.O. Box 60938<br>Los Angeles, CA 90060-0938 | City of Pasadena<br>P.O. Box 7120<br>Pasadena, CA 91109-7220 | City of Pasadena<br>c/o Sophia Retchless<br>Deputy City Attorney<br>100 N Garfield Ave Rm210<br>Pasadena CA 91101-1726 |
| Coachella Valley Water District<br>P.O. Box 5000<br>Coachella, CA 92236-5000 | Cooley Attorneys at Law<br>101 California, 5th Flr<br>San Francisco, CA 94111-5800 | Dani Daniaty<br>110 Nathaniel Ct<br>Mooresville, NC 28117-6712 |
| Daniel J. McCarthy<br>Hill Farrer & Burrill LLP<br>300 S. Grand Ave. 37th Floor<br>Los Angeles, CA 90071-3147 | David R. Lira<br>10100 Santa Monica Boulevard<br>12th Floor<br>Los Angeles, CA 90067<br>Los Angeles, CA 90067-4003 | (p)DEPARTMENT OF HEALTH CARE SERVICES<br>OFFICE OF LEGAL SERVICES MS 0010<br>ATTN STEVEN A OLDHAM STAFF ATTORNEY<br>PO BOX 997413<br>SACRAMENTO CA 95899-7413 |
| Dian Daniyanti<br>110 Nathaniel Ct<br>Mooresville, NC 28117-6712 | Direct TV<br>P.O. Box 105261<br>Atlanta, GA 30348-5261 | Edelson PC<br>c/o Jay Edelson<br>350 N La Salle, 14th Flr<br>Chicago, IL 60654-5136 |
| Employment Development Department<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento, CA 95814 | Engstrom, Lipscomb & Lack<br>10100 Santa Monica Blvd 12th Fl<br>Los Angeles, CA 90067-4113 | Engstrom, Lipscomb & Lack<br>10100 Santa Monica Blvd, 12th Flr<br>Los Angeles, CA 90067-4113 |
| Eric Bryan Seuthe<br>10990 Wilshire Blvd.<br>Suite 1420<br>Los Angeles, CA 90024-3931 | Eric D. Goldberg<br>Stillwell Madison, LLC c/o DLA Piper LLP<br>2000 Avenue of the Stars, #400<br>Los Angeles, CA 90067-4700 | Eric Goldberg<br>DLA Piper LLP (US)<br>2000 Avenue of the Stars, #400<br>Los Angeles, CA 90067-4735 |
| Erika Girardi<br>c/o Evan C. Borges<br>GREENBERG GROSS LLP<br>650 Town Center Drive, Suite 1700<br>Costa Mesa, CA 92626-7025 | Erika Saldana<br>1757 Riverside Drive<br>Glendale, CA 91201-2856 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267-0011 | GSI Group Inc.<br>C/o Michael Vincent Severo<br>301 N Lake Ave Ste 202<br>Pasadena, CA 91101-5127 | Girardi & Kesse<br>c/o Elissa Miller, trustee<br>333 S Hope St Ste 3500<br>Los Angeles, CA 90071-3044 |
| HP Inc.<br>HP Inc. (c/o Ramona S. Neal)<br>11311 Chinden Blvd.<br>Boise, ID 83714-1021 | Haig Kelegian<br>26 Sunset Cove<br>Newport Beach, CA 92657-1901 | Hideway<br>80-440 Hideway Club Ct<br>La Quinta, CA 92253-7867 |

| | | |
|---|---|---|
| Hochman Salkin Toscher Perez, P.C.<br>9150 Wilshire Blvd Se 300<br>Beverly Hills, CA 90212-3430 | Holstein, Taylor and Unitt<br>6185 Magnolia Avenue, PMB 40<br>Riverside, CA 92506-2524 | Imperial Irrigation District<br>333 E Barioni Blvd<br>Imperial, CA 92251-1773 |
| Imperial Irrigation District<br>P.O. Box 937<br>Imperial CA 92251-0937 | In Bloom Orchids<br>1187 Coast Village Rd #1-269<br>Santa Barbara, CA 93108-2737 | Internal Revenue Service<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Jaime Ruigomez<br>c/o Margulies Faith LLP<br>16030 Ventura Blvd, Suite 470<br>Encino, CA 91436-4493 | Jazmin Gomez<br>7210 NW 179th Street Apt 202<br>Hialeah, FL 33015-5439 |
| Jeffrey M. Schwartz<br>Much Shelist<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606-1631 | Jill O'Callahan<br>1437 Club View Drive<br>Los Angeles, CA 90024-5305 | Joe Ortiz<br>P.O. Box 625<br>La Quinta, CA 92247-0625 |
