TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyg.com
ZACHARY T. PAGE (State Bar No. 293885)
ztp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

**FILED & ENTERED**

**MAR 14 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>                  Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE UNDER FRBP 9019 WITH KATHLEEN L. BAJGROWICZ**<br><br>[No Hearing Required] |

The Court, having considered the Chapter 7 Trustee's Motion to Approve Compromise Under FRBP 9019 with Kathleen L. Bajgrowicz [Doc 471] ("Motion"), filed by Jason M. Rund, the Chapter 7 Trustee for the bankruptcy estate of Thomas Vincent Girardi (the "Trustee"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9013-1(o), the memorandum of points and authorities and declaration filed therewith, and the declaration of the Trustee's counsel certifying that no response and request for hearing concerning the Motion was timely filed [Doc 473], and good cause appearing,

    **IT IS HEREBY ORDERED:**

    1.    The Motion is granted;

2.    The Settlement Agreement and Mutual Release (the "Agreement") between the

Trustee and Kathleen L. Bajgrowicz ("Bajgrowicz") is approved; and

3.    The Trustee and Bajgrowicz are authorized and directed to take any and all steps

necessary to effectuate the Agreement.

# # #

Date: March 14, 2024

_____

Barry Russell
United States Bankruptcy Judge

2