1  TIMOTHY J. YOO (State Bar No. 155531)
   tjy@lnbyg.com
2  ZACHARY T. PAGE (State Bar No. 293885)
   ztp@lnbyg.com
3  LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
   2818 La Cienega Avenue
4  Los Angeles, California 90034
   Telephone: (310) 229-1234
5  Facsimile: (310) 229-1244

6  Attorneys for Jason M. Rund
7  Chapter 7 Trustee

**FILED & ENTERED**

**APR 10 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE UNDER FRBP 9019 WITH CHRISTOPHER TERRENCE AUMAIS**<br><br>[No Hearing Required] |

1

The Court, having considered the Chapter 7 Trustee's Motion to Approve Compromise Under FRBP 9019 with Christopher Terrence Aumais [Doc 474] ("Motion"), filed by Jason M. Rund, the Chapter 7 Trustee for the bankruptcy estate of Thomas Vincent Girardi (the "Trustee"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9013-1(o), the memorandum of points and authorities and declaration filed therewith, the Trustee's Supplement thereto [Doc 476] and the declaration of the Trustee's counsel certifying that no response and request for hearing concerning the Motion was timely filed [Doc 479], and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Motion is granted;
2. The Settlement Agreement and Mutual Release (the "Agreement") between the Trustee and Christopher Terrence Aumais ("Aumais") is approved; and
3. The Trustee and Aumais are authorized and directed to take any and all steps necessary to effectuate the Agreement.

### #

Date: April 10, 2024

Barry Russell
United States Bankruptcy Judge

2