United States Bankruptcy Court
Central District of California

In re: Case No. 20-21020-BR
Thomas Vincent Girardi Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 6
Date Rcvd: Apr 10, 2024 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas Vincent Girardi, 1126 Wilshire Boulevard, Los Angeles, CA 90017-1904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan W Forsley | on behalf of Creditor C.F. an individual alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| Alan W Forsley | on behalf of Creditor Jaime Ruigomez alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| Alan W Forsley | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| Alan W Forsley | on behalf of Plaintiff Christina Fulton alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| Alan W Forsley | on behalf of Creditor Joseph Ruigomez alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| Alan W Forsley | on behalf of Creditor Kathleen Ruigomez alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |

Ambrish B Patel
on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST" or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port apatelEI@americaninfosource.com

Amir Shakoorian
on behalf of Interested Party Erika Girardi AShakoorian@GGTrialLaw.com

Andrew Goodman
on behalf of Petitioning Creditor Erika Saldana agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman
on behalf of Petitioning Creditor John Abassian agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman
on behalf of Petitioning Creditor Kimberly Archie agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman
on behalf of Petitioning Creditor Virginia Antonio agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman
on behalf of Defendant Kathleen L. Bajgrowicz agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman
on behalf of Petitioning Creditor Jill O'Callahan agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman
on behalf of Petitioning Creditor Robert M. Keese agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman
on behalf of Attorney William F Savino agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Ashleigh A Danker
on behalf of Interested Party Courtesy NEF adanker731@gmail.com

Boris Treyzon
on behalf of Interested Party Courtesy NEF btreyzon@actslaw.com pjs@actslaw.com

Bradford G Hughes
on behalf of Interested Party Courtesy NEF bhughes@Clarkhill.com mdelosreyes@clarkhill.com

Brandon J. Iskander
on behalf of Creditor Arsani Sidarous biskander@goeforlaw.com kmurphy@goeforlaw.com

Carmela Pagay
on behalf of Plaintiff Jason M Rund Chapter 7 Trustee ctp@lnbyg.com

Carmela Pagay
on behalf of Interested Party Courtesy NEF ctp@lnbyg.com

Carmela Pagay
on behalf of Plaintiff Jason M. Rund Chapter 7 Trustee for the bankruptcy estate of Thomas Vincent Girardi ctp@lnbyg.com

Carmela Pagay
on behalf of Plaintiff JASON M RUND ctp@lnbyg.com

Carmela Pagay
on behalf of Trustee Jason M Rund (TR) ctp@lnbyg.com

Carmela Pagay
on behalf of Plaintiff Jason M. Rund Chapter 7 Trustee ctp@lnbyg.com

Carmela Pagay
on behalf of Plaintiff Jason M. Rund ctp@lnbyg.com

Christopher K.S. Wong
on behalf of Interested Party L.A. Arena Funding LLC christopher.wong@afslaw.com, yvonne.li@afslaw.com;kevin.chen@afslaw.com

Christopher K.S. Wong
on behalf of Creditor L.A. Arena Funding LLC christopher.wong@afslaw.com, yvonne.li@afslaw.com;kevin.chen@afslaw.com

Clifford S Davidson
on behalf of Creditor California Attorney Lending II Inc. csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com;pdxecf@swlaw.com

Craig G Margulies
on behalf of Plaintiff Kathleen Ruigomez Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies
on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies
on behalf of Plaintiff Jaime Ruigomez Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies
on behalf of Plaintiff Joseph Ruigomez Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Daniel A Lev
on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Daniel J McCarthy
on behalf of Special Counsel ABIR COHEN TREYZON SALO LLP, a California limited liability partnership dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com

Daniel J McCarthy
on behalf of Creditor Abir Cohen Treyzon Salo LLP dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com

Daren M Schlecter
on behalf of Defendant Shirleen Fujimoto daren@schlecterlaw.com assistant@schlecterlaw.com

Edith R. Matthai
on behalf of Interested Party Courtesy NEF ematthai@romalaw.com lrobie@romalaw.com

Elissa Miller
on behalf of Interested Party Courtesy NEF elissa.miller@gmlaw.com emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

Eric A Mitnick
on behalf of Interested Party Courtesy NEF MitnickLaw@gmail.com mitnicklaw@gmail.com

Evan C Borges
on behalf of Defendant Erica N Girardi eborges@ggtriallaw.com cwinsten@ggtriallaw.com

Evan C Borges
on behalf of Defendant Pretty Mess Inc., a corporation eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

Evan C Borges
on behalf of Interested Party Pretty Mess Inc., a corporation eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

Evan C Borges
on behalf of Interested Party EJ Global LLC, a limited liability company eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

Evan C Borges
on behalf of Defendant EJ Global LLC, a limited liability company eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

