United States Bankruptcy Court

Central District of California

In re:  Case No. 20-21020-BR
Thomas Vincent Girardi  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 1
Date Rcvd: Jul 30, 2024      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas Vincent Girardi, 1126 Wilshire Boulevard, Los Angeles, CA 90017-1904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2024      Signature:      /s/Gustava Winters

TIMOTHY J. YOO (State Bar No. 155531)
CARMELA T. PAGAY (State Bar No. 195603)
RICHARD P. STEELMAN, JR. (State Bar No. 266449)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: TJY@LNBYG.COM; CTP@LNBYG.COM; RPS@LNBYG.COM

Attorneys for Jason Rund
Chapter 7 Trustee

**FILED & ENTERED**

**JUL 30 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **fortier**    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:20-bk-21020-BR |
| THOMAS VINCENT GIRARDI, | Chapter 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH SHIRLEEN FUJIMOTO**<br><br>[No Hearing Required] |

1

The Court, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9013-1(o), having considered the "*Chapter 7 Trustee's Motion To Approve Compromise With Shirleen Fujimoto*" [Dkt. 492] (the "Motion") filed on June 28, 2024, by Jason M. Rund, the chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Thomas Vincent Girardi, the properly served "Notice of *Chapter 7 Trustee's Motion To Approve Compromise With Shirleen Fujimoto*" [Dkt. 493], and the declaration of the Trustee's counsel Richard P. Steelman, Jr. certifying that no response and request for hearing concerning the Motion was timely filed [Dkt. 495], and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Motion is granted;

2. The Settlement Agreement and Mutual Release (the "Agreement") between the Trustee and Shirleen Fujimoto ("Fujimoto") [Dkt. 492 at Exhibit 1] is approved; and

3. The Trustee and Fujimoto are authorized and directed to take any and all steps necessary to effectuate the Agreement.

### # # #

Date: July 30, 2024

Barry Russell
United States Bankruptcy Judge