TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON FEE APPLICATION OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**<br><br>Date: October 29, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>       Roybal Federal Building<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on October 29, 2024 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Barry Russell, United States Bankruptcy Judge for the Central District of California, in Courtroom 1668 of the United States Bankruptcy Court located at 255 E. Temple Street, Los Angeles, California 90012, a hearing will be held to consider the application for compensation (the "Fee Application") filed by Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), counsel for Jason M. Rund,

chapter 7 trustee herein, and duly employed by this Court in connection with the above-referenced bankruptcy case.

The Fee Application seeks allowance and payment of the following fees and expenses for the periods of time indicated:

| APPLICANT | FEES REQUESTED | EXPENSES REQUESTED |
|---|---|---|
| LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue, Los Angeles, California 90034<br>(Attorneys for Chapter 7 Trustee)<br>January 6, 2021-August 31, 2024<br><br>**FIRST INTERIM FEE APPLICATION** | $783,476.00 | $16,896.64 |

**PLEASE TAKE FURTHER NOTICE** that:

1. The Fee Application is or will be on file with the Court and available for inspection and copying at the office of the Clerk of the Bankruptcy Court located at 255 E. Temple Street, Los Angeles, California 90012. A copy of the Fee Application will be promptly forwarded by LNBYG upon request.

2. If you wish to object to the Fee Application, you must file a written objection with the Court and serve a copy of it upon the U.S. Trustee and LNBYG, whose address appears in the upper left corner of the first page of this Notice, no less than 14 days prior to the above hearing date. If you fail to file a written objection to the application(s) within such time period, the court may treat such failure as a waiver of your right to object to the Fee Application and may approve the Fee Application.

DATED: October 8, 2024       LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By:*/s/ Carmela T. Pagay*
CARMELA T. PAGAY
Attorneys for Jason M. Rund
Chapter 7 Trustee

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Notice Of Hearing On Fee Application Of Levene, Neale, Bender, Yoo & Golubchik L.L.P** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 8, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Timothy C Aires    tca@arlawyers.com, gperez@arlawyers.com
- Rafey Balabanian    rbalabanian@edelson.com, docket@edelson.com;5926930420@filings.docketbird.com
- Kate Benveniste    kate.benveniste@gtlaw.com, mowent@gtlaw.com,kate-benveniste-1498@ecf.pacerpro.com
- Shraddha Bharatia    notices@becket-lee.com
- Ori S Blumenfeld    oblumenfeld@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com
- Evan C Borges    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- William E Brueckner    wbrueckner@woodsoviatt.com
- Richard Dennis Buckley    rbuckley@safarianchoi.com
- Jacquelyn H Choi    jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    adanker731@gmail.com
- Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com;pdxecf@swlaw.com
- Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- Lei Lei Wang Ekvall - DECEASED -    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Timothy W Evanston    twevanston@duanemorris.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- James J Finsten    , jimfinsten@hotmail.com
- James J Finsten    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com
- Larry W Gabriel    lgabrielaw@outlook.com, tinadow17@gmail.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- Rosendo Gonzalez    rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                 **F 9013-3.1.PROOF.SERVICE**

