TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244

Attorneys for Jason M. Rund
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**NOTICE OF CHANGE IN BILLING RATES OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.** |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, effective January 1, 2026, the billing rates of Levene, Neale, Bender, Yoo & Golubchik L.L.P. shall be the rates set forth in the schedule attached hereto as Exhibit 1.

Dated:  January 29, 2026                LEVENE, NEALE, BENDER, YOO &
                                        GOLUBCHIK L.L.P.

                                        By:/s/ Carmela T. Pagay
                                            Attorneys for Jason M. Rund
                                            Chapter 7 Trustee

# EXHIBIT "1"



LAW OFFICES
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

SCHEDULE OF HOURLY BILLING RATES
(Effective January 1, 2026)

| ATTORNEYS | 2026 Rates |
|---|---|
| DAVID L. NEALE | 795 |
| RON BENDER | 795 |
| TIMOTHY J. YOO | 795 |
| DAVID B. GOLUBCHIK | 795 |
| EVE H. KARASIK | 795 |
| GARY E. KLAUSNER | 795 |
| ERIC P. ISRAEL | 795 |
| BRAD D. KRASNOFF | 795 |
| EDWARD M. WOLKOWITZ | 795 |
| BETH ANN R. YOUNG | 795 |
| MONICA Y. KIM | 775 |
| PHILIP A. GASTEIER | 775 |
| JOHN N. TEDFORD, IV | 775 |
| DANIEL H. REISS | 775 |
| TODD A. FREALY | 775 |
| KRIKOR J. MESHEFEJIAN | 775 |
| JOHN-PATRICK M. FRITZ | 775 |

LNBY&G

December 9, 2025
Page 2

| | |
|---|---|
| RICHARD P. STEELMAN, JR. | 750 |
| JULIET Y. OH | 750 |
| TODD M. ARNOLD | 750 |
| JOSEPH M. ROTHBERG | 750 |
| JEFFREY KWONG | 750 |
| MICHAEL D'ALBA | 750 |
| CARMELA T. PAGAY | 725 |
| ANTHONY A. FRIEDMAN | 725 |
| ROBERT CARRASCO | 595 |
| PARAPROFESSIONALS | 300 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHANGE IN BILLING RATES OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 29, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Timothy C Aires     tca@arlawyers.com, gperez@arlawyers.com
- Rafey Balabanian     rbalabanian@edelson.com, docket@edelson.com;5926930420@filings.docketbird.com
- Kate Benveniste     kate.benveniste@gtlaw.com, kharishma.patel@gtlaw.com,kate-benveniste-1498@ecf.pacerpro.com
- Shraddha Bharatia     notices@becket-lee.com
- Ori S Blumenfeld     ori.blumenfeld@offitkurman.com, liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com
- Evan C Borges     eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- William E Brueckner     wbrueckner@woodsoviatt.com
- Richard Dennis Buckley     rbuckley@weintraub.com
- Jacquelyn H Choi     jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- Marie E Christiansen     mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz     jcrastz@hrhlaw.com
- Ashleigh A Danker     adanker731@gmail.com
- Clifford S Davidson     csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com;pdxecf@swlaw.com
- Joseph C Delmotte     ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- Lei Lei Wang Ekvall - DECEASED -     lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Oscar Estrada     oestrada@ttc.lacounty.gov
- Timothy W Evanston     tevanston@skarzynski.com, dahn@ecf.courtdrive.com
- Jeremy Faith     Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- James J Finsten     , jimfinsten@hotmail.com
- James J Finsten     jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- Alan W Forsley     alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com
- Larry W Gabriel     lgabrielaw@outlook.com, tinadow17@gmail.com
- Robert P Goe     rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- Rosendo Gonzalez     rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- Andrew Goodman     agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Suzanne C Grandt     suzanne.grandt@calbar.ca.gov, jenny.batdorj@calbar.ca.gov;maria.ramiscal@calbar.ca.gov;ryan.sullivan@calbar.ca.gov
- Stella A Havkin     stella@havkinandshrago.com, shavkinesq@gmail.com
- M. Jonathan Hayes     jhayes@rhmfirm.com
- Marshall J Hogan     mhogan@swlaw.com, fcardenas@swlaw.com
- Bradford G Hughes     bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- Brandon J. Iskander     biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- Razmig Izakelian     razmigizakelian@quinnemanuel.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

- Michael S Kogan     mkogan@koganlawfirm.com
- Lewis R Landau     Lew@Landaunet.com
- Daniel A Lev     daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Marc A Lieberman     marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- Craig G Margulies     craig@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com
- Peter J Mastan     peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com;adelya.ashralieva@dinsmore.com
- Edith R. Matthai     ematthai@romalaw.com, lrobie@romalaw.com
- Daniel J McCarthy     dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
- Elissa Miller     elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- Eric A Mitnick     MitnickLaw@gmail.com, mitnicklaw@gmail.com
- Scott Olson     solson@seyfarth.com, chidocket@seyfarth.com
- Carmela Pagay     ctp@lnbyg.com
- Zachary Page     zach.page@thompsonhine.com, ECFDocket@thompsonhine.com,LAX-ECF@thompsonhine.com
- Ambrish B Patel     apatelEI@americaninfosource.com
- Leonard Pena     lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn     mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- Matthew D. Resnik     matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- Ronald N Richards     ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Kevin Ronk     Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law,sarah@cym.law
- Jason M Rund (TR)     trustee@srlawyers.com, jrund@ecf.axosfs.com
- William F Savino     wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- Daren M Schlecter     daren@schlecterlaw.com, assistant@schlecterlaw.com
- Amir Shakoorian     amir.shakoorian@hklaw.com
- Najah J Shariff     najah.shariff@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- Gary A Starre     gastarre@gmail.com, mmoonniiee@gmail.com
- Richard P Steelman     RPS@LNBYG.COM
- Annie Y Stoops     annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- Philip E Strok     pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Terrence Swinson     terrenceswinson@gmail.com
- Boris Treyzon     btreyzon@actslaw.com, pjs@actslaw.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Christopher K.S. Wong     christopher.wong@afslaw.com, yvonne.li@afslaw.com;catherine.dark@afslaw.com
- Timothy J Yoo     TJY@LNBYG.COM

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **January 29, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

Thomas Vincent Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 29, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 29, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**