TIMOTHY J. YOO (SBN 155531)
CARMELA T. PAGAY (SBN 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: tjy@lnbyg.com, ctp@lnbyg.com

Attorneys for Jason M. Rund
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S INTENTION TO ABANDON ASSETS**<br><br>[11 U.S.C. § 554(a); LBR 6007-1]<br><br>[No Hearing Required] |

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a) and Local Bankruptcy Rule 6007-1, Jason M. Rund, the Chapter 7 Trustee (the "Trustee") for the estate of Thomas Vincent Girardi, intends to abandon the estate's partnership interest in Girardi & Keese [Tax ID 95-2988995] ("GK").

According to the Schedule K-1's issued by GK, Thomas Vincent Girardi (the "Debtor") was/is the 100% partner of GK. Because GK is in its own Chapter 7 proceeding (Case No. 2:20-bk-21022-BR), and there appears to be no distribution likely to equity interest holders, the Trustee believes that the Debtor's partnership interest in GK is burdensome to the estate and that the proposed abandonment is in the best interests of the estate and its creditors. Note that this

abandonment does not include and specifically excludes the Trustee's right to any distribution from his Proof of Claim filed in the GK bankruptcy case.

Pursuant to Local Bankruptcy Rule 6007-1, any objection and request for hearing must be filed and served on the undersigned not more than 14 days after service of this Notice. If no request for hearing is timely filed and served, the Trustee may take the proposed action and the Trustee will be deemed to have abandoned any interest in the Assets 14 days from the date of mailing of this Notice. No Court order will be required for the abandonment to be effective.

If a timely objection and request for hearing is filed and served, the Trustee shall within 21 days from the date of service of the response and request for hearing schedule and give not less than 14 days notice of a hearing to those responding and to the United States Trustee. The proceedings in such matters will be governed by Local Bankruptcy Rule 9013-1(o).

DATED: September 2, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: /s/ *Timothy J. Yoo*
TIMOTHY J. YOO
CARMELA T. PAGAY
Attorneys for Jason M. Rund
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Notice Of Chapter 7 Trustee's Intention To Abandon Assets** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 2, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Timothy C Aires tca@arlawyers.com, gperez@arlawyers.com
- Rafey Balabanian rbalabanian@edelson.com, docket@edelson.com;5926930420@filings.docketbird.com
- Kate Benveniste kate.benveniste@gtlaw.com, kharishma.patel@gtlaw.com,kate-benveniste-1498@ecf.pacerpro.com
- Shraddha Bharatia notices@becket-lee.com
- Ori S Blumenfeld ori.blumenfeld@offitkurman.com, liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com
- Evan C Borges eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- William E Brueckner wbrueckner@woodsoviatt.com
- Richard Dennis Buckley rbuckley@weintraub.com
- Jacquelyn H Choi jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- Marie E Christiansen mchristiansen@vedder.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz jcrastz@hrhlaw.com
- Ashleigh A Danker adanker731@gmail.com
- Clifford S Davidson csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com;pdxecf@swlaw.com
- Joseph C Delmotte ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- Lei Lei Wang Ekvall - DECEASED - lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Oscar Estrada oestrada@ttc.lacounty.gov
- Timothy W Evanston tevanston@skarzynski.com, dahn@ecf.courtdrive.com
- Jeremy Faith Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- James J Finsten , jimfinsten@hotmail.com
- James J Finsten jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- Alan W Forsley alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,ethan@flpllp.com
- Larry W Gabriel lgabrielaw@outlook.com, tinadow17@gmail.com
- Robert P Goe rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- Rosendo Gonzalez rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- Andrew Goodman agoodman@tullylegal.com, Goodman.AndrewR102467@notify.bestcase.com
- Suzanne C Grandt suzanne.grandt@calbar.ca.gov, jenny.batdorj@calbar.ca.gov;maria.ramiscal@calbar.ca.gov;ryan.sullivan@calbar.ca.gov
- Stella A Havkin stella@havkinandshrago.com, shavkinesq@gmail.com

