Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, State Bar No. 207959
*kandrassy@raineslaw.com*
Stephen M. Mott, State Bar No. 362642
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

*Attorney for* Elissa D. Miller, Chapter 7 Trustee of the bankruptcy estate of Girardi Keese

FOR COURT USE ONLY

FILED & ENTERED

OCT 02 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

THOMAS VINCENT GIRARDI

Debtor(s).

CASE NO.: 2:20-bk-21020-BR
CHAPTER: 7
ADVERSARY NO.:

Plaintiff(s),

vs.

Defendant.

## ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR

☒ **EXHIBIT ATTACHED**

**(PARTIES' SIGNATURE PAGE)**

[NO HEARING REQUIRED]

This dispute regarding the equitable subordination of the Thomas Vincent Girardi claim in the Girardi Keese bankruptcy case (2:20-bk-21022-BR) is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

| Mediator: | Alternate mediator: |
| --- | --- |
| The Hon. Deborah J. Saltzman<br>Name | ____________________<br>Name |
| United States Bankruptcy Court<br>Firm name | ____________________<br>Firm name |

| | |
|---|---|
| 255 E. Temple St., Suite 1634<br>Address | ____________________<br>Address |
| Los Angeles, CA 90012<br>City, state, zip code | ____________________<br>City, state, zip code |
| (213) 894-3021<br>Telephone | ____________________<br>Telephone |
| ____________________<br>Facsimile | ____________________<br>Facsimile |
| ____________________<br>Email address | ____________________<br>Email address |

The attorneys for the parties are:

| | |
|---|---|
| Attorney for: Elissa D. Miller, Chapter 7 Trustee of the bankruptcy estate of Girardi Keese | Attorney for: Jason M. Rund, Chapter 7 Trustee of the bankruptcy estate of Thomas Vincent Girardi |
| Kyra E. Andrassy<br>Name | Timothy J. Yoo<br>Name |
| Raines Feldman Littrell LLP<br>Firm name | Levene, Neale, Bender, Yoo & Golubchik L.L.P.<br>Firm name |
| 4675 MacArthur Court, Suite 1550<br>Address | 2818 La Cienega Avenue<br>Address |
| Newport Beach, CA 92660<br>City, state, zip code | Los Angeles, CA 90034<br>City, state, zip code |
| (310) 440-4100<br>Telephone | 310-229-1234<br>Telephone |
| (310) 691-1943<br>Facsimile | 310-229-1244<br>Facsimile |
| kandrassy@raineslaw.com<br>Email address | tjy@lnbyg.com<br>Email address |

**[Attach additional page(s) if necessary.]**

Description of the Matter:

1. ☒ Objection to claim/claim resolution
2. ☐ Plan
   - ☐ Objection to plan confirmation
   - ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☐ Dischargeability
   Specify grounds:________________________________________

8. ☐ Other. Please specify:________________________________________

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☒ If more than $10,000,000,
   state amount: $ 54,394,000
10. ☐ Money not at issue.

Instructions from the Court:

1. Re: filing and service of this Order:

   a. If Order is submitted to court by party(ies)

      (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

      (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate

mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

b. <u>If Order is prepared by the judge:</u>

(1) The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell):______

(2) The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

______________________________________________________________________

(3) The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2. <u>Other: [Attach additional page(s) if necessary.]</u>______________________________

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

###

Date: October 2, 2026

Barry Russell
United States Bankruptcy Judge

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date: 9/30/2026

Elissa D. Miller, Chapter 7 Trustee of the bankruptcy estate of Girardi Keese
Printed name of party

__________
Signature of party

Date: 10/2/2026

Kyra E. Andrassy
Printed name of party's attorney

__________
(Signature of party's counsel)

Date:______

Jason M. Rund, Chapter 7 Trustee of the bankruptcy estate of Thomas Vincent Girardi
(Name of party)

__________
(Signature of party)

Date:______

Timothy J. Yoo
(Name of party's counsel)

__________
(Signature of party's counsel)

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date:___________________

Elissa D. Miller, Chapter 7 Trustee of the bankruptcy estate of Girardi Keese
Printed name of party

____________________________________
Signature of party

Date:___________________

Kyra E. Andrassy
Printed name of party's attorney

____________________________________
(Signature of party's counsel)

Date: 10/2/2026

Jason M. Rund, Chapter 7 Trustee of the bankruptcy estate of Thomas Vincent Girardi
(Name of party)

____________________________________
(Signature of party)

Date:___________________

Timothy J. Yoo
(Name of party's counsel)

____________________________________
(Signature of party's counsel)

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date: 9/30/2026

Elissa D. Miller, Chapter 7 Trustee of the bankruptcy estate of Girardi Keese
Printed name of party

Signature of party

Date:______

Kyra E. Andrassy
Printed name of party's attorney

__________
(Signature of party's counsel)

Date:______

Jason M. Rund, Chapter 7 Trustee of the bankruptcy estate of Thomas Vincent Girardi
(Name of party)

__________
(Signature of party)

Date: 10/1/2026

Timothy J. Yoo
(Name of party's counsel)

(Signature of party's counsel)