| John Abassian<br>6403 Van Nuys Blvd<br>Van Nuys, CA 91401-1437 | Judy Selberg<br>c/o Eric Bryan Seuthe & Associates<br>10990 Wilshire Blvd Ste 1420<br>Los Angeles, CA 90024-3931 | KABC-AM<br>8965 Lindblade Street<br>Culver City, CA 90232-2438 |
| KCC Class Action Services, LLC<br>c/o Drake Foster<br>222 N. Pacific Coast Highway, 3rd Floor<br>El Segundo, CA 90245<br>3 90245-5648 | KCC Class Actions Services LLC<br>c/o Michael Joseph Quinn<br>1925 Century Park E Ste 1900<br>Los Angeles, CA 90067-2754 | KELCO LLC aka KELCO PROPERTIES LLC & HAIG KE<br>26 Sunset Cove<br>Newport Coast, CA 92657-1901 |
| KELCO, LLC aka KELCO PROPERTIES, LLC<br>Walter J. Lack<br>10100 Santa Monica Blvd., #1200<br>Los Angeles, CA 90067<br>Los Angeles, CA 90067-4113 | Karen Girardi<br>c/o Gary A Starre<br>15760 Ventura Blvd Ste 801<br>Encino CA 91436-3018 | Kathleen Bajgrowicz<br>c/o M Manuel H. Miller<br>20750 Ventura Blvd Ste 440<br>Woodland Hills, CA 91364-6643 |
| Kathleen L. Bajgrowicz<br>Manuel H. Miller, Esq.<br>Law Offices of Manuel H. Miller<br>20750 Ventura Boulevard, Suite 440<br>Woodland Hills, CA 91364-6643 | Keith D. Griffin<br>Ryan D. Saba, Rosen Saba, LLP<br>9350 Wilshire Blvd, Suite 250<br>Beverly Hills CA 90212-3219 | Kimberly Archi<br>15210 Ventura Blvd #307<br>Sherman Oaks, CA 91403-3841 |
| Kimberly Archie<br>15210 Ventura Boulevard<br>Suite 307<br>Sherman Oaks, CA 91403-3841 | Ktgy Architectural Planning<br>17911 Von Karman Ste 200<br>Irvine, CA 92614-6240 | L.A. Arena Company LLC<br>1111 S Figueroa Ste 3100<br>Los Angeles, CA 90015-1333 |
| L.A. Arena Funding, LLC<br>c/o Arent Fox Schif LLP<br>Attn: Christopher K.S. Wong<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065 | LADWP<br>P.O. Box 5111<br>Los Angeles, CA 90055-0111 | (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 |

| | | |
|---|---|---|
| Lakeside Golf Club<br>P.O. Box 2386<br>Carol stream, IL 60132-2386 | Law Offices of Philip R. Sheldon<br>c/o Ronald Richards<br>P.O. Box 11480<br>Beverly Hills, CA 90213-4480 | Law Offices of Robert P. Finn<br>c/o James Spertus; Spertus, Landes<br>1990 S Bundy Drive Ste 705<br>Los Angeles, CA 90025-5256 |
| MDA Financial Solutions<br>Devin Sawdayi A Law Corporation<br>10866 Wilshire Blvd Ste 890<br>Los Angeles CA 90024-4350 | Manuel Miller<br>20750 Ventura Boulevard<br>Suite 440<br>Woodland Hills, CA 91364-6643 | (p)MERCEDES BENZ FINANCIAL SERVICES<br>14327 HERITAGE PARKWAY #400<br>FORT WORTH TX 76177-3300 |
| Metro Express Lanes<br>20101 Hamilton Ave Ste 100A<br>Torrance, CA 90502-1351 | Milberg Coleman Bryson Phillips Grossman, PL<br>100 Garden City Plaza<br>Suite 500<br>Garden City, NY 11530-3207 | Motion Picture Industry Health Plan<br>c/o Kathryn J. Halford<br>16501 Ventura Blvd., #304<br>Encino, Ca 91436-2067 |
| Multi Rizki<br>110 Nathaniel Ct<br>MOORESVILLE, NC 28117-6712 | Nano Banc<br>Much Shelist c/o Isaac R. Zfaty<br>660 Newport Center Drive, Suite 900<br>Newport Beach, CA 92660-6440 | National Construction Rentals<br>P.O. Box 841461<br>Los Angeles, CA 90084-1461 |
| National Construction Rentals<br>c/o Jonathan Neil & Associates, Inc.<br>71 W Main Street Ste 304<br>Freehold, NJ 07728-2139 | New York State Dept of Taxation &<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | New York States Dept of Taxation<br>and Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 |