Evan C Borges
on behalf of Interested Party Erika Girardi eborges@ggtriallaw.com cwinsten@ggtriallaw.com

Gary A Starre
on behalf of Creditor Karen Girardi gastarre@gmail.com mmoonniiee@gmail.com

Jack Meyer
on behalf of Interested Party Courtesy NEF jmeyer@mckoolsmith.com

Jacquelyn H Choi
on behalf of Creditor Los Angeles County Treasurer and Tax Collector jacquelyn.choi@rimonlaw.com docketingsupport@rimonlaw.com

Jacquelyn H Choi
on behalf of Defendant Los Angeles County Treasurer And Tax Collector jacquelyn.choi@rimonlaw.com docketingsupport@rimonlaw.com

James J Finsten
on behalf of Interested Party Courtesy NEF jfinsten@lurie-zepeda.com jimfinsten@hotmail.com

Jason M Rund (TR)
trustee@srlawyers.com jrund@ecf.axosfs.com

Jennifer Witherell Crastz
on behalf of Creditor Wells Fargo Vendor Financial Services Inc. jcrastz@hrhlaw.com

Jeremy Faith
on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

Joseph C Delmotte
on behalf of Creditor JPMorgan Chase Bank National Association ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com

Joseph C Delmotte
on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com

Kate Benveniste
on behalf of Creditor Stillwell Madison LLC kate.benveniste@gtlaw.com, mowent@gtlaw.com,kate-benveniste-1498@ecf.pacerpro.com

Kevin C Ronk
on behalf of Creditor U.S. Legal Support Inc. Kevin@portilloronk.com, Attorneys@portilloronk.com

Larry W Gabriel
on behalf of Interested Party Larry W. Gabriel lgabrielaw@outlook.com tinadow17@gmail.com

Lei Lei Wang Ekvall - DECEASED -
on behalf of Interested Party Courtesy NEF lekvall@swelawfirm.com lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Leonard Pena
on behalf of Interested Party Robert Girardi lpena@penalaw.com penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Lewis R Landau
on behalf of Interested Party Courtesy NEF Lew@Landaunet.com

M. Jonathan Hayes
on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Marc A Lieberman
on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com safa.saleem@flpllp.com,addy@flpllp.com

Marc A Lieberman
on behalf of Creditor Joseph Ruigomez marc.lieberman@flpllp.com safa.saleem@flpllp.com,addy@flpllp.com

Marc A Lieberman
on behalf of Creditor Kathleen Ruigomez marc.lieberman@flpllp.com safa.saleem@flpllp.com,addy@flpllp.com

Marc A Lieberman
on behalf of Creditor Jaime Ruigomez marc.lieberman@flpllp.com safa.saleem@flpllp.com,addy@flpllp.com

Marie E Christiansen
on behalf of Creditor KCC Class Action Services LLC mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com

Marshall J Hogan
on behalf of Creditor California Attorney Lending II Inc. mhogan@swlaw.com, fcardenas@swlaw.com

Matthew D. Resnik
on behalf of Attorney Matthew Resnik Matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Matthew D. Resnik
on behalf of Interested Party Courtesy NEF Matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Matthew D. Resnik
on behalf of Defendant David Richard Lira Matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Michael J Quinn
on behalf of Creditor KCC Class Action Services LLC mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com,adavis@vedderprice.com

Michael S Kogan
on behalf of Interested Party Michael Kogan Law Firm APC mkogan@koganlawfirm.com

Najah J Shariff
on behalf of Interested Party Courtesy NEF najah.shariff@usdoj.gov USACAC.criminal@usdoj.gov

Ori S Blumenfeld
on behalf of Plaintiff Kathleen Ruigomez oblumenfeld@lakklawyers.com ncondren@lakklawyers.com;smcfadden@lakklawyers.com

Ori S Blumenfeld
on behalf of Plaintiff Jaime Ruigomez oblumenfeld@lakklawyers.com ncondren@lakklawyers.com;smcfadden@lakklawyers.com

Ori S Blumenfeld
on behalf of Interested Party Courtesy NEF oblumenfeld@lakklawyers.com ncondren@lakklawyers.com;smcfadden@lakklawyers.com