- Suzanne C Grandt   suzanne.grandt@calbar.ca.gov, jenny.batdorj@calbar.ca.gov;maria.ramiscal@calbar.ca.gov
- Stella A Havkin   stella@havkinandshrago.com, shavkinesq@gmail.com
- M. Jonathan Hayes   jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- Marshall J Hogan   mhogan@swlaw.com, fcardenas@swlaw.com
- Bradford G Hughes   bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- Brandon J. Iskander   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- Razmig Izakelian   razmigizakelian@quinnemanuel.com
- Michael S Kogan   mkogan@koganlawfirm.com
- Lewis R Landau   Lew@Landaunet.com
- Daniel A Lev   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Marc A Lieberman   marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- Craig G Margulies   Craig@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- Peter J Mastan   peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R. Matthai   ematthai@romalaw.com, lrobie@romalaw.com
- Daniel J McCarthy   dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
- Jack Meyer   jmeyer@mckoolsmith.com
- Elissa Miller   elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- Eric A Mitnick   MitnickLaw@gmail.com, mitnicklaw@gmail.com
- Scott Olson   scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Carmela Pagay   ctp@lnbyg.com
- Zachary Page   zach.page@thompsonhine.com, ECFDocket@thompsonhine.com,LAX-ECF@thompsonhine.com
- Ambrish B Patel   apatelEI@americaninfosource.com
- Leonard Pena   lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn   mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com,adavis@vedderprice.com
- Matthew D. Resnik   matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com;nina@rhmfirm.com
- Ronald N Richards   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Kevin Ronk   Kevin@portilloronk.com, jaclyn@cym.law,rolando@cym.law
- Jason M Rund (TR)   trustee@srlawyers.com, jrund@ecf.axosfs.com
- William F Savino   wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- Daren M Schlecter   daren@schlecterlaw.com, assistant@schlecterlaw.com
- Amir Shakoorian   amir.shakoorian@hklaw.com
- Najah J Shariff   najah.shariff@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- Gary A Starre   gastarre@gmail.com, mmoonniiee@gmail.com
- Richard P Steelman   rps@lnbyg.com
- Annie Y Stoops   annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- Philip E Strok   pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Terrence Swinson   terrenceswinson@gmail.com
- Boris Treyzon   btreyzon@actslaw.com, pjs@actslaw.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                             F 9013-3.1.PROOF.SERVICE

- Christopher K.S. Wong    christopher.wong@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- Timothy J Yoo    tjy@lnbyb.com

**2. SERVED BY UNITED STATES MAIL**: On **October 8, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

Thomas Vincent Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017

Thomas Vincent Girardi
Belmont Village Senior Living
455 East Angeleno Avenue
Burbank, CA 91501

Thomas Vincent Girardi
100 N. Los Altos Drive
Pasadena, CA 91105

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 8, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 8, 2024 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing        ABIR COHEN TREYZON SALO, LLP, a California   Ally Bank Lease Trust - Assignor to Vehicle
0973-2                                 ACTS                                          4515 N Santa Fe Ave. Dept. APS
Case 2:20-bk-21020-BR                  16001 Ventura Boulevard, Suite 200            Oklahoma City, OK 73118-7901
Central District of California         Encino, CA 91436-4482
Los Angeles
Tue Oct  8 11:48:49 PDT 2024

Compass                                (p)BK SERVICING  LLC                          EJ Global, LLC, a limited liability company
42 S Pasadena Ave                      PO BOX 131265                                 9200 Sunset Boulevard, Suite 600
Pasadena, CA 91105-1943                ROSEVILLE MN 55113-0011                       Los Angeles, CA 90069-3196


Frantz Law Group, APLC                 Levene Neale Bender Yoo & Brill LLP           Pretty Mess, Inc., a corporation
2029 Century Park East                 10250 Constellation Blvd Ste 1700             9200 Sunset Boulevard, Suite 600
#400                                   Los Angeles, CA 90067-6253                    Los Angeles, CA 90069-3196
Los Angeles, CA 90067-2905


The State Bar of California            U.S. Legal Support, Inc.                      Wells Fargo Vendor Financial Services, Inc.
180 Howard Street                      c/o Portillo Ronk Legal Team                  c/o Hemar, Rousso & Heald, LLP
San Francisco, CA 94105-1639           5716 Corsa Avenue                             15910 Ventura Blvd., 12th Floor
                                       Suite 207                                     Encino, CA 91436-2802
                                       Westlake Village, CA 91362-4059


Los Angeles Division                   1126 Wilshire Partnership                     ARSANI SIDAROUS
255 East Temple Street,                c/o Daniel J. McCarthy                        c/o Goe Forsythe & Hodges LLP
Los Angeles, CA 90012-3332             Hill Farrer & Burrill LLP                     18101 Von Karman, Suite 1200
                                       300 S. Grand Ave. 37th Floor                  Irvine, CA 92612-7119
                                       Los Angeles, CA 90071-3147


AT&T                                   AT&T Wireless                                 Abir Cohen Treyzon Salo LLP
P.O. Box 5025                          c/o Credence                                  16001 Ventura Boulevard
Carol Stream, IL 60197-5025            4222 Trinity Mills, Ste 260                   Suite 200
                                       Dallas, TX 75287-7666                         Encino, CA 91436-4482