- M. Jonathan Hayes jhayes@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;sloan@rhmfirm.com
- Marshall J Hogan mhogan@swlaw.com, fcardenas@swlaw.com
- Bradford G Hughes bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- Brandon J. Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- Razmig Izakelian razmigizakelian@quinnemanuel.com
- Michael S Kogan mkogan@koganlawfirm.com
- Lewis R Landau Lew@Landaunet.com
- Daniel A Lev daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com
- Marc A Lieberman marc.lieberman@flpllp.com, addy@flpllp.com,ethan@flpllp.com
- Craig G Margulies craig@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com
- Peter J Mastan peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;wendy.yones@dinsmore.com;travis.terry@dinsmore.com;darla.castellanos@dinsmore.com
- Edith R. Matthai ematthai@romalaw.com, lrobie@romalaw.com
- Daniel J McCarthy dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
- Elissa Miller elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- Eric A Mitnick MitnickLaw@gmail.com, mitnicklaw@gmail.com
- Scott Olson solson@seyfarth.com, chidocket@seyfarth.com
- Carmela Pagay ctp@lnbyg.com
- Zachary Page zach.page@thompsonhine.com, ECFDocket@thompsonhine.com,LAX-ECF@thompsonhine.com
- Ambrish B Patel apatelEI@americaninfosource.com
- Leonard Pena lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- Matthew D. Resnik matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com
- Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Kevin Ronk Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law,sarah@cym.law,grace@cym.law
- Jason M Rund (TR) trustee@srlawyers.com, jrund@ecf.axosfs.com
- William F Savino wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- Daren M Schlecter daren@schlecterlaw.com, assistant@schlecterlaw.com
- Amir Shakoorian amir.shakoorian@hklaw.com
- Najah J Shariff najah.shariff@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- Gary A Starre gastarre@gmail.com, mmoonniiee@gmail.com
- Richard P Steelman RPS@LNBYG.COM
- Annie Y Stoops annie.stoops@afslaw.com, yvonne.li@afslaw.com
- Philip E Strok pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Terrence Swinson terrenceswinson@gmail.com
- Boris Treyzon btreyzon@actslaw.com, pjs@actslaw.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Christopher K.S. Wong christopher.wong@afslaw.com, yvonne.li@afslaw.com;shiyan.liu@afslaw.com
- Timothy J Yoo TJY@LNBYG.COM

**2. SERVED BY UNITED STATES MAIL**: On **September 2, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 2, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 2, 2026 | Rebecka Merritt | */s/ Rebecka Merritt* |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

Label Matrix for local noticing
0973-2
Case 2:20-bk-21020-BR
Central District of California
Los Angeles
Wed Sep 2 11:30:58 PDT 2026

ABIR COHEN TREYZON SALO, LLP, a California l
ACTS
16001 Ventura Boulevard, Suite 200
Encino, CA 91436-4482

Ally Bank Lease Trust - Assignor to Vehicle
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Compass
42 S Pasadena Ave
Pasadena, CA 91105-1943

(p)BK SERVICING LLC
PO BOX 131265
ROSEVILLE MN 55113-0011

EJ Global, LLC, a limited liability company
9200 Sunset Boulevard, Suite 600
Los Angeles, CA 90069-3196

Frantz Law Group, APLC
2029 Century Park East
#400
Los Angeles, CA 90067-2905

Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067-6253

Pretty Mess, Inc., a corporation
9200 Sunset Boulevard, Suite 600
Los Angeles, CA 90069-3196

The State Bar of California
180 Howard Street
San Francisco, CA 94105-1639

U.S. Legal Support, Inc.
c/o Portillo Ronk Legal Team
5716 Corsa Avenue
Suite 207
Westlake Village, CA 91362-4059

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wells Fargo Vendor Financial Services, Inc.
c/o Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2802

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

1126 Wilshire Partnership
c/o Daniel J. McCarthy
Hill Farrer & Burrill LLP
300 S. Grand Ave. 37th Floor
Los Angeles, CA 90071-3147

ARSANI SIDAROUS
c/o Goe Forsythe & Hodges LLP
18101 Von Karman, Suite 1200
Irvine, CA 92612-7119

AT&T
P.O. Box 5025
Carol Stream, IL 60197-5025

AT&T Wireless
c/o Credence
4222 Trinity Mills, Ste 260
Dallas, TX 75287-7666

Abir Cohen Treyzon Salo LLP
16001 Ventura Boulevard
Suite 200
Encino, CA 91436-4482

Abir Cohen Treyzon Salo LLP
c/o Daniel J McCarthy
300 S Grand Ave 37th Fl
Los Angeles CA 90071-3147