| (p)OCALA EQUINE HOSPITAL  P A<br>ATTN ATTN REBEKAH CLIFTON<br>10855 N US HIGHWAY 27<br>OCALA FL 34482-1842 | Orange Coast Magazine<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 | Owen, Patterson & Owen, LLP<br>c/o Steven R Fox Esq<br>17835 Ventura Blvd Ste 306<br>Encino, CA 91316-3664 |
| PACTEN PARTNERS LLC<br>17630 Plaza Arica<br>San Diego, CA 92128-1710 | PARVIN OSALU-BAKHTIAR<br>c/o Ebby S. Bakhtiar, Esq.<br>3435 Wilshire Blvd., STe. 1669<br>Los Angeles, CA 90010-2287 | Pacific Mercantile Bank<br>1800 Ave of the Stars, Ste 675<br>Los Angeles, CA 90067-4221 |
| Pasadena Water and Power<br>150 S Los Robles Ave #300<br>Pasadena, CA 91101-4612 | Pauline White<br>Law Office of Pauline White<br>150 N. Santa Anita Avenue<br>Suite 300<br>Arcadia, CA 91006-3116 | Pebble Beach Resorts<br>P.O. Box 1522<br>Pebble Beach, CA 93953-1522 |
| Polito Eppich Associates<br>100 E San Marcos Blvd<br>San Marcos, CA 92069-2986 | Psomas<br>555 South Flower Street<br>Suite 4300<br>Los Angeles, CA 90071-2405 | RPC Tax Property Tax Advisors<br>LLC<br>P.O. Box 7289<br>San Diego, CA 92167-0289 |
| Rajan M Patel MD<br>Devin Sawdayi A Law Corporation<br>10866 Wilshire Blvd Ste 890<br>Los Angeles CA 90024-4350 | Rest Your Case Evidence Storage LLC<br>Pauline White<br>150 N. Santa Anita Avenue<br>Suite 300<br>Arcadia, CA 91006-3116 | Richard Fair<br>c/o Peter Roald Kindem<br>2945 Townsgate Rd Ste 200<br>Westlake Village, CA 91361-5866 |

| | | |
|---|---|---|
| Robert Keese<br>22982 Rosemont Court<br>Murrieta, CA 92562-3075 | Robert M. Keese<br>22982 Rosemont Court<br>Murrieta, CA 92562-3075 | Robert W. Finnerty<br>c/o Daniel J. McCarthy<br>Hill Farrer & Burrill LLP<br>300 S. Grand Ave. 37th Floor<br>Los Angeles, CA 90071-3147 |
| Rosen Saba, LLP<br>2301 Rosecrans Avenue, Suite 3180<br>El Segundo. CA 90245-4975 | Salem Media Group Inc.<br>P.O. Box 845581<br>Los Angeles, CA 90084-5581 | Septiana Damayanti<br>110 Nathaniel Ct<br>Mooresville, NC 28117-6712 |
| Shawn Azizzadeh<br>c/o Michelle Balady Bedford Law Group<br>1875 Century Park E Ste 1790<br>Los Angeles, CA 90067-2537 | SoCal Gas<br>P.O. Box 1626<br>Monterey Park CA 91754-8626 | SoCalGas<br>P. O. Box 30337<br>Los Angeles CA 90030-0337 |
| Steiner & Libo, PC<br>11845 W Olympic Blvd<br>Suite 910W<br>Los Angeles, CA 90064-5837 | Stephen Doiron dba In Bloom Orchids<br>1187 Coast Village Rd 1-269<br>Santa Barbara, CA 93108-2737 | Stillwell Madison LLC<br>c/o Andrew Conlan Whitman<br>865 S Figueroa St TCW Tower<br>Los Angeles, CA 90017-2543 |
| Stillwell Madison LLC<br>c/o Marshall J Hogan; Snell & Wilme<br>600 Anton Blvd Se 1400<br>Costa Mesa, cA 92626-7689 | Stillwell Madison, LLC<br>c/o DLA Piper LLP (US)<br>2000 Avenue of the Stars, #400<br>Los Angeles, CA 90067-4700 | The French Hand Laundry<br>606 S Lake Ave<br>North Hollywood, CA 91606 |
| The Plantation Golf Club<br>50994 Monroe St<br>Indio, CA 92201-9709 | The Severo Law Firm<br>155 N Lake Avenue<br>Pasadena, CA 91101-1857 | The Village Gardener<br>P.O. Box 40128<br>Santa Barbara, CA 93140-0128 |
| US Legal Support<br>16825 Northchase DrSuite 900<br>16825 Northchase DrSuite 900<br>Houston, TX 77060-6004 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Veritext LLC<br>c/o Philip Landsman<br>5776 Lindero Canyon Rd Ste D-666<br>Thousand Oaks, CA 91362-6428 |
| Virage Capital Management LP<br>1700 Post Oak Blvd Ste 300<br>Houston, TX 77056-3973 | Virginia Antonio<br>20413 Via Navarra<br>Yorba Linda, CA 92886-3065 | Webster Training Center<br>P.O. Box 144<br>Lowell, FL 32663-0144 |