Ori S Blumenfeld
on behalf of Plaintiff Joseph Ruigomez oblumenfeld@lakklawyers.com

| | |
|---|---|
| | ncondren@lakklawyers.com;smcfadden@lakklawyers.com |
| Ori S Blumenfeld | on behalf of Creditor Joseph Ruigomez oblumenfeld@lakklawyers.com ncondren@lakklawyers.com;smcfadden@lakklawyers.com |
| Oscar Estrada | on behalf of Creditor Los Angeles County Treasurer and Tax Collector oestrada@ttc.lacounty.gov |
| Peter J Mastan | on behalf of Interested Party Courtesy NEF peter.mastan@dinsmore.com SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com |
| Philip E Strok | on behalf of Interested Party Elissa D. Miller pstrok@swelawfirm.com gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com |
| Philip E Strok | on behalf of Interested Party Courtesy NEF pstrok@swelawfirm.com gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com |
| Rafey Balabanian | on behalf of Creditor Edelson PC rbalabanian@edelson.com docket@edelson.com;5926930420@filings.docketbird.com |
| Razmig Izakelian | on behalf of Creditor Frantz Law Group APLC razmigizakelian@quinnemanuel.com |
| Richard Dennis Buckley, Jr | on behalf of Interested Party L.A. Arena Funding LLC rbuckley@safarianchoi.com |
| Richard Dennis Buckley, Jr | on behalf of Creditor L.A. Arena Funding LLC rbuckley@safarianchoi.com |
| Richard P Steelman, Jr | on behalf of Plaintiff Jason M. Rund Chapter 7 Trustee for the bankruptcy estate of Thomas Vincent Girardi rps@lnbyg.com, john@lnbyb.com |
| Richard P Steelman, Jr | on behalf of Plaintiff JASON M RUND rps@lnbyg.com john@lnbyb.com |
| Robert P Goe | on behalf of Creditor ALT Financial Network Inc. kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Creditor Arsani Sidarous kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Rosendo Gonzalez | on behalf of Defendant David Richard Lira rossgonzalez@gonzalezplc.com rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com |
| Scott Olson | on behalf of Creditor KCC Class Action Services LLC scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com |
| Shraddha Bharatia | on behalf of Interested Party Courtesy NEF notices@becket-lee.com |
| Stella A Havkin | on behalf of Defendant Christopher Terrence Aumais stella@havkinandshrago.com shavkinesq@gmail.com |
| Suzanne C Grandt | on behalf of Interested Party The State Bar of California suzanne.grandt@calbar.ca.gov joan.randolph@calbar.ca.gov |
| Terrence Swinson | on behalf of Creditor Judy Selberg terrenceswinson@gmail.com |
| Timothy C Aires | on behalf of Trustee Jason M Rund (TR) tca@arlawyers.com gperez@arlawyers.com |
| Timothy C Aires | on behalf of Plaintiff Jason M. Rund Chapter 7 Trustee for the bankruptcy estate of Thomas Vincent Girardi tca@arlawyers.com, gperez@arlawyers.com |
| Timothy J Yoo | on behalf of Trustee Jason M Rund (TR) tjy@lnbyb.com |
| Timothy J Yoo | on behalf of Interested Party Courtesy NEF tjy@lnbyb.com |
| Timothy J Yoo | |

| | |
|---|---|
| | on behalf of Plaintiff JASON M RUND tjy@lnbyb.com |
| Timothy J Yoo | on behalf of Plaintiff Jason M. Rund tjy@lnbyb.com |
| Timothy W Evanston | on behalf of Interested Party Courtesy NEF tevanston@raineslaw.com gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| Timothy W Evanston | on behalf of Interested Party Elissa D. Miller tevanston@raineslaw.com gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| William E Brueckner, III | on behalf of Creditor California Attorney Lending II Inc. wbrueckner@woodsoviatt.com |
| William F Savino | on behalf of Creditor California Attorney Lending II Inc. wsavino@woodsoviatt.com, lherald@woodsoviatt.com |
| Zachary Page | on behalf of Trustee Jason M Rund (TR) ztp@lnbyg.com |
| Zachary Page | on behalf of Plaintiff Jason M. Rund Chapter 7 Trustee for the bankruptcy estate of Thomas Vincent Girardi ztp@lnbyg.com |

TOTAL: 113

TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyg.com
ZACHARY T. PAGE (State Bar No. 293885)
ztp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

FILED & ENTERED

APR 10 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE UNDER FRBP 9019 WITH CHRISTOPHER TERRENCE AUMAIS**<br><br>[No Hearing Required] |

The Court, having considered the Chapter 7 Trustee's Motion to Approve Compromise Under FRBP 9019 with Christopher Terrence Aumais [Doc 474] ("Motion"), filed by Jason M. Rund, the Chapter 7 Trustee for the bankruptcy estate of Thomas Vincent Girardi (the "Trustee"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9013-1(o), the memorandum of points and authorities and declaration filed therewith, the Trustee's Supplement thereto [Doc 476] and the declaration of the Trustee's counsel certifying that no response and request for hearing concerning the Motion was timely filed [Doc 479], and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Motion is granted;
2. The Settlement Agreement and Mutual Release (the "Agreement") between the Trustee and Christopher Terrence Aumais ("Aumais") is approved; and
3. The Trustee and Aumais are authorized and directed to take any and all steps necessary to effectuate the Agreement.

# # #

Date: April 10, 2024

Barry Russell
United States Bankruptcy Judge