Abir Cohen Treyzon Salo LLP            Alexa Galloway                                Ally Financial
c/o Daniel J McCarthy                  10 Orbit Lane                                 200 Renaissance Ctr #80
300 S Grand Ave 37th Fl                San Pedro, CA 90732-4461                      Detroit, MI 48243-1300
Los Angeles CA 90071-3147


Alta San Rafael Association            American Express                              American Express
c/o Beven & Brock                      P.O. Box 0001                                 P.O. Box 981531
99 S Lake Ave, Ste 100                 Los Angeles, CA 90096-8000                    El Paso, TX 79998-1531
Pasadena, CA 91101-4739


American Express National Bank         Anice Kasim                                   Baker, Keener, Nahra LLP
c/o Becket and Lee LLP                 110 Nathaniel Ct                              633 W. 5gh Street Ste 5500
PO Box 3001                            Mooresville, NC 28117-6712                    Los Angeles, CA 90071
Malvern  PA 19355-0701


Bank of America                        Bel-Air Country Club                          Bias Ramadhan A.S.
P.O. Box 982238                        10768 Bellagio Road                           110 Nathaniel Ct
El Paso, TX 79998-2238                 Los Angeles CA 90077-3799                     Mooresville,, NC 28117-6712
```

```
California Department of Health Care Service      California Dept. of Tax and Fee Administrati    Christina Fulton
Michael Byerts                                    Collections Support Bureau, MIC:55              Fredman Lieberman Pearl LLP
300 S. Spring Street, Suite 1702                  PO Box 942879                                   1875 Century Park East, Suite 2230
Los Angeles CA 90013-1256                         Sacramento, CA  94279-0055                      Los Angeles, CA 90067-2522


City National Bank                                City of Pasadena                                City of Pasadena
P.O. Box 60938                                    P.O. Box 7120                                   c/o Sophia Retchless
Los Angeles, CA 90060-0938                        Pasadena, CA 91109-7220                         Deputy City Attorney
                                                                                                  100 N Garfield Ave Rm210
                                                                                                  Pasadena CA 91101-1726


Coachella Valley Water District                   Cooley Attorneys at Law                         Dani Daniaty
P.O. Box 5000                                     101 California, 5th Flr                         110 Nathaniel Ct
Coachella, CA 92236-5000                          San Francisco, CA 94111-5800                    Mooresville, NC 28117-6712


Daniel J. McCarthy                                David R. Lira                                   (p)DEPARTMENT OF HEALTH CARE SERVICES
Hill Farrer & Burrill LLP                         10100 Santa Monica Boulevard                    OFFICE OF LEGAL SERVICES MS 0010
300 S. Grand Ave. 37th Floor                      12th Floor                                      ATTN STEVEN A OLDHAM STAFF ATTORNEY
Los Angeles, CA 90071-3147                        Los Angeles, CA  90067                          PO BOX 997413
                                                  Los Angeles, CA 90067-4003                      SACRAMENTO CA 95899-7413


Dian Daniyanti                                    Direct TV                                       Edelson PC
110 Nathaniel Ct                                  P.O. Box 105261                                 c/o Jay Edelson
Mooresville, NC 28117-6712                        Atlanta, GA 30348-5261                          350 N La Salle, 14th Flr
                                                                                                  Chicago, IL 60654-5136


Employment Development Department                 Engstrom, Lipscomb & Lack                       Engstrom, Lipscomb & Lack
Bankruptcy Group MIC 92E, PO BOX 826880           10100 Santa Monica Blvd 12th Fl                 10100 Santa Monica Blvd, 12th Flr
Sacramento, CA 95814                              Los Angeles, CA 90067-4113                      Los Angeles, CA 90067-4113


Eric Bryan Seuthe                                 Eric D. Goldberg                                Eric Goldberg
10990 Wilshire Blvd.                              Stillwell Madison, LLC c/o DLA Piper LLP        DLA Piper LLP (US)
Suite 1420                                        2000 Avenue of the Stars, #400                  2000 Avenue of the Stars, #400
Los Angeles, CA 90024-3931                        Los Angeles, CA 90067-4700                      Los Angeles, CA 90067-4735