Alexa Galloway
10 Orbit Lane
San Pedro, CA 90732-4461

Ally Financial
200 Renaissance Ctr #80
Detroit, MI 48243-1300

Alta San Rafael Association
c/o Beven & Brock
99 S Lake Ave, Ste 100
Pasadena, CA 91101-4739

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000

American Express
P.O. Box 981531
El Paso, TX 79998-1531

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Anice Kasim
110 Nathaniel Ct
Mooresville, NC 28117-6712

Baker, Keener, Nahra LLP
633 W. 5gh Street Ste 5500
Los Angeles, CA 90071

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

Bel-Air Country Club
10768 Bellagio Road
Los Angeles CA 90077-3799

Bias Ramadhan A.S.
110 Nathaniel Ct
Mooresville,, NC 28117-6712

California Department of Health Care Service
Michael Byerts
300 S. Spring Street, Suite 1702
Los Angeles CA 90013-1256

California Dept. of Tax and Fee Administrati
Collections Support Bureau, MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Christina Fulton
Fredman Lieberman Pearl LLP
1875 Century Park East, Suite 2230
Los Angeles, CA 90067-2522

City National Bank
P.O. Box 60938
Los Angeles, CA 90060-0938

City of Pasadena
P.O. Box 7120
Pasadena, CA 91109-7220

City of Pasadena
c/o Sophia Retchless
Deputy City Attorney
100 N Garfield Ave Rm210
Pasadena CA 91101-1726

Coachella Valley Water District
P.O. Box 5000
Coachella, CA 92236-5000

Cooley Attorneys at Law
101 California, 5th Flr
San Francisco, CA 94111-5800

Dani Daniaty
110 Nathaniel Ct
Mooresville, NC 28117-6712

Daniel J. McCarthy
Hill Farrer & Burrill LLP
City National Plaza
515 S Flower St 7th Fl
Los Angeles CA 90071-2209

David R. Lira
10100 Santa Monica Boulevard
12th Floor
Los Angeles, CA 90067
Los Angeles, CA 90067-4003

(p)DEPARTMENT OF HEALTH CARE SERVICES
OFFICE OF LEGAL SERVICES MS 0010
ATTN STEVEN A OLDHAM STAFF ATTORNEY
PO BOX 997413
SACRAMENTO CA 95899-7413

Dian Daniyanti
110 Nathaniel Ct
Mooresville, NC 28117-6712

Direct TV
P.O. Box 105261
Atlanta, GA 30348-5261

Edelson PC
c/o Jay Edelson
350 N La Salle, 14th Flr
Chicago, IL 60654-5136

Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd 12th Fl
Los Angeles, CA 90067-4113

Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd, 12th Flr
Los Angeles, CA 90067-4113

Eric Bryan Seuthe
10990 Wilshire Blvd.
Suite 1420
Los Angeles, CA 90024-3931

Eric D. Goldberg
Stillwell Madison, LLC c/o DLA Piper LLP
2000 Avenue of the Stars, #400
Los Angeles, CA 90067-4700

Eric Goldberg
DLA Piper LLP (US)
2000 Avenue of the Stars, #400
Los Angeles, CA 90067-4735

Erika Girardi
c/o Evan C. Borges
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626-7025

Erika Saldana
1757 Riverside Drive
Glendale, CA 91201-2856

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0011

GSI Group Inc.
C/o Michael Vincent Severo
301 N Lake Ave Ste 202
Pasadena, CA 91101-5127

Girardi & Kesse
c/o Elissa Miller, trustee
333 S Hope St Ste 3500
Los Angeles, CA 90071-3044

HP Inc.
HP Inc. (c/o Ramona S. Neal)
11311 Chinden Blvd.
Boise, ID 83714-1021

Haig Kelegian
26 Sunset Cove
Newport Beach, CA 92657-1901

Hideway
80-440 Hideway Club Ct
La Quinta, CA 92253-7867

Hochman Salkin Toscher Perez, P.C.
9150 Wilshire Blvd Se 300
Beverly Hills, CA 90212-3430