| Wells Fargo Vendor Financial Services<br>800 Walnut Street<br>Des Moines, IA 50309-3891 | Western Exterminator Company<br>P.O. Box 16350<br>Reading, PA 19612-6350 | Wilshire Country Club<br>301 N Rossmore Ave<br>Los Angeles, CA 90004-2499 |
| Elissa D. Miller<br>Smiley Wang-Ekvall, LLP<br>3200 Park Center Drive<br>Suite 250<br>Costa Mesa, CA 92626-7234 | Erika Girardi<br>c/o Dinsmore & Shohl LLP<br>550 South Hope St., Ste 1765<br>Los Angeles, CA 90071-2669 | Gary A Starre<br>Starre & Cohn, APC<br>15760 Ventura Blvd., Ste. 801<br>Encino, CA 91436-3018 |

| | | |
|---|---|---|
| Jason M Rund (TR)<br>Sheridan & Rund<br>270 Coral Circle<br>El Segundo, CA 90245-4617 | Karen Girardi<br>c/o Starre & Cohn<br>15760 Ventura Blvd., Ste. 801<br>Encino, CA 91436-3018 | Larry W. Gabriel<br>JENKINS MULLIGAN & GABRIEL LLP<br>585 Lorna Lane<br>Los Angeles, CA 90049-4215 |
| Robert Girardi<br>402 South Marengo Ave.<br>Suite B<br>Pasadena, CA 91101-3113 | Thomas Vincent Girardi<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017-1904 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113 | Department of Health Care Services<br>Personal Injury Program<br>MS4720<br>P.O. Box 997421<br>Sacramento, CA 95899 | JPMCB Auto<br>P.O. Box 901003<br>Fort Worth, TX 76101 |
| (d)JPMCB HL<br>700 Kansas Ln<br>Monroe, La 71203 | LOS ANGELES COUNTY TREASURER AND TAX COLLECT<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | Mercedes-Benz Financial Services<br>P.O. Box 5209<br>Carol Stream, IL 60197-5209 |
| Ocala Equine Hospital P.A.<br>10855 N.W. US Hwy 27<br>Ocala, FL 34482 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ALT Financial Network, Inc. | (u)Abir Cohen Treyzon Salo, LLP<br>Hill, Farrer & Burrill LLP<br>c/o Daniel J. McCarthy | (u)Aires Law Firm |
| (u)C.F., an individual | (u)COLDWELL BANKER | (u)California Attorney Lending II, Inc. |
| (u)Courtesy NEF | (u)Desert Sands Realty | (u)Edelson PC |

| | | |
|---|---|---|
| (u)Hahn Fife | (u)JPMorgan Chase Bank, National Association | (u)KCC Class Action Services, LLC |
| (u)L.A. Arena Funding, LLC | (u)Los Angeles County Treasurer and Tax Colle | (u)Stillwell Madison, LLC |
| (du)California Attorney Lending II, Inc. | (u)Elissa D. Miller, Ch 7 Trustee of Girardi | (d)John Abassian<br>6403 Van Nuys Boulevard<br>Van Nuys, CA 91401-1437 |
| (u)Joseph Ruigomez | (du)Joseph Ruigomez | (u)Kathleen Ruigomez |
| (d)Wells Fargo Vendor Financial Services, LLC<br>c/o Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436-2802 | (d)Arsani Sidarous<br>c/o Goe Forsythe & Hodges LLP<br>18101 Von Karman<br>Suite 1200<br>Irvine, CA 92612-7119 | (u)Casey Van Zandt |
| (d)Erika Saldana<br>1757 Riverside Drive<br>Glendale, CA 91201-2856 | (u)Jaime Ruigomez | (d)Jill O'Callahan<br>1437 Club View Drive<br>Los Angeles, CA 90024-5305 |
| (d)John Abassian<br>6403 Van Nuys Boulevard<br>Van Nuys, CA 91401-1437 | (u)John Moran | (du)Joseph Ruigomez |
| (u)Judy Selberg | (du)Kathleen Ruigomez | (d)Kimberly Archie<br>15210 Ventura Boulevard<br>Suite 307<br>Sherman Oaks, CA 91403-3841 |
| (u)Michael Kogan Law Firm, APC | (d)Robert M. Keese<br>22982 Rosemont Court<br>Murrieta, CA 92562-3075 | (d)Virginia Antonio<br>20413 Via Navarra<br>Yorba Linda, CA 92886-3065 |
| (u)William F Savino | End of Label Matrix<br>Mailable recipients   154<br>Bypassed recipients    37<br>Total                  191 | |