Erika Girardi                                     Erika Saldana                                   FRANCHISE TAX BOARD
c/o Evan C. Borges                                1757 Riverside Drive                            BANKRUPTCY SECTION MS A340
GREENBERG GROSS LLP                               Glendale, CA 91201-2856                         PO BOX 2952
650 Town Center Drive, Suite 1700                                                                 SACRAMENTO CA 95812-2952
Costa Mesa, CA 92626-7025


Franchise Tax Board                               GSI Group Inc.                                  Girardi & Kesse
P.O. Box 942867                                   C/o Michael Vincent Severo                      c/o Elissa Miller, trustee
Sacramento, CA 94267-0011                         301 N Lake Ave Ste 202                          333 S Hope St Ste 3500
                                                  Pasadena, CA 91101-5127                         Los Angeles, CA 90071-3044


HP Inc.                                           Haig Kelegian                                   Hideway
HP Inc. (c/o Ramona S. Neal)                      26 Sunset Cove                                  80-440 Hideway Club Ct
11311 Chinden Blvd.                               Newport Beach, CA 92657-1901                    La Quinta, CA 92253-7867
Boise, ID 83714-1021
```

```
Hochman Salkin Toscher Perez, P.C.      Holstein, Taylor and Unitt           Imperial Irrigation District
9150 Wilshire Blvd Se 300               6185 Magnolia Avenue, PMB 40         333 E Barioni Blvd
Beverly Hills, CA 90212-3430            Riverside, CA 92506-2524             Imperial, CA 92251-1773


Imperial Irrigation District           In Bloom Orchids                      Internal Revenue Service
P.O. Box 937                           1187 Coast Village Rd #1-269          P.O. BOX 7346
Imperial CA 92251-0937                 Santa Barbara, CA 93108-2737          Philadelphia, PA 19101-7346


(p)JPMORGAN CHASE BANK  N A            Jaime Ruigomez                        Jazmin Gomez
BANKRUPTCY MAIL INTAKE TEAM            c/o Margulies Faith LLP               7210 NW 179th Street Apt 202
700 KANSAS LANE FLOOR 01               16030 Ventura Blvd, Suite 470         Hialeah, FL 33015-5439
MONROE LA 71203-4774                   Encino, CA 91436-4493


Jeffrey M. Schwartz                    Jill O'Callahan                       Joe Ortiz
Much Shelist                           1437 Club View Drive                  P.O. Box 625
191 N. Wacker Drive, Suite 1800        Los Angeles, CA 90024-5305            La Quinta, CA 92247-0625
Chicago, IL 60606-1631


John Abassian                          Judy Selberg                          KABC-AM
6403 Van Nuys Blvd                     c/o Eric Bryan Seuthe & Associates    8965 Lindblade Street
Van Nuys, CA 91401-1437                10990 Wilshire Blvd Ste 1420          Culver City, CA 90232-2438
                                       Los Angeles, CA 90024-3931


KCC Class Action Services, LLC         KCC Class Actions Services LLC        KELCO LLC aka KELCO PROPERTIES LLC & HAIG KE
c/o Drake Foster                       c/o Michael Joseph Quinn              26 Sunset Cove
222 N. Pacific Coast Highway, 3rd Floor 1925 Century Park E Ste 1900         Newport Coast, CA 92657-1901
El Segundo, CA 90245                   Los Angeles, CA 90067-2754
3 90245-5648


KELCO, LLC aka KELCO PROPERTIES, LLC   Karen Girardi                         Kathleen Bajgrowicz
Walter J. Lack                         c/o Gary A Starre                     c/o M Manuel H. Miller
10100 Santa Monica Blvd., #1200        15760 Ventura Blvd Ste 801            20750 Ventura Blvd Ste 440
Los Angeles, CA 90067                  Encino CA 91436-3018                  Woodland Hills, CA 91364-6643
Los Angeles, CA 90067-4113


Kathleen L. Bajgrowicz                 Keith D. Griffin                      Kimberly Archi
Manuel H. Miller, Esq.                 Ryan D. Saba, Rosen Saba, LLP         15210 Ventura Blvd #307
Law Offices of Manuel H. Miller        9350 Wilshire Blvd, Suite 250         Sherman Oaks, CA 91403-3841
20750 Ventura Boulevard, Suite 440     Beverly Hills CA 90212-3219
Woodland Hills, CA 91364-6643