Holstein, Taylor and Unitt
6185 Magnolia Avenue, PMB 40
Riverside, CA 92506-2524

Imperial Irrigation District
333 E Barioni Blvd
Imperial, CA 92251-1773

Imperial Irrigation District
P.O. Box 937
Imperial CA 92251-0937

In Bloom Orchids
1187 Coast Village Rd #1-269
Santa Barbara, CA 93108-2737

Internal Revenue Service
P.O. BOX 7346
Philadelphia, PA 19101-7346

JPMCB Auto
P.O. Box 901003
Fort Worth, TX 76101-2003

JPMCB HL
700 Kansas Ln
Monroe, La 71203-4774

Jaime Ruigomez
c/o Margulies Faith LLP
16030 Ventura Blvd, Suite 470
Encino, CA 91436-4493

Jazmin Gomez
7210 NW 179th Street Apt 202
Hialeah, FL 33015-5439

Jeffrey M. Schwartz
Much Shelist
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606-1631

Jill O'Callahan
1437 Club View Drive
Los Angeles, CA 90024-5305

Joe Ortiz
P.O. Box 625
La Quinta, CA 92247-0625

John Abassian
6403 Van Nuys Blvd
Van Nuys, CA 91401-1437

Judy Selberg
c/o Eric Bryan Seuthe & Associates
10990 Wilshire Blvd Ste 1420
Los Angeles, CA 90024-3931

KABC-AM
8965 Lindblade Street
Culver City, CA 90232-2438

KCC Class Action Services, LLC
c/o Drake Foster
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
3 90245-5648

KCC Class Actions Services LLC
c/o Michael Joseph Quinn
1925 Century Park E Ste 1900
Los Angeles, CA 90067-2754

KELCO LLC aka KELCO PROPERTIES LLC & HAIG KE
26 Sunset Cove
Newport Coast, CA 92657-1901

KELCO, LLC aka KELCO PROPERTIES, LLC
Walter J. Lack
10100 Santa Monica Blvd., #1200
Los Angeles, CA 90067
Los Angeles, CA 90067-4113

Karen Girardi
c/o Gary A Starre
15760 Ventura Blvd Ste 801
Encino CA 91436-3018

Kathleen Bajgrowicz
c/o M Manuel H. Miller
16133 Ventura Blvd Suite 700
Encinio CA 91436-2406

Kathleen L. Bajgrowicz
Manuel H. Miller, Esq.
Law Offices of Manuel H. Miller
20750 Ventura Boulevard, Suite 440
Woodland Hills, CA 91364-6643

Keith D. Griffin
Ryan D. Saba, Rosen Saba, LLP
9350 Wilshire Blvd, Suite 250
Beverly Hills CA 90212-3219

Kimberly Archi
15210 Ventura Blvd #307
Sherman Oaks, CA 91403-3841

Kimberly Archie
15210 Ventura Boulevard
Suite 307
Sherman Oaks, CA 91403-3841

Ktgy Architectural Planning
17911 Von Karman Ste 200
Irvine, CA 92614-6240

L.A. Arena Company LLC
1111 S Figueroa Ste 3100
Los Angeles, CA 90015-1333

L.A. Arena Funding, LLC
c/o Arent Fox Schif LLP
Attn: Christopher K.S. Wong
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

LADWP
P.O. Box 5111
Los Angeles, CA 90051

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Lakeside Golf Club
P.O. Box 2386
Carol stream, IL 60132-2386

Law Offices of Philip R. Sheldon
c/o Ronald Richards
P.O. Box 11480
Beverly Hills, CA 90213-4480

Law Offices of Robert P. Finn
c/o James Spertus; Spertus, Landes
1990 S Bundy Drive Ste 705
Los Angeles, CA 90025-5256

MDA Financial Solutions
Devin Sawdayi A Law Corporation
10866 Wilshire Blvd Ste 890
Los Angeles CA 90024-4350

Manuel Miller
16133 Ventura Blvd Suite 700
Encino CA 91436-2406

(p)MERCEDES BENZ FINANCIAL SERVICES
14327 HERITAGE PARKWAY #400
FORT WORTH TX 76177-3300

Metro Express Lanes
20101 Hamilton Ave Ste 100A
Torrance, CA 90502-1376

Milberg Coleman Bryson Phillips Grossman, PL
100 Garden City Plaza
Suite 500
Garden City, NY 11530-3207

Motion Picture Industry Health Plan
c/o Kathryn J. Halford
16501 Ventura Blvd., #304
Encino, Ca 91436-2067

Multi Rizki
110 Nathaniel Ct
MOORESVILLE, NC 28117-6712

Nano Banc
Much Shelist c/o Isaac R. Zfaty
660 Newport Center Drive, Suite 900
Newport Beach, CA 92660-6440