Kimberly Archie                        Ktgy Architectural Planning           L.A. Arena Company LLC
15210 Ventura Boulevard                17911 Von Karman Ste 200              1111 S Figueroa Ste 3100
Suite 307                              Irvine, CA 92614-6240                 Los Angeles, CA 90015-1333
Sherman Oaks, CA 91403-3841


L.A. Arena Funding, LLC                LADWP                                 (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
c/o Arent Fox Schif LLP                P.O. Box 5111                         ATTN BANKRUPTCY UNIT
Attn: Christopher K.S. Wong            Los Angeles, CA 90055-0111            PO BOX 54110
555 West Fifth Street, 48th Floor                                            LOS ANGELES CA 90054-0110
Los Angeles, CA 90013-1065
```

| | | |
|---|---|---|
| Lakeside Golf Club<br>P.O. Box 2386<br>Carol stream, IL 60132-2386 | Law Offices of Philip R. Sheldon<br>c/o Ronald Richards<br>P.O. Box 11480<br>Beverly Hills, CA 90213-4480 | Law Offices of Robert P. Finn<br>c/o James Spertus; Spertus, Landes<br>1990 S Bundy Drive Ste 705<br>Los Angeles, CA 90025-5256 |
| MDA Financial Solutions<br>Devin Sawdayi A Law Corporation<br>10866 Wilshire Blvd Ste 890<br>Los Angeles CA 90024-4350 | Manuel Miller<br>20750 Ventura Boulevard<br>Suite 440<br>Woodland Hills, CA 91364-6643 | (p)MERCEDES BENZ FINANCIAL SERVICES<br>14327 HERITAGE PARKWAY #400<br>FORT WORTH TX 76177-3300 |
| Metro Express Lanes<br>20101 Hamilton Ave Ste 100A<br>Torrance, CA 90502-1351 | Milberg Coleman Bryson Phillips Grossman, PL<br>100 Garden City Plaza<br>Suite 500<br>Garden City, NY 11530-3207 | Motion Picture Industry Health Plan<br>c/o Kathryn J. Halford<br>16501 Ventura Blvd., #304<br>Encino, Ca 91436-2067 |
| Multi Rizki<br>110 Nathaniel Ct<br>MOORESVILLE, NC 28117-6712 | Nano Banc<br>Much Shelist c/o Isaac R. Zfaty<br>660 Newport Center Drive, Suite 900<br>Newport Beach, CA 92660-6440 | National Construction Rentals<br>P.O. Box 841461<br>Los Angeles, CA 90084-1461 |
| National Construction Rentals<br>c/o Jonathan Neil & Associates, Inc.<br>71 W Main Street Ste 304<br>Freehold, NJ 07728-2139 | New York State Dept of Taxation &<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | New York States Dept of Taxation<br>and Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 |
| (p)OCALA EQUINE HOSPITAL  P A<br>ATTN ATTN REBEKAH CLIFTON<br>10855 N US HIGHWAY 27<br>OCALA FL 34482-1842 | Orange Coast Magazine<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 | Owen, Patterson & Owen, LLP<br>c/o Steven R Fox Esq<br>17835 Ventura Blvd Ste 306<br>Encino, CA 91316-3664 |
| PACTEN PARTNERS LLC<br>17630 Plaza Arica<br>San Diego, CA 92128-1710 | PARVIN OSALU-BAKHTIAR<br>c/o Ebby S. Bakhtiar, Esq.<br>3435 Wilshire Blvd., STe. 1669<br>Los Angeles, CA 90010-2287 | Pacific Mercantile Bank<br>1800 Ave of the Stars, Ste 675<br>Los Angeles, CA 90067-4221 |
| Pasadena Water and Power<br>150 S Los Robles Ave #300<br>Pasadena, CA 91101-4612 | Pauline White<br>Law Office of Pauline White<br>150 N. Santa Anita Avenue<br>Suite 300<br>Arcadia, CA 91006-3116 | Pebble Beach Resorts<br>P.O. Box 1522<br>Pebble Beach, CA 93953-1522 |
| Polito Eppich Associates<br>100 E San Marcos Blvd<br>San Marcos, CA 92069-2986 | Psomas<br>555 South Flower Street<br>Suite 4300<br>Los Angeles, CA 90071-2405 | RPC Tax Property Tax Advisors<br>LLC<br>P.O. Box 7289<br>San Diego, CA 92167-0289 |
| Rajan M Patel MD<br>Devin Sawdayi A Law Corporation<br>10866 Wilshire Blvd Ste 890<br>Los Angeles CA 90024-4350 | Rest Your Case Evidence Storage LLC<br>Pauline White<br>150 N. Santa Anita Avenue<br>Suite 300<br>Arcadia, CA 91006-3116 | Richard Fair<br>c/o Peter Roald Kindem<br>2945 Townsgate Rd Ste 200<br>Westlake Village, CA 91361-5866 |