National Construction Rentals
P.O. Box 841461
Los Angeles, CA 90084-1461

National Construction Rentals
c/o Jonathan Neil & Associates, Inc.
71 W Main Street Ste 304
Freehold, NJ 07728-2139

New York State Dept of Taxation &
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

New York States Dept of Taxation
and Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

(p)OCALA EQUINE HOSPITAL P A
ATTN ATTN REBEKAH CLIFTON
10855 N US HIGHWAY 27
OCALA FL 34482-1842

Orange Coast Magazine
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

Owen, Patterson & Owen, LLP
c/o Steven R Fox Esq
17835 Ventura Blvd Ste 306
Encino, CA 91316-3664

PACTEN PARTNERS LLC
17630 Plaza Arica
San Diego, CA 92128-1710

PARVIN OSALU-BAKHTIAR
c/o Ebby S. Bakhtiar, Esq.
3435 Wilshire Blvd., STe. 1669
Los Angeles, CA 90010-2287

Pacific Mercantile Bank
1800 Ave of the Stars, Ste 675
Los Angeles, CA 90067-4201

Pasadena Water and Power
150 S Los Robles Ave #300
Pasadena, CA 91101-4612

Pauline White
Law Office of Pauline White
150 N. Santa Anita Avenue
Suite 300
Arcadia, CA 91006-3116

Pebble Beach Resorts
P.O. Box 1522
Pebble Beach, CA 93953-1522

Polito Eppich Associates
100 E San Marcos Blvd
San Marcos, CA 92069-2986

Psomas
555 South Flower Street
Suite 4300
Los Angeles, CA 90071-2405

RPC Tax Property Tax Advisors
LLC
P.O. Box 7289
San Diego, CA 92167-0289

Rajan M Patel MD
Devin Sawdayi A Law Corporation
10866 Wilshire Blvd Ste 890
Los Angeles CA 90024-4350

Rest Your Case Evidence Storage LLC
Pauline White
150 N. Santa Anita Avenue
Suite 300
Arcadia, CA 91006-3116

Richard Fair
c/o Peter Roald Kindem
2945 Townsgate Rd Ste 200
Westlake Village, CA 91361-5866

Robert Keese
22982 Rosemont Court
Murrieta, CA 92562-3075

Robert M. Keese
22982 Rosemont Court
Murrieta, CA 92562-3075

Robert W. Finnerty
c/o Daniel J. McCarthy
Hill Farrer & Burrill LLP
300 S. Grand Ave. 37th Floor
Los Angeles, CA 90071-3147

Rosen Saba, LLP
2301 Rosecrans Avenue, Suite 3180
El Segundo. CA 90245-4975

Salem Media Group Inc.
P.O. Box 845581
Los Angeles, CA 90084-5581

Septiana Damayanti
110 Nathaniel Ct
Mooresville, NC 28117-6712

Shawn Azizzadeh
c/o Michelle Balady Bedford Law Group
1875 Century Park E Ste 1790
Los Angeles, CA 90067-2537

SoCal Gas
P.O. Box 1626
Monterey Park CA 91754-8626

SoCalGas
P. O. Box 30337
Los Angeles CA 90030-0337

Steiner & Libo, PC
11845 W Olympic Blvd
Suite 910W
Los Angeles, CA 90064-5837

Stephen Doiron dba In Bloom Orchids
1187 Coast Village Rd 1-269
Santa Barbara, CA 93108-2737

Stillwell Madison LLC
c/o Andrew Conlan Whitman
865 S Figueroa St TCW Tower
Los Angeles, CA 90017-2543

Stillwell Madison LLC
c/o Marshall J Hogan; Snell & Wilme
600 Anton Blvd Se 1400
Costa Mesa, cA 92626-7689

Stillwell Madison, LLC
c/o DLA Piper LLP (US)
2000 Avenue of the Stars, #400
Los Angeles, CA 90067-4700

The French Hand Laundry
606 S Lake Ave
North Hollywood, CA 91606

The Plantation Golf Club
50994 Monroe St
Indio, CA 92201-9709

The Severo Law Firm
155 N Lake Avenue
Pasadena, CA 91101-1848

The Village Gardener
P.O. Box 40128
Santa Barbara, CA 93140-0128

US Legal Support
16825 Northchase DrSuite 900
16825 Northchase DrSuite 900
Houston, TX 77060-6004