```
Robert Keese                          Robert M. Keese                        Robert W. Finnerty
22982 Rosemont Court                  22982 Rosemont Court                   c/o Daniel J. McCarthy
Murrieta, CA 92562-3075               Murrieta, CA 92562-3075                Hill Farrer & Burrill LLP
                                                                             300 S. Grand Ave. 37th Floor
                                                                             Los Angeles, CA 90071-3147


Rosen Saba, LLP                       Salem Media Group Inc.                 Septiana Damayanti
2301 Rosecrans Avenue, Suite 3180     P.O. Box 845581                        110 Nathaniel Ct
El Segundo. CA 90245-4975             Los Angeles, CA 90084-5581             Mooresville, NC 28117-6712



Shawn Azizzadeh                       SoCal Gas                              SoCalGas
c/o Michelle Balady Bedford Law Group P.O. Box 1626                          P. O. Box 30337
1875 Century Park E Ste 1790          Monterey Park CA 91754-8626            Los Angeles CA 90030-0337
Los Angeles, CA 90067-2537



Steiner & Libo, PC                    Stephen Doiron dba In Bloom Orchids    Stillwell Madison LLC
11845 W Olympic Blvd                  1187 Coast Village Rd 1-269            c/o Andrew Conlan Whitman
Suite 910W                            Santa Barbara, CA 93108-2737           865 S Figueroa St TCW Tower
Los Angeles, CA 90064-5837                                                   Los Angeles, CA 90017-2543



Stillwell Madison LLC                 Stillwell Madison, LLC                 The French Hand Laundry
c/o Marshall J Hogan; Snell & Wilme   c/o DLA Piper LLP (US)                 606 S Lake Ave
600 Anton Blvd Se 1400                2000 Avenue of the Stars, #400         North Hollywood, CA 91606
Costa Mesa, cA 92626-7689             Los Angeles, CA 90067-4700



The Plantation Golf Club              The Severo Law Firm                    The Village Gardener
50994 Monroe St                       155 N Lake Avenue                      P.O. Box 40128
Indio, CA 92201-9709                  Pasadena, CA 91101-1857                Santa Barbara, CA 93140-0128



US Legal Support                      United States Trustee (LA)             Veritext LLC
16825 Northchase DrSuite 900          915 Wilshire Blvd, Suite 1850          c/o Philip Landsman
16825 Northchase DrSuite 900          Los Angeles, CA 90017-3560             5776 Lindero Canyon Rd Ste D-666
Houston, TX 77060-6004                                                       Thousand Oaks, CA 91362-6428



Virage Capital Management LP          Virginia Antonio                       Webster Training Center
1700 Post Oak Blvd Ste 300            20413 Via Navarra                      P.O. Box 144
Houston, TX 77056-3973                Yorba Linda, CA 92886-3065             Lowell, FL 32663-0144



Wells Fargo Vendor Financial Services Western Exterminator Company           Wilshire Country Club
800 Walnut Street                     P.O. Box 16350                         301 N Rossmore Ave
Des Moines, IA 50309-3891             Reading, PA 19612-6350                 Los Angeles, CA 90004-2499