Veritext LLC
c/o Philip Landsman
5776 Lindero Canyon Rd Ste D-666
Thousand Oaks, CA 91362-6428

Virage Capital Management LP
1700 Post Oak Blvd Ste 300
Houston, TX 77056-3973

Virginia Antonio
20413 Via Navarra
Yorba Linda, CA 92886-3065

Webster Training Center
P.O. Box 144
Lowell, FL 32663-0144

Wells Fargo Vendor Financial Services
800 Walnut Street
Des Moines, IA 50309-3891

Western Exterminator Company
P.O. Box 16350
Reading, PA 19612-6350

Wilshire Country Club
301 N Rossmore Ave
Los Angeles, CA 90004-2499

Elissa D. Miller
Smiley Wang-Ekvall, LLP
3200 Park Center Drive
Suite 250
Costa Mesa, CA 92626-7234

Erika Girardi
c/o Dinsmore & Shohl LLP
550 South Hope St., Ste 1765
Los Angeles, CA 90071-2669

Gary A Starre
Starre & Cohn, APC
15760 Ventura Blvd., Ste. 801
Encino, CA 91436-3018

Jason M Rund (TR)
Sheridan & Rund
270 Coral Circle
El Segundo, CA 90245-4617

Karen Girardi
c/o Starre & Cohn
15760 Ventura Blvd., Ste. 801
Encino, CA 91436-3018

Larry W. Gabriel
JENKINS MULLIGAN & GABRIEL LLP
585 Lorna Lane
Los Angeles, CA 90049-4215

Robert Girardi
402 South Marengo Ave.
Suite B
Pasadena, CA 91101-3113

Thomas Vincent Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113

Department of Health Care Services
Personal Injury Program
MS4720
P.O. Box 997421
Sacramento, CA 95899

LOS ANGELES COUNTY TREASURER AND TAX COLLECT
ATTN: BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Mercedes-Benz Financial Services
P.O. Box 5209
Carol Stream, IL 60197-5209

Ocala Equine Hospital P.A.
10855 N.W. US Hwy 27
Ocala, FL 34482

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ALT Financial Network, Inc.

(u)Abir Cohen Treyzon Salo, LLP
Hill, Farrer & Burrill LLP
c/o Daniel J. McCarthy

(u)Aires Law Firm

(u)C.F., an individual

(u)COLDWELL BANKER

(u)California Attorney Lending II, Inc.

(u)Courtesy NEF

(u)Desert Sands Realty

(u)Edelson PC

(u)Hahn Fife

(u)JPMorgan Chase Bank, National Association

(u)KCC Class Action Services, LLC

(u)L.A. Arena Funding, LLC

(u)Los Angeles County Treasurer and Tax Colle

(u)Stillwell Madison, LLC

(du)California Attorney Lending II, Inc.

(u)Elissa D. Miller, Ch 7 Trustee of Girardi

(d)John Abassian
6403 Van Nuys Boulevard
Van Nuys, CA 91401-1437

(u)Joseph Ruigomez

(du)Joseph Ruigomez

(u)Kathleen Ruigomez

(d)Wells Fargo Vendor Financial Services, LLC
c/o Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2802

(d)Arsani Sidarous
c/o Goe Forsythe & Hodges LLP
18101 Von Karman
Suite 1200
Irvine, CA 92612-7119

(u)Casey Van Zandt

(d)Erika Saldana
1757 Riverside Drive
Glendale, CA 91201-2856

(u)Jaime Ruigomez

(d)Jill O'Callahan
1437 Club View Drive
Los Angeles, CA 90024-5305

(d)John Abassian
6403 Van Nuys Boulevard
Van Nuys, CA 91401-1437

(u)John Moran

(du)Joseph Ruigomez

(u)Judy Selberg

(du)Kathleen Ruigomez

(d)Kimberly Archie
15210 Ventura Boulevard
Suite 307
Sherman Oaks, CA 91403-3841

(u)Michael Kogan Law Firm, APC

(d)Robert M. Keese
22982 Rosemont Court
Murrieta, CA 92562-3075

(d)Virginia Antonio
20413 Via Navarra
Yorba Linda, CA 92886-3065

(u)William F Savino

End of Label Matrix
Mailable recipients 155
Bypassed recipients 37
Total 192