Elissa D. Miller                      Erika Girardi                          Gary A Starre
Smiley Wang-Ekvall, LLP               c/o Dinsmore & Shohl LLP                Starre & Cohn, APC
3200 Park Center Drive                550 South Hope St., Ste 1765           15760 Ventura Blvd., Ste. 801
Suite 250                             Los Angeles, CA 90071-2669             Encino, CA 91436-3018
Costa Mesa, CA 92626-7234
```

```
Jason M Rund (TR)              Karen Girardi                          Larry W. Gabriel
Sheridan & Rund                c/o Starre & Cohn                      JENKINS MULLIGAN & GABRIEL LLP
270 Coral Circle               15760 Ventura Blvd., Ste. 801          585 Lorna Lane
El Segundo, CA 90245-4617      Encino, CA 91436-3018                  Los Angeles, CA 90049-4215


Robert Girardi                 Thomas Vincent Girardi
402 South Marengo Ave.         1126 Wilshire Boulevard
Suite B                        Los Angeles, CA 90017-1904
Pasadena, CA 91101-3113
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Daimler Trust                  Department of Health Care Services     JPMCB Auto
c/o BK Servicing, LLC          Personal Injury Program                P.O. Box 901003
PO Box 131265                  MS4720                                 Fort Worth, TX 76101
Roseville, MN 55113            P.O. Box 997421
                               Sacramento, CA 95899


(d)JPMCB HL                    LOS ANGELES COUNTY TREASURER AND TAX COLLECT   Mercedes-Benz Financial Services
700 Kansas Ln                  ATTN: BANKRUPTCY UNIT                  P.O. Box 5209
Monroe, La 71203               PO BOX 54110                           Carol Stream, IL 60197-5209
                               LOS ANGELES CA 90054-0110


Ocala Equine Hospital P.A.
10855 N.W. US Hwy 27
Ocala, FL 34482
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)ALT Financial Network, Inc.     (u)Abir Cohen Treyzon Salo, LLP        (u)Aires Law Firm
                                   Hill, Farrer & Burrill LLP
                                   c/o Daniel J. McCarthy


(u)C.F., an individual             (u)COLDWELL BANKER                     (u)California Attorney Lending II, Inc.


(u)Courtesy NEF                    (u)Desert Sands Realty                 (u)Edelson PC
```

| | | |
|---|---|---|
| (u)Hahn Fife | (u)JPMorgan Chase Bank, National Association | (u)KCC Class Action Services, LLC |
| (u)L.A. Arena Funding, LLC | (u)Los Angeles County Treasurer and Tax Colle | (u)Stillwell Madison, LLC |
| (du)California Attorney Lending II, Inc. | (u)Elissa D. Miller, Ch 7 Trustee of Girardi | (d)John Abassian<br>6403 Van Nuys Boulevard<br>Van Nuys, CA 91401-1437 |
| (u)Joseph Ruigomez | (du)Joseph Ruigomez | (u)Kathleen Ruigomez |
| (d)Wells Fargo Vendor Financial Services, LLC<br>c/o Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436-2802 | (d)Arsani Sidarous<br>c/o Goe Forsythe & Hodges LLP<br>18101 Von Karman<br>Suite 1200<br>Irvine, CA 92612-7119 | (u)Casey Van Zandt |
| (d)Erika Saldana<br>1757 Riverside Drive<br>Glendale, CA 91201-2856 | (u)Jaime Ruigomez | (d)Jill O'Callahan<br>1437 Club View Drive<br>Los Angeles, CA 90024-5305 |
| (d)John Abassian<br>6403 Van Nuys Boulevard<br>Van Nuys, CA 91401-1437 | (u)John Moran | (du)Joseph Ruigomez |
| (u)Judy Selberg | (du)Kathleen Ruigomez | (d)Kimberly Archie<br>15210 Ventura Boulevard<br>Suite 307<br>Sherman Oaks, CA 91403-3841 |
| (u)Michael Kogan Law Firm, APC | (d)Robert M. Keese<br>22982 Rosemont Court<br>Murrieta, CA 92562-3075 | (d)Virginia Antonio<br>20413 Via Navarra<br>Yorba Linda, CA 92886-3065 |
| (u)William F Savino | End of Label Matrix<br>Mailable recipients   154<br>Bypassed recipients    37<br>Total                  